Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
ANguyen@Shegerianlaw.com
John David, Esq. State Bar No. 341707
JDavid@Shegerianlaw.com
Yesenia Cardoza, Esq. State Bar No. 309694
YCardoza@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone Number: (310) 860 0770
Facsimile Number: (310) 860 0771

Attorneys for Plaintiff,
ALEX VILLANUEVA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ALEX VILLANUEVA

Plaintiff,

vs.

COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,

Defendants.

Case No.: 2:24-cv-04979-SVW-JC

*Hon. Stephen V. Wilson*

**JOINT STATEMENT RE ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

Plaintiff Alex Villanueva ("Villanueva" or "Plaintiff"), by and through his attorneys of record, and Defendants County of Los Angeles, et al. ("Defendants"), by and through their attorneys of record, hereby submit this joint statement in response to this Court's Order to Show Cause.

**JOINT STATEMENT WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION AND FAILURE TO FILE RESPONSIVE PLEADINGS BY JULY 15, 2024**

1. Plaintiff Villanueva filed the instant action on June 13, 2024.

2. On June 24, 2024, Plaintiff Villanueva's counsel served Notices of Acknowledgments of Summons and Complaint (the "Acknowledgements") to Defendants' counsel after counsel agreed to accept service of the Summons and Complaint.

3. By Rule, Defendants had twenty (20) days to sign and return the Acknowledgments. Accordingly, Defendants' counsel returned the signed Acknowledgments to Plaintiff's counsel on July 16, 2024 on behalf of all Defendants.

4. Relying on the July 16, 2024 service date of the Acknowledgements, Defendants' counsel calculated their responsive pleadings' due date to be August 5, 2024—twenty-one (21) days from service of the Acknowledgments.

5. Plaintiff's counsel filed the signed Acknowledgements on July 17, 2024.

6. The parties are currently engaged in meet and confer discussions as Defendants prepare to file their responsive pleadings, which they intend to file no later than by August 5, 2024.

///

///

///

///

Dated: July 30, 2024

SHEGERIAN & ASSOCIATES, INC.

By: ______________________________

Yesenia Cardoza, Esq.
John David, Esq.
Attorneys for Plaintiff,
Alex Villanueva

Dated: July 30, 2024

MILLER BARONDESS, LLP.

By: */s/ Jason H. Tokoro*

Jason H. Tokoro, Esq.
Steven Williamson, Esq.
Attorneys for Defendants County of Los Angeles, et al.

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am an employee in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action; my business address is 3764 Elizabeth Street, Riverside, California 92506.

On July 30, 2024, I served the foregoing document, described as **"JOINT STATEMENT RE ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION,"** on all interested parties in this action as follows:

**Jason H. Tokoro**
**MILLER | BARONDESSLLP**
**2121 Avenue of the Stars, 26th Floor**
**Los Angeles, CA 90067**
**jtokoro@millerbarondess.com**
**Mira Hashmall**
**mhashmall@Millerbarondess.com**
**Steven Williamson**
**swilliamson@millerbarondess.com**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 30, 2024, at Riverside, California

Delmy Garcia

Delmy Garcia