[Exempt From Filing Fee
Government Code § 6103]

1  LOUIS R. MILLER (State Bar No. 54141)
   smiller@millerbarondess.com
2  JASON H. TOKORO (State Bar No. 252345)
   jtokoro@millerbarondess.com
3  STEVEN G. WILLIAMSON (State Bar No. 343842)
   swilliamson@millerbarondess.com
4  MILLER BARONDESS, LLP
   2121 Avenue of the Stars, Suite 2600
5  Los Angeles, California 90067
   Telephone: (310) 552-4400
6  Facsimile: (310) 552-8400

7  Attorneys for Defendants

8          **UNITED STATES DISTRICT COURT**

9     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  ALEX VILLANUEVA,                  **CASE NO. 2:24-cv-04979 SVW (JC)**

12          Plaintiff,                **DEFENDANTS' NOTICE OF
                                      MOTION TO DISMISS
13      v.                           COMPLAINT**

14  COUNTY OF LOS ANGELES,           [*Filed Concurrently with Memorandum
    COUNTY OF LOS ANGELES            of Points and Authorities; Declaration
15  SHERIFF'S DEPARTMENT, LOS        of Jason H. Tokoro; Request for
    ANGELES COUNTY BOARD OF          Judicial Notice; and [Proposed] Order*]
16  SUPERVISORS, COUNTY EQUITY
    OVERSIGHT PANEL, LOS ANGELES     Date:    September 9, 2024
17  COUNTY OFFICE OF INSPECTOR       Time:    1:30 p.m.
    GENERAL, CONSTANCE               Crtrm.:  10A – First Street Courthouse
18  KOMOROSKI, MERCEDES CRUZ,
    ROBERTA YANG, LAURA
19  LECRIVAIN, SERGIO V.             Assigned to Hon. Stephen V. Wilson,
    ESCOBEDO, RON KOPPERUD,          Crtrm. 10A and Magistrate Judge
20  ROBERT G. LUNA, MAX-GUSTAF       Jacqueline Chooljian, Crtrm. 750
    HUNTSMAN, ESTHER LIM, and
21  DOES 1 to 100, inclusive,

22          Defendants.

23

24

25

26

27

28

680041.1

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 9, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Stephen V. Wilson, United States District Court Judge, in Courtroom 10A of the First Street Courthouse, 350 West First Street, Los Angeles, California 90012, Defendants County of Los Angeles, County of Los Angeles Sheriff's Department, Los Angeles County Board of Supervisors, County Equity Oversight Panel, Los Angeles County Office of Inspector General, Constance Komoroski, Mercedes Cruz, Roberta Yang, Laura Lecrivain, Sergio V. Escobedo, Ron Kopperud, Robert G. Luna, Max Huntsman and Esther Lim (collectively, "Defendants"), will, and hereby do, move for an order dismissing the complaint filed by Plaintiff Alex Villanueva ("Plaintiff"), pursuant to Rule 12(b)(6) on the ground that the complaint fails to state a claim upon which relief can be granted.

## LOCAL RULE 7-3 STATEMENT

This motion is made following a telephonic conference of counsel pursuant to Local Rule 7-3, which took place on July 29, 2024, at 4:00 p.m.  Prior to that conference, on July 15, 2024, Defendants sent Plaintiff a written meet-and-confer letter outlining Defendants' positions.  A copy of that letter is attached as Exhibit 4 to the Declaration of Jason H. Tokoro.  Defendants never received any written response from Plaintiff.

\*     \*     \*

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Declarations of Jason H. Tokoro and exhibits thereto, the accompanying Request for Judicial Notice, the pleadings and papers on file in this action and any oral argument that may be presented when the Motion is heard.

Miller Barondess, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

1    DATED:  August 5, 2024

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

MILLER BARONDESS, LLP


By:    _/s/ *Jason H. Tokoro*_____
        JASON H. TOKORO
        Attorneys for Defendants

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400