LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
STEVEN G. WILLIAMSON (State Bar No. 343842)
swilliamson@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,<br><br>        Defendants. | **CASE NO. 2:24-cv-04979-SVW (JC)**<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF ALEX VILLANUEVA'S FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>[*Filed Concurrently with Memorandum of Points and Authorities; Declaration of Jason H. Tokoro; and [Proposed] Order*]<br><br>Date: November 18, 2024<br>Time: 1:30 p.m.<br>Crtrm.: 10A – First Street Courthouse<br><br>Assigned to the Hon. Stephen V. Wilson and Magistrate Judge Jacqueline Chooljian |

697914.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 18, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Stephen V. Wilson, United States District Court Judge, in Courtroom 10A of the First Street Courthouse, located at 350 West First Street, Los Angeles, California 90012, Defendants County of Los Angeles, County of Los Angeles Sheriff's Department, Los Angeles County Board of Supervisors, County Equity Oversight Panel, Los Angeles County Office of Inspector General, Constance Komoroski, Mercedes Cruz, Roberta Yang, Laura Lecrivain, Sergio V. Escobedo, Ron Kopperud, Robert G. Luna, Max Huntsman and Esther Lim (collectively, "Defendants"), will, and hereby do, move for an order dismissing the complaint filed by Plaintiff Alex Villanueva ("Plaintiff"), pursuant to Rule 12(b)(6) on the ground that the First Amended Complaint for Damages and Declaratory Relief fails to state a claim upon which relief can be granted.

## LOCAL RULE 7-3 STATEMENT

This motion is made following a telephonic conference of counsel pursuant to Local Rule 7-3, which took place on October 7, 2024, at 4:00 p.m.  Prior to that conference, on October 4, 2024, Defendants sent Plaintiff a written meet-and-confer letter outlining Defendants' positions.  A copy of that letter is attached as Exhibit 1 to the Declaration of Jason H. Tokoro.  Defendants never received any written response from Plaintiff.

\*   \*   \*

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Declarations of Jason H. Tokoro and exhibits thereto, the pleadings and papers on file in this action and any oral argument that may be presented when the Motion is heard.

697914.1

2

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF ALEX VILLANUEVA'S FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  DATED: October 15, 2024          Respectfully Submitted,

   MILLER BARONDESS, LLP

   By: /s/ *Jason H. Tokoro*
   JASON H. TOKORO
   Attorneys for Defendants

697914.1

3

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF ALEX VILLANUEVA'S FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF