LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
STEVEN G. WILLIAMSON (State Bar No. 343842)
swilliamson@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,<br><br>    Defendants. | **CASE NO. 2:24-cv-04979 SVW (JCx)**<br><br>**JOINT RULE 26(F) REPORT AND PROPOSED DISCOVERY PLAN**<br><br>Assigned to the Hon. Stephen V. Wilson and Magistrate Judge Jacqueline Chooljian<br><br>Trial Date:    June 3, 2025 |

The parties, by and through their respective counsel, respectfully submit their Joint Rule 26(f) Report and Discovery Plan as contemplated by Federal Rules of Civil Rule Procedure Rule 26(f) and Local Rule 26-1.

## I. ITEMS REQUIRED BY FRCP 26(F)

### A. Meeting of Counsel

On December 17, 2024, the parties' counsel conferred pursuant to Federal Rule of Civil Procedure 26(f)(2) and have worked cooperatively since then on this Joint Rule 26(f) Report and Discovery Plan.

### B. Rule 26(a) Initial Disclosures

The parties do not believe there should be any changes made in the timing, form, or requirement for Initial Disclosures under Rule 26(a). The parties will exchange disclosures on January 7, 2025.

### C. Discovery Issues

No discovery has been taken to date. The parties have agreed that fact discovery shall not be conducted in phases. The parties will adhere to the scope of discovery set out in Rule 26(b).

The parties do not presently anticipate any unusual issues in discovery requiring orders from the Court currently.

The parties' joint scheduling proposal, including for the completion of discovery, is attached hereto as Exhibit A.

### D. Electronically Stored Information

The parties are not aware of any issues regarding disclosure, discovery or preservation of electronically stored information requiring orders from the Court currently. The Parties agree that they will meet and confer as appropriate should any issues arise.

### E. Privileged Material

The parties agree to follow the procedures set forth in the Federal Rule of Civil Procedure 26(b)(5)(B) with respect to disclosures of privileged materials.

**F.      Limitations on Discovery**

The parties do not anticipate changes to the limitations on discovery imposed by the Federal and Local Rules.

**G.      Other Discovery Orders**

The parties contemplate submitting a proposed protective order pursuant to Rule 26(c) and request that the Court enter the parties' scheduling proposal pursuant to Rule 16(b).

## II.     ITEMS REQUIRED BY LOCAL RULE 26

**A.      Complex Designation**

The parties do not believe the procedures of the Manual for Complex Litigation should be utilized in this case.

**B.      Motion Schedule**

The parties' joint scheduling proposal, including for the filing of dispositive or partially dispositive motions, is attached hereto as Exhibit A.

**C.      ADR**

The Parties are meeting on conferring on Alternative Dispute Resolution options.

**D.      Trial Estimate**

The parties preliminarily estimate the trial will take a total of no more than ten (10) Court days.

**E.      Additional Parties**

The parties do not anticipate any additional parties joining this suit, either by motion of the parties or by third parties seeking to join of their own accord.

**F.      Expert Witnesses**

The parties' joint scheduling proposal, including relating to the disclosure of expert witnesses, is attached hereto as Exhibit A.  The Parties request the Court enter the parties' scheduling proposal pursuant to Rule 16(b).

DATED:  February 5, 2025

Respectfully Submitted,

MILLER BARONDESS, LLP

By: /s/ *Jason H. Tokoro*
     JASON H. TOKORO
     Attorneys for Defendants

DATED:  February 5, 2025

Respectfully Submitted,

SHEGERIAN & ASSOCIATES, INC.

By: /s/ *Carney R. Shegerian*
     CARNEY R. SHEGERIAN
     Attorneys for Plaintiff

# EXHIBIT A – PARTIES' JOINT PROPOSED SCHEDULE[1]

| Deadline/Event | Date |
|---|---|
| **Discovery and Expert Disclosures** | |
| Fact Discovery Cutoff | April 18, 2025 |
| Expert Witness Disclosure | March 21, 2025 |
| Rebuttal Expert Disclosure | April 4, 2025 |
| Expert Discovery Cutoff | April 21, 2025 |
| **Summary Judgment/Adjudication** | |
| Dispositive Motions (including *Daubert*) | April 21, 2025 |
| Oppositions | April 28, 2025 |
| Replies | May 5, 2025 |
| Hearing | May 19, 2025 |
| **Trial Preparation and Trial** | |
| Motions in Limine | April 28, 2025 |
| Motion in Limine Oppositions | May 5, 2025 |
| Motion in Limine Replies | May 12, 2025 |
| Pre-Trial Filings (Joint Final Pre-Trial Conference Proposed Order, Exhibit List, Witness List, Memorandum of Contentions of Fact and Law. Jury Instructions) | May 20, 2025 |
| Hearing on Motions in Limine | May 26, 2025 |
| Final Pre-Trial Conference | May 27, 2025 |
| Trial | June 3, 2025 |

---

[1] Any other deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules, and the Court's orders.

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2600, Los Angeles, CA 90067.

On February 5, 2025, I served true copies of the following document(s) described as:

**JOINT RULE 26(F) REPORT AND PROPOSED DISCOVERY PLAN**

on the interested parties in this action as follows:

| | |
|---|---|
| Carney R. Shegerian<br>Mahru Madjidi<br>John David<br>Alex DiBona<br>Angie Escalante (Staff)<br>Calendar Clerk<br>SHEGERIAN & ASSOCIATES, INC.<br>11520 San Vicente Boulevard<br>Los Angeles, CA 90049 | *Attorneys for Plaintiff*<br>ALEX VILLANUEVA<br><br>Tel.:  (310) 860-0770<br>Fax:  (310) 860-0771<br>Email: CShegerian@Shegerianlaw.com<br>MMadjidi@Shegerianlaw.com<br>JDavid@Shegerianlaw.com<br>YCardoza@Shegerianlaw.com<br>ADiBona@shegerianlaw.com<br>aescalante@shegerianlaw.com<br>calendarclerk@shegerianlaw.com |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address aalamango@millerbarondess.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 5, 2025, at Los Angeles, California.

/s/ *Alexandria Alamango*
Alexandria Alamango

716478.1    1    Case No. 2:24-cv-04979 SVW (JCx)