1  LOUIS R. MILLER (State Bar No. 54141)
   smiller@millerbarondess.com
2  JASON H. TOKORO (State Bar No. 252345)
   jtokoro@millerbarondess.com
3  STEVEN G. WILLIAMSON (State Bar No. 343842)
   swilliamson@millerbarondess.com
4  MILLER BARONDESS, LLP
   2121 Avenue of the Stars, Suite 2600
5  Los Angeles, California 90067
   Tel.: (310) 552-4400 | Fax: (310) 552-8400
6
7  Attorneys for Defendants

8  Carney R. Shegerian, Esq., State Bar No. 150461
   CShegerian@Shegerianlaw.com
9  Mahru Madjidi, Esq., State Bar No. 297906
   MMadjidi@Shegerianlaw.com
10 Alex Di Bona, Esq., State Bar No. 265744
   ADiBona@Shegerianlaw.com
11 SHEGERIAN & ASSOCIATES, INC.
   11520 San Vicente Boulevard
12 Los Angeles, California 90049
   Tel: (310) 860 0770 | Fax: (310) 860 0771
13
   Attorneys for Plaintiff,
14 ALEX VILLANUEVA

15              **UNITED STATES DISTRICT COURT**

16        **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

17

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,<br><br>            Defendants. | **CASE NO. 2:24-cv-04979 SVW (JCx)**<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>[*Filed Concurrently with Stipulated Protective Order*]<br><br>Assigned to the Hon. Stephen V. Wilson and Magistrate Judge Jacqueline Chooljian<br><br>Trial Date:    June 3, 2025 |

1  The parties have conferred by and through their respective counsel of record
2  and, subject to the Court's approval, hereby jointly move for entry of the attached,
3  Stipulated Protective Order.  The Parties' agreed order is based upon the Form
4  Protective Order provided on the webpage for Magistrate Judge Jacqueline
5  Chooljian.  As explained more fully therein, the Parties have agreed to enter into this
6  order because they recognize that certain materials to be produced in this litigation
7  may contain sensitive information that should remain confidential.  The Parties
8  therefore respectfully request that the Court enter the attached Stipulated Protective
9  Order.

10 DATED:  February 20, 2025        SHEGERIAN & ASSOCIATES, INC.

13                                By:   / s / Alex DiBona
                                       CARNEY R. SHEGERIAN
14                                     MAHRU MADJIDI
15                                     JOHN DAVID
                                       ALEX DiBONA
16                                     Attorneys for Plaintiff
17                                     ALEX VILLANUEVA

18 DATED:  February 20, 2025        MILLER BARONDESS, LLP

20                                By: _____
21                                     JASON H. TOKORO
                                       Attorneys for Defendants

JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

## SIGNATURE ATTESTATION

The other signatories listed, and on those behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 20, 2025          MILLER BARONDESS, LLP

By: _____
   JASON H. TOKORO
   Attorneys for Defendants