UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-04979-SVW-JC | Date | March 13, 2025 |
|---|---|---|---|
| Title | Alex Villanueva v. County of Los Angeles, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** (IN CHAMBERS)

**ORDER SUBMITTING AND VACATING HEARING ON PLAINTIFF'S MOTION TO QUASH SUBPOENA TO THIRD PARTY-PARTY LACERA (DOCKET NOS 67-70)**

Pending before the Court and on calendar for March 18, 2025 at 9:30 a.m. is Plaintiff's Motion to Quash Subpoena to Third Party-Party LACERA [Los Angeles County Employees Retirement Association] ("Motion to Quash"), which Defendant opposes.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds the Motion to Quash appropriate for decision without oral argument. The hearing calendared for March 18, 2025 is hereby vacated and the matter is taken off calendar and submitted for decision.

IT IS SO ORDERED.