LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
STEVEN G. WILLIAMSON (State Bar No. 343842)
swilliamson@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | **CASE NO. 2:24-cv-04979 SVW (JCx)**<br><br>**DISCOVERY MATTER**<br><br>**DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF MOTION TO COMPEL PLAINTIFF'S MEDICAL RECORDS**<br><br>[*Filed Concurrently with Joint Stipulation; Declarations of Jason H. Tokoro and Alex DiBona; and [Proposed] Order*]<br><br>Date:　April 8, 2025<br>Time:　9:30 a.m.<br>Crtrm.:　750<br><br>Assigned to the Hon. Stephen V. Wilson and Magistrate Judge Jacqueline Chooljian<br><br>Trial Date:　June 3, 2025 |

719955.1

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on April 8, 2025 at 9:30 a.m., or as soon thereafter as this matter may be heard in Courtroom 750 of the above-captioned Court, located at Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012, Defendant County of Los Angeles (the "County") will and hereby does move for an order directing Plaintiff, within seven (7) days of the order, to (1) obtain and produce to the County medical records from Daniel Kharrazi, M.D.; Lubomira Scherschun, M.D.; and Mary Wahbah, M.D.; or, in the alternative, (2) provide written consent for the County to obtain these records from Dr. Kharrazi, Dr. Scherschun, and Dr. Wahbah directly.

Pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37-2, the County respectfully submits the following Joint Stipulation Regarding Motion to Compel Plaintiff's Medical Records.

Plaintiff seeks tens of millions of dollars from the County for "mental and physical pain and anguish" he has purportedly endured. Plaintiff has also asserted that, since January 2022, he has sought medical treatment from Dr. Kharrazi, Dr. Scherschun, and Dr. Wahbah. These treating physicians' medical records go directly to Plaintiff's mental and physical condition, which Plaintiff has put squarely at issue in this lawsuit, and are critical to his claims and to the County's defense. Without access to these critical records, the County cannot properly defend itself.

The County has sought Plaintiff's medical records both through discovery requests served upon Plaintiff and through records subpoenas served on Dr. Kharrazi, Dr. Scherschun, and Dr. Wahbah. To date, Plaintiff has not produced any medical records, has refused to consent to the production of his medical records by his treating physicians, and has asserted various boilerplate objections.

The County is entitled to a fair opportunity to defend against Plaintiff's allegations and to ascertain whether Plaintiff is, in fact, suffering from severe

distress. The County was forced to file this Motion seeking this critical discovery since Plaintiff has refused to comply with his discovery obligations.

This Motion is based upon this Notice of Motion, the Joint Stipulation, the Declaration of Jason H. Tokoro and exhibits thereto, and any other papers or argument of counsel that may be filed or submitted in connection with this Motion.

In accordance with Local Rule 37-2, the County met and conferred with Plaintiff in good faith before filing this Motion. (*See* Declaration of Jason H. Tokoro ¶¶ 12-18 & Exs. J-L.)

DATED: March 14, 2025          Respectfully Submitted,

MILLER BARONDESS, LLP

By: _____
     JASON H. TOKORO
     Attorneys for Defendants

719955.1

3

DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF MOTION
TO COMPEL PLAINTIFF'S MEDICAL RECORDS