# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100 inclusive,<br><br>    Defendants. | Case No.:  2:24-cv-04979 SVW (JC)<br><br>**The Honorable Stephen V. Wilson and Magistrate Judge Jacqueline Chooljian**<br><br>**ORDER RE AMENDING SCHEDULING ORDER**<br><br>Trial Date: June 3, 2025<br>Action Filed: June 13, 2024 |

# ORDER

The Court, having reviewed the Joint Stipulation, rules as follows:

The Scheduling Order (Dkt No. 64) is hereby amended as follows: *Daubert* motions are due April 28, 2025, the same date as Motions *in Limine*.

Expert depositions shall occur by April 21, 2025. The Parties to meet and confer on agreeable dates and times.

All depositions of expert witnesses shall be video and audio recorded by the noticing party.

**IT IS SO ORDERED.**

Dated: April 10, 2025

_____

**Hon. Stephen V. Wilson**

**Judge of the District Court**