Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
Alex Di Bona, Esq., State Bar No. 265744
ADiBona@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone Number:	(310) 860 0770
Facsimile Number:	(310) 860 0771

Attorneys for Plaintiff,
ALEX VILLANUEVA

# THE UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX VILLANUEVA, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No.: 2:24-cv-04979-SVW-JC <br><br> **[Assigned to Hon. Stephen V. Wilson, and Magistrate Judge Jacqueline Chooljian]** <br><br> **JOINT STIPULATION REGARDING MOTIONS *IN LIMINE*** <br><br> Trial Date: June 3, 2025 <br><br> Action Filed: June 13, 2024 |

Plaintiff and Defendants (collectively referred to herein as the "Parties") hereby stipulate as follows:

1. The Parties, through their counsel or otherwise, will not make arguments or offer evidence that taxpayers will pay any judgment in this matter should there be a verdict in favor of Plaintiff.

2. The Parties, through their counsel or otherwise, will not seek to introduce reports from the Office of Inspector General on Deputy Gangs as a trial exhibit.

3. The Parties, through their counsel or otherwise, will not make arguments or offer evidence of Plaintiff's landlord-tenant lawsuit.

4. The Parties, through their counsel or otherwise, will not make arguments or offer evidence of any lawsuit in which Vivian Villanueva was named as a defendant.

**IT IS SO STIPULATED**

Dated: April 22, 2025        SHEGERIAN & ASSOCIATES, INC.

By: /s/ Alex DiBona
Alex DiBona, Esq.
Attorneys for Plaintiff

Dated: April 22, 2025        MILLER BARONDESS

By: /s/ Jason Tokoro
Jason Tokoro, Esq.
Attorneys for Defendants

**VILLANUEVA V. COUNTY OF LOS ANGELES, et al.    USDC Case No. 2:24-cv-04979-SVW-JC**

# PROOF OF SERVICE

# UNITED STATES DISTRICT COURT,

# CENTRAL DISTRICT OF CALIFORNIA

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard, Los Angeles

On April 22, 2025, I served the foregoing document, described as "**JOINT STIPULATION REGARDING MOTIONS *IN LIMINE***" on all interested parties in this action as follows:

**Louis R. Miller, Esq.**
**Jason H. Tokoro, Esq,**
**Steven G. Williamson, Esq.**
**Miller Barondess, LLP**
**2121 Avenue of the Stars, Suite 2600**
**Los Angeles, CA 90067**
**smiller@millerbarondess.com**
**jtokoro@millerbarondess.com**
**swilliamson@millerbarondess.com**

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 22, 2025, at Los Angeles, California

*Amelia Sanchez*
Amelia Sanchez

717535.1