# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,<br><br>　　　Defendants. | Case No.: 2:18-cv-03395-SVW-RAO<br><br>**The Honorable Stephen V. Wilson**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTIONS *IN LIMINE***<br><br>Hearing Date: May 26, 2025<br>Time: 1:30 P.M.<br>Dept: 10A<br><br>Action Filed:  June 13, 2024<br>Trial:    June 3, 2025 |

# [PROPOSED] ORDER

Plaintiff's Motions *in Limine* were heard on _____, in Courtroom 10A of this Court, the Honorable Stephen V. Wilson. presiding.

The Court having read and considered plaintiff's motion and defendants' opposition and heard oral arguments of counsel, and good cause appearing,

Plaintiff's Motion *in Limine* No. 1 to exclude pension benefits is GRANTED.

Plaintiff's Motion *in Limine* No. 2 to exclude evidence of Mark Lillienfeld's alleged misconduct is GRANTED.

Plaintiff's Motion *in Limine* No. 3 to exclude Nick Wilson's political opinions/activity is GRANTED.

Plaintiff's Motion *in Limine* No. 4 to exclude reference to deputy gangs is GRANTED.

Plaintiff's Motion *in Limine* No. 5 to exclude Dr. Marc Cohen from testifying is GRANTED.

Plaintiff's Motion *in Limine* No. 6 to exclude Vida Thomas from testifying is GRANTED.

IT IS FURTHER ORDERED that: _____
_____
_____.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Stephen V. Wilson
United States District Court Judge

**VILLANUEVA V. COUNTY OF LOS ANGELES, et al.    USDC Case No. 2:24-cv-04979-SVW-JC**

## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT,

## CENTRAL DISTRICT OF CALIFORNIA

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard, Los Angeles California 90049.

On April 28, 2025, I served the foregoing document, **"[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTIONS *IN LIMINE*"** described as on all interested parties in this action as follows:

**Louis R. Miller, Esq.**
**Jason H. Tokoro, Esq,**
**Steven G. Williamson, Esq.**
**Miller Barondess, LLP**
**2121 Avenue of the Stars, Suite 2600**
**Los Angeles, CA 90067**
**smiller@millerbarondess.com**
**jtokoro@millerbarondess.com**
**swilliamson@millerbarondess.com**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2025, at Los Angeles, California

*Amelia Sanchez*
Amelia Sanchez