LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
STEVEN G. WILLIAMSON (State Bar No. 343842)
swilliamson@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | **CASE NO. 2:24-cv-04979 SVW (JCx)**<br><br>**DEFENDANTS' NOTICE OF MOTION *IN LIMINE* NO. 5 TO EXCLUDE EVIDENCE RELATED TO POST**<br><br>[*Filed Concurrently with Memorandum of Points of Points and Authorities; Declaration of Jason H. Tokoro; and [Proposed] Order*]<br><br>Date:　May 26, 2025<br>Time:　1:30 p.m.<br>Crtrm.:　10A<br><br>Assigned to the Hon. Stephen V. Wilson and Magistrate Judge Jacqueline Chooljian<br><br>Trial Date:　June 3, 2025 |

731974.1

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 26, 2025, at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 10A of the above-captioned Court, located at First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Defendants will and hereby do respectfully move this Court for an order granting Defendants' Motion *in Limine* No. 5 to bar Plaintiff from introducing evidence or making arguments at trial regarding letters he received from the California Commission on Peace Officer Standards ("POST").

Plaintiff's case is premised upon the allegation that he received a "Do Not Rehire" notation in retaliation for exercising protected speech. The operative First Amended Complaint ("FAC") alleges: "Defendants' acts of retaliation, prohibited under the First Amendment, are placing Villanueva on the 'Do Not Hire' list and then publicly revealing this fact." (*Id.*) Letters from POST are not relevant to Plaintiff's First Amendment claim—the only claim to be tried to the jury.

Plaintiff and other witnesses have made passing references to letters that Plaintiff received from POST. POST is an independent California government entity that is not controlled by, or affiliated with, any of the Defendants in this case. It is not a named defendant. POST has not been the subject of any discovery. Nor have the parties engaged in any discovery regarding these purported letters.

The grounds for the Motion are that the statements should be excluded under Federal Rules of Evidence 402 and 403. The letters should also be excluded as hearsay under Federal Rules of Evidence 801 and 802.

The Motion is based upon this notice of motion; the concurrently filed Memorandum of Points and Authorities; the Declaration of Jason H. Tokoro; the pleadings and records on file in this action; and any further evidence or argument received by the Court in connection with the Motion.

**Local Rule 7-3 Compliance**

This Motion is made following correspondence from Defendants' counsel following the deposition of Vivian Villanueva. Defendants' counsel requested to meet and confer, but Plaintiff did not respond. (*See* Tokoro Decl. ¶¶ 4–5 & Ex 2.) The parties were therefore unable to reach agreement as to Defendants' Motion *in Limine* No. 5. (*See id.* ¶ 3.)

DATED: April 28, 2025   Respectfully Submitted,

MILLER BARONDESS, LLP

By: /s/ *Jason H. Tokoro*
JASON H. TOKORO
Attorneys for Defendants