1  Carney R. Shegerian, Esq., State Bar No. 150461
   CShegerian@Shegerianlaw.com
2  Mahru Madjidi, Esq., State Bar No. 297906
   MMadjidi@Shegerianlaw.com
3  Alex DiBona, Esq., State Bar No. 265744
   ADiBona@shegerianlaw.com
4  SHEGERIAN & ASSOCIATES, INC.
   320 North Larchmont Boulevard
5  Los Angeles, CA 90004
   Telephone Number:  (310) 860 0770
6  Facsimile Number:  (310) 860 0771

7  Attorneys for Plaintiff,
   ALEX VILLANUEVA

8

9              **UNITED STATES DISTRICT COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

11

12  ALEX VILLANUEVA,                    | Case No.:  2:24  cv 04979 SVW (JC)

13                                      | **The Honorable Stephen V. Wilson**
            Plaintiff,
14                                      | **PLAINTIFF ALEX VILLANUEVA'S**
    vs.                                 | **APPENDIX OF EXHIBITS IN**
15                                      | **OPPOSITION TO DEFENDANTS'**
    COUNTY OF LOS ANGELES,              | **MOTION FOR SUMMARY JUDGMENT**
16  COUNTY OF LOS ANGELES               | **OR, IN THE ALTERNATIVE,**
    SHERIFF'S DEPARTMENT, LOS           | **SUMMARY ADJUDICATION, VOLUME**
17  ANGELES COUNTY BOARD OF             | **4 OF 5**
    SUPERVISORS, COUNTY EQUITY
18  OVERSIGHT PANEL, LOS
    ANGELES COUNTY OFFICE OF
19  INSPECTOR GENERAL,
    CONSTANCE KOMOROSKI,
20  MERCEDES CRUZ, ROBERTA
    YANG, LAURA LECRIVAIN,
21  SERGIO V. ESCOBEDO, RON
    KOPPERUD, ROBERT G. LUNA,
22  MAX-GUSTAF HUNTSMAN,
    ESTHER LIM, and DOES 1 to 100,      | Date:    May 19, 2025
23  inclusive,                          | Time:    1:30 p.m.
                                        | Dept.:   10A
24
            Defendants.                 | Trial Date:    June 3, 2025
25                                      | Action Filed:  June 13. 2024

26

27

28

───────────────────────────────────

# TABLE OF CONTENTS

| No. | Declaration |
|-----|-------------|
| 1 | Declaration of Alex Villanueva |
| 2 | Declaration of Alex DiBona, Esq. |

| Exhibit[1] | Evidence |
|------------|----------|
| 1 | Los Angeles County Board of Supervisors Motion "Report Regarding Options for Removing the Sheriff" Dated October 27, 2020 |
| 2 | Ordinance allowing Office of Inspector General to Issue Subpoenas written by Veronica Pawlowski dated January 21, 2020 |
| 3 | Email from Vanessa Chow to John Satterfield and Alex Villanueva regarding FBI Briefing on Fulgent dated February 1, 2022 |
| 4 | Letter from Alex Villanueva to Hilda Solis Entitled Ethical Violations of First District Justice Deputy dated February 9, 2021 |
| 5 | "Tweets" from Ester Lim attached to February 9, 2021 letter |
| 6 | Letter from Alex Villanueva to County Counsel asking for Defense in Fulgent Lawsuit dated January 31, 2022 |
| 7 | Denial of Counsel to Alex Villaneuva from Los Angeles County Counsel dated February 15, 2022 |

---

[1] Volume I includes Exhibit Nos. 1-17;

Volume II includes Exhibit Nos. 18-30;

Volume III includes Exhibit Nos. 31-40;

Volume IV includes Exhibit Nos. 41-48;

Volume V includes Exhibit Nos. 49-66;

| Exhibit[1] | Evidence |
|---|---|
| 8 | Letter from Alex Villanueva to Hilda Solis Entitled Ethical Violations of First District Justice Deputy dated March 4, 2022 |
| 9 | Email from Ester Lim to Hilda Solis's Chief of Staff Cindy Chen dated March 8, 2022 |
| 10 | Ester Lim's Letter to Vicky Bane, Executive Director of the County Equity Oversight Panel for the County of Los Angeles dated March 8, 2022 |
| 11 | Ester Lim's submitted online complaint regarding Alex Villanueva dated March 08, 2022 |
| 12 | Texts between Ester Lim and Max Huntsman Re their complaints dated sometime in March 2022. |
| 13 | Letter from Alex Villanueva to Board of Supervisors Opposing Ballot Measure J dated July 11, 2022 |
| 14 | July 12, 2022 Motion of the Los Angeles Board of Supervisors to Place Ballot Measure for the Los Angeles County Board of Supervisors to remove Sheriff by 4/5 vote. |
| 15 | January 4, 2023 Letter from Ron Kopperud to Alex Villanueva regarding request for Interview |
| 16 | Email Chain between Alex Villanueva and Christine Diaz Herrera dated January 9, 2023 to March 10, 2023 |
| 17 | Internal Affairs Bureau "Stacked" Case Filed for Ester Lim's Complaint regarding Alex Villanueva completed October 2, 2023 |
| 18 | Internal Affairs Bureau "Stacked" Case Filed for Max Huntsman's Complaint regarding Alex Villanueva completed October 2, 2023 |
| 19 | Internal Affairs Bureau Investigator's Log regarding Ester Lim's Ester |

| Exhibit[1] | Evidence |
|---|---|
|  | Lim's Complaint regarding Alex Villanueva completed October 2, 2023 |
| 20 | Internal Affairs Bureau Investigator's Log regarding Max Huntsman Complaint regarding Alex Villanueva completed October 2, 2023 |
| 21 | Letter from Sergio Escobedo to County Equity Oversight Panel on Charges Founded dated October 17, 2023 |
| 22 | Texts between Ester Lim and Max Huntsman Re wanting their complaint of Alex Villanueva to go public in December 2023 |
| 23 | Desk Plaque for Max Huntsman and Max Hunts Professional Profile. |
| 24 | Devanne, Ann, relevant deposition excerpts |
| 25 | Diaz Herrera, Christian, relevant deposition excerpts |
| 26 | Komoroski, Constance, relevant deposition excerpts |
| 27 | Pawlowski, Veronica, relevant deposition excerpts |
| 28 | Murakami, Timothy, relevant deposition excerpts |
| 29 | Escobedo, Sergia, relevant deposition excerpts |
| 30 | Lilienfeld, Mark, relevant deposition excerpts |
| 31 | Lim, Ester, relevant deposition excerpts |
| 32 | Huntsman, Max, relevant deposition excerpts |
| 33 | Cruz, Mercedes, relevant deposition excerpts |
| 34 | Lecrevian, Laura, relevant deposition excerpts |
| 35 | Coates, Kyla, relevant deposition excerpts |
| 36 | Yang, Roberta, relevant deposition excerpts |
| 37 | 12/18/2018 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |

| Exhibit[1] | Evidence |
|---|---|
| 38 | 1/29/219 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 39 | 08/13/19 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 40 | 10-01-19 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 41 | 10/15/19 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 42 | 01/28/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 43 | 03/31/30 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 44 | 04/28/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 45 | 06/29/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 46 | 07/07/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 47 | 07/21/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 48 | 07/28/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 49 | 08/04/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 50 | 09/01/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |

PLAINTIFF'S APPENDIX OF EXHIBITS

| Exhibit[1] | Evidence |
|---|---|
| 51 | 09/15/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 52 | 10/13/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 53 | 10/27/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 54 | 11/10/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 55 | 01/26/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 56 | 05/04/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 57 | 05/18/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 58 | 05/19/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 59 | 06/22/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 60 | 07/27/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 61 | 08/10/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 62 | 09/28/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |

PLAINTIFF'S APPENDIX OF EXHIBITS

| Exhibit[1] | Evidence |
|---|---|
| 63 | 12-07-21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 64 | 02/15/22 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 65 | 03/01/22 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 66 | 07/12/22 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |

Dated:  April 28, 2025              SHEGERIAN & ASSOCIATES, INC.

                                   By: _____
                                       Alex DiBona, Esq.

                                       Attorneys for Plaintiff,
                                       ALEX VILLANUEVA

# EXHIBIT 41



# THE MEETING TRANSCRIPT OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



## Adobe Acrobat Reader

### Finding Words

You can use the Find command to find a complete word or part of a word in the current PDF document.  Acrobat Reader looks for the word by reading every word on every page in the file, including text in form fields.

### To find a word using the Find command:

1. Click the Find button **(Binoculars)**, or choose Edit > Find.
2. Enter the text to find in the text box.
3. Select search options if necessary:
   Match Whole Word Only finds only occurrences of the complete word you enter in the box.  For example, if you search for the word *stick*, the words *tick* and *sticky* will not be highlighted.

   Match Case finds only words that contain exactly the same capitalization you enter in the box.

   Find Backwards starts the search from the current page and goes backwards through the document.
4. Click Find.  Acrobat Reader finds the next occurrence of the word.

### To find the next occurrence of the word, Do one of the following:

Choose Edit > Find Again
Reopen the find dialog box, and click Find Again.
(The word must already be in the Find text box.)

## Copying and pasting text and graphics to another application

You can select text or a graphic in a PDF document, copy it to the Clipboard, and paste it into another application such as a word processor.  You can also paste text into a PDF document note or into a bookmark.  Once the selected text or graphic is on the Clipboard, you can switch to another application and paste it into another document.

**Note:  *If a font copied from a PDF document is not available on the system displaying the copied text, the font cannot be preserved.  A default font  is substituted.***

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



**To select and copy it to the clipboard:**

1. Select the text tool T, and do one of the following:
   To select a line of text, select the first letter of the sentence or phrase and drag to
   the last letter.

To select multiple columns of text (horizontally), hold down Ctrl+Alt (Windows) or Option
(Mac OS) as you drag across the width of the document.

To select a column of text (vertically), Hold down Ctrl+Alt (Windows) or Option+Command
(Mac OS) as you drag the length of the document.

To  select all the text on the page, choose Edit > Select All.  In single page mode, all the text
on the current page is selected.  In Continuous or Continuous – facing mode, most of the text
in the document is selected.  When you release the mouse button, the selected text is
highlighted.  To deselect the text and start over, click anywhere outside the selected text.
The Select All command will not select all the text in the document.  A workaround for this
(Windows) is to use the Edit > Copy command.  Choose Edit > Copy to copy the selected
text to the clipboard.

2. To view the text, choose Window > Show Clipboard

In Windows 95, the Clipboard Viewer is not installed by default and you cannot use the
Show Clipboard command until it is installed.  To install the Clipboard Viewer, Choose
Start > Settings > Control Panel > Add/Remove Programs, and then click the Windows
Setup tab.  Double-click Accessories, check Clipboard Viewer, and click OK.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    [REPORT OF ACTION TAKEN IN CLOSED SESSION ON

2    TUESDAY, OCTOBER 15, 2019 ON PAGE 194]

3

4

5    **SUP. HAHN, CHAIR:** GOOD AFTERNOON. GOOD AFTERNOON, EVERYONE. IF

6    YOU CAN FIND YOUR SEAT, WE'RE ABOUT TO START OUR MEETING. WE

7    WANT TO WELCOME YOU TO THE REGULARLY SCHEDULED MEETING OF THE

8    LOS ANGELES COUNTY BOARD OF SUPERVISORS. TODAY IS TUESDAY,

9    OCTOBER 15TH. WE TAKE NOTE THAT ALMOST A FULL COMPLEMENT OF

10   THE BOARD IS PRESENT. OUR CHIEF EXECUTIVE OFFICER, OUR COUNTY

11   COUNSEL, EXECUTIVE OFFICER, AND OUR SERGEANT AT ARMS ARE ALL

12   HERE TO ASSIST. WE'RE GOING TO BEGIN OUR MEETING THIS MORNING

13   WITH THE INVOCATION, WHICH WILL BE LED BY PASTOR GEORGE B.

14   SALTER, SR. OF THE NEW HOPE CHURCH OF GOD IN CHRIST IN THE

15   CITY OF DUARTE IN THE FIFTH DISTRICT. AND THAT WILL BE

16   FOLLOWED BY OUR PLEDGE OF ALLEGIANCE, WHICH WILL BE LED BY

17   JOSE G. LUEVANO, FORMER SERGEANT IN THE UNITED STATES MARINE

18   CORPS FROM THE CITY OF WHITTIER IN THE FOURTH DISTRICT. IF

19   YOU'RE ABLE THIS AFTERNOON, PLEASE STAND WITH US.

20

21   **PASTOR GEORGE B. SALTER, SR.:** THANK YOU. JUST BOW YOUR HEAD,

22   PLEASE. LORD, WE FIRST THANK YOU FOR THIS DAY. WE THANK YOU

23   FOR THIS GREAT BOARD OF SUPERVISORS. WE PRAY THAT YOU WOULD

24   CONTINUE TO PROVIDE THESE BOARD MEMBERS WITH THE FORESIGHT AND

25   THE INSIGHT TO SERVE THEIR COMMUNITIES. WE PRAY TODAY THEY'D

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    CONTINUE TO DEVELOP PROGRAMS, POLICIES, AND PROCEDURES THAT

2    PROVIDE VALUABLE BENEFIT TO THEIR COMMUNITIES. WE PRAY THAT

3    THEY WOULD BE ABLE TO PROVIDE RESOURCES THAT WOULD FEED THE

4    HOMELESS AND HELPLESS, SERVE THE RICH AS WELL AS THE POOR,

5    MAINTAIN PEACE AND UNITY WITHIN OUR AREAS OF RESPONSIBILITY.

6    OPEN OUR HEARTS AND MIND TO BE RECEPTIVE TO NEW IDEAS AND NEW

7    WAYS TO BETTER SERVE THIS COMMUNITY. HELP THIS BOARD TO CREATE

8    NEW, INNOVATIVE WAYS TO ANSWER THE MANY COMPLEX AND

9    CHALLENGING CONDITIONS AND SITUATIONS OF OUR DAY AND IN THE

10   DAYS TO COME. HELP US TO SEE AND UNDERSTAND THIS COMMON NEED

11   AND WELFARE OF US ALL WHO ARE BENEFITED BY THE DECISIONS THAT

12   THEY MAKE. WE SEEK YOUR GUIDANCE AND DIRECTION IN ALL WE DO.

13   AMEN.

14

15   **SUP. HAHN, CHAIR:** AMEN.

16

17   **JOSE G. LUEVANO:** LET'S FACE THE FLAG WITH OUR RIGHT HAND OVER

18   OUR HEART. [PLEDGE OF ALLEGIANCE RECITED.]

19

20   **SUP. HAHN, CHAIR:** SUPERVISOR BARGER, WOULD YOU LIKE TO WELCOME

21   OUR -- THE PASTOR FROM THE NEW HOPE CHURCH OF GOD IN CHRIST IN

22   THE WONDERFUL CITY OF DUARTE.

23

24   **SUP. BARGER:**  THANK YOU, MADAM CHAIR. PLEASE JOIN ME IN

25   THANKING PASTOR GEORGE SALTER FOR LEADING US IN MORNING'S



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   INVOCATION. PASTOR SALTER SERVED AS AN ELDER AND LATER AS AN

2   ASSISTANT PASTOR AT ST. MARY'S CHURCH OF GOD IN CHRIST. PASTOR

3   SALTER HONORABLY SERVED THE UNITED STATES ARMY AND WORKED FOR

4   THE UNITED STATES POSTAL SERVICE, ULTIMATELY ASCENDING TO

5   POSTMASTER. SINCE 2004, HE HAS BEEN WORKING WITH THE

6   INCARCERATED POPULATION IN THE CALIFORNIA STATE PRISON SYSTEM

7   HELPING OVERCOME SOME OF THE OBSTACLES THAT LEAD TO

8   RECIDIVISM. PASTOR SALTER CURRENTLY SERVES AS PASTOR OF NEW

9   HOPE CHURCH OF GOD IN CHRIST OF DUARTE. PASTOR SALTER, THANK

10  YOU FOR LEADING US IN THE INVOCATION AND FOR YOUR CONTINUED

11  SERVICE TO THE COMMUNITY. WE APPRECIATE IT. [APPLAUSE]

12

13  **SUP. HAHN, CHAIR:** THANK YOU. I'M SO PLEASED TO WELCOME AND

14  THANK SERGEANT JOSE LUEVANO, WHO LED US IN THE PLEDGE THIS

15  AFTERNOON. JOSE IS A UNITED STATES MARINE VETERAN WHO SERVED

16  FROM DECEMBER 1996 TO AUGUST 2001. HE HAS RECEIVED THE GOOD

17  CONDUCT MEDAL, THE MARINE CORPS SECURITY GUARD RIBBON,

18  OVERSEAS SERVICE RIBBON, AND MARINE UNIT CITATION. HE LIVES IN

19  WHITTIER WITH HIS WIFE, SANDRA, AND THEIR TWO CHILDREN, MATUS

20  AND LUCAS. JOSE IS VICE PRESIDENT OF CALIFORNIA CREDIT UNION

21  AND A BOARD MEMBER FOR HELPLINE YOUTH COUNSELING. ON BEHALF OF

22  THE COUNTY OF LOS ANGELES, I WANT TO THANK YOU FIRST FOR YOUR

23  SERVICE TO OUR COUNTRY, AND THEN WE'RE SO HONORED TO HAVE YOU

24  HERE TODAY. [APPLAUSE] OKAY. MADAM EXECUTIVE OFFICER, PLEASE

25  CALL THE AGENDA.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2   **CELIA ZAVALA, E.O.:** GOOD AFTERNOON, MADAM CHAIR AND MEMBERS OF

3   THE BOARD. TODAY'S AGENDA WILL BEGIN ON PAGE 4, SPECIAL

4   DISTRICT AGENDA. THIS IS THE AGENDA FOR THE LOS ANGELES COUNTY

5   DEVELOPMENT AUTHORITY. ON ITEMS 1-D THROUGH 3-D, MEMBERS OF

6   THE PUBLIC REQUEST THAT THESE ITEMS BE HELD. ON PAGE 5,

7   CONSENT CALENDAR, BOARD OF SUPERVISORS ITEMS 1 THROUGH 18. ON

8   ITEM 1, A MEMBER OF THE PUBLIC REQUESTS THAT THIS ITEM BE

9   HELD. ON ITEM 2, SUPERVISOR SOLIS AND MEMBERS OF THE PUBLIC

10  REQUEST THAT THIS ITEM BE HELD. ON ITEMS 3 THROUGH 9, MEMBERS

11  OF THE PUBLIC REQUEST THAT THESE ITEMS BE HELD. ON ITEM 10,

12  SUPERVISOR HAHN AND MEMBERS OF THE PUBLIC REQUEST THAT THIS

13  ITEM BE HELD. ON ITEM 11, SUPERVISOR HAHN REQUESTS THAT THIS

14  ITEM BE REFERRED BACK TO HER OFFICE. ON ITEMS 12 THROUGH 18,

15  MEMBERS OF THE PUBLIC REQUEST THAT THESE ITEMS BE HELD. ON

16  PAGE 16, ADMINISTRATIVE MATTERS, ITEMS 19 THROUGH 52. ON ITEMS

17  19 THROUGH 25, MEMBERS OF THE PUBLIC REQUEST THAT THESE ITEMS

18  BE HELD. ON ITEMS 26, SUPERVISOR KUEHL HAS DECLARED A CONFLICT

19  DUE TO HER INVESTMENTS IN I.B.M. STOCK AND RECUSES HERSELF

20  FROM THE VOTE AND A MEMBER OF THE PUBLIC REQUESTS THAT THIS

21  ITEM BE HELD. ON ITEMS 27, A MEMBER OF THE PUBLIC REQUESTS

22  THAT THIS ITEM BE HELD. ON ITEM 28, THE DIRECTOR OF HEALTH

23  SERVICES REQUESTS THAT THIS ITEM BE TAKEN OFF CALENDAR AND NO

24  FURTHER REPORTING BE REQUIRED ON THIS ITEM. ON ITEMS 29

25  THROUGH 34, MEMBERS OF THE PUBLIC REQUEST THAT THESE ITEMS BE

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

October 15, 2019



1    HELD. ON ITEM 35, THE DIRECTOR OF BEACHES AND HARBOR REQUESTS

2    THAT THIS ITEM BE CONTINUED TWO WEEKS TO OCTOBER 29TH, 2019.

3    ON ITEMS 36 THROUGH 39, MEMBERS OF THE PUBLIC REQUEST THAT

4    THESE ITEMS BE HELD. ON ITEM 40, THE CHIEF PROBATION OFFICER

5    REQUESTS THAT THIS ITEM BE CONTINUED ONE WEEK TO OCTOBER 22ND,

6    2019. ON ITEMS 41 THROUGH 44, MEMBERS OF THE PUBLIC REQUEST

7    THAT THESE ITEMS BE HELD. ON ITEM 45, SUPERVISOR BARGER

8    REQUESTS THAT THE SETTLEMENT BE APPROVED BUT THE CORRECTIVE

9    ACTION BE CONTINUED TO NOVEMBER 19TH, 2019. ON ITEMS 46

10   THROUGH 49, MEMBERS OF THE PUBLIC REQUEST THAT THESE ITEMS BE

11   HELD. ON PAGE 31, THIS INCLUDES MISCELLANEOUS ADDITIONS TO THE

12   AGENDA, WHICH WERE POSTED MORE THAN 72 HOURS IN ADVANCE OF THE

13   MEETING AS INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEMS 50-A

14   THROUGH 50-E, MEMBERS OF THE PUBLIC REQUEST THAT THESE ITEMS

15   BE HELD. ON ITEM 50-F, SUPERVISOR RIDLEY-THOMAS AND MEMBERS OF

16   THE PUBLIC REQUEST THAT THIS ITEM BE HELD. ON ITEMS 56-G

17   THROUGH 50-I, MEMBERS OF THE PUBLIC REQUEST THAT THESE ITEMS

18   BE HELD. THE REMAINING ITEMS THROUGH 50-I ARE BEFORE YOU.

19

20   **SUP. HAHN, CHAIR:** THANK YOU. THAT WILL BE MOVED BY SUPERVISOR

21   RIDLEY-THOMAS. WILL BE SECONDED BY SUPERVISOR SOLIS TO APPROVE

22   THESE ITEMS. IF THERE ARE NO OBJECTIONS TO A UNANIMOUS VOTE,

23   THAT WILL BE THE ORDER.

24

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **CELIA ZAVALA, E.O.:** ON PAGE 32, ORDINANCE FOR INTRODUCTION.

2   ITEM 53 IS AN ORDINANCE FOR INTRODUCTION AMENDING COUNTY CODE

3   TITLE 6, SALARIES, TO ESTABLISH A NEW SALARY NOTE TO PROVIDE

4   FOR AN EXTENDED SALARY RANGE, STEP ADVANCE PROVISION, AND

5   CHOICES SUSTAINABILITY FOR DESIGNATED APPRAISERS,

6   CLASSIFICATIONS, AND ADJUST THE RATE FOR THE ADVANCED

7   APPRAISER CERTIFICATION IN THE ASSESSOR. AND A MEMBER OF THE

8   PUBLIC REQUESTS THAT THIS ITEM BE HELD. THAT COMPLETES THE

9   READING OF THE AGENDA. BOARD OF SUPERVISORS' PRESENTATIONS

10  BEGIN WITH SUPERVISORIAL DISTRICT NO. 5.

11

12  **SUP. HAHN, CHAIR:** OKAY. SUPERVISOR BARGER. HE'S AN ADULT.

13

14  **SUP. BARGER:** THIS IS GABE. HE IS A ONE-YEAR-OLD MALE TERRIER

15  MIX AVAILABLE FOR ADOPTION AT OUR DOWNEY SHELTER. 562-728-

16  4610. GABE IS SWEET BUT A LITTLE ON THE CHUNKY SIDE.

17

18  **SUP. HAHN, CHAIR:** SO IF HE'S ONE, WHAT WILL GABE GROW UP TO

19  BE?

20

21  **SUP. BARGER:** GABE IS NOT GOING TO GET MUCH BIGGER BASED ON

22  GABE'S PAWS. THIS IS ABOUT AS BIG AS GABE IS GOING TO GET. SO

23  IF YOU WANT TO ADOPT GABE OR ANOTHER ANIMAL, GO TO ONE OF OUR

24  SHELTERS OR OUR DOWNEY SHELTER, AGAIN 562-728-4610. THIS IS

25  GABE. YES, GABE, I KNOW.

1

2    **SUP. HAHN, CHAIR:** GABE. SEEMS LIKE KIND OF A JUVENILE. SEEMS

3    LIKE IT. PRETEEN.

4

5    **SUP. BARGER:** LAST BUT NOT LEAST, THIS IS BIZU.

6

7    **SUP. HAHN, CHAIR:** B.G.?

8

9    **SUP. BARGER:** BIZU.

10

11   **SUP. HAHN, CHAIR:** OH, BIZU.

12

13   **SUP. BARGER:** THAT WILL DO IT EVERY TIME. THIS IS AN EIGHT-WEEK

14   OLD MALE ALSO AVAILABLE AT OUR DOWNEY SHELTER, 562-728-4610.

15   (KITTEN MEOWING). I KNOW. SAY HI. I WOULD RECOMMEND YOU GO ON

16   SITE OR ONLINE OR TO ONE OF OUR SHELTERS TO ADOPT. THAT'S ALL

17   I HAVE, MADAM CHAIR.

18

19   **SUP. HAHN, CHAIR:** OKAY, THANK YOU, SUPERVISOR BARGER.

20   SUPERVISOR SOLIS, YOU'RE NEXT. OH, HE'S JUST MEOWING. DID YOU

21   GUYS FEED HIM TODAY? OH.

22

23   **SUP. SOLIS:** GOOD AFTERNOON, EVERYONE. AND THANK YOU, MADAM

24   CHAIR, FOR THE OPPORTUNITY THIS AFTERNOON. I'D LIKE TO

25   INTRODUCE SERITA COX, C.E.O. AND T.A.Y. AMERICORPS MEMBERS WHO

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   HAVE JOINED US TODAY. SHE WILL SPEAK AFTER I MAKE SOME

2   REMARKS. SO I'M PROUD TODAY TO RECOGNIZE AN ORGANIZATION THAT

3   FOR SO MANY YEARS HAS MADE A BIG DIFFERENCE IN THE LIVES OF

4   FOSTER YOUTH. AND THEY'RE KNOWN AS IFOSTER. AND IT'S A

5   NATIONAL NONPROFIT ORGANIZATION THAT HAS OVER 40,000 MEMBERS

6   ACROSS ALL 50 STATES AS WELL AS GUAM AND PUERTO RICO. THEY

7   HAVE BUILT AN IMPRESSIVE ORGANIZATION BASED ON INNOVATIVE

8   SOLUTIONS, PARTICULARLY I WANT TO RECOGNIZE THEIR NEW

9   INITIATIVE THAT WAS JUST LAUNCHED EARLIER THIS YEAR. IT'S A

10  PARTNERSHIP WITH AMERICORPS AND IT'S CALLED TRANSITION AGE

11  YOUTH, OR T.A.Y., AMERICORPS. AND SOME OF THEIR FELLOWS ARE

12  RIGHT HERE WITH US TODAY. PLEASE GIVE THEM A BIG ROUND OF

13  APPLAUSE. [APPLAUSE] ONE OF THE MAIN CONCERNS OF IFOSTER IS

14  THAT FOSTER YOUTH DON'T ALWAYS RECEIVE THE OPPORTUNITIES THAT

15  THEY DESERVE. AND FOSTER YOUTH WHO NEVER GOT THE OPPORTUNITIES

16  THEY NEED TO SUCCEED, AS YOU KNOW, ARE AT HIGHER RISK OF

17  UNEMPLOYMENT AND HOMELESSNESS WHEN THEY EXIT THE SYSTEM

18  OVERALL. THAT'S WHY T.A.Y. AMERICORPS WAS DEVELOPED. THE

19  PROGRAM TRAINED 80 CURRENT AND FORMER FOSTER YOUTH TO BE

20  AMERICORPS SERVICE MEMBERS. THE IDEA WAS TO HAVE THESE 80

21  YOUTH SERVE AT 45 HOST SITES, SUCH AS HIGH SCHOOLS, COLLEGES,

22  YOUTH WORKFORCE CENTERS THROUGHOUT LOS ANGELES COUNTY AND SAN

23  FRANCISCO. THEIR JOB WAS TO CONNECT CURRENT TRANSITION AGE

24  FOSTER YOUTH TO A VARIETY OF RESOURCES THAT WOULD IMPROVE

25  THEIR OVERALL WELL-BEING. IT IS A PEER-TO-PEER PROCESS THAT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   HAS PRODUCED TREMENDOUS BENEFITS FOR BOTH THE T.A.Y.

2   AMERICORPS FELLOW AND THE PEOPLE THAT THEY SERVE. TO DATE, THE

3   AMERICORPS FELLOWS HAVE CONNECTED MORE THAN 2,300 FOSTER YOUTH

4   TO RESOURCES. YOU CAN APPLAUD. THAT'S PRETTY DARN GOOD.

5   [APPLAUSE] THESE FELLOWS USE THEIR PERSONAL EXPERIENCES TO

6   INFORM THEIR WORK AND SERVE MANY PEOPLE WITH COMPLEX CASES.

7   THE PROGRAM IS SUCH A SUCCESS THAT LAST MONTH, THEY WERE

8   HONORED WITH THE BEST AMERICORPS AWARD CHOSEN OUT OF 175 OTHER

9   PROGRAMS. AGAIN, I WANT TO THANK THEM. I WANT TO RECOGNIZE

10  THEM. AND IF THAT WASN'T ENOUGH, THEY ALSO RECENTLY LAUNCHED

11  AN AMAZING PROGRAM THAT WOULD PROVIDE FREE SMARTPHONES TO

12  FOSTER YOUTH, FULLY EQUIPPED WITH A SERVICE PLAN AND INTERNET

13  ACCESS. THE FUNDING FOR THE PROGRAM CAME FROM THE CALIFORNIA

14  PUBLIC UTILITIES COMMISSION. AND I WANT TO ENSURE THAT FOSTER

15  YOUTH IN LOS ANGELES COUNTY TAKE ADVANTAGE, FULL ADVANTAGE, OF

16  THIS PROGRAM, WHICH IS WHY I AUTHORED A MOTION TODAY THAT

17  DIRECTS THE DEPARTMENT OF CHILDREN AND FAMILY SERVICES TO

18  IMPLEMENT THE PROGRAM AND CONDUCT THE NECESSARY OUTREACH TO

19  ENSURE THAT ALL OF OUR YOUTH CAN ACCESS IT. THIS IS A VERY

20  IMPORTANT ASPECT BECAUSE A STABLE CELLPHONE AND INTERNET

21  ACCESS PROVIDES YOUTH WITH THE ABILITY TO KEEP IN TOUCH WITH

22  THEIR FRIENDS AND FAMILY. IT PROVIDES REASSURANCE. IT HELPS

23  ENSURE NORMALCY. AND IT CAN OPEN UP DOORS TO EMPLOYMENT

24  OPPORTUNITIES AND MUCH, MUCH MORE. SO IT'S IMPORTANT THAT WE

25  CLOSE THIS DIGITAL DISPARITY AMONG FOSTER YOUTH, AND I'M VERY

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   HAPPY TO SUPPORT THE PROGRAM. ONCE AGAIN, I WANT TO THANK AND

2   CONGRATULATE THE IFOSTER AND THESE T.A.Y. AMERICORPS FELLOWS

3   FOR THEIR OUTSTANDING SERVICE. AGAIN, GIVE THEM A BIG ROUND OF

4   APPLAUSE, PLEASE. [APPLAUSE] NOW I'D LIKE TO ASK SERITA COX,

5   C.E.O. AND COFOUNDER OF IFOSTER, TO SAY A FEW WORDS. LET'S

6   WELCOME HER. [APPLAUSE]

7

8   **SERITA COX:** THANK YOU. THANK YOU SO MUCH, SUPERVISOR SOLIS AND

9   THE L.A. COUNTY BOARD OF SUPERVISORS FOR THIS HONOR. OUR

10  T.A.Y. AMERICORPS PROGRAM IS A TRUE TESTAMENT TO PUBLIC-

11  PRIVATE PARTNERSHIPS. WHAT STARTED AS A BRAINSTORMING SESSION

12  WITH L.A.D.C.S.F., L.A.O.I.C., AND IFOSTER ON PEER NAVIGATION

13  FOR FOSTER YOUTH NOT MORE THAN 16 MONTHS AGO IS NOW A PROGRAM

14  THAT HAS, IN SEVEN SHORT MONTHS, CONNECTED OVER 2,000 CURRENT

15  AND FORMER FOSTER YOUTH TO THE COUNTY AND COMMUNITY RESOURCES

16  THEY NEED TO SUCCEED. I WOULD LIKE TO THANK OUR COUNTY

17  PARTNERS WHO HAVE BEEN WITH US EVERY STEP OF THE WAY,

18  L.A.D.C.S.F. Y.D.S. TEAM, PARTICULARLY ROBBIE ODOM AND SONYA

19  FIFE, W.D.A.C.S. WITH MARITZA DUBIE AND HER AWESOME A.J.C.C.S,

20  WHO ARE THE HOST SUPERVISORS FOR THE MAJORITY OF THESE T.A.Y.

21  AMERICORPS, THE L.A. CHAMBER, OUR LOCAL COMMUNITY COLLEGES

22  WITH THEIR GUARDIAN SCHOLARS PROGRAMS, AND DOZENS OF

23  COMMUNITY-BASED ORGANIZATIONS LIKE PROJECT JOY AND THE

24  ALLIANCE FOR CHILDREN'S RIGHTS. THIS PROGRAM WOULDN'T EXIST

25  WITHOUT THESE BACKBONE ORGANIZATIONS. THANK YOU TO OUR

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    INCREDIBLE TRAINERS AND COACHES, WHO WEEKLY BUILD OUR T.A.Y.

2    AMERICORPS PROFESSIONALS AND GIVE THEM A SAFE SPACE TO SHARE

3    THEIR EXPERIENCES. AND, OF COURSE, THANK YOU TO OUR T.A.Y.

4    AMERICORPS MEMBERS. OUR T.A.Y. AMERICORPS MEMBERS, ALL CURRENT

5    AND FORMER FOSTER YOUTH THEMSELVES, ARE THE REASON THIS

6    PROGRAM IS SUCCESSFUL. THEY HAVE THE AUTHENTICITY, THE LIFE

7    EXPERIENCE, AND WITH JUST A LITTLE BIT OF INVESTMENT FROM US,

8    THE PROFESSIONAL SKILLS TO BUILD TRUSTED RELATIONSHIPS WITH

9    THEIR FOSTER YOUTH CLIENTS AND CONNECT THEM TO THE RESOURCES

10   THEY NEED. CONGRATULATIONS TO OUR T.A.Y. AMERICORPS MEMBERS.

11   YOU HAVE EARNED THIS AWARD. MYSELF, ALL OF IFOSTER,

12   L.A.D.C.S.F., OUR COMMUNITY PARTNERS AND NOW THE L.A. BOARD OF

13   SUPERVISORS ARE ALL SO PROUD OF YOU. AND FOR THOSE OF YOU WHO

14   WANT TO SEE OUR T.A.Y. AMERICORPS IN ACTION, I CORDIALLY

15   INVITE YOU TO THE GAME OF T.A.Y. EVENT HAPPENING NOVEMBER 22ND

16   FROM 10 TO 5 FOR ALL L.A. COUNTY FOSTER YOUTH AT THE SOUTHGATE

17   AUDITORIUM. OUR T.A.Y. AMERICORPS WILL BE HOSTING AN

18   INTERACTIVE RESOURCE EVENT FOR FOSTER YOUTH, POTENTIALLY THE

19   BIGGEST ONE EVER IN L.A. COUNTY. THIS EVENT WILL ALSO BE THE

20   LAUNCH FOR THE PHONES FOR FOSTER YOUTH PROGRAM. BOARD OF

21   SUPERVISORS, WE WOULD BE HONORED IF YOU COULD ATTEND. THANK

22   YOU SO MUCH. THANK YOU. [APPLAUSE]

23

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. HAHN, CHAIR:** SUPERVISOR RIDLEY-THOMAS? OH, DOES SHE HAVE

2   ANOTHER ONE? OH, YOU'RE RIGHT. OH, SHE HAS ANOTHER ONE. THANK

3   YOU. HELLO.

4

5   **SUP. SOLIS:** THANK YOU, MADAM CHAIR, TODAY I HAVE THE DISTINCT

6   OPPORTUNITY TO HELP CELEBRATE AND RECOGNIZE D.C.B.A.'S

7   MEDIATION TEAM. JOINING US IS JOE NICCHITTA, D.C.B.A.

8   MEDIATION TEAM, WHO ARE HERE WITH US. AND I'LL ASK JOE

9   NICCHITTA TO SAY A FEW WORDS AFTER. TODAY, WE ARE RECOGNIZING

10  OUR VERY OWN DEPARTMENT OF CONSUMER AND BUSINESS AFFAIRS AND

11  THEIR OUTSTANDING MEDIATION TEAM. AS SOME OF YOU MAY KNOW, THE

12  COUNTY'S TOP PRIORITY RIGHT NOW IS THE ISSUE OF HOMELESSNESS.

13  AND THE PEOPLE WHO HAVE BEEN HELPING ON THE GROUND EVERY

14  SINGLE DAY DESERVE TO BE RECOGNIZED. THIS IS A UNIQUE PROGRAM.

15  I MUST UNDERSCORE THAT. THE DEPARTMENT OF CONSUMER AND

16  BUSINESS AFFAIRS, ALSO KNOWN AS D.C.B.A., SAW THAT MANY PEOPLE

17  EXPERIENCING HOMELESSNESS WERE FILING SMALL CLAIMS LAWSUITS

18  FOR MORE SIMPLE REQUESTS AND PROBLEMS. THE DEPARTMENT BELIEVED

19  THERE WAS A NEED FOR MEDIATION. SO THEY DEVELOPED A VERY

20  SPECIALIZED MEDIATION PROGRAM THAT WAS TAILORED TO MEET THE

21  UNIQUE NEEDS OF THIS POPULATION. THEIR MEDIATION TEAM WENT

22  THROUGH HOLISTIC TRAININGS ON MENTAL HEALTH, RESOURCE

23  REFERRALS, AND POPULATION-SPECIFIC CARE AND TECHNIQUES. AND

24  THE PROGRAM WAS A SUCCESS. DURING 2018 AND 2019, THERE WAS A

25  61 PERCENT INCREASE IN MEDIATION REQUESTS FROM INDIVIDUALS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   EXPERIENCING HOMELESSNESS COMPARED TO THE PREVIOUS YEAR. AND

2   THEY HAVE HAD AN OUTSTANDING 88 PERCENT RESOLUTION RATE. LET'S

3   GIVE THEM A ROUND OF APPLAUSE. THAT'S AMAZING. [APPLAUSE]

4   THEY'RE CONTINUING TO DO THE VERY HARD WORK ON THE GROUND AND

5   IN THE FIELD AND ARE PARTNERING WITH THE DEPARTMENT OF MENTAL

6   HEALTH AND THE L.A. HOMELESS SERVICES AUTHORITY TO ENHANCE

7   THIS PROGRAM. IT'S A UNIQUE WAY OF HELPING TO PROVIDE SERVICES

8   TO PEOPLE WHO OTHERWISE MAY NOT EVEN KNOW EXIST OR WOULD EVEN

9   ASK. SO I'M SO PROUD TO RECOGNIZE THEM TODAY AND THEIR

10  INCREDIBLE SERVICE. I PARTICULARLY WANT TO THANK NO NICCHITTA,

11  THE DIRECTOR OF D.C.B.A., BECAUSE HE'S ALWAYS THINKING OUTSIDE

12  THE BOX, BRINGING IN NEW IDEAS, LISTENING TO PEOPLE, AND

13  HELPING TO EMPOWER OUR COUNTY AS WELL AS OUR RESIDENTS, THE

14  PEOPLE THAT WE REPRESENT. PLEASE JOIN ME IN HONORING HIM AND

15  GIVING HIM THE PODIUM AT THIS TIME. [APPLAUSE]

16

17  **JOE NICCHITTA:** THANK YOU, SUPERVISOR. THANK YOU SUPERVISOR

18  SOLIS AND THE ENTIRE BOARD FOR RECOGNIZING MEDIATION WEEK AND

19  OUR MEDIATION TEAM. NOW, I WILL EMPHASIZE THE IMPORTANCE OF

20  NOT ONLY THINKING OUTSIDE THE BOX BUT OF LISTENING TO YOUR

21  STAFF BECAUSE THEY ARE THE ONES WHO ARE GOING TO TELL YOU,

22  "HEY, JOE, I THINK WE HAVE AN ISSUE WITH FOLKS WHO ARE

23  EXPERIENCING HOMELESSNESS FILING SMALL CLAIMS CASES." AND

24  LISTENING TO THEM REALLY BIRTHED THIS PROGRAM. THE REALITY IS

25  PEOPLE WHO ARE EXPERIENCING HOMELESSNESS ARE BECOMING A

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    CONSUMER SUBGROUP WITH COMMON NEEDS. AND HERE ARE SOME OF THE

2    ISSUES THAT THEY FACE. AND THIS IS NOT AN EXCLUSIVE LIST.

3    THESE ARE LANDLORDS' FAILURE TO REFUND SECURITY DEPOSITS.

4    WE'RE TALKING ABOUT SETTLING DEBTS, GETTING BELONGINGS

5    RELEASED FROM STORAGE, UNSAFE OR UNSANITARY SHELTER

6    CONDITIONS, AND EVEN FAMILY DISAGREEMENTS AND THINGS OF THAT

7    NATURE. BUT FOR THOSE IN CRISIS, NOT GETTING YOUR SECURITY

8    DEPOSIT REFUNDED FROM A LANDLORD OR NOT GETTING YOUR

9    BELONGINGS OUT OF STORAGE, THESE CAN HAVE CATASTROPHIC

10   OUTCOMES THAT CAN CERTAINLY PREVENT SOMEBODY FROM STABILIZING.

11   YOU KNOW, UNFORTUNATELY, THOSE WHO ARE EXPERIENCING

12   HOMELESSNESS, AS A CONSUMER SUBGROUP, ARE ALSO THE MOST LIKELY

13   TO BE IGNORED WHEN THEY RAISE CONCERNS. SO A DISPUTE

14   RESOLUTION PROCESS FOR THOSE EXPERIENCING HOMELESSNESS GIVES

15   VOICE TO THESE CONSUMERS AND ELEVATES THEIR CONCERNS SO THAT

16   THEY CANNOT BE IGNORED. AND YOU'VE HEARD, OF COURSE, AT THE

17   BEGINNING OF THIS YEAR, WE LAUNCHED THE PROGRAM. WE'VE SEEN AN

18   UP TICK OF 61 PERCENT OF REQUESTS FOR THOSE EXPERIENCING

19   HOMELESSNESS FOR MEDIATION SUPPORT WITH AN 88 PERCENT

20   RESOLUTION RATE. ONCE WE RAISED THE ISSUES, WE CAN RESOLVE THE

21   ISSUES. I'M EXTREMELY PROUD OF OUR AMAZING MEDIATORS ON STAFF

22   TANZILA HUDA, MARITZA GUETTIEREZ, AND JESSICA MORALES, WHO ARE

23   UP HERE WITH ME. I WANT TO RECOGNIZE DEBBIE  CABERA JOHNSON

24   WHO OVERSEES MANY OF OUR CONSUMER SERVICES INCLUDING

25   MEDIATION. SHE'S IN THE AUDIENCE THERE. AND OF COURSE, AND

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  JOEL AYALA, CHIEF DEPUTY OVER THE CONSUMER SIDE OF CONSUMER

2  AND BUSINESS AFFAIRS. WE ALSO HAVE SOME VOLUNTEER MEDIATORS

3  HERE, IF YOU DON'T MIND RAISING YOUR HAND AND BEING

4  RECOGNIZED. [APPLAUSE] THEY VOLUNTEER THEIR TIME FOR THIS

5  PROGRAM AND FOR OTHER PROGRAMS FOR THE DEPARTMENT, SO WE'RE

6  VERY GRATEFUL FOR THEM. LASTLY, I'D LIKE TO THANK OUR PARTNERS

7  AT THE SOURCE. THIS IS A MONTHLY EVENT AT THE L.A. CITY

8  LIBRARY THAT CONNECTS THOSE WHO ARE EXPERIENCING HOMELESSNESS

9  WITH AVAILABLE SERVICES. THROUGH THE SOURCE, WE'VE REALLY BEEN

10 ABLE TO TARGET OUR MEDIATION SERVICES FOR THOSE WHO NEED THEM.

11 AS ALWAYS, I THANK THE BOARD FOR ITS STRONG SUPPORT OF THE

12 DEPARTMENT OF CONSUMER AND BUSINESS AFFAIRS. AND IF YOU NEED

13 MORE INFORMATION ABOUT HOW YOU CAN ACCESS OUR MEDIATION

14 SERVICES, VISIT US ONLINE,  DCBA.LACOUNTY.GOV OR CALL US, 800-

15 593-8222. THANK YOU. [APPLAUSE]

16

17 **SUP. RIDLEY-THOMAS:** WELL, WHILE THEY ORGANIZE THEMSELVES,

18 LET'S GIVE A BIG ROUND OF APPLAUSE TO P.L.A.C.E., BETTER KNOWN

19 AS PREPARING LOS ANGELES FOR COUNTY EMPLOYMENT. YOU CAN DO

20 BETTER THAN THAT. GIVE THEM A BIG ROUND OF APPLAUSE.

21 [APPLAUSE] C.E.O. SACHI HAMAI IS HERE AND VARIOUS

22 REPRESENTATIVES OF COUNTY DEPARTMENTS. AND THEN THE ONE AND

23 ONLY DIANE FACTOR, THE EXECUTIVE DIRECTOR OF THE WORKER

24 EDUCATION AND RESOURCE CENTER. GIVE W.E.R.K. A BIG ROUND OF

25 APPLAUSE, WON'T YOU? [APPLAUSE] W.E.R.K. IS IN THE HOUSE. BUT,

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    FIRST, LET ME ASK YOU TO TURN YOUR ATTENTION TO THE SCREEN

2    BEHIND ME TO LEARN MORE ABOUT THIS INNOVATIVE WORKFORCE

3    DEVELOPMENT PROGRAM. [MUSIC.]

4

5    **SPEAKER:** IN THE MORNING WHEN I GET UP AND COME TO WORK, I

6    ACTUALLY WANT TO COME TO WORK. I GET HAPPY. I'M LIKE, "WHAT

7    ARE WE GOING TO DO TODAY? WHAT KIND OF THINGS ARE WE GOING TO

8    SEE? WHAT CAN I DO BETTER THAN I DID YESTERDAY?" I GET TO

9    WITNESS THE DOCTORS IN ACTION. AND I FEEL LIKE BEING A PART OF

10   THAT TEAM, EVEN THOUGH I'M ON THE CLERICAL SIDE OF IT, WE'RE

11   STILL CONNECTED.

12

13   **SPEAKER:** IT'S DEFINITELY A MORE MATURE FEELING COMING INTO MY

14   CURRENT POSITION THAN I WAS BEFORE, TO BE HIRED IN A NATURE

15   CENTER. I LOVE THE SCENERY. I LOVE THE TOTAL VIBE THAT I GOT

16   HERE. ONE OF THE INTERVIEW QUESTIONS WAS ARE YOU COMFORTABLE

17   IN HANDLING WILD ANIMALS AND REPTILES, INSECTS. AND I WAS

18   LIKE, "YOU KNOW WHAT? YEAH, I AM VERY COMFORTABLE WITH THAT.

19   THAT ACTUALLY SOUNDS PRETTY FUN," YOU KNOW.

20

21   **SPEAKER:** WELL TWO WEEKS IN, I ENJOY THE VARIETY. I ENJOY

22   WORKING WITH MY HANDS. AND I'VE DONE CONCRETE WORK, CHANNEL

23   CLEANUP, CHANNEL REPAIR MAINTENANCE. I STARTED LEARNING ABOUT

24   THE PROCESS OF HOW WATER GETS RECYCLED AND REUSED AND GOES

25   BACK TO OUR TAPS. IT'S PRETTY INTERESTING, I HAVE TO SAY. I

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   NEVER EVEN KNEW ABOUT THIS JOB POSITION UNTIL THE P.L.A.C.E.

2   PROGRAM.

3

4   **SPEAKER:** THE P.L.A.C.E. PROGRAM, WHICH STANDS FOR PREPARING

5   LOS ANGELES FOR COUNTY EMPLOYMENT, IS A PILOT PROGRAM THAT

6   TRAINS FOLKS WITH HIGH BARRIERS TO EMPLOYMENT FOR ENTRY-LEVEL

7   POSITIONS THAT WOULD ALLOW THEM TO SERVE THEIR COMMUNITIES BUT

8   ALSO GIVE THEM AN OPPORTUNITY FOR A CAREER PATH. THESE

9   POSITIONS CONSISTED OF CLERICAL, THE DEPARTMENT OF HEALTH

10  SERVICES, GROUND MAINTENANCE WORKER WITH THE DEPARTMENTS OF

11  PARKS AND REC AND BEACHES AND HARBOR, LABOR WITH PUBLIC WORKS,

12  AND CUSTODIAN WITH HEALTH AND SERVICES.

13

14  **SPEAKER:** I FOUND OUT ABOUT THE PROGRAM THROUGH MY PASTOR.

15  HE'S, LIKE, "YOU NEED TO GO TRY TO GET THIS JOB FOR YOUR

16  FAMILY. THEY HAVE BENEFITS FOR YOUR CHILDREN AND A PLACE FOR

17  THEM TO STAY," BECAUSE RIGHT NOW I'M STAYING IN A SHELTER. SO

18  I JUST JUMPED RIGHT ON IT AND I CAME IN SIGNED UP. THIS

19  PROGRAM, THEY SET YOU UP. YOU LEARN. YOU TRAIN. AND THEN THEY

20  HELP YOU FILL OUT THE APPLICATIONS THE CORRECT WAY. AND THE

21  PROGRAM IS DOING A LOT FOR ME. IT'S VERY HELPFUL.

22

23  **SPEAKER:** THE W.E.R.K. PROGRAM, THEY BASICALLY HELD MY HAND AND

24  PROVIDED THESE LITTLE REFRESHERS. AND IT'S SO AMAZING BECAUSE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   EVERYTHING THAT I LEARNED THAT WE WENT OVER, I CARRY THAT WITH

2   ME.

3

4   **SPEAKER:** IT GIVES YOU SATISFACTION ESPECIALLY WHEN PEOPLE

5   THANK YOU AND SO FORTH EVEN THOUGH IT'S YOUR JOB. IT FEELS

6   GOOD TO BE ACKNOWLEDGED AND TO KNOW YOU'RE DOING SOMETHING

7   OTHER THAN FOR YOUR OWN SELF.

8

9   **SPEAKER:** NOW, YOU KNOW, ESPECIALLY WITH THE BENEFITS, I HAVE

10  BENEFITS. YOU KNOW, I COULD SAY THAT. IT'S A PERMANENT JOB. I

11  AM VERY PROUD OF THAT. AND I FEEL LIKE MY WHOLE LIFE HAS JUST

12  ELEVATED. AND I FEEL REALLY POSITIVE.

13

14  **SPEAKER:** I FEEL LIKE I GOT WHAT I'VE BEEN WANTING, STABILITY,

15  BRIGHT FUTURE, EQUAL TREATMENT, AND I FEEL MOTIVATED. THIS

16  ENTRY-LEVEL POSITION HAS OPENED SO MANY DOORS NOT JUST FOR ME

17  BUT ALSO MY FAMILY.

18

19  **SPEAKER:** WORKING FOR THE COUNTY IS A PRIVILEGE. I WANTED TO

20  GIVE BACK TO THE COMMUNITY I GREW UP IN. I'M AN L.A. NATIVE.

21  AND I'M BLESSED TO BE HERE RIGHT NOW. [APPLAUSE]

22

23  **SUP. RIDLEY-THOMAS:** HOW ABOUT THAT? HOW ABOUT THAT? LADIES AND

24  GENTLEMEN, AS THE LARGEST SINGLE EMPLOYER IN THE REGION, LOS

25  ANGELES COUNTY HAS AN OPPORTUNITY TO LEAD BY EXAMPLE. WE LEAD

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
1    BY INVESTING IN IMPACTFUL PROGRAMS THAT PROMOTE EQUITY AND
2    CREATE PATHWAYS TO STABLE EMPLOYMENT. AND SO THE P.L.A.C.E.
3    PILOT PROGRAMS EXCEED THESE STANDARDS BY CONNECTING COUNTY
4    RESIDENTS, MANY OF WHOM HAVE FACED HIRING BARRIERS TO
5    PERMANENT JOBS, AND THAT'S TO SAY A COUNTY CAREER. NOW IN ITS
6    SECOND YEAR, P.L.A.C.E. HAS SUCCESSFULLY RECRUITED, TRAINED,
7    AND HIRED FOUR COHORTS OF 88 PARTICIPANTS. GIVE THEM A ROUND
8    OF APPLAUSE. THEY'RE DOING GOOD, GOOD, GOOD WORK. [APPLAUSE]
9    TO DATE, MORE THAN 60 PERCENT OF THE GRADUATES HAVE BEEN
10   OFFERED PERMANENT FULL-TIME POSITIONS IN THE COUNTY OF LOS
11   ANGELES. [APPLAUSE] THE PROGRAM'S SUCCESS WOULD NOT BE
12   POSSIBLE WITHOUT THE SUPPORT OF THE CHIEF EXECUTIVE OFFICE,
13   THE COUNTY DEPARTMENTS, MANY OF THEM, LABOR AND COMMUNITY-
14   BASED ORGANIZATIONS AS YOU SEE THEM REPRESENTED HERE TODAY.
15   THESE PARTNERS HAVE BEEN INTEGRAL TO THE SUCCESS OF THIS
16   TRAINING MODEL. THEY HAVE MAINTAINED COMMITTED. AND BECAUSE
17   THEY RECOGNIZE THAT P.L.A.C.E. CHANGES LIVES, THEY WILL
18   CONTINUE TO THRIVE. I LOOK FORWARD TO SEEING THE PROGRAM AS IT
19   SCALES UP THROUGHOUT THE COUNTY SO THAT MORE PEOPLE CAN ENGAGE
20   IN MEANINGFUL EMPLOYMENT AND HAVE THE OPPORTUNITY TO DO WHAT
21   IS INTENDED THROUGH THIS PROGRAM. CONGRATULATIONS TO THE
22   GRADUATES. AND P.L.A.C.E. IS DOING THE MOST. AND WE THANK YOU
23   TO ALL OF THE DEPARTMENTS AND PARTNERS FOR YOUR COMMITMENT TO
24   THIS IMPORTANT WORK. WE WILL NOW HEAR FROM OUR CHIEF EXECUTIVE
25   OFFICER, SACHI HAMAI, WHO HAS GIVEN TREMENDOUS LEADERSHIP AND
```

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  FACILITATION TO THIS OUTCOME. GIVE HER A BIG ROUND OF

2  APPLAUSE, WON'T YOU? [APPLAUSE]

3

4  **C.E.O. HAMAI:** THANK YOU, SUPERVISOR RIDLEY-THOMAS, AND THANK

5  YOU TO THIS BOARD. YOU KNOW, IT WAS A YEAR AGO THAT WE

6  ACTUALLY STARTED THIS PROGRAM. AND SINCE THAT TIME, AS THE

7  SUPERVISOR INDICATED, WE HAD FOUR COHORTS, A TOTAL OF 88

8  INDIVIDUALS WHO CAME THROUGH THE LAST SESSION, FOUR OF THEM,

9  WHICH WERE FEATURED ON THIS VIDEO THAT EVERYBODY JUST SAW. AND

10 IN OUR NEXT ROUND, WE ACTUALLY ARE BRINGING IN ABOUT 100

11 INDIVIDUALS INTO THIS SAME PROCESS. BUT I WANT TO POINT OUT

12 THAT IT IS JUST NOT A NUMBERS GAME. I THINK THAT, YOU KNOW,

13 WHAT IS REALLY IMPORTANT AND WHAT THE TAKEAWAY IS IS THAT

14 THESE INDIVIDUALS COMING INTO THE COUNTY OF LOS ANGELES REALLY

15 HAVE SOMETHING TO GIVE. AND THEY CAN GIVE BACK TO OUR

16 COMMUNITIES. AND IT'S, YOU KNOW, OUR DEPARTMENTS THAT ARE

17 WORKING IN PARTNERSHIP TO IDENTIFY JOBS, TO GET ENTRY-LEVEL

18 JOBS, TO GET INDIVIDUALS WHO HAVE HAD HIGH BARRIERS TO

19 EMPLOYMENT TO WORK, TO OPEN UP AND GIVE PEOPLE A SECOND

20 OPPORTUNITY. SO I WANT TO GIVE A BIG SHOUT OUT TO OUR

21 DEPARTMENTS. WE HAVE FOUR OF THEM IN THIS LAST COHORT. LET ME

22 JUST START, MARK PESTRELLA FROM PUBLIC WORKS. [APPLAUSE] THANK

23 YOU. CHRISTINA GHALY FROM THE DEPARTMENT OF HEALTH SERVICES.

24 [APPLAUSE] JOHN WICKER IS NOT HERE, BUT NORMA GARCIA IS HERE

25 FROM PARKS AND REC. AND GARY JONES FROM BEACHES AND HARBORS.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   [APPLAUSE] THOSE ARE OUR FOUR DEPARTMENTS. BUT THIS ALSO COULD

2   NOT BE DONE WITHOUT THE HELP OF LABOR. AND BOB, WHO HAS BEEN A

3   GREAT COLLEAGUE AND A GOOD FRIEND, WHO HAS ALSO PUSHED THIS

4   PROGRAM AND HAS REALLY WORKED CLOSELY IN PARTNERSHIP TO HELP

5   US, I WANT TO GIVE A BIG SHOUT OUT TO BOB SCHOONOVER AT

6   S.E.I.U. [APPLAUSE.] THANK YOU, BOB. AND ALSO MY TEAM, DANNY

7   KELLER IS BACK HERE, WHO HAS WORKED LONG HOURS AND HAS HAD TO

8   HEAR ME KIND OF PUSHING, PUSHING, PUSHING. JULIO OROZCO WHO IS

9   RIGHT BEHIND ME. SO THANK YOU TO BOTH OF THE C.E.O. TEAM. AND

10  LAST, BUT NOT LEAST, FOR THE W.E.R.K. PROGRAM, DIANE FACTOR --

11  [APPLAUSE] WHO HAS BEEN INSTRUMENTAL IN  LEADING THIS EFFORT

12  AND REALLY PUTTING TOGETHER A GREAT MODEL AND A GREAT PROGRAM.

13  AND, I'M SORRY. I LEFT OUT ONE DEPARTMENT. LISA GARRETT,

14  DEPARTMENT OF HUMAN RESOURCES. [APPLAUSE] AND WITH THAT, I

15  WANT TO JUST INTRODUCE THE INDIVIDUALS WHO WERE PROFILED ON

16  THE VIDEO. SO IF YOU COULD JUST RAISE YOUR HAND WHEN I

17  INTRODUCE YOU, SALINE ELEZANDO, THE INTERMEDIATE CLERK. SHE IS

18  NOW WORKING AT L.A.C.+U.S.C. BRIAN CASTLE, [APPLAUSE] GROUNDS

19  MAINTENANCE WORKER AT PARKS AND REC. FLORISA RAYATAGAI,

20  LABORER FOR PUBLIC WORKS. [APPLAUSE] JESSE SANDY HAYES, OUR

21  CUSTODIAN AT L.A.C.+U.S.C. [APPLAUSE] AND JONATHAN TOOL,

22  GROUNDS MAINTENANCE WORKER AT BEACHES AND HARBOR. [APPLAUSE]

23  WE'RE JUST REALLY SUPER PROUD OF ALL OF YOU AND REALLY SUPER

24  PROUD OF THE COUNTY FOR PUTTING THIS PROGRAM TOGETHER. SO

25  THANK YOU.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1

2  **SUP. RIDLEY-THOMAS:** ALL RIGHT. GIVE THE C.E.O. A BIG ROUND OF

3  APPLAUSE AND THE WHOLE TEAM. I'M GOING TO ADD THIS IS A

4  COUNTY-WIDE EFFORT. AND TO THE EXTENT THAT'S THE CASE, I'M

5  GOING TO ASK THAT ALL OF OUR MEMBERS OF THE BOARD OF

6  SUPERVISORS COME FORWARD AND EMBRACE THESE INDIVIDUALS WHO ARE

7  OFF TO AN EXTRAORDINARY START OWING TO THE INVESTMENT THAT

8  EACH MEMBER OF THIS BOARD HAS MADE. WE BELIEVE THAT ALL LABOR

9  HAS DIGNITY. AND TO THE EXTENT THAT THAT'S THE CASE, WE WANT

10 TO SAY SECOND CHANCES ARE REAL CHANCES. ANYBODY HERE IN THE

11 AUDIENCE NEED A SECOND CHANCE EVERY NOW AND THEN? AND TO THE

12 EXTENT THAT'S THE CASE, WE OUGHT TO CELEBRATE THE FACT THAT

13 THESE INDIVIDUALS HAVE STEPPED UP. AND THEY WILL THRIVE. ALL

14 RIGHT. WE'RE GOING TO MOVE THIS PODIUM.

15

16 **SUP. RIDLEY-THOMAS:** ALL RIGHT. ANOTHER BIG ROUND OF APPLAUSE

17 FOR P.L.A.C.E. [APPLAUSE]

18

19 **SUP. HAHN, CHAIR:** OKAY. SO, THIS NEXT PRESENTATION, I'M SO

20 PLEASED TO RECOGNIZE EL SEGUNDO'S TOWER60 FOUNDATION. OH MY

21 GOSH, L.A.O.I.C. AT THAT. THAT IS PINK. PAINT IT PINK

22 INITIATIVE IN RECOGNITION OF BREAST CANCER AWARENESS MONTH.

23 AND I REALLY WANT TO COMMEND ALEX ABAD, WHO'S THE FOUNDER OF

24 TOWER60 FOUNDATION FOR BEING THE CHAMPION OF THIS UNIQUE

25 EFFORT TO PAINT LIFEGUARD TOWER PINK FOR BREAST CANCER



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    AWARENESS MONTH. LET'S GIVE A HAND TO ANYONE WHO WOULD THINK

2    ABOUT PAINTING A LIFEGUARD TOWER FOR THE MONTH OF OCTOBER

3    PINK. [APPLAUSE] I WAS REALLY PLEASED TO BE WITH HIM AND MANY

4    OF THE PEOPLE STANDING UP HERE FOR THE PAINTING EVENT THAT

5    TOOK PLACE EARLIER THIS MONTH THAT REALLY BROUGHT THE ENTIRE

6    COMMUNITY OF EL SEGUNDO TOGETHER. AND AS YOU CAN SEE FROM

7    THESE PHOTOS, THE TOWER TURNED OUT BEAUTIFUL. IT'S JUST A

8    GREAT SHADE OF PINK. AND YOU CAN SEE IT ALL ALONG THE COAST,

9    ALL THE WAY TO MANHATTAN BEACH, ALL THE WAY PAST EL SEGUNDO.

10   YOU CAN SEE IT EVERYWHERE ON THE BEACH. AND THIS TOWER GIVES

11   US AN OPPORTUNITY TO RAISE AWARENESS ABOUT THE EARLY SIGNS OF

12   BREAST CANCER, THE IMPORTANCE OF EARLY DETECTION, AND TO RAISE

13   UP THE STORIES OF PEOPLE WHO ARE FIGHTING AND BEATING THIS

14   TERRIBLE DISEASE ON SOCIAL MEDIA. IN THE UNITED STATES ALONE,

15   268,000 WOMEN AND 2600 MEN ARE DIAGNOSED WITH BREAST CANCER

16   EVERY YEAR. AND 1 IN 8 WOMEN WILL FACE IT IN THEIR LIFETIME.

17   THE TOWER60 FOUNDATION HAS SET AN IMPRESSIVE GOAL OF RAISING

18   $50,000, WHICH THEY WILL DONATE TO THE CITY OF HOPE. AND I

19   WANTED TO SUPPORT THEIR EFFORTS. AND I'M GOING TO TELL YOU

20   THAT I'M GOING TO CONTRIBUTE 10,000 TO YOUR EVENT TODAY.

21   [APPLAUSE] A CHECK'S IN THE MAIL. AND I REALLY AM SO GLAD THAT

22   THE MAYOR OF EL SEGUNDO, DREW BOYLES, IS HERE TODAY. DREW

23   ACTUALLY BROUGHT THIS IDEA TO MY ATTENTION. AND WE NEEDED TO

24   MAKE CERTAIN THINGS HAPPEN TO ALLOW LIFEGUARD TOWER TO BE

25   PAINTED PINK. AND NONE THE LEAST, I WANT TO GIVE THEM A BIG

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   SHOUT OUT TODAY, WAS OUR L.A. COUNTY LIFEGUARDS, WHO DO SUCH A

2   GOOD JOB EVERY SINGLE DAY KEEPING PEOPLE SAFE ON OUR BEACHES.

3   BUT, YOU KNOW, THEY WERE MORE THAN GRACIOUS AND MORE THAN

4   SUPPORTIVE IN LETTING ONE OF THEIR TOWERS BE PAINTED PINK. SO

5   I REALLY WANTED TO THANK THEM. AND BEFORE I PRESENT ALEX WITH

6   THIS SCROLL, MAYOR BOYLES, I WANTED TO SEE IF YOU WANTED TO

7   COME UP AND SAY A FEW WORDS. [APPLAUSE]

8

9   **MAYOR BOYLES:** WOW. ON BEHALF OF EL SEGUNDO, SUPERVISOR HAHN,

10  THAT'S INCREDIBLY GENEROUS. THANK YOU VERY MUCH. I KNOW ALEX

11  AND HIS FAMILY ARE THRILLED.  I'M THE MAYOR OF EL SEGUNDO, AS

12  SHE MENTIONED. WE LIKE TO THINK OF EL SEGUNDO AS A PLACE WHERE

13  BIG IDEAS TAKE OFF, AND THIS IS JUST ANOTHER EXAMPLE. I'VE

14  KNOWN ALEX 25 YEARS. WHEN ALEX CAME TO ME WITH THIS IDEA, I

15  WASN'T SURPRISED IN THE LEAST. HE'S ALWAYS GOING BIG, WHETHER

16  IT'S ON MOTOCROSS, SURFING, YOU NAME IT IN BUSINESS. HE NEVER

17  CEASES TO AMAZE US. SO HE CAME WITH THIS IDEA. I APPROACHED

18  JANICE. AND I DIDN'T EVEN QUESTION THAT THIS WOULD BECOME A

19  REALITY. YOU AND YOUR STAFF ARE INCREDIBLY HELPFUL WITH VISTA

20  DEL MAR AND GETTING THE STREETS MOVING AGAIN AFTER THAT FUN

21  EXPERIENCE. SO THANK YOU FOR EVERYTHING YOU DO FOR US IN EL

22  SEGUNDO AND THE SOUTH BAY. AND I WANT TO THANK THE BOARD AND

23  THE STAFF FOR MAKING THIS A REALITY AND ESPECIALLY TO YOU FOR

24  THE $10,000 DONATION, AS WELL. THANK YOU, JANICE.

25

October 15, 2019

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. HAHN, CHAIR:** THANK YOU. NOW ALSO, BEFORE I PRESENT THIS

2    SCROLL, ALEX, I WANTED YOU TO COME UP AND SAY A FEW WORDS AND

3    INTRODUCE ALL YOUR FRIENDS AND FAMILY THAT ARE WITH YOU HERE

4    TODAY. BUT, AGAIN, I JUST WANT TO SAY THANK YOU FROM THE

5    BOTTOM OF MY HEART. I KNOW THAT THE MONEY THAT YOU RAISE IS

6    ACTUALLY GOING TO THE CITY OF HOPE TO TRY TO ONE DAY HOPEFULLY

7    BRING A CURE TO THIS TERRIBLE DISEASE AND THAT, IN FACT, YOU

8    HAVE HELPED TO FINANCE THE PAINTING OF TOWER60, YOU AND YOUR

9    FAMILY. SO I REALLY WANT TO THANK YOU FOR THAT. THANK YOU FOR

10   THIS IDEA. AGAIN, IT IS A BEACON ON THE BEACH. AND I EVEN

11   TALKED TO SOME OF THE LIFEGUARDS AND SAID I IMAGINE YOU'RE

12   GOING TO HAVE PEOPLE COMING UP TO YOU IN THE LIFEGUARD STAND

13   AND SAYING, "WHAT IS THIS ALL ABOUT?" SO I WAS HOPING THAT

14   THEY WOULD ALL BE READY TO ALSO GIVE INFORMATION ABOUT BREAST

15   CANCER AWARENESS TO ALL OF US WHO WILL SEEK THEIR HELP. AND

16   IT'S SO PERFECT BECAUSE LIFEGUARD TOWERS ARE LIKE, YOU KNOW,

17   LIGHTHOUSES, RIGHT? OUR LIFEGUARDS ARE THERE TO SAVE LIVES.

18   THAT'S WHAT THEY DO EVERY DAY. THAT IS THEIR JOB IS TO SAVE

19   LIVES. SO IT'S SO APROPOS THAT YOU THOUGHT ABOUT TAKING A

20   LIFEGUARD TOWER, WHICH IS THERE TO SAVE PEOPLE'S LIVES, AND

21   TAKE IT ONE STEP FURTHER AND TALK ABOUT REALLY SAVING PEOPLE'S

22   LIVES FROM THIS DISEASE. SO, ALEX ABAD, COME HERE AND SAY A

23   FEW WORDS. [APPLAUSE]

24

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **ALEX ABAD:** WELL, FIRST, LET ME JUST SAY THAT I'M EXTREMELY

2   GRATEFUL AND HONORED TO BE HERE. I WANT TO THANK THE ENTIRE

3   BOARD OF SUPERVISORS. AND I WANT TO -- I'M JUST BLOWN AWAY BY

4   OUR CHAIRPERSON, JANICE HAHN, AND FOR WHAT SHE HAS JUST

5   OFFERED FOR WHAT WE'RE TRYING TO DO HERE. IT'S JUST AMAZING TO

6   ME. I'M TRYING TO HOLD MYSELF FROM NOT BREAKING DOWN HERE

7   BECAUSE IT DOESN'T TAKE MUCH FOR ME TO BREAK DOWN. [LAUGHTER.]

8   SO I'M SUPER, SUPER GRATEFUL. I'M BLESSED TO BE SURROUNDED BY

9   INCREDIBLE PEOPLE. I'M JUST GOING TO MAKE A QUICK INTRODUCTION

10  REALLY QUICK. THIS IS MY WIFE, DORENE, MY DAUGHTER, AMY, MY

11  SON, ALEX, MY INCREDIBLE ASSISTANT, OLLIE. WE HAVE DEAR EL

12  SEGUNDO MAYOR HERE WHO IS ALSO A FRIEND. WE HAVE J.M. MARS AND

13  TIFFANY JONES. THEY'RE THE ONES WHO HELPED PUT ALL THIS

14  TOGETHER, OBVIOUSLY WITH THE APPROVAL OF THE ENTIRE BOARD OF

15  SUPERVISORS. WITHOUT THEM, THIS WOULD HAVE NEVER TAKEN OFF THE

16  GROUND. WHEN I CAME UP WITH THIS IDEA, JANUARY OF THIS YEAR,

17  WHEN IN CONVERSATION WITH DIFFERENT CLIENTS AND WOMEN, I'M IN

18  REAL ESTATE, AND DIFFERENT FRIENDS AND CLIENTS THAT I HAD,

19  THEY STARTED MENTIONING TO ME THAT SOMEONE THAT WAS VERY DEAR

20  TO THEM WAS GOING THROUGH A VERY SERIOUS SITUATION WITH BREAST

21  CANCER. BY NO COINCIDENCE, I TALKED TO SOMEBODY ELSE, THEY HAD

22  MENTIONED TO ME. AND IT WAS SOMEBODY THAT WAS VERY DEAR TO

23  THEM. IT DIDN'T TAKE LONG BEFORE I STARTED TALKING TO

24  DIFFERENT PEOPLE, AND IT SEEMED LIKE EVERYONE HAD SOMEONE VERY

25  CLOSE TO THEM THAT THEY WERE BEING AFFECTED BY THIS TYPE OF A

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   SITUATION IN THEIR LIVES. AND SO I WAS TAKING A SHOWER AND I

2   JUST THOUGHT MAYBE I CAN DO SOMETHING ABOUT THIS BECAUSE THIS

3   IS USUALLY WHERE MY IDEAS COME FROM IS WHEN I'M EITHER RIDING

4   MY BICYCLE OR TAKING A SHOWER. THAT'S JUST WHERE IT HAPPENS. I

5   SAID WELL, MAYBE I CAN TAKE THE TOWER60, WHICH HAPPENS TO BE

6   MY REAL ESTATE BRAND A LITTLE BIT, AND MAYBE I CAN USE IT FOR

7   RAISING AWARENESS. WE USE OUR BRAND, THE TOWER60 FOUNDATION,

8   TO RAISE TENS OF THOUSANDS OF DOLLARS FOR OUR SCHOOLS. AND I

9   THOUGHT MAYBE I CAN DO SOMETHING DIFFERENT HERE. AND SO I TOLD

10  MY WIFE, AND I TOLD SOME FRIENDS. AND THEN I HAVE J.M. AND

11  TIFFANY JONES, WHO OWN AN INCREDIBLE MARKETING COMPANY. AND I

12  RAN IT BY TIFFANY. AND AFTER I TOLD HER WHAT I WANTED TO DO,

13  SHE SAID WELL, YOU KNOW, I ACTUALLY AM A CANCER SURVIVOR. THE

14  CANCER THAT I HAD WAS 1 IN A MILLION. IT WAS THAT RARE. AND

15  SHE SAID, YOU KNOW, WHEN I FOUND OUT WHAT I HAD, I WENT TO

16  CEDARS-SINAI, AND THEY TOLD ME THEY COULDN'T HELP ME. AND THEN

17  SHE WENT TO THE CITY OF HOPE, AND THEN SHE IS A FULL-BLOWN

18  CANCER SURVIVOR. AND SHE'S DOING AMAZING. [APPLAUSE] AND SO I

19  COULDN'T HAVE SOMEONE BETTER TO HELP ME PUT THIS TOGETHER. OF

20  COURSE, IT WAS A REALLY LONG SHOT BECAUSE NONE OF THIS HAS

21  EVER BEEN DONE, EVER. AND I GREW UP AT THE BEACH. I STARTED

22  SURFING MANHATTAN PIER WHEN I WAS 10 YEARS OLD. LET ME TELL

23  YOU. THIS JUST DOESN'T HAPPEN. SO I WAS SO GRATEFUL AND

24  PATIENT TO MAKE SURE THAT WE DID EVERYTHING WE COULD TO BE

25  ABLE TO DO IT RIGHT. AND I'M SO APPRECIATIVE AND HONORED TO

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    HAVE THE ENTIRE BOARD OF SUPERVISORS AND CHAIR JANICE HAHN GET

2    BEHIND THIS IDEA. AND IT'S TURNED OUT INCREDIBLE. THE

3    LIFEGUARD TOWER WILL REMAIN PINK FOR THE ENTIRE MONTH OF

4    OCTOBER. EVERY DAY, PEOPLE FROM ALL OVER THE SOUTH BAY AND

5    REALLY ALL OVER THE WORLD, THEY'RE COMING BY BECAUSE THEY'RE

6    VISITING LOS ANGELES, AND THEY'RE COMING BY, AND THEY'RE

7    TAKING PHOTOS, AND THEY'RE POSTING IT. AND IT BRINGS A REALLY

8    WONDERFUL ATTENTION TO THE PURPOSE OF WHY IT WAS PAINTED PINK

9    BUT ALSO TO OUR COASTAL COMMUNITY AND, OF COURSE, THE CITY OF

10   EL SEGUNDO. AND IT CONTINUES TO RAISE MONEY TODAY WHERE

11   BECAUSE OF YOU, WE'RE PRETTY CLOSE TO OUR GOAL. WE'RE GOING TO

12   BE PRETTY CLOSE TO MEETING OUR GOAL, WHICH IS INCREDIBLE. I

13   JUST WANT TO SAY 100 PERCENT OF EVERY DOLLAR GOES TO THE CITY

14   OF HOPE FOR THIS CAUSE. WE DON'T KEEP A PENNY. SO FROM THE

15   FOUNDATION, NONE OF IT GETS USED TO PAY FOR THIS OR THAT OR

16   THE OTHER. ZERO. 100 PERCENT GOES TO FIGHT BREAST CANCER. SO,

17   ANYWAYS, THAT'S IT. I WANT TO THANK YOU SO MUCH FOR HAVING ME

18   HERE. IT'S AN HONOR. THANK YOU SO MUCH.

19

20   **SUP. HAHN, CHAIR:** THANK YOU SO MUCH. AND I KNOW WE'RE SUPPOSED

21   TO BE CONSERVING WATER, BUT I HEREBY DEPUTIZE YOU TO TAKE AS

22   LONG SHOWERS AS YOU WANT AND KEEP COMING UP WITH GOOD IDEAS.

23   [LAUGHTER.] AND ON BEHALF OF THE COUNTY OF LOS ANGELES, PAINT

24   IT PINK, WE GIVE YOU OUR SINCERE CONGRATULATIONS AND BEST

1    WISHES. AND THIS IS FROM THE ENTIRE BOARD. AND WE'LL TAKE A

2    PICTURE. [APPLAUSE]

3

4    **SUP. HAHN, CHAIR:** OKAY. TODAY WE'RE CELEBRATING THE JOHN ANSON

5    FORD HUMAN RELATIONS AWARDS IN LOS ANGELES COUNTY. AND THESE

6    RECOGNITIONS ARE NAMED AFTER THE FORMER COUNTY SUPERVISOR,

7    JOHN ANSON FORD, AND A LONG TIME HUMAN RELATIONS LEADER. AND

8    SINCE 1972, THESE AWARDS HAVE HONORED OUR HUMAN RELATIONS

9    CHAMPIONS IN L.A. COUNTY. THESE CHAMPIONS ADVANCE THE MISSION

10   OF OUR COUNTY HUMAN RELATIONS COMMISSION, WHICH IS TO

11   TRANSFORM PREJUDICE INTO ACCEPTANCE, INEQUITY INTO JUSTICE,

12   AND HOSTILITY INTO PEACE. AND BEFORE PRESENTING THE AWARDS, I

13   WANTED TO WELCOME OTTO SOLORZANO, OUR ACTING DIRECTOR OF

14   WORKFORCE DEVELOPMENT, AGING, AND COMMUNITY SERVICES, AND

15   ROBIN TOMA, THE EXECUTIVE DIRECTOR OF THE HUMAN RELATION

16   COMMISSION, AND ASK ROBIN TO SAY A FEW WORDS.

17

18   **ROBIN TOMA:** THANK YOU, CHAIR HAHN. SO, TODAY WE ARE SO PLEASED

19   TO BE HERE BEFORE THE BOARD WITH THESE JOHN ANSON FORD HUMAN

20   RELATION AWARDEES. NOT LONG AGO, I WAS BEFORE CAMERAS TALKING

21   ABOUT THE RISE IN HATE CRIME IN L.A. COUNTY. BUT AT THE SAME

22   TIME, THIS IS THE OTHER SIDE OF THAT COIN BECAUSE THE REASON

23   WHY WE DON'T HAVE AN INCREASE AS LARGE AS IT COULD HAVE BEEN

24   ARE THE AWARDEES THAT WE ARE HONORING TODAY. THEY'RE THE

25   PEOPLE IN THE ORGANIZATIONS WHOSE OUTSTANDING HUMAN RELATIONS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    AND HUMAN RIGHTS PROGRAMS ARE THE REASON WHY WE ARE ABLE TO

2    BEAT BACK THE HATE THAT WE KNOW IS SURROUNDING US AT THIS

3    TIME. SO, I WANT YOU TO KEEP THAT IN MIND AS YOU RECOGNIZE AND

4    APPRECIATE THESE FOLKS. AND I WANT TO TRULY THANK THE BOARD OF

5    SUPERVISORS FOR ALLOWING US TO RECOGNIZE THESE HARD WORKING

6    INDIVIDUALS. I WANT TO RECOGNIZE OTTO SOLORZANO, THE DIRECTOR

7    OF OUR DEPARTMENT, OUR HOME, THAT MAKES IT ALL POSSIBLE FOR US

8    TO CARRY OUT THESE PROGRAMS. I WANT TO RECOGNIZE COMMISSION

9    PRESIDENT, JARRETT BARRIOS, WHO WAS WITH US EARLIER TODAY. HE

10   IS THE LEADER OF OUR COMMISSIONERS, ELECTED BY THEM TO LEAD

11   OUR WORK FORWARD. I JUST WANT TO SAY THAT, IN THINKING ABOUT

12   THEM, KNOW THAT THOSE ARE JUST THE TIP OF THE ICEBERG. THERE

13   IS SUCH A LARGE COMMUNITY OF PARTNER ORGANIZATIONS THAT MAKE

14   UP WHAT IS REALLY OUR COUNTY'S HUMAN RELATIONS, HUMAN RIGHTS

15   INFRASTRUCTURE. AND IT IS THOSE ORGANIZATIONS THAT HELP US

16   WORK TOWARDS ACCEPTANCE, JUSTICE, AND PEACE IN L.A. COUNTY. SO

17   FOR THAT, THANKS AND CONGRATULATIONS TO EVERY SINGLE ONE OF

18   YOU ON BEHALF OF OUR COMMISSION STAFF, COMMISSIONERS, STAFF OF

19   W.D.A.C.S., THE ENTIRE COUNTY, AND CERTAINLY OUR HEARTFELT

20   GRATITUDE TO THE BOARD OF SUPERVISORS FOR HONORING THEM TODAY.

21

22   **SUP. HAHN, CHAIR:** THANK YOU. THANK YOU, ROBIN. OUR FIRST AWARD

23   IS THE YVONNE B. BURKE COURAGE AWARD. AND THIS HONOR AND THIS

24   AWARD HONORS AN INDIVIDUAL FOR BOLD, DAUNTLESS ACTION TO

25   ADVANCE HUMAN RELATIONS. AND THIS YEAR'S AWARD GOES TO DR.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   PATRICIA GONDERA. IS THAT RIGHT? EXCELLENT, THE CODIRECTOR OF

2   THE CIVIL RIGHTS PROJECT AT U.C.L.A. AMONG MANY

3   ACCOMPLISHMENTS, DR. GONDERA HAS SHOWN WISDOM AND COURAGE IN

4   HER RESEARCH ON EDUCATIONAL EQUITY AND ACCESS FOR LOW INCOME

5   AND ETHNIC MINORITY STUDENTS. HER RESEARCH HAS SHED LIGHT ON

6   THE HIGH RATE OF STUDENTS WHO FEEL UNSAFE AND EXPERIENCE

7   BULLYING DUE TO IMMIGRATION STATUS. SHE RECEIVED THE

8   DISTINGUISHED CAREER AWARD FROM THE SCHOLARS OF COLOR OF THE

9   AMERICAN EDUCATIONAL RESEARCH ASSOCIATION AND WAS APPOINTED TO

10  PRESIDENT OBAMA'S NATIONAL COMMISSION ON EDUCATIONAL

11  EXCELLENCE FOR HISPANICS. PLEASE JOIN ME IN HONORING HER WITH

12  THIS SCROLL. [APPLAUSE]

13

14  **SUP. HAHN, CHAIR:** WE NOW THE YOUR HONOR TO THE COUNTY-WIDE

15  JOHN ALLEN BUGS LEADERSHIP AWARD. AND THIS AWARD HONORS A

16  PUBLIC OFFICIAL FOR EXCEPTIONAL HUMAN RELATIONS ADVOCACY AND

17  LEADERSHIP. THIS YEAR'S AWARDEE FOR PUBLIC SERVICE IS

18  PRESENTED TO DR. VIRGINIA URIBE. IS THAT RIGHT? OKAY. WHO

19  PASSED AWAY EARLIER THIS YEAR. DR. URIBE WAS A SCIENCE TEACHER

20  AND COLLEGE COUNSELOR AT FAIRFAX HIGH SCHOOL IN THE LOS

21  ANGELES UNIFIED SCHOOL DISTRICT FOR 42 YEARS. HER INTEREST IN

22  THE ISSUES FACED BY LESBIAN, GAY, BISEXUAL, TRANSGENDER, AND

23  QUESTIONING STUDENTS IN SCHOOLS BEGAN WHILE DOING RESEARCH FOR

24  HER P.H.D. IN PSYCHOLOGY. SHE BECAME A SOUGHT-AFTER EXPERT IN

25  THE FIELD THROUGHOUT THE U.S. DR. URIBE, I SAID IT RIGHT THE



1   FIRST TIME, URIBE, HELPED FOUND THE PROJECT TEN PROGRAM AND

2   NUMEROUS PROGRAMS THAT HELP SUPPORT L.B.G.T.Q. YOUTH DISTRICT

3   THROUGHOUT LOS ANGELES COUNTY AND WHICH HAVE BECOME MODELS FOR

4   INCLUSION THROUGHOUT THE COUNTRY. SHE RECEIVED NUMEROUS WARDS

5   AND BECAME A FINALIST FOR THE PRESIDENT'S CITIZENS MEDAL UNDER

6   A PREVIOUS ADMINISTRATION. PLEASE JOIN ME IN HONORING DR.

7   URIBE WITH THIS SCROLL. AND HERE TO ACCEPT THE AWARD ON HER

8   BEHALF IS HER SPOUSE, GAIL ROTH. [APPLAUSE] AND NOW WE TURN

9   OUR AWARDS TO OUTSTANDING HUMAN RELATIONS PROJECTS AND

10  PROGRAMS, ONE FOR EACH OF THE FIVE COUNTY SUPERVISORIAL

11  DISTRICTS. I WANT TO WELCOME COMMISSIONER ELAN DAVIDSON.

12  HELLO, CANCER. COMMISSIONER ELAN DAVIDSON INTRODUCING THE

13  FOURTH DISTRICT. COMMISSIONER PORTER GILBERG WAS HERE EARLIER

14  FOR THE LUNCHEON, BUT SHE HAD TO LEAVE EARLY. THE AWARDEE FOR

15  THE FOURTH DISTRICT JOHN ANSON FORD AWARD IS CALIFORNIANS

16  TOGETHER. THEY ARE BASED IN LONG BEACH AND PROMOTE THE

17  RECOGNITION OF BILINGUALISM AND BY CULTURALISM IN SCHOOLS BY

18  DEVELOPING EQUITABLE EDUCATIONAL POLICY. THEIR GUIDE FOR SAFE

19  AND WELCOMING SCHOOLS FOR IMMIGRANT AND REFUGEE STUDENTS IN

20  CALIFORNIA IS A COMPREHENSIVE RESOURCE THAT INCLUDES DISTRICT

21  AND CLASSROOM BEST PRACTICES, POLICY RECOMMENDATIONS, AND

22  IMMIGRATION-RELATED RESOURCES FOR FAMILY ENGAGEMENT. THEY HAVE

23  PARTNERED WITH SCHOOL DISTRICTS ACROSS CALIFORNIA OFFERING

24  TRAININGS ON HOW BEST TO WORK WITH THESE STUDENTS AND THEIR

25  FAMILIES. PLEASE JOIN ME IN RECOGNIZING AND HONORING

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   CALIFORNIANS TOGETHER. THANK YOU. LET'S GIVE A BIG HAND.

2   [APPLAUSE] APPLAUSE.

3

4   **ELAN DAVIDSON:** SO, SUPERVISORS AND PEOPLE OF THE COUNTY, WE'RE

5   VERY HONORED WITH THIS RECOGNITION, BUT WE WANT TO TELL YOU AT

6   THE SAME TIME THAT WE NEVER THOUGHT WE WOULD BE IN THIS

7   POSITION OF HAVING DEVELOPED CURRICULUM AND LESSONS AND

8   SUPPORT FOR TEACHERS TO ADDRESS THE FEARS, THE STRESSES, AND

9   THE WORRIES THAT THE CHILDREN ARE EXPERIENCING IN OUR SCHOOLS.

10  TODAY, TEACHERS HAVE TO NOT ONLY KNOW HOW TO TEACH, THEY HAVE

11  TO KNOW HOW TO RESPOND TO TEACHERS WHO COME TO THEM CRYING

12  BECAUSE THEY'RE WORRIED THAT THEIR MOTHER OR THEIR FATHER MAY

13  NOT BE IN THEIR HOME WHEN THEY RETURN. ADMINISTRATORS ARE

14  WORRIED THAT IF THERE'S A RAID IN THEIR COMMUNITY WHILE THE

15  CHILDREN ARE AT SCHOOL, WHAT DO THEY DO ABOUT SENDING THEIR

16  CHILDREN HOME TO HOMES WHO DO NOT HAVE PARENTS. WE'RE IN A

17  POSITION TO HELP THE TEACHERS AND THE ADMINISTRATORS, BUT WE

18  NEVER THOUGHT THIS NATION WOULD PUT THIS UPON US TO TAKE THIS

19  AS PART OF OUR CHARGE. SO WE ARE HONORED BY THIS AWARD, BUT WE

20  ARE WORRIED ABOUT OUR CHILDREN AND OUR PARENTS AND OUR

21  COMMUNITY. THANK YOU VERY MUCH. [APPLAUSE]

22

23  **SUP. HAHN, CHAIR:** SUPERVISOR BARGER WILL NOW INTRODUCE US TO

24  THE FIFTH DISTRICT HONOREE. SUPERVISOR BARGER, TAKE IT AWAY.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. BARGER:** THANK YOU. IT IS A PLEASURE TO CELEBRATE OUR

2  SPECTACULAR HONOREES TODAY. I'M PROUD TO RECOGNIZE OUR FIFTH

3  DISTRICT WINNER, THE WESTERN JUSTICE CENTER. LET'S GIVE THEM A

4  BIG ROUND OF APPLAUSE. [APPLAUSE] I'M GRATEFUL FOR THEIR

5  INCREDIBLE WORK TO IMPLEMENT A CREATING BIAS-FREE CLASSROOMS

6  PROGRAM, WHICH TRAINS TEACHERS HOW TO BUILD A SAFE AND

7  INCLUSIVE LEARNING ENVIRONMENT. THIS INITIATIVE SUPPORTS

8  TEACHERS BY OFFERING THEM UNIQUE, HANDS-ON OPPORTUNITIES TO

9  DISCUSS AND PRACTICE ESTABLISHING AN EQUITABLE AND BIAS-FREE

10  CLASSROOM WITH REAL SCENARIOS AND STUDENTS. SINCE JANUARY OF

11  2018, THE PROGRAM STAFF HAS TRAINED MORE THAN 500 EDUCATORS IN

12  100 SCHOOLS ACROSS 15 SCHOOL DISTRICTS IN LOS ANGELES COUNTY.

13  AND THE RESULTS SPEAK FOR THEMSELVES. MORE THAN 90 PERCENT OF

14  THE EDUCATORS WHO HAVE PARTICIPATED IN THE PROGRAM REPORT THEY

15  ARE MORE LIKELY TO NOTICE AND EFFECTIVELY INTERVENE WHEN THEY

16  WITNESS BIAS. AS A RESULT, OUR SCHOOLS ARE SAFER AND MORE

17  INCLUSIVE, ALLOWING STUDENTS TO LEARN AND TO THRIVE. OUR

18  COMMUNITY IS FORTUNATE TO HAVE SO MANY WONDERFUL NONPROFIT

19  ORGANIZATIONS IN PASADENA, WHICH HAS MORE NONPROFITS PER

20  CAPITA THAN ANY OTHER CITY IN CALIFORNIA. BUT THE WESTERN

21  JUSTICE CENTER REALLY STANDS OUT IN THE SEA OF GREAT

22  ORGANIZATIONS FOR THEIR MISSION TO CHANGE THE WAY PEOPLE THINK

23  ABOUT AND RESPOND TO DIFFICULTIES, DIFFERENCES, AND CONFLICT.

24  SINCE THEIR FOUNDING IN 1987, THEIR TEAM HAS SERVED AND

25  INSPIRED COUNTLESS YOUTH, TEACHERS, AND COMMUNITY MEMBERS.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    TODAY IT IS MY PRIVILEGE TO RECOGNIZE LISA BARRETT, THE

2    EXECUTIVE DIRECTOR, KEVIN BLAKE, ARTISTIC PROGRAMS DIRECTOR,

3    AND FERNANDO LOPEZ, WHO IS A GRADUATE OF THE PROGRAM, AND

4    YOU'VE BEEN FOR TWO YEARS YOU'VE BEEN INVOLVED IN IT? SO WITH

5    THAT, I'D LIKE TO PRESENT THIS TO YOU AND THANK YOU FOR MAKING

6    A DIFFERENCE IN THE COMMUNITY. WE LOOK FORWARD TO EXPANDING

7    THIS THROUGHOUT NOT ONLY L.A. COUNTY BUT THROUGHOUT THE STATE.

8    THANK YOU. [APPLAUSE]

9

10   **SUP. BARGER:** AND NOW WE'RE GOING TO INTRODUCE SUPERVISOR HILDA

11   SOLIS TO DO THE FIRST DISTRICT HONOREES. [APPLAUSE]

12

13   **SUP. SOLIS:** THANK YOU. THANK YOU, MEMBERS AND MADAM CHAIR. I'M

14   VERY PLEASED TO PRESENT OUR AWARDEE FOR THE FIRST DISTRICT

15   REPRESENTING CLUB SCUM, A PROJECT FOUNDED BY RODOLFO GARCIA,

16   WHO'S STANDING HERE WITH ME. CLUB SCUM IS A BOUNDARY-PUSHING,

17   COMMUNITY-BUILDING, QUEER-PUNK EVENT AT CLUB CHICO, LOCATED ON

18   THE BORDER OF EAST LOS ANGELES AND MONTEBELLO. AND THEY'RE

19   CELEBRATING THEIR THIRD ANNIVERSARY THIS YEAR. IT IS A

20   PLATFORM THAT WELCOMES EVERYONE AND PROVIDES QUEER LATINX

21   YOUTH A SPACE TO GATHER, CREATE, DANCE, SWEAT, FEEL SAFE, AND

22   TRANSCEND THE ROUTINES OF EVERYDAY LIFE. THEY HAVE MADE IT

23   THEIR MISSION TO PROVIDE A SAFE SPACE FOR PUNKS IN LATINX AND

24   L.G.B.T.Q. COMMUNITIES. CLUB SCUM HAS NOW GROWN TO WORK WITH

25   THE COMMUNITY THROUGH FUNDRAISING WITH LOCAL ORGANIZATIONS,

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   AND THEY ARE HOSTING AN UPCOMING WORKSHOP SERIES AT THE

2   L.G.B.T.Q. YOUTH CENTER. I UNDERSTAND THAT THEY'VE DONE SOME

3   WORK IN THE CITY OF PASADENA AND HAVE HELD WORKSHOPS. AND I

4   HOPE THAT WE CAN LEARN FROM THAT AND HOPEFULLY SPREAD THE GOOD

5   WORD ACROSS THE COUNTY OF LOS ANGELES. THEY HAVE BEEN INVOLVED

6   IN SIMILAR EVENTS NOT JUST HERE IN L.A. COUNTY BUT ALSO IN SAN

7   FRANCISCO, NEW YORK, AND MEXICO CITY. PLEASE JOIN ME IN

8   RECOGNIZING AND HONORING CLUB SCUM AND OUR AWARDEE. THANK YOU

9   SO MUCH. [APPLAUSE]

10

11  **SUP. SOLIS:** OKAY. RIGHT UP TO BAT HERE IS SUPERVISOR RIDLEY-

12  THOMAS REPRESENTING THE SECOND DISTRICT. [APPLAUSE]

13

14  **SUP. RIDLEY-THOMAS:** THANK YOU VERY MUCH, SUPERVISOR SOLIS. AND

15  LADIES AND GENTLEMEN, WE ARE DELIGHTED THIS MORNING, NOW THIS

16  AFTERNOON, TO HONOR AN ORGANIZATION THAT BEAUTIFULLY REFLECTS

17  AND CELEBRATES THE DIVERSITY AND CULTURE OF THE WORLD'S

18  RELIGION. AND I SPEAK OF THE GEBERT CENTER. THIS ORGANIZATION

19  FOUNDED IN 2011 WORKS TO CONFRONT THE DISTORTED VIEWS WE MIGHT

20  HOLD ABOUT EACH OTHER'S BELIEFS THROUGH PUBLIC LECTURES AND

21  EVENTS THAT OPEN BOTH HEARTS AND MINDS. SADLY, THE CENTER'S

22  FOUNDER AND NAMESAKE, DR., THE REVEREND DR. GWEN GEBERT PASSED

23  JUST TWO MONTHS AGO AFTER A VALIANT BATTLE WITH CANCER. BORN

24  IN FLINT, MICHIGAN, SHE EARNED A MASTER'S OF DIVINITY DEGREE

25  FROM CLAREMONT SCHOOL OF THEOLOGY AND A P.H.D. IN CLINICAL

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
1    PSYCHOLOGY FROM THE INTERNATIONAL COLLEGE. AND I'D LIKE TO SAY
2    THAT DR. GEBERT LEFT A LEGACY OF PROGRAMS THAT ENCOURAGE
3    PEOPLE FROM DIFFERENT FAITHS AND BACKGROUNDS TO KNOW AND CARE
4    ABOUT ONE ANOTHER AND BUILD LASTING RELATIONSHIPS. ONE SUCH
5    EXAMPLE IS THE CENTER'S TRANSFORMATIVE ENGAGEMENT INITIATIVE
6    WHICH SEEKS TO CHANGE THE CONVERSATION AROUND RELIGION FROM
7    EXCLUSION TO INCLUSION, FROM RIGHTEOUSNESS TO OPENNESS, FROM
8    FEAR TO COMPASSION. ANOTHER IS RELIGION INSIDE OUT, WHICH
9    INVITES ANGELENOS TO EXPERIENCE THE TRANSFORMATIVE
10   SPIRITUALITY AT THE CENTER OF THE WORLD'S GREAT RELIGIONS. AND
11   SO THE PROGRAMS THAT THE CENTER PRODUCES, THOSE PROGRAMS HELP
12   US EXPERIENCE THE WORLD AROUND US WITH GREATER OPENNESS AND
13   COMPASSION. AND WHAT BETTER LABORATORY IN THE WHOLE WIDE WORLD
14   TO DO SO THAN IN LOS ANGELES. SO JOINING ME HERE TODAY ARE A
15   NUMBER OF STELLAR ADVOCATES AND BELIEVERS AND THOSE WHO ARE
16   DEVOTEES OF NONVIOLENCE AND A HIGHER ORDER OF LIVING IN TERMS
17   OF SPIRITUAL GROWTH AND DEVELOPMENT, DR. LOIS SPRAGUE,
18   PRESIDENT OF THE GEBERT CENTER, MARY KURCHIN, ONE OF THE
19   CENTER'S FOUNDING BOARD MEMBERS, AND ADRIAN DOVE, A SECOND
20   DISTRICT APPOINTEE TO THE HUMAN RELATIONS COMMISSION, OTTO IS
21   HERE, AND ROBIN IS HERE. ALL PARTIES ARE HERE, AND ALL MINDS
22   ARE CLEAR. THEREFORE WE WANT TO SAY WE TAKE PRIDE IN
23   RECOGNIZING AND HONORING THE GEBERT CENTER. AND WE ARE NOW
24   PLEASED TO DO SO AND WILL DOCUMENT THE OCCASION WITH THE
25   APPROPRIATE PHOTO. PLEASE GIVE THEM A BIG ROUND OF APPLAUSE.
```

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    [APPLAUSE] AND NOW I'M PLEASED TO WELCOME TO THE MICROPHONE

2    THE ONE AND ONLY SHEILA JAMES KUEHL, A REPRESENTATIVE OF THE

3    THIRD DISTRICT OF THE COUNTY OF LOS ANGELES. [APPLAUSE]

4

5    **SUP. KUEHL:** I'M VERY PLEASED TO BE THE MOST POPULAR SPEAKER

6    HERE TODAY, THAT IS, THE LAST AWARD. OKAY, I KNOW, THE REST OF

7    YOU HERE WOULD LIKE TO TALK ABOUT OTHER STUFF, LIKE, I DON'T

8    KNOW, THE AGENDA, BUT THIS IS EXTREMELY IMPORTANT TO US

9    BECAUSE SO MANY OF US, NOT ME AS AN ELECTED PERSON, BUT SO

10   MANY OF US GO DAY-TO-DAY DOING ALL THE HEROIC DEEDS WITHOUT A

11   LOT OF RECOGNITION. SO THAT'S WHY WE TAKE TIME AT THE

12   BEGINNING OF EACH OF THESE BOARD MEETINGS TO SAY THANK YOU TO

13   THE PEOPLE WHO ARE DOING THE REAL WORK. WHEN WE THINK ABOUT

14   HUMAN RELATIONS, WE DON'T OFTEN THINK ABOUT ENVIRONMENTAL

15   JUSTICE. ALTHOUGH, WE ARE THINKING ABOUT IT MORE AND MORE.

16   WHY? BECAUSE MILLIONS OF YOUNG PEOPLE ALL AROUND THE WORLD ARE

17   SPEAKING UP MORE THAN THEY EVER HAVE BEFORE AND SAYING YOU'RE

18   RUINING MY WORLD. I NEED TO PRESERVE IT FOR MY GENERATION AND

19   THOSE TO COME. AND SO JUST LIKE THOSE MILLIONS OF YOUNG PEOPLE

20   WHO HAVE TURNED UP DAY AFTER DAY, RALLY AFTER RALLY, TO

21   PROTEST CLIMATE CHANGE AND TO RAISE OUR AWARENESS ABOUT IT,

22   THESE YOUNG PEOPLE STANDING WITH ME THIS AFTERNOON AND THE

23   NOT-SO-YOUNG PEOPLE WHO ARE SUPPORTING THEM KNOW THAT THERE IS

24   NO, AS THEY PUT IT, PLANET B. IN CASE YOU DON'T GET THE PUN,

25   WE TALKED ABOUT ABOUT PLAN A, AND WHEN YOU CAN'T DO PLAN A,

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
1   YOU CAN DO PLAN B. THERE IS NO PLANET B. AND THEY'RE FIGHTING

2   CLIMATE CHANGE AND RAISING OUR AWARENESS ABOUT IT RIGHT HERE

3   IN L.A. COUNTY. SO THIS YEAR, THE AWARDEES FOR THE THIRD

4   DISTRICT IS PACOIMA BEAUTIFUL'S YOUTH ORGANIZING ARM, YOUTH

5   UNITED TOWARDS ENVIRONMENTAL PROTECTION, OR Y.U.T.E.P., FOR

6   SHORT. THEY ARE MIDDLE AND HIGH SCHOOL STUDENTS FROM THE SAN

7   FERNANDO VALLEY. THEY MEET WEEKLY TO TEACH EACH OTHER AND

8   OTHERS ABOUT THE ENVIRONMENT TO EMPOWER EACH OTHER, TO BUILD

9   PLANS FOR POSITIVE CHANGE, TO SPEC OUT AND SPEAK OUT AND SPEAK

10  OUT AND ORGANIZE. AND THIS PROGRAM HAS GRADUATED MORE THAN 500

11  STUDENTS SINCE ITS BEGINNING. THE INITIATIVES CHAMPIONED BY

12  Y.U.T.E.P. HAVE INCREASED THE QUALITY OF LIFE FOR RESIDENTS OF

13  THE NORTHEAST SAN FERNANDO VALLEY. MANY PEOPLE DON'T THINK OF

14  THE COMMUNITIES OF PEOPLE OF COLOR IN THE SAN FERNANDO VALLEY,

15  BUT IN MANY, MANY AREAS, THESE ARE THE AREAS WHERE WE SUFFER

16  THE WORST ASTHMA NUMBERS, WHERE WE SUFFER THE WORST POLLUTION,

17  WHERE WE SUFFER THE WORST AIR WHERE EVERYBODY SAYS, "WELL

18  LET'S DUMP IT THERE BECAUSE THEY WON'T FIGHT AN BACK." BUT

19  THEY ARE FIGHTING BACK THANKS TO THE KIDS. I'LL JUST USE THE

20  WORD KIDS BECAUSE I'M OLD. SO PLEASE JOIN ME IN THANKING OUR

21  AWARDEES FOR THE THIRD DISTRICT, THE YOUTH UNITED TOWARDS

22  ENVIRONMENTAL PROTECTION. GIVE THEM A HUGE ROUND OF APPLAUSE.

23  THANK YOU. [APPLAUSE]

24
```



**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   **SUP. HAHN, CHAIR:** OKAY. I BELIEVE THAT CONCLUDES ALL OF OUR

2   PRESENTATIONS. MADAM EXECUTIVE OFFICER, PLEASE PLAY THE CODE

3   OF CONDUCT.

4

5   **SPEAKER:** LADIES AND GENTLEMEN, MAY I PLEASE HAVE YOUR

6   ATTENTION. THE MEETING OF THE LOS ANGELES COUNTY BOARD OF

7   SUPERVISORS IS ABOUT TO COMMENCE. A CODE OF CONDUCT WILL NOW

8   BE READ, AND WE REQUEST THAT YOU COMPLY WITH IT TO ENSURE THE

9   EFFICIENT ADMINISTRATION OF THE MEETING. MEMBERS OF THE

10  PUBLIC, IT IS YOUR RIGHT TO PARTICIPATE IN TODAY'S BOARD

11  HEARING, AND THE BOARD ENCOURAGES SUCH PARTICIPATION. HOWEVER,

12  THE RIGHT OF THE PUBLIC TO ADDRESS THE BOARD MUST BE BALANCED

13  WITH THE NEED TO ENSURE THAT PUBLIC COMMENT DOES NOT INTERFERE

14  WITH THE ORDERLY COURSE OF THE BOARD'S BUSINESS. ALL ARE

15  REMINDED TO ABIDE BY THE FOLLOWING RULES, SPEAKERS MUST CEASE

16  SPEAKING IMMEDIATELY WHEN THEIR TIME HAS ENDED. PUBLIC COMMENT

17  ON AGENDA ITEMS MUST RELATE TO THE SUBJECT MATTER OF THAT

18  ITEM. GENERAL PUBLIC COMMENT IS LIMITED TO SUBJECTS WITHIN THE

19  JURISDICTION OF THE BOARD. PUBLIC COMMENT DOES NOT INCLUDE THE

20  RIGHT TO ENGAGE IN A DIALOGUE WITH BOARD MEMBERS OR STAFF.

21  PLEASE REMAIN RESPECTFUL OF THE FORUM AND REFRAIN FROM

22  UTTERING, WRITING, OR DISPLAYING PROFANE, PERSONAL,

23  THREATENING, DEROGATORY, DEMEANING, OR OTHER ABUSIVE

24  STATEMENTS TOWARDS THE BOARD, ANY MEMBER THEREOF, STAFF, OR

25  ANY OTHER PERSON. MEMBERS OF THE AUDIENCE SHOULD BE RESPECTFUL

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  OF THE VIEWS EXPRESSED BY SPEAKERS, STAFF, AND BOARD MEMBERS

2  AND MAY NOT CLAP, CHEER, WHISTLE, OR OTHERWISE DISRUPT THE

3  ORDERLY CONDUCT OF THE MEETING. ANY PERSON ENGAGING IN CONDUCT

4  THAT DISRUPTS THE MEETING IS SUBJECT TO BEING REMOVED FROM THE

5  BOARD MEETING. AND, FINALLY, IF YOU WITNESS CONDUCT OR

6  BEHAVIOR BY OTHER MEMBERS OF THE PUBLIC THAT DISRUPTS YOUR

7  ABILITY TO REMAIN ENGAGED OR PARTICIPATE IN THIS MEETING,

8  PLEASE NOTIFY THE SERGEANT AT ARMS OR OTHER COUNTY STAFF.

9  THANK YOU FOR YOUR COOPERATION.

10

11  **SUP. HAHN, CHAIR:** OKAY. LET ME TELL YOU THE PLAN FOR TODAY.

12  WE'RE GOING TO BEGIN WITH ITEM 2 FOLLOWED BY 10 AND THEN

13  FOLLOWED BY ITEM 50-F AND THEN ITEMS NOT HELD BY THE BOARD

14  FOLLOWED BY PUBLIC COMMENT. SO WE WILL START WITH ITEM 2.

15  SUPERVISOR SOLIS, YOU HELD THIS. WOULD YOU LIKE TO MAKE SOME

16  REMARKS?

17

18  **SUP. SOLIS:** YES. THANK YOU VERY MUCH, MADAM CHAIR. AND I ALSO

19  WANT TO THANK SUPERVISOR KUEHL FOR COAUTHORING THIS. IT SEEMS

20  TODAY THERE'S A THEME RUNNING THROUGH OUR BOARD MEETING THAT

21  HAPPENS TO CENTER AROUND YOUNG PEOPLE, OUR YOUTH. SO I THINK

22  IT'S VERY APPROPRIATE THAT WE BEGIN THE DISCUSSION TODAY BY

23  THIS MOTION THAT WILL HELP TO ESTABLISH A PROCESS OF BRINGING

24  TOGETHER THE LOS ANGELES COUNTY YOUTH CLIMATE COMMISSION. AND

25  EARLIER, WE RECOGNIZED AN ORGANIZATION THAT WORKS WITH FOSTER

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

October 15, 2019



1   YOUTH. SO TODAY, IT'S ABOUT HIGHLIGHTING AND UPLIFTING ALL OUR

2   YOUNG PEOPLE. TO ME, YOUNG PEOPLE PROVIDE A TREMENDOUS SOURCE

3   OF HOPE AND INSPIRATION. L.A. COUNTY YOUTH TRULY UNDERSTAND

4   THE IMPACTS OF CLIMATE CHANGE, AS WE JUST HEARD BY THE

5   PREVIOUS SPEAKERS. SUPERVISOR KUEHL, YOU AND I KNOW HOW

6   IMPORTANT THAT IS FOR OUR YOUNG PEOPLE TO HAVE THAT POWER AND

7   COURAGE AND OUTSPOKENNESS ABOUT HELPING TO DELIBERATE ABOUT

8   THE CHANGES THAT ARE GOING ON IN OUR CLIMATE. AND THAT'S WHY

9   WE'RE ENGAGED TODAY TO HELP MOBILIZE AND MAKE SURE THAT THOSE

10  VOICES ARE HEARD APPROPRIATELY AT EVERY TABLE. JUST SEVERAL

11  WEEKS AGO, WE SAW MILLIONS OF YOUNG PEOPLE AROUND THE WORLD

12  MARCH AND HOSTED SIT-INS AND STRIKES AGAINST THE CLIMATE

13  CRISIS. I WATCHED WITH PRIDE AS OUR YOUTH FROM ALL OVER LOS

14  ANGELES COUNTY JOINED THEIR PEERS AND DEMANDED ACTION. AND

15  RIGHTLY SO. THEY ARE ON THE FRONT LINES OF THIS ISSUE. THEY

16  ARE OUR FUTURE. YOUNG PEOPLE, ESPECIALLY YOUNG PEOPLE OF

17  COLOR, ARE BEARING THE BRUNT OF THE CLIMATE CRISIS, WHICH IS

18  WHY WE MUST ASSURE THAT THEY HAVE A SEAT AT THE TABLE. IT'S

19  IMPERATIVE THAT THE COUNTY PRIORITIZES THE VOICES OF THIS

20  UPCOMING GENERATION OF LEADERS SO THEY CAN HAVE INPUT ON WHAT

21  A SUSTAINABLE AND GREEN FUTURE LOOKS LIKE. THIS IS A HISTORIC

22  OPPORTUNITY INDEED FOR L.A. COUNTY, AND TO BECOME THE

23  EPICENTER OF THE SUSTAINABLE REVOLUTION, A GREENER WORLD IN

24  WHICH WE IMPROVE HEALTH OUTCOMES, FOSTER ECONOMIC VITALITY

25  THROUGH CLEAN ENERGY JOBS, AND PUT A STOP TO THE EVOLVING



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   CLIMATE CRISIS. JUST TWO MONTHS AGO, THIS BOARD OF SUPERVISORS

2   PASSED AN UNPRECEDENTED AND COMPREHENSIVE COUNTY

3   SUSTAINABILITY PLAN. WE SAW BROAD SUPPORT FROM ADVOCATES AND

4   COMMUNITY MEMBERS ALIKE. IT SHOWED ME THAT LOS ANGELES COUNTY

5   AND FROM OUR RESIDENTS TO OUR ELECTED OFFICIALS IS LEADING THE

6   NATIONAL CONVERSATION ON THIS IMPORTANT ISSUE. L.A. COUNTY, AS

7   YOU KNOW, IS THE LARGEST LOCAL GOVERNMENT IN THE COUNTRY, WITH

8   WELL OVER 10 MILLION RESIDENTS AND MORE THAN 2 MILLION OF WHOM

9   ARE YOUTH UNDER THE AGE OF 18. IN THE PAST TIME, WE

10  INCORPORATE THE VOICES OF OUR YOUNG PEOPLE IN EVERY

11  CONVERSATION ABOUT SUSTAINABLE FUTURE. THIS ENGAGEMENT WILL

12  ALSO HELP OPEN MANY DOORS AND EXPOSE YOUNG PEOPLE TO DIFFERENT

13  OPPORTUNITIES AND POSSIBILITIES THAT THEY WOULD OTHERWISE NOT

14  KNOW ABOUT. AND I WILL NOTE THAT THEY ARE ALREADY ENGAGED WITH

15  THE COUNTY IN MANY ASPECTS, INCLUDING IN BUILDING AND

16  MAINTAINING THE COUNTY'S PROJECTS AND INFRASTRUCTURE. FOR

17  EXAMPLE, OUR SCHOOLS AND IN THE SAN GABRIEL VALLEY, THE

18  CONSERVATION CORPS HAS BEEN GREAT PARTNERS WHEN IT COMES TO

19  THESE ISSUES. AND I KNOW THEY'RE SITTING OUT THERE IN THE

20  AUDIENCE. SO I'M EXCITED TO HAVE THEIR INVOLVEMENT AS WE MOVE

21  FORWARD IN THE FIGHT AGAINST CLIMATE CHANGE. AND IT'S ALSO

22  CRITICAL THAT THIS YOUTH CLIMATE COMMISSION HAVE THE DIVERSE

23  REPRESENTATION FROM THE FRONTLINE COMMUNITIES WHO CAN USE

24  THEIR LIVED EXPERIENCES TO INFORM THEIR WORK. THAT'S WHY THE

25  MOTION PRIORITIZES A SELECTION OF YOUTH COMMISSIONERS WHO

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   REPRESENT THE GEOGRAPHIC AND SOCIOECONOMIC DIVERSITY OF OUR

2   COUNTY TO MAKE SURE THAT THE MOST IMPACTED NEIGHBORHOODS HAVE

3   A LITERAL SEAT AT THE TABLE AS WE WORK TOGETHER TO COMBAT

4   CLIMATE CRISIS. I'D LIKE TO THANK THE YOUNG PEOPLE WHO ARE

5   HERE TODAY WHO ARE GOING TO SPEAK BEFORE US BECAUSE YOU ARE A

6   SOURCE OF OUR INSPIRATION, OUR HOPE, AND MOTIVATION. AND WE

7   LOOK FORWARD TO THE REPORT FROM OUR CHIEF SUSTAINABILITY

8   OFFICER. MADAM CHAIR, I THANK YOU, AND I THANK OUR COAUTHOR,

9   AND I THANK THE YOUNG PEOPLE THAT ARE IN THE AUDIENCE THAT

10  WE'RE GOING HEAR FROM.

11

12  **SUP. HAHN, CHAIR:** THANK YOU. SUPERVISOR KUEHL.

13

14  **SUP. KUEHL:** THANK YOU, MADAM CHAIR. I THANK SUPERVISOR SOLIS

15  FOR BRINGING THIS MOTION, ALLOWING ME TO JOIN HER ON IT. I

16  KNOW THAT OVER THE COURSE OF, YOU KNOW, CENTURIES, BUT OF

17  COURSE WE'VE SEEN LATELY A LOT OF PEOPLE, AS A MATTER OF FACT,

18  PEOPLE EVEN CAME TO THE BOARD AND MADE FUN OF YOUNG PEOPLE WHO

19  WERE COMING AND SPEAKING THEIR MINDS AS THOUGH THEY DIDN'T

20  KNOW ANYTHING. AND THE INTERESTING THING, I THINK, ABOUT THE

21  RECOGNITION IN THIS MOTION IS IT'S NOT THAT THEY DON'T KNOW

22  ANYTHING. IT'S THAT THEY KNOW MORE THAN WE DO ABOUT WHAT THE

23  EFFECTS ARE AND WHAT THEY'RE GOING TO BE. AND OF COURSE PEOPLE

24  ARE UPSET TO HEAR SUCH A MESSAGE BECAUSE IT REALLY CHALLENGES

25  WHAT WE THINK AND CHALLENGES WHAT WE THINK WE'RE LEAVING. BUT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   AS GRETA HAS SAID IN HER INSPIRATIONAL SPEECHES ALL AROUND THE

2   WORLD, THIS PLACE IS ON FIRE. OUR HOUSE IS ON FIRE. AND WE

3   HAVE TO ACT COMMENSURATELY. BUT THAT'S NOT THE ONLY THING ON

4   FIRE. ALL THESE YOUNG PEOPLE ARE ALSO ON FIRE AND HAVE SAID WE

5   ARE NOT ONLY JOINING WITH YOU, WE ARE LEADING THE WAY. AND I

6   THINK THAT THE IDEA OF HAVING A YOUTH CLIMATE COMMISSION IS

7   SUCH AN AMAZINGLY GOOD AND TIMELY ONE. I'M VERY HAPPY TO SEE

8   IT ASSOCIATED WITH OUR CHIEF SUSTAINABILITY OFFICER, GARY

9   GERO, BECAUSE WE DIDN'T EVEN HAVE A CHIEF SUSTAINABILITY

10  OFFICER UNTIL WE THOUGHT THAT UP. AND THE COUNTY IS

11  RECOGNIZING THE CONNECTION BETWEEN THE QUALITY OF LIFE OF THE

12  10 MILLION PEOPLE WHO LIVE HERE AND ALSO ALL OF THE OTHER LIFE

13  FORMS THAT REALLY SHARE THIS AREA WITH US AND WHAT'S HAPPENING

14  IN TERMS OF CLIMATE CHANGE. SO THANK YOU VERY MUCH. WE HAVE

15  OTHER ITEMS ON THE AGENDA, AS YOU KNOW, TODAY, LOOKING AT A

16  VERY COMPREHENSIVE STUDY ABOUT SINGLE-USE PLASTICS, LOOKING AT

17  WAYS TO CREATE NEW WAYS TO RECYCLE AND WHAT WE CAN DO IN THE

18  COUNTY AS WE SEE OTHER RECYCLING MARKETS SHRINKING. SO I THINK

19  THIS ATTENTION IS REALLY GOOD. AND I REALLY THANK THE YOUNG

20  PEOPLE WHO HAVE SAID THIS IS OUR WORLD, THIS IS OUR TIME, WE

21  WANT THE LEAD THE WAY. THANK YOU, MADAM CHAIR.

22

23  **SUP. HAHN, CHAIR:** THANK YOU. MADAM EXECUTIVE OFFICER, PLEASE

24  CALL THE MEMBERS OF THE PUBLIC THAT HAVE SIGNED UP TO SPEAK ON

25  THIS ITEM.

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1

2    **CELIA ZAVALA, E.O.:** THANK YOU, MADAM CHAIR. WOULD THE

3    FOLLOWING INDIVIDUALS PLEASE COME FORWARD WHEN I CALL YOUR

4    NAME KAYLEIGH WADE, RENE JIMENEZ, WENDY SANCHEZ, ELIAS FLORES,

5    ALEJANDRA PEGUERO, KEVIN PATEL, DELANEY MICHAELSON, MICHAEL

6    BARAHONA, DIEGO ZAPATA, SHARON VICTORIA, HAYLEY SAYRS, ZULEMA

7    MARTINEZ, ANDREA QUESADA, AND JOSEPH MORENO, PLEASE COME

8    FORWARD AND STAFF WILL ASSIST YOU.

9

10   **SUP. HAHN, CHAIR:** GOOD AFTERNOON. GO AHEAD. HELLO. GO AHEAD.

11   WHO'S FIRST?

12

13   **KEVIN PATEL:** I'LL GO FIRST.

14

15   **SUP. HAHN, CHAIR:** OKAY, GO AHEAD.

16

17   **KEVIN PATEL:** GOOD AFTERNOON, SUPERVISORS. MY NAME IS KEVIN J.

18   PATEL, A YOUTH ENVIRONMENTAL AND CLIMATE JUSTICE ACTIVIST HERE

19   IN LOS ANGELES. I FIRSTLY WANTED TO RECOGNIZE THE LAND THAT I

20   AM SPEAKING ON, WHICH IS THE TONGVA PEOPLE. SO FIRST WE WANT

21   TO RECOGNIZE THAT. [APPLAUSE] I WANTED TO START OFF TO SHARE

22   MY STORY AS TO WHY THIS RECOMMENDATION CAME FORWARD TO THE,

23   YOU KNOW, IN THE FIRST PLACE, WHY WE HAVE THIS RECOMMENDATION.

24   THREE YEARS AGO, WHEN I WAS IN MIDDLE SCHOOL, NO, FIVE YEARS

25   AGO, WHEN I WAS IN MIDDLE SCHOOL WHEN I WAS 15 YEARS OLD, I

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   WAS AFFECTED BY AIR POLLUTION AND REALLY HAVING HEART

2   PROBLEMS. AND THAT'S THE REASON, YOU KNOW, WHEN WE TALK ABOUT

3   HAVING YOUTH AND HAVING YOUTH HAVE POWER TO SAY WHAT, YOU

4   KNOW, TO MAKE ACTIONS, YOU KNOW, HAPPEN, IT IS REALLY

5   IMPORTANT FOR ME. SO THE CLIMATE CRISIS WILL BE IMPACTING MANY

6   MORE PEOPLE IN THE L.A. COUNTY BASIN. AND THAT'S WHY I

7   RECOMMENDED TO COUNCILMEMBER SOLIS TO --

8

9   **SUP. HAHN, CHAIR:** UNFORTUNATELY, WE'RE GIVING EVERYONE ONE

10  MINUTE. THAT'S GOING BY REALLY FAST. I APPRECIATE YOU SAYING

11  THAT. LET ME JUST TAKE THE OPPORTUNITY TO REMIND EVERYBODY

12  THAT WE'RE GOING TO GIVE EVERYBODY ONE MINUTE. SO TRY TO

13  ORGANIZE YOUR THOUGHTS BECAUSE IT GOES REALLY FAST. AND I WILL

14  REMIND THE AUDIENCE EVEN IF YOU LIKE WHAT SOMEBODY SAYS, WE

15  ASK THAT YOU DON'T APPLAUD BECAUSE THAT SORT OF SEEPS INTO

16  THEIR MINUTE. SO IF YOU AGREE WITH SOMETHING THAT SOMEONE

17  SAYS, YOU CAN RAISE YOUR HANDS IN A VISUAL APPLAUSE. OKAY.

18  NEXT SPEAKER, PLEASE.

19

20  **DELANEY MICHAELSON:** SO MY NAME IS DELANEY MICHAELSON. I'M A

21  SENIOR AT MARLBORO SCHOOL IN LOS ANGELES. I URGE YOU TODAY TO

22  ADOPT THE MOTION TO ESTABLISH A YOUTH CLIMATE COMMISSION. LET

23  STUDENTS WHO HAVE THE MOST TO LOSE HELP THE COUNTY ADDRESS THE

24  LARGEST CRISIS TO FACE HUMANITY. IT WILL HELP YOUTH GIVE A

25  VOICE TO THE STRUGGLE. THIS YOUTH CLIMATE COMMISSION CAN BE

# THE MEETING TRANSCRIPT
#### OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  THE PLATFORM THAT ALLOWS STUDENTS TO HAVE THEIR VOICE IN

2  GOVERNMENT, TO BE A PART OF THE ENVIRONMENTAL EDUCATION

3  PROCESS, AND ENGAGE IN REAL ACTION WITHIN OUR COMMUNITY TO

4  CREATE A MORE SUSTAINABLE FUTURE. YOUTH NEED TO BE IMMERSED IN

5  CRITICAL ACTION NOW TO LEARN ABOUT HOW TO IMPLEMENT MEANINGFUL

6  CHANGE IN SOCIETY. COLLABORATING AND GENERATING IDEAS,

7  CREATING CAMPAIGNS AND ENGAGING WITH ELECTED OFFICIALS WILL

8  MOTIVATE THE COUNTY'S YOUTH TO PROTECT OUR WORLD FROM THIS

9  LOOMING DISASTER. I'LL LEAVE YOU WITH ONE STATISTIC THAT

10 SPEAKS VOLUMES. TEENAGE GIRLS ARE THE MOST PERSUASIVE GROUP AT

11 CONVINCING CLIMATE CHANGE DENIERS TO STOP, LISTEN, AND

12 ULTIMATELY LISTEN TO SCIENCE. WE ARE READY. WE CAN MAKE A

13 DIFFERENCE. LET US HELP YOU CHANGE YOUR FATE.

14

15 **SUP. HAHN, CHAIR:** THANK YOU.

16

17 **KAYLEIGH WADE:** HI, EVERYBODY.

18

19 **SUP. HAHN, CHAIR:** WE'RE GOING TO ASK THE AUDIENCE, WE WILL NOT

20 TOLERATE PEOPLE MAKING NOISES FROM THE AUDIENCE. SERGEANT OF

21 ARMS, LET'S TRY TO KEEP THE PEACE OUT THERE. THANK YOU. THESE

22 YOUNG PEOPLE HAVE SOME REALLY IMPORTANT THINGS TO SAY. GO

23 AHEAD.

24

October 13, 2022

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **KAYLEIGH WADE:** ALL RIGHT. HI. MY NAME IS KAYLEIGH WADE. I'M

2   THE SOUTHEAST L.A. YOUTH ORGANIZER WITH COMMUNITIES FOR BETTER

3   ENVIRONMENT. SO I AM NOT A YOUTH, BUT I WORK WITH THEM, AND

4   IT'S AWESOME, RIGHT? AND MY JOB IS AWESOME BECAUSE I GET TO

5   ENGAGE WITH YOUTH OF COLOR WHO ARE ON THE FRONT LINES, WHO ARE

6   IMPACTED BY ENVIRONMENTAL RACISM ON THE DAY-TO-DAY. AND SO I'M

7   HERE TODAY. AND I DON'T HAVE YOUTH MEMBERS WITH ME BECAUSE

8   THESE MEETINGS ARE DURING THE SCHOOL DAY, AND PEOPLE ARE AT

9   SCHOOL. SO I'M JUST HERE TO ACKNOWLEDGE THAT AND ACKNOWLEDGE

10  THE FACT THAT ALL THE YOUTH I WORK WITH DESERVE A SEAT AT THE

11  TABLE BECAUSE WE ARE THE ONES WHO ARE AFFECTED FIRST BY

12  ENVIRONMENTAL INJUSTICE AND  ENVIRONMENTAL RACISM, SO

13  DEFINITELY WANT TO ACKNOWLEDGE THAT. WE SUPER SUPPORT THIS

14  MOTION. WE REALLY WANTED TO SEE THIS CLIMATE COMMISSION NOT

15  ONLY COME INTO EXISTENCE BUT ALSO REPRESENT ALL THE VOICES IN

16  L.A. COUNTY BUT ESPECIALLY THOSE WHO IMPACTED BY ENVIRONMENTAL

17  RACISM FIRST.

18

19  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

20

21  **DIEGO ZAPATA:** MY NAME IS DIEGO ZAPATA. AND I'M A RESIDENT OF

22  LINCOLN HEIGHTS IN LOS ANGELES COUNTY DISTRICT 1. I WORK FOR

23  NORTHEAST TREES, A COMMUNITY-BASED URBAN FORESTRY NONPROFIT

24  THAT EDUCATES, TRAINS, AND EMPLOYS LOCAL YOUTH ON GREENING

25  PROJECTS THROUGHOUT THE COUNTY. MY INVOLVEMENT WITH NORTHEAST

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    TREES EARLY ON IN MY PROFESSIONAL CAREER HAS MOBILIZED ME TO

2    BECOME A YOUNG LEADER AND ACTIVIST THAT SEEKS TO  PROTECT THE

3    HEAVILY DISTURBED YET RESILIENT LIVING SYSTEMS IN MY COMMUNITY

4    BUT ALSO ENSURE THAT THESE GREEN SPACES ARE ACCESSIBLE AND

5    BENEFICIAL TO THE UNDERSERVED NORTHEAST AND EAST LOS ANGELES,

6    WHICH I CALL HOME. THE GLOBAL CLIMATE STRIKE HAS ENABLED YOUTH

7    ACROSS THE COUNTY TO ORGAN UNITE TO FIGHT FOR CLIMATE JUSTICE,

8    PARTICULARLY FOR THOSE LIVING IN COMMUNITIES OF COLOR WHO WILL

9    BE MOST AFFECT BY CLIMATE CHANGE. I THUS FULLY SUPPORT THE

10   CREATION OF A YOUTH CLIMATE COMMISSION TO ELEVATE THE VOICES

11   OF MY GENERATION BECAUSE WE UNDERSTAND THAT OUR FAMILIES, OUR

12   WAYS OF LIFE ARE AT RISK. IF WE TRULY WANT TO MITIGATE THE

13   IMPACTS OF CLIMATE CHANGE IN A TIMELY FASHION, OUR COUNTY MUST

14   UNITE INTERGENERATIONALLY TO DO LEGISLATION THAT FOCUSES ON

15   ENVIRONMENTAL JUSTICE AND CLIMATE CHANGE MITIGATION.

16

17   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

18

19   **ELIAS FLORES:** HELLO AND GOOD AFTERNOON. MY NAME IS ELIAS

20   FLORES, AND I'M FROM SAN GABRIEL VALLEY CONSERVATION CORPS. I

21   AM PROUD TO SAY THAT I AM BORN AND PRAISED IN THE CITY OF EL

22   MONTE. I'D LIKE TO BECOME AN ARCHITECT AFTER I FINISH MY

23   STUDIES AT RIO HONDO COLLEGE. I'M HERE TO SHOW MY SUPPORT THE

24   YOUTH CLIMATE COMMISSION. CLIMATE CHANGE IS REAL, AND IT

25   AFFECTS EVERYONE. IN EL MONTE THERE IS NO SHADE, AND THERE'S

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    EVEN LESS SOLAR PANELS. INCREASING OUR GREEN SPACE AND

2    HARNESSING RENEWABLE ENERGY WILL GO A LONG WAY TO MAKING OUR

3    COMMUNITY SUSTAINABLE. WITH THE HELP OF THE YOUTH CLIMATE

4    COMMISSION, I BELIEVE WE CAN MAKE THAT A REALITY. AT THE

5    CONSERVATION CORPS, I HAVE LEARNED HOW TO PLANT TREES, RECYCLE

6    EFFECTIVELY, RESTORE HABITATS BY REMOVING LITTER AND KEEPING

7    THE ENVIRONMENT CLEAN. I DON'T WANT TO LIVE IN A WORLD THAT

8    DOES NOT HAVE CLEAN AIR IN MY FUTURE. THANKS FOR THE

9    OPPORTUNITY.

10

11   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

12

13   **WENDY SANCHEZ:** HI, EVERYONE. MY NAME'S WENDY SANCHEZ, AND I'M

14   ALSO FROM THE SAN GABRIEL VALLEY CONSERVATION CORPS. I'M HERE

15   TO SUPPORT THE CREATION OF THE YOUTH CLIMATE COMMISSION. I'M

16   HERE TO ASK FOR A HAND IN IMPROVING OUR ENVIRONMENT. I ALSO

17   GREW UP IN THE CITY OF EL MONTE WHICH IS CONSIDERED A LOW

18   INCOME COMMUNITY WHERE WE DON'T HAVE MANY TREES IN THE AREA,

19   NOT MUCH SHADE AND VERY HOT SUMMERS. OUR COMMUNITY HAS TO SHOW

20   THAT THE YOUTH THAT WE CAN KEEP OUR WORLD ALIVE NOT BY ASKING

21   THEM BUT BY SHOWING THEM WHAT WE CAN DO. AS I'VE WORKED IN THE

22   CONSERVATION CORPS, WE HAVE PLANTED OVER 300 TREES OVER THE

23   PARKS, SCHOOLS, AND IN THE CITY OF ALHAMBRA. NOT ONLY DID THAT

24   MAKE ME LEARN ABOUT CLIMATE CHANGE, BUT IT MADE ME REALIZE

25   THAT I MYSELF HAVE AFFECTED NOT ONLY MY COMMUNITY BUT ALSO THE

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    WORLD. WE CAN SAY THAT THESE THINGS CAN HELP, BUT IT'S NOT

2    ENOUGH. WE NEED TO STAND UP AND LEND A HAND TO IMPROVE OUR

3    ENVIRONMENT. THE CLIMATE CRISIS UP HERE, AND IT NEEDS OUR

4    IMMEDIATE ATTENTION, OUR NOT AS IN YOU OR I, BUT OUR AS IN ALL

5    OF US. THANK YOU.

6

7    **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

8

9    **ALEJANDRA PEGUERO:** GOOD AFTERNOON. MY NAME IS ALEJANDRA

10   PEGUERO. I AM A STUDENT LEADER IN THE EAST SIDE WITH INTERCITY

11   STRUGGLE. I'M HERE IN SUPPORT OF ESTABLISHING THE YOUTH

12   CLIMATE COMMISSION. IT IS IMPERATIVE THAT NOW MORE THAN EVER

13   ALL GOVERNMENTS AROUND THE WORLD ADDRESS THE CLIMATE CRISIS

14   WITH GREAT FOCUS AND EFFORT. IN THIS PROCESS, WE NEED TO

15   INTEGRATE THE POWER AND PASSION OF THOSE MOST AT RISK FROM THE

16   CLIMATE CRISIS, THE YOUTH. GROWING UP IN BOYLE HEIGHTS, I'VE

17   SEEN HOW LOW INCOME COMMUNITIES OF COLOR SUFFER THE MOST

18   SEVERE IMPACTS FROM A CHANGING CLIMATE AND GOVERNMENT'S LACK

19   OF ENVIRONMENTAL CONSCIOUSNESS. ACCORDING TO THE N.A.A.C.P.'S

20   COLD BLOOD STUDY, COMMUNITIES OF COLOR BREATHE IN 40% MORE

21   POLLUTED AIR THAN WHITE COMMUNITIES ACROSS THE U.S. WE NEED TO

22   ENSURE THAT A FOCUS ON EQUITY, ENVIRONMENTAL JUSTICE

23   INCORPORATED IN THE ADDRESS OF SUSTAINABILITY AND THE CLIMATE

24   CRISIS UNLESS ACTION IS TAKEN TO INTEGRATE YOUTH THAT ARE

25   REPRESENTATIVE OF THE DIVERSITY IN L.A., IT WILL BE US AND

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   OTHER VULNERABLE COMMUNITIES THAT WILL CONTINUE TO BE

2   DISPROPORTIONATELY IMPACTED. THE YOUTH ARE THE FUTURE, BUT WE

3   ARE ALSO THE PRESENT. THANK YOU.

4

5   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

6

7   **SHARON VICTORIA:** HELLO.

8

9   **SUP. HAHN, CHAIR:** BEFORE YOU START, WE NEED TO CALL UP SOME

10  MORE NAMES. HOLD YOUR MINUTE.

11

12  **CELIA ZAVALA, E.O.:** WOULD THE FOLLOWING INDIVIDUALS PLEASE

13  COME FORWARD. ADELE STADLER, ARNOLD SACHS, DAISY HERNANDEZ,

14  DR. MELLO DESIRE, ERIC PREVEN, HERMAN HERMAN, KORIE SCHMIDT,

15  MIKE BLOCKSTEIN, VICTOR TRUJILLO, AND WAYNE SPINDLER, AND

16  YVONNE AUTRY. PLEASE COME FORWARD AND STAFF WILL ASSIST YOU.

17

18  **SUP. HAHN, CHAIR:** OKAY. GO AHEAD.

19

20  **SHARON VICTORIA:** HELLO. MY NAME IS SHARON. AND I LIVE ON

21  TATAVIAM LAND, ALSO KNOWN AS THE SAN FERNANDO VALLEY. I WORK

22  FOR  NORTHEAST TREES, AN URBAN FORESTRY  NONPROFIT. AND I

23  BELIEVE THAT THE YOUTH ARE OUR FUTURE, AND THEREFORE WE SHOULD

24  ESTABLISH THE YOUTH CLIMATE COMMISSION. THANK YOU.

25

## THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

2

3  **ANDREA QUESADA:** HONORABLE BOARD MEMBERS, MY NAME IS ANDREA

4  LOFTHOUSE-QUESADA. I'M AN ENVIRONMENTAL SCIENCE TEACHER AT

5  ALHAMBRA HIGH SCHOOL. I'M HERE TO READ A STATEMENT ON BEHALF

6  OF ONE OF MY STUDENTS IN FAVOR OF THE YOUTH CLIMATE

7  COMMISSION. I AM REBECCA RODRIGUEZ, A SENIOR AT ALHAMBRA HIGH

8  SCHOOL. I BELIEVE THE STUDENTS OF  ALHAMBRA UNIFIED SCHOOL

9  DISTRICTS ARE REACHING FOR A PLATFORM. WHAT I SEE ACROSS

10 ALHAMBRA HIGH SCHOOL CAMPUS IS GREAT PASSION WITHIN MANY

11 STUDENTS FOR BETTER COMMUNITY AND WORLD. THEY SPREAD THEIR

12 CONVICTION OF PRESERVING THE PLANET ACROSS SOCIAL MEDIA AND

13 EVEN START CLUBS AT SCHOOL TO PUT TOGETHER THEIR IDEAS, SOME

14 OF WHICH FIGURES IN POWER ARE NOT TAKING INTO CONSIDERATION.

15 WE HAVE IDEAS THAT OTHERS HAVE NOT THOUGHT OF, AND WE ARE

16 BEING SILENCED. ALLOWING STUDENTS TO HAVE THEIR OWN PLATFORM

17 WILL ALLOW OUR VOICES TO BE HEARD, AND OUR IDEAS WON'T BE

18 LIMITED TO JUST A BLUE SCREEN. STUDENTS ARE LONGING FOR ACTION

19 TO TAKE PLACE, AND MORE OFTEN THAN NOT THEY ARE TOLD THAT THEY

20 CAN'T SUCCEED BECAUSE OF THEIR AGE. PLEASE BE THE SET OF

21 PEOPLE TO PUT FAITH INTO YOUR STUDENTS SO THEY WON'T BE

22 DISCOURAGED FROM BATTLING THE CLIMATE CRISIS. NOT DOING SO

23 WILL SUPPRESS THE MINDS OF THOUSANDS OF INTELLIGENT AND

24 INFORMED YOUNG ADULTS AND WILL RESULT IN THE FURTHER

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    DETERIORATION OF OUR ENVIRONMENT. SINCERELY, REBECCA

2    RODRIGUEZ.

3

4    **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

5

6    **MICHAEL BARAHONA:** HI, MY NAME'S MICHAEL BARAHONA ON BEHALF OF

7    THE LOS ANGELES CONSERVATION CORPS. I AM A CORPS MEMBER. I

8    ACKNOWLEDGE SUPERVISOR SOLIS AND ALL THE ANGELENOS AS I AM

9    ANGELENO MYSELF. I BELIEVE I AM FAVOR OF THIS BECAUSE I HAVE A

10   SAY FROM PERSONALLY PLANTIN THE TREES SPECIFICALLY IN THE

11   GREATER LOS ANGELES AREAS. THE LOS ANGELES CONSERVATION CORPS

12   HAS PROVIDED MANY FUNDAMENTALS BUT ALSO MANY WORKSHOPS HANDS-

13   ON NOT ONLY TO AT-RISK YOUTH BUT OTHER GENERATIONS TO COME.

14   AND I BELIEVE AS COMING HERE TODAY TO SPEAK TO ALL YOU, IT'S

15   IMPORTANT THAT WE NEED MORE ENVIRONMENTAL EDUCATION IN OUR

16   COMMUNITIES. IT MAY BE A LONG STRETCH, BUT I BELIEVE IT IS

17   BETTER FOR THE FUTURE NOT ONLY FOR OUR COMMUNITY BUT FOR THE

18   WORLD. FOR I BELIEVE THE EARTH IS OUR MOTHER, AND WE NEED TO

19   CARE, AS SHE PROVIDES WHAT WE NEED IN SIMPLE TERMS, ALSO WHAT

20   SHE CAN NURTURE. SO I JUST WANT TO LEAVE YOU THAT THERE ARE

21   SIX MILLION TREES IN LOS ANGELES AND FOUR MILLION (INAUDIBLE)

22   RESIDENTS IN LOS ANGELES.

23

24   **SUP. HAHN, CHAIR:** THANK YOU. OKAY, I'M GOING TO LET THE YOUNG

25   MAN SPEAK. I KNOW YOU'VE BEEN TRYING TO SPEAK.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2    **MICHAEL BARAHONA:** TO CONTINUE ON BEHALF OF THAT.

3

4    **SUP. HAHN, CHAIR:** NO, NO. YOUR MINUTE'S UP.

5

6    **MICHAEL BARAHONA:** I'M SORRY, THANK YOU.

7

8    **SUP. HAHN, CHAIR:** I WAS GOING TO POINT TO THIS YOUNG MAN WHO'S

9    BEEN TRYING TO SPEAK.

10

11   **JOSEPH MORENO:** THANK YOU. HELLO MY NAME IS JOSEPH MORENO. I'M

12   FROM WALNUT PARK. AND WE ARE LED BY BY THE LOVELY HILDA SOLIS.

13   I'M SO HAPPY FOR THAT. THIS RIGHT HERE IS AN INHALER. I HAVE

14   TO TAKE THIS EVERY DAY BEFORE P.E. AND I AM THE FIRST IN MY

15   GENERATION, I AM THE FIRST IN THE MY WHOLE LINE OF FAMILY, TO

16   NEED TO TAKE THIS. AND ALL OF MY FAMILY HAS BEEN RAISED HERE

17   IN LOS ANGELES, BUT THE ONE KEY DIFFERENCE IS THAT WE HAVE

18   LIVED NEAR VERNON AND HUNTINGTON PARK. WHERE WE LIVE THERE IS

19   EXIDE, AND WE HAVE SO MANY FACTORIES, AND WE HAVE FARMER

20   JOHNS. ALL OF THESE TAKE PLACE. AND NOW BECAUSE OF ALL OF

21   THESE COMPANIES, I HAVE TO TAKE THIS. SO FOR THE YOUTH CLIMATE

22   ACTION, I WANT TO BE THE VOICE FOR MY COMMUNITY BECAUSE WE

23   ARE, TO THIS DAY, UNDERREPRESENTED. AND WE NEED A VOICE. AND I

24   WANT TO BE THAT VOICE. I WANT TO HELP IN THE HANDS TO CHANGE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   THE WORLD BECAUSE I AM LIVING IN IT AS WELL AS YOU ARE. THANK

2   YOU.

3

4   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

5

6   **ZULEMA MATRINEZ:** GOOD AFTERNOON, EVERYBODY. MY NAME IS ZULEMA

7   MARTINEZ ROSETTE. THANK YOU TO HILDA SOLIS FOR MAKING IT

8   POSSIBLE FOR ME TO BE HERE. I'M 17 AND CURRENTLY ATTEND

9   GARFIELD HIGH SCHOOL. I WAS BORN AND RAISED IN EAST L.A. AND

10  I'VE SEEN THE EFFECTS OF CLIMATE CHANGE TAKE A TOLL ON MY

11  COMMUNITY IN PARTICULAR. ESTABLISHING A YOUTH CLIMATE

12  COMMISSION IS IMPORTANT TO ME BECAUSE IT IS MY GENERATION AND

13  MY FUTURE THAT IS DIRECTLY AND INCREASINGLY BEING AFFECTED,

14  AND IT'S ALSO THE PARTICIPATION OF MY GENERATION IN RESOLVING

15  THE ISSUES THAT WILL MAKE ALL THE DIFFERENCE. THE YOUTH IN MY

16  COMMUNITY DESERVE A PLATFORM IN WHICH WE CAN ADVOCATE FOR THE

17  CHANGES THAT WE WANT TO SEE. AT 17, I'VE ALREADY LEARNED ABOUT

18  THE IMPENDING CLIMATE CHANGE CRISIS. I BELIEVE THAT TOGETHER

19  WE CAN RESOLVE IT AS LONG AS WE BEGIN TO ACT ON THEM NOW. WE

20  ARE THE FUTURE. SO GIVE US A VOICE. ALLOW US TO DIRECTLY

21  PARTICIPATE IN THE RESOLUTION OF PROBLEMS THAT ARE DIRECTLY

22  AFFECTING US. THANK YOU. AND HAHN THANK YOU. NEXT SPEAKER,

23  PLEASE.

24

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **HAYLEY SAYRS:** GOOD AFTERNOON, HONORABLE SUPERVISORS. MY NAME'S

2  HAYLEY SAYRS, AND I HAVE THE PLEASURE OF WORKING WITH YOUNG

3  WOMEN LIKE ZULEMA THROUGH IN THE MAKING, LOCATED IN EAST L.A.

4  AND ONE OF THE ISSUES WE'VE BEEN CONFRONTING IN THE WAKE OF

5  THIS CLIMATE CRISIS IS THE ISSUE OF DISPLACEMENT, PARTICULARLY

6  THE FACT THAT URBANIZATION IS THE MOST PRESSING PUBLIC HEALTH

7  PROBLEM AS WELL AS CLIMATE JUSTICE ISSUE. AND A LOT OF THE

8  TRANSITION-AGE YOUTH IN OUR COMMUNITY ARE SLIPPING THROUGH THE

9  CRACKS OF OUR SAFETY NET SYSTEMS, PLACING EVEN MORE IMPORTANCE

10 ON THE ESTABLISHMENT OF A YOUTH CLIMATE COMMISSION.

11 OFTENTIMES, THESE VOICES ARE SILENCED, PARTICULARLY THOSE IN

12 LOW INCOME COMMUNITIES AND NEIGHBORHOODS. AND IN ADDITION TO

13 THIS INITIATIVE, I HOPE WE CAN CONTINUE TO SUPPORT THE

14 COMMUNITY-BASED ORGANIZATIONS LIKE IN THE MAKING THAT ARE

15 ACTIVELY LIFTING UP YOUNG VOICES EVERY DAY. THANK YOU.

16

17 **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

18

19 **RENE JIMENEZ:** GOOD AFTERNOON. HELLO, MY NAME IS RENE JIMINEZ,

20 AND I AM FROM THE SAN GABRIEL VALLEY CONSERVATION CORPS. I AM

21 FROM THE CITY OF LA PUENTE, AND I'M HERE TODAY TO SUPPORT THE

22 MOTION TO CREATE THE YOUTH CLIMATE COMMISSION. ACCORDING TO

23 THE LATEST I.P.C.C. REPORT, THE INTERGOVERNMENTAL PANEL ON

24 CLIMATE CHANGE DRAWS A SERIOUS CONCLUSION REGARDING GREENHOUSE

25 GAS EMISSIONS DIRECTLY CAUSED BY BURNING FOSSIL FUELS. IF THE

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   OCEANS WARM 1.5 DEGREES CELSIUS ABOVE PREINDUSTRIAL LEVELS BY

2   2032, THEN WE MAY NOT BE ABLE TO MAKE IT. THIS COURSE ON HOW

3   WE PROCEED IN REGARDS TO CLIMATE CHANGE MUST BE HELD AT EVERY

4   LEVEL. THAT'S WHY THIS COMMISSION IS SO IMPORTANT. LOW INCOME

5   COMMUNITIES AND  COMMUNITIES OF COLOR HAVE SUFFERED GREATLY

6   OVER THE YEARS MAINLY BY JUST LIVING IN FRONT OF, NEXT TO,

7   BEHIND, INDUSTRIAL SITES AND BEING OVEREXPOSED TO POLLUTION.

8   COMMUNITIES LIKE MINE HAVE BEEN THE EARLIEST CASUALTIES OF

9   CLIMATE CHANGE. WITH THIS COMMISSION, I BELIEVE WE CAN FOCUS

10  ON CLIMATE ACTION THROUGH THE LENS OF ENVIRONMENTAL JUSTICE

11  AND EQUITY. THANK YOU.

12

13  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

14

15  **ADELE ADNRADE STADLER:** YES. MY NAME IS ADELE ANDRADE STADLER.

16  I'M MAYOR OF ALHAMBRA. THANK YOU BOARD OF SUPERVISORS FOR

17  BRINGING THIS FORWARD. I WHOLEHEARTEDLY SUPPORT THE CREATION

18  OF THIS YOUTH ORGANIZATION. I'VE BEEN A SCHOOL BOARD MEMBER

19  FOR 14 YEARS PRIOR TO BECOMING MAYOR, BUT YOU CAN IMAGINE MY

20  SURPRISE ONCE I BECAME MAYOR. I HAD TO CREATE A GENERAL PLAN

21  THAT WAS GOING 30-PLUS ODD YEARS OUT. IT BEHOOVES ALL OF US

22  WHO ARE MAYORS AND COUNCILMEMBERS TO BEGIN TO ENGAGE OUR YOUTH

23  BECAUSE SOME OF US AREN'T GOING TO BE HERE. MANY OF US AREN'T

24  GOING TO BE HERE. WE HOPE TO, BUT THE REALITY IS OUR STUDENTS

25  HAVE SO MUCH TO OFFER. AND SO I WHOLEHEARTEDLY SUPPORT THAT. I

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   CHALLENGE ALL OF THE MAYORS OUT THERE IN THE SAN GABRIEL

2   VALLEY AND THROUGHOUT L.A. COUNTY BECAUSE OUR STUDENTS HAVE

3   BEEN COMING FORWARD TO OUR CITY COUNCIL MEETINGS WITH A BIKE

4   PLAN, WITH MORE SHUTTLES, WITH MORE CLEAN AIR BUSES, WITH LESS

5   PLASTICS IN THEIR USE AND REMOVAL OF PLASTIC BAGS. THANK YOU

6   SO MUCH.

7

8   **SUP. HAHN, CHAIR:** THANK YOU, MAYOR. GOOD SUGGESTIONS. NEXT

9   SPEAKER, PLEASE.

10

11  **ERIC PREVEN:** THANK YOU, IT'S ERIC PREVEN FROM THE THIRD

12  DISTRICT. AND ALHAMBRA REALLY SHOWED UP IN FORCE TODAY, SO

13  THEY GET A LOT OF CREDIT AND I APPRECIATE THE YOUTH OF

14  ALHAMBRA. I ALSO APPRECIATE THAT SO MANY YOUNG PEOPLE ARE

15  LOOKING FOR WAYS TO MAKE A MEANINGFUL DIFFERENCE. BUT I JUST

16  WANT TO CAUTION THAT WHEN YOU HAVE 25 COMMISSIONERS WHO ARE

17  BEING APPOINTED BY THIS HALLOWED FIVE, IT RAISES QUESTIONS WHO

18  ARE THEY BECAUSE A LOT OF THE OTHER COMMISSIONS CONTAIN PEOPLE

19  WHO ARE COOL, BUT THEY START TO WORK FOR THE BIG AGENDA. AND I

20  JUST WANT TO ENCOURAGE YOUNG PEOPLE TO REMAIN INDEPENDENT AND

21  TO THINK FOR THEMSELVES. I REMEMBER WHEN PARKLAND HAPPENED,

22  AND THE YOUNG PEOPLE CAME OUT IN FORCE. IT WAS LIKE

23  UNBELIEVABLE. THEY HAD A LOT TO SAY. AND THE POLITICIANS ALL

24  QUIETLY GRAVITATED OVER. AND YOU COULD SEE THE STRUGGLE

25  BECAUSE, YOU KNOW, THE KIDS NEED TO BE CO-OPTED BY THE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    ESTABLISHMENT. LET'S FACE THE FACTS, RIGHT? WRONG. SO THAT'S

2    WHAT I'M HOPING THE KIDS REALIZE. AND I HOPE THAT THE KIDS WHO

3    HAVE THE BIGGEST POLITICAL CLOUT TO SAY, "DO YOU KNOW WHAT? I

4    WILL SERVE, BUT I WILL SERVE INDEPENDENTLY. I WILL NOT AGREE

5    TO BE THE APPOINTEE OF MR. RIDLEY-THOMAS OR MISS KUEHL. I WILL

6    DO IT BECAUSE I KNOW IT'S THE RIGHT THING TO DO."

7

8    **SUP. HAHN, CHAIR:** NEXT SPEAKER, PLEASE.

9

10   **YVONNE AUTRY:** I'M YVONNE MICHELLE AUTRY. I WAS BORN IN

11   INGLEWOOD. I'M SO GLAD THIS IS BEFORE THE BOARD BECAUSE IT'S

12   SO IMPORTANT ESPECIALLY IN BLACK AND MINORITY AREAS THAT WE

13   HAVE MORE TREES, THAT WE HAVE MORE GREEN SPACES, AS OPPOSED TO

14   THE CONCRETE AND THE GREATER CONSTRUCTION WHICH HAS BEEN

15   TRADITIONAL IN THE PROJECTS, ESPECIALLY IN BLACK AND MINORITY

16   AREAS WHERE THEY'RE PREDOMINANTLY PEOPLE OF COLOR. THAT IS

17   ENVIRONMENTAL GENOCIDE WITH THE LEVELS OF RADIOACTIVE WASTE

18   AND NATIVE AMERICAN COMMUNITIES AND BLACK COMMUNITIES, LEAD

19   ASBESTOS. NOW WE HAVE THE SIGNALS, ELECTRONIC SIGNALS, WHICH

20   IS A WHOLE OTHER LEVEL OF CONTAMINATION, WHICH MAKES US MORE

21   LIABLE TO STROKES AND CANCERS, WHICH IS ENVIRONMENTAL

22   GENOCIDE, DISPROPORTIONATELY. WHEN I LIVED IN WESTWOOD, AS I

23   WAS MATRICULATING AT U.C.L.A., I SAW AN ABUNDANCE OF TREES,

24   BEAUTIFUL GREEN SPACES AND LAWNS. I HAVE NEVER SEEN THAT IN

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    BLACK AND MINORITY AREAS. AND THAT NEEDS TO CHANGE. AND I'M SO

2    GLAD THAT THESE YOUNG PEOPLE ARE HERE TO CREATE THAT CHANGE.

3

4    **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

5

6    **MIKE BLOCKSTEIN:** HI. MY NAME IS MIKE BLOCKSTEIN, AND I'M HERE

7    TO SPEAK ON BEHALF OF THE EAST LOS ANGELES RENAISSANCE

8    ACADEMY. RENAISSANCE IS ONE OF THREE HIGH SCHOOLS IN THE

9    COUNTRY THAT HAS A FOCUS ON URBAN PLANNING AND POLICY. IT'S

10   ALSO LOCATED OBVIOUSLY IN A COMMUNITY THAT'S DEEPLY IMPACTED

11   BY THESE ISSUES. BUT I WANT TO TALK ABOUT THIS FROM A SLIGHTLY

12   DIFFERENT PERSPECTIVE, WHICH IS THAT IF I WERE TO WALK INTO A

13   CLASSROOM AT RENAISSANCE TODAY, IT'S CLEAR MOST STUDENTS CARE

14   DEEPLY ABOUT THIS ISSUE. HOWEVER, IF I WERE TO ASK THEM TO

15   RAISE THEIR HAND AND ASK HOW MANY FELT THAT IT'S INEVITABLE

16   AND THERE'S NOTHING THEY CAN DO ABOUT IT, NOBODY WANTS TO

17   LISTEN TO THEM, PRETTY MUCH EVERY HAND OF THE CLASS WILL BE

18   UP. HIGH SCHOOL'S AN AGE WHERE STUDENTS ARE QUESTIONING WHO

19   AND WHAT TO PLACE THEIR TRUST INTO. THIS MOTION ACTUALLY GIVES

20   AN OPPORTUNITY FOR STUDENTS THAT TELLS THEM THAT GOVERNMENT

21   WELCOMES THEM, THAT THEY ARE PART OF GOVERNMENT, AND THAT

22   THEIR VOICE AND THEIR OPINIONS HAVE A PLATFORM. SO THANK YOU

23   FOR OFFERING IT.

24

25   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1

2   **DAISY HERNANDEZ:** GOOD AFTERNOON, EVERYBODY ONE. MY NAME IS

3   DAISY HERNANDEZ. I'M BORN AND RAISED IN BOYLE HEIGTS AND A

4   CURRENT SOCIAL POLICY UNDERGRADUATE STUDENT AT U.C. IRVINE.

5   I'D LIKE TO POINT OUT THAT TODAY WE ARE NOT ONLY TALKING ABOUT

6   CLIMATE CHANGE, BUT WE ARE TALKING ABOUT OUR FUTURE. THE YOUTH

7   ARE OUR FUTURE. AND THEREFORE IT IS CRITICAL THAT WE ESTABLISH

8   A YOUTH CLIMATE COMMISSION. IT IS IMPORTANT TO PROVIDE OUR

9   P.O.C. YOUTH WITH A PLATFORM TO ADVOCATE FOR ENVIRONMENTAL

10  JUSTICE. WITH CARBON DIOXIDE LEVELS INCREASING EXPONENTIALLY,

11  WE STAND ON THE THRESHOLD OF A NEW GEOLOGIC ERA, ONE WHERE THE

12  CLIMATE IS VERY DIFFERENT TO THE ONE OUR ANCESTORS KNEW. MANY

13  YOUTH ARE ALREADY MAKING A DIFFERENCE IN OUR COMMUNITY

14  RELATIVE TO THE CLIMATE CRISIS. FOR EXAMPLE, AT THE NONPROFIT

15  AGENCY I VOLUNTEER AT, CALLED IN THE MAKING, OUR GOAL IS TO

16  CREATE A MORE SUSTAINABLE APPAREL INDUSTRY BY DONATING AND

17  SELLING PRELOVED CLOTHING ULTIMATELY RESULTING IN A CIRCULAR

18  ECONOMY. I STRONGLY BELIEVE, AND HISTORY HAS PROVEN, THAT

19  THERE'S POWER IN NUMBERS. BY HAVING A YOUTH CLIMATE

20  COMMISSION, WE CAN CREATE POSITIVE CHANGE AND TACKLE THIS

21  FIGHT TOGETHER. THANK YOU.

22

23  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

24

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **VICTOR TRUJILLO:** HI, GOOD AFTERNOON. MY NAME IS VICTOR

2   TRUJILLO. AS A CHILD, I COULD UNDERSTAND THIS, BUT I GREW UP

3   IN SUN VALLEY. AND SUN VALLEY HAS MAYBE 7 TO 8 TO 9 RECYCLING

4   DUMPS, EVERYTHING. IT'S A TOXIC CENTER. THEN WE HAVE A STATE

5   OF EMERGENCY. WHEN I FIND OUT ON THE RADIO THIS MORNING, THEY

6   JUST HAPPENED TO TURN OFF THE GAS WHEN EVERYBODY IS SUFFERING

7   IN THE SAN FERNANDO VALLEY. ALL THE KIDS ARE. I HAVE FRIENDS

8   OF MINE, EVERYBODY IN SUN VALLEY, THERE'S A  STATISTIC FINDING

9   OUT THERE'S THOUSANDS OF PEOPLE DYING OF CANCER, OF BREAST

10  CANCER, AND IT'S ALL SURROUNDED BY THESE DUMPS. AND WE'RE

11  GOING TO GET THE KIDS INVOLVED? ARE YOU KIDDING ME? THERE'S

12  PROBABLY WHAT IN SUN VALLEY ALONE, THERE'S THREE, FOUR

13  SCHOOLS, AND THEY'RE SURROUNDED BY 10 DUMPS. AND YOU'RE

14  TELLING ME YOU'RE GOING TO HELP THE KIDS? GIVE ME A BREAK. I

15  DO NOT UNDERSTAND THIS. I GET TO SIT AND WATCH MY FRIENDS'

16  KIDS SUFFERING, GIVING ME THE HEADACHES. THEY HAVE CAN'T FIND

17  ATTORNEYS BECAUSE THEY CAN'T FIND THEM BECAUSE THEY'RE NOT

18  ALLOWED TO. ATTORNEYS ARE NOT ACCEPTING PHONE CALLS. THIS IS

19  SOMETHING YOU GUYS GOT TO WAKE UP TO AND QUIT DENYING THE KIDS

20  JUSTICE. THANK YOU BECAUSE I WAS A KID AT ONCE. THANK YOU.

21

22  **SUP. HAHN, CHAIR:** NEXT SPEAKER, PLEASE.

23

24  **ARNOLD SACHS:** YES, THANK YOU. GOOD MORNING. YOU KNOW, THERE'S

25  7 BILLION, APPROXIMATELY 7 BILLION PEOPLE LIVING ON THIS

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  PLANET, AS IT WAS MENTIONED. AND THERE'S 40 MILLION PEOPLE

2  LIVING IN CALIFORNIA. IT COMES TO ABOUT 6/1,000TH, .006

3  PERCENT OF THE POPULATION. WHAT IMPACT ARE YOU MAKING ON

4  GLOBAL CHANGE? I DON'T KNOW. BUT IF YOU WANT TO MAKE LOCAL

5  CHANGE AS A YOUTH, A, YOU ALREADY HAVE A VOICE. USE IT. SO IF

6  YOU GO TO A COMMUNITY, AND YOU HEAR ABOUT CONSTRUCTION, ASK

7  THEM WHY THEY DON'T DO C.E.Q.A. ON THE DEMOLITION BECAUSE

8  THAT'S WHERE THE PROBLEM IS. IT'S NOT ON THE NEW CONSTRUCTION.

9  AND IF YOU CHECK TODAY'S AGENDA, YOU'LL SEE C.E.Q.A. IS NOT

10  NECESSARY. IT'S NOT NEW CONSTRUCTION THAT CAUSES C.E.Q.A. IT'S

11  OLD. ALL THESE BUILDINGS HAVE BEEN AROUND SINCE YOU'VE BEEN

12  AROUND.

13

14  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE. NEXT

15  SPEAKER, PLEASE.

16

17  **KORIE SCHMIDT:** KORIE SCHMIDT FOR THE RECORD.

18

19  **ATTORNEY:** YOUR TIME IS SUPERVISOR, SIR. YOUR TIME IS UP.

20

21  **SPEAKER:** ALL RIGHT. SO WE'RE TALKING ABOUT THE YOUTH CLIMATE

22  COMMISSION. OKAY. SO IF YOU GUYS HAVEN'T NOTICED IT'S HOT AS

23  [EXPLETIVE] OUTSIDE. IT'S OCTOBER. ISN'T IT SUPPOSED TO BE

24  LIKE FALL, COOLING DOWN A LITTLE BIT? I JUST WANT TO POINT OUT

25  THAT THIS [EXPLETIVE] IS REAL. AND IT'S SOMETHING THAT WE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   REALLY GOT TO DEAL WITH. AND I JUST WANT TO BRING UP THE FACT

2   THAT IN THE CLASSES I TOOK IN COLLEGE, WE HAD A LOT OF

3   EXPERIMENTS. THE ONE IN PARTICULAR WHERE THERE WAS AN AQUARIUM

4   THAT WAS FILLED WITH C.O.2, AND WE PUT A THERMOMETER IN THERE

5   AND SAW THE DIFFERENCE IN THE TEMPERATURE. I THINK THERE

6   SHOULD BE MORE EDUCATION ON THIS STUFF. WE NEED TO GET INTO

7   THE ECONOMICS OF MAKING IT CHEAPER TO BE MORE GREEN IN ORDER

8   TO AFFECT CHANGE BECAUSE RIGHT NOW IT'S MORE EXPENSIVE TO BE

9   GREEN. SO THAT WOULD BE MY IDEAS.

10

11  **SUP. HAHN, CHAIR:** THANK YOU. WE NEED TO CALL ONE MORE PERSON?

12

13  **CELIA ZAVALA, E.O.:** WOULD WES REUTIMANN PLEASE COME FORWARD

14  AND STAFF WILL ASSIST YOU?

15

16  **SUP. HAHN, CHAIR:** OKAY. NEXT SPEAKER, PLEASE.

17

18  **DR. MELLO DESIRE:** YES. SO I'M SO PROUD, AND I'M ALWAYS HAPPY

19  TO SEE YOUNG PEOPLE TAKE A STAND FOR ANYTHING. BUT CLIMATE

20  CHANGE IS DEFINITELY SOMETHING THAT'S VERY IMPORTANT. AND SO

21  KUDOS TO THOSE WHO  COME OUT AND SPEAK ON IT. ON TOP OF THAT,

22  GUN CONTROL IS ALSO ANOTHER MAJOR ISSUE A LOT OF YOUTH ARE

23  SPEAKING UP ON. BUT OVERALL, WE NEED TO SUPPORT THE YOUNG

24  PEOPLE BY IMPLEMENTING GREEN TECHNOLOGY IN THESE AREAS. THAT

25  WAY WE CAN GIVE MORE C.O.2 ESPECIALLY IN AREAS WHICH LACKS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    GREEN OF ANYTHING. YOU HAVE CONCRETE. YOU HAVE SMOKE, YOU

2    KNOW, IN CERTAIN AREAS THAT HIGH TRAUMATIZED. MY SUPPORT FOR

3    THESE YOUNG PEOPLE IS IMMENSE. AND I REALLY AM PROUD OF THEM.

4    SO CONTINUE TO WORK WITH THEM AND HELP RAISE AWARENESS FOR

5    CLIMATE CONTROL.

6

7    **SUP. HAHN, CHAIR:** THANK YOU.

8

9    **DR. MELLO DESIRE:** GOOD JOB, GUYS.

10

11   **SUP. HAHN, CHAIR:** NEXT SPEAKER, PLEASE.

12

13   **WAYNE SPINDLER:** YES. IF YOU'RE YOUNG, RUN. RUN AWAY FROM THIS

14   BUILDING. RUN AWAY FROM THESE PEOPLE. DO NOT GET INVOLVED WITH

15   ANY OF THIS. THE ENVIRONMENT IS JUST FINE. THERE'S NOTHING

16   WRONG WITH IT. THE PLANET IS HAVING A LITTLE BIT OF A HICCUP

17   RIGHT NOW BECAUSE THERE'S TOO MANY SCUMBAGS ON THE PLANET

18   RIGHT NOW DOING ALL THE BAD THINGS LIKE THE CATHOLIC CHURCH

19   RAPING KIDS.

20

21   **SUP. HAHN, CHAIR:** TRY TO STAY ON THE TOPIC OF ENVIRONMENTAL

22   CLIMATE CHANGE COMMISSION.

23

24   **WAYNE SPINDLER:** THE ENVIRONMENT IS CONTROLLED BY GOD. IT'S NOT

25   CONTROLLED BY THE L.A. COUNTY BOARD. RIGHT NOW THEY'RE OVER IN

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    THE CITY COUNCIL HAVING 143 SPEAKERS OVER THERE. AND NURI

2    MARTINEZ IS GOING --

3

4    **SUP. HAHN, CHAIR:** MAKE SURE YOU STAY ON -- THAT'S YOUR SECOND

5    WARNING. STAY ON THE -- OKAY, THANK YOU VERY MUCH. NEXT

6    SPEAKER, PLEASE. NO, YOU'RE NOT. NEXT SPEAKER, PLEASE. NEXT

7    SPEAKER, PLEASE.

8

9    **WAYNE SPINDLER:** THAT'S ALL IT IS, JANICE.

10

11   **SUP. HAHN, CHAIR:** GO AHEAD, DO YOUR BEST.

12

13   **WES REUTIMANN:** HI, GOOD AFTERNOON. WES REUTIMANN. I'M HERE ON

14   BEHALF OF ACTIVE SAN GABRIEL VALLEY. WE'RE A PLACE-BASED

15   ORGANIZATION HEADQUARTERED IN THE CITY OF EL MONTE. THE

16   CENTRAL SAN GABRIEL VALLEY INCLUDES SOME OF THE MOST

17   POLLUTION-BURDENED CITIES IN THE STATE OF CALIFORNIA. THESE

18   ARE THE FRONTLINES FOR CLIMATE CHANGE. AND WE ABSOLUTELY AN

19   APPLAUD THE COUNTY IN LOWERING BARRIERS FOR STUDENTS TO ENGAGE

20   ON THIS ISSUE. AS SOME OF THE PREVIOUS SPEAKERS NOTED, YOUNG

21   PEOPLE HAVE THE MOST SKIN IN THE GAME WHEN IT COMES TO CLIMATE

22   CHANGE. AND IT ISN'T EASY TO NAVIGATE THE COUNTY PROCESS. SO

23   WE ARE VERY HOPEFUL THAT NOT ONLY WILL THIS COUNTY COMMISSION

24   REALLY FACILITATE YOUTH ENGAGEMENT AND YOUTH INPUT ON THIS

25   ISSUE, BUT THAT THE COUNTY BOARD OF SUPERVISORS WILL THEN TAKE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   ANY RECOMMENDATIONS FROM THAT COMMISSION SERIOUSLY AND ACT ON

2   CLIMATE ON THOSE ISSUES. SO THANK YOU AGAIN TO SUPERVISORS

3   SOLIS AND KUEHL FOR MAKING THIS MOTION. AND WE LOOK FORWARD TO

4   SUPPORTING THE COMMISSION IN THE YEARS AHEAD. THANK YOU.

5

6   **SUP. HAHN, CHAIR:** THANK YOU VERY MUCH. OKAY. ARE THOSE ALL THE

7   SPEAKERS THAT HAVE SIGNED UP ON THIS ITEM? OKAY. ITEM 2 IS NOW

8   BEFORE US. MOVED BY SUPERVISOR SOLIS. SECONDED BY SUPERVISOR

9   KUEHL. IF THERE ARE NO OBJECTIONS TO A UNANIMOUS VOTE, THAT

10  WILL BE THE ORDER. NOW WE ARE GOING TO ITEM 10. AND I'M GOING

11  TO MAKE A FEW REMARKS ON ITEM 10. I WANT TO THANK SUPERVISOR

12  SOLIS FOR JOINING ME AS A COAUTHOR ON THIS MOTION. I ALSO WANT

13  TO THANK PAT LOPEZ, MY COMMISSIONER ON THE NATIVE AMERICAN

14  INDIAN COMMISSION AND THE OTHER COMMISSIONERS WHO HAVE

15  HIGHLIGHTED THE ISSUE OF HOMELESSNESS AND ITS IMPACT TO THE

16  NATIVE AMERICAN INDIANS IN LOS ANGELES COUNTY. THIS IS A

17  TIMELY ISSUE TO DISCUSS THIS. YESTERDAY, WE HAD OUR INDIGENOUS

18  PEOPLES DAY HOLIDAY. AND WE WERE ALL PAUSING YESTERDAY TO

19  REMEMBER CERTAINLY THE CONTRIBUTIONS OF OUR INDIGENOUS PEOPLE.

20  AND IT'S SAD TO SAY THAT HOMELESSNESS IS AN ISSUE THAT TOUCHES

21  OUR LOS ANGELES COUNTY NATIVE AMERICAN INDIAN COMMUNITY. YET

22  NOT MUCH IS WELL KNOWN ABOUT THEIR PARTICULAR ISSUES THIS

23  COMMUNITY FACES, WHETHER THEY ARE ACCURATELY COUNTED, WHETHER

24  WE ARE MAXIMIZING THEIR RESOURCES AVAILABLE TO THEM. (PUBLIC

25  DISRUPTION).

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

October 15, 2019

1

2   **SUP. HAHN, CHAIR:** OKAY. FIRST OF ALL, WE'RE NOT SILENCING

3   ANYBODY. WE WILL HAVE PLENTY OF TIME FOR PUBLIC COMMENT. WE'LL

4   HAVE PLENTY OF TIME. SERGEANT AT ARMS, PLEASE REMOVE THESE

5   PEOPLE. THEY'RE BEING DISRUPTIVE. CAN YOU PLEASE REMOVE THEM?

6   (DISRUPTION CONTINUES).

7

8   **SPEAKER:** SHAME ON ALL OF YOU.

9

10   **SUP. HAHN, CHAIR:** FIRST OF ALL, REMIND EVERYBODY. WE DO HAVE

11   PLENTY OF TIME FOR PUBLIC COMMENT. NO ONE'S BEING SILENCED

12   TODAY. RIGHT NOW, WE'RE ON ITEM 10. AND AS I WAS SAYING --

13   SERGEANT AT ARMS, PLEASE CONTINUE TO KEEP THE PEACE IN OUR

14   AUDITORIUM. WE ARE IN THE MIDDLE OF A MEETING. AND WE NEED TO

15   GIVE RESPECT AND DIGNITY TO EVERY ITEM. AND EVERYONE WHO COMES

16   TO THE SPEAKERS WELL, WE WILL RESPECT. HOMELESSNESS IS AN

17   ISSUE THAT TOUCHES OUR NATIVE AMERICAN INDIAN COMMUNITY, YET

18   NOT MUCH IS WELL KNOWN ABOUT THIS ISSUE AND WHETHER OR NOT

19   THEY'RE BEING ACCURATELY COUNTED AND WHETHER OR NOT WE'RE

20   MAXIMIZING THE RESOURCES TO HELP THEM. THE RECENT HOMELESS

21   COUNT IDENTIFIED AN INCREASE OF AMERICAN INDIAN HOMELESSNESS.

22   AND OUR CURRENT SYSTEMS NEED TO BE ENHANCED. OUR SERVICES NEED

23   TO MAKE SURE THAT THEY'RE REACHING THIS COMMUNITY. AND THAT'S

24   WHAT THIS MOTION DOES. IT WILL DIRECT OUR COUNTY DEPARTMENTS

25   AND OTHER CRITICAL STAKEHOLDERS TO DEVELOP A PLAN ON HOW THE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   COUNTY CAN BEST SERVE THIS COMMUNITY WITH THE GOAL OF KEEPING

2   THEM FROM BECOMING HOMELESS IN THE FIRST PLACE. AGAIN, I WANT

3   TO THANK MY COAUTHOR, SUPERVISOR SOLIS, AND THE

4   REPRESENTATIVES WHO ARE HERE TO SUPPORT THIS MOTION.

5   SUPERVISOR SOLIS, WOULD YOU LIKE TO SAY SOMETHING?

6

7   **SUP. SOLIS:** YES, THANK YOU, MADAM CHAIR, AND THANK YOU FOR

8   ASKING ME TO BE THE COAUTHOR ON THIS MEASURE. YES, I'M HAPPY

9   THAT WE WERE ABLE TO CELEBRATE INDIGENOUS PEOPLES DAY

10  YESTERDAY HERE FOR THE SECOND YEAR IN GRAND PARK AND AROUND

11  THE COUNTY OF LOS ANGELES. THERE WERE MANY FESTIVITIES

12  THROUGHOUT OUR COUNTY THAT WERE HELD. AND I REALLY WANT TO

13  HELP UNDERSCORE THE IMPORTANCE OF RECOGNIZING THE MORE THAN

14  158,000 AMERICAN INDIANS AND NATIVE AMERICANS WHO LIVE IN LOS

15  ANGELES COUNTY. THEY ARE INDEED THE SECOND LARGEST NATIVE

16  AMERICAN POPULATION IN THE ENTIRE UNITED STATES. IN FACT, SOME

17  OF THE FOLKS IN CONGRESS WHO WORK ON THESE ISSUES WERE NOT

18  AWARE THAT WE ARE ONE OF THOSE PLACES THAT ACTUALLY IS HOME TO

19  MANY OF THESE NATIVE AMERICANS, BUT I DO WANT TO UNDERSCORE

20  THAT IT'S TIME THAT WE DO MUCH MORE BECAUSE WE KNOW THAT MANY

21  NATIVE AMERICANS IN L.A. COUNTY, 3.4 TIMES ARE MORE LIKELY

22  THAN NONHISPANIC WHITES TO LIVE IN HOUSEHOLDS WITH AN INCOME

23  BELOW THE FEDERAL POVERTY LEVEL. FURTHERMORE, A VERY TROUBLING

24  STATISTIC IS THAT THE DIABETES MORTALITY RATE FOR THIS

25  POPULATION IS MORE THAN TWICE THAT OF ALL RACES IN L.A.

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    COUNTY. THAT'S WHY TODAY'S MOTION IS IMPORTANT, SO THAT WE CAN

2    DEVELOP BETTER METHODS OF COUNTING THE NATIVE AMERICAN

3    POPULATION, IDENTIFY THEIR NEEDS AND GAPS IN SERVICES, AND

4    START DOING A MUCH BETTER JOB OF CONNECTING THEM TO JOBS AND

5    TO OTHER RESOURCES THAT THE COUNTY CAN MAKE AVAILABLE TO THEM.

6    I'M HAPPY TO JOIN YOU TODAY. AND I LOOK FORWARD TO SEEING

7    L.A.H.S.A. AND OUR COUNTY DEPARTMENTS WORKING TOGETHER CLOSELY

8    WITH ALL OUR LOS ANGELES NATIVE AMERICAN INDIAN MEMBERS AND

9    OUR COMMISSION TO SEE WHAT RECOMMENDATIONS COME FORWARD SO

10   THAT WE HAVE A PLAN OF ACTION. THANK YOU, MADAM CHAIR.

11

12   **SUP. HAHN, CHAIR:** THANK YOU, SUPERVISOR SOLIS. MADAM EXECUTIVE

13   OFFICER, PLEASE CALL THE MEMBERS OF THE PUBLIC WHO HAVE SIGNED

14   UP TO SPEAK ON THIS ITEM.

15

16   **CELIA ZAVALA, E.O.:** WOULD THE FOLLOWING INDIVIDUALS PLEASE

17   COME FORWARD WHEN I CALL YOUR NAME? ANDREA GARCIA, ROBIN

18   THUNDERSHIELD, PATRICIA LOPEZ, JOSE QUINTANA, ARNOLD SACHS,

19   CHEYENNE PHOENIX, CHRISSIE CASTRO, DR. GENEVIEVE CLAVREUL, DR.

20   MELLO DESIRE, ERIC PREVEN, AND HERMAN HERMAN, PLEASE COME

21   FORWARD AND STAFF WILL ASSIST YOU.

22

23   **SUP. HAHN, CHAIR:** AND, AGAIN, WE'RE GOING TO GIVE YOU ALL ONE

24   MINUTE. SO ORGANIZE YOUR THOUGHTS. OKAY. WHO'D LIKE TO GO

25   FIRST?

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1

2    **ANDREA GARCIA:** I CAN GO FIRST.

3

4    **SUP. HAHN, CHAIR:** OKAY.

5

6    **ANDREA GARCIA:** GOOD AFTERNOON. MY NAME IS ANDREA GARCIA. I'M A

7    PHYSICIAN, A RESEARCHER, AND A MEMBER OF THE LOS ANGELES

8    CITY/COUNTY NATIVE AMERICAN COMMISSION. I'D LIKE TO BEGIN BY

9    ACKNOWLEDGING THIS MEETING IS BEING HELD ON TONGVA LAND. LOS

10   ANGELES COUNTY AS A WHOLE SITS ON THE ANCESTRAL HOMELANDS OF

11   THE TONGVA, CHUMASH, AND TATAVIAM   PEOPLES. I'D ALSO LIKE TO

12   GIVE YOU CONTEXT AND OFFER WHY ARE WE HOMELESS IN OUR

13   HOMELANDS. DUE TO THE FEDERAL RELOCATION ACT, LOS ANGELES

14   COUNTY IS NOW HOME TO ACTUALLY THE LARGEST POPULATION OF

15   NATIVES IN THE COUNTY. AND OUR RATES OF HOMELESSNESS INCREASED

16   68 PERCENT LAST YEAR. OVER AND OVER AGAIN, I'VE LEARNED FROM

17   MY PATIENTS EXPERIENCING HOMELESSNESS AND THROUGH RESEARCH

18   THAT BEING IN A CULTURALLY SAFE ATMOSPHERE IS KEY TO THEIR

19   RECOVERY AND MAKES THEM FEEL SOOTHED AND LOVED, TO USE THEIR

20   OWN WORDS. THEY LITERALLY USE THE WORD LOVE ABOUT OUR COUNTY

21   RUN AMERICAN INDIAN COUNSELING CENTER. SIMPLY PUT, ADDRESSING

22   HOMELESSNESS CANNOT BE A ONE-SIZE-FITS-ALL APPROACH. AS WAS SO

23   PHENOMENALLY LAID OUT BY THE AD HOC COMMITTEE ON BLACK PEOPLE

24   EXPERIENCING HOMELESSNESS, WE NEED TO MEET OUR COMMUNITIES

25   WHERE THEY ARE. AND WE MUST APPROACH THIS WITH AN EQUITY LENS.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1

2  **SUP. HAHN, CHAIR:** THANK YOU. THE OTHER THING I'M GOING TO SAY.

3  IF YOU HAVE MORE TESTIMONY THAT YOU DIDN'T GET THROUGH IN A

4  MINUTE, WE WOULD LOVE TO READ IT. SO IF YOU WANT TO TURN THAT

5  IN, WE'LL MAKE SURE THAT ALL OF US GET A COPY. THANK YOU. I

6  KNOW A MINUTE GOES FAST, BUT THANK YOU FOR YOUR TESTIMONY.

7  NEXT SPEAKER, PLEASE.

8

9  **JOSEPH QUINTANA:** GOOD AFTERNOON. MY NAME IS JOSEPH QUINTANA. I

10  AM THE DEVELOPMENT DIRECTOR AT THE LARGEST HUMAN AND HEALTH

11  SERVICE PROVIDER FOR AMERICAN INDIANS IN LOS ANGELES COUNTY. I

12  AM ALSO APPOINTED FROM THE MAYOR'S OFFICE TO THE L.A. CITY/

13  COUNTY NATIVE AMERICAN INDIAN COMMISSION. I WANT TO THANK YOU

14  FOR THIS TIME, BOARD OF SUPERVISORS, CHAIR HAHN, ALSO OUR

15  DISTRICT REPRESENTATIVE, HILDA SOLIS, AND ALL OTHER BOARD

16  SUPERVISORS. I WANT TO SHARE THIS. IN THAT OVER 95 PERCENT OF

17  THE CURRENT COMMUNITY MEMBERS WHO WE SERVE FALL BELOW THE

18  FEDERAL POVERTY LINE. OF THAT POPULATION, 40 PERCENT ARE

19  AMERICAN INDIAN WOMEN WHO HAVE ALREADY HAD THOUGHTS OF

20  COMMITTING SUICIDE. THERE'S ALSO VERY HIGH RATES OF LACK OF

21  EDUCATION OF OUR COMMUNITY MEMBERS. ONLY 80 PERCENT ACTUALLY

22  GO ON TO A HIGH SCHOOL DIPLOMA, G.E.D., OR LESS. SO

23  UNDERSTANDING THAT HAVING ACCESS TO CULTURAL RESOURCES IS

24  IMPORTANT. I WANT TO SAY THIS VERY BRIEFLY, AND I THINK DR.

25  KING SAID IT BEST, WAS THAT THE TIME IS ALWAYS RIGHT TO DO

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    WHAT IS RIGHT. AND I HOPE THAT WITH THIS REPORT, WE CAN

2    CONTINUE TO BUILD ON THE RESOURCES CURRENTLY AVAILABLE. THANK

3    YOU.

4

5    **SUP. HAHN, CHAIR:** THANK YOU VERY MUCH. COMMISSIONER LOPEZ, DO

6    YOU WANT THE SPEAK NEXT?

7

8    **PAT LOPEZ:** THANK YOU. PAT LOPEZ, SUPERVISOR APPOINTED BY

9    SUPERVISOR JANICE HAHN. I'M SORRY. I KNOW FROM WHENCE IS

10   HOMELESSNESS. I WAS HOMELESS FOR MY FIRST TWO YEARS AT CAL AT

11   BERKELEY, LIVED IN MY CAR, CAME BACK DOWN, GOT SERVICES. BUT I

12   WAS ASHAMED. I WAS ASHAMED. I BARELY SPOKE ABOUT THIS TWO

13   WEEKS AGO TO MY COMMUNITY. ANYWAY, SO I UNDERSTAND IT. MY

14   NATIVE COMMUNITY COMES TO U.A.I.I. LOOKING TO US AS A SAFE

15   PLACE, AS THEIR NATIVE HOME. MY HOMELESS PATIENTS ASK -- I'M A

16   NURSE PRACTITIONER AT U.A.I.I. AND MY PATIENTS ASK ME, THEY

17   WANT A DEDICATED NATIVE AMERICAN HOUSING WITH SERVICES LONG-

18   TERM WHERE THEY'RE PARTNERS, L.G.B.T.Q., AS WELL, AND THEIR

19   FAMILIES CAN LIVE, PRIVATE AND COMMUNAL SPACES FOR THE

20   PRACTICE OF MEDICINE WAYS, OUR HEALING WAYS, AND CEREMONIES,

21   TO BE FREE OF RIDICULE AND RACIST REMARKS. THEY WANT SAFE

22   STORAGE FOR THEIR PRAYER OBJECTS.

23

October 15, 2019

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. HAHN, CHAIR:** THANK YOU. AGAIN IF YOU WANT TO TURN THAT

2    IN, WE'LL READ IT, PAT. THANK YOU FOR BEING HERE. NEXT

3    SPEAKER, PLEASE.

4

5    **ROBIN THUNDERSHIELD:** GOOD AFTERNOON. MY NAME IS ROBIN

6    THUNDERSHIELD. AND I'M A MEMBER OF THE STANDING ROCK SIOUX

7    TRIBE. THIS ISSUE IS NEAR AND DEAR TO MY HEART BECAUSE I'VE

8    BEEN HOMELESS TWICE DURING MY LIFE, ONCE AS A CHILD AND ONCE

9    WHEN I AGED OUT OF THE FOSTER CARE SYSTEM. ALONG THE WAY, I

10   EXPERIENCED UNTHINKABLE TRAUMAS AND HARDSHIPS BUT ALSO

11   DEVELOPED UNSHAKABLE RESILIENCE ROOTED IN COMMUNITY AND LOVE.

12   AS SOMEONE WHO EXPERIENCED HOMELESSNESS AND WHO NOW OUTREACHES

13   TO THE COMMUNITY, I KNOW THE POWER THAT OUR COMMUNITY HAS TO

14   BRING HEALING TO EACH OTHER. WITH THE PROPER PARTNERSHIPS WITH

15   SYSTEMS THAT HAVE THE RESOURCES, I REALLY DO BELIEVE WE CAN

16   FIND OUR RELATIVES ON THE STREETS, COUNT THEM, AND HOUSE THEM

17   PROPERLY. I ALSO THINK WE CAN ENGAGE THEM IN WAYS THAT THE

18   COUNTY CANNOT. SINCE NATIVE AMERICANS DON'T HAVE AN ETHNIC

19   ENCLAVE IN LOS ANGELES, I ALSO BELIEVE THAT HAVING NATIVE

20   AMERICAN HOUSING WITH CULTURAL SERVICES CAN MAKE A HUGE IMPACT

21   IN PEOPLE'S LIVES FOR THE BETTER. I KNOW THESE THINGS BECAUSE

22   I AM LIVING PROOF OF THE POWER MY COMMUNITY HAS TO CHANGED

23   LIVES. IT CHANGED MINE, AND NOW I WANT TO HELP PASS THIS TO MY

24   RELATIVES WHO ARE STILL EXPERIENCING HOMELESSNESS. THANK YOU

25   FOR GIVING OUR COMMUNITY THE OPPORTUNITY TO BE HEARD. AND I

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  HOPE THIS IS ONLY THE BEGINNING OF ADDRESSING THIS ISSUE FOR

2  ALL NATIVE AMERICANS IN LOS ANGELES.

3

4  **SUP. HAHN, CHAIR:** THANK YOU FOR YOUR REMARKS. WE NEED TO CALL

5  SOME MORE PEOPLE.

6

7  **CELIA ZAVALA, E.O.:** WOULD THE FOLLOWING PEOPLE PLEASE COME

8  FORWARD? JESSE REYNA, KORIE SCHMIDT, MIKE GREENSPAN, RUDOLPH

9  PARTIDA, TENCHA ESPINO, WAYNE SPINDLER, AND YVONNE AUTRY,

10  PLEASE COME FORWARD AND STAFF WILL ASSIST YOU.

11

12  **SUP. HAHN, CHAIR:** OKAY. NEXT SPEAKER, PLEASE.

13

14  **ARNOLD SACHS:** YES, THANK YOU. GOOD AFTERNOON. ARNOLD SACHS.

15  DEVELOP A PLAN TO KEEP PEOPLE FROM BECOMING HOMELESS. I

16  THOUGHT YOU HAD H.H.H. I THOUGHT YOU HAD H. I THOUGHT YOU HAD

17  PLANS FROM, I DON'T KNOW, FROM 19 -- FROM THE YEAR 2000.

18  DIDN'T YOUR BROTHER WANT TO HAVE A HOMELESS PLAN FOR THE CITY

19  OF L.A. WHEN HE WAS MAYOR IN 2001? 20 YEARS LATER, YOU'RE

20  STILL TALKING ABOUT PLANS. 158,000 PEOPLE. DIABETES ARE HIGH.

21  WHY AREN'T THEY ENROLLED IN L.A. CARE? YOU KNOW, L.A. CARE,

22  THE OBAMACARE PLAN --

23

24  **SUP. HAHN, CHAIR:** TRY TO STICK TO THIS ITEM. 10.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **ARNOLD SACHS:** SOMEBODY MENTIONED DIABETES. I'M SAYING IF

2    THEY'RE ILL, THEY SHOULD BE ELIGIBLE FOR L.A. CARE. THEY

3    SHOULD BE ELIGIBLE TO GET A BED. THEY'RE GETTING A PREMIUM

4    PAID BED. ALL THEY NEED IS A PLACE TO BE PUT. YOU COULD OPEN

5    UP MEDICAL CENTERS LIKE M.A.S.H. UNITS AND HAVE PEOPLE TENDED

6    AND BE PAID --

7

8    **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

9

10   **ARNOLD SACHS:** YOU'D BE MAKING JOBS AVAILABLE TO THE PUBLIC.

11

12   **SUP. HAHN, CHAIR:** NEXT SPEAKER, PLEASE. ARNOLD, YOUR TIME IS

13   UP!

14

15   **CHRISSIE CASTRO:** CAN YOU START THE TIME?

16

17   **SUP. HAHN, CHAIR:** WELL START IT OVER. WHEN THE CLOCK IS UP,

18   YOUR TIME IS UP. PLEASE DO NOT INFRINGE ON OTHER PEOPLE'S

19   SPEAKING RIGHTS. OKAY. WE'RE GOING TO START YOUR MINUTE NOW.

20

21   **CHRISSIE CASTRO:** THANK YOU. I'M CHRISSIE CASTRO. I'M A CITIZEN

22   OF THE NAVAJO NATION AND ALSO CHAIRWOMAN OF THE L.A.

23   CITY/COUNTY NATIVE AMERICAN INDIAN COMMISSION. AS YOU MAY

24   KNOW, L.A. COUNTY IS HOME TO THE LARGEST CONCENTRATION OF

25   URBAN INDIANS IN THE ENTIRE NATION. AND IT HASN'T BEEN SINCE



1   SUPERVISOR YVONNE BURKE'S TIME IN 2001 SINCE THE INDIAN

2   COMMUNITY HAS HAD A SUBSTANTIVE MOTION COME BEFORE THE BOARD

3   OF SUPERVISORS. SO I REALLY WANT TO APPLAUD AND COMMEND THIS

4   MOTION FOR BEING HEARD. WE HOPE IT'S THE FIRST OF A SERIES OF

5   INITIATIVES THAT WE CAN WORK MORE CLOSELY WITH THE BOARD ON

6   THE BETTERMENT OF OUR COMMUNITY. SO I JUST REALLY WANT TO SAY

7   THANK YOU FOR, YOU KNOW, MAKING SURE THAT THIS WASN'T ACTUALLY

8   PUT ON CONSENT BUT THAT WE HAVE THE OPPORTUNITY TO HAVE OUR

9   VOICES HEARD BEFORE YOU. SO WITH THAT, I WILL YIELD MY TIME.

10  THANK YOU.

11

12  **SUP. HAHN, CHAIR:** THANK YOU VERY MUCH. NEXT SPEAKER, PLEASE.

13

14  **CHEYENNE PHOENIX:** MY NAME IS CHEYENNE PHOENIX, AND I AM FROM

15  THE NAVAJO AND NORTHERN PIYU NATIONS. I WAS BORN AND RAISED

16  HERE IN LOS ANGELES COUNTY. I WAS ALSO RAISED IN A SINGLE

17  PARENT HOUSEHOLD GOING IN AND OUT OF POVERTY AND ON THE EDGE -

18  - MY FAMILY AND I HAVE BEEN ON THE EDGE OF HOMELESSNESS MANY,

19  MANY TIMES. WE'VE ALSO RECEIVED SERVICES AT THESE OTHER SOCIAL

20  SERVICE ORGANIZATIONS WHO ARE UP HERE REPRESENTING. AS MY ROLE

21  WITHIN THE COMMUNITY, I'M HERE AS A VOICE ON BEHALF OF THE

22  YOUNG PEOPLE AND THE FOLKS THAT SIT IN THE ROOM AS NATIVE

23  PEOPLE WHO EXPERIENCE THIS AND WHO ARE NOT OFTEN HEARD. SO I

24  WANTED TO PASS THAT VOICE ON AND GIVE MY SUPPORT IN THIS

25  MOTION. AND I'M HERE ON BEHALF OF THE CALIFORNIA NATIVE VOTE



1    PROJECT, AS WELL, AS A YOUTH ORGANIZER, SO I'M ALSO WORKING IN

2    EFFORTS TO HOPEFULLY GET YOUTH MORE INVOLVED, NATIVE YOUTH

3    INVOLVED IN THIS ISSUE. SO THANK YOU FOR YOUR TIME.

4

5    **SUP. HAHN, CHAIR:** THANK YOU VERY MUCH. NEXT SPEAKER, PLEASE.

6

7    **ERIC PREVEN:** THANK YOU. IT'S ERIC PREVEN FROM THE THIRD

8    DISTRICT ALSO INTERESTED IN REPRESENTING THE YOUTH AND OF

9    COURSE THE INDIGENOUS PEOPLES FROM ALL OF THE PARTS OF LOS

10   ANGELES. WE HAVE AN ANCESTRAL COTTAGE NEAR THE CHUMASH HOME IN

11   MALIBU. PEOPLE NEED TO BE PROTECTED FROM FALLING INTO

12   HOMELESSNESS. THAT'S VERY, VERY IMPORTANT. AND I APPRECIATE

13   THE EFFORT HERE. I JUST WANT TO SAY ON BEHALF OF THE TRIBE

14   FROM FLORENCE, WHO WERE FACING A PROMISE TO HAVE A LIBRARY

15   REBUILT BY AM CAL, BUT IT TURNS OUT THAT --

16

17   **SUP. HAHN, CHAIR:** THAT'S NOT ON THIS ITEM. THIS IS ITEM 10.

18

19   **ERIC PREVEN:** THIS IS ITEM 10.

20

21   **SUP. HAHN, CHAIR:** YOU HAVE TO SPEAK TO THIS ITEM.

22

23   **ERIC PREVEN:** I WAS SPEAKING TO THE YOUTH.

24

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. HAHN, CHAIR:** THIS IS NOT JUST ABOUT YOUTH. THIS IS A

2   SPECIFIC THING ABOUT OUR NATIVE AMERICANS. YOU CAN SAY IT

3   DURING PUBLIC COMMENT.

4

5   **ERIC PREVEN:** GIVE ME BACK 15 SECONDS, PLEASE.

6

7   **SUP. HAHN, CHAIR:** NO.

8

9   **ERIC PREVEN:** ALL RIGHT, WELL THEN I'LL FINISH BY SAYING WHAT

10   AN OUTRAGE THAT THEY WOULD PROMISE A LIBRARY.

11

12   **SUP. HAHN, CHAIR:** YOU ARE OFF TOPIC. YOU CAN SAY THAT DURING

13   PUBLIC COMMENT. YOU ARE OFF TOPIC. NEXT SPEAKER, PLEASE.

14

15   **TENCHA ESPINO:** MY NAME IS TENCHA ESPINO. I'M NAVAJO-DENE, BORN

16   TO THE MIDDLE PEOPLE FROM THE MEXICAN PEOPLE CLAN. I'M IN

17   SUPPORT OF THIS INITIATIVE THAT'S BROUGHT FORTH. I DO WANT TO

18   THANK, JUST LIKE MY PREVIOUS SPEAKER, THANK YOU GUYS FOR

19   BRINGING THIS ON BALLOT BECAUSE I DID, I EXPERIENCED

20   HOMELESSNESS FOR NINE YEARS. AND BECAUSE OF THE ORGANIZATION

21   U.A.I.I., I'M NO LONGER HOMELESS, BUT A LOT OF MY PEOPLE ARE.

22   AND I'M A PROGRAM SUPPORT SPECIALIST, AND I EXPERIENCE IT DAY

23   IN AND DAY OUT. A LOT OF PEOPLE COMING OFF THE STREETS, WE'RE

24   TRYING TO HELP THEM WITH JOBS, WITH MENTAL ISSUES. SO TO WORK

25   WITH THEM FIRSTHAND, IT'S AN AMAZING EXPERIENCE. BUT I DO

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

October 15, 2019



1   APPRECIATE THAT THIS IS BEING BROUGHT FORTH. AND THAT NO

2   NATIVE AMERICAN SHOULD BE HOMELESS ON THIS LAND. WE SHOULD ALL

3   HAVE HOUSING. AND I DO APPRECIATE EVERYTHING THAT THIS COUNCIL

4   AND THIS BOARD MEMBERS AND U.A.I.I. IS DOING. THANK YOU.

5

6   **SUP. HAHN, CHAIR:** THANK YOU VERY MUCH. NEXT SPEAKER, PLEASE.

7

8   **RUDOLPH PARTIDA:** GOOD AFTERNOON. MY NAME IS RUDOLPH PARTIDA. I

9   STRUGGLED WITH HOMELESSNESS, TOO. I WENT THROUGH THIS PROGRAM

10  OF AMERICAN INDIAN CHANGING SPIRITS. AND I ALSO WORK THERE.

11  AND I EXPERIENCED A LOT OF NATIVE AMERICANS STAYING CLEAN AND

12  SOBER WHILE THEY WERE IN THE PROGRAM, BUT ONCE THEY LEFT THE

13  PROGRAM, THEY HAD NO WHERE TO GO. SO THEY ENDED UP GOING BACK

14  TO DRUGS. SO WHAT BETTER YET THAN FINDING THEM HOUSING WHERE

15  THEY COULD BE, YOU KNOW, THEY COULD GET DRESSED. THEY COULD

16  SHOWER. THEY COULD MAKE THEIR APPOINTMENTS TO MENTAL HEALTH,

17  TO MEDICAL HEALTH. YES. THANK YOU.

18

19  **SUP. HAHN, CHAIR:** THANK YOU VERY MUCH. NEXT SPEAKER, PLEASE.

20

21  **MIKE GREENSPAN:** MIKE GREENSPAN, A 6-1 FLORIDA GATOR. U.C.L.A.?

22  I DON'T. HEY, I'VE ACTUALLY BEEN HOMELESS IN THE U.C.L.A.

23  NEIGHBORHOOD. SLEEPING IN MY VEHICLE. I'VE BEEN HOMELESS IN

24  SANTA MONICA, SLEEPING IN MY VEHICLE. I'VE BEEN HOMELESS IN

25  BERKELEY AT THE MARINA, SLEEPING IN MY VEHICLE OR THE OUTER

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  MISSION OF SAN FRANCISCO. I'M ONE OF THOSE OTHER RACES THAT

2  HAVE BEEN HOMELESS. YES. THE SUPPORT SERVICES, YOU KNOW AND I

3  KNOW WHERE WE CAN GET THAT MONEY. BUST THAT THE GIANT PINATA.

4  WE'RE TALKING ABOUT THE U.C.L.A. FOOTBALL PROGRAMS. TENS OF

5  MILLIONS OF DOLLARS GOING DOWN THE DRAIN EACH AND EVERY GAME.

6

7  **SUP. HAHN, CHAIR:** WE WANT YOU TO STAY ON ITEM 10.

8

9  **MIKE GREENSPAN:** SHOWER MONEY. FOOD MONEY. THINGS FOR PEOPLE.

10

11 **SUP. HAHN, CHAIR:** THIS IS NOT WHAT WE'RE TALKING ABOUT.

12

13 **MIKE GREENSPAN:** WE'RE TALKING ABOUT SUPPORT SERVICES FOR

14 HOMELESS PEOPLE OF VARIOUS RACES.

15

16 **SUP. HAHN, CHAIR:** NATIVE AMERICAN.

17

18 **MIKE GREENSPAN:** SHOWERS ARE VERY IMPORTANT.

19

20 **SUP. HAHN, CHAIR:** THIS IS A SPECIFIC ITEM.

21

22 **MIKE GREENSPAN:** RIGHT. AND I'M SAYING THE SUPPORT AND THE

23 SHOWERS ARE VERY IMPORTANT. THAT GUY'S RIGHT.

24

25 **SUP. HAHN, CHAIR:** OKAY. NEXT SPEAKER, PLEASE.

1

2  **DR. MELLO DESIRE:** ALL RIGHT. SO ON FRIDAY, OCTOBER 11TH, I WAS

3  PART OF THE CONTINUUM OF CARE ELECTIONS, WHICH REPRESENTED NOT

4  ONLY BLACKS BUT NATIVE AMERICANS. I AM PART CHUMASH, MY

5  ANCESTORS, AS WELL. BUT I AM REPRESENTATIVE OF BLACK, AFRICAN

6  AMERICAN. WE ARE NATIVES AMERICANS. AND IF YOU CAN'T FIGURE

7  OUT HOW TO SOLVE HOMELESSNESS FOR BLACK PEOPLE, WHAT DO YOU

8  THINK THIS AGENDA IS GOING TO DO? IT'S A JOKE. SO I NEED YOU

9  TO LOOK OVER AT THE STEERING COMMITTEE. THAT'S THE PROBLEM,

10 THE STEERING COMMITTEE. FOR THE NATIONS ALSO ARE NOT WELCOMING

11 TO OTHER RESOURCES. I CALLED SEVERAL TIMES TO CONNECT WITH

12 SANTA ANA, YNEZ BAND. AND THE COMMISSIONERS FOR THAT AREA

13 DOESN'T WANT ANY OUTSIDE HELP EVEN THOUGH I'M PART CHUMASH. SO

14 WHAT I'M SAYING IS THAT THE LEADERSHIP FOR NATIVE AMERICANS,

15 LEADERSHIP FOR BLACKS ARE HORRIBLE. THEY'RE NOT WORKING

16 TOGETHER. AND THEY'RE NOT OPEN TO ANYTHING NEW. SO UNTIL YOU

17 GUYS PUT A CONTINUUM OF CARE THAT REPRESENTS THE PEOPLE WHO

18 ARE ACTUALLY HOMELESS, WHICH IS 54 PERCENT BLACKS, WHICH IS

19 US.

20

21 **SUP. HAHN, CHAIR:** THANK YOU.

22

23 **DR. MELLO DESIRE:** YOU TAKE CARE OF BLACKS, EVERYONE ELSE IS

24 TAKEN CARE OF.

25

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. HAHN, CHAIR:** THANK YOU, NEXT SPEAKER, PLEASE.

2

3    **HERMAN HERMAN:** THERE ARE NO RISKS IN BEING HOMELESS. IT'S ALL

4    A PART OF THE AMERICAN DREAM. HOMELESS SERVICES DON'T EXIST

5    WHEN YOU CAN SPEND $600,000 FOR ONE BED IN A SHELTER. OR

6    BETTER WHEN YOU GOT $1.2 BILLION OF MEASURE H.H.H. MEASURE H.

7    GUTTED OUT FOR HOMELESS SERVICE, YOU STILL HAVE THE SAME

8    MENTAL HEALTH CRISIS ON OUR STREET. SO THE HOPELESS, PATHETIC

9    REALITY OF WHITE DISCRIMINATION, WHITE PREJUDICE AND

10   SUBJECTING PEOPLE TO CRIMES AGAINST HUMANITY SIMPLY BECAUSE

11   I'M AN INDIGENOUS PERSON. LIVING IN A COLD  CALCULUS WORLD

12   WHERE I CAN'T HUNT FOR CHONGOS. VERY PATHETIC, AND RIDLEY-

13   THOMAS HAD TO LEAVE.

14

15   **SUP. HAHN, CHAIR:** NEXT SPEAKER, PLEASE.

16

17   **KORIE SCHMIDT:** SO, KORIE SCHMIDT FOR THE RECORD. I DON'T AGREE

18   WITH THAT LAST STATEMENT IN REGARDS TO THERE BEING NO RISK IN

19   HOMELESSNESS. THERE'S PEOPLE DYING ON OUR STREETS EVERY DAY.

20   AND IT'S BECAUSE THERE'S NOT ENOUGH SERVICES. THERE'S A LOT OF

21   CRAP ON OUR STREETS BECAUSE THERE'S NO BATHROOMS OPEN AT

22   NIGHT. I THINK MORE FACILITIES WOULD HELP, BUT THAT'S A

23   DIFFERENT THING TO TALK ABOUT. THE INDIGENOUS PEOPLES FACING

24   HOMELESSNESS, I MEAN, THESE DEVELOPERS, THESE BLOODSUCKERS ARE

25   REALLY GOING AFTER EVERYONE, I SWEAR. I JUST LIKE, YOU KNOW,

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  WHAT I SEE IS I SEE FOREIGN INVESTMENTS ENSLAVING OUR

2  POPULATION. WE HAVE FOREIGN INVESTMENT COMING, BUYING UP OUR

3  PROPERTIES.

4

5  **SUP. HAHN, CHAIR:** ARE YOU ON TOPIC?

6

7  **KORIE SCHMIDT:** I MEAN, IT RELATES TO THE HOMELESSNESS. IF WE

8  HAVE HIGH INCREASED RENTS.

9

10  **SUP. HAHN, CHAIR:** THIS IS A SPECIFIC ITEM, NOT ON JUST

11  HOMELESSNESS. SO CAN YOU SPEAK TO THE ITEM? OR ELSE COME BACK

12  IN PUBLIC COMMENT AND RAMBLE. OKAY. NEXT SPEAKER, PLEASE. OH

13  WAIT, WE GOT ONE MORE.

14

15  **CELIA ZAVALA, E.O.:** WOULD VICTOR TRUJILLO PLEASE COME FORWARD?

16

17  **DR. GENEVIEVE CLAVREUL:** GOOD AFTERNOON, DR. GENEVIEVE

18  CLAVREUL. I AM GOING TO SPEAK SPECIFICALLY TO THAT ITEM

19  BECAUSE SATURDAY I HAPPENED TO GO TO A CONFERENCE OF NATIVE

20  AMERICANS, AND I WAS AMAZED. YOU KNOW, I HAVE BEEN TO ALMOST

21  EVERY HOMELESS MEETING FOR THE LAST THE MANY MONTHS. THAT

22  ISSUE NEVER CAME UP. AND I FIND OUT ON SATURDAY THAT THE

23  NUMBER OF NATIVE AMERICANS IS EXTREMELY HIGH, AND SPECIFICALLY

24  ALSO IN THE MENTALLY ILL POPULATION, AND MANY OF THE CHILDREN

25  WHO ARE GOING TO SPECIAL CLASSES ARE NATIVE AMERICAN ALSO. SO

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    I THINK THEY PROBABLY SHOULD HAVE ABSOLUTELY NOT BEEN LOOKING

2    AT IT. LIKE I SAID, I HAVE GONE TO ALMOST EVERY MEETING ON THE

3    HOMELESS IN THE LAST FEW MONTHS AND THAT HAS NEVER COME UP. SO

4    THANK YOU FOR BRINGING IT UP.

5

6    **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

7

8    **VICTOR TRUJILLO:** GOOD AFTERNOON, MY NAME IS VICTOR TRUJILLO. I

9    ACTUALLY BROUGHT THE OTHER TIME I SPOKE WAS ABOUT A FRIEND OF

10   MINE'S AN INDIAN. AND I FOUND OUT HE DIED OF CANCER, AND HE

11   DIED RIGHT NEXT TO MY HOUSE ACROSS THE STREET FROM THE DUMP.

12   AND I HAD BEEN SEEING THIS HAPPEN. NOW WE'RE TRYING TO REACH

13   OUT ON DISTRICT, WAS IT DISTRICT 2 AND 3, OR 1 AND 3? I MEAN,

14   GIVE ME A BREAK. DO YOU KNOW WHAT? WHY NOT ALL DISTRICTS? YOU

15   GUYS SEPARATE YOURSELVES. IT'S LIKE A BUSINESS PLAN. WE'RE NOT

16   HERE TO MAKE MONEY. WE'RE HERE TO FIND A SOLUTION. AND WE

17   THINK WE CARE ABOUT IT, BUT IT ALL HAS TO DO WITH MONEY. AND

18   WHOEVER WRITES THAT MONEY IS THE ANSWER TO MONEY. SO BASICALLY

19   I'M SURPRISED THAT THE INDIANS ARE RIGHT NOW COMING BACK INTO

20   IT WHEN THEN GOT CASINOS, THINGS ARE GOING RIGHT, YOU GUYS CAN

21   DO A BUSINESS PLAN WITH THE INDIANS. BUT IF YOU WANT TO START

22   HELPING MEXICAN INDIANS, SOUTHERN CALIFORNIA INDIANS, THERE'S

23   INDIANS EVERYWHERE. LET'S BE FRANK. WHAT INDIAN SPECIFIC ARE

24   YOU HELPING? PLEASE LET US KNOW BECAUSE THE MONEY'S ON THAT.

25   THANK YOU. HAVE A GOOD DAY.

October 13, 2017

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1

2   **SUP. HAHN, CHAIR:** OKAY. ARE ALL THOSE ALL THE SPEAKERS FOR

3   THIS ITEM? OKAY. COLLEAGUES, ITEM 10 IS NOW BEFORE US. I WILL

4   MOVE THIS ITEM. SECONDED BY SUPERVISOR SOLIS. THERE ARE NO

5   OBJECTIONS TO A UNANIMOUS VOTE, THAT WILL BE THE ORDER. OKAY,

6   NOW WE'RE GOING ITEM 50-F. AND THAT WAS HELD BY SUPERVISOR

7   RIDLEY-THOMAS. WOULD YOU LIKE TO MAKE SOME OPENING REMARKS?

8

9   **SUP. RIDLEY-THOMAS:** I WOULD, MADAM CHAIR, AND THANK YOU FOR

10  THE OPPORTUNITY TO DO SO. I'D LIKE TO ASK THAT THREE OF OUR

11  STAFF REPRESENTATIVES AND COMMISSIONERS COME FORWARD, BRIAN

12  WILLIAMS, PATTI GIGGNS, AND MAX HUNTSMAN, RESPECTIVELY. AND IN

13  THAT REGARD, I WOULD LIKE TO OFFER THE FOLLOWING OBSERVATIONS

14  FOR THE RECORD. I THANK MY COAUTHOR, SUPERVISOR SHEILA KUEHL.

15  WE BOTH BELIEVE, I BELIEVE THAT ALL OF US BELIEVE, THAT

16  TRANSPARENCY AND ACCOUNTABILITY HAVE BEEN AND REMAIN CRITICAL

17  TO THE REFORM FOR THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT.

18  MADAM CHAIR, IF YOU COULD CAUSE THE SERGEANTS TO --

19

20  **SUP. HAHN, CHAIR:** YES, SERGEANT AT ARMS, LET'S REMIND

21  EVERYBODY THAT WE'RE STILL IN THE MIDDLE OF AN ACTIVE MEETING.

22  IF -- MAY I ASK THE AUDIENCE IF YOU'RE EXITING, PLEASE DO SO

23  IN A WAY THAT'S AS QUIET AS POSSIBLE. WE ARE STILL IN OUR

24  MEETING AND WE STILL HAVE ITEMS WE'RE ATTENDING TO. SO

25  SERGEANT AT ARMS, CAN YOU KEEP THE PEACE OUT THERE,

October 15, 2019

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   PARTICULARLY WHEN PEOPLE ARE EXITING? THANK YOU. SUPERVISOR

2   RIDLEY-THOMAS.

3

4   **SUP. RIDLEY-THOMAS:** THANK YOU, MADAM CHAIR. WE REMAIN FOCUSED

5   ON TRANSPARENCY AND ACCOUNTABILITY AS WE HAVE FOR SOME YEARS

6   NOW. THE DEPARTMENT, WE ACKNOWLEDGE, HAS MADE PROGRESS SINCE

7   THE CONTROVERSIES OF SEVERAL YEARS AGO, BUT WE HAVE NEW

8   CONTROVERSIES. ALTHOUGH THOSE CONTROVERSIES INCLUDED FEDERAL

9   INDICTMENTS AND RAMPANT INCIDENTS OF JAIL VIOLENCE AND A RANGE

10  OF THINGS THAT WERE UNCOVERED, THIS SHOULD NOT BE CONSTRUED AS

11  DAMNING THE ENTIRETY OF THE LOS ANGELES COUNTY SHERIFF'S

12  DEPARTMENT. WE ACKNOWLEDGE THAT THERE ARE WORKING MEN AND

13  WOMEN IN THAT DEPARTMENT, THE VAST MAJORITY, WHO DO THEIR JOBS

14  WELL. AND WE RESPECT THAT. THE MATTER OF CIVILIAN OVERSIGHT IS

15  THE ORDER OF THE DAY. IT'S A CRITICAL COMPONENT OF DRIVING

16  REFORM. AND THE CITIZENS OVERSIGHT COMMISSION'S RECENT LACK OF

17  ACCESS TO THE SHERIFF'S DEPARTMENT DATA, DOCUMENTS, AND

18  TESTIMONY HAS IMPEDED THEIR ABILITY TO PERFORM THEIR CORE

19  OVERSIGHT FUNCTIONS. GIVEN THIS, THE BOARD MUST RETHINK AND

20  MUST BE OPEN TO RECONFIGURING THEIR AUTHORITY. IT'S JUST THAT

21  CLEAR. IT'S JUST THAT SIMPLE. BACKTRACKING ON PROGRESS IS NOT

22  AN OPTION FOR US. BACKSLIDING ON ACCOUNTABILITY IS

23  FUNDAMENTALLY UNACCEPTABLE. THE COUNTY HAS BEEN ENGAGED IN

24  THIS CONVERSATION FOR SEVERAL YEARS. MORE CLARITY HAS BEEN

25  BROUGHT TO THIS DISCUSSION BY THE RECENT PROBATION REFORM AND

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

October 15, 2019



1    IMPLEMENTATION TEAM AND THE CONVERSATIONS AROUND

2    ACCOUNTABILITY IN THE PROBATION DEPARTMENT AND THE OVERSIGHT

3    CAPACITY OF ITS NEW ENTITY. SO IT IS THAT WE WISH TO IMPROVE

4    OVERSIGHT AND STRENGTHEN REFORM. AND AS A RESULT OF THAT, THE

5    BOARD DID CREATE THE PROBATION OVERSIGHT COMMISSION, OTHERWISE

6    THE P.O.C., WITH THE INTENT OF DOING WHAT WAS NECESSARY. BE

7    REMINDED OF THE FOLLOWING THAT THE BOARD DID EQUIP THE P.O.C.

8    WITH THE RANGE OF AUTHORITIES, INCLUDING THE POWER TO COMPEL

9    BY A MAJORITY OF, THAT IS A MAJORITY VOTE OF THE P.O.C.

10   COMMISSIONERS. AND THEY, THEN, WOULD DIRECT THE OFFICE OF THE

11   INSPECTOR GENERAL TO CARRY OUT THE APPROPRIATE ISSUANCE OF A

12   SUBPOENA. IN LIGHT OF THE FACT THAT PRECEDENT FOR OVERSIGHT

13   RESIDES WITH THE CHAIR OF THE CIVILIAN OVERSIGHT BODY, IT'S

14   TIME TO BRING SHERIFF'S OVERSIGHT INTO APPROPRIATE ALIGNMENT.

15   THIS HAS BEEN A DISCUSSION THAT REVOLVED AROUND THE SHERIFF'S

16   OVERSIGHT COMMISSION FOR SEVERAL YEARS. THIS IS, QUITE SIMPLY,

17   A CRITICAL NEED FOR THE COUNTY TO BRING UNIFORMITY AND THE

18   LIKE, SIMILARITY, TO ITS OVERSIGHT FUNCTIONS IN THOSE AREAS OF

19   PUBLIC SAFETY. IT IS THAT CLEAR. IT IS WORTH EMPHASIZING THAT

20   WITH THIS MOTION, THE CIVILIAN BODY, THROUGH A MAJORITY VOTE

21   OF THE C.O.C., WILL DECIDE WHEN A SUBPOENA IS NEEDED TO

22   FULFILL ITS OVERSIGHT FUNCTION. AND WHILE THE INSPECTOR

23   GENERAL PLAYS A KEY ROLE IN ISSUING THE SUBPOENA, THE

24   DISCRETION LIES WITH THE MAJORITY OF THE C.O.C. THAT SHOULD BE

25   CLEAR. IN SUM, THE COUNTY CAN NOT AFFORD TO ERASE THE PROGRESS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THAT HAS BEEN ACHIEVED UNDER RECENT REFORM EFFORTS AND MUST

2   LEARN FROM RECENT EXAMPLES OF THE LACK OF COOPERATION AND BE

3   OPEN TO ENHANCING ITS CURRENT STRUCTURES. AFTER ALL, THIS IS

4   ABOUT PUBLIC SAFETY. IT IS ABOUT COMMUNITY TRUST. IT IS ABOUT

5   EFFECTIVE 21ST CENTURY CONSTITUTIONAL LAW ENFORCEMENT. MADAM

6   CHAIR, I LOOK FORWARD TO THE BALANCE OF THE DISCUSSION. AND

7   WHEN YOU DEEM APPROPRIATE, I WOULD SAY THAT WE SHOULD HEAR

8   FROM MR. WILLIAMS, MISS GIGINGS, AND MR. PRESIDENT HUNTSMAN.

9   THANK YOU.

10

11  **SUP. HAHN, CHAIR:** THANK YOU. I WILL CALL ON MY COLLEAGUES

12  FIRST AND THEN WE'LL ASK THEM. SUPERVISOR KUEHL.

13

14  **SUP. KUEHL:** THANK YOU, MADAM CHAIR, AND THANK YOU, SUPERVISOR

15  RIDLEY-THOMAS, FOR BRINGING THIS MOTION AND ALLOWING ME TO

16  JOIN YOU IN IT. IT'S A NECESSARY MOTION. AND THE FIRST THING I

17  KIND OF WANT TO TALK ABOUT IS THE FEELING THAT PERHAPS THIS

18  BOARD IS TAKING SOME UNUSUAL STEPS BECAUSE OF THE CURRENT

19  SHERIFF'S ELECTION. SO I WANT TO POINT OUT TO EVERYBODY THAT

20  WE ESTABLISHED THE CIVILIAN OVERSIGHT COMMISSION WAY BEFORE

21  THE ELECTION OF THIS SHERIFF. THAT WAS A WAY FOR US TO SAY

22  THIS NEEDS TO BE OVERSIGHT. WE DON'T CARE WHO THE SHERIFF IS.

23  THERE NEEDS TO BE OVERSIGHT BY THIS BOARD, AND THERE NEEDS TO

24  BE OVERSIGHT ON BEHALF OF THE PEOPLE OF THE COUNTY BECAUSE

25  THERE IS UNFETTERED POWER IN ANY LAW ENFORCEMENT AGENCY IF



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    THERE ISN'T A DEGREE OF TRANSPARENCY, IF THERE ISN'T, YOU

2    KNOW, IF PEOPLE DON'T HAVE EYES ON. AND THAT'S REALLY WHAT

3    THIS IS ABOUT. SO, AFTER OUR EXPERIENCE WITH THE CIVILIAN

4    OVERSIGHT COMMISSION, WE BEGAN TO THINK ABOUT WHAT MORE IT

5    MIGHT TAKE IN ORDER TO CARRY OUT THAT DIRECTIVE. AND WHEN WE

6    WERE LOOKING AT THE ESTABLISHMENT OF THE PROBATION OVERSIGHT

7    COMMISSION WE DECIDED TO INCLUDE SUBPOENA POWER THROUGH THE

8    O.I.G.'S OFFICE FOR THIS NEW COMMISSION, WHICH HAS YET TO BE

9    ESTABLISHED BECAUSE THERE WERE SOME AMAZING GAPS IN THE

10   INFORMATION THAT WE WERE ABLE TO RECEIVE, BOTH FROM PROBATION

11   AND FROM THE SHERIFF'S DEPARTMENT. SO WHAT THIS MOTION DOES IS

12   REALLY TO MIRROR, AS MY COLLEAGUE SAID, WHAT WE DID JUST A

13   COUPLE WEEKS AGO IN ESTABLISHING THE POWERS AND DUTIES OF THE

14   PROBATION OVERSIGHT COMMISSION. THE OTHER THING IS THAT WE

15   HAVE BEEN WORKING WITH OUR INSPECTOR GENERAL ABOUT THE VERY

16   SPECIFIC ISSUE OF THE SECRET SOCIETIES IN THE SHERIFF'S

17   DEPARTMENT AND HAVE FOUND, OVER TIME, THAT WE HAVE NOT BEEN

18   ABLE TO ACCESS SUFFICIENT INFORMATION ABOUT THAT, AND THAT

19   IT'S BEEN A LONG TIME COMING THAT WE HAVEN'T BEEN ABLE TO. SO

20   THE LOOK THAT WE WANT TO TAKE AT THE POSSIBILITY OF CHANGING

21   THE LANGUAGE IN TERMS OF THE OVERSIGHT POWERS OF THE OFFICE OF

22   INSPECTOR GENERAL AND THE CIVILIAN OVERSIGHT COMMISSION I

23   THINK IS NECESSARY IN ORDER TO PROVIDE US WITH THE TOOLS THAT

24   WE NEED TO BE ABLE TO SEE WHAT'S THERE AND HAVE ANY ABILITY TO

25   COMMENT ON IT OR TO DO ANYTHING ABOUT IT. I HONESTLY THINK

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THAT WE OWE THIS TO THE PEOPLE OF THE COUNTY, MANY OF WHOM

2   HAVE COME HERE WEEK AFTER WEEK AFTER WEEK TO TALK ABOUT HOW

3   CIVILIANS ARE REALLY SORT OF AT THE MERCY OF LAW ENFORCEMENT.

4   AND IT'S NOT JUST THE SHERIFF. AND IT DOESN'T MEAN THEY'RE

5   DOING ANYTHING WRONG. IT'S SIMPLY TO RECOGNIZE THAT THE BEST

6   ANTIDOTE TO POWER IS SUNSHINE. AND THAT IS WHAT WE'RE TRYING

7   TO ESTABLISH HERE. SO I THANK THE COLLEAGUE FOR BRINGING THE

8   MOTION, AND I'M HAPPY TO JOIN IT.

9

10  **SUP. HAHN, CHAIR:** THANK YOU. SUPERVISOR BARGER.

11

12  **SUP. BARGER:** THANK YOU. AND I ACCEPT AND APPRECIATE THIS

13  MOTION AND THE NECESSITY TO DO IT, BUT THE ONE THING THAT'S

14  MISSING FROM ME IS INCLUDING THE SHERIFF. AND I WOULD ASK THAT

15  IF WE'RE GOING TO VOTE ON THIS TODAY TO AT LEAST ALLOW THE

16  SHERIFF TO WEIGH IN ON IT. LAST WEEK WHEN WE HAD THE BUDGET

17  DISCUSSION, THE SHERIFF CAME AND SAID HE WANTED TO REBUILD AS

18  IT RELATES TO TRYING TO WORK WITH THIS BOARD. AND I FEEL NOT

19  HAVING THE SHERIFF AS PART OF THIS, I MEAN WHETHER WE DO IT

20  WITH THE COUNTY AS A BOARD OR WE DO IT ON A BALLOT, ONE WAY OR

21  THE OTHER, THIS IS GOING TO BE MOVING FORWARD. AND I HOPE THAT

22  ONE DAY WE GET LIKE WHAT'S HAPPENING AT L.A. P.D. WHERE

23  THERE'S A TRUST DEVELOPED WHERE YOU DON'T EVEN NEED TO ISSUE A

24  SUBPOENA BECAUSE WHAT I'M TOLD, AND I'D LIKE TO HEAR FROM YOU,

25  MAX, IS THAT IT'S VERY RARELY USED WITH THE L.A.P.D. BECAUSE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
1    OF THE FACT THAT THEY HAVE A RELATIONSHIP. AND SO I KNOW THAT

2    DENNIS KNEER'S ON BEHALF OF THE SHERIFF, BUT I WOULD ASK THAT

3    THIS BOARD AT LEAST INVITE THE SHERIFF TO THE TABLE OR A

4    REPRESENTATIVE TO THE TABLE MOVING FORWARD ON THIS ISSUE

5    BECAUSE I THINK THAT WE NEED TO WORK TOGETHER. AND THERE'S NO

6    QUESTION THAT THERE ARE ISSUES THAT HAVE BROUGHT US TO THIS

7    PLACE RIGHT NOW. AND I APPRECIATE THAT. BUT AT THE SAME TIME,

8    I FEEL THAT SUBPOENA POWER IS AN IMPORTANT DECISION FOR THIS

9    BOARD TO MAKE. AND I THINK THE SHERIFF NEEDS TO BE A PART OF

10   THAT. SO AND I LOOK FORWARD TO HEARING FROM DENNIS KNEER, AS

11   WELL.

12

13   SUP. HAHN, CHAIR: THANK YOU. SUPERVISOR SOLIS.

14

15   SUP. SOLIS: THANK YOU, MADAM CHAIR. I WANT TO THANK SUPERVISOR

16   RIDLEY-THOMAS AND KUEHL FOR BRINGING THIS MOTION TO US TODAY.

17   IT ISN'T SOMETHING NEW, SOMETHING THAT WE'VE TALKED ABOUT FOR

18   SEVERAL YEARS. AND IT DID START A LONG TIME AGO UNDER THE

19   PREVIOUS SHERIFF. AND THERE WERE A LOT OF ISSUES AND QUESTIONS

20   THERE. FOR WHATEVER REASON, WE DIDN'T MOVE AS QUICK. AND WE

21   WERE CONFRONTED WITH ALSO A BALLOT INITIATIVE AND ALL THAT'S

22   HAPPENING. SO WE'RE WAITING TO SEE WHAT HAPPENS THERE. THIS,

23   HOWEVER, I THINK IS IMPORTANT BECAUSE THERE ARE JUST SO MANY

24   THINGS, SO MANY QUESTIONS, ESPECIALLY FOR THOSE RESIDENTS THAT

25   I REPRESENT. I'M VERY CONCERNED ABOUT TRANSPARENCY, WANTING TO
```

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    MAKE SURE THAT OUR COMMUNITY RESIDENTS HAVE AS MUCH

2    TRANSPARENCY, ESPECIALLY WITH RESPECT TO INCIDENTS OF VIOLENCE

3    AND USE OF FORCE AND ALSO THE DEPUTY CLIQUES. WE HAVE YET TO

4    ASCERTAIN ALL THAT INFORMATION. I KNOW THERE'S STUDIES GOING

5    ON. BUT I DO THINK THAT THIS WOULDN'T BE USED OFTEN BECAUSE I

6    THINK THERE WILL BE SOMEWHAT A LITMUS TEST IN HOW THAT WOULD

7    BE UTILIZED. SO WE KIND OF KNOW THAT. I THINK OUR COUNTY

8    COUNSEL A COUPLE YEARS BACK WHEN WE TALKED ABOUT THIS WALKED

9    US THROUGH THAT. BUT IT'S A NECESSARY TOOL, I THINK, TO BRING

10   PEOPLE TO THE TABLE. AND RIGHT NOW MY UNDERSTANDING, WE'LL

11   HEAR FROM YOU ALL, IS THAT THAT'S SOMETHING THAT WE'VE BEEN

12   LACKING, THE TRANSPARENCY OF INFORMATION AND DATA, WHICH IS

13   MORE IMPORTANT FOR HOW WE MOVE AHEAD AS A BOARD OF SUPERVISORS

14   AND HOW WE DELIBERATE AND HOW WE MOVE THE REFORMS. THERE HAVE

15   BEEN MANY REFORMS ALREADY, MENTAL HEALTH EVALUATORS THAT ARE

16   NOW IN OUR JAIL SYSTEM. THEY'RE GETTING BETTER TREATMENT IN

17   SOME INSTANCES. MAYBE NOT AS MUCH OR AS QUICK AS WE'D LIKE.

18   BUT NONETHELESS, THERE ARE MANY ISSUES THAT ARE CONFRONTING US

19   RIGHT NOW. SO I CERTAINLY LOOK FORWARD TO HEARING BACK FROM

20   THIS REPORT AND OTHERS TO SEE WHERE WE GO AND TO SEE HOW WE

21   CAN CONTINUE TO HAVE TRUE ACCOUNTABILITY BECAUSE THE

22   COMMUNITIES THAT I REPRESENT ARE VERY AWARE OF WHAT IS GOING

23   ON AND ARE ALSO DEMANDING THERE BE SOME ACTION, THAT THERE BE

24   SOME LEVERAGE THAT WE CAN PULL ON THAT WILL ALLOW US TO GET

25   AND ASCERTAIN THE RIGHT INFORMATION AND MAKE THE RIGHT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    DECISIONS SO THAT WE CAN MOVE FORWARD. I DON'T THINK THIS IS A

2    WAY OF BEING ANTAGONISTIC AT ALL. I THINK IT'S A WAY OF TRYING

3    TO GET PEOPLE TO THE TABLE AND UNDERSTANDING THAT WHAT WE'RE

4    LOOKING AT ISN'T JUST APPLES AND ORANGES, BUT LET'S LOOK AT

5    WHAT THE DATA SAYS, AND LET'S TRY TO WORK ON THAT, RESOLVING

6    THE ISSUES THAT ARE CONFRONTING OUR COUNTY RESIDENTS. SO THANK

7    YOU, MADAM CHAIR. AND I THANK THE AUTHORS OF THE MOTION.

8

9    **SUP. HAHN, CHAIR:** THANK YOU. WELL, I JUST WANT TO ADD MY

10   REMARKS. I CERTAINLY SUPPORT GRANTING SUBPOENA POWER TO OUR

11   CIVILIAN OVERSIGHT COMMISSION AND TO OUR O.I.G. I ACTUALLY

12   AUTHORED A MOTION IN JULY ASKING OUR COUNTY COUNSEL TO HELP US

13   WITH A BLUEPRINT ON HOW WE ACTUALLY DO THAT. AND I THINK THAT

14   REPORT IS COMING BACK, BUT I SUPPORT THE MOTION TODAY. IT

15   SOUND LIKE WE'RE JUST GOING TO MOVE FORWARD IN A QUICKER

16   MANNER. I ALSO, FRANKLY, SUPPORTED DOING THIS WHEN WE HAD ALL

17   OF OUR ACTIVISTS COME DOWN AND PLEAD WITH US TO DO IT BEFORE

18   THEY PUT A BALLOT MEASURE ON, BUT THE BOARD WASN'T QUITE READY

19   TO DO IT AT THAT POINT. AND I'M FINE WITH THAT. AND I THINK

20   TRANSPARENCY, ACCOUNTABILITY, REFORM IS A CRITICAL PIECE TO

21   OUR INTERACTION WITH LAW ENFORCEMENT. AS YOU SAID, SUPERVISOR

22   KUEHL, NO MATTER WHO THE ELECTED SHERIFF IS, I THINK IT'S

23   IMPORTANT. HERE'S WHAT I -- AND MAYBE, MAX, YOU CAN SPEAK TO

24   THIS WHEN YOU MAKE YOUR COMMENTS, I THINK, YOU KNOW, CERTAINLY

25   WE CAN GO TO COURT TO GET ALL THE INFORMATION WE NEED.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   SOMETIMES, WE'LL BE GRANTED THAT. SOMETIMES, WE WON'T. I STILL

2   FEEL LIKE THERE IS SOMETHING MISSING IN TERMS OF SORT OF

3   ROUTINE QUESTIONS THAT WE COULD HAVE A BETTER UNDERSTANDING

4   WITH THE SHERIFF ON HOW WE GET INFORMATION, SIMILAR TO THE

5   MEMORANDUM OF AGREEMENT THAT YOU HAD WITH THE PREVIOUS

6   SHERIFF, JUST FOR SOME, YOU KNOW, DAY-TO-DAY KINDS OF

7   QUESTIONS YOU'RE GOING TO WANT ANSWERS TO. AND, AGAIN, WE CAN

8   GO TO COURT ALL DAY EVERY DAY, AND I THINK THAT'S AN IMPORTANT

9   TOOL TO HAVE, BUT I'M WONDERING IF THAT'S THE MOST EFFICIENT

10  WAY TO EXCHANGE OTHER TYPES OF INFORMATION THAT YOU NEED AND

11  THAT OUR  CITIZENS OVERSIGHT COMMISSION NEEDS TO HAVE REAL

12  ACCOUNTABILITY AND OVERSIGHT OF THE SHERIFF'S DEPARTMENT. I

13  WAS STILL HOPING TO GET THAT. I FELT THAT WAS ANOTHER STEP. I

14  THOUGHT WE COULD DO THAT SIMULTANEOUSLY, GIVE SUBPOENA POWER

15  WHILE ALSO ASKING THE SHERIFF TO COME TO THE TABLE AND ENTER

16  INTO A MEMORANDUM OF AGREEMENT ON SOME OF THESE OTHER ROUTINE

17  QUESTIONS. BUT THAT DIDN'T HAPPEN TODAY. BUT I WAS WONDERING

18  WHAT YOU THOUGHT HOW EFFICIENT HAVING THE SUBPOENA POWER WOULD

19  BE TO GET EVERYDAY INFORMATION THAT YOU'RE GOING TO NEED TO

20  HAVE REAL OVERSIGHT.

21

22  **MAX HUNTSMAN**: I'LL ADDRESS THE TWO SUPERVISORS QUESTIONS AND

23  THEN WE HAVE PREPARED REMARKS, OR REMARKS. SUBPOENA POWER AT

24  L.A.P.D. IS RARELY USED, THAT IS CORRECT. AND COOPERATION IS

25  THE CORRECT PATH FOR DAY-TO-DAY INFORMATION AND EVEN NON-DAY-

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

October 15, 2019



1   TO-DAY INFORMATION. THAT WAS THE APPROACH WE HAD IN THE PRIOR

2   ADMINISTRATION. THE M.O.A. WAS ENTERED INTO AT A TIME WHEN WE

3   DID NOT HAVE ANY COMPLIANCE WITH THE ORDINANCE AT ALL, AND WE

4   WERE NOT INFORMATION. AND IT WAS A COMPROMISE TO ALLOW

5   L.A.S.D. TO STEP INTO COMPLIANCE WITH THE LAW. IT WORKED IN

6   THAT REGARD. AND AFTER A SHORT AMOUNT OF TIME, L.A.S.D. CAME

7   INTO PRETTY MUCH FULL COMPLIANCE WITH THE LAW UNTIL THIS

8   ADMINISTRATION WHEN IT STEPPED BACKWARDS. IN EVERY INSTANCE IN

9   WHICH WE'VE GOTTEN COMPLIANCE WITH THE LAW, IN PART SOME OF

10  WHAT THE ORDINANCE IS WRITTEN BY THIS BOARD AND SOME DATE LAW,

11  IT'S ALWAYS BEEN WHEN THERE WAS THE SPECTER OF SUBPOENA POWER.

12  THAT HAPPENED UNDER THE PREVIOUS ADMINISTRATION AND EVEN

13  BEFORE, AND IT'S HAPPENED AS TO THE RAND STUDY. AND IT'S

14  HAPPENING NOW WITH THIS BOARD'S PARTIAL FREEZING OF THE

15  SHERIFF'S BUDGET, WHICH APPEARS TO HAVE CAUSED A WILLINGNESS

16  TO ALLOW US TO LOOK AT THE HIRING PROCESS, WHICH IS BRAND NEW.

17  FROM MAY TO OCTOBER, WE GOT NOTHING. AND THEN THEY GOT THAT.

18  BUT SINCE THE NEW ADMINISTRATION CAME IN, ACROSS-THE-BOARD, WE

19  HAVE BEEN DENIED REPEATEDLY, UNDER EXACTLY THE PROCESS YOU'RE

20  TALKING ABOUT THAT IS PROVIDED FOR IN OUR ORDINANCE, REQUESTS

21  FOR INFORMATION THEY ARE EITHER NOT RESPONDED TO OR NOT

22  RESPONDED TODAY IN A TIMELY MANNER AND OFTEN JUST COMPLETELY

23  REFUSED. SO IF WE HAD SUBPOENA POWER AND THE ABILITY TO FORCE

24  THE ISSUE, THAT DOES NOT MEAN WE WOULD HAVE TO DO IT

25  REPEATEDLY. IT'S KIND OF LIKE THE LITMUS  TEST POINT THAT ONCE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    YOU FIND OUT WHAT THE STANDARDS ARE, THEN PEOPLE ARE GOING TO

2    BE ABLE TO AGREE AND DO THAT. I WOULD HOPE IT WOULD NOT BE

3    NECESSARY EVEN THE FIRST TIME. WE WOULD SAY TO THE L.A.S.D.

4    HERE IS OUR NEW ORDINANCE. IT'S WRITTEN TO ALLOW US TO WORK ON

5    SECRET SOCIETIES, TO INCORPORATE SOME OF THE THINGS THAT WERE

6    IN THE M.O.A. AND THIS IS THE LAW, PLEASE FOLLOW IT. AND THEY

7    WOULD SAY YES. IF THEY SAID NO, THEN WITH COUNTY COUNSEL AND

8    THE C.O.C., WE WOULD WORK THROUGH THE SUBPOENA PROCESS TO

9    LITIGATE ANY LEGITIMATE QUESTIONS OF WHERE THE LAW ALLOWS

10   ACCESS AND WHERE IT DOESN'T. AND THAT'S A FINE PROCESS. YOU

11   CAN DO THAT IN A NON-HOSTILE WAY, OR YOU CAN DO IT IN A

12   HOSTILE WAY, BUT IT GETS DONE EITHER WAY. AND THEN IN THE LONG

13   RUN, I WOULD EXPECT SUBPOENAS TO BE VERY RARE. AND SO THE

14   PROCEDURE THAT'S USED I THINK IS LESS CRITICAL IN THE

15   EXISTENCE OF A MECHANISM WHEREBY LITIGATION CAN BE BROUGHT

16   OVER THE SIMPLE ISSUE, NOT AS INT THE MANDOYAN CASE, WHERE THE

17   COUNTY HAS TAKEN ACTION TO CHANGE CONDUCT, BUT IN A SIMPLE

18   ISSUE OF WHAT ARE THE LEGAL PARAMETERS FOR GETTING

19   INFORMATION. AND HAVING SAID THAT, I WOULD TURN THIS OVER TO -

20   -

21

22   **SUP. HAHN, CHAIR:** SO LET ME JUST FOLLOW UP. SO YOU THINK THE

23   POWER OF THE SUBPOENA WILL KIND OF CREATE THIS SHARING OF

24   INFORMATION.

25

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **MAX HUNTSMAN:** I BELIEVE SO. IF I ASK A QUESTION, AND L.A.S.D.

2  KNOWS THAT I CAN COMPEL THE ANSWER IN COURT, THEN THEY'LL

3  ANSWER THE QUESTION. WHY WASTE THE TIME? THE FIRST TIME I ASK

4  THE QUESTION, THEY MIGHT NOT.  THEY MIGHT SAY "WE'RE NOT SURE

5  YOU ARE ENTITLED TO THAT. WE'D LIKE TO LITIGATE."

6

7  **SUP. HAHN, CHAIR:** SO THIS SUBSTITUTES FOR A MEMORANDUM OF

8  AGREEMENT.

9

10 **MAX HUNTSMAN:** I THINK IT BLOWS THE DOORS OFF A MEMORANDUM OF

11 AGREEMENT BECAUSE THE ORDINANCE ITSELF PROVIDES A MECHANISM,

12 BUT THIS PROVIDES THE ABILITY TO SAY  WE'RE ASKING POLITELY.

13 IN THE FUTURE, WE'LL BE INSISTING. AND THEN AGAIN IT HAS THE

14 CONTROL OF A COURT. A COURT CAN SAY MR. O.I.G., COUNTY

15 COUNSEL,  CIVILIAN OVERSIGHT COMMISSION, YOU'RE WRONG. YOU'RE

16 NOT ENTITLED TO THAT THING YOU ASKED FOR.  BUT CURRENTLY, WE

17 HAVE NO MECHANISM TO ENFORCE THAT. SO, WHEN A SHERIFF  CAPTAIN

18 SAYS TO ME YOU'RE NOT LEGALLY ENTITLED TO WHAT YOU'VE ASKED

19 FOR, WHAT CAN I DO OTHER THAN GO TO MARY AND SAY MARY, CAN WE

20 SUE THE SHERIFF? WELL, MARY'S GOT A LOT TO DO. BUT WITH THE

21 ABILITY OF A SUBPOENA, YOU CAN LITIGATE PRECISELY THE ISSUE

22 YOU'RE TRYING TO RESOLVE IN THE MOST EXPEDIENT WAY. AND I HOPE

23 THAT THAT WILL NOT BE NECESSARY. ALTHOUGH GIVEN OUR RECENT

24 HISTORY, I SUSPECT IT WILL BE.

25



**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

October 15, 2019

1   **SUP. HAHN, CHAIR:** OKAY. THANK YOU.

2

3   **PATTI GIGGINS:** OKAY, HI. PATTI GIGGINS, BACK AGAIN. SO GOOD TO

4   BE HERE. I'M HAPPY TO BE HERE TO SPEAK IN SUPPORT OF THIS

5   MOTION. WE'RE NEARING OUR THIRD YEAR. AND WE'VE HAD SOME

6   SUCCESSES, THE FAMILY ASSISTANCE PROGRAM, THE EXPANSION OF

7   M.E.T., THOSE ARE EXAMPLES OF OUR SUCCESSES. AND WHAT'S

8   IMPORTANT IS TO ENSURE SUCCESS MOVING FORWARD. AND MOST OF OUR

9   FUTURE SUCCESS DEPENDS UPON THE MUTUAL AND COLLECTIVE EFFORTS

10  OF THE L.A.S.D. AND THE RELATIONSHIP WITH THE COMMISSION. IT'S

11  WHEN WE WORK TOGETHER THAT WE ARE MOST EFFECTIVE. BUT THERE

12  ARE TIMES WHEN WE AREN'T GOING TO AGREE WHEN WE REALLY MUST

13  QUESTION ACTIONS AND GET INFORMATION THAT WE NEED FROM THE

14  DEPARTMENT. AND IT IS IN THOSE MOMENTS WE MUST HAVE EVERY TOOL

15  AVAILABLE FOR US TO DO OUR WORK. WE JUST GOT BACK FROM A

16  CONFERENCE IN DETROIT, THE NATIONAL ASSOCIATION OF CIVILIAN

17  OVERSIGHT FOR LAW ENFORCEMENT. CIVILIAN OVERSIGHT IS A

18  MOVEMENT. IT IS A BEST PRACTICE IN LAW ENFORCEMENT AND IN

19  COMMUNITIES. AND THE TOOL THAT IS MOST TALKED ABOUT AS HELPING

20  EFFECTIVENESS AND CREDIBILITY IS THE OPTION TO UTILIZE

21  SUBPOENA POWER WHEN NECESSARY. AND THAT'S WHERE THIS MOTION

22  COMES IN. FOR US TO BE AN EFFECTIVE OVERSIGHT BODY, WE MUST

23  HAVE THE ABILITY TO SOMETIMES MAKE THE L.A.S.D. DO WHAT THEY

24  DON'T WANT TO DO, SHINE A LIGHT WHERE ONE MUST BE SHONE. AND

25  THE TOOL THAT WOULD REPRESENT A LAST RESORT, NOT A FIRST

RESORT, BECAUSE I THINK WE SHOULD ALWAYS TRY TO USE OUR INFLUENCE, OUR RELATIONSHIPS, THE CAPACITY TO COLLABORATE, TO MOVE FORWARD AND MAKE THE NECESSARY REFORMS, BUT THERE ARE TIMES WHEN THAT MAY NOT BE ENOUGH. AND OUR CREDIBILITY IN THE COMMUNITY ALSO DEPENDS ON US BEING ABLE TO BE EFFECTIVE. PEOPLE ASK ALL THE TIME CAN'T YOU DO SOMETHING ABOUT THIS? WHY ISN'T THE C.O.C. DOING SOMETHING ABOUT THIS? THEY ASK IT OF YOU. WHY ISN'T THE BOARD DOING SOMETHING ABOUT THIS? SO I THINK THIS IS A TOOL, AGAIN, WHICH WILL BE USED RELUCTANTLY AND HOPEFULLY RESPECTFULLY. BUT I THINK IT IS NECESSARY. AND IT IS PART OF A BEST PRACTICE.

**SUP. HAHN, CHAIR:** THANK YOU. BRIAN, DID YOU WANT TO SAY SOMETHING?

**BRIAN WILLIAMS:** SURE, JUST BRIEFLY, THANK YOU, MADAM CHAIR, MEMBERS OF THE BOARD. YOU KNOW, ON DECEMBER 4TH OF THIS YEAR, THE CIVILIAN OVERSIGHT COMMISSION WILL CELEBRATE REALLY ITS THIRD ANNIVERSARY OF BEING A FULLY STAFFED COMMISSION. I'D HAVE TO HONESTLY TELL YOU I DON'T THINK THAT WE WOULD HAVE BEEN PREPARED THREE YEARS AGO TO HAVE THE POWER OF THE SUBPOENA. AND THE REASON FOR THAT IS BECAUSE I DON'T THINK WE KNEW WHICH QUESTIONS TO ASK. WE KNOW WHICH QUESTIONS TO ASK NOW. WE'VE GONE THROUGH A BODY OF WORK, AS PATTI HAS MENTIONED BEFORE. WE'VE ESTABLISHED RELATIONSHIPS. AND WE KNOW THAT

THERE ARE GOING TO BE SOME QUESTIONS THAT WE NEED ANSWERED ON BEHALF OF THE COMMISSION, ON BEHALF OF THE COMMUNITY, ON BEHALF OF OTHER ENTITIES THAT WE JUST AREN'T GOING TO GET A RESPONSE FROM. AND THIS ISN'T ANYTHING NEW, BY THE WAY. THIS IS AN ISSUE THAT PRE-DATED THE CURRENT SHERIFF. THIS IS AN ISSUE THAT WE'VE SEEN OVER AND OVER AND OVER AGAIN. AND SO WE, I SHOULD SAY I, AM IN FULL SUPPORT OF THE SUBPOENA POWER. I AGREE WITH PATTI THAT IT WOULD ABSOLUTELY BE A TOOL OF LAST RESORT FOR US, BUT IT IS A TOOL I THINK WE NEED. I SPENT 14 YEARS AS A PROSECUTOR HERE IN L.A. AND EVERY TIME I WENT TO COURT, I WOULD SAY, "BRIAN WILLIAMS ON BEHALF OF THE PEOPLE." WELL, IT'S STILL BRIAN WILLIAMS AND PATTI GIGGINS AND MAX HUNTSMAN ON BEHALF OF THE COMMUNITY. FOR US TO HAVE EFFECTIVELY DONE OUR JOB AS PROSECUTORS, WE HAD TO HAVE THAT TOOL OF A SUBPOENA, NOT ALWAYS USING IT BUT HAVING THE THREAT OF A TOOL. AND I THINK THAT'S THE EXACT CASE RIGHT HERE AND RIGHT NOW. WE HAVE TO HAVE THAT TOOL. AND IN FACT, IT WOULD AGAIN BE A TOOL OF LAST RESORT. BUT IF WE REALLY WANT THE SHINE A LIGHT WHERE LIGHT SHOULD BE SHONE, IF WE REALLY WANT TO INCREASE TRANSPARENCY, IF WE REALLY WANT TO GET THE CRITICAL QUESTIONS ANSWERED, WE HAVE TO HAVE THIS ADDITIONAL TOOL. SO WE ARE IN SUPPORT OF THIS MOTION AND THANK YOU FOR BRINGING IT.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. HAHN, CHAIR:** THANK YOU. I KNOW WE'VE -- SUPERVISOR

2  BARGER, YOU SPEAK, BUT I KNOW WE HAVE SOMEBODY TO REPRESENT

3  THE SHERIFF'S DEPARTMENTS. IF YOU --

4

5  **SUP. BARGER:** THATS' WHAT I WAS GOING TO ASK BECAUSE, PATTI, I

6  AGREE WITH YOU ALL IN TERMS OF THE NEED. I JUST -- I DON'T

7  KNOW WHEN THE LAST TIME YOU DEALT WITH THE SHERIFF'S

8  DEPARTMENT ON THIS ISSUE OR IF YOU'VE HAD AN OPPORTUNITY TO

9  TALK TO THE SHERIFF. THAT'S WHY I ASK AT LEAST THAT THEY BE AT

10  THE TABLE ON THE REPORT BACK. SO THAT'S WHY I WANTED TO HEAR

11  FROM THE CHIEF.

12

13  **SUP. HAHN, CHAIR:** OKAY.

14

15  **DENNIS KNEER:** THANK YOU. GOOD AFTERNOON, MEMBERS OF THE BOARD.

16  I'M CHIEF DENNIS KNEER WITH THE L.A. COUNTY SHERIFF'S

17  DEPARTMENT. AND ON BEHALF OF SHERIFF VILLANUEVA, I WANT TO

18  FIRST ACKNOWLEDGE THAT I CONCUR IT IS VERY IMPORTANT TO ENSURE

19  THAT WE ARE TRANSPARENT WITH THE PUBLIC THAT WE SERVE AND THAT

20  WE CONTINUE TO PROVIDE THE PUBLIC WITH THE HIGHEST LEVEL OF

21  PUBLIC SAFETY. IN FACT, THIS YEAR, UNDER THE SHERIFF'S

22  LEADERSHIP, OUR PART ONE CRIMES ARE DOWN ABOUT 7%, AND THAT

23  INCLUDES HOMICIDES, AGGRAVATED ASSAULTS, AND VERY SERIOUS

24  CRIMES. WITH REGARD TO THIS AGENDA ITEM, THE SHERIFF DOES HAVE

25  SOME CONCERNS, SPECIFICALLY AS IT PERTAINS TO EMPLOYEE RIGHTS.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    WHAT DOES IT MEAN WHEN THERE IS A SUBPOENA, FOR EXAMPLE, OF

2    MEDICAL RECORDS REGARDING AN EMPLOYEE OR REGARDING AN

3    APPLICANT? ARE WE ABIDING BY THE LAW? AND SO THAT'S WHY THE

4    SHERIFF'S VERY CONCERNED. AND HE WOULD LIKE TO SEEK AN OUTSIDE

5    OPINION FROM LEGAL COUNSEL. AND SO FROM THE SHERIFF'S

6    STANDPOINT, AGAIN, WE WANT TO BE TRANSPARENT AND SERVING THE

7    PUBLIC, ENSURING THE HIGHEST LEVEL OF PUBLIC SAFETY, WHICH WE

8    HAVE THROUGHOUT THE COMMUNITIES WE SERVE. SOME ARE AT HISTORIC

9    LOWS. BUT WE ALSO WANT TO ENSURE THAT WE PROPERLY TREAT OUR

10   EMPLOYEES AND WE DO SO BY ABIDING BY THE LAWS. THANK YOU.

11

12   **SUP. HAHN, CHAIR:** MAYBE THE COUNTY COUNSEL CAN ADDRESS THAT

13   NOW. DOES THE SUBPOENA POWER IN ANY WAY, IS IT IN CONFLICT

14   WITH THE LAW? AND WHAT HAPPENS WHEN IT IS?

15

16   **SUP. RIDLEY-THOMAS:** MADAM CHAIR, JUST QUICKLY AS THE AUTHOR OF

17   THE MOTION, THE MOTION EXPLICITLY SAYS IN COMPLIANCE WITH ALL

18   LAWS AND CONFIDENTIALITY PROTECTIONS.

19

20   **SUP. HAHN, CHAIR:** RIGHT.

21

22   **SUP. RIDLEY-THOMAS:** COUNTY COUNSEL CAN EXPOUND ON THAT. BUT I

23   WANTED TO LET IT BE KNOWN THAT IT'S IN THE MOTION THAT WE ARE

24   CONSIDERING.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **ATTORNEY:** THANK YOU, SUPERVISOR. AND THAT'S ABSOLUTELY

2   CORRECT. JUST PROCEDURALLY, THE WAY SUBPOENAS WORK IS A

3   SUBPOENA CAN BE SERVED ON AN ENTITY OR AN INDIVIDUAL, FOR

4   INFORMATION. LET'S USE THE EXAMPLE THE CHIEF GAVE, MEDICAL

5   RECORDS OR PERSONNEL FILES, FOR EXAMPLE. IF THE INVOLVED

6   MATERIAL IS CONFIDENTIAL, THEN THE PERSON RECEIVING THE

7   SUBPOENA OR THE ENTITY CAN ARGUE TO THE COURT THAT THAT

8   INFORMATION IS CONFIDENTIAL AND CAN MAKE THEIR ARGUMENT AS TO

9   WHY IT SHOULD NOT BE PRODUCED, AND A JUDGE WOULD DECIDE THAT

10  ISSUE. SO SUBPOENAS AREN'T NEW. SUBPOENAS HAVE BEEN AROUND

11  FOREVER. MOTIONS TO QUASH, WHICH IS THE VEHICLE USED TO

12  CHALLENGE A SUBPOENA IF THE ENTITY RECEIVING IT THINKS THE

13  PERSON SERVING IT IS SEEKING INFORMATION THAT IS OTHERWISE

14  CONFIDENTIAL, YOU BRING A MOTION TO QUASH. THOSE ARGUMENTS ARE

15  MADE EVERY DAY IN COURT. A JUDGE DECIDES WHAT THE ANSWER IS.

16

17  **SUP. HAHN, CHAIR:** THANK YOU. AND COULD YOU SPEAK TO THE BALLOT

18  MEASURE THAT THE VOTERS WILL BE VOTING ON IN MARCH?

19

20  **ATTORNEY:** ABSOLUTELY. I MEAN, THERE'S A BALLOT MEASURE ON THE

21  BALLOT THAT, IN ESSENCE, THERE'S MORE TO IT THAN THIS, BUT, IN

22  ESSENCE, IT WOULD GIVE A CIVILIAN OVERSIGHT COMMISSION

23  SUBPOENA POWER. OTHER THINGS, TOO, BUT THAT'S -- SO, THAT'S

24  THERE, AND THE VOTERS WILL VOTE ON THAT REGARDLESS --

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. HAHN, CHAIR:** WHAT IF BY CHANCE THE VOTERS TURN THAT DOWN

2   AND DIDN'T THINK THAT WAS A GOOD IDEA? HOW WOULD WHAT WE'RE

3   DOING BE AFFECTED BY THAT?

4

5   **ATTORNEY:** IN THE COUNTY, THE COUNTY CODE IN THE ORDINANCE IS

6   THERE IS THE LAW IN THE COUNTY OF LOS ANGELES. SO IF THIS

7   BOARD, YOU KNOW, AMENDS ITS ORDINANCE TO GIVE THE C.O.C., THE

8   INSPECTOR GENERAL, THE P.O.C. SUBPOENA POWER, THEN IN THE

9   COUNTY, THAT WOULD BE THE LAW. IT DOESN'T MEAN THAT LAW CAN'T

10  BE CHALLENGED. IT COULD BE CHALLENGED. BUT THAT WOULD BE THE

11  LAW IN THE COUNTY.

12

13  **SUP. HAHN, CHAIR:** BUT THAT WOULDN'T BE -- SAY THE VOTERS VOTED

14  NO, THAT WOULDN'T BE THE CHALLENGE, WOULD IT?

15

16  **ATTORNEY:** NO. NO, THAT WOULD BE DIFFERENT.

17

18  **SUP. HAHN, CHAIR:** OKAY, THANK YOU. SUPERVISOR KUEHL.

19

20  **SUP. KUEHL:** THANK YOU, MADAM CHAIR. I KNOW THAT THERE WAS A

21  THOUGHT BY MY COLLEAGUE THAT THE SHERIFF SHOULD BE INVOLVED IN

22  THE 30-DAY REPORT BACK. AND I THINK THE SHERIFF HAS MADE IT

23  VERY CLEAR ALREADY, I THINK, HOW THEY DO NOT AGREE WITH THIS.

24  AND TO PARTICIPATE IN A REPORT BACK ABOUT WHETHER OR NOT THERE

25  SHOULD BE SUBPOENA POWER OR HOW IT CAN BE APPLIED, I'M NOT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   CERTAIN THAT THAT'S APPROPRIATE. THE OTHER THING IS, ALTHOUGH

2   I APPRECIATE THE CHIEF HAS BROUGHT UP THE QUESTION OF MEDICAL

3   RECORDS, I HAVE TO SAY IT FEELS LIKE A LITTLE BIT OF A RED

4   HERRING TO ME, CHIEF, BECAUSE I WONDER IF YOU CAN TELL US HOW

5   MANY OF THE MANY, MANY, MANY REQUESTS THE O.I.G. HAS MADE TO

6   THE SHERIFF'S DEPARTMENT WHICH HAVE NOT BEEN ANSWERED OR

7   RESPONDED TO HAVE BEEN FOR MEDICAL RECORDS.

8

9   **DENNIS KNEER:** WELL, I'VE RECEIVED MULTIPLE REQUESTS NOT ONLY

10  FROM THE C.O.C. BUT FROM THE O.I.G. AND I'VE ENSURED THAT

11  WE'VE RESPONDED BACK. FOR EXAMPLE, RECENTLY THE C.O.C. BRIAN

12  WILLIAMS SENT A REQUEST FOR SHERIFF'S DEPARTMENT LOGOS AT OUR

13  PATROL STATIONS. AND WE DECIDED TO TAKE IT A STEP FURTHER AND

14  PROVIDE HIM WITH NOT ONLY LOGOS AT OUR PATROL STATIONS BUT

15  DEPARTMENT-WIDE BECAUSE, AGAIN, WE WANT TO BE TRANSPARENT. AND

16  WE'VE MET WITH THE RAND CORPORATION, WHO IS COMING IN TO DOING

17  A STUDY BECAUSE WE, AGAIN, WANT TO BE TRANSPARENT. IN TERMS OF

18  YOUR QUESTION, THE NUMBER OF MEDICAL RECORD REQUESTS THAT HAVE

19  COME IN, I'D HAVE TO DO SOME RESEARCH AND GET BACK TO YOU.

20

21  **SUP. KUEHL:** THANK YOU.

22

23  **SUP. HAHN, CHAIR:** SUPERVISOR BARGER.

24

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. BARGER:** AND I HEAR WHAT YOU'RE SAYING, SUPERVISOR KUEHL,

2    IN TERMS OF THE SHERIFF. AND, BELIEVE ME, I THINK THAT IT'S

3    SIMILAR TO THE WAY I SEE IT, SIMILAR TO WHAT MAX TALKED ABOUT

4    WITH THE L.A.P.D. AND THE FACT THAT THEY VERY RARELY HAVE TO

5    USE IT BECAUSE THEY KNOW IT'S THERE. I THINK GIVEN THAT WE DO

6    HAVE BEFORE US THE POSSIBILITY OF HAVING THIS AS A BALLOT

7    INITIATIVE MAY COMPEL THE SHERIFF. AND, AGAIN, WHATEVER COMES

8    TO THIS BOARD, IT'S NOT GOING TO BE UP TO THE SHERIFF. IT'S

9    GOING TO BE UP TO THIS BOARD TO MAKE THAT DECISION. SO

10   ULTIMATELY, IT'S UP TO US. AND I APPRECIATE THAT. BUT MY

11   ATTITUDE IS IF HE CHOOSES, HE OR WHOMEVER HIS REPRESENTATIVE,

12   CHOOSES NOT TO PARTICIPATE, SO BE IT. BUT I'D RATHER HAVE THEM

13   CHOOSE NOT TO THAN US EXCLUDE AS WE MOVE FORWARD. THAT'S ALL

14   I'M ASKING FOR.

15

16   **SUP. HAHN, CHAIR:** SUPERVISOR RIDLEY-THOMAS.

17

18   **SUP. RIDLEY-THOMAS:** I THINK I UNDERSTAND THE ISSUE REASONABLY

19   WELL, SUPERVISOR BARGER. BUT THE POSITION OF THE SHERIFF

20   COULDN'T BE MORE CLEAR AS REINFORCED BY THE SHERIFF'S

21   DEPARTMENT REPRESENTATIVE THIS MORNING -- THIS AFTERNOON,

22   RATHER. I WOULD SIMPLY SAY THE FOLLOWING IF THE SHERIFF WISHES

23   TO MEMORIALIZE HIS POINT OF VIEW, IF THE DEPARTMENT CHOOSES TO

24   WEIGH IN, THERE'S NOTHING IN THE MOTION THAT PRECLUDES THAT.

25   AND THEY SHOULD DO SO IN CONSULTATION OR INTERFACE WITH COUNTY

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  COUNSEL, WHICH IS THE ENTITY THAT'S DRIVING THIS FROM A LEGAL

2  PERSPECTIVE. IT WOULD SEEM TO ME THAT IT IS WHOLLY APPROPRIATE

3  FOR THE SHERIFF'S DEPARTMENT TO DO THAT SHOULD THEY BE SO

4  INCLINED. BUT AS IT RELATES TO THE WORKING OF THE 30-DAY

5  REPORT BACK, THE PARTIES TO THAT, AS EXPLICATED IN THIS

6  MOTION, WOULD BE THE INSPECTOR GENERAL, THE EXECUTIVE DIRECTOR

7  OF THE SHERIFF'S CIVILIAN OVERSIGHT COMMISSION. IF THERE'S

8  ADDITIONAL INFORMATION OR INSIGHT THAT ANY OTHER ENTITY MAY

9  WISH TO AFFORD COUNTY COUNSEL, THEY'RE WELCOME TO DO SO. BUT

10 THE MOTION IS EXPLICIT WITH RESPECT TO WHO SHOULD BE ON FIRST

11 BASE AND THE PARTIES INVOLVED IN BRINGING THE MATTER BACK TO

12 US. AND I WOULD SIMPLY WISH TO SAY, WHILE YOUR POINT IS WELL

13 UNDERSTOOD, IT STRIKES ME AS CONTRADICTORY, INHERENTLY

14 CONFLICTUAL TO HAVE THE DEPARTMENT INVOLVED IN CONSTRUCTING A

15 SCENARIO THAT WAS ESSENTIALLY DESIGNED TO HOLD THEM

16 ACCOUNTABLE AND TO CREATE OR MAXIMIZE TRANSPARENCY. COUNTY

17 COUNSEL IS OBLIGED, PROFESSIONALLY AND LEGALLY, TO VET THE

18 ENTIRETY OF THE ITEM WITH RESPECT TO ANY POTENTIAL

19 VULNERABILITIES THAT WE MAY HAVE. RESPECTFULLY, I WOULD

20 SUGGEST THAT WE PROCEED AS IS SUBMITTED AND WELCOME THE

21 SHERIFF OR ANY OTHER ENTITY TO CONNECT WITH COUNTY COUNSEL IN

22 WRITTEN FORM AS TO THEIR VIEWS ON THE MATTER.

23

24 **SUP. HAHN, CHAIR:** SUPERVISOR BARGER. COUNTER POINT?

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. BARGER:** I HEAR YOU LOUD AND CLEAR, SUPERVISOR RIDLEY-

2  THOMAS. AND IT'S NOT -- MY VOTE IS NOT CONTINGENT UPON THE

3  SHERIFF BEING INCLUDE, BUT WHAT I'M HEARING YOU SAY IS THAT IF

4  THE SHERIFF WOULD LIKE TO BE -- I DON'T EVEN KNOW IF WE CAN'T

5  GET TO FIRST BASE, WHATEVER IT IS THAT PROVIDES INPUT MOVING

6  FORWARD, THAT'S WHAT I'M ASKING FOR. AND, YOU KNOW, TO YOUR

7  POINT, I DON'T THINK WE NEED -- CHIEF, I DON'T THINK NEED

8  OUTSIDE COUNSEL TO MAKE RECOMMENDATIONS. THIS HAS BEEN VERY,

9  VERY VETTED THROUGHOUT THE COUNTY, AND EVEN IN THE PRIVATE

10 SECTOR. I MEAN, WE CAN MODEL THIS AFTER L.A.P.D.'S MODEL IF

11 YOU WANT TO DISCUSS THAT. I MEAN, IT'S BEEN FULLY VETTED. AND

12 TO HAVE AN OUTSIDE COUNSEL IS, I THINK, UNNECESSARY AT THIS

13 POINT. BUT I DO THINK IT'S NECESSARY FOR YOU ALL TO TAKE A

14 LOOK AT THE INITIATIVE LANGUAGE OR AT LEAST WHAT'S MOVING

15 FORWARD.

16

17 **SUP. HAHN, CHAIR:** ON THE BALLOT.

18

19 **SUP. BARGER:** RIGHT. ON THE BALLOT. BECAUSE AT THE END OF THE

20 DAY, YOU KNOW, EVEN IF THAT DOESN'T PASS, THERE IS A WILL AT

21 THIS BOARD LEVEL TO ADDRESS THIS ISSUE. AND I THINK IT WOULD

22 BE BENEFICIAL TO THE SHERIFF'S DEPARTMENT AND TO ALL OF US IF

23 YOU ALL PLAYED A ROLE AT LEAST IN LOOKING AT THAT. AND TO THE

24 POINT OF THE H.I.P.A.A. AND THE MEDICAL, I MEAN, CASE LAW IS

25 VERY, VERY CLEAR IN TERMS OF THE USE OF THAT. AND SO I THINK

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    THAT THAT IS NOT ANYTHING THAT THIS -- THAT YOU ALL NEED TO BE

2    CONCERNED ABOUT BECAUSE I MEAN THE MOTION IS VERY SPECIFIC IN

3    TERMS OF THAT. BUT I GUESS I WOULD JUST ASK THAT YOU ALL

4    CONSIDER BEING CONSTRUCTIVE IN LOOKING AT WHAT'S BEING BROUGHT

5    FORWARD BECAUSE, ONE WAY OR THE OTHER, IT MAY END UP BEING THE

6    LAW OF THE LAND IN L.A. COUNTY. AND I THINK IT WOULD BE

7    BENEFICIAL. THANK YOU.

8

9    **SUP. HAHN, CHAIR:** I WAS GOING TO ASK SACHI OR MARY, WHAT IS

10   THE STATUS OF THE REPORT BACK THAT I COAUTHORED IN JULY ASKING

11   TO GIVE THE EXPANDED AUTHORITY?

12

13   **ATTORNEY:** THANK YOU, SUPERVISOR. I THINK THE DUE DATE IS

14   OCTOBER 23.

15

16   **SUP. HAHN, CHAIR:** OKAY. AND IS THERE GOING TO BE ANY USEFUL

17   INFORMATION IN THAT REPORT BACK THAT MIGHT DOVETAIL AND HELP

18   THIS PROCESS, AS WELL?

19

20   **ATTORNEY:** YEAH. I THINK THE BENEFIT OF THIS MOTION AND YOUR

21   MOTION IS THAT IT WILL RECONCILE THIS ISSUE ACROSS THE P.O.C.,

22   THE C.O.C., AND THE O.I.G. SO PROBATION --

23

24   **SUP. HAHN, CHAIR:** A.S.A.P.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **ATTORNEY:** THE PROBATION OVERSIGHT COMMISSION, THE CIVILIAN

2  OVERSIGHT COMMISSION, THE OFFICE OF INSPECTOR GENERAL, AND

3  INSPECTOR GENERAL AND ALSO ADDRESS THE BALLOT ISSUE.

4

5  **SUP. HAHN, CHAIR:** OKAY. I JUST WANT TO MAKE SURE THAT THAT

6  REPORT GETS IN THIS.

7

8  **ATTORNEY:** YES.

9

10  **SUP. HAHN, CHAIR:** IN THIS REPORT, AS WELL.

11

12  **ATTORNEY:** YES, IT WILL.

13

14  **SUP. HAHN, CHAIR:** SUPERVISOR RIDLEY-THOMAS AND THEN SUPERVISOR

15  SOLIS.

16

17  **SUP. RIDLEY-THOMAS:** MADAM CHAIR, I AGREE WITH THE FACT THAT

18  THERE SHOULD BE SOME ALIGNMENT SO INDICATED IN THE MOTION

19  BEFORE US. I WAS PLEASED TO COAUTHOR THAT MOTION WITH YOU. AND

20  WHEN THIS COMES BACK, I WOULD THINK THAT THE AUTHORITY TO

21  INVESTIGATE DEPUTY SECRET SOCIETIES' MOTION THAT YOU LED ON

22  AND I COAUTHORED WOULD BE A POINT OF REFERENCE.

23

24  **SUP. HAHN, CHAIR:** RIGHT.

25

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. RIDLEY-THOMAS:** THE SIGNIFICANT DIFFERENCE FOR

2   CLARIFICATION PURPOSES IS AS FOLLOWS. THAT MOTION DID NOT

3   ADDRESS THE ISSUE OF THE C.O.C. AND ITS AUTHORITY AND

4   CAPACITY. THIS MOTION IS PRECISELY --

5

6   **SUP. HAHN, CHAIR:** RIGHT.

7

8   **SUP. RIDLEY-THOMAS:** -- ALL ABOUT THAT. BUT WE STILL HAVE 30

9   DAYS RUNNING FOR THIS TO COME BACK. NEXT WEEK, THE ORIGINAL

10  MOTION IS DUE. SO I SUSPECT WE'LL HAVE SOMEWHAT OF AN OMNIBUS

11  REPORT. AND TOWARD THAT END, I'D BE OF THE VIEW THAT THAT

12  WOULD BE APPROPRIATE. THANK YOU, MADAM CHAIR.

13

14  **SUP. HAHN, CHAIR:** I HAVEN'T HEARD OMNIBUS SINCE MY DAYS IN

15  CONGRESS. [LAUGHTER.] OKAY, THANK YOU VERY MUCH. I'M SORRY.

16  SUPERVISOR SOLIS.

17

18  **SUP. SOLIS:** YES, I JUST HAD A QUESTION. WE CAN GET AN OVERVIEW

19  OF THE OFFICERS' BILL OF RIGHTS BECAUSE I THINK WE'RE REALLY

20  TALKING ABOUT PROTECTIONS THAT ARE ALREADY MADE AVAILABLE. AND

21  COUNTY COUNSEL, CAM YOU JUST GO OVER WHAT THAT MENU IS SO

22  PEOPLE ARE CLEAR ON WHAT THAT IS?

23

24  **ATTORNEY:** OF COURSE. THE  POLICE OFFICER BILL OF RIGHTS,

25  GENERALLY SPEAKING, GUARANTEES PROTECTION FOR PEACE OFFICER

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  PERSONNEL RECORDS AND OTHER RECORDS. THE STATE OF CALIFORNIA

2  IS CHANGING SOME OF THAT LAW RECENTLY MINE WITH THE 1421.

3  PEACE OFFICER RECORDS THAT ARE HISTORICALLY WERE PRIVILEGED

4  ARE NO LONGER PRIVILEGED IF IT DEALS WITH SEXUAL ASSAULT OR

5  DISHONESTY AND A FEW OTHER CATEGORIES, EXCESSIVE FORCE, THOSE

6  RECORDS ARE NO LONGER PROTECTED. SO THE LAW IS EVOLVING IN

7  THAT REGARD. BUT, ALSO, COMING BACK TO THE SUBPOENA LAW, AND

8  ANY LAW, I MEAN YOU CAN ARGUE TO A COURT CONFIDENTIALITY, AND

9  A JUDGE WILL DECIDE WHETHER SOMETHING SHOULD REMAIN

10  CONFIDENTIAL UNDER OTHER BODIES OF LAW OR NOT.

11

12  **SUP. SOLIS:** THANK YOU. SO MADAM CHAIR, I WOULD SAY THAT THE

13  DIRECTION THAT WE'RE MOVING IN HAS ALREADY BEEN SET. THE STATE

14  IS ALREADY MOVING IN THAT DIRECTION. AND WE KNEW THAT A LONG

15  TIME BACK. AND I WOULD JUST SAY THAT WE WANT TO BE CURRENT AND

16  OBVIOUSLY MAKE SURE THAT WE ARE FOLLOWING THE NEW INTENT OF

17  THE LAW, AS WELL, AND THAT WE HAVE ACCESS TO THOSE CRITICAL

18  REPORTS OR DATA THAT WE'VE BEEN REQUESTING BECAUSE THAT LAW

19  GOT SIGNED IN NOT TOO LONG AGO.

20

21  **ATTORNEY:** BEGINNING OF THIS YEAR, JANUARY 2019.

22

23  **SUP. SOLIS:** I WONDER WHAT OUR STATUS IS ON THAT, RIGHT? WE

24  HAVE ASKED THAT QUESTION BEFORE. BUT, I MEAN, IF THERE WAS A

25  RELUCTANCE ON THE PART OF THE SHERIFF'S DEPARTMENT TO GIVE US

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  THAT INFORMATION, CLEARLY WE NEED TO BE FOLLOWING THE LETTER

2  OF THE LAW. SO THAT ALSO RAISES QUESTIONS FOR ME TO REALLY

3  BETTER UNDERSTAND WHERE WE ARE BECAUSE WE HAVE AN OBLIGATION

4  TO IMPLEMENT THESE LAWS THAT ARE PASSED BY THE LEGISLATURE.

5

6  **ATTORNEY:** YES.

7

8  **SUP. SOLIS:** THANK YOU, MADAM CHAIR. THANK YOU.

9

10 **SUP. HAHN, CHAIR:** THANK YOU. SUPERVISOR RIDLEY-THOMAS, ARE YOU

11 STILL ON THERE?

12

13 **SUP. RIDLEY-THOMAS:** NO, I'M PREPARED TO MOVE THE ENTIRE MATTER

14 AS SUBMITTED, MADAM CHAIR.

15

16 **SUP. HAHN, CHAIR:** OKAY. I BELIEVE WE HAVE MEMBERS OF THE

17 PUBLIC THAT HAVE SIGNED UP TO SPEAK TO US. THANKS AGAIN FOR

18 ALL OF YOU FOR COMING.

19

20 **CELIA ZAVALA, E.O.:** WOULD THE FOLLOWING INDIVIDUALS PLEASE

21 COME FORWARD WHEN I CALL YOUR NAME? ANDRES KWON, ARNOLD SACHS,

22 BRENDA FLOAT, DR. GENEVIEVE CLAVREUL, DR. MELLO DESIRE, ERIC

23 PREVEN, HERMAN HERMAN, KENT MENDOZA, KORIE SCHMIDT, LESTIAN

24 MCNEL, LYNNE LYMAN, REV. REEGIE BUNCH, THE RED CHIEF HUNT,

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    TIMOTHY TAYLOR, VALERIE CLEMAN, VICTOR TRUJILLO, AND WAYNE

2    SPINDLER. PLEASE COME FORWARD AND STAFF WILL ASSIST YOU.

3

4    **ERIC PREVEN:** WOW, THIS IS ERIC PREVEN FROM THE --

5

6    **SUP. BARGER:** WAIT A MINUTE. HOLD ON. CAN YOU STOP THE CLOCK,

7    PLEASE? LET'S GET EVERYONE UP HERE.

8

9    **ERIC PREVEN:** IT'S ERIC PREVEN FROM THE THIRD DISTRICT. WHAT A

10   DELICIOUS ITEM. OBVIOUSLY, THE BOARD OF SUPERVISORS, WHEN YOU

11   TALK ABOUT THE SECRET SOCIETY, I MEAN THERE IS NO GREATER

12   SECRET SOCIETY. I THINK PEOPLE IN L.A. KNOW BY NOW THAT

13   ATTORNEY/CLIENT PRIVILEGE IS KEY. SO THE THREE FOLKS WHO SAT

14   HERE ARE ATTORNEY/CLIENT PRIVILEGE TO YOU. SO WHATEVER WE GIVE

15   THEM, YOU DECIDE IF WE GIVE TO THE PUBLIC. AND THAT'S NOT

16   REALLY WHAT THE PUBLIC WANTS. IF YOU WANT TO BE GOOD, YOU CAN

17   FOLLOW THE CALIFORNIA PUBLIC RECORD ACT, WHICH YOU DON'T,

18   WHICH IS REAL TRAGEDY BECAUSE YOU SHOULD. AND YOU SAY IT'S NO

19   PROBLEM, WE CAN SUE YOU OR GO TO COURT. I KNOW IT'S FUN FOR

20   MARY WICKHAM TO GO TO COURT, GET A SUBPOENA,  QUASH A

21   SUBPOENA. I REMEMBER, IT'S NOT THAT MUCH FUN. IT'S EXTREMELY

22   BURDENSOME ON THE PUBLIC WHO JUST WANT ANSWERS LIKE THE

23   CUSTODY DIVISION MANUAL. I DON'T HEAR ABOUT YOU TALKING ABOUT

24   ANYTHING THAT YOU WANT. I'M TALKING ABOUT THE CUSTODY DIVISION

25   MANUAL, YEAH THE AMADOR CASE. $53 MILLION, SUPERVISOR RIDLEY-

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    THOMAS. WHAT ABOUT THAT? HOW ABOUT THOSE CASES WHERE WE WANTED

2    THE KNOW WHAT'S GOING ON? HOW CAN WE FIX THESE RULES THAT ARE

3    PUTTING WOMEN AND MEN AND KIDS IN HARM'S WAY. BUT YOU DON'T

4    WANT THAT. YOU WANT TO CLEAN UP THE MESS AND GO ABOUT SUBPOENA

5    POWER FOR A BIG WINDY CONVERSATION AGAIN. FOR 40 YEARS IN A

6    ROW, ENOUGH.

7

8    **SUP. BARGER:** THANK YOU. NEXT SPEAKER.

9

10   **ARNOLD SACHS:** THANK YOU. ACTIVITY FOR ACHIEVEMENT. HERE WE GO

11   AGAIN. ANOTHER REPORT BACK? THAT MAKES 10 MILLION REPORTS. CAN

12   YOU DEFINE SEVERAL YEARS, SIR? OR WOULD YOU THINK LIKE 20

13   YEARS WOULD MEAN SEVERAL DECADES? THE BLACK CAUCUS IN CITY

14   HALL, YOU WERE THERE. DO YOU THINK THIS WOULD BE ON THEIR

15   AGENDA TO CHANGE THE STATE LAW? AND BY THE WAY, IS IT CODIFIED

16   STATE LAW, OR IS IT JUST REGULAR STATE LAW? BIG DIFFERENCE.

17   AND I'M SURPRISED THERE'S NOBODY HERE FROM THE YOUTH JUSTICE

18   COALITION. ISN'T THAT YOUR GANG, SUPERVISOR THOMAS? DON'T THEY

19   FOLLOW UP ON ALL YOUR MOTIONS? AND BY THE WAY, THERE IS NO

20   MOTION WRITTEN INTO THIS ITEM. IT DOESN'T SAY ANYTHING ABOUT A

21   MOTION BECAUSE YOU DIDN'T READ IT IN. MOTION, IT'S JUST AN

22   ITEM ON YOUR AGENDA. AND A TOOL FROM THE TOOLBOX, SOUNDS LIKE

23   WE HAVE TOOLS DOING THIS DISCUSSION. YOU NEED TO LOOK AT THE

24   CERTIFIED LAW ABOUT THE STATE'S LAW.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. BARGER:** THANK YOU. WHO WOULD LIKE TO GO NEXT? THANK YOU.

2    YOU GO NEXT. WE'LL GO DOWN THE LINE, AND THEN YOU'LL GO AFTER

3    THAT. OKAY, GO AHEAD AND START. YOUR TURN.

4

5    **KORIE SCHMIDT:** JUST ABOUT THE DONE WITH THAT. OKAY. SO I SEE

6    OUR TWO BEST PLAYERS HERE ARE GONE. JANICE IS GONE. MR. RIDLEY

7    DISAPPEARED. YOU WANT THE CAN YOU TELL ME OFF.

8

9    **SUP. BARGER:** PLEASE STAY ON TOPIC. GO AHEAD.

10

11   **KORIE SCHMIDT:** I CAN BE A [EXPLETIVE]. I CAN BE A [EXPLETIVE].

12

13   **SUP. BARGER:** CAN YOU PLEASE TALK --

14

15   **KORIE SCHMIDT:** WE'RE TALKING ABOUT THE SHERIFF'S DEPARTMENT

16   AND THE PROBLEMS WE HAVE WITH THEM, RETALIATION AND THE

17   ASSAULTS AND THE, YOU KNOW, ALL THE PROBLEMS THAT WE HEAR

18   EVERY WEEK OF PEOPLE COMING AND SAYING THAT THE SHERIFFS ARE

19   BEATING THEM UP OR STALKING THEM OR TREATING THEM POORLY, YOU

20   KNOW, YOU NEED TO GET A GRIP ON THESE GUYS. THESE GUYS ARE OUT

21   OF CONTROL. AND YOU GUYS KNOW IT. YOU DEFINITELY DO. SO, YOU

22   KNOW, SUBPOENA THEM. DO WHAT YOU'VE GOT TO DO. BUT SOME

23   [EXPLETIVE] ABOUT TO FLY.

24

25   **SUP. BARGER:** THANK YOU. YOU'RE ON.

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

October 15, 2019



1

2   **ANDRES KWON:** ANDRES KWON, LAWYER WITH THE A.C.L.U. WE ALL KNOW

3   THAT SHERIFF VILLANUEVA HAS BEEN OUT OF CONTROL, THAT IMPUNITY

4   REIGNS RIGHT NOW IN OUR COUNTY. THE SHERIFF IS BEHAVING AS IF

5   HE WAS ABOVE THE LAW. MAX HUNTSMAN SAID A MONTH AGO TO THE

6   C.O.C. THAT WHAT VILLANUEVA HAS BEEN UP TO SHOULD QUOTE

7   TERRIFY THE PUBLIC END QUOTE. THE QUESTION IS WHAT ARE WE

8   GOING TO DO ABOUT IT. WE COMMUNITY AND GOVERNMENT, WE MUST

9   CHECK THE SHERIFF. WE MUST BUILD THE CHECKS AND BALANCES WE

10  NEED TO ENSURE REAL COMMUNITY OVERSIGHT, REAL TRANSPARENCY,

11  REAL ACCOUNTABILITY. ONE IMPORTANT STEP IS SUBPOENA POWER FOR

12  THE C.O.C. WE SUPPORT THIS MOTION. AND WE ESPECIALLY SUPPORT

13  THE REFORM L.A.'S JAILS BALLOT MEASURE. FIRST, WE WANT TO MAKE

14  SURE THAT THE C.O.C., IF IT IS TO ONLY EXERCISE SUBPOENA POWER

15  THROUGH THE O.I.G., THE C.O.C. MUST BE ABLE TO DIRECT THE

16  O.I.G. TO ISSUE SUBPOENA, AND THE C.O.C. MUST HAVE ACCESS TO

17  DOCUMENTS PRODUCED. ALSO TRANSPARENCY IS NOT ENOUGH. WE ALSO

18  MUST BE ABLE TO CREATE THE CHECKS AND BALANCES TO GIVE US

19  ABILITY TO ACTUALLY HOLD THE SHERIFF ACCOUNT ABILITY. IN

20  SHORT, WE MUST CHECK THE SHERIFF.

21

22  **SUP. BARGER:** THANK YOU VERY MUCH. NEXT SPEAKER. WE'LL GO, AND

23  THEN  YOU CAN. LET HER GO FIRST, AND THEN YOU CAN GO, KENT. GO

24  AHEAD.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SPEAKER:** CAN YOU START IT AGAIN?

2

3    **SUP. BARGER:** GO AHEAD, WE'LL START WITH ONE MINUTE.

4

5    **SPEAKER:** STARTED TO SAY SOMETHING.

6

7    **SUP. BARGER:** WE'LL START WITH ONE MINUTE. GO.

8

9    **SPEAKER:** OKAY. I'M A MOTHER OF SEVEN CHILDREN. THE OFFICER WAS

10   TALKING ABOUT ACCOUNTABILITY, AND I WANTED TO SAY SOMETHING

11   ABOUT THAT. I CAME HERE, I WAS SEVEN MONTHS PREGNANT WHEN I

12   HAD CAME HERE. AND THE LAW ENFORCEMENT IS IN ALL WALKS OF LIFE

13   EVEN AT THE DEPARTMENT OF CHILDREN SERVICES. I HAD AGREED WITH

14   THAT OFFICER THAT SAID ABOUT GETTING OUTSIDE SERVICES ONLY

15   BECAUSE YOU CANNOT STOP IT BECAUSE I DIDN'T GET ANY HELP. I

16   GOT HELP COMING AN INVESTIGATOR. I TOLD THEM THAT I WENT TO

17   THE BOARD ALL THE WAY FROM COLORADO. MY LITTLE BOY --

18

19   **ATTORNEY:** MA'AM, YOU'RE OFF TOPIC.

20

21   **SPEAKER:** TORTURE FOR UP TO A YEAR. I KNOW WHAT YOU'RE TALKING

22   ABOUT. AND YOU'RE CUTTING INTO MY TIME. THAT'S NOT FAIR. IT

23   HAS SOMETHING TO DO WITH IT BECAUSE THE POLICE I DID NOT COME

24   OUT, BUT I KNOW THAT THERE'S GOOD COPS. AND THAT IS RUDE TO

25   CUT ME OFF.

# THE MEETING TRANSCRIPT
#### OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2   **SUP. BARGER:** FIRST WARNING.

3

4   **SPEAKER:** THAT WAS VERY RUDE. I WAS NOT FINISHED. NO, THAT WAS

5   RUDE OF YOU.

6

7   **ATTORNEY:** YOU'RE NOT ON TOPIC, MA'AM. YOUR TIME IS UP.

8

9   **SUP. BARGER:** THANK YOU.

10

11  **SPEAKER:** BLAMING YOU.

12

13  **SUP. BARGER:** THANK YOU. THAT'S YOUR SECOND WARNING.

14

15  **SPEAKER:** HOW CAN YOU MOVE ON?

16

17  **SUP. BARGER:** YOUR TIME IS UP. KENT, YOU'RE UP. KENT. KENT

18  MENDOZA IS UP. BUT IF YOU CONTINUE TO TALK, WE'LL HAVE YOU

19  ESCORTED OUT OF HERE.

20

21  **SPEAKER:** OH, YOU'RE GOING TO ESCORT ME OUT OF HERE.

22

23  **SUP. BARGER:** PLEASE STAND UP.

24



1  **SPEAKER:** YOU DIDN'T LET ME HAVE MY MINUTE. THAT WAS RUDE. YOU

2  DIDN'T DO THAT NOBODY ELSE. I WONDER WHY.

3

4  **SUP. BARGER:** KENT? MR. MENDOZA?

5

6  **KENT MENDOZA:** GOOD AFTERNOON, BOARD. THANK YOU FOR HAVING ME

7  HERE TODAY. I'M WITH THE ANTI-RECIDIVISM COALITION, MANAGER OF

8  POLICY. I'M HERE IN SUPPORT OF THIS MOTION. I DO WANT TO SAY

9  THAT THIS IS JUST ONE STEP. I DO BELIEVE WE CAN DO MORE TO

10  ENSURE THERE'S REAL OVERSIGHT AND ACCOUNTABILITY. I FEEL THAT

11  I WOULD ENCOURAGE THAT, YOU KNOW, THE SUBPOENA POWER WENT

12  STRAIGHT TO THE C.O.C. YOU KNOW, BUT WE GOT TO START

13  SOMEWHERE. I WOULD CONTINUE TO ASK THE BOARD TO ENSURE THERE'S

14  REAL HOLISTIC ACCOUNTABILITY AND TRANSPARENCY BECAUSE, I MEAN

15  OBVIOUSLY THE SHERIFF'S DEPARTMENT HAS A LOT OF ISSUES, YOU

16  KNOW. SO JUST KEEPING IT SHORT AND SIMPLE. JUST SUPPORT THIS

17  MOTION, BUT I BELIEVE WE CAN DO WAY MORE THAN WHAT THIS MOTION

18  DOES. BUT THANK YOU FOR EVERYTHING. UNANIMOUS VOTE ON THIS

19  MOTION, THANK YOU.

20

21  **SUP. BARGER:** THANK YOU, KENT. NEXT SPEAKER, PLEASE.

22

23  **LYNNE LYMAN:** LYNNE LYMAN WITH REFORM L.A. JAILS. OUR CAMPAIGN

24  APPLAUDS THE EFFORTS OF SUPERVISOR RIDLEY-THOMAS AND KUEHL TO

25  SECURE ACCOUNTABILITY FROM THE SHERIFF'S DEPARTMENT. AND WE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  SUPPORT THE MOTION. HOWEVER, IT DOES NOT GO FAR ENOUGH. IT IS

2  A STEP. IT IS ALSO A STEP THAT CAN BE CHANGED NEXT WEEK OR

3  NEXT YEAR BY A MAJORITY VOTE OF THIS BOARD. STATE LAW

4  PROHIBITS AN ORDINANCE AMENDING THE CODE THAT IS PASSED

5  THROUGH A BALLOT MEASURE FROM BEING REVERSED OR AMENDED FROM

6  THE BOARD. THUS REFORM L.A. JAILS MEASURE WILL APPEAR ON THE

7  MARCH 3RD BALLOT. SIMPLY PUT, A VOTE BY THE PEOPLE CANNOT BE

8  REVERSED BY THE BOARD OF SUPERVISORS AND WOULD CREATE A MORE

9  DURABLE OPTION. SECONDLY, THERE'S A DISTINCTION BETWEEN

10 SUBPOENA POWER TO THE O.I.G. AND SUBPOENA POWER DIRECTLY TO

11 THE CIVILIAN OVERSIGHT COMMISSION, WHICH IS WHAT OUR CAMPAIGN

12 IS CALLING FOR AND WHAT THE MARCH 3RD VOTE WILL BE. WE ASK YOU

13 TO THINK ABOUT THE NEED FOR TRUE INDEPENDENT OVERSIGHT, NOT

14 JUST THINK ABOUT THE CURRENT PERSONNEL WE HAVE TODAY.

15

16 **SUP. BARGER:** THANK YOU VERY MUCH. NEXT SPEAKER, PLEASE.

17

18 **REEGIE BUNCH:** MY NAME IS REV. REEGIE BUNCH WITH DIGNITY AND

19 POWER NOW. I THINK IT'S REALLY IMPORTANT WHAT REFORM L.A.

20 JAILS HAS JUST SAID ABOUT LODGING SUBPOENA POWER WITHIN

21 CIVILIAN OVERSIGHT BECAUSE EVERY LAST ONE OF YOU CAN BE VOTED

22 OUT. EVERY LAST ONE OF YOU WILL RETIRE. AND A WHOLE NEW COUNTY

23 BOARD OF SUPERVISORS WILL BE IN YOUR SEAT AND CAN REMOVE

24 SUBPOENA POWER. I DO THANK MARK RIDLEY-THOMAS AND SHEILA KUEHL

25 FOR THIS MOTION, BUT IT DOESN'T GO FAR ENOUGH. THE O.I.G. IS

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    CURRENTLY UNDER CRIMINAL INVESTIGATION. THE SHERIFF'S

2    DEPARTMENT IS IN A WAR WITH THE COUNTY. AND THAT WAR WITH THE

3    COUNTY HAS BEEN A WAR WITH THE CITIZENS OF L.A. COUNTY FOR

4    YEARS. THERE'S BEEN OVER 1500 MURDERS BY THE SHERIFF'S

5    DEPARTMENT SINCE THE YEAR 2000, AND NOT ONE OF THOSE SHERIFFS

6    HAS BEEN HELD ACCOUNTABLE. OVER 1500 MURDERS. RYAN TWYMAN,

7    JUNE OF THIS YEAR MURDERED BY THE SHERIFF'S DEPARTMENT, SHOT

8    34 TIMES. AND YET ONLY THING THE FAMILY HAS RECEIVED HAS BEEN

9    CONTINUED HARASSMENT BY THE SHERIFFS. SO SUBPOENA POWER NOW.

10   THANK YOU.

11

12   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

13

14   **LESTIAN MCNEAL:** GOOD AFTERNOON, MY NAME IS LESTIAN MCNEAL. I'M

15   THE DEPUTY CAMPAIGN MANAGER WITH REFORM L.A. COUNTY JAILS.

16   REFORM L.A. JAILS APPLAUDS THE EFFORTS BY SUPERVISORS RIDLEY-

17   THOMAS AND KUEHL TO ROOT OUT CORRUPTION AND MISCONDUCT IN THE

18   SHERIFF'S DEPARTMENT. HOWEVER, WE VIEW THIS PROPOSAL AS ONLY A

19   FIRST STEP. HOWEVER, IT IS IMPORTANT TO REMEMBER THAT ONE OF

20   THE MOST IMPORTANT PIECES OF ACCOUNTABILITY IS THAT PEOPLE ARE

21   ABLE TO TRUST THAT THIS ACCOUNTABILITY WILL BE HERE IN THE

22   FUTURE AND CANNOT BE REMOVED SIMPLY BECAUSE THOSE WHO

23   REPRESENT US ARE CHANGED, JUST BECAUSE ONE OF YOU ARE NO

24   LONGER HERE. THROUGH THE DELIVERY OF QUARTER MILLION

25   SIGNATURES TO THIS BODY ONLY LAST YEAR THE PEOPLE OF THE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    COMMUNITY HAVE SPOKEN. WE KNOW THAT REFORM IS NECESSARY. WE

2    KNOW THAT SIGNIFICANT REFORMS IN THE SHERIFF'S DEPARTMENT

3    SPECIFICALLY ARE NECESSARY. AND THE SUCCESS OF THIS MEASURE

4    WILL SET A NATIONAL EXAMPLE FOR LOCAL CRIMINAL JUSTICE REFORM

5    EFFORTS, A FOCUS ON COMPASSION AND ACCOUNTABILITY FOR THE REST

6    OF THE COUNTRY. FINALLY I ASK THAT THE BOARD OF SUPERVISORS

7    OFFICIALLY ENDORSE OUR R.O.J., REFORM L.A. COUNTY JAILS

8    INITIATIVE.

9

10   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

11

12   **TIMOTHY TAYLOR:** MY NAME IS TIMOTHY TAYLOR. I'M AN

13   INTERNATIONAL MASTER OF CHESS AND WRITER/DIRECTOR OF FILM. I

14   HAVE NO CRIMINAL RECORD. MY CHILDREN WERE KIDNAPPED BY

15   D.C.F.S. COMPLETELY ILLEGALLY. THERE HAS BEEN NO POLICE

16   RESPONSE.

17

18   **SPEAKER:** SIR, YOU'RE OFF TOPIC.

19

20   **TIMOTHY TAYLOR:** I'M TALKING ABOUT ACCOUNTABILITY.

21

22   **SUP. HAHN, CHAIR:** YOU MIGHT WANT TO COME BACK DURING PUBLIC

23   COMMENT BECAUSE WE'RE TALKING SPECIFICALLY ABOUT ITEM 50-F.

24

1   **TIMOTHY TAYLOR:** THIS IS WHERE THEY PUT ME. I WAS PUT ON FOR

2   26, BUT THEY CALLED ME AT THIS TIME.

3

4   **SUP. HAHN, CHAIR:** OKAY. WELL, WE'RE GOING TO CALL YOU BACK UP

5   DURING PUBLIC COMMENT. THAT WOULD BE MORE APPROPRIATE. THANK

6   YOU. OKAY. NEXT SPEAKER, PLEASE.

7

8   **RED CHIEF HUNT:** YEAH, THE RED CHIEF HUNT. I AGREE WITH THE

9   INVESTIGATION, BUT IF THE SHERIFF DOESN'T AGREE WITH IT, AND

10  HIS PEOPLE DON'T AGREE WITH IT, SO YOU'RE FIGHTING AN

11  EVERLASTING BATTLE WHERE YOU GET NOTHING DONE. AND I SEEN THAT

12  DONE A LOT OF TIMES IN LAW ENFORCEMENT WHERE YOU GUYS ARE ON

13  ONE SIDE, YEAH, TRULY THE VIKINGS, A LONG-TIME GROUP WHO DID A

14  WHOLE BUNCH OF [EXPLETIVE] IN THE SHERIFF'S DEPARTMENT, BUT

15  YOU COULD NEVER BRING THAT UP INTO PEOPLE'S TRIALS AND THINGS

16  LIKE THAT, A LOT OF OFFICERS AND THINGS LIKE THAT, OR A LOT OF

17  THE DEPUTIES. BUT ON THE OTHER HAND, I TOTALLY AGREE WITH THE

18  INVESTIGATION, BUT I WANT TO KNOW HOW DO YOU BATTLE THAT

19  SITUATION WHERE YOU CAN ACTUALLY SUBPOENA THE PEOPLE TO TELL

20  THE TRUTH OR WHATEVER LIKE THAT WHEN THEY'RE LIKE THE 5,000

21  GANG OR THE 9100 GANG IN JAIL AND THINGS LIKE THAT. ALL THOSE

22  PEOPLE ARE RUNNING A CLIQUE, AND THEY'RE NOT GOING TO TELL

23  EACH OTHER, JUST LIKE ANY OTHER SECRET SOCIETY, YOU GOT TO BE

24  AWARE OF THAT. RESOLUTION IS GREAT, BUT I DON'T THINK YOU'LL

25  EVER SOLVE THE PROBLEM. THE RED CHIEF HUNT.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2    **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.  GO AHEAD.

3

4    **VICTOR TRUJILLO:** OH, GOOD AFTERNOON. HI, MY NAME IS VICTOR

5    TRUJILLO. I'M VERY, VERY, VERY INTERESTED IN THIS TALK. BEFORE

6    I COMPLAINED FOR SEVEN YEARS, I DIDN'T TELL ANYBODY, BUT WHAT

7    THE SHERIFFS DID, I ACTUALLY MADE COMPLAINTS WITH THE

8    SHERIFFS, COULDN'T FIRE NO SHERIFFS, COULDN'T FIRE NO DOCTORS.

9    BUT AT THE LANCASTER COURTHOUSE, I WAS A WITNESS TO THE

10   INFORMANT THAT WORKS WITH THE COURT SYSTEM THAT PUTS PEOPLE IN

11   JAIL. I'VE KNOWN ABOUT THIS, AND I'VE KNOWN THEY WERE GOING TO

12   TAKE MY PROPERTY. I HOPE FOR KATHLEEN BARGER TO LEAVE HER SEAT

13   LIKE SHE ALWAYS DOES.

14

15   **SPEAKER:** SIR, YOU'RE OFF TOPIC.

16

17   **VICTOR TRUJILLO:** THIS IS ABOUT THE TOPIC WITH THE SHERIFFS.

18   THE SHERIFFS REFUSED TO ASSIST ME WITH THE TAX IN JAIL. MARY

19   WICKHAM THREW AWAY MY REPORT. I'M GOING BRING IT BACK, AND I'M

20   GOING TO PUT A CLASS ACTION SUIT.

21

22   **SUP. HAHN, CHAIR:** SO ARE YOU SPEAKING IN FAVOR OF THE SUBPOENA

23   POWER?

24

25   **VICTOR TRUJILLO:** EXCUSE ME?

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2  **SUP. HAHN, CHAIR:** ARE YOU SPEAKING IN FAVOR OF GIVING SUBPOENA

3  POWER? YOU'VE GOT TO STICK TO THE ITEM. THANK YOU. NEXT

4  SPEAKER, PLEASE. DO YOU HAVE ANYMORE MEMBERS OF THE PUBLIC TO

5  CALL? OKAY, NEXT SPEAKER, PLEASE.

6

7  **WAYNE SPINDLER:** WICKED WICKHAM. SOMEBODY STARTED MY CLOCK A

8  LITTLE EARLY. CAN WE RESET IT?

9

10  **SUP. HAHN, CHAIR:** ALL RIGHT. LET'S START IT OVER.

11

12  **WAYNE SPINDLER:** YES. SO THE CONTINUAL HARASSMENT AND TORTURE

13  OF OUR DUALLY ELECTED SHERIFF CONTINUES. WHERE'S THE $63

14  MILLION? NOW, YOU STARTED HAMSTRINGING HIM, AND HE TELLS YOU

15  NO. NOW YOU WANT SUB-PONAHS. SUBPOENA IS LATIN FOR PENIS.

16  THAT'S WHAT YOU WANT TO GIVE THE SHERIFF'S DEPARTMENT.

17

18  **SUP. HAHN, CHAIR:** PLEASE REFRAIN FROM USING THAT LANGUAGE.

19

20  **WAYNE SPINDLER:** HOW ABOUT THE SHERIFF HAVING SUBPOENA POWER

21  POWER OVER YOU GUYS AT THE COUNTY BOARD OF SUPERVISORS.

22  RECIPROCAL BENEFITS. YOU CAN SUBPOENA THEM. THEY CAN SUBPOENA

23  YOU. NOW HOW ABOUT THAT? LET'S ASK WHAT JANICE HAHN SAYS ABOUT

24  THAT. NO! SEE? THAT'S RIGHT. YOU JUST WANT TO OVERTURN THE

25  LAWFUL ELECTION OF OUR DULY ELECTED SHERIFF WITH MORE OF YOUR

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   SCHEMING [EXPLETIVE]. THAT'S ALL THAT YOU DO IN THIS GUY. SO

2   VILLANUEVA, I SAY [EXPLETIVE] YOU.

3

4   **SUP. HAHN, CHAIR:** OKAY. NEXT SPEAKER, PLEASE. NEXT SPEAKER,

5   PLEASE. NEXT SPEAKER, PLEASE. I KNOW, DR. GENEVIEVE. ARE YOU

6   READY TO SPEAK? OKAY.

7

8   **HERMAN HERMAN:** YEAH, ALL THIS H.I.P.A.A. UNMEDICAL

9   CONFIDENTIALITY. WE TRULY NEED SUBPOENAS THAT GO BOTH WAYS. I

10  WON'T REFER TO THE PENIS OF A SUBPOENA, I'M TALKING ABOUT THE

11  MANY, MANY MEDICAL RECORDS.

12

13  **SUP. HAHN, CHAIR:** YOU GUYS ARE LIKE  EIGHTH GRADERS.

14

15  **HERMAN HERMAN:** I'M TALKING ABOUT ABOUT THE MANY, MANY MEDIAL

16  RECORDS TO WEIGHT IN ON THE SUBPOENA ACTION. SUBPOENA ACTION

17  HAS TO GO BOTH WAYS. IT'S LIKE A DUAL SWORD. AND BECAUSE THE

18  SHERIFF WAS ELECTED TO SUPPORT AND SPONSOR OUR WELL-BEING,

19  THEN IN THE SAME MANNER, YOU AS THE B.O.S. NEED TO RESPECT

20  THAT. IT'S CASE LAW. WE WANT THE 63 MILLION TO COME OUT OF THE

21  GENERAL FUND, REIMBURSE THE SHERIFFS, AND LET'S GET THIS

22  [EXPLETIVE] ROLLING.

23

24  **SUP. HAHN, CHAIR:** NEXT SPEAKER, PLEASE. OH WAIT, WE HAVE ONE

25  MORE TO CALL.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1

2    **CELIA ZAVALA, E.O.:** WOULD SHADY GRAY PLEASE COME FORWARD AND

3    STAFF WILL ASSIST YOU?

4

5    **SUP. HAHN, CHAIR:** NEXT SPEAKER, PLEASE.

6

7    **DR. GENEVIEVE CLAVREUL:** GOOD AFTERNOON, BOARD OF SUPERVISORS,

8    DR. GENEVIEVE CLAVREUL. I AM IN SUPPORT OF THIS MOTION. I

9    THINK ACCOUNTABILITY IS GREAT. BUT, YOU KNOW, SOMETIMES WHEN

10   YOU SUBPOENA, YOU MIGHT NOT GET WHAT YOU REALLY ALSO ASK

11   BECAUSE PEOPLE CAN, YOU KNOW, QUESTION IT AND SO ON AND SQUASH

12   IT. SO BUT I THINK IT WOULD BE IMPORTANT THAT THE B.O.S. AND

13   THE SHERIFF WORK WELL TOGETHER. I THINK THAT WOULD BE GREAT.

14   AND I HOPE THAT IN THE FUTURE WE HAVE BETTER COLLABORATION

15   BETWEEN THE SHERIFF AND THE BOARD. THANK YOU.

16

17   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

18

19   **SHADY GRAY:** MY NAME IS SHADY GRAY. MY ISSUE IS THE

20   ACCOUNTABILITY OF SHERIFFS NOT TAKING THE ACCOUNTABILITY OF

21   VICTIMS BEING ARRESTED, SUCH AS WOMEN AND MEN WHO ARE VICTIMS

22   OF DOMESTIC VIOLENCE. WE CALLED THE SHERIFF'S DEPARTMENT FOR

23   HELP, AND INSTEAD OF US GETTING THE HELP WE'RE SEEKING, WE ARE

24   ARRESTED, AND OUR CHILDREN ARE TAKEN BY D.C.F.S. INSTEAD OF

25   THE SHERIFFS TAKING ACCOUNTABILITY AND ADMITTING THAT THEY'RE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    FALSIFYING MANY ARREST REPORTS, THEY KIND OF BRUSH IT OFF. AND

2    THEY NEED TO STEP IN AND TAKE ACCOUNTABILITY OF THAT BECAUSE A

3    LOT OF US FAMILIES ARE NOW SUFFERING BECAUSE OUR CHILDREN ARE

4    TAKEN AWAY BY D.C.F.S. BECAUSE WE SOUGHT OUT HELP FOR D.V.

5    THROUGH THE SHERIFF'S DEPARTMENT. I DON'T HAVE CUSTODY OF MY

6    FOUR-YEAR-OLD ANYMORE WHO'S NOW PLACED WITH MY ABUSER BECAUSE

7    THE SHERIFF'S DEPARTMENT REFUSED TO HELP ME WHEN I CALLED FOR

8    HELP. THEY DIDN'T ANSWER -- THEY DIDN'T COME ON MY FIRST CALL.

9    THEY CAME WHEN I SENT MY FIVE-YEAR-OLD NEXT DOOR TO CALL THE

10   POLICE AFTER MY PHONE AND MY KEYS WERE TAKEN FROM ME, AND I'M

11   BEING CHOKED AND BEAT. THEY NEED TO TAKE ACCOUNTABILITY FOR

12   THAT.

13

14   **SUP. HAHN, CHAIR:** THANK YOU. THANK YOU. EXCUSE ME, CAN WE ASK

15   YOU WHAT DISTRICT YOU'RE FROM?

16

17   **SHADY GRAY:** LANCASTER IN PALMDALE.

18

19   **SUP. HAHN, CHAIR:** THANK YOU. I THINK SUPERVISOR BARGER'S GOING

20   TO HAVE SOMEBODY COME OUT AND TALK TO YOU.

21

22   **SHADY GRAY:** THANK YOU.

23

24   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

25



1   **DR. MELLO DESIRE:** CIVILIAN OVERSIGHT, THEIR PURPOSE WAS TO BE

2   AN OVERSIGHT. AND, HONESTLY, I DON'T SEE MUCH OF A DIFFERENCE,

3   ESPECIALLY WITH MY CASE THAT HAPPENED AT WOODCREST LIBRARY

4   WHERE IN JUNE I WAS ALMOST KILLED BY SHERIFF ORTIZ. SO

5   CIVILIAN OVERSIGHT COMMISSION, I'M SORRY, COMMITTEE, WERE THE

6   ONES THAT WERE SUPPOSED TO LOOK INTO THE CASE. AND BRITTA

7   STEINBRENNER AND THORN AND COMMANDER JOHNSON, NONE OF THEM

8   WERE STILL REPRIMANDED. NONE OF THEM WERE QUESTIONED AS TO WHY

9   THEY THOUGHT TAKING MY LIFE WAS THE ANSWER ON JUNE 1ST. NONE

10  OF THAT. SO THE POINT OF THE OVERSIGHT IS TO -- OVERSIGHT,

11  RIGHT? OKAY. I'M JUST SAYING IT'S NOT HAPPENING, RIGHT? THANK

12  YOU.

13

14  **SUP. HAHN, CHAIR:** THANK YOU. ARE THOSE ALL THE SPEAKERS FOR

15  THIS ITEM? OKAY. ITEM 50-F IS BEFORE US. MOVED BY SUPERVISOR

16  RIDLEY-THOMAS. SECONDED BY SUPERVISOR KUEHL. IF THERE IS NO

17  OBJECTIONS TO A UNANIMOUS VOTE, THAT WILL BE THE ORDER. NOW,

18  IT WOULD BE APPROPRIATE TO HEAR FROM MEMBERS OF THE PUBLIC WHO

19  HAVE REQUESTED TO ADDRESS THE BOARD ON THE FOLLOWING ITEMS NOT

20  HELD BY THE SUPERVISORS. DUE TO THE HOUR OF THE DAY, FOR US TO

21  BE ABLE TO GET TO THOSE WHO HAVE ALSO SIGNED UP FOR PUBLIC

22  COMMENT, THOSE MEMBERS OF THE PUBLIC WHO HAVE ONLY SIGNED UP

23  ON ONE ITEM, WE'RE GOING TO GIVE YOU ONE MINUTE. AND THOSE WHO

24  HAVE SIGNED UP FOR MULTIPLE ITEMS, WE'LL WILL BE ABLE TO SPEAK

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  TWO MINUTES. OKAY PLEASE CALL THE MEMBERS OF THE PUBLIC WHO

2  WOULD LIKE TO SPEAK DURING THIS TIME.

3

4  **CELIA ZAVALA, E.O.:** DR. GENEVIEVE CLAVREUL REQUESTED TO

5  ADDRESS THE BOARD ON 8, 20, 26, 28, 29, 30, 31, 32, 38, 50-B,

6  AND 50-C, 50-D. BILL KELLY ON ITEMS 8. MOREY WOLFSON ON ITEM

7  8. MADELINE DI GIORGI ON ITEM 8. LLOYD PERMILLION ON ITEM 43.

8  MIKE GREENSPAN ON ITEMS 4, 5, 8, 12, 14, 15, 17, 19, 20, 21,

9  22, 23, 24, 26, 27, 28, 30, 31, 32, 33, 34, 37, 38, 39, 47,

10  48, 53. ERIC PREVEN ON ITEMS 1-D, 3-D, 1, 4, 5, 6, 7, 8, 15,

11  17, 20, 21, 24, 25, 26, 27, 28, 31, 33, 34, 36, 42, 50 A, 50

12  B, 50 C, 50 D, 50 E, 50 G, 50 H, AND 50 I. ARNOLD SACHS ON ALL

13  REMAINING ITEMS. YVONNE AUTRY ON ITEMS 3-D, 3, 8, 9, 50, AND

14  50 G. KORIE SCHMIDT ON ITEMS 1 D, 2 D, 1, 3, 4, ON ALL

15  REMAINING ITEMS. AND RUBEN ARONIN ON ITEM 8. HERMAN HERMAN ON

16  ALL REMAINING ITEMS. SHADY GRAY ON ITEM 26. TRISH SOHN ON ITEM

17  26. JAMICA COOPER ON ITEM 26. KEM DAWSON ON ITEM 26. AND WE

18  STILL HAVE SOME MORE. TIMOTHY TAYLOR ON ITEMS 12, 21, 22, AND

19  29. CHRISTINA ALVAREZ ON ITEM 26. WAYNE SPINDLER ON ALL

20  REMAINING ITEMS. CARMEN SHELLY ON ITEM 4. KEN DAWSON ON ITEM

21  26. WES REUTIMANN 2-D, 8. MICHAEL HUNT ON ITEMS 3-D, 50-G. AND

22  THAT SHOULD DO IT.

23

24  **SUP. HAHN, CHAIR:** OKAY. GO AHEAD. NEXT SPEAKER, PLEASE.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **ERIC PREVEN:** IT'S ERIC PREVEN. THERE'S SOMETHING VERY WEIRD

2    GOING ON BECAUSE THERE'S FEWER PEOPLE HERE THAT WERE JUST

3    CALLED OFF, F.Y.I. I THINK THAT'S CLEAR. BUT ITEM 20 IS VERY,

4    VERY CLEAR. WE'VE GOT A HOMELESS CRISIS, HASHTAG NATIONAL

5    DISGRACE. NOW, THE APPROPRIATE THING TO DO WHEN YOU'RE HAVING

6    A HOMELESSNESS CRISIS IS TO BOOK THE MILLENIUM BILTMORE FOR 55

7    GRAND TO HAVE A CONFERENCE. THAT'S OBVIOUSLY THE ONLY WAY TO

8    GO BECAUSE I THINK THAT THE PUBLIC FEELS THAT THE PEOPLE WHO

9    DO THE HARD LINE WORK, BOOTS ON THE GROUND EVERY SINGLE DAY,

10   DESERVE TO GO THE PLACE WHERE MR. RIDLEY-THOMAS PRAISED THE

11   L.A. PRESS CLUB REPEATEDLY. AND THEN WE ASKED MARY WICKHAM AND

12   LARRY HAIFITZ, HEY, WHO PAID FOR HIS FULL PAGE AD OVER THERE?

13   AND THEY SAID WE DON'T HAVE ANY RECORDS TO THAT EFFECT, WHICH

14   RAISES THE QUESTION MAYBE CHRISTINA VILLACOURT COULD ANSWER?

15   BECAUSE THE PUBLIC JUST WANTS TO KNOW. IT'S NOT LIKE A

16   STINGER. IT'S JUST A QUESTION. WHO COMES UP WITH MONEY FOR THE

17   COUNTY BOARD OF SUPERVISORS AND THEN DOESN'T SAY A WORD? WE

18   WANT TO KNOW BECAUSE WE DON'T KNOW WHO'S INFLUENCING HIM ON

19   THAT STUFF. NOW BIO L.A. IS A GREAT IDEA. IT'S AN INCUBATOR.

20   WE LOVE INCUBATORS BECAUSE WE INCUBATE, BUT WHAT WE'RE

21   INCUBATING IS WE'RE GIVING THEM A FREE BUILDING WITH $4

22   MILLION WORTH OF MAKEUP AND FIX IT UP AND ALL SORTS OF GREAT

23   WORK. AND THEY DON'T HAVE TO PAY ANY MONEY AT ALL. PLUS FIVE

24   YEARS. PLUS FIVE YEARS. PLUS FIVE YEARS. I DON'T KNOW. THAT

25   JUST SEEMS LIKE A CUSHY DEAL. IS THAT APPROPRIATE USE OF

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   PUBLIC FUNDS? NOW, YOU KNOW, I WANT TO JUST THANK JOHN NAIMO

2   BECAUSE NAIMO WAS THE FORMER AUDITOR-CONTROLLER, AND TODAY --

3   HE'S SHOOTED OVER TO MEASURE H. TO BE THE OVERSEER OF THE

4   MONEY EVEN THOUGH HE COOKED THE INITIAL BOOKS. BUT AND I WANT

5   TO THANK MIGUEL SANTANA BECAUSE HE DID THE SAME THING OVER AT

6   CITY HALL FOR H.H.H. THESE ARE THE GUYS WHO COME IN AND KIND

7   OF SIT ON THE COMMISSIONS. AND TODAY WE HAD A CHANCE TO HEAR

8   FROM THE YOUNG COMMISSIONERS WHO ARE GOING TO BE PEOPLE WHO

9   ARE GOING TO BRING US SOME TRUTH TO POWER EXCEPT FOR THAT THEY

10  WERE APPOINTED BY THE POWER. SO THERE IS THE LITTLE WRINKLE.

11  WE WANT TO HAVE PEOPLE WHO WILL SPEAK TRUTH TO POWER WHO WILL

12  NOT CURRY FAVOR WITH POWER. NOW CURRYING FAVOR, I DON'T WANT

13  TO SAY ANYTHING WRONG ABOUT IVETTE ALE OR EUNISSES HERNANDEZ,

14  BUT THEY ARE NOW ON THE COMMISSION. THESE ARE THE PEOPLE WHO

15  WERE FIGHTING.

16

17  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

18

19  **MOREY WOLFSON:** HELLO.

20

21  **SUP. HAHN, CHAIR:** HELLO.

22

23  **MOREY WOLFSON:** MY NAME IS MOREY WOLFSON. I'M FROM PASADENA,

24  CALIFORNIA. AND I WANT TO ADDRESS ITEM 8 REGARDING SINGLE USE

25  PLASTICS. AND I WANT TO APPLAUD THE BOARD OF SUPERVISORS AND

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   PARTICULARLY THE COMMISSIONERS THAT HAVE SPONSORED THAT

2   MOTION. I'VE BEEN INVOLVED WITH THIS TOPIC FOR A LONG TIME.

3   AND I WANTED TO LET YOU KNOW THAT PASADENA IN 2016 PASSED AN

4   ORDINANCE TO DO A LOT OF WHAT YOU ARE TALKING ABOUT. I SUPPORT

5   YOUR MOTION, BUT I WOULD RECOMMEND THAT YOU CONSIDER TWO

6   AMENDMENTS. ONE IS THAT I SEE THAT YOU HAVE NOT PUT A DEADLINE

7   ON THE STAKEHOLDER PROCESS. YOU HAVE A DEADLINE ON THE

8   U.C.L.A. BUT NOT ON THE STAKEHOLDER PROCESS. AND, SECONDLY, I

9   DO THINK THAT WITH 120 CITIES ACROSS THE STATE OF CALIFORNIA

10  THAT HAVE ALREADY BANNED POLYSTYRENE THAT TO GO AND THROW

11  POLYSTYRENE RIGHT INTO THAT STUDY IS UNNECESSARY. BUT

12  BASICALLY, I AM HERE TO SAY THANK YOU VERY MUCH. I APPRECIATE

13  YOUR WORK ON THIS TOPIC.

14

15  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

16

17  **MADELINE DI GIORGI:** SORRY, GIVE ME ONE SECOND. GOOD AFTERNOON,

18  MADAM CHAIR AND MEMBERS OF THE BOARD. MY NAME IS MADELINE DI

19  GIORGI, AND I SERVE AS CHAIR ON THE NATURAL RESOURCES AND

20  ENVIRONMENTAL COMMISSION FOR THE CITY OF SOUTH PASADENA,

21  FOUNDER OF TRANSITION SOUTH PASADENA, AND COMMUNITY LEADER

22  FROM GREENPEACE SAN GABRIEL VALLEY. I WILL DISCUSS WHAT OUR

23  COMMISSION IS DOING, BUT I AM NOT HERE AS A REPRESENTATIVE OF

24  THE CITY ONLY AS AN INDIVIDUAL. I SUPPORT THE MOTION TO LIMIT

25  SINGLE USE PLASTICS IN LOS ANGELES COUNTY. OUR COMMISSION HAS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    JUST PASSED A GREEN ACTION PLAN WHICH INCLUDES MANY MEASURES

2    TO ADDRESS THE PLASTICS IN SOUTH PASADENA WHICH I HOPE WILL

3    ALSO HAPPEN FOR OUR COUNTY SO WE CAN SERVE AS AN EXAMPLE FOR

4    OTHER COMMUNITIES ACROSS THE NATION AND ABROAD. THE WORLD IS

5    LOOKING TO US RIGHT NOW TO FACE CLIMATE CHANGE AND MAKE A

6    DIFFERENCE IN THE LIVES OF OUR YOUTH. WE PRIDE OURSELVES IN

7    THE GREATER LOS ANGELES AREA FOR BEING INNOVATORS, FORWARD

8    THINKING, AND PIONEERS IN POLICY. LET'S FOCUS ON WHAT REALLY

9    MATTERS AND TAKE THE NECESSARY STEPS TOWARD A HEALTHY AND

10   SUSTAINABLE FUTURE. NOW IS T TIME FOR ACTION. THANK YOU FOR

11   YOUR TIME AND THANK YOU FOR CARING ABOUT OUR FUTURE.

12

13   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

14

15   **LLOYD PERMILLION:** BOARD OF SUPERVISORS, MY NAME IS LLOYD

16   PERMILLION, EMPLOYEE NUMBER 191541. I AM HERE TO VOICE

17   OBJECTION TO AND ASK YOU TO POSTPONE THE VOTE ON COUNTY CODE

18   TITLE 6 SALARIES AMENDMENT SECTION 15, SECTION 16 WHICH IN

19   EFFECT IS A DEMOTION AND CHANGES MY RESPONSIBILITIES AS

20   INFORMATION SUPPORT ANALYST 2 TO THE ITEM OF THE LOWER CLASS

21   COMMUNICATIONS DESIGN TECHNICIAN, WHICH IS REFLECTED IN THE

22   DIFFERENCE OF PAY. MY QUESTION IS WHY AM I BEING TREATED UP

23   FAIRLY? THE DIRECTOR AND DEPUTY DIRECTOR OF I.S.D. ARE WELL

24   AWARE OF MY SITUATION AS IT HAS BEEN BROUGHT TO THEIR

25   ATTENTION ON VARIOUS OCCASIONS. YET THIS ACT OF RETALIATION

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   AND BULLYING IS ALLOWED TO GO FORWARD. SINCE I HAVE YET TO

2   RECEIVE AND SEEMS I WILL NEVER RECEIVE FAIR TREATMENT FROM

3   INTERNAL SERVICES DEPARTMENT WOULD I LIKE YOU TO INVESTIGATE

4   WHY I'M BEING TREATED THIS WAY. I'M LEAVING THIS PACKAGE FOR

5   YOUR --

6

7   **SUP. HAHN, CHAIR:** SIR, CAN YOU TELL US WHERE YOU LIVE?

8

9   **LLOYD PERMILLION:** I LIVE IN SUPERVISOR BARGER'S DISTRICT,

10  ANTELOPE VALLEY.

11

12  **SUP. HAHN, CHAIR:** SHE'S GOING TO HAVE SOMEBODY AN COME OUT,

13  MAYBE, AND TALK TO YOU ON THE FRONT ROW.

14

15  **LLOYD PERMILLION:** THANK YOU VERY MUCH.

16

17  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

18

19  **DR. GENEVIEVE CLAVREUL:** YES, GOOD AFTERNOON, BOARD OF

20  SUPERVISORS, DR. GENEVIEVE CLAVREUL. I'M GOING TO FOCUS ON

21  ITEM 28 AND 29. 28 WAS THE REPORT ABOUT THE HEALTH AGENCY

22  INTEGRATION. AND DR. GHALY DOES NOT HAVE THE RIGHT TO REMOVE

23  IT FROM THE BOARD. DR. SHERIN AND DR. FERRER ARE EQUAL TO DR.

24  GHALY AND HAVE THE SAME RIGHT. AND IT IS TOTALLY INAPPROPRIATE

25  FOR HER TO HAVE REMOVED IT FROM THE BOARD. AND I HOPE THAT YOU

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  WILL GIVE RESPECT TO DR. SHERIN AND FERRER AND GIVE HER THE

2  SAME OPPORTUNITY TO DEAL WITH THAT ISSUE. DR. GHALY HAS BEEN

3  DISRESPECTFUL TO SOME OF THE SUPERVISORS. AND SHE MUST THINK

4  SHE'S GOD NOW TO REMOVE THAT FROM THE BOARD. AND I'M TOTALLY

5  APPALLED FROM THIS. AND ALSO ITEM 29, IT WAS NOT FOR HER TO

6  GIVE YOU A REPORT ON THE HEALTH AGENCY INTEGRATION. AND THAT'S

7  NOT -- WHAT SHE GIVE WAS NOT A REPORT ON THE HEALTH

8  INTEGRATION. AND I'M PRETTY SAD TO SEE THAT AN INDIVIDUAL WHO

9  IS IN CHARGE TO BE SO HONEST AS A PHYSICIAN WHERE THEIR WORDS

10  ARE REALLY SO IMPORTANT FOR THE CARE OF PEOPLE IS ALLOWED TO

11  DO THAT BEHAVIOR. PLEASE BRING THAT ITEM BACK TO THE BOARD.

12  SHE HAS ABSOLUTELY NO LEGAL RIGHT TO REMOVE IT. THANK YOU.

13

14  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

15

16  **MIKE GREENSPAN:** MIKE GREENSPAN. 6 AND 1 FLORIDA GATOR,

17  U.C.L.A. YOU DON'T. I'M A RECYCLING HOBBYIST. SO NUMBER 8 IS

18  SPECIAL TO ME. YOU SEE THIS BAG FROM FOOD FOR LESS? LOOK WHAT

19  IT'S GOT? A LOT OF IT IS PLASTIC. PLASTIC BEVERAGE CONTAINERS

20  ARE PROBABLY THE TOP THING, AND THOSE BAGS ARE VERY HELPFUL IN

21  PICKING THEM UP. WHY WE WOULD BAN THEM, I DON'T KNOW. AND IT

22  WOULD BE NICE IF THEY'D QUIT THROWING THE WATER BOTTLES IN THE

23  TRASH CAN HERE. YOU LIBERALS ARE PROBABLY SOME OF THE WORST

24  CARBON FOOTPRINT PEOPLE AROUND WHEN IT COMES TO THROWING WATER

25  BOTTLES AWAY THAT ARE PLASTIC. YOU, HOLLYWOOD, MANY OTHERS. SO

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   IT'S JUST A PET PEEVE ISSUE OF MINE. NOW, LET'S ALSO GO TO

2   NUMBER 12, EXCHANGE OF REAL PROPERTIES BETWEEN THE COUNTY AND

3   THE CITY OF LA MIRADA. GOOD OLD LA MIRADA HAS THE HIGHEST

4   STATE SALES TAX RATE. I DEFINITELY HAD TO INCLUDE THAT. NOW,

5   14, CATCH A WAVE, DUDE. NOW THE PROBATION DEPARTMENT'S

6   SOFTBALL TOURNAMENT FEE WAIVER ON 15, I HOPE THEY ARE BETTER

7   BEHAVED THAN THE VALLEY CHRISTIAN ATHLETIC LEAGUE THAT CHEATED

8   WITH CITY LEAGUE PLAYERS, CORNERSTONE CHRISTIAN CHURCH. I

9   REALLY HOPE THE PROBATION DEPARTMENT'S BETTER ESPECIALLY SINCE

10  WE'RE MAKING CONTROVERSIES OUT OF THE SHERIFF. I NEVER KNOW

11  WHAT TO EXPECT NEXT. NOW, ITEMS 21, 22, 23, 24, 26, 27,

12  UNIONIZE THE SYNAGOGUES. THEY CAN AFFORD IT. CAN WE AFFORD IT?

13  I KNOW YOU'RE TAKING US ON A BLOOMINGDALE'S SPENDING SPREE

14  WITH OUR MONEY, SO IT WOULD BE NICE IF WE COULD HAVE THINGS

15  THAT WE COULD AFFORD INSTEAD OF SPENDING LIKE THERE'S NO

16  TOMORROW. OTHERWISE, WE'LL LOSE OUR GREAT RATING ON WALL

17  STREET BY SPENDING, AND WE'LL BE TALKING ABOUT BANKRUPTCY LIKE

18  OUR NEIGHBORS DOWN THE ROAD, CITY OF L.A. AND WHAT COULD I SAY

19  ABOUT THE FOOTBALL? IT SUCKS.

20

21  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE. WHO'S NEXT?

22  WAIT, LET'S NOT START THAT. WHO'S NEXT? OKAY. ARNOLD, YOU'RE

23  NEXT.

24

25  **ARNOLD SACHS:** I'M WRITING SOMETHING.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2  **SUP. HAHN, CHAIR:** SOMEBODY ELSE. OKAY. YOU GO AHEAD. ALL

3  RIGHT.

4

5  **TIMOTHY TAYLOR:** MY NAME'S TIMOTHY TAYLOR AS I ALREADY SAID. MY

6  CHILDREN WERE KIDNAPPED BY D.C.F.S. ON MARCH 5TH, 2018. NO

7  WITNESSES EVER TESTIFIED AGAINST ME. NO EVIDENCE WAS EVER

8  PRESENTED AGAINST ME. MY SON, KENNEDY, WAS ALMOST KILLED THREE

9  TIMES. I HAVE REPORTED ALL THIS TO THE BOARD OF SUPERVISORS.

10  IT HAS BECOME ABSOLUTELY CLEAR THAT THE SOLE REASON MY

11  CHILDREN WERE KIDNAPPED WAS TO SHIP THEM TO A PORN SITE IN

12  OHIO. D.C.F.S. HAS REPORTEDLY -- REPEATEDLY TRIED TO DO THIS

13  OVER MY EXTREMELY STRENUOUS OBJECTIONS. MY CHILDREN WERE

14  HOUSED WITH A VIOLENT RACIST FOR ABOUT A YEAR. AND MY SON,

15  KENNEDY, THIS IS ONE OF THE TIMES HE WAS INJURED, WAS BITTEN

16  BY A VICIOUS DOG AND THEN LATER ON BITTEN BY A DIFFERENT

17  VICIOUS DOG. NONE OF THAT, OF COURSE, EVER HAPPENED UNDER MY

18  CARE. THE CHILDREN ARE NOW HOUSED WITH A CHILD MURDERER. THIS

19  WOMAN HAS HAD NINE PREVIOUS CHILDREN, ALL OF WHOM ARE DEAD.

20  AND SHE HAS ADMITTED TO KILLING CHILDREN WITH HER OWN HANDS.

21  ALL THIS HAS BEEN GIVEN IN UNQUESTIONED TESTIMONY IN

22  CHILDREN'S COURT AND WHERE IT WAS IGNORED. MY CHILDREN ARE IN

23  A SITUATION OF TERRIBLE DANGER. THEY COULD BE KILLED AT ANY

24  MOMENT. THE SOLE REASON D.C.F.S. GAVE THE KIDS TO THIS WOMAN

25  WAS BECAUSE SHE AGREED TO TRAFFIC THE KIDS TO THE PORN SITE.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    THIS IS IN THE COURT RECORDS, AND I CAN SHOW YOU. SO I AM

2    ASKING THE BOARD OF SUPERVISORS TO SAVE MY CHILDREN. THANK

3    YOU.

4

5    **SUP. HAHN, CHAIR:** THANK YOU. IS THERE SOMEBODY HERE FROM

6    D.C.F.S. THAT COULD SPEAK WITH THIS GENTLEMAN? YES, THERE IS.

7    YOU'RE SAYING YES TO ME. YES. OKAY, THANK YOU. NEXT SPEAKER,

8    PLEASE.

9

10   **ARNOLD SACHS:** YES, THANK YOU, GOOD AFTERNOON. ARNOLD SACHS.

11   AND I, TOO, AM CONCERNED ABOUT THE BIO L.A. YOU KNOW, THAT'S

12   REALLY A BAD INVESTMENT. 20 YEARS OF FREE PROPERTY. AND BY THE

13   WAY, WHY IS THE COUNTY INVESTING IN BUSINESSES IN THE FIRST

14   PLACE? ISN'T THE COUNTY'S JOB TO INVEST IN THE PUBLIC? I MEAN,

15   THE POPULATION THAT VOTES, NOT THE PUBLIC THAT ACTUALLY WORKS

16   FOR THE COUNTY BECAUSE THAT'S PART OF THE PUBLIC, TOO. BUT

17   SHOULDN'T THE COUNTY BE INVESTING IN THINGS THAT MAKE THE

18   MAJORITY OF THE PUBLIC WHOLE OR BETTER OR DO SOMETHING? DO

19   SOMETHING ABOUT THE TRAFFIC. YOU KNOW, THE BOARD MEETING OF

20   8/11/15 THAT WAS ON YOUR AGENDA, I REMEMBER THAT. I HAD SOME

21   MINUTES FROM THAT. THEY HAD AN UPDATE ON THE SPICE OVERDOSE.

22

23   **ATTORNEY:** MR. SACHS, WHICH ITEM ARE YOU ON?

24



1   **ARNOLD SACHS:** IT'S ON AN ITEM 38. IT'S ON ONE OF THE ITEMS

2   THAT WERE ON THE AGENDA. YOU SHOULD READ THE AGENDA, BY THE

3   WAY. HEALTH SERVICES, THE HEALTH ACT, THE L.A. CARES, BY THE

4   WAY, HOW MANY PEOPLE ARE ENROLLED IN L.A. CARES? THAT'S A BAD

5   INVESTMENT, BY THE WAY. MY L.A.? THAT'S THE NONPROFIT THAT

6   OWNS L.A. CARES AND HEALTH NET. BAD IDEA GIVING THAT AWAY. SO

7   IF YOU'RE INVESTED, IF YOUR FUNDS ARE INVESTED IN THAT

8   HEALTHCARE THING, PULL THEM OUT BECAUSE MY L.A. IS THE ONE

9   THAT'S MAKING -- AND BY THE WAY, AT 1,000 A HEAD, 50,000

10  PEOPLE PROBABLY ENROLLED, $50 MILLION A MONTH? $600 MILLION A

11  YEAR. AND THE COUNTY'S NOT GETTING A DIME. DAMN, THAT'S NOT A

12  BAD WAY TO MAKE A LIVING, IS IT MR. RIDLEY-THOMAS? OH,

13  DEVELOPMENTS THAT ARE DONE IN PHASES, BY THE WAY, MEANS NO

14  UPGRADES TO THE INFRASTRUCTURE. SO IF YOU HAVE A DEVELOPMENT

15  THAT'S PHASE ONE, PHASE TWO, PHASE THREE, AND YET OPPORTUNITY

16  ZONES, ECONOMIC ZONES, AND WHAT ABOUT THE C.C.A.? HOW COME

17  REDONDO BEACH ENDED UP AS AN OPPORTUNITY ZONE WHEN FLORENCE IS

18  NOTHING?

19

20  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

21

22  **ARNOLD SACHS:** HUH? C.C.A.?

23

24  **TAMARA:** MY NAME IS TAMARA, I'VE BEEN FIGHTING WITH D.C.F.S. TO

25  GET MY DAUGHTER BACK. SHE WAS REMOVED FROM MY CARE IN 2016. MY

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  ABUSIVE EX-HUSBAND RAILROADED ME WHEN HE GOT OUT OF JAIL AND

2  (INAUDIBLE) ON ME TO GET A RESTRAINING ORDER WHICH THEY

3  GRANTED. ON TOP OF THAT, THEY REMOVED HER FROM MY HOME. I WAS

4  UP AGAINST THE WALL, I DIDN'T HAVE NO WHERE TO GO TO. I'M A

5  DOMESTIC VIOLENCE VICTIM. MY THREE EX'S, INCLUDING MY EX-

6  HUSBAND, WHO CAME IN AFTER ME TO TRY AND GET MY DAUGHTER. IN

7  THE MIDDLE OF THAT, THEY'RE USING HIS RESTRAINING ORDER ON ME

8  AGAINST ME. I DON'T HAVE A CRIMINAL RECORD. HE HAS A 16-PAGE

9  CRIMINAL RECORD. HE IS BEING IN AND OUT OF PRISON, HAD A GANG

10  AFFILIATION, AND EVERYTHING ELSE. HE GOT DOMESTIC VIOLENCE. I

11  DON'T HAVE A CRIMINAL RECORD. I GO TO SCHOOL. I WORK THREE

12  JOBS TO SUPPORT ME AND MY DAUGHTER. SHE'S BEEN OUT OF MY HOME

13  SINCE 2017. I WOULD REALLY APPRECIATE IT IF YOU WOULD HELP ME

14  GET MY DAUGHTER BACK. I'VE BEEN FIGHTING FOR THREE YEARS OF

15  CUSTODY. I HAD FULL CUSTODY WHEN I DIVORCED HIM NOT KNOWING HE

16  WAS GOING TO COME BACK AND RETALIATE. NOBODY'S HELPING ME DO

17  ANYTHING OR SAY ANYTHING ABOUT IT. AND I FEEL THAT'S AN

18  INJUSTICE.

19

20  **SPEAKER:** MA'AM, THIS IS MORE APPROPRIATE FOR PUBLIC COMMENT.

21

22  **TAMARA:** THIS IS REGARDING 26.

23

24  **SUP. HAHN, CHAIR:** I MEAN IT'S CLEARLY A PROBLEM, AND YOU'RE

25  HERE. WHERE DO YOU LIVE?

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2  **TAMARA:** I LIVE IN CULVER CITY.

3

4  **SUP. HAHN, CHAIR:** OKAY. WELL, MAYBE SOMEONE FROM THE SECOND

5  DISTRICT COULD -- ?

6

7  **TAMARA:** THE OFFICES IN LA HACIENDA WILSHIRE. D.C..F.S. OFFICE.

8

9  **SUP. HAHN, CHAIR:** IS THAT THIRD? IS THAT MARK'S DISTRICT?

10  CULVER CITY IS MARK. OKAY, COULD MAYBE SOMEBODY GO DOWN AND

11  SEE? THANKS. SOMEONE WILL MEET YOU DOWN ON THE FRONT ROW AND

12  SEE IF WE CAN HELP YOU SORT IT OUT.

13

14  **TAMARA:** THANK YOU.

15

16  **SUP. HAHN, CHAIR:** NEXT SPEAKER, PLEASE.

17

18  **SPEAKER:** YES, JUST TO CLARIFY, I'M SPEAKING ON 26 AND THEN IN

19  PUBLIC COMMENT. SO IN REGARDS TO ITEM 26, I WANT TO KNOW HOW

20  THE NEW SYSTEM IS PROVIDING MORE ACCURATE INFO. THE SHERIFF'S

21  DEPARTMENT DOING THEIR JOB CALLED IN A CHILD ENDANGERMENT CALL

22  FROM THE POLICE REPORT. IT CONTAINS THE CHILDREN AND SERVICES

23  OFFICER THAT HE SPOKE WITH DIRECTLY. UNFORTUNATELY, THIS

24  INFORMATION WAS NOT AVAILABLE TO THE DEPARTMENT OF CHILDREN

25  AND FAMILY SERVICES. THE LANCASTER OFFICE HAD NO RECORD OF

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THIS CALL BY THE POLICE DEPARTMENT. THE INEPTNESS OF THIS LEFT

2   MY DAUGHTER IN A VERY DANGEROUS SITUATION. SO I WOULD LIKE TO

3   KNOW HOW THE NEW SYSTEM IS GOING TO ASSESS IN PREVENTING

4   CHILDREN ABDUCTED TO DANGER WHEN OTHER OFFICERS OR DEPARTMENTS

5   ARE MAKING IN CALLS. AND WHO IS ACCOUNTABLE FOR THIS? IS IT

6   THE MAN OR THE MACHINE? NOW, IN REGARDS TO MY PUBLIC

7   STATEMENT, IN JANUARY 2018, A REPORT WAS MADE TO THE POLICE

8   DEPARTMENT REGARDING MY SIX-YEAR-OLD DAUGHTER SAYING SHE WOKE

9   UP TO A GUN ON HER LEGS WHILE SHE WAS IN A COURT ORDERED --

10

11  **SUP. HAHN, CHAIR:** THANK YOU. WOULD YOU LIKE TO TURN THAT IN?

12

13  **SPEAKER:** THAT WAS TWO MINUTES?

14

15  **SUP. HAHN, CHAIR:** YES. YOU CAN COME BACK DURING PUBLIC

16  COMMENT, IF YOU'D LIKE ANOTHER MINUTE.

17

18  **SPEAKER:** OKAY. I THOUGHT I WAS I WAS CALLED UP AT THE SAME

19  TIME FOR BOTH COMMENTS.

20

21  **SUP. HAHN, CHAIR:** NO. NEXT SPEAKER, PLEASE.

22

23  **KORIE SCHMIDT:** KORIE SCHMIDT FOR THE RECORD. OKAY. SO, WHAT IS

24  THIS [EXPLETIVE] WITH THE CHILD PROTECTIVE SERVICES? WHAT IS

25  THAT ABOUT? THIS IS YOU GUYS' DEPARTMENT.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2   **SUP. HAHN, CHAIR:** SPEAK TO AN ITEM.

3

4   **KORIE SCHMIDT:** OKAY, SO WE'RE TALKING ABOUT THESE, OKAY, SO

5   THERE'S A BUNCH OF LEASES ON THE AGENDA TODAY. BIO SCIENCE,

6   THE D.A., EVEN THIS PLACE. KIND OF CRAZY THAT THEY'RE ALL

7   COMING UP. I'M NOT SURE WHAT ANYBODY THINKS ABOUT THOSE. BUT

8   IT BRINGS UP, LET'S TALK ABOUT ANOTHER THING I SEE A LOT OF

9   MURDER STUFF, REWARDS AND I SAW IT AT ANOTHER MEETING EARLIER,

10  AS WELL. SO, I MEAN, I UNDERSTAND THE REASONING BEHIND WANTING

11  A QUICK RESPONSE ARMORED VEHICLE, YOU KNOW. THAT MAKES SENSE.

12  BUT THEN IT ALSO MAKES ME QUESTION BECAUSE WE'RE TALKING ABOUT

13  SALARIES, TOO. HERE, OTHER PLACES, AS WELL. AND WE'RE LEVYING

14  TAXES IN LIKE THE HUNDREDS OF MILLIONS OF DOLLARS FOR THESE

15  SCHOOL DISTRICTS. AND, YOU KNOW, I'M LOOKING AT L.A. COMMUNITY

16  COLLEGE IS GETTING 300, AND THEN THEY'RE GETTING 250 MILLION,

17  TWO SEPARATE THINGS. AND I'M JUST LIKE WOW, IT'S CRAZY. AND

18  I'M LOOKING AND SANTA MONICA IS ASKING FOR 115 MILLION. BUT I

19  ALSO HEARD THAT THEY'RE ASKING FOR FEES TO PARTICIPATE IN

20  SCHOOL WHICH ISN'T REALLY LEGAL. SO I THINK THAT MIGHT BE WHY

21  THEY'RE ASKING FOR MONEY EVEN THOUGH THEY'RE BLOWING DOWN THE

22  ENTIRE SCHOOL AT THE MOMENT. I DON'T UNDERSTAND WHAT'S GOING

23  ON. BUT I GUESS YOU MIGHT WANT TO GET THE BARGAINING UNITS OUT

24  BECAUSE I'M GOING TO HIT THIS [EXPLETIVE] OUT OF THE PARK WHEN

25  THE SOFTBALL TOURNAMENT COMES UP. SO, I WANT TO CONCLUDE A

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    LITTLE BIT ON THE SADDLE RIDGE FIRE AND JUST WANT TO -- I JUST

2    DON'T UNDERSTAND WHY NO ONE HAS TAKEN ME SERIOUSLY ON THIS

3    WHOLE 5G THING. THERE'S NO PROTECTIONS. EVERYBODY KEEPS

4    PASSING IT. I SEE IT HERE. I SEE IT AT OTHER MEETINGS, AND

5    THEY'RE JUST ROLLING IT OUT, JUST ROLLING OUT THE NEW

6    TECHNOLOGY. AND IT'S COOKING PEOPLE. IT'S COOKING ME. IT'S

7    COOKING, I MEAN, LOOK, WE GOT FIRES ALL OVER THE CITY, MAN. WE

8    NEED SOME PROTECTIONS.

9

10   **SUP. HAHN, CHAIR:** THANK YOU, MR. SCHMIDT. NEXT SPEAKER,

11   PLEASE.

12

13   **KEM DAWSON:** MY NAME IS KEM DAWSON. ACTUALLY I'M SPEAKING ON

14   BEHALF OF ITEM 26 WITH REGARDS TO THE DEPARTMENT OF CHILDREN

15   AND FAMILY SERVICES AND HOW THEY NEED TO BE HELD ACCOUNTABLE

16   FOR DISCREPANCIES IN THEIR OWN FILES AND THEIR OWN STATEMENTS

17   THAT THEY MAKE. TWO YEARS AGO, MY BROTHER UNFORTUNATELY HAD A

18   BABY WHO WAS BORN AN ADDICT. BOTH HIM AND HIS GIRLFRIEND WERE

19   ADDICTED TO METH. THE BABY WAS JUSTLY REMOVED FOR HER OWN

20   SAFETY. BUT THE DEPARTMENT DID NOT ALLOW ANY OF THE IMMEDIATE

21   FAMILY MEMBERS TO FIGHT FOR CUSTODY AND SHE WAS PLACED UP FOR

22   ADOPTION. DISCREPANCIES IN THEIR FILE, THEY CLAIM THAT THEY

23   WENT TO THE IMMEDIATE FAMILY, AND WE REFUSED CUSTODY, WHICH

24   WAS A LIE. ANOTHER DISCREPANCY IN THE FILE CLAIMED THAT THEY

25   TRIED TO CALL IMMEDIATE FAMILY FOR CUSTODY, AND NO ONE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    RESPONDED. FINALLY, THERE WAS A STATEMENT IN THE FILE FROM MY

2    BROTHER'S GIRLFRIEND SAYING THAT SHE AGREED TO GIVE UP HER

3    PARENTAL RIGHTS AND ALLOW THE FOSTER PARENTS TO ADOPT IF THEY

4    DID NOT GIVE CUSTODY TO THE DAD'S BIOLOGICAL FAMILY.

5

6    **SUP. HAHN, CHAIR:** THANK YOU. YES, WE NEED TO CALL SOME MORE

7    PEOPLE UP.

8

9    **CELIA ZAVALA, E.O.:** WOULD MELLO DESIRE PLEASE COME FORWARD?

10   SHE'S REQUESTED TO ADDRESS THE BOARD ON ITEMS 3 D, 1, 4, 5, 6,

11   8, 9, 12, 13, 14, 16, 22, 23, 29, 31, 32, 36, 38, 44, 47, 49,

12   50 D, AND 50 G. KAREEM SALE ITEMS 4, AND C BAYLOU ON ITEM 50-

13   A.

14

15   **SHADY GRAY:** MY NAME IS SHADY GRAY AS I STATED BEFORE. I'M HERE

16   ON ITEM 26. BEFORE AMENDING ANY CONTRACTS, I BELIEVE ALL

17   D.C.F.S. EMPLOYEES NEED TO BE SUBJECT TO RETRAINING AS WELL AS

18   THEY NEED TO GET SOME NEW SUPERVISORS IN THERE. AND TO BE

19   HONEST, IN LANCASTER AND PALMDALE, WE'RE MISSING FOUR VERY

20   IMPORTANT D.C.F.S. WORKERS, C.S.W.S 1, 2 AND 3, SUPERVISORS OF

21   THEM, AND SUPERVISORS ABOVE THEM. I ALSO BELIEVE THAT THEY

22   NEED TO BE HELD ACCOUNTABLE FOR FALSELY REMOVING CHILDREN.

23   THERE'S MANY CHILDREN OUT HERE WHO ARE SUFFERING AND ARE

24   FALSELY, PARENTS ARE FALSELY ACCUSED OF NEGLECT AND MANY OTHER

25   THINGS. AND INSTEAD OF D.C.F.S. TAKING THE TIME TO INVESTIGATE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    PROPERLY, INSTEAD THEY'RE JUST REMOVING CHILDREN AND NOT

2    PROPERLY REMOVING THE CHILDREN. THE COMMISSIONER ON MY CASE,

3    STEVEN E. IPSON, IS THE SAME COMMISSIONER WHO WAS IN CHARGE OF

4    THE NOAH CUATRO WHO WAS UNFORTUNATELY MURDERED. HE WAS NOT

5    PROPERLY REMOVED BECAUSE D.C.F.S. FAILED TO PROPERLY REMOVE

6    HIM. BUT INSTEAD THEY REMOVE CHILDREN WHO ARE NOT IN HARM'S

7    WAY, INSTEAD MOTHERS AND PARENTS WHO ARE SEEKING HELP FROM

8    D.C.F.S. YOU VOLUNTEER FOR SIX MONTHS WITH D.C.F.S., AND

9    INSTEAD OF THEM HELPING AND REASSURING REUNIFICATION WITH YOUR

10   CHILDREN, THEY WANT TO ADOPT YOUR CHILDREN OUT. AND YOU KNOW

11   WHY? BECAUSE OF THE SALARY. A LOT OF THESE WORKERS ARE BEING

12   PAID TO REMOVE CHILDREN AND PLACE THEM AND ADOPT THEM. I READ

13   THAT THE LONGEST -- THE LONGER A SOCIAL WORKER HAS A CHILD ON

14   THEIR CASE, THE MORE THEY'RE PAID. UNFORTUNATELY, MY FAMILY IS

15   IN THAT SITUATION. MY SON WAS REMOVED, AS I STATED BEFORE,

16   BECAUSE OF  D.C.F.S. IMPROPER WAY TO HELP FOR PARENTS SEEKING

17   THE HELP THEY NEED. AND THAT IS ALL.

18

19   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

20

21   **RUBEN ARONIN:** HI. I'M RUBEN ARONIN. I'M THE SENIOR VICE

22   PRESIDENT OF THE BETTER WORLD GROUP. AND I'M HERE TO SUPPORT

23   THE PLASTICS STUDY BY THE LUSKIN CENTER. AND REALLY WANT TO

24   APPLAUD THE FORESIGHTED EFFORTS OF THE BOARD AND GARY GERO AND

25   THE SUSTAINABILITY TEAM. WE KNOW THAT PLASTIC POLLUTION CAME

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   UP TIME AND TIME AGAIN IN THE PUBLIC DISCOURSE AROUND THE

2   SUSTAINABILITY PLAN. AND OUR ONESIE TWOSIE APPROACH OF BANNING

3   PLASTIC BAGS WILDLY SUPPORTED BY OUR RESIDENTS, STRAWS. WE'VE

4   GOT TO STOP THIS PROCESS AS THE L.A. TIMES HAS POINTED OUT AND

5   REALLY THINK ABOUT THIS HOLISTICALLY. AND I REALLY WANT TO

6   APPLAUD THE YOUNG PEOPLE WHO WERE HERE EARLIER TODAY, AS THE

7   PARENTS OF TWO TEENAGERS. THIS IS AN ISSUE THAT THEY POINT OUT

8   MY HYPOCRISY AND THE CHOICES THAT I'M FORCED TO MAKE WHEN I GO

9   TO THE GROCERY STORE. WE SHOULDN'T HAVE TO DO THAT ANYMORE. I

10  ALSO AM THE DEPUTY DIRECTOR FOR THE CALIFORNIA BUSINESS

11  ALLIANCE FOR A CLEAN ECONOMY. OVER 300 BUSINESS MEMBERS FROM

12  LOS ANGELES COMMITTED TO SMART CLIMATE POLICIES AND THE

13  CLIMATE IMPLICATIONS OF OUR SINGLE USE PLASTICS FROM

14  EXTRACTION TO THE PROBLEMS WITH DISPOSAL IS SIGNIFICANT. WE DO

15  MUCH BETTER. AND MANY OF OUR MEMBERS ARE RESTAURANTS, AND

16  THEY'RE SUPPORTIVE OF PROACTIVE ACTION. AND L.A. COUNTY CAN BE

17  A LEADER THROUGH YOU THIS STUDY FOR OTHER REGIONS, AS WELL, TO

18  REPLICATE. SO I REALLY WANT TO APPLAUD YOUR LEADERSHIP AND

19  WE'RE EXCITED TO SEE WHAT COMES FROM THAT REPORT. THANK YOU.

20

21  **SUP. HAHN, CHAIR:** THANK YOU VERY MUCH. NEXT SPEAKER, PLEASE.

22

23  **KARIM SAHLI:** HI, MY NAME IS KARIM SAHLI. I'M A CULVER CITY

24  RESIDENT. I'M SPEAKING ABOUT ITEM NUMBER 4. I'M AGAINST THIS

25  BOTCHED, RUSHED, AND UNNEEDED PROJECT. THE CULVER CITY

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    COURTHOUSE WHERE THE PROJECT IS LOCATED HOSTED THE MAYME

2    CLAYTON MUSEUM AND LIBRARY, A SMALL BUT IMPORTANT MUSEUM ABOUT

3    AFRICAN-AMERICAN HISTORY AND WAS EVICTED JUST A FEW MONTHS

4    AGO. FOR THE RECORD, PREEMINENT LOCAL AFRICAN-AMERICAN AND

5    BOARD  SUPERVISORS MARK RIDLEY-THOMAS DID NOTHING TO STOP THE

6    EVICTION EVICTION. AND FOR WHAT? A SO-CALLED HUB FOR BIOTECH

7    THAT IS REALLY JUST FIVE CONFERENCE ROOMS, A FEW DESKS, AND

8    SOME WIFI. THIS IS AN UNNEEDED GIVE-AWAY OF VALUABLE LAND TO

9    AN INDUSTRY THAT IS ALREADY MAKING BILLIONS OF DOLLARS. PLEASE

10   DO NOT GIVE THE EXEMPTION FOR THE CALIFORNIA CLEAN AIR ACT.

11   THEY HAVE KIDS ACROSS THE STREET. THANK YOU.

12

13   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

14

15   **WAYNE SPINDLER:** YES. IT'S THE LIGHTNING ROUND. TWO MINUTES FOR

16   59 ITEMS. 1-D, [EXPLETIVE] 1-D. 2-D, [EXPLETIVE] 2-D.

17

18   **SUP. HAHN, CHAIR:** PLEASE WATCH YOUR LANGUAGE. OKAY. OKAY,

19   THAT'S ONE WARNING. TWO. I'M ASKING YOU -- NO, NO, IT'S

20   DISRUPTIVE. I'LL BE THE JUDGE OF THAT. NO. THANK YOU. IF YOU

21   WILL REFRAIN FROM THAT LANGUAGE AND SPEAK TO AN ITEM, I

22   APPRECIATE THAT. YOU'RE BEING DISRUPTIVE. THERE'S PEOPLE THAT

23   FIND IT UNCOMFORTABLE.

24

25   **ATTORNEY:** SIR, YOU'RE BEING DISRUPTIVE. JUST STAY ON TOPIC.

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2    **SUP. HAHN, CHAIR:** OKAY. YOUR TIME HAS EXPIRED. THANK YOU VERY

3    MUCH. NEXT SPEAKER, PLEASE. NEXT SPEAKER, PLEASE.

4

5    **WAYE SPINDLER:** ABSOLUTELY CRIMINAL BEHAVIOR AND YOU KNOW IT

6    IS. YOU KNOW THIS IS CRIMINAL BEHAVIOR.

7

8    **SUP. HAHN, CHAIR:** NEXT SPEAKER, PLEASE.

9

10   **WAYNE SPINDLER:** THIS IS ABSOLUTELY CRIMINAL WHAT YOU'RE DOING.

11   ABSOLUTELY CRIMINAL. THIS IS A COMPLETE VIOLATION OF THE OPEN

12   MEETING. TOTALLY.

13

14   **SUP. HAHN, CHAIR:** CAN YOU PLEASE LEAVE?

15

16   **HERMAN HERMAN:** WHOO. JUST LIKE HOMELESSNESS, IT'S CRIMINAL.

17   CRIMINALS. CORRUPTION. CRIMINALS.

18

19   **WAYNE SPINDLER:** THEY'RE COMING FOR YOU.

20

21   **HERMAN HERMAN:** HOMELESSNESS. FOURTH ANNUAL HOMELESSNESS.

22   CRIMINALS.  BILTMORE HOTELS. IS THAT LIKE BUILD OR IS TO B-U-

23   I-L-D, OR IS THAT TO BILTMORE HOTELS FOR $$55,000. I'M KIND OF

24   CONFUSED ABOUT THIS LOS ANGELES BILTMORE HOTEL FOR

25   HOMELESSNESS. WHO THROWS A LAVISH PARTY AT THE HOPELESS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  SUPPORT OF THE BILTMORE HOTEL WHEN YOU HAVE A HOMELESS CRISIS

2  ABUSING MEASURE H.H. FUNDS.

3

4  **ATTORNEY:** WHAT ITEM ARE YOU ON?

5

6  **HERMAN HERMAN:** AND MEASURE H. ABOUT SPANISH PROPOSAL FUNDS.

7  WELL, YOU SHOULD KNOW, COUNSEL. YOU'RE FOLLOWING THE CRITERIA

8  OF WHAT I'M SUPPORTING OR AN OBJECTION ON HOMELESS BECAUSE ONE

9  TIME HOMELESS FUNDS GO NOT TO NO LIABILITY BUT RATHER THEY GO

10  TO WHAT BEN CARSON HAS SAID, FOR THE RECORD.

11

12  **SUP. HAHN, CHAIR:** ARE YOU ON AN ITEM?

13

14  **HERMAN HERMAN:** YES.

15

16  **SUP. HAHN, CHAIR:** WHICH ONE? TRUST ME I HAVE A HARD TIME

17  FOLLOWING YOU.

18

19  **HERMAN HERMAN:** ITEM NUMBER 20.

20

21  **SUP. HAHN, CHAIR:** I HAVE BEEN TRYING TO FOLLOW YOU FOR 3-1/2

22  YEARS.

23

24  **HERMAN HERMAN:** HOTEL LOS ANGELES WHICH I DISCUSSED IN THE LAST

25  MINUTE AND A HALF REGARDING THIS [EXPLETIVE]. IT'S REALLY A

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   HOPELESS ISSUE HERE WHEN YOU CHARGE PEOPLE $20 TO PARK AT THE

2   BILTMORE HOTEL FOR HOMELESS SUPPORT. NO SUCH [EXPLETIVE]

3   THING. PARKING FEE FOR UP TO 400 VEHICLES AT THE MUSIC CENTER.

4   JEWS GIVE IT BACK.

5

6   **SUP. HAHN, CHAIR:** OH MY GOD.

7

8   **ATTORNEY:** YOU'RE BEING DISRUPTIVE, MR. HERMAN.

9

10  **SUP. HAHN, CHAIR:** THANK YOU, MR. HERMAN. OKAY. NEXT SPEAKER,

11  PLEASE.

12

13  **HERMAN HERMAN:** WHO'S CRAZY? YOU'RE CRAZY.  NEVER CALL ME

14  CRAZY. YOU'RE CRAZY. WHEN YOU BRING ALL THIS CRISIS OF

15  HOMELESSNESS.

16

17  **SUP. HAHN, CHAIR:** OKAY. NEXT SPEAKER, PLEASE.

18

19  **DR. MELLO DESIRE:** OKAY. SO AGENDA 20, BILTMORE HOTEL, YOU HAVE

20  THE HOMELESS INITIATIVE CONFERENCE. WHO DOES THIS REPRESENT?

21  AND WHO ARE THE PEOPLE THAT YOU'RE BRINGING IN FOR THIS?

22  $55,000 FOR ADMINISTRATIVE FUNDS? WHAT ARE WE REALLY

23  INITIATING? CAN'T WE JUST BUILD HOUSING, PLEASE? CAN WE STOP

24  HAVING THESE CONFERENCES, THESE MEETINGS, THESE AGENDAS OVER

25  AND OVER AGAIN, AND PEOPLE ARE STILL IN THE STREET? I'VE JUST

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   SUBMITTED A VERY SERIOUS RACIAL ISSUE WITH LOS ANGELES

2   HOMELESS SERVICES AUTHORITY CONTINUUM OF CARE AND REMOVING THE

3   ONLY BLACK REPRESENTATIVE FOR THE OVERWHELMINGLY BLACK

4   POPULATION THAT'S HOMELESS. WE MAKE UP 54 PERCENT, AS

5   L.A.H.S.A. KEEPS SAYING, DATA ENTRY. WE'RE BEING USED FOR

6   EVERYTHING ELSE. BUT WHEN WE ASK TO BE BROUGHT TO THE TABLE OR

7   HAVE EXECUTIVE POSITIONS, FOR SOME REASON WHAT I'M SAYING IS

8   BORING YOU. IS IT BORING YOU, MS. BARGER? I'M SORRY IT'S

9   BORING YOU, MS. BARGER. SHE ACTUALLY SAID YES. YET IN

10  LANCASTER, YOU HAVE A DEPLORABLE CONDITION FOR D.C.F.S. AND

11  YOU GOT PEOPLE THAT STILL LOCKED UP, RIGHT? FITZGERALD?

12  ROMAINE FITZGERALD? THE ONLY BLACK PANTHER THAT'S UP THERE

13  BECAUSE HE WAS HELPING THE BLACK COMMUNITY? MS. BARGER, YOU

14  OUGHT TO BE ASHAMED OF YOURSELF. YOU SHOULD HAVE NEVER SAID

15  ANYTHING. TAKE CARE OF YOUR PETS BECAUSE YOU LOVE THEM MORE

16  THAN PEOPLE.

17

18  **SUP. HAHN, CHAIR:** NEXT SPEAKER, PLEASE.

19

20  **DR. MELLO DESIRE:** I GOT 37 SECONDS.

21

22  **SUP. HAHN, CHAIR:** OH, YEAH. I THOUGHT YOU WERE WRAPPING UP.

23

24  **DR. MELLO DESIRE:** NO, I GOT 34 SECONDS NOW. I WOULD LIKE TO

25  WRAP UP IN RESPECT. WHAT I'M SAYING IS THAT IF I'M COMING HERE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  AND TELLING YOU THERE'S ISSUES WITH L.A. COUNTY AND YOU GUYS

2  ARE NOT EVEN RESPECTFUL TO EVEN LISTEN, YOU'RE NOT EVEN

3  RESPECTFUL TO EVEN LISTEN BECAUSE YOU'RE SITTING THERE

4  COMFORTABLE, IT'S NOT RIGHT. IT'S NOT RIGHT BECAUSE AT THE END

5  OF THE DAY WHEN YOU GO HOME, YEAH, YOU DON'T CARE ABOUT WHAT

6  HAPPENS TO US BECAUSE YOU STILL HAVE YOUR HOUSING.

7

8  **ATTORNEY:** YOU'RE SUPPOSED TO BE ON TOPIC.

9

10  **DR. MELLO DESIRE:** I NEED YOU TO SHUT THE HELL UP. I DON'T KNOW

11  WHO YOU ARE.

12

13  **ATTORNEY:** I DON'T KNOW WHO YOU ARE.

14

15  **SUP. HAHN, CHAIR:** OKAY. ALL RIGHT, ALL RIGHT.

16

17  **DR. MELLO DESIRE:** FIX D.C.F.S. FIX IT.

18

19  **SUP. HAHN, CHAIR:** LOOK. IT'S 5 O'CLOCK.

20

21  **SPEAKER:** DON'T GET SMART WITH ME. DON'T EVER GET SMART WITH ME

22  LIKE THAT AGAIN. AND YOU'RE NOT DOING ANY WORK --

23

24  **SUP. HAHN, CHAIR:** OKAY, THANK YOU, DR. MELLO DESIRE. LET'S BE

25  MELLOW. AUDIENCE, I'M GOING TO REMIND YOU NOT TO HAVE

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    OUTBURSTS OF APPLAUSE AT THIS POINT. OKAY. WE'RE GOING TO GIVE

2    RESPECT TO EVERYONE WHO'S SPEAKING. RED CHIEF HUNT. BRING SOME

3    SANITY.

4

5    **RED CHIEF HUNT:** TEST, TEST, 1, 2.

6

7    **SUP. HAHN, CHAIR:** YES.

8

9    **RED CHIEF HUNT:** IS EVERYBODY COOL?

10

11   **SUP. HAHN, CHAIR:** YES, GO AHEAD.

12

13   **RED CHIEF HUNT:** LISTEN, I'VE BEEN HOMELESS, AND I WENT THROUGH

14   THREE OF THE HOMELESS PROGRAMS. AND I'VE ALSO BEEN TO ALL THE

15   L.A.H.S.A. MEETINGS AND THINGS LIKE THAT. THIS HIT DEAR TO MY

16   HEART, NOT THAT I HAD BE HOMELESS OR ANYTHING, BUT I WAS

17   HOMELESS, BEEN THROUGH THREE DIFFERENT PROGRAMS PROGRAMS. AND

18   I KIND OF COME TO THE CONCLUSION -- I WROTE A PROPOSAL FOR YOU

19   GUYS THAT THE OUTREACH PROGRAMS DO NOT CONNECT WITH AND THINGS

20   LIKE THAT. THEY ARE SO FAR IN BETWEEN. AND THIS WHAT MAKES THE

21   PROGRAMS NOT WORK. WE HAVE THE PEOPLE AT THE TOP WHO ARE

22   EDUCATED BUT NOT EDUCATED IN ACTUALLY DOING CONSTITUTIONAL

23   HOUSING FOR THE HOMELESS PEOPLE AND THINGS LIKE THAT. SO,

24   MADAM CHAIR, ME AND YOU HAVE BEEN THROUGH A LOT OF THINGS

25   SINCE 2004.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1

2    **SUP. HAHN, CHAIR:** YES, WE HAVE.

3

4    **RED CHIEF HUNT:** AND WE'VE BEEN ABLE TO TAKE THINGS AND MAKE

5    THEM SO THAT WE CAN THINK OUT OF THE BOX.

6

7    **SUP. HAHN, CHAIR:** YES, WE HAVE.

8

9    **RED CHIEF HUNT:** THIS IS WHAT'S WRONG WITH THESE PROGRAMS. THEY

10   DON'T THINK OUT OF THE BOX. AND, NUMBER ONE, THE PEOPLE THAT'S

11   FACILITATING THEM DON'T ACTUALLY KNOW WHAT THEY'RE DOING. I

12   WOULD LIKE TO SIT DOWN AND HAVE A MEETING WITH YOU BASED ON

13   THE CONTENT OF MY PROPOSAL FOR THE HOMELESS AND WHAT WE SHOULD

14   BE DOING AND HOW WE SHOULD BE SPENDING THE MONEY, NOT ON

15   CONSULTANTS AND NOT ON ANY OTHER THINGS BUT THE HOMELESS

16   PEOPLE IN THE HOMELESS INITIATIVE. WE HAD $38 MILLION THAT

17   ROLLED OVER FROM LAST YEAR, AND WE'RE STILL HAVING MONEY WITH

18   TRANSPORTATION FUNDING FOR OUR CLIENTS IN ONE ARENA AND THINGS

19   LIKE THAT. THAT HIT DEAR TO ME BECAUSE, WITH ALL THAT MONEY

20   ROLLED OVER, TRANSPORTATION SHOULD BE PART OF CREATING A

21   POSITIVE ENVIRONMENT FOR THE HOMELESS PEOPLE. SO AT THIS

22   POINT, I'M GOING TO --

23

24   **SUP. HAHN, CHAIR:** THANK YOU. IS THAT YOUR PROPOSAL?

25

October 15, 2019

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **RED CHIEF HUNT:** THIS IS MY PROPOSAL.

2

3    **SUP. HAHN, CHAIR:** I'M GOING HAVE ONE OF MY STAFF MEMBERS COME

4    AND JUST TAKE IT RIGHT FROM YOU. WE'LL DISCUSS IT.

5

6    **RED CHIEF HUNT:** AND I'D LIKE TO SAY HUNT VERSUS THE CITY OF

7    LOS ANGELES. IT'S VERY CONFLICTING, BUT PLEASE HONOR THAT

8    BECAUSE THAT IS MY LAST NAME. THANK YOU.

9

10   **SUP. HAHN, CHAIR:**  THANK YOU, RED CHIEF HUNT. ARE THOSE ALL

11   THE SPEAKERS?

12

13   **CELIA ZAVALA, E.O.:** YES.

14

15   **SUP. HAHN, CHAIR:** OKAY. THAT CONCLUDES THE SPEAKERS THAT HAVE

16   SIGNED UP ON ITEMS ON THE AGENDA. MADAM EXECUTIVE OFFICER,

17   PLEASE INDICATE THE AGENDA ITEM NUMBERS ON WHICH WE WILL BE

18   VOTING.

19

20   **CELIA ZAVALA, E.O.:** THE ITEMS BEFORE YOU ARE ITEMS 1-D THROUGH

21   3-D, 1, ITEMS 3 THROUGH 9, ITEMS 12 THROUGH 25, ON ITEMS 26,

22   SUPERVISOR KUEHL ABSTAINS FROM THE VOTE, ITEMS 27 THROUGH 34,

23   ON ITEMS 36 THROUGH 39, ON ITEMS  41 THROUGH 44, ON ITEM 45,

24   APPROVE THE SETTLEMENT AND CONTINUE THE CORRECTIVE ACTION PLAN

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  TO NOVEMBER 12TH, 2019, ON ITEMS 46 THROUGH 50 E, 50 G THROUGH

2  50 I, ITEM 53, THOSE ITEMS ARE BEFORE YOU.

3

4  **SUP. HAHN, CHAIR:** OKAY. MOVED BY SUPERVISOR BARGER. SECONDED

5  BY SUPERVISOR SOLIS. WITHOUT OBJECTION, THAT WILL BE THE

6  ORDER. NOW IT'S AN OPPORTUNITY FOR MEMBERS OF THE PUBLIC TO

7  ADDRESS THE BOARD ON ITEMS OF INTEREST THAT ARE WITHIN THE

8  SUBJECT MATTER JURISDICTION OF THIS BOARD. MADAM EXECUTIVE

9  OFFICER, PLEASE CALL THE MEMBERS OF THE PUBLIC WHO HAVE SIGNED

10 UP TO SPEAK ON GENERAL PUBLIC COMMENT.

11

12 **CELIA ZAVALA, E.O.:** THANK YOU, MADAM CHAIR. WOULD THE

13 FOLLOWING INDIVIDUALS PLEASE COME FORWARD AND STAFF WILL

14 ASSIST YOU? ANDREA MCPHERSON, MUTO MUTO, VALERIE COLEMAN,

15 TAMARA JACKSON, C BAYLOO, BRENDA FLOAT, WAYNE, HERMAN, DR.

16 REV. MELLO DESIRE, TIMOTHY TAYLOR, KORIE SCHMIDT, JAMICA

17 COOPER, SHADY GRAY, VICTOR TRUJILLO, CHAPLAIN RUTH TWEEDLE,

18 MICHAEL HUNT, YVONNE AUTRY, MARTHA ESCOBAR, EUTALIA ESPINOZA,

19 ANAIS OROZCO, AMY MORALES, JUAN VALADEZ, RUBY GARDUNO, ASHLEY

20 ORONA, SHARI TINSLEY, MARIA PETRA, KEM DAWSON, TRISH SOHN,

21 ARNOLD SACHS, ERIC PREVEN, MIKE GREENSPAN, RAFAEL PENA, JAMES

22 ESSEX, AND LARRY LAVEN. THAT SHOULD BE ALL MEMBERS WHO HAVE

23 SIGNED UP TO SPEAK. PLEASE COME FORWARD AND STAFF WILL ASSIST

24 YOU.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. HAHN, CHAIR:** OKAY. WHO WANTS TO SPEAK FIRST?

2

3   **SHADY GRAY:** MY NAME IS SHADY GRAY, AS YOU GUYS KNOW. I'VE

4   ALREADY BEEN UP HERE WITH MY SITUATION. BUT I JUST WANTED TO

5   STATE A COUPLE THINGS THAT I FEEL LIKE SHOULD BE PUBLIC IN

6   REGARDS TO D.C.F.S.'S WAY OF DOING THINGS, I WILL SAY. I HAVE

7   NO CRIMINAL HISTORY. I HAVE NO DRUG HISTORY. I ONLY, LIKE I

8   SAID, SOUGHT OUT FOR HELP. AND YET MY SON WAS PLACED WITH A

9   MAN WHO HAS SIX PAGES FRONT AND BACK, WHICH WOULD BE 12 PAGES

10  ALONE IF NOT FRONT AND BACK, OF CRIMINAL HISTORY INCLUDING

11  MULTIPLE INCIDENTS OF DOMESTIC VIOLENCE, DRUG-RELATED ISSUES,

12  INTENT TO SELL, ETC. AND I'M NOT TALKING JUST MARIJUANA. I'M

13  TALKING SERIOUS DRUGS, BURGLARY. HE'S ALSO RESISTED ARREST

14  THREE TIMES. A MAN WITH THIS TYPE OF HISTORY SHOULD NOT HAVE

15  HAD OR EVEN BEEN ABLE TO HAVE CUSTODY OF MY SON WHEN I'M A

16  GREAT PARENT. AND I KNOW A LOT OF THE PARENTS WHO GO THROUGH

17  D.C.F.S. SITUATIONS ARE GREAT PARENTS. YET WE'RE BEING

18  PUNISHED AND THAT'S NOT RIGHT. SO I BELIEVE D.C.F.S. NEEDS TO

19  BE INVESTIGATED FURTHER FOR PALMDALE AND LANCASTER COUNTY.

20  THANK YOU. EXCUSE ME. CITY.

21

22  **SUP. HAHN, CHAIR:** THANK YOU. SUPERVISOR BARGER, DID YOU WANT

23  TO? NO, OKAY. OKAY. NEXT SPEAKER, PLEASE.

24

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SPEAKER:** OKAY. GUYS, I REALLY NEED YOU GUYS TO WORK WITH ME.

2   I'VE HAD BRAIN SURGERY. I HAVE EPILEPSY. THE DOCTOR TOLD ME I

3   HAVE AN S.U.D., THAT MEANS SUDDEN UNEXPLAINED DEATH SYNDROME,

4   TO THE POINT WHERE I MAY HAVE A SUDDEN UNEXPLAINED DEATH FROM

5   THE SEIZURES THAT I HAVE, OKAY. BUT YET I'M STILL HERE. I'M

6   STILL ADVOCATING FOR THE DISABLED, FOR SENIORS, FOR PEOPLE

7   WITH LEARNING DISABILITIES. AND I'M IN L.A. CARE ALL THE TIME,

8   OKAY. I'M CHAIR OF A COMMITTEE. AND MARK RIDLEY-THOMAS, I'M

9   PRETTY SURE YOU'RE FAMILIAR WITH MY REGION BECAUSE IT'S YOUR

10  REGION. OKAY? AND WITH THAT, I HAVE A TAPE OF A RECORDING THAT

11  WE RUN OUR MEETINGS WITH ROBERT'S RULES OF ORDER. AND I WAS

12  HALTED FROM SPEAKING JUST SO THAT I CAN ADVOCATE FOR THE

13  DISABLED AND MAKE THEIR WEBSITE BETTER FOR THE DISABLED. AND

14  THAT'S ALL I WAS TRYING TO DO.

15

16  **SUP. HAHN, CHAIR:** THANK YOU. THE YOU WANT TO TURN SOMETHING IN

17  TO US?

18

19  **SPEAKER:** I WOULD LOVE TO.

20

21  **SUP. HAHN, CHAIR:** OKAY. WE'LL TAKE IT.

22

23  **SPEAKER:** THANK YOU.

24

25  **SUP. HAHN, CHAIR:** YES.

October 15, 2019

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2    **SPEAKER:** I DECLARE THAT I'M THE GREATEST FATHER TO EVER LIVE.

3    I'M THE GREATEST FATHER TO EVER LIVE. AND 2012 DECEMBER, JUST

4    BEFORE CHRISTMAS, THE MOTHER OF MY KIDS WITH MY KIDS IN A CAR

5    WAS STOPPED BY THE POLICE IN HOLLYWOOD. THEY WERE TAKEN TO THE

6    PRECINCT IN HOLLYWOOD. IT WAS JUST A TECHNICAL MATTER. MY KIDS

7    WERE FINE. WE'RE DOING FINE BECAUSE THEIR MOTHER LOVES THEM SO

8    MUCH. AND THE NEXT THING THEY TOLD THEIR MOTHER, OKAY, WE WILL

9    HAVE TO KEEP YOU OVERNIGHT BECAUSE WE HAVE TO CHECK SOME

10   STUFF. AND THE AUNT WAS COMING TO PICK UP THE KIDS, BUT THE

11   D.C.F.S. OR THE C.P.S. WAS THERE JUST LIKE THAT. THEY TOOK THE

12   KIDS. THAT WAS SEVEN YEARS AGO. EVEN TODAY, THEY CANNOT SAY

13   WHY THEY TOOK THOSE KIDS. AND SO WE MISS CHRISTMAS. WE MISS

14   HOLIDAYS, BIRTHDAYS. WE MISSED EVERYTHING. EVERYTHING WE

15   MISSED. AND THERE WAS NO TRANSPARENCY.

16

17   **SUP. HAHN, CHAIR:** THANK YOU. THANK YOU. NEXT SPEAKER, PLEASE.

18

19   **JAMICA COOPER:** HI, MY NAME IS JAMICA COOPER. MY DAUGHTER WAS

20   TAKEN FROM ME OVER A YEAR AGO. I WAS TOLD SHE WAS TAKEN OVER

21   DRUGS, WHICH I DON'T DO DRUGS. I HAVE DONE EVERYTHING THE

22   COURT ORDERED ME TO DO. IF YOU WANT MY FAMILY BACK TOGETHER,

23   WHY AM I NOT GETTING MY KIDS BACK? WHY WOULD THEY TELL ME I

24   CAN BE AROUND MY CHILD'S FATHER BUT TELLS ME THERE'S A

25   RESTRAINING ORDER THAT I'M NOT ALLOWED TO BE AROUND HIM? THEY

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    SAY THEY WANT TO REUNITE FAMILIES, SO WHERE IS MINE? THAT'S

2    ALL I GOT TO SAY.

3

4    **SUP. HAHN, CHAIR:** JAMICA, WHERE DO YOU LIVE?

5

6    **JAMICA COOPER:** SAY THAT AGAIN?

7

8    **SUP. HAHN, CHAIR:** WHERE DO YOU LIVE?

9

10   **JAMICA COOPER:** LANCASTER.

11

12   **SUP. HAHN, CHAIR:** LANCASTER, OKAY. A LOT OF LANCASTER

13   PROBLEMS. ARE YOU GOING TO HAVE SOMEBODY MEET HER? OKAY,

14   SOMEONE'S GOING TO MEET YOU DOWN ON THE FRONT ROW AND SEE IF

15   WE CAN HELP. THANK YOU FOR COMING. NEXT SPEAKER, PLEASE.

16

17   **HERMAN HERMAN:** WHEN OUR LAW PUNISHING RECORDS, WE MUST EXAMINE

18   THE SURROUNDING CIRCUMSTANCES TO DISCERN THE SIGNIFICANCE OF

19   WORDS UTTERANCE. FOR EXAMPLE, IF THEY EVER MAKE ME CARRY A

20   RIFLE, THE FIRST MAN I WANT TO GET IN MY SIGHT IS WATTS VERSUS

21   THE SUPREME COURT OF THE UNITED STATES, ARMANDO HERMAN VERSUS

22   THE CITY OF LOS ANGELES. HOMELAND SECURITY  CALLED ME, MS.

23   HAHN. THEY VISITED ME, MISS HAHN. AND MR. HONG, KENNY HONG,

24   HOMELAND SECURITY, SAID I'M NOT HERE TO GIVE YOU HOUSING. I'M

25   HERE TO ASK YOU SOME QUESTIONS. AND HE SAID PLEASE CALL ME AT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    213 -- OR 323-330-9803. AND YET, I'M STILL QUOTING THE SAME

2    LAWS THAT PROTECT MY FREE SPEECH. ISN'T THAT A BITCH?

3

4    **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

5

6    **SPEAKER:** MY THREE CHILDREN WERE TAKEN A YEAR AGO YESTERDAY,

7    TWO TEEN GIRLS AND A PRETEEN BOY WITH AUTISM AND DOWN'S

8    SYNDROME. MY ONE TEEN DAUGHTER WHO'S BEEN DIAGNOSED WITH

9    BEHAVIORAL AND EMOTIONAL ISSUES MADE FALSE ALLEGATIONS, WHICH

10   SHE LATER RECANTED TO A DETECTIVE. DESPITE THIS AND NO

11   CRIMINAL CHARGES, PALMDALE D.C.F.S. HAS NOT GIVEN ME BACK MY

12   CHILDREN. PALMDALE D.C.F.S. HAS ALSO FILED FALSE STATEMENTS IN

13   COURT DOCUMENTS. MY ONE CHILD WITH SPECIAL NEEDS HAS BEEN IN

14   FOUR DIFFERENT HOMES WHERE HE WAS ABUSED AND NEGLECTED IN ONE

15   HOME. WERE A CARETAKER REFUSED TO CHANGE HIS PULLUPS, AND HIS

16   SCHOOL COMPLAINED ABOUT IT. SINCE REMOVED, HE'S HAD MULTIPLE

17   HOSPITALIZATIONS, LOST WEIGHT, AND ISSUES WITH FAILURE TO

18   THRIVE ALL DUE TO THE TRAUMA OF BEING REMOVED FROM FAMILY AND

19   NOT CARED FOR PROPERLY. MY TWO TEEN GIRLS, ONCE TOGETHER, NOW

20   IN SEPARATE HOMES, ONE WITH A CARETAKER THAT HAS BEEN VERY

21   INAPPROPRIATE AND HINDERING REUNIFICATION TELLING THE GIRLS I

22   DON'T CARE ABOUT THEM, ENCOURAGING MY DAUGHTER TO TRY AND SET

23   ME UP ON THE PHONE TO USE AGAINST ME IN COURT, FAILING TO

24   SUPERVISE MY DAUGHTER, AND MANY OTHER INAPPROPRIATE BEHAVIORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THAT I'VE REPORTED TO PALMDALE D.C.F.S. AND THEY HAVE FAILED

2   TO LOOK INTO ANYTHING.

3

4   **SUP. HAHN, CHAIR:** THANK YOU. SO YOU LIVE OUT IN PALMDALE?

5

6   **SPEAKER:** YES.

7

8   **SUP. HAHN, CHAIR:** OKAY. I BELIEVE SUPERVISOR BARGER'S STAFF OR

9   D.C.F.S. WILL MEET YOU DOWN ON THE FRONT ROW TO SEE IF WE CAN

10  TALK TO YOU ABOUT THIS ISSUE. THANK YOU FOR COMING. NEXT

11  SPEAKER, PLEASE.

12

13  **DR. MELLO DESIRE:** SO YOU HAVE AN IMPEACHMENT WITH NO EVIDENCE.

14  IF THE FEDERAL GOVERNMENT CANNOT GET THEIR [EXPLETIVE]

15  TOGETHER, HOW DO WE EXPECT THE COUNTY, THE STATE OF

16  CALIFORNIA, OR THE CITY OF L.A. TO DO THAT? I'VE BEEN COMING

17  HERE FOR SIX YEARS TRYING TO GET RESOURCES FOR HOUSING THE

18  RIGHT WAY. I HAVE BEEN SILENCED. I HAVE BEEN DISRESPECTED. I

19  HAVE BEEN REMOVED FROM AN ELECTION THAT REPRESENTS BLACK

20  PEOPLE, BUT YOU WANT TO CONTINUE TO USE US FOR DATA. AND FOR

21  MS. BARGER TO TELL ME THAT I WAS BORING HERE KIND OF HURT MY

22  FEELINGS, KIND OF HURT MY FEELINGS, YOU KNOW. SHE GOT TO GET

23  HER [EXPLETIVE] TOGETHER FOR LANCASTER AND PALMDALE BEFORE SHE

24  HITS HERE YAWNING AND [EXPLETIVE]. WE'RE NOT IN THE MOOD FOR

25  THAT. WE'RE NOT IN THE MOOD FOR DISRESPECT. WE PAY $32.5

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  BILLION IN TAXES FOR EVERY YEAR STAFF MEMBERS. BUT YET,

2  SITUATIONS IN L.A. COUNTY IS GETTING WORSE. WE PLEASE NEED YOU

3  TO TAKE WHAT WE SAY SERIOUSLY BECAUSE IF WE'RE COMING ALL THE

4  WAY HERE TO TALK TO YOU, IT'S NOT FOR YOU TO YAWN IN OUR FACE.

5

6  **SUP. HAHN, CHAIR:** NEXT SPEAKER, PLEASE.

7

8  **KORIE SCHMIDT:** KORIE SCHMIDT FOR THE RECORD. SO I DON'T KNOW

9  WHERE SHE WENT, BUT I MEAN, THERE'S SOME PROBLEMS GOING ON. IT

10  SOUNDS LIKE WE GOT SOME BABY KILLERS IN THE DEPARTMENT. AND DO

11  YOU KNOW WHAT? I'M TELLING YOU IT'S THESE LUCIFERIANS, MAN.

12  IT'S THESE PEOPLE WHO ARE JUST OUT TO [EXPLETIVE] PEOPLE OVER,

13  YOU KNOW. THEY GOT SOME WEIRD THINGS GOING ON UPSTAIRS. AND I

14  WANT TO BRING IT BACK TO THE FREEDOM OF SPEECH BECAUSE YOU

15  HAVE BEEN RESTRICTING OUR SPEECH AND RESTRICTING OUR TIME

16  TODAY. AND I UNDERSTAND THAT SOME STUFF CAN BE A DISTRACTION,

17  BUT THIS IS A PUBLIC FORUM WHERE VOLATILE THINGS ARE ALLOWED

18  TO BE SAID BECAUSE THE THINGS THAT NEED TO BE SAID NEED TO BE

19  SAID SO THAT THEY CAN BE FIXED. WHETHER THEY'RE CRASS OR

20  BELLIGERENT OR WHATEVER THE CASE IS, THIS ISN'T THE PLACE TO

21  RESTRICT THEM. IT'S JUST THE PLACE TO HEAR THEM. SO, YOU KNOW,

22  LET'S LET PEOPLE TALK.

23

24  **SUP. HAHN, CHAIR:** NEXT SPEAKER, PLEASE. GO AHEAD.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SHARI TINSLEY:** HI, SHARI TINSLEY FROM KIDS VOICES MATTER.

2  BLATANTLY THERE IS A JUDICIAL SYSTEM INTEGRITY BREACH AT

3  STANLEY MOSS COURTHOUSE, SILENCING KIDS' VOICES, SUBJECTING

4  PROTECTIVE PARENTS TO GASLIGHTING AND MISAPPROPRIATION OF

5  GOVERNMENT-FUNDED PROGRAMS. ALL BECAUSE A KID, MY GRANDSON,

6  TOLD THE TRUTH AND WANTED TO TALK TO THE JUDGE. I HAVE

7  WITNESSED FALSIFICATION OF JUDGE'S SIGNATURES, CASE SUMMARIES,

8  TIMELINES, COURT FORMS, COURT RECORDS, C.P.S. REPORTS, MAIL

9  FRAUD, DISPOSING OF PREVAILING DOCUMENTS AND EVIDENCE, PERJURY

10  THROUGH DOCUMENTS, WITNESSES AND CLERKS ABUSING THEIR

11  AUTHORITY. THESE ILLEGAL GOVERNMENT INTRUSIONS HAVE CREATED A

12  CORRUPT ALTERNATIVE REALITY WHERE KIDS ARE THE COMMODITY. THE

13  STATE ACTIONS HAVE BECOME THE NORM AND PROMOTES 911 FEAR

14  AMONGST KIDS AND FAMILIES WITHIN THE JUDICIAL SYSTEM AS WE SEE

15  HERE TODAY. WE NEED HELP. NOW.

16

17  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

18

19  **ARNOLD SACHS:** YES, THANK YOU, GOOD AFTERNOON. ARNOLD SACHS.

20  VERY IMPRESSED. VERY FREAKING IMPRESSED. SPECIFICS ARE

21  SPECIFICALLY SPECIFIC. NO LEEWAY, BUT HOW ABOUT VOTING ON THE

22  RULES FOR PUBLIC ENGAGEMENT? OH, WELL WE'RE NOT CONCERNED

23  ABOUT THAT. HOW ABOUT VOTING ON THE RULES FOR PUBLIC HEARINGS?

24  OH, WELL WE'RE NOT CONCERNED ABOUT THAT. HOW ABOUT YOUR MATH

25  ACUMEN? 11 TIMES 6? 66. SO IS 6 TIMES 12, 66. YOU KNOW, THAT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THREAT'S BEEN ON THE BOOKS FOR OVER 12 YEARS, AND IT JUST

2   MEANS JACK [EXPLETIVE]. THE BROWN ACT IS YOUR PROTECTION, BUT

3   IT DOESN'T OFFER COUNTY COUNSEL ANY PROTECTION ABOUT ETHICS.

4   AND PRACTICING LAW WITHOUT ETHICS IS NOT PRACTICING LAW. IT'S

5   LIKE HAVING A BLACK HITLER IN THE COUNTY. CAN YOU BELIEVE

6   THAT? IT'S WILD. I WAS WONDERING WHEN WE'D GET A REPORT BACK

7   ON THAT. AND OH BY THE WAY --

8

9   **SUP. HAHN, CHAIR:** YOUR TIME IS UP. NEXT SPEAKER, PLEASE. THANK

10  YOU, MR. SACHS. YOUR TIME IS UP.

11

12  **ARNOLD SACHS:** DUE PROCESS.

13

14  **SUP. HAHN, CHAIR:** NEXT SPEAKER, PLEASE.

15

16  **SPEAKER:** IN JANUARY 2018, A REPORT TO THE POLICE DEPARTMENT

17  WAS MADE REGARDING MY SIX-YEAR-OLD DAUGHTER SAYING SHE WOKE UP

18  TO A GUN ON HER LEGS WHILE SHE WAS ON A COURT ORDERED VISIT. A

19  CHILD ENDANGERMENT CALL WENT OUT BY THE OFFICER AT LANCASTER

20  D.C.F.S. FIVE MONTHS PASSED WITH NO FOLLOW UP. I MADE A PUBLIC

21  STATEMENT. I WAS CONTACTED BY A D.C.F.S. SUPERVISOR ASKING ME

22  IF I MADE THIS STATEMENT. FOLLOWING, MY DAUGHTER WAS REMOVED

23  FROM ME FOR EMOTIONAL ABUSE. WARRANTS SIGNED BY THE SAME

24  SUPERVISOR. THEY STATED ME REPORTING ABUSE HAPPENING TO HER IS

25  DAMAGING HER PERCEPTION OF HER AN ABUSER. THEY SAID THAT MY



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   CHILDREN FOR MY CHILD'S SAFETY SURROUNDING HER INTERNAL

2   GENITAL INJURIES SHE SUFFERED WAS UNWARRANTED. THEY REMOVED

3   ONLY HER AND NONE OF MY OTHER CHILDREN. SHE WAS TAKEN AND 35

4   WORK DAYS LATER CASE CLOSED. MY ENDANGERED CHILD WAS REMOVED

5   WITH NO OPPORTUNITY OF REUNIFICATION, NO SIBLING VISITATION,

6   SUPERVISED VISITS THREE HOURS A WEEK TO ME, FULL CONTROL AND

7   CUSTODY TO THE ABUSER, PLACED WITH NO BIOLOGICAL FAMILY. I'D

8   LIKE TO ASK IS THIS THE MISSION STATEMENT FOR LANCASTER

9   D.C.F.S. GUIDELINES?

10

11  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

12

13  **LARRY LAVEN:** HONORABLE BOARD OF SUPERVISORS, MY NAME'S LARRY.

14  I'M SPEAKING AS MACHIAVELLI ON HOMELESS. THIS BOARD ENDORSED A

15  LETTER AGAINST THE FINAL RULE ON IMMIGRATION BUT LATER VOTED

16  TO SEE WHAT COULD BE DONE ABOUT UNDOING THE SUPREME COURT'S

17  RULING ON MARTIN VERSUS CITY OF BOISE, RECOGNIZING THE NEED OF

18  THE HOMELESS TO HAVE SOMEWHERE TO GO. THERE IS A CHANCE THAT

19  THE TWO SUPERVISORS WHO VOTED AGAINST THE MAJORITY, AGAINST

20  UNDOING MARTIN VERSUS BOISE, REALIZED THAT THE IMMIGRANTS AT

21  OUR SOUTHERN BORDER WHO MAKE IT INTO THIS COUNTRY WILL BE

22  HOMELESS AND NEED TO CAMP OUT WITH OTHER HOMELESS PEOPLE LIKE

23  DAY LABORERS SEEKING CONSTRUCTION WORK FROM CUSTOMERS AT HOME

24  DEPOT AND OTHER PLACES IN AN EXPENSIVE HOUSING MARKET. DAY

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   LABORERS WHO CAMP OUT AT NIGHT, SLEEP BY RAILROAD TRACKS OR

2   ALONGSIDE RIVER BEDS ARE CERTAINLY HOMELESS.

3

4   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

5

6   **MIKE GREENSPAN:** MIKE GREENSPAN. 6 AND 1 FLORIDA GATOR.

7   U.C.L.A., I STILL DON'T. WELL, LET'S TALK MY PLAN A IS TO TAKE

8   THAT BLUE PENCIL FROM THE GOVERNOR AND HAVE THEM COMPLETELY

9   BLUE PENCIL THE FOOTBALL BUDGET OUT, AND THEN WE TRANSFER THE

10  MONEY. AND IT WOULD BE A TRANSFER FROM A STATE TO A COUNTY

11  LEVEL TO HOMELESS SUPPORT SERVICES. TENS OF MILLIONS OF

12  DOLLARS. BUT PLAN B MIGHT BE FOR THEM TO MAKE SOME MONEY, THE

13  U.C.L.A. FOOTBALL TEAM. THESE SCHOOLS THAT HAVE BIG BUDGETS

14  AND GOOD POWERHOUSE TEAMS, THEY LIKE A SCHOOL THEY CAN BEAT

15  UP, KIND OF A BITCH TEAM FOR THEIR HOME COMING. SOMETHING THEY

16  DON'T HAVE TO DO MUCH. AND WHY NOT USE THE CONFERENCE BITCHES

17  OF THIS CUPCAKE CONFERENCE TO GO TOUR THE COUNTRY TO MICHIGANS

18  AND WISCONSINS AND OHIO STATES ALABAMA'S --

19

20  **SUP. HAHN, CHAIR:** THAT'S REALLY NOT IN OUR JURISDICTION.

21

22  **MIKE GREENSPAN:** AND THEN REDUCE THE LOAD ON HOMELESS SUPPORT

23  SERVICES BECAUSE THAT MONEY.

24

# THE MEETING TRANSCRIPT
#### OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. HAHN, CHAIR:** U.C.L.A. FOOTBALL IS ACTUALLY NOT -- IT

2  MIGHT BE OF INTEREST, BUT IT'S NOT WITHIN OUR SUBJECT MATTER

3  JURISDICTION. NEXT SPEAKER, PLEASE.

4

5  **TIMOTHY TAYLOR:** HELLO, ONCE AGAIN MY NAME IS TIMOTHY TAYLOR.

6

7  **SUP. HAHN, CHAIR:** WAIT A SECOND. WE CAN'T HEAR YOU. CAN YOU

8  TALK A LITTLE BIT CLOSER TO THE MIC?

9

10 **TIMOTHY TAYLOR:** MY NAME IS TIMOTHY TAYLOR. MY SONS ARE IN THE

11 CARE OF A CHILD MURDERER. THE JUDGE HEARD THE CASE AND HEARD

12 UNCHALLENGED TESTIMONY THAT THE PRESENT CAREGIVER OF MY

13 CHILDREN HAS KILLED CHILDREN WITH HER OWN HANDS. AND INSTEAD

14 OF GIVING ME THE CHILDREN, AN EXEMPLARY CITIZEN WITH NO

15 CRIMINAL RECORD WITH A STABLE TWO-PARENT HOUSEHOLD WITH MY

16 LONG-TIME GIRLFRIEND, WE COULD GIVE THE CHILDREN A WONDERFUL

17 LIFE, RIGHT NOW THEY ARE IN DANGER OF DEATH EVERY MINUTE.

18 THANK YOU.

19

20 **SUP. HAHN, CHAIR:** NEXT SPEAKER, PLEASE.

21

22 **ASHLEY ORONA:** MY NAME IS ASHLEY ARONA. I'M A RESIDENT FROM

23 UNINCORPORATED FLORENCE FIRESTONE, AND I AM HERE IN SUPPORT OF

24 THE FLORENCE LIBRARY. RESIDENTS ARE DISAPPOINTED WITH

25 SUPERVISOR MARK RIDLEY-THOMAS FOR HIS MOTION TO REMOVE THE



1   FLORENCE LIBRARY FROM THE MCAL HOUSING PROJECT AS WELL AS THE

2   LACK OF TRANSPARENCY COMING FROM HIS OFFICE. THE FLORENCE

3   LIBRARY IS A VITAL RESOURCE TO THE FLORENCE FIRESTONE MEMBERS,

4   AND THE DECISION MADE BY L.A. COUNTY AND THE SUPERVISOR HAS

5   NEGATIVELY AFFECTED OUR COMMUNITY. UP TO THE LAST DAY, THE

6   ORIGINAL LOCATION WAS OPEN, EVERY SEAT IN THE LIBRARY WAS

7   FILLED REFLECTING THE NEED FOR THIS RESOURCE. EVER SINCE ITS

8   CLOSURE AND THE RELOCATION TO A BUNGALOW IN OUR PARK, THE

9   LIBRARY HAS LOST MANY BENEFICIARIES BECAUSE IT DOES NOT

10  PROVIDE ALL THE SAME SERVICES NOR THE WELCOMING ENVIRONMENT.

11  THE ORIGINAL LIBRARY LOCATION WAS IDEAL FOR IT WAS ON FLORENCE

12  AVENUE, WHICH WAS VISIBLE AND ACCESSIBLE. WITH THAT SAID, NEED

13  A NEW PERMANENT LOCATION TO REFLECT THE SAME FEATURES. THE

14  CONSTITUENT SERVICE CENTER IS NOT A VIABLE SOLUTION DUE TO THE

15  HISTORIC GANG BOUNDARIES PREVIOUSLY MENTIONED BY OTHER

16  MEMBERS. THE BEST PLACE FOR THE NEW PERMANENT LOCATION WOULD

17  BE ON FLORENCE AVENUE WITHIN THE SAME PARAMETER OF THE

18  ORIGINAL LOCATION.

19

20  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

21

22  **EUTALIA ESPINOZA:** (AWAITING TRANSLATION). HI, MY NAME IS

23  EUTALIA ESPINOZA, AND I AM A RESIDENT OF THE UNINCORPORATED

24  FLORENCE FIRESTONE AREA. I AM HERE IN SUPPORT OF THE FLORENCE

25  LIBRARY. THE COMMUNITY IS DISPLEASED WITH SUPERVISOR RIDLEY-

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THOMAS'S DISPLACEMENT OF THE LIBRARY BEFORE FINDING A

2   PERMANENT LOCATION FOR IT. MEMBERS OF THE COMMUNITY HAVE BEEN

3   NEGATIVELY AFFECTED BY THIS ACT. THE COMMUNITY REQUESTS THAT

4   THE LIBRARY BE RETURNED TO ITS ORIGINAL LOCATION AND THAT THE

5   PROPOSED PLAN BY MCAL BE RENEWED. THE LIBRARY SERVES A

6   STRATEGIC PURPOSE. IT IS LOCATED ON FLORENCE. AND IT IS

7   ACCESSIBLE TO THE COMMUNITY. THAT IS ALL.

8

9   **SUP. HAHN, CHAIR:** GRACIAS. NEXT SPEAKER, PLEASE.

10

11  **NIA MARTINEZ:** MY NAME IS MARTINEZ AND I WAS RAISED IN AND

12  CURRENTLY WORK IN THE UNINCORPORATED FLORENCE FIRESTONE

13  COMMUNITY, AND I'M HERE IN SUPPORT OF THE FLORENCE LIBRARY. AS

14  A COMMUNITY-BASED CASE MANAGER FOR YOUTH ON PROBATION, I OFTEN

15  FIND MYSELF LOOKING FOR A SAFE ENVIRONMENT AS AN ALTERNATIVE

16  LOCATION TO CONDUCT THE SESSIONS WITH MY CLIENTS WHEN THEIR

17  HOMES ARE NOT A FEASIBLE OPTION. THE FLORENCE LIBRARY SERVED

18  THIS PURPOSE IN WAYS THAT THE TEMPORARY EXPRESS LIBRARY HAS

19  NOT. THE EXPRESS LIBRARY IS MUCH SMALLER AND DOES NOT OFFER

20  MUCH PRIVACY FOR SESSIONS LIKE MINE. THE LOCATION. EXPRESS

21  LIBRARY ITSELF AT ROOSEVELT PARK POSES A RISK FOR MY CLIENTS.

22  AS I MENTIONED EARLIER I WORK WITH YOUTH THAT ARE UNDER COURT

23  SUPERVISION THUS ARE PROHIBITED TO VISIT WHERE GANGS ARE KNOWN

24  TO CONGREGATE. AS A MATTER OF FACT, WHEN DEVELOPING A RELAPSE

25  PREVENTION PLAN WITH MY CLIENTS, I ASK THEM WHAT PLACE THEY

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    THINK THEY SHOULD AVOID IN ORDER TO REMAIN DRUG AND CRIME

2    FREE. AND 99 PERCENT OF THE TIME THEIR ANSWER IS THE PARK. FOR

3    THAT REASON, AND COUNTLESS OTHERS, I URGE YOU TO BRING BACK

4    ONE OF THE FEW, IF NOT THE ONLY, RESOURCE THIS COMMUNITY HAS

5    AND REINSTATE THE LIBRARY ON THE FIRST FLOOR OF THE MCAL

6    DEVELOPMENT AS ORIGINALLY PROPOSE TO THE COMMUNITY.

7

8    **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

9

10   **CHERYL AUGER:** HI, I HAVE HANDOUTS. MY NAME IS CHERYL AUGER,

11   AND I AM THE COLEAD OF BAN SINGLE USE PLASTICS. BECAUSE LOS

12   ANGELES COUNTY IS IN A PLASTIC CRISIS, I URGE THE LOS ANGELES

13   COUNTY BOARD OF SUPERVISORS TO IMMEDIATELY ADOPT THE BERKELEY

14   SINGLE USE FOODWARE  LITTER REDUCTION ORDINANCE IN ORDER TO

15   SWIFTLY AND EFFECTIVELY START MANAGING OUR SINGLE USE

16   FOODWARE, SUCH AS CUPS, LIDS, UTENSILS, STRAWS, AND CLAM

17   SHELLS BY OUR VENDORS, SUCH AS BAKERIES, CAFETERIAS, AND

18   DRIVE-INS. THEY EFFECTIVELY IMPLEMENTED THREE PHASES OF

19   BANNING SINGLE USE PLASTIC WITHIN A YEAR AND A HALF AND

20   ENFORCING IT  WITHIN THE FIRST 30 DAYS. I BELIEVE IF WE CAN

21   EFFECTIVELY MODEL OUR PLAN AFTER BERKELEY'S, WE CAN BE

22   EFFECTIVE. THANK YOU SO MUCH.

23

24   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

25



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   **ANAIS OROZCO:** MY NAME IS ANAIS OROZCO. I AM A STAKEHOLDER IN

2   THE UNINCORPORATED FLORENCE FIRESTONE COMMUNITY, AND I'M HERE

3   IN SUPPORT OF THE REINSTATEMENT OF THE FLORENCE LIBRARY IN THE

4   MCAL DEVELOPMENT. IT'S NOT JUST A LIBRARY THAT'S BEING TAKEN

5   AWAY FROM US. IT'S A PIECE OF OUR COMMUNITY. IT'S OUR KIDS

6   BEING ENRICHED IN A SAFE SPACE. IT'S A WHOLESOME AND NURTURING

7   ENVIRONMENT THAT IS SO, SO IMPORTANT TO WORKING CLASS

8   COMMUNITIES LIKE OURS BECAUSE IT EXISTED AS ONE OF THE FEW

9   AREAS IN OUR RAPIDLY DEVELOPING COMMUNITIES AS SOMEWHERE THAT

10  YOU DIDN'T HAVE TO PAY TO BE IN. FOR SOME KIDS, IT WAS A PLACE

11  TO GO TO ESCAPE DOMESTIC ISSUES. IT'S NEVER JUST A SINGLE

12  RESOURCE THAT'S RIPPED AWAY FROM OUR COMMUNITY. IT ALWAYS

13  STARTS OFF SMALL ESPECIALLY WITH COMMENTS SUCH AS IT NOT

14  SERVING THE COUNTY ANY PURPOSE. MARK RIDLEY-THOMAS MUST HOLD

15  ACCOUNTABILITY  AND MEET WITH THE SAME COMMUNITY MEMBERS HE

16  TOOK THIS LIBRARY AWAY FROM, AND THE LIBRARY MUST BE PUT BACK

17  AND INCLUDED IN ITS ORIGINAL PROJECT. THANK YOU.

18

19  **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

20

21  **JUAN VALADEZ:** MY NAME IS JUAN CARLOS VALADEZ, AND I'M ALSO A

22  MEMBER OF THE UNINCORPORATED FLORENCE FIRESTONE AREA. AND I'M

23  HERE IN SUPPORT OF OUR FLORENCE LIBRARY TO BE PLACED BACK IN

24  ITS ORIGINAL PLACE. BOTH OF MY DAUGHTERS GREW UP IN THAT

25  LIBRARY, AND AS A RESULT OF BEING ABLE TO READ IN THAT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    LIBRARY, MY DAUGHTER WAS ABLE TO READ AT A UNIVERSITY LEVEL AT

2    THE AGE OF 12 YEARS OLD. BEING ABLE TO USE THAT LIBRARY AS A

3    RESOURCE FOR OUR COMMUNITY BECAUSE WE DON'T HAVE MENTAL HEALTH

4    SUPPORTIVE SERVICES AND OTHER RESOURCES, GOING TO THAT LIBRARY

5    ALLOWS OUR CHILDREN TO BE ABLE TO HAVE ACCESS TO THINGS THEY

6    DON'T HAVE. IN HIS PROPOSED PRESS RELEASE ON SEPTEMBER THE

7    FOURTH, MARK RIDLEY-THOMAS STATED CLEARLY THAT IT WAS NOT

8    VIABLE, AND THAT HE WOULD COLLABORATE WITH THE COMMUNITY. FOR

9    THE PAST 41 DAYS, WE'VE BEEN EMAILING HIM, AND HE HAS NOT

10   RESPONDED. WE'RE NOT SCARED OF YOU, AND WE ASK THAT YOU BE NOT

11   SCARED TO TALK TO OUR COMMUNITY. YOU SAID THAT YOU WOULD TALK

12   TO US, AND WE WANT TO HOLD YOU ACCOUNTABLE, AND YOU NEED TO

13   TALK TO US. THANK YOU.

14

15   **SUP. HAHN, CHAIR:** THANK YOU. NEXT SPEAKER, PLEASE.

16

17   **MARIA MIRANDA:** MY MARIA MIRANDA. I WAS RAISED AND CURRENTLY

18   TEACH IN THE UNINCORPORATED AREA OF FLORENCE FIRESTONE. I AM

19   HERE TODAY TO SUPPORT THE REINSTATEMENT OF THE FLORENCE

20   LIBRARY BACK INTO THE MCAL DEVELOPMENT PROJECT LIKE IT WAS

21   PROMISED TO THE COMMUNITY. OVER THE LAST EIGHT MONTHS, THE

22   COMMUNITY HAS REACHED OUT TO THE STAFF IN BOARD DISTRICT 2

23   ASKING FOR A MEETING TO ADDRESS THE QUESTIONS AND CONCERNS

24   REGARDING THE DISPLACEMENT OF OUR LIBRARY. WE HAVE BEEN DENIED

25   THAT MEETING MULTIPLE TIMES. IT DEEPLY CONCERNS ME THAT OUR

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    REQUEST IS BEING IGNORED. PROMISES WERE MADE AND BROKEN, AND

2    NOW NO ONE WANTS THE GIVE ANSWERS FOR THOSE ACTIONS. I INVITE

3    THE SUPERVISOR OF BOARD DISTRICT 2 TO ACKNOWLEDGE AND GRANT US

4    AND THE COMMUNITY A MEETING. WE NEED HIM TO HEAR FIRSTHAND

5    WHAT IT IS THAT OUR COMMUNITY NEEDS AND WHAT IT WANTS. ARE WE

6    TO ASSUME THAT BY NOT GRANTING A MEETING TO THE COMMUNITY THAT

7    OUR SUPERVISOR BELIEVES THAT OUR COMMUNITY IS LESS IMPORTANT

8    THAN OTHER COMMUNITIES IN BOARD DISTRICT 2? I URGE SUPERVISOR

9    MARK RIDLEY-THOMAS TO MEET WITH THE COMMUNITY AND THAT HE WORK

10   WITH THE COMMUNITY TO FIND A SUITABLE SOLUTION TO THIS

11   PRESSING MATTER. THANK YOU.

12

13   **SUP. HAHN, CHAIR:** THANK YOU.

14

15   **ANTONIA RAMIREZ:** THANK YOU. JAN HAHN, YOU'RE STARTING TO LOOK

16   LIKE JOAN RIVERS, GOD REST HER SOUL. SHE WAS BEAUTIFUL.

17

18   **SUP. HAHN, CHAIR:** THANK YOU. OF COURSE LIKE 80 YEARS OLD.

19

20   **ANTONIA RAMIREZ:** IT'S ABSOLUTELY DIFFICULT. HERE WE ARE IN LA

21   PLASITA. AND WE ARE BEING THROWN EVERYTHING YOU COULD POSSIBLY

22   THINK OF THAT IS SO INDIGNANT. LA PLAZA DEL CULTURA I ARTES

23   AND THE CATHOLIC ROMAN CHURCH 535 NORTH MAIN STREET LOS

24   ANGELES AND LA PLAZA AT 501 NORTH MAIN STREET, THEY HAVE

25   FLOODED US, THE HOMELESS WOMEN, OUT. THEY HAVE SENT THUGS TO

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   ATTACK US, BEAT US, AND ROB US. THIS IS A CATHOLIC CHURCH AND

2   THIS PLAZA DEL CULTURA ARTES. I'M ASKING YOU TO BOYCOTT THESE

3   TWO PLACES WHERE THEY TRULY VIOLATE OUR HUMANITY, OUR PEACE,

4   OUR SPACE. YOU DON'T FLOOD WOMEN OUT. YOU DON'T SENT

5   [EXPLETIVE] GANGBANGERS, [EXPLETIVE] AND [EXPLETIVE] AND ROB -

6   - (YELLING).

7

8   **SUP. HAHN, CHAIR:** WE WERE LISTENING UNTIL YOU STARTED USING

9   VULGAR LANGUAGE. OKAY. OKAY. NEXT SPEAKER, PLEASE.

10

11  **WAYNE SPINDLER:** THAT'S GOOD. SO WE HAVE A LIST OF WORDS THAT

12  WE CANNOT USE. WE CANNOT SAY [EXPLETIVE].

13

14  **SUP. HAHN, CHAIR:** OH GOD, YOU KNOW. REALLY, WAYNE? COME ON.

15

16  **WAYNE SPINDLER:** CAN'T SAY [EXPLETIVE].

17

18  **SUP. HAHN, CHAIR:**   WHY CAN'T YOU JUST ADDRESS US WITH AN

19  ISSUE?

20

21  **WAYNE SPINDLER:** WHAT YOU WANT TO DO.

22

23  **SUP. HAHN, CHAIR:** THIS IS YOUR OPPORTUNITY TO ADDRESS US ABOUT

24  A SUBJECT MATTER WITHIN OUR JURISDICTION.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **WAYNE SPINDLER:** YOU'RE INTERRUPTING ME AND DOING ALL THESE

2   THINGS THAT GOD HERB WESSON INVOLVED WITH THE F.B.I. YOU'RE

3   DOING THE SAME [EXPLETIVE]. I'VE TRIED TO HELP YOU. I'M TRYING

4   TO TELL YOU WHERE THE [EXPLETIVE] SHIP IS SAILING. AND YOU'RE

5   NOT LISTENING TO WHERE THE SHIP IS SAILING. IT'S RUNNING

6   ADRIFT. YOU'VE GOT TO SUPPORT OUR SHERIFF. (SPEAKING OFF MIC).

7   SUPPORT OUR SHERIFF.

8

9   **SUP. HAHN, CHAIR:** OKAY. ARE THOSE ALL THE SPEAKERS? OH, ONE

10  MORE. OH, JAMES. COME ON UP, JAMES. HI.

11

12  **JAMES ESSEX:** THIS IS A PICTURE OF MY FRIEND, HER NAME IS --

13

14  **SUP. HAHN, CHAIR:** OKAY. WAIT A SECOND. SUPERVISOR RIDLEY-

15  THOMAS, WE'RE GOING TO ASK YOU TO JUST TAKE THEM MAYBE

16  OUTSIDE? OR JUST QUIET? WE HAVE ONE MORE PUBLIC SPEAKER. THANK

17  YOU. YEAH. THANK YOU.

18

19  **JAMES ESSEX:** HI. THIS IS A PICTURE OF MY FRIEND. HER NAME IS

20  MARIE. SHE'S 97 YEARS OLD, OR RATHER MORE CORRECTLY, SHE WAS

21  97 BECAUSE SHE PASSED AWAY ON SATURDAY NIGHT.

22

23  **SUP. HAHN, CHAIR:** OH.

24

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **JAMES ESSEX:** I WAS IN THE ROOM ON FRIDAY NIGHT, AND THERE WERE

2    THREE OTHER PEOPLE THERE IN THE NURSING HOME WHERE I LIVE, AND

3    THEY WERE TAKING SUCH GOOD CARE OF HER. AND SHE TURNED AND

4    LOOKED AT ME. AND I COULD SEE HER, BUT I DIDN'T HAVE TO SAY

5    ANYTHING LIKE I USUALLY DO TO MAKE HER FEEL GOOD BECAUSE THE

6    LOOK IN HER EYE TOLD ME THAT SHE WAS READY TO GO. AND IT WAS

7    SUCH A BEAUTIFUL ACT OF COURAGE, BUT IT'S TYPICAL OF HER.

8    YOU'LL NOTICE THAT IN THE PICTURE HER HAIR IS BLACK. 97 YEARS

9    OLD AND HER HAIR HASN'T TURNED WHITE. THAT'S GOT TO TELL YOU A

10   LOT ABOUT WHAT'S GOING ON UNDERNEATH THAT HAIR. AND SHE WAS

11   THE  EPITOME OF AND I LOVED HER SO MUCH. AND MAY SHE GO AND

12   SHE PLAYED WITH THE DOLPHINS IN HEAVEN.

13

14   **SUP. HAHN, CHAIR:** THANK YOU, JAMES. THANK YOU. MAY SHE REST IN

15   PEACE. THANK YOU FOR SHARING THAT WITH US. OKAY. THOSE ARE ALL

16   THE MEMBERS WHO HAVE CALLED UP TO SPEAK ON GENERAL PUBLIC

17   COMMENT? OKAY. AT THIS TIME, COLLEAGUES, IT WOULD BE

18   APPROPRIATE TO HEAR ADJOURNMENTS. WE'LL BEGIN WITH SUPERVISOR

19   BARGER.

20

21   **SUP. BARGER:** THANK YOU, MADAM CHAIR. I MOVE THAT WHEN WE

22   ADJOURN TODAY, WE DO SO IN MEMORY OF THELMA CHOTO, A RESIDENT

23   OF PASADENA, WHO RECENTLY PASSED AWAY AT THE AGE OF 83. THELMA

24   WAS A DEVOUT WOMAN OF FAITH AND A LIFE MEMBER OF THE ZETA PHI

25   BETA SORORITY.  HER LOVING AND GENEROUS SPIRIT WAS COUPLED

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

October 15, 2019



1    WITH HER PASSION FOR LEARNING, WHICH SHE SHARED THROUGH HER

2    WRITING AND EDITING ENGINEERING PUBLICATIONS. SHE ALSO SHARED

3    THE KNOWLEDGE WITH THE CHILDREN AT THE NONPROFIT FIVE ACRES.

4    THELMA IS SURVIVED BY HER TWO CHILDREN, SIX GRANDCHILDREN, AND

5    TWO GREAT GRANDCHILDREN. ALSO, THAT WE ADJOURN IN MEMORY OF

6    TIBBOTT CSIK, A LONG TIME RESIDENT OF PASADENA. TIBBOTT SERVED

7    IN THE UNITED STATES MARINE CORPS FOR 23 YEARS WHERE HE EARNED

8    THE RANK OF LIEUTENANT COLONEL. AFTER THE MARINES, HE WORKED

9    FOR THE ATHLETIC DEPARTMENT AT OCCIDENTAL COLLEGE. HE WAS

10   INDUCTED INTO THE FOOTBALL HALL OF FAME AT BOTH OCCIDENTAL AND

11   HIS ALMA MATER, THE COLLEGE OF NEW JERSEY. HE IS SURVIVED BY

12   HIS WIFE, FIVE CHILDREN, AND NINE GRANDCHILDREN. ALSO THAT WE

13   ADJOURN IN MEMORY OF ALEXANDER JOHN JACOBS, A LONG-TIME

14   RESIDENT OF PASADENA, WHO RECENTLY PASSED AWAY AT THE YOUNG

15   AGE OF 29. A PASADENA NATIVE, HE WAS A VALEDICTORIAN OF

16   FLINTRIDGE PREP SCHOOL CLASS OF 2008 BEFORE ATTENDING BROWN

17   UNIVERSITY. WHILE STUDYING TO EARN A PH.D. IN PSYCHOLOGY,

18   ALEXANDER DISCOVERED HIS TRUE PASSION IN LIFE AND LEFT THE

19   PROGRAM TO PURSUE A CAREER IN MUSIC AND GUITAR BUILDING. AT

20   THE TIME OF HIS DEATH, ALEXANDER WAS TAKING AN INTENSIVE

21   LUTHIER, OR GUITAR-MAKING, PROGRAM IN HOLLYWOOD. HE WILL BE

22   REMEMBERED FOR HIS KINDNESS AND HIS DEDICATION TO HIS FAMILY

23   AND HIS FRIENDS. ALEXANDER IS SURVIVED BY HIS PARENTS,

24   GRANDPARENTS, STEPFATHER, STEPMOTHER, AND HIS HALF BROTHERS

25   AND SISTERS. ALSO SHAUN R. LEDBETTER, A LIFELONG RESIDENT OF

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   SANTA CLARITA, WHO RECENTLY PASSED AWAY. HE GRADUATED FROM

2   CANYON HIGH SCHOOL IN 2000 AND ENLISTED IN THE UNITED STATES

3   COAST GUARD IN 2001 WHERE HE PROUDLY SERVED FOR 18 YEARS. HE

4   WAS STATIONED THROUGHOUT THE U.S. AND OVERSEAS IN BAHRAIN. HE

5   WAS PROMOTED TO THE CHIEF PETTY OFFICER IN JANUARY OF 2017. HE

6   RECEIVED NUMEROUS CERTIFICATIONS AND AWARDS DURING HIS CAREER.

7   IN 2019, HE EARNED HIS A.A. IN MULTIDISCIPLINARY TECHNOLOGY

8   FROM THOMAS EDISON STATE UNIVERSITY WITH A 4.0 G.P.A. SHAUN IS

9   SURVIVED BY HIS TWO CHILDREN, HIS PARENTS, AND A BROTHER AND

10  SISTER. ALSO FRANK MONTAGNA, A 55-YEAR RESIDENT OF GLENDALE

11  WHO PASSED AWAY AT THE AGE OF 89. HE WAS BORN IN LOS ANGELES

12  AND ATTENDED LOYOLA HIGH SCHOOL AND LOYOLA UNIVERSITY WHERE HE

13  STUDIED IN ENGINEERING. AFTER SERVING FOR TWO YEARS IN THE

14  UNITED STATES ARMY, HE EMBARKED ON A LIFELONG CAREER IN

15  ENGINEERING. HE FOUNDED A CONSULTING FIRM, GEOTECHNICAL

16  CONSULTANTS, WHICH PROVED TO BE A GREAT SUCCESS. JOSEPH AND

17  HIS WIFE, MARY LOU, ENJOYED DESERT LIVING AND TOOK GREAT

18  PLEASURE IN SPENDING TIME IN THE DESERT. HE IS SURVIVED BY HIS

19  WIFE, MARY LOU, FOUR CHILDREN, THREE GRANDCHILDREN, AND A

20  STEPSON. AND LAST, THAT WE ADJOURN IN MEMORY OF MARION OWENS,

21  WHO TAUGHT IN THE ANTELOPE VALLEY UNION SCHOOL DISTRICT UNTIL

22  THE AGE OF 71, WHO PASSED AWAY AT THE AGE OF 87. HE WAS BORN

23  IN WARDELL, MISSOURI AND WAS RAISED ON A FAMILY FARM. HE

24  TAUGHT AS A PUBLIC SCHOOL TEACHER, RETIRING IN 2004. HE'S

25  SURVIVED BY TOMMIE, HIS WIFE OF 56 YEARS, THREE CHILDREN, FOUR

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  GREAT GRANDCHILDREN, TWO GREAT GRANDCHILDREN, AND A BROTHER.

2  THOSE ARE MY ADJOURNMENTS.

3

4  **SUP. HAHN, CHAIR:** THANK YOU. LET'S GO TO SUPERVISOR KUEHL.

5

6  **SUP. KUEHL:** THANK YOU, MADAM CHAIR. I MOVE WHEN WE ADJOURN

7  TODAY, WE ADJOURN IN MEMORY OF ROBERT BARRON, A DIRECTOR AND

8  ACTOR, CHOREOGRAPHER, WHO DIED ON SEPTEMBER 9TH. HE WAS CAST

9  FIRST AS THE CRACKER JACK KID IN A NATIONAL CAMPAIGN BUT THEN

10  WENT ON TO APPEAR IN A NUMBER OF TELEVISION SHOWS, INCLUDING A

11  COUPLE OF GUEST SHOTS ON "THE DOBIE GILLIS SHOW" AND "THE

12  DONNA REED SHOW." HE STARRED IN LAS VEGAS PRODUCTIONS OF

13  "GEORGE M!" AND "THAT CERTAIN GIRL." AS A DIRECTOR AND

14  CHOREOGRAPHER, HE WON SEVERAL DRAMA-LOGUE AND ROBBY AWARDS

15  BEFORE MOVING TO BOGOTA, COLUMBIA, WHERE HE DIRECTED AND

16  CHOREOGRAPHED OVER 40 MUSICAL PRODUCTIONS. AND I MOVE THAT

17  WHEN WE ADJOURN TODAY, WE ADJOURN IN THE MEMORY OF SHIRLEY H.

18  JONES, CHILD WELFARE LEADER, WHO DEVOTED HER LIFE TO CHILDREN

19  AS A TEACHER AND THERAPIST AS WELL AS IN HER ROLE ESTABLISHING

20  THE HEAD START EARLY CHILDHOOD PROGRAM IN LOS ANGELES. SHE

21  ALSO HOSTED A LOCAL CHILDREN'S TELEVISION PROGRAM, "MISS

22  JONES' PLAYSCHOOL" AND WORKED TO BRING MENTAL HEALTHCARE TO

23  HER COMMUNITY. SHE'S SURVIVED BY HER DAUGHTERS, SHAWN, KEDREN,

24  AND MARNE. AND I MOVE THAT WHEN WE ADJOURN TODAY, WE ADJOURN

25  IN MEMORY OF THOMAS BEATTY, LABOR LEADER, WHO DIED ON

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    SEPTEMBER 22ND. HE WAS A DEDICATED ADVOCATE FOR WORKERS ACROSS

2    THE NATION. HE LED LOCAL UNION CHAPTERS IN BUFFALO AND LAS

3    VEGAS, WHERE HE WAS A MENTOR AND SKILLED NEGOTIATOR. IN

4    SOUTHERN CALIFORNIA, HE FOUGHT FOR WORKERS RIGHTS ALONG WITH

5    THE S.E.I.U. AND THE TEAMSTERS AND WAS A LEAD NEGOTIATOR FOR

6    THE LOS ANGELES UNIFIED SCHOOL DISTRICT HEALTH BENEFITS

7    COMMITTEE. HE'S SURVIVED BY HIS PARTNER, JOY, HIS DAUGHTER,

8    SUE, HIS SON, TOM, AND HIS SIBLINGS, SHEILA, KIRK, AND SHAWN.

9    AND I MOVE THAT WHEN WE ADJOURN TODAY, WE ADJOURN IN MEMORY OF

10   RIP TAYLOR, AN EMMY-NOMINATED COMIC, WHO DIED ON OCTOBER 6TH.

11   HE WAS KNOWN AS THE HOST OF THE COMEDY GAME SHOW "THE $1.98

12   BEAUTY SHOW" AND FOR HIS CONFETTI-FILLED COMEDY ON LATE NIGHT

13   AND VARIETY SHOWS. HE GOT HIS BREAK ON "THE ED SULLIVAN SHOW"

14   AND ULTIMATELY MADE OVER 2,000 GUEST STAR APPEARANCES ON SHOWS

15   INCLUDING "THE TONIGHT SHOW" AND "LATE NIGHT WITH DAVID

16   LETTERMAN." HE WAS NOMINATED FOR AN EMMY FOR HIS PERFORMANCE

17   AS THE VOICE OF UNCLE FESTER IN "THE ADDAMS FAMILY." ON STAGE,

18   HE PLAYED IN "ANYTHING GOES" AND "A FUNNY THING HAPPENED ON

19   THE WAY TO THE FORUM" AS WELL AS WRITING AND PERFORMING A ONE-

20   MAN SHOW, "IT AIN'T ALL CONFETTI" HE'S SURVIVED BY HIS

21   PARTNER, ROBERT. AND I MOVE THAT WHEN WE ADJOURN TODAY, WE

22   ADJOURN IN MEMORY OF A GREAT LADY, DIAHANN CARROLL, TONY-

23   WINNING AND AWARD, ACADEMY AWARD NOMINATED ACTRESS, WHO DIED

24   ON OCTOBER 4TH. SHE WAS THE FIRST BLACK WOMAN TO PLAY A

25   PROFESSIONAL RATHER THAN DOMESTIC WORKER ON TELEVISION IN THE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  SITCOM "JULIA," WHICH EARNED HER AN EMMY NOMINATION AND GOLDEN

2  GLOBE AWARD. THAT ROLE LED HER TO STAR AS NUMEROUS OTHER

3  DIVERSE AND WELL-ROUNDED CHARACTERS IN AN ERA WHERE SUCH ROLES

4  WERE EXCEEDINGLY RARE, INCLUDING DOMINIQUE DEVEREAU ON THE HIT

5  TELEVISION SHOW "DYNASTY" AND THE LEAD STRUGGLING MOTHER IN

6  "CLAUDINE," FOR WHICH SHE WAS NOMINATED FOR THE ACADEMY AWARD

7  FOR BEST ACTRESS. SHE MADE HER BROADWAY DEBUT IN "HOUSE OF

8  FLOWERS," HEADLINED THE MUSICAL "PORGY AND BESS" AND EARNED A

9  TONY FOR LEADING ACTRESS IN THE MUSICAL "NO STRINGS." OUTSIDE

10  OF HER DISTINGUISHED ACTING CAREER, SHE RELEASED SEVERAL VOCAL

11  ITEMS AND WAS THE MODEL FOR ONE OF THE VERY FIRST BLACK BARBIE

12  DOLLS. SHE'S SURVIVED BY HER DAUGHTER, SUZANNE. AND I MOVE

13  THAT WHEN WE ADJOURN TODAY, WE ADJOURN IN MEMORY OF RUDOLPH

14  BEHLMER, A FILM HISTORIAN, WHO DIED ON SEPTEMBER 27TH. HIS

15  WRITING AND RESEARCH MADE HIM AN AUTHORITY ON THE GOLDEN AGE

16  OF HOLLYWOOD AND ITS MANY LARGER-THAN-LIFE STORIES. AMONG HIS

17  BOOKS ARE "HOLLYWOOD'S HOLLYWOOD: THE MOVIES ABOUT THE

18  MOVIES," "THE FILMS OF ERROL FLYNN," AND "MEMO FROM DAVID O.

19  SELZNICK," WHICH HE COMPILED FROM THE PRIVATE LETTERS OF THE

20  FAMED "GONE WITH THE WIND" PRODUCER. HE PROVIDED COMMENTARY TO

21  DOZENS OF CLASSIC FILM D.V.D.S, LECTURED AT C.S.U.N., U.S.C.,

22  AND U.C.L.A., AND WORKED WITH MANY STUDIOS TO PRESERVE AND

23  SHARE THEIR HISTORIES. HE'S SURVIVED BY HIS WIFE, STACEY, AND

24  HIS SON, CURT. AND I MOVE THAT WHEN WE ADJOURN TODAY, WE

25  ADJOURN IN MEMORY OF ROBERT FORSTER, ACADEMY AWARD NOMINATED

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    ACTOR, WHO DIED ON OCTOBER 11TH. HE MADE HIS DEBUT IN THE FILM

2    "REFLECTIONS ON A GOLDEN EYE," PLAYING AN ARMY PRIVATE

3    ALONGSIDE MARLON BRANDO. HIS CAREER THEN SLOWED FOR SEVERAL

4    DECADES UNTIL A CHANCE MEETING WITH QUENTIN TARANTINO IN A

5    COFFEE SHOP. FROM THERE, HE WAS CAST AS THE AGING BAIL

6    BONDSMAN, MAX CHERRY IN "JACKIE BROWN." HE WAS NOMINATED FOR

7    AN ACADEMY AWARD FOR THAT ROLE AND HAD A SUCCESSFUL LATER

8    CAREER WITH PARTS IN "MULHOLLAND DRIVE" AND "THE DESCENDANTS,"

9    AMONG OTHER FILMS AND TELEVISION SHOWS. HE'S SURVIVED BY HIS

10   PARTNER, DENISE, HIS DAUGHTERS, KATE, ELIZABETH, AND MAEGHEN,

11   AND HIS SON, ROBERT. AND, FINALLY, COLLEAGUES, I MOVE THAT

12   WHEN WE ADJOURN TODAY, WE ADJOURN IN MEMORY OF DEBORAH MARROW,

13   DIRECTOR OF THE GETTY FOUNDATION, DEBORAH MARROW, WHO DIED ON

14   OCTOBER 1ST. AFTER GAINING RECOGNITION IN THE LOS ANGELES

15   WOMEN'S ARTS COMMUNITY -- I JUST WANT TO SAY JUDY CHICAGO WAS

16   JUST HONORED AT THE HAMMER LAST WEEKEND AND MENTIONED DEBORAH

17   MARROW SPECIFICALLY AS ONE OF THE WOMEN IN LOS ANGELES WHO WAS

18   THE FIRST TO SAY THERE OUGHT TO BE MORE RECOGNITION OF WOMEN

19   ARTISTS. BUT SHE THEN BEGAN THE GRANT MAKING ART OF THE GETTY

20   TRUST IN 1989. SHE OVERSAW $28 MILLION IN GRANTS DURING HER

21   TENURE AS ITS LEADER. HER GUIDANCE MADE POSSIBLE ARTISTIC AND

22   CULTURAL PROJECTS, INCLUDING THE VERY INFLUENTIAL PACIFIC

23   STANDARD TIME EXHIBITIONS IN SOUTHERN CALIFORNIA, HISTORIC

24   PRESERVATION AT AMERICAN UNIVERSITIES, AND THE PRESERVATION OF

25   PUBLIC ART IN LOS ANGELES. SHE WAS MOST PROUD OF THE GETTY'S

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  MULTICULTURAL UNDERGRADUATE INTERNSHIP, THROUGH WHICH

2  THOUSANDS OF STUDENTS HAVE BEEN ABLE TO WORK IN MUSEUMS AND

3  CULTURAL INSTITUTIONS IN L.A. COUNTY. THE PROGRAM IS NOW KNOWN

4  IN HER HONOR AS THE GETTY MARROW UNDERGRADUATE INTERNSHIP.

5  SHE'S SURVIVED BY HER HUSBAND, MICHAEL, HER DAUGHTER, ANNA,

6  AND HER SON, DAVID. THANK YOU, MADAM CHAIR.

7

8  **SUP. HAHN, CHAIR:** THANK YOU. I MOVE THAT WHEN WE ADJOURN

9  TODAY, WE ADJOURN IN THE MEMORY OF MILTON SKIP BALDWIN, WHO

10  PASSED AWAY. HE WAS 87 YEARS OLD, A LONG TIME RESIDENT OF

11  WILMINGTON. HE SERVED FOR DECADES IN NUMEROUS EFFORTS TO

12  CLEAN, TO PROTECT, AND TO BEAUTIFY HIS BELOVED COMMUNITY OF

13  WILMINGTON. SKIP WAS INSTRUMENTAL IN FORMING THE WILMINGTON

14  CITIZENS COMMITTEE, WHICH WAS THERE WAY BEFORE WE EVEN THOUGHT

15  ABOUT NEIGHBORHOOD COUNCILS. HE WAS A MEMBER OF THE PORT

16  COMMUNITY ADVISORY COMMITTEE, AND HE ALSO AN ACTIVE MEMBER OF

17  THE SAN PEDRO PENINSULA HOMEOWNERS COALITION. HE AND HIS

18  PARTNER, LUCY, WERE REALLY A FORCE TOGETHER TO BE RECKONED

19  WITH. I REMEMBER WHEN I FIRST RAN FOR CITY COUNCIL IN 1993, I

20  LEARNED VERY QUICKLY THAT TO IGNORE SKIP AND LUCY WAS TO

21  IGNORE THEM AT YOUR OWN PERIL. THEY REALLY WERE THE DEFINITION

22  OF ACTIVISTS WHO LOVED THEIR COMMUNITY AND HELD EVERYBODY

23  ACCOUNTABLE FOR MAKING THAT A BETTER PLACE TO LIVE. WE'RE

24  GOING TO MISS SKIP. I ALSO MOVE THAT WHEN WE ADJOURN TODAY, WE

25  ADJOURN IN THE MEMORY OF MARY GIORDANO, WHO WAS BORN IN TEXAS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   AND GRADUATED FROM THE UNIVERSITY OF MAINE. SHE BEGAN HER

2   CAREER WITH THE CITY OF TORRANCE AS THE FINANCE DIRECTOR IN

3   1987 AND BECAME THE ASSISTANT CITY MANAGER IN 1995. SHE HELPED

4   TO ACCOMPLISH MANY PROJECTS FOR THE CITY OF TORRANCE,

5   INCLUDING THE CITY'S STRATEGIC PLAN, THE DEL AMO FASHION

6   CENTER RENOVATION, THE LEASING OF THE TOYOTA SPORTS COMPLEX,

7   AND THE TRANSIT CENTER SITE, AND THE EXPANSION OF FIRE STATION

8   1. MARY RETIRED FROM THE CITY OF TORRANCE IN 2018 AFTER 30

9   YEARS OF SERVICE. SHE ENJOYED HIKING AND ATTENDING MUSIC

10  FESTIVALS. SHE IS SURVIVED BY HER HUSBAND, JIM, HER CHILDREN,

11  EDDIE, MATTIE, AND CHRIS, HER GRANDSON, LUCA, AND SISTER,

12  FRAN. SHE WILL BE REMEMBERED FOR HER GENEROSITY, HER LOYALTY,

13  HER SPIRIT OF HEART AND WILLINGNESS TO HELP OTHERS. THOSE ARE

14  ALL MY ADJOURNMENTS. AND WE WILL TAKE ALL THE MOTIONS AS

15  SECONDED. AND IF THERE'S NO OBJECTION TO A UNANIMOUS VOTE,

16  THAT WILL BE THE ACTION. MADAM EXECUTIVE OFFICER, YOU HAVE

17  SOMETHING TO -- ?

18

19  **CELIA ZAVALA, E.O.:** YES, MADAM CHAIR, THE C.E.O. REQUESTS THAT

20  CS-1, CS-2, AND CS-3 BE CONTINUED ONE WEEK TO OCTOBER 22ND,

21  2019.

22

23  **SUP. HAHN, CHAIR:** OKAY. WITHOUT OBJECTION, THIS MEETING IS

24  ADJOURNED. [GAVEL.]

25

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



<center>**CLOSED SESSION ITEMS**
**FOR OCTOBER 15, 2019**</center>

CS-1.    <u>PUBLIC EMPLOYMENT</u>
(Government Code Section 54957)

Consideration of candidate(s) for appointment to the position of
Alternate Public Defender.  (19-6734)

**In Open Session, this item was continued one week to
October 22, 2019.**

CS-2.    <u>PUBLIC EMPLOYMENT</u>
(Government Code Section 54957)

Consideration of candidate(s) for appointment to the position of
Auditor-Controller.  (19-6735)

**In Open Session, this item was continued one week to
October 22, 2019.**

CS-3.    <u>CONFERENCE WITH LABOR NEGOTIATORS</u>
(Government Code Section 54957.6)

Agency designated representatives: Sachi A. Hamai, Chief
Executive Officer, and designated staff.

Unrepresented employees (all).  (13-4431)

**In Open Session, this item was continued one week to
October 22, 2019.**

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1      I, JENNIFER A. HINES, Certified Shorthand Reporter Number

2   6029/RPR/CRR qualified in and for the State of California, do

3   hereby certify:

4      That the transcripts of proceedings recorded by the Los

5   Angeles County Board of Supervisors October 15, 2019,

6   were thereafter transcribed into typewriting under my

7   direction and supervision;

8      That the transcript of recorded proceedings as archived

9   in the office of the reporter and which have been provided to

10   the Los Angeles County Board of Supervisors as certified by

11   me.

12      I further certify that I am neither counsel for, nor

13   related to any party to the said action; nor

14   in anywise interested in the outcome thereof.

15       IN WITNESS WHEREOF, I have hereunto set my hand this

16   28th day of October 2019, for the County records to be used

17   only for authentication purposes of duly certified transcripts

18   as on file of the office of the reporter.

19

20                          JENNIFER A. HINES

21                    CSR No. 6029/RPR/CRR

22

23

24

25

26

27

28

29

30

EXHIBIT 42



# THE MEETING TRANSCRIPT OF
# THE LOS ANGELES COUNTY
# BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



## Adobe Acrobat Reader

### Finding Words

You can use the Find command to find a complete word or part of a word in the current PDF document.  Acrobat Reader looks for the word by reading every word on every page in the file, including text in form fields.

### To find a word using the Find command:

1. Click the Find button **(Binoculars)**, or choose Edit > Find.
2. Enter the text to find in the text box.
3. Select search options if necessary:
   Match Whole Word Only finds only occurrences of the complete word you enter in the box.  For example, if you search for the word *stick*, the words *tick* and *sticky* will not be highlighted.

   Match Case finds only words that contain exactly the same capitalization you enter in the box.

   Find Backwards starts the search from the current page and goes backwards through the document.
4. Click Find.  Acrobat Reader finds the next occurrence of the word.

### To find the next occurrence of the word, Do one of the following:

Choose Edit > Find Again
Reopen the find dialog box, and click Find Again.
(The word must already be in the Find text box.)

## Copying and pasting text and graphics to another application

You can select text or a graphic in a PDF document, copy it to the Clipboard, and paste it into another application such as a word processor.  You can also paste text into a PDF document note or into a bookmark.  Once the selected text or graphic is on the Clipboard, you can switch to another application and paste it into another document.

**Note:  *If a font copied from a PDF document is not available on the system displaying the copied text, the font cannot be preserved.  A default font  is substituted.***

# THE MEETING TRANSCRIPT
#### OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



### To select and copy it to the clipboard:

1.  Select the text tool $T$, and do one of the following:
    To select a line of text, select the first letter of the sentence or phrase and drag to the last letter.

To select multiple columns of text (horizontally), hold down Ctrl+Alt (Windows) or Option (Mac OS) as you drag across the width of the document.

To select a column of text (vertically), Hold down Ctrl+Alt (Windows) or Option+Command (Mac OS) as you drag the length of the document.

To  select all the text on the page, choose Edit > Select All.  In single page mode, all the text on the current page is selected.  In Continuous or Continuous – facing mode, most of the text in the document is selected.  When you release the mouse button, the selected text is highlighted.  To deselect the text and start over, click anywhere outside the selected text. The Select All command will not select all the text in the document.  A workaround for this (Windows) is to use the Edit > Copy command.  Choose Edit > Copy to copy the selected text to the clipboard.

2.  To view the text, choose Window > Show Clipboard

In Windows 95, the Clipboard Viewer is not installed by default and you cannot use the Show Clipboard command until it is installed.  To install the Clipboard Viewer, Choose Start > Settings > Control Panel > Add/Remove Programs, and then click the Windows Setup tab.  Double-click Accessories, check Clipboard Viewer, and click OK.

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    [REPORT OF ACTION TAKEN IN CLOSED SESSION ON

2    TUESDAY, JANUARY 28, 2020 ON PAGE 281]

3

4

5    **SUP. KATHRYN BARGER, CHAIR:** WE WILL START THE BOARD MEETING IN

6    ONE MINUTE. ALL RIGHT. GOOD MORNING, EVERYONE. WE WELCOME YOU

7    TO THE REGULARLY SCHEDULED MEETING OF THE LOS ANGELES COUNTY

8    BOARD OF SUPERVISORS. TODAY IS TUESDAY, JANUARY 28TH, 2020.

9    BEFORE WE START THIS BOARD MEETING, I WOULD LIKE US ALL TO

10   TAKE A MOMENT OF SILENCE TO REMEMBER THOSE THAT PERISHED IN

11   THE CALABASAS HELICOPTER CRASH: MANY FAMILIES, INCLUDING KOBE

12   BRYANT. SO IF WE COULD TAKE A MOMENT OF SILENCE, PLEASE? THANK

13   YOU. I'D JUST LIKE TO MAKE A FEW REMARKS. KOBE BRYANT WAS A

14   WORLD-RENOWNED BASKETBALL SUPERSTAR THAT PLAYED FOR THE LOS

15   ANGELES LAKERS, AND HAD A CAREER THAT SPANNED 20 SEASONS.

16   CONSIDERED ONE OF THE GREATEST TO PLAY THE GAME, HE HELPED

17   LEAD THE LOS ANGELES LAKERS TO FIVE CHAMPIONSHIPS, THE UNITED

18   STATES BASKETBALL TEAM TO TWO GOLD MEDALS, AND WON THE ACADEMY

19   AWARD FOR HIS FILM ON BASKETBALL. KNOWN AS THE "BLACK MAMBA,"

20   KOBE WAS KNOWN FOR HIS FIERCE COMPETITIVENESS AND HIS INFAMOUS

21   MAMBA MENTALITY. HE WAS FLUENT IN ITALIAN AND SPANISH, HAVING

22   GROWN UP IN ITALY, WHERE HIS FATHER PLAYED BASKETBALL. HE

23   SERVED AS AN INSPIRATION TO MILLIONS THROUGHOUT THE COUNTY AND

24   ACROSS THE WORLD, WITH ONE OF HIS COUNTLESS LEGACIES EVIDENT

25   IN THE SCORES OF FANS IMITATING HIS JUMP SHOT, YELLING "KOBE"

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   AS THEY TAKE A SHOT. HE IS SURVIVED BY HIS WIFE VANESSA, AND

2   DAUGHTERS NATALIA, BIANKA, AND CAPRI. BUT LET US ALSO REMEMBER

3   HIS DAUGHTER GIANNA, AS WELL AS THOSE OTHERS THAT PERISHED IN

4   THIS HORRIBLE ACCIDENT. THANK YOU, MEMBERS. ALL RIGHT. SO THE

5   INNOVATION TODAY WILL BE LED BY HUI CHI, OF GUANG SHAN HSI LAI

6   TEMPLE IN THE FIFTH DISTRICT, FOLLOWED BY THE PLEDGE OF

7   ALLEGIANCE, LED BY HECTOR ARMANDO SANCHEZ, FORMER CORPORAL IN

8   THE UNITED STATES MARINE CORPS, IN THE CITY OF LOS ANGELES,

9   FROM THE SECOND DISTRICT.

10

11  **VENERABLE HUI CHI:** A VERY GOOD MORNING TO ALL THE MEMBERS OF

12  THE L.A. COUNTY BOARD OF SUPERVISORS, AS WELL AS ALL OUR

13  COUNCIL MEMBERS. I'M HONORED TO REPRESENT HSI LAI TEMPLE AND

14  ABBOT VENERABLE HUI DONG, TO PERFORM THIS INVOCATION. SO I

15  WILL CONVEY THE WORDS OF WISDOM WRITTEN BY OUR FOUNDER,

16  VENERABLE MASTER HSING YUN, WITH HIS PRAYER FOR OUR PEOPLE OF

17  ALL VOCATIONS AND ENDEAVORS. SO, MAY WE ALL JOIN OUR PALMS? O

18  GREAT, COMPASSIONATE BUDDHA, WE HAVE ALL DEVOUTLY GATHERED IN

19  FRONT OF YOU. SOME OF US SERVE IN ORGANIZATIONS OF INDUSTRY,

20  COMMERCE, OR ENTERPRISE. SOME WORK FOR INSTITUTIONS OF

21  GOVERNMENT, EDUCATION, MILITARY, OR LAW ENFORCEMENT. SOME ARE

22  HOUSEWIVES, SOME ARE RETIRED, LIVING IN WELL-EARNED

23  TRANQUILITY. WE OFTEN FEEL IMPERFECTION IN OURSELVES. WE OFTEN

24  SENSE THE HARDSHIPS IN OUR LIVES. O BUDDHA, GREAT

25  COMPASSIONATE BUDDHA, WE PEOPLE OF ALL VOCATIONS AND ENDEAVORS

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  WILLING TO PARTICIPATE, BUT THAT REALLY SHOULDN'T BE THEIR

2  ROLE. THAT SHOULD BE SOMETHING THAT SHOULD BE BROUGHT TO THE

3  ATTENTION OF THE PROBATION DEPARTMENT IN AN OFFICIAL CAPACITY,

4  AND THEY SHOULD BE ABLE TO ACT ON IT. AND CERTAINLY, THAT

5  WOULD NOT RISE TO THE LEVEL OF SOMETHING THAT THE O.I.G. WOULD

6  NECESSARILY BE INVOLVED IN, OR SHOULD BE INVOLVED IN. SO,

7  AGAIN, THANK YOU FOR YOUR TIME, AND CONGRATULATIONS. THIS IS A

8  GREAT STEP FORWARD.

9

10  **SUP. KATHRYN BARGER, CHAIR:** THANK YOU. AND I JUST WANT TO MAKE

11  THE COMMENT THAT THE FACT THAT PROBATION DIDN'T HAVE BLANKETS

12  FOR THE KIDS, SHAME ON US. SO, THAT'S APPALLING TO ME. MR.

13  MARK RIDLEY-THOMAS?

14

15  **SUP. MARK RIDLEY-THOMAS:** MADAM CHAIR, THOSE ARE THE INVITED

16  SPEAKERS THAT WE WISH TO HEAR FROM. IF YOU WISH TO ACKNOWLEDGE

17  THE FACT THAT THE SHERIFF HAS REQUESTED THE TIME TO BE HEARD,

18  I SUSPECT NOW WOULD BE THE TIME TO DO SO.

19

20  **SUP. KATHRYN BARGER, CHAIR:** YES, I WOULD. WELCOME, SHERIFF

21  VILLANUEVA. WOULD YOU LIKE TO MAKE A STATEMENT?

22

23  **SHERIFF VILLANUEVA:** SURE, UNLESS YOU ALL CARE TO MAKE ONE

24  FIRST.

25

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. KATHRYN BARGER, CHAIR:** NONE OF MY COLLEAGUES HAVE

2   REQUESTED TO SPEAK, SO...

3

4    **SHERIFF VILLANUEVA:** ALL RIGHT.

5

6    **SUP. KATHRYN BARGER, CHAIR:** THANK YOU. WELCOME.

7

8    **SHERIFF VILLANUEVA:** THANK YOU. GOOD AFTERNOON, ALL. I JUST

9   WANT TO MAKE THREE IMPORTANT POINTS TO PONDER. FIRST OF ALL, I

10  CAMPAIGNED ON TRANSPARENCY, AND...

11

12   **SUP. KATHRYN BARGER, CHAIR:** EXCUSE ME, MR. SACHS.

13

14   **SHERIFF VILLANUEVA:** WHEN YOU INHERIT AN ORGANIZATION AS LARGE

15  AS OURS, WITH AS MUCH DATA THAT WE GENERATE, AND ALL THE

16  ACTIVITIES THAT WE DO, AND A VERY ANTIQUATED I.T. SYSTEM THAT

17  WE HAVE, IT IS NOT AS SIMPLE AS SNAP OUR FINGERS, PUSH A

18  BUTTON, AND VOILA, EVERYTHING IS GOING TO BE CRANKING OUT. IT

19  TAKES A LOT OF ENERGY. SO WE ARE PUTTING THE ENTIRE CONTENTS

20  OF THE SHERIFF'S DEPARTMENT ONLINE, ON OUR WEBSITE. AND I SAY

21  THE ENTIRE CONTENTS, I MEAN THE ENTIRE CONTENTS. EVERYTHING

22  THAT IS NOT LEGALLY RESTRICTED, WE'RE GOING TO PUT ONLINE. SO

23  THAT MEANS OUR DEPUTY-INVOLVED SHOOTINGS, WE'RE GOING TO BE

24  PUTTING THE DEPUTY'S FIRST REPORT. WE'RE GOING TO PUT THE

25  CORONER'S REPORT. WE'RE GOING TO PUT A VIDEO THAT WE HAVE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    AVAILABLE. AND LATER ON, WHEN WE HAVE THE BODYCAMS DEPLOYED,

2    WE'LL HAVE THAT INFORMATION ALSO AVAILABLE. WE WILL HAVE A

3    SYNOPSIS OF EACH SHOOTING. AND EVERYTHING THAT COMPLIES WITH

4    1421, WE'RE GOING TO PUT IT ONLINE ON EACH SHOOTING. AND WE'VE

5    ALREADY STARTED THAT PROCESS FROM THE ONES FROM MY TIME, MY

6    ADMINISTRATION, MOVING FORWARD. AND THAT TAKES A LOT OF

7    BANDWIDTH. IT TAKES A LOT OF SERVER CAPACITY THAT WE DON'T

8    HAVE, SO WE ARE GOING TO BE REQUESTING THE FUNDS TO INCREASE

9    OUR SERVER CAPACITY IN THE INTERESTS OF THAT TRANSPARENCY. SO

10   I'M HERE TO DELIVER ON TRANSPARENCY. AND THE THINGS THAT WE

11   CANNOT PUT ONLINE, THE THINGS THAT WE CANNOT RELEASE, AND

12   THOSE THAT ARE BOUND BY LAW, THERE'S QUITE A FEW STATE LAWS

13   THAT DICTATE WHAT IS NOT RELEASED PUBLICLY. ONE OF THOSE IS

14   PERSONNEL RECORDS. THEY ARE CONFIDENTIAL. THEY WILL REMAIN

15   PRIVATE. AND THAT IS WITH OR WITHOUT SUBPOENA. THEY ARE NOT

16   SUBJECT TO DISCLOSURE. THE SAME THING GOES WITH ONGOING

17   INVESTIGATIONS, BOTH CRIMINAL INVESTIGATIONS AND

18   ADMINISTRATIVE INVESTIGATIONS. THEY ARE NOT SUBJECT TO

19   DISCLOSURE. THEY WILL NOT BE RELEASED UNTIL THE INVESTIGATIONS

20   ARE CONCLUDED. THEN WE WILL REPORT ON THE RESULTS. WE ALSO ARE

21   NOT GOING TO BE RELEASING ANY INFORMATION ON VICTIMS AND

22   WITNESSES OF PARTICULAR CRIMES-- FOR EXAMPLE, SEX-RELATED

23   CRIMES, DOMESTIC VIOLENCE CRIMES-- BECAUSE THOSE ARE ALSO

24   PROTECTED BY LAW. SO THOSE THREE BROAD CATEGORIES WILL REMAIN

25   CONFIDENTIAL. AND THAT IS NOT GOING TO CHANGE BY WHATEVER IS



# The Meeting Transcript
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

January 23, 2024

1    ON THE BALLOT, OR WHATEVER IS VOTED ON HERE TODAY. AND AS A

2    CUSTODIAN OF THE RECORDS OF THE SHERIFF'S DEPARTMENT, I'M

3    BOUND BY LAW TO PROTECT THE CONFIDENTIALITY OF ALL THOSE

4    RECORDS. AND SO SUBPOENA POWER DOES NOT GIVE ACCESS TO THOSE

5    TYPE OF DOCUMENTS. AND I DON'T SEE ANY FORUM OR ANY JUDICIAL

6    REVIEW WILL SOMEHOW CHANGE STATE LAW TO MAKE THAT ACCESSIBLE.

7    IT'S JUST NOT. PLUS, IT JUST GOES AGAINST THE GRAIN OF WHAT

8    WE'RE HERE FOR. WE NEED TO HAVE WITNESSES. WE NEED TO HAVE

9    VICTIMS COOPERATE. THEY CAN'T FEAR THAT THEIR INFORMATION IS

10   GOING TO BE DIVULGED PUBLICLY. THE SAME THING WITH APPLICANTS

11   TO BE EMPLOYEES OF THE ORGANIZATION. THEY DON'T WANT THEIR

12   INFORMATION TO BE DIVULGED PUBLICLY, EITHER, AS A MATTER OF

13   PUBLIC RECORD, AND THAT IS WHY THE STATE LEGISLATURE HAS

14   WISELY ENSHRINED ALL OF THESE RECORDS AS CONFIDENTIAL, AND I'M

15   GOING TO HONOR THAT. THE THIRD POINT IS THE SUBPOENA POWER

16   ITSELF, IF IT COMES TO-- IT IS GOING TO INCREASE THE

17   LITIGATION COSTS ENORMOUSLY IF THERE'S A SUBJECT DISPUTE. IF

18   I'M RELEASING EVERYTHING PUBLICLY THAT I CAN, AND BEING AS

19   TRANSPARENT AS I CAN, THE QUESTION IS, WHAT IS LEFT THAT

20   PEOPLE ARE TRYING TO SEEK A SUBPOENA FOR? THERE IS NOTHING

21   LEFT, BECAUSE I'M GOING TO GIVE IT ALL PUBLICLY. IN FACT, WE

22   WILL EVEN PUT ONLINE EVERY SINGLE REQUEST FROM THE O.I.G. AND

23   THE C.O.C. WE WILL MAKE ALL THOSE REQUESTS PUBLIC, TOO. WE

24   ALREADY HAVE STARTED THAT PROCESS. IF YOU GO TO OUR WEBSITE,

25   YOU CAN SEE SOME OF THOSE. WE'RE PUTTING ALL OF THAT ONLINE,

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   BECAUSE OUR BUSINESS IS NOT THE BUSINESS OF SECRECY, AS SOME

2   PEOPLE LIKE TO BELIEVE, ERRONEOUSLY. I WILL SAY THIS: IN THE

3   YEAR 2017, THE O.I.G. GENERATED 7 REPORTS FOR THE ENTIRE

4   CALENDAR YEAR. IN THE YEAR 2018, THE O.I.G. GENERATED 10

5   REPORTS. IN THE YEAR 2019, WHICH IS UNDER MY ADMINISTRATION,

6   THE O.I.G. GENERATED 21 REPORTS. THAT'S MORE THAN TWICE THE

7   TOTAL OF THE PREVIOUS TWO YEARS. AND I'M PRETTY SURE THEY

8   DIDN'T MAKE UP INFORMATION. THEY RELIED ON INFORMATION THAT WE

9   PROVIDED. SO WE'RE STARTING TO LOSE THE CONTEXT HERE. WHAT HAS

10  THE C.O.C., WHAT HAS THE O.I.G. RECEIVED? TURNS OUT THEY HAVE

11  BEEN RECEIVING REAMS AND REAMS OF DATA FROM THE DEPARTMENT. WE

12  ARE GIVING THEM ACCESS TO ALL OF THE ASPECTS OF PATROL, OF

13  CUSTODY. EVERYWHERE THAT WE HAVE AN OPERATION, WE ARE GIVING

14  THEM ALMOST UNLIMITED ACCESS. THE ONLY ACCESS THAT WE ARE

15  RESTRICTING IS THAT WHICH IS REQUIRED TO BE RESTRICTED BY LAW,

16  AND NOTHING MORE, NOTHING LESS. SO I WILL SUBMIT TO YOU THAT

17  THAT IS MY OBLIGATION, AND AS COUNTY COUNSEL, YOU ARE SUPPOSED

18  TO BE MY COUNTY COUNSEL, SO YOU ARE GOING TO INFORM ME WHEN A

19  CONFLICT ARISES, AND THEN I WILL HAVE TO SEEK SEPARATE COUNSEL

20  WHEN WE HAVE A DISAGREEMENT OVER THE SUBPOENA ISSUE. AND I

21  HAVEN'T HEARD THAT YET, BUT I'M SURE YOU WILL BE DOING THAT.

22

23  **SUP. KATHRYN BARGER, CHAIR:** THANK YOU, SHERIFF. I THINK, FOR

24  THE LAST--

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SHERIFF VILLANUEVA:** OH, I GOT ONE MORE THING TO ADD TO THAT.

2  SOMETHING THAT I DON'T WANT TO-- IS THAT WE RECEIVED NOTICE

3  FROM THE UNIONS THAT THEY WOULD LIKE TO NEGOTIATE OVER THESE

4  CHANGES, AND CERTAINLY OVER THE IMPACT OF THE CHANGES. THE

5  COUNTY'S BARGAINING ORDINANCE REQUIRES NEGOTIATIONS OVER

6  WORKING CONDITIONS. AND EVEN IF SOMETHING IS NOT NEGOTIABLE,

7  IT REQUIRES THE COUNTY TO DISCUSS THE CHANGES WITH THE UNIONS.

8  IT'S PART OF THE MEET AND CONFER PROCESS. THIS IS A

9  COMPLICATED PIECE OF LEGISLATION, AND ONE OF THE UNIONS,

10  A.L.A.D.S., HAS POINTED OUT SOME POTENTIALLY SERIOUS LANGUAGE

11  PROBLEMS WITH THE WAY IT IS WRITTEN. IT'S AT THE BARGAINING

12  TABLE WHERE THESE SORTS OF THINGS SHOULD BE WORKED OUT, AND I

13  AGREE WITH HIM.

14

15  **SUP. KATHRYN BARGER, CHAIR:** OKAY, THANK YOU. AT LEAST WEEK'S

16  BOARD MEETING, ACTUALLY, SUPERVISOR KUEHL, I BELIEVE, BROUGHT

17  UP THE ISSUE OF THE M.O.A., AND I KNOW I'VE TALKED TO YOU

18  SINCE THEN, AND YOU HAVE SAID THAT YOU WOULD LIKE TO NEGOTIATE

19  AN M.O.A. YOU WOULD BE WILLING TO SIT DOWN AND NEGOTIATE AN

20  M.O.A., CORRECT?

21

22  **SHERIFF VILLANUEVA:** OH, WE NEED TO SIT DOWN AND DO A NEW

23  M.O.A., BY ALL MEANS.

24

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. KATHRYN BARGER, CHAIR:** YEAH. AND SO I THINK IT IS

2    IMPORTANT TO NOTE THAT AN M.O.A. IS IN PLACE, AND A SUBPOENA

3    IS ONLY USED IF, WITH THAT M.O.A., THERE'S A DISAGREEMENT, AND

4    THEY FEEL THEY NEED TO DO A SUBPOENA. I MEAN, THE M.O.A.

5    TAKES-- IT IS REALLY WHAT WE'RE FOCUSED ON. CORRECT?

6

7    **SHERIFF VILLANUEVA:** WELL, WE SHOULD HAVE A MEMORANDUM OF

8    AGREEMENT, AND THE MEMORANDUM OF AGREEMENT AND ANY TYPE OF

9    CODE THAT IS GENERATED HERE, LOCALLY, HAS TO CONFORM TO STATE

10   LAW.

11

12   **SUP. KATHRYN BARGER, CHAIR:** AND I COMPLETELY AGREE WITH YOU,

13   AND I DON'T THINK ANYONE WOULD DISAGREE THAT IT HAS TO COMPLY

14   WITH STATE LAW. BUT TO THE POINT, THOUGH, I JUST WANT TO ASK

15   AGAIN THAT THE M.O.A. DISCUSSIONS BEGIN, AS IT RELATES TO A

16   MEMORANDUM OF AGREEMENT, SO THAT THE SUBPOENA IS THE LAST

17   RESORT. THAT IS MY UNDERSTANDING, AS IT RELATES TO HOW THIS

18   WHOLE THING WORKS. SUPERVISOR RIDLEY-THOMAS?

19

20   **SUP. MARK RIDLEY-THOMAS:** THANK YOU, MADAM CHAIR. I WISH TO SAY

21   THE FOLLOWING: AN M.O.A. IS IN PLACE, AND IT IS THE CASE THAT

22   THE COMMISSION-- THAT IS, THE CIVILIAN OVERSIGHT COMMISSION--

23   MAKES IT ABUNDANTLY CLEAR THAT THEY HAVE HAD ABUNDANCE OF

24   DIFFICULTY CAUSING THE SHERIFF'S DEPARTMENT AND THE SHERIFF

25   HIMSELF TO COMPLY WITH THE M.O.A.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   IN THE ORDINANCES, AS WE SAID, TODAY. IT WOULD BE APPROPRIATE

2   TO REACH SOME FORM OF AN AGREEMENT THAT DEALS WITH THE PROCESS

3   WITH THE SHERIFF'S DEPARTMENT, AS TO HOW THIS WHOLE THING WILL

4   PLAY OUT. THAT IS WHAT IS CONSISTENT, I THINK, WITH WHAT THE

5   BOARD WAS SAYING LAST WEEK, AND WE WOULD WELCOME THAT

6   OPPORTUNITY TO WORK ON A PROCESS.

7

8   **SUP. KATHRYN BARGER, CHAIR:** CORRECT. AND THEN I WOULD ASK, THE

9   SHERIFF BROUGHT UP THE ISSUE OF COMPLIANCE WITH 1421. AND I

10  KNOW HE'S REQUESTED FUNDING OF THE TIME THAT IT TAKES, AND

11  THEIR SOFTWARE, AND HOW AVAILABLE. AND I KNOW CIVIL SERVICE IS

12  ALSO FACING THE SAME REQUEST. WHERE ARE WE ON THE STATUS,

13  SACHI, OF HONORING THE REQUEST TO HELP HIM PURCHASE THAT

14  SOFTWARE?

15

16  **SACHI HAMAI, C.E.O.:** YEAH. THANK YOU, MADAM CHAIR AND MEMBERS.

17  I BELIEVE LAST YEAR WE HAD GIVEN THEM SOME ONE-TIME MONEY, AS

18  WELL AS SOME POSITIONS. BUT AS WE ARE PROGRESSING INTO THE

19  FISCAL YEAR 2021 BUDGET, WE FULLY EXPECT THAT THE SHERIFF IS

20  RESUBMITTING. BUT I ALSO KNOW THAT THE C.I.O.'S OFFICE WAS

21  REACHING OUT TO HIS DEPARTMENT TO WORK, AND SEE IF THERE COULD

22  BE SOME I.T.F., WHICH IS MONEY FOR LEGACY SYSTEMS THAT COULD

23  BE MADE AVAILABLE, AND/OR I ALSO HEARD THAT THE SHERIFF'S

24  DEPARTMENT WAS ALSO PUTTING IN FOR QUALITY AND PRODUCTIVITY

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    FUNDS. SO I DON'T KNOW IF THAT HAD HAPPENED. SO I THINK IT IS

2    A COMBINATION OF BOTH, IN TERMS OF TRYING TO FIND THE FUNDING.

3

4    **SUP. KATHRYN BARGER, CHAIR:** OKAY, THANK YOU. SUPERVISOR KUEHL?

5

6    **SUP. SHEILA KUEHL:** THANK YOU, MADAM CHAIR. I THINK IT'S WELL

7    KNOWN THAT THE LOS ANGELES CITY POLICE COMMISSION HAS HAD

8    SUBPOENA POWER AS ONE OF ITS TOOLS FOR MANY, MANY YEARS. I

9    NEVER HEARD CHIEF BECK COMPLAIN. I HAVEN'T HEARD CHIEF MOORE

10   COMPLAIN. THE DIFFERENCE IN HAVING SUBPOENA POWER IN AN

11   OVERSIGHT COMMISSION IS IT ACTUALLY MAKES THE COURT THE

12   INTERPRETER OF THE LAW, RATHER THAN THE HEAD OF THE LAW

13   ENFORCEMENT AGENCY HIMSELF, OR HERSELF. AND I THINK THAT WAS

14   KIND OF THE WHOLE POINT. IT IS NOT A LACK OF TRUST, BECAUSE,

15   YOU KNOW, PEOPLE HAVE BEEN IN L.A. CITY. THEY HAVEN'T SAID,

16   "OH, I DON'T TRUST THESE CHIEFS. THIS IS WHY I NEED TO DO IT."

17   NO. IT REALLY IS A QUESTION OF LAW, AND THE SHERIFF HIMSELF

18   HAS VERY ACCURATELY LAID OUT THAT THERE ARE A NUMBER OF LAWS

19   THAT PROTECT CERTAIN INFORMATION. BUT THE ARBITER OF WHAT

20   THOSE LAWS MEAN, IN MY OWN OPINION, SHOULD NOT ONLY BE THE

21   HEAD OF THE LAW ENFORCEMENT AGENCY, WHICH IS REALLY WHAT WE

22   HAVE AT THE MOMENT. AND THAT'S WHY I HAVE FAVORED SUBPOENA

23   POWER. IT ISN'T THE EXECUTIVE DIRECTOR WHO DECIDES IN THE

24   CIVILIAN OVERSIGHT COMMISSION. IT IS NOT THE INSPECTOR GENERAL

25   WHO DECIDES. IT TAKES A MAJORITY OF THE MEMBERS OF THAT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   COMMISSION WHO ARE APPOINTED BY THIS BOARD, AND WHO HAVE TAKEN

2   THE RESPONSIBILITIES, IN MY OPINION, VERY SERIOUSLY, TO

3   DELIBERATE AS TO WHETHER THIS IS A, IN A SENSE, LAST RESORT.

4   WE'VE PAID A LOT OF ATTENTION TO SUBPOENA POWER. THERE'S A LOT

5   OF OTHER THINGS GOING ON IN THE ORDINANCE THAT I ALSO FAVOR.

6   AND I THINK IT REALLY STRENGTHENS THE SYSTEM. I THINK THAT,

7   FROM MY POINT OF VIEW-- AND I JUST WANT TO SAY PUBLICLY, THE

8   SHERIFF AND I ARE HAVING LUNCH ON FEBRUARY 13TH, AND I'M

9   REALLY LOOKING FORWARD TO IT, AND I'M SURE THERE WILL BE

10  "T.M.Z." REPORTS ABOUT IT. I HAVE NO IDEA. [LAUGHTER.] BUT

11  IT'S INCUMBENT ON US, I THINK, TO RECOGNIZE-- I'VE SAID IT

12  BEFORE, AND IT SOUNDS KIND OF SILLY TO SAY, BUT THE MAJESTY OF

13  THE LAW. I THINK THE LEGAL SYSTEM IN THE UNITED STATES, IT'S

14  NOT UNIQUE IN THE WORLD, BUT IT IS A VERY IMPORTANT

15  UNDERPINNING OF EVERYTHING WE DO. AND THE COURTS ARE A VERY

16  IMPORTANT PART OF THAT. THEY'RE THE LAST WORD. THAT'S ALL THIS

17  IS ABOUT. THE SHERIFF HAS APPROPRIATELY INDICATED HE CAN

18  RESIST A SUBPOENA. A MOTION TO QUASH IS IN ORDER. WE WOULD

19  HOPE THAT SUBPOENA POWER WON'T BE USED THAT MUCH, AND THE

20  MOTION TO QUASH WON'T BE USED THAT MUCH, BECAUSE WE ACTUALLY

21  ARE GETTING COOPERATION. BUT WE'VE HEARD FROM OUR INSPECTOR

22  GENERAL, THERE HAVE BEEN A NUMBER OF INCIDENTS WHERE HE HAS

23  FELT THAT HE HAS NOT RECEIVED THE INFORMATION HE NEEDS TO DO

24  THE JOB THAT WE HAVE ASKED HIM TO DO. SO I THINK THIS IS NOT A

25  THREAT TO THIS SYSTEM. IT IS WIDELY USED IN MANY, MANY OTHER

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  SYSTEMS. BUT SIMPLY, AS I SAID LAST WEEK, ANOTHER TOOL IN THE

2  TOOLBOX, AND ONE WHERE LEAVING A DECISION TO A COURT CAN OFTEN

3  DAMP DOWN THE ARGUMENTS, BECAUSE THEY WILL SAY, "THIS IS THE

4  WAY IT IS UNDER THE LAW." AND IT IS NOT US SAYING IT, AND IT

5  IS NOT THE SHERIFF SAYING IT. IT IS REALLY THE COURT

6  INTERPRETING THE LAW, WHICH I THINK IS THE MOST APPROPRIATE

7  WAY.

8

9  **SUP. KATHRYN BARGER, CHAIR:** THANK YOU. SUPERVISOR SOLIS?

10

11  **SUP. HILDA SOLIS:** YES, I WANTED A CLARIFICATION FROM COUNTY

12  COUNSEL ON THIS MATTER, AND THEN I HAVE SOMETHING I WANT TO

13  SAY.

14

15  **ATTORNEY:** SUPERVISORS, JUST A COUPLE OF OTHER POINTS IN

16  RESPONSE TO THE SHERIFF'S TESTIMONY. I JUST WANTED TO CLARIFY

17  A COUPLE THINGS. ONE IS, ON THE CONFIDENTIALITY OF THE

18  PERSONNEL RECORDS WHICH WAS RAISED, AND OF COURSE WE TAKE

19  THAT-- THE BOARD AND THE COUNTY COUNSEL TAKE THAT ALL VERY

20  SERIOUSLY, AS WELL. BUT WE'VE PREVIOUSLY ADVISED, AND WE

21  CONTINUE TO ADVISE YOUR BOARD AND THE SHERIFF, THAT THE O.I.G.

22  GETTING THOSE DOCUMENTS-- THE O.I.G. IS AN AGENT OF THE BOARD,

23  AND THE O.I.G. HAVING THOSE DOCUMENTS IS NOT A DISCLOSURE

24  UNDER THE LAWS, IN TERMS OF CONFIDENTIALITY. SO I JUST WANTED

25  TO BE CLEAR WITH THAT, SO THAT EVERYONE KNOWS THAT THAT'S

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    WHAT'S HAPPENING THERE. THE LAST THING IS THE LABOR UNION

2    ISSUE, AND THE SHERIFF AND C.E.O.'S EMPLOYEE RELATIONS TEAM IS

3    GOING TO BE SENDING BACK A LETTER TO A.L.A.D.S. ON THAT LETTER

4    THAT THEY SENT ABOUT NEGOTIATING. BUT JUST FOR YOUR BOARD TO

5    KNOW, THE LETTER IS GOING TO ABSOLUTELY SAY THAT THE ADOPTION

6    OF THE ORDINANCE IS NOT A NEGOTIABLE MATTER UNDER THE COUNTY

7    CODE THAT DEALS WITH LABOR UNION ISSUES. BUT WE WELCOME THE

8    OPPORTUNITY TO TALK FURTHER WITH A.L.A.D.S. ABOUT THEIR

9    CONCERNS. AND SO THAT WILL BE THE LETTER, AND IT'S GOING TO

10   COME OUT FROM THE C.E.O.'S EMPLOYEE RELATIONS TEAM.

11

12   **SHERIFF VILLANUEVA:** I JUST WANTED TO MAKE A POINT THAT THE

13   DEPUTY COUNTY COUNSEL MADE AN EXTRAORDINARY ASSERTION RIGHT

14   NOW, BUT THAT ASSERTION WAS ON BEHALF OF THE BOARD OF

15   SUPERVISORS AND NOT THE SHERIFF. WHEN THERE'S A LAWSUIT

16   REGARDING CONFIDENTIALITY OR BREACH OF CONFIDENTIALITY, THE

17   CUSTODIAN RECORD WHO GETS SUED IS ME; NOT THE BOARD OF

18   SUPERVISORS, NOT THE COUNTY OF LOS ANGELES, BUT ME,

19   PERSONALLY. AND THAT IS YOUR OPINION, WHICH, BY ALL MEANS, YOU

20   ARE A LEGAL EXPERT. HOWEVER, THAT'S OPINION AS A

21   REPRESENTATIVE LEGAL COUNSEL FOR THE BOARD OF SUPERVISORS, BUT

22   THAT'S NOT AN INDEPENDENT OPINION OF A LEGAL COUNSEL THAT

23   REPRESENTS THE SHERIFF OR THE SHERIFF'S DEPARTMENT. I WANT TO

24   MAKE THAT DISTINCTION. IT IS VERY IMPORTANT.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  TO PROVIDE AS MUCH INFORMATION AND LIGHT, SO THAT WE CAN MAKE

2  THOSE CORRECTIONS AS A BODY. THAT'S WHAT MY RESPONSIBILITY IS,

3  AND I BELIEVE IN MY CAPACITY TO HOPEFULLY CORRECT THOSE

4  DECISIONS OR PROCESSES THAT HAVE REALLY HARMED THE COUNTY AND

5  HARMED INDIVIDUALS. AND SO I HOPE THAT AS WE MOVE FORWARD THAT

6  WE WILL CONTINUE THESE DISCUSSIONS, AND ESPECIALLY WITH, YOU

7  KNOW, WITH THE SHERIFF. I UNDERSTAND THAT THE M.O.A. MAY NOT

8  BE VALID RIGHT NOW. IT IS THERE, BUT I HEARD IN CONVERSATIONS

9  BEFORE THAT IT WASN'T BEING RESPECTED. AND I WOULD LIKE TO

10  HEAR ABOUT THAT FROM YOU, MR. BRIAN WILLIAMS, AS WELL.

11

12  **SPEAKER:** THE M.O.A., IF I MIGHT, THE M.O.A. WAS REALLY AN

13  M.O.A. BETWEEN THE OFFICE OF INSPECTOR GENERAL AND THE

14  SHERIFF'S DEPARTMENT. PROCEDURALLY, THE WAY THAT WE

15  COORDINATED THE REQUEST FOR INFORMATION, ESPECIALLY EARLY ON,

16  WAS TO MAKE AN INITIAL REQUEST THROUGH THE OFFICE OF THE

17  O.I.G. FOR INFORMATION. THEY WOULD THEN FILTER THAT

18  INFORMATION AND BRING IT BACK TO US. IT'S UNFORTUNATE THAT

19  THAT FLOW IS NOT OCCURRING AS WELL AS IT SHOULD HAVE OCCURRED,

20  BUT I THINK THIS WILL GIVE US A LEG UP ON, AGAIN, THAT

21  EXCHANGE OF INFORMATION. I CAN'T EMPHASIZE ENOUGH, IT IS NOT

22  OUR INTENT-- AND MR. KENNEDY, WHO'S HERE, CAN SPEAK ON BEHALF

23  OF THE COMMISSION, BUT IT IS NOT OUR INTENT TO USE THIS AS A

24  HAMMER ON THE SIDE OF THE SHERIFF'S HEAD. WE SIMPLY WANT TO

25  HAVE A GOOD LEVEL OF COOPERATION TO BE ABLE TO HAVE THE

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    QUESTIONS ANSWERED THAT WE HAVE TO ASK, AND TO HAVE NOT JUST

2    DOCUMENTS, BUT THERE ARE OCCASIONS WHERE WE WOULD LIKE TO HAVE

3    WITNESSES COME BEFORE THE COMMISSION TO TESTIFY. THAT, TOO, IS

4    IMPORTANT.

5

6    **SUP. HILDA SOLIS:** RIGHT.

7

8    **SUP. KATHRYN BARGER, CHAIR:** THANK YOU.

9

10   **SUP. HILDA SOLIS:** THANK YOU.

11

12   **SUP. KATHRYN BARGER, CHAIR:** SHERIFF VILLANUEVA WANTED TO

13   RESPOND, AS WELL.

14

15   **SHERIFF VILLANUEVA:** YES. I THINK MR. WILLIAMS RAISED AN

16   IMPORTANT QUESTION, AND HE ASKED ABOUT THE ACCESS TO OUR

17   DEPARTMENT'S POLICIES. I CAN PULL UP MY WEBSITE ON MY CELL

18   PHONE RIGHT NOW, AND PULL THE ENTIRE CONTENTS OF THE MANUAL

19   POLICIES AND PROCEDURES. I CAN GO TO VOLUME 3, CHAPTER 10: USE

20   OF FORCE. AND EVERY SINGLE POLICY IS THERE. IT HAS BEEN THERE

21   FOREVER. MY GRANDCHILD CAN PICK IT UP AND READ IT. SO IF YOU

22   HAVEN'T BEEN ABLE TO ACCESS IT, WELL, I'M REALLY WONDERING

23   WHAT YOU GUYS ARE LOOKING AT, BECAUSE IT IS ALL AVAILABLE

24   ONLINE. AND MY POINT IS, WE ARE GOING TO BE TRANSPARENT.

25   EVERYTHING THAT I CAN LEGALLY PUT ONLINE, WE'RE GOING TO PUT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   IT ONLINE, BECAUSE WE WANT THE PUBLIC TO BE ABLE TO DECIDE FOR

2   THEMSELVES THE AFFAIRS OF THE DEPARTMENT AND HOW WE INTERACT,

3   WHAT WE'RE DOING, HOW WELL WE DO OUR JOB, OR WHERE WE'RE

4   FALLING SHORT. WE DON'T WANT SOMEONE ELSE TO TRY TO INTERPRET

5   IT, THEN SELL THE PUBLIC THAT IDEA. WE WANT THE PUBLIC

6   THEMSELVES TO GET THE INFORMATION FIRSTHAND.

7

8   **SUP. HILDA SOLIS:** WILLIAMS, DO YOU CONCUR?

9

10  **SPEAKER:** I WOULD JUST SAY THE ISSUE ISN'T ALWAYS LOOKING AT

11  THE POLICY. THE ISSUE FOR US OFTEN IS, WELL, HOW DID THIS

12  POLICY COME INTO PLAY? AND BEFORE YOU ADOPT A NEW POLICY-- FOR

13  EXAMPLE, AT OUR MEETING OF A COUPLE OF WEEKS AGO-- WE HAD A

14  DISCUSSION ABOUT BODY-WORN CAMERAS. IT IS OUR BELIEF THAT THAT

15  SHOULD HAVE BEEN PUBLICLY VETTED BEFORE AN ACTUAL POLICY IS

16  ADOPTED. SO THE ABILITY TO LOOK AT POLICIES BEFORE THEY ARE

17  ADOPTED BY THE DEPARTMENT IS IMPORTANT. IN THE PAST, WE'VE

18  ASKED FOR CERTAIN DRAFTS OF POLICIES, THINGS OF THAT SORT,

19  THAT WE WERE NOT ABLE TO ACCESS. WE THINK IT WOULD BE A MUCH

20  SMOOTHER AND A MUCH MORE ROBUST, AND A MUCH MORE POSITIVE

21  POLICY THAT THE DEPARTMENT HOPEFULLY DEVELOPS, IF WE'RE ABLE

22  TO BE A PART OF THAT PROCESS EARLY ON. THAT'S SPECIFICALLY

23  WHAT WE'RE TALKING ABOUT.

24

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. HILDA SOLIS:** SO, SHERIFF, CAN I ASK YOU WHAT YOUR SENSE

2   IS ABOUT HIS COMMENT REGARDING THE BODY CAMERAS, AS AN

3   EXAMPLE?

4

5   **SHERIFF VILLANUEVA:** WE HAVE PROVIDED THEM THE DRAFT POLICY OF

6   THE BODYCAM. WE ALSO HAVE PROVIDED THEM THE DRAFT POLICY ON

7   THE DEPUTY SUBGROUPS AND CLIQUES. SO WE'RE WORKING TOWARDS

8   THAT. AND WE WANT INPUT FROM ALL PARTIES CONCERNED WHEN WE

9   DEVELOP POLICY. SOME THINGS-- FOR EXAMPLE, A.B. 392-- THAT IS

10  DICTATED FROM THE STATE COMING DOWN, SO WE'RE GOING TO MAKE

11  OUR CHANGES TO OUR CURRENT POLICIES. AND THEY ARE GOING TO BE

12  PUBLISHED. THEY ARE NOT SUBJECT TO A DRAFT APPROVAL, BECAUSE

13  IT CAME FROM THE STATE LEVEL.

14

15  **SUP. HILDA SOLIS:** DID SOMEONE WANT TO-- MR. KENNEDY?

16

17  **SEAN KENNEDY:** REAL OVERSIGHT IS GOING TO INVOLVE RESPECTFUL

18  DISAGREEMENTS, AND THAT'S WHY I JUST REALLY APPRECIATE THE

19  COMMENTS OF SUPERVISOR KUEHL, BECAUSE SUBPOENA POWER ALLOWS US

20  TO DEPERSONALIZE THESE CONFLICTS, AND HAVE A NEUTRAL AND

21  DETACHED MAGISTRATE. CONSIDER THE GOOD FAITH ARGUMENTS OF BOTH

22  SIDES WHEN YOU HAVE A STANDOFF OVER INFORMATION, AND YOU HAVE

23  DEPUTY CLIQUES OR DEPUTY GANGS AS AN EXAMPLE. YOU KNOW, I

24  PURSUED INFORMATION ABOUT SHERIFF MANAGEMENT EFFORTS TO

25  ADDRESS THOSE FOR YEARS NOW, WITHOUT GETTING ANY INFORMATION.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   AND IF YOU WERE ABLE TO ISSUE A SUBPOENA, THE SHERIFF'S

2   DEPARTMENT, IF THEY THOUGHT IT VIOLATED CONFIDENTIALITY, COULD

3   TENDER ITS LEGAL ARGUMENTS. THE C.O.C. COULD MAKE ITS LEGAL

4   ARGUMENTS. AND THEN, AS SUPERVISOR KUEHL SAID, A COURT WOULD

5   DECIDE IT ONE WAY OR ANOTHER. AND THAT WOULD REALLY ADVANCE

6   OVERSIGHT IN THIS AREA, BECAUSE WE WOULD GET AN ANSWER FROM A

7   JUDGE, AND THEN WE WOULD ALL BE ABLE TO MOVE ON.

8

9   **SUP. HILDA SOLIS:** THANK YOU. THANK YOU VERY MUCH.

10

11  **SUP. KATHRYN BARGER, CHAIR:** THANK YOU. AND I JUST HAVE TO SAY,

12  I THINK PART OF WHAT I HEAR IS THERE'S A LACK OF TRUST ABOUT

13  WHAT IS GOING TO BE DONE WITH THAT INFORMATION. AND I BROUGHT

14  IT UP AT THE LAST BOARD MEETING, IN TERMS OF HOW ARE WE GOING

15  TO ENSURE THAT IT REMAINS CONFIDENTIAL? BECAUSE THAT IS ONE OF

16  THE THINGS THAT I'VE HEARD FROM INDIVIDUALS THAT FEEL THAT

17  THERE IS GOING TO BE PRIVATE INFORMATION THAT POTENTIALLY

18  COULD LEAK OUT. SO I'M HOPING THAT WE CAN ASSURE WITHOUT A

19  DOUBT, BRIAN, THAT THE INFORMATION THAT IS PROVIDED REMAINS

20  CONFIDENTIAL, AND AS IT RELATES TO THE CONFLICTS. AGAIN, I

21  FEEL THAT IF-- I WAS UNDER THE UNDERSTANDING THAT IF THE

22  SHERIFF REQUESTS OUTSIDE COUNSEL TO REPRESENT HIM, THAT THEY

23  HAVE TO GO THROUGH COUNTY COUNSEL, BUT HE CAN REQUEST OUTSIDE

24  COUNSEL.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SPEAKER:** THAT'S CORRECT, SUPERVISOR. THAT'S STILL THE PROCESS.

2   THERE'S A PROVISION IN LAW THAT ALLOWS THE SHERIFF, IF HE

3   THINKS THERE'S A CONFLICT. IT IS REALLY TO ASK THE BOARD. WE

4   WOULD BRING TO THE BOARD THE SHERIFF'S REQUEST THAT HE WAS

5   REQUESTING A DECLARED CONFLICT, AND THAT HE WOULD WANT OTHER

6   COUNSEL. AND IF THE BOARD SAYS YES, THEN THE BOARD SAYS YES,

7   AND IF THE BOARD SAYS NO, THEN THE SHERIFF HAS A RECOURSE IN

8   COURT TO GET A JUDGE TO DECIDE.

9

10  **SHERIFF VILLANUEVA:** ACTUALLY, I READ THE ATTORNEY GENERAL'S

11  OPINION ON THAT VERY SUBJECT. THEY SAY THE OBLIGATION RESTS

12  WITH COUNTY COUNSEL TO DECLARE THE CONFLICT, NOT THE OTHER WAY

13  AROUND.

14

15  **SUP. KATHRYN BARGER, CHAIR:** BUT WHAT I'M HEARING, THOUGH,

16  SHERIFF, IS THAT JUST BY SIMPLY SAYING YOU FEEL THERE'S A

17  CONFLICT, THEY'RE SAYING THAT YOU CAN ENTER INTO AN OUTSIDE

18  CONTRACT WITH AN OUTSIDE ATTORNEY. ISN'T THAT WHAT YOU JUST

19  SAID? THAT'S WHAT I ASKED YOU.

20

21  **SPEAKER:** NO, NO, NO. I SAID-- WELL, WHAT I SAID IS WHAT WE

22  ACTUALLY DID FOR A COUPLE OF INSTANCES, SINCE I THINK THE

23  SHERIFF HAS ASKED FOR CONFLICT COUNSEL, AND IT WAS PRESENTED

24  TO THE BOARD.  IT'S PRESENTED TO THE BOARD.

25

January 28, 2024

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2    **SUP. MARK RIDLEY-THOMAS:** YES. AND WE SAID NO.

3

4    **SUP. KATHRYN BARGER, CHAIR:** AND WE SAID NO. ABSOLUTELY. BUT, I

5    MEAN, SO THE POINT BEING, SHERIFF, IS THAT THIS IS NOT A NEW

6    ISSUE, AS IT RELATES TO THE COMPLEXITY. I MEAN, WHEN YOU ARE

7    DEALING WITH THESE TYPE OF ISSUES, AND YOUR JOB IS TO

8    REPRESENT THE SHERIFF'S DEPARTMENT. AND I THINK THAT TO THE

9    POINT THAT SUPERVISOR KUEHL MADE, YOU KNOW, I HOPE THAT WE CAN

10   DEVELOP A TRUST WHERE AN M.O.A. IS AGREED UPON, THAT IS

11   SOMETHING THAT CAN BE USED AS A TOOL, SO THAT THE SUBPOENA IS

12   A LAST RESORT, AND IT IS NOT PERSONAL, BUT LET'S LET THE

13   COURTS DECIDE. BUT ALSO, I HOPE THAT YOU, AS THE C.O.C., AND

14   OUR O.I.G. WILL ALSO RECOGNIZE THAT CONFIDENTIALITY IS FIRST

15   AND FOREMOST, AND THERE IS A LACK OF TRUST THAT IS IN PLAY. I

16   THINK THAT TRUST REALLY IS SOMETHING THAT NEEDS TO BE EARNED.

17   SO I'M HOPING THAT YOU ALL CAN WORK TOGETHER ON THE M.O.A., SO

18   THAT THERE IS A BLUEPRINT, SO THAT THE SUBPOENA, AGAIN, IS A

19   LAST RESORT AND IS NOT A NECESSITY, BECAUSE THE POLICE

20   COMMISSION HAS NOT USED SUBPOENA POWER, IS MY UNDERSTANDING,

21   BECAUSE OF THE RELATIONSHIP THEY'VE DEVELOPED AND THE TRUST

22   THEY HAVE WITHIN. SO... YES?

23

24   **SHERIFF VILLANUEVA:** MA'AM, I DEFINITELY DO NOT WANT TO

25   INCREASE ANY COST TO THE TAXPAYER. I THINK OUR MONIES ARE BEST



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  SPENT PROVIDING PUBLIC SAFETY, WORKING FOR THE HOMELESS, DOING

2  THINGS LIKE THAT. SO JUST ADDING MORE WORK FOR LAWYERS IS NOT

3  IMPROVING ANYBODY'S SITUATION, BUT-- EXCEPT FOR THE LAWYERS.

4  YOU'RE RIGHT. THERE WERE SEVERAL C.O.C. MEETINGS WHERE THE

5  O.I.G. MADE REPRESENTATIONS ABOUT THE DESIRE TO HAVE SUBPOENA

6  POWER. AND I'M PARAPHRASING HERE, BUT BASICALLY THEY WANT TO

7  GET TO THE BOTTOM OF THE DEPUTIES' SECRET SOCIETIES, AND THEY

8  WERE GOING TO COMPEL SPEECH AND FORCE DEPUTIES TO REVEAL THEIR

9  TATTOOS. THIS MAY SOUND FAMILIAR TO YOU. AND THAT TYPE OF

10 BEHAVIOR DEFINITELY WAS GOING TO RAISE A LOT OF CONCERNS. IT

11 WAS GOING TO CAUSE A LOT OF MISTRUST TO BE GENERATED, BECAUSE

12 I DON'T THINK WE ARE GOING TO BE STRIP-SEARCHING DEPUTIES, OR

13 FORCING PEOPLE TO SAY WHAT THEY BELONG TO OR NOT. THAT IS JUST

14 INAPPROPRIATE.

15

16 **SUP. KATHRYN BARGER, CHAIR:** EXCUSE ME. EXCUSE ME. OKAY, THAT

17 IS YOUR FIRST WARNING. THANK YOU.

18

19 **SHERIFF VILLANUEVA:** NOW, IN TERMS OF THE POLICIES THAT WE'RE

20 DEVELOPING, BY ALL MEANS, WE SHARE THE DRAFT WITH THEM. IT HAS

21 ALREADY BEEN READ BY P.P.O.A. WE SHARED IT WITH THEM ON A MEET

22 AND CONFER. WE ARE DOING A MEET AND CONFER WITH A.L.A.D.S.,

23 AND THEN THE POLICY IS GOING TO BE ADOPTED AS A POLICY IN

24 EFFECT. AND THAT IS THE FIRST OF ITS KIND EVER IN THE HISTORY

25 OF THE DEPARTMENT. WE'RE WAITING ON THE DISTRICT ATTORNEY, ON

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THE DECISION ON THE CASE OUT OF EAST L.A., AND THEN ONCE WE

2   HAVE THAT COMPLETED DECISION, WE CAN TAKE OUR ADMINISTRATIVE

3   ACTION, COMPLETE THE ADMINISTRATIVE INVESTIGATION, AND SO

4   FORTH. SO WE'RE DOING EVERYTHING WE LEGALLY CAN. THERE'S

5   NOTHING BEYOND THAT, THAT WE CAN DO.

6

7   **SUP. KATHRYN BARGER, CHAIR**: MY SCREEN WENT DOWN, SO I CAN'T

8   TELL WHO WANTS TO SPEAK AND WHO DOESN'T. SUPERVISOR RIDLEY-

9   THOMAS:

10

11  **SUP. MARK RIDLEY-THOMAS**: MADAM CHAIR, I SIMPLY WANT TO SAY

12  THAT WHICH IS BEFORE US CAUSES THE INSPECTOR GENERAL TO BE

13  ACCOUNTABLE TO THE CIVILIAN OVERSIGHT COMMISSION. THE

14  INSPECTOR GENERAL CANNOT LAUNCH THE EFFORT TO SUBPOENA

15  RECORDS, DOCUMENTS, AND THE LIKE, ABSENT EXPLICIT APPROVAL OF

16  THE OVERSIGHT COMMISSION. AND IT TAKES A MAJORITY OF THAT

17  COMMISSION TO ACCOMPLISH THAT. SO ANY CLAIMS THAT THE O.I.G.

18  WILL BE FOOTLOOSE AND/OR FANCY FREE, RECKLESS, AND THE LIKE,

19  IS SIMPLY UNSUBSTANTIATED. WE HAVE BEEN THOUGHTFUL, WE HAVE

20  BEEN DILIGENT, WE HAVE BEEN CIRCUMSPECT. I WISH TO SUGGEST

21  THAT THIS IS THE ESSENCE OF WHAT WE ARE TRYING TO DO WITH THE

22  INTEREST OF ACCOUNTABILITY AND TRANSPARENCY AND COLLECTIVE

23  COMPLIANCE. MADAM CHAIR?

24

# The Meeting Transcript
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   EVERYBODY DOING WHAT THEY SAY THEY'RE GOING TO DO. AND IF THEY

2   DON'T DO IT, THEN YOU MOVE TO THE NEXT STEP, WHICH IS EXACTLY

3   WHAT THE PROFESSOR SAID. I REALLY THINK, IN A WAY, WE GO ROUND

4   AND ROUND ABOUT THIS, BUT I DON'T THINK WE NEED TO. THE

5   PROVISIONS OF THE M.O.A. THAT ARE INCLUDED IN THIS ORDINANCE

6   ARE SUFFICIENT TO ESTABLISH THAT BE STILL MEAN WE WOULD LIKE

7   THE SHERIFF TO AGREE WHEN WE ASK FOR INFORMATION IN THE C.O.C.

8   THE SHERIFF DOESN'T AGREE, THEN THE C.O.C. CONSIDERS WHETHER

9   IT WANTS TO MOVE TO THE NEXT STEP OR NOT. BUT IT'S REALLY ALL

10  BASED ON HOW WE ACT WITH EACH OTHER, JUST LIKE ANY CONTRACT.

11  PEOPLE THINK CONTRACTS ARE SOMETHING SACRED, BUT THEY ARE NOT.

12  THEY ARE JUST AN AGREEMENT BETWEEN TWO OF US THAT WE ARE GOING

13  TO ACT A CERTAIN WAY, AND IF WE DON'T, WE GO TO COURT. PERIOD.

14

15  **SUP. KATHRYN BARGER, CHAIR:** OKAY. SUPERVISOR RIDLEY-THOMAS, DO

16  YOU WANT TO SAY-- OKAY. WITH THAT, ANYONE ELSE WANT TO

17  CONCLUDE? I'M SORRY. PROFESSOR? NO? OKAY.  WITH THAT, MADAM

18  EXECUTIVE OFFICER, WE HAVE SOME PEOPLE THAT SIGNED UP TO SPEAK

19  ON THIS. AND GIVEN THE NUMBER OF SPEAKERS, WE'RE GOING TO

20  LIMIT IT TO ONE MINUTE.

21

22  **CELIA ZAVALA, E.O.:** YES. THANK YOU, MADAM CHAIR.

23

24  **SUP. KATHRYN BARGER, CHAIR:** THANK YOU.

25

EXHIBIT 43



THE MEETING TRANSCRIPT OF
THE LOS ANGELES COUNTY
BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



## Adobe Acrobat Reader

### Finding Words

You can use the Find command to find a complete word or part of a word in the current PDF document.  Acrobat Reader looks for the word by reading every word on every page in the file, including text in form fields.

#### To find a word using the Find command:

1.  Click the Find button **(Binoculars)**, or choose Edit > Find.
2.  Enter the text to find in the text box.
3.  Select search options if necessary:
    Match Whole Word Only finds only occurrences of the complete word you enter in the box.  For example, if you search for the word *stick*, the words *tick* and *sticky* will not be highlighted.

    Match Case finds only words that contain exactly the same capitalization you enter in the box.

    Find Backwards starts the search from the current page and goes backwards through the document.
4.  Click Find.  Acrobat Reader finds the next occurrence of the word.

#### To find the next occurrence of the word, Do one of the following:

Choose Edit > Find Again
Reopen the find dialog box, and click Find Again.
(The word must already be in the Find text box.)

### Copying and pasting text and graphics to another application

You can select text or a graphic in a PDF document, copy it to the Clipboard, and paste it into another application such as a word processor.  You can also paste text into a PDF document note or into a bookmark.  Once the selected text or graphic is on the Clipboard, you can switch to another application and paste it into another document.

**Note:  *If a font copied from a PDF document is not available on the system displaying the copied text, the font cannot be preserved.  A default font  is substituted.***



**To select and copy it to the clipboard:**

1.  Select the text tool T, and do one of the following:
    To select a line of text, select the first letter of the sentence or phrase and drag to
    the last letter.

To select multiple columns of text (horizontally), hold down Ctrl+Alt (Windows) or Option
(Mac OS) as you drag across the width of the document.

To select a column of text (vertically), Hold down Ctrl+Alt (Windows) or Option+Command
(Mac OS) as you drag the length of the document.

To  select all the text on the page, choose Edit > Select All.  In single page mode, all the text
on the current page is selected.  In Continuous or Continuous – facing mode, most of the text
in the document is selected.  When you release the mouse button, the selected text is
highlighted.  To deselect the text and start over, click anywhere outside the selected text.
The Select All command will not select all the text in the document.  A workaround for this
(Windows) is to use the Edit > Copy command.  Choose Edit > Copy to copy the selected
text to the clipboard.

2.  To view the text, choose Window > Show Clipboard

In Windows 95, the Clipboard Viewer is not installed by default and you cannot use the
Show Clipboard command until it is installed.  To install the Clipboard Viewer, Choose
Start > Settings > Control Panel > Add/Remove Programs, and then click the Windows
Setup tab.  Double-click Accessories, check Clipboard Viewer, and click OK.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

```
1           THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

2              TUESDAY, MARCH 31, 2020, 9:30 AM

3

4

5    SUP. BARGER, CHAIR: WE WELCOME YOU TO THE REGULAR MEETING OF

6    THE LOS ANGELES COUNTY BOARD OF SUPERVISORS. TODAY IS TUESDAY,

7    MARCH 31ST, 2020. OUR MEETING TODAY IS BEING HELD REMOTELY DUE

8    TO THE CURRENT PUBLIC HEALTH CRISIS TO PROTECT THE HEALTH OF

9    ALL. AND ON THAT NOTE, I JUST WANT TO ACKNOWLEDGE EACH AND

10   EVERY ONE OF OUR DEPARTMENT HEADS WHO, OVER THE LAST FEW

11   WEEKS, HAVE STEPPED TO UP THE CHALLENGE OF ADDRESSING WHAT IS

12   GOING ON IN NOT ONLY L.A. COUNTY BUT THE STATE AND THE NATION.

13   AND I ALSO WANT TO ACKNOWLEDGE ALL OF OUR COUNTY EMPLOYEES WHO

14   HAVE BEEN BALANCING BOTH WORK AS WELL AS WHAT'S GOING ON IN

15   THEIR HOMES, AND I WANT TO THANK EACH AND EVERY COUNTY

16   EMPLOYEE FOR BEING A PART OF THIS RISE TO ADDRESS THIS CRISIS.

17   I ALSO WANT TO ACKNOWLEDGE OUR NURSES AND OUR DOCTORS ON THE

18   FRONTLINE AS WELL AS OUR FIRST RESPONDERS, BOTH IN THE

19   SHERIFF'S DEPARTMENT, AND THE L.A. COUNTY FIRE, BUT ALL OF OUR

20   FIRST RESPONDERS WHO ARE GIVING OF THEMSELVES EACH AND EVERY

21   DAY, AS WELL AS OUR SOCIAL WORKERS, HOMELESS OUTREACH TEAMS,

22   AND I COULD GO ON AND ON FOR THOSE THAT ARE CONTINUING TO COME

23   TO WORK TO HELP NAVIGATE WHAT WE NEED TO DO AS COUNTY

24   EMPLOYEES. AND I ALSO WANT TO ACKNOWLEDGE OUR C.E.O. AND OUR

25   C.O.O. BEESIA AND SACHI, FOR THE LEADERSHIP THAT YOU'VE SHOWN
```

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   BECAUSE I KNOW THAT WE'VE GOT A LOT OF CHALLENGES AHEAD OF US

2   AS IT RELATES TO REBUILDING BOTH WITHIN THE COUNTY BUT ALSO

3   OUTSIDE THE COUNTY WITH OUR BUSINESSES AND ALL OF OUR

4   RESIDENTS OF L.A. COUNTY. AND I WANT TO THANK YOU FOR

5   EVERYTHING THAT YOU'VE DONE IN NAVIGATING THIS AS WELL AS MY

6   COLLEAGUES WHO HAVE WORKED TOGETHER TO MAKE SURE THAT WE ARE

7   REPRESENTING OUR CONSTITUENTS, AND ALSO COUNTY COUNSEL, THANK

8   YOU, MARY, FOR THE JOB THAT YOU'VE DONE, AS WELL. I KNOW THAT,

9   AT THE END OF THIS, WE WILL GET THROUGH THIS, AND WE WILL BE

10  STRONGER AS A COUNTY FAMILY. SO I WANT TO  ACKNOWLEDGE EACH

11  AND EVERY ONE OF YOU. I WILL NOW TAKE ROLL CALL TO CONFIRM

12  ATTENDANCE. PLEASE UNMUTE YOUR MIC AND RESPOND WHEN YOUR NAME

13  IS CALLED. SUPERVISOR SOLIS?

14

15  **SUP. SOLIS:** PRESENT.

16

17  **SUP. BARGER, CHAIR:** SUPERVISOR RIDLEY-THOMAS?

18

19  **SUP. RIDLEY-THOMAS:** HERE.

20

21  **SUP. BARGER, CHAIR:** SUPERVISOR KUEHL?

22

23  **SUP. KUEHL:** HERE.

24

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    IMPORTANT. AND I THANK YOU FOR YOUR CONSIDERATION BECAUSE

2    PREVENTING COVID-19 SPREADING INSIDE THE JUSTICE SYSTEM IS AN

3    ESSENTIAL PART OF THE COUNTY-WIDE STRATEGY TO KEEP THE VIRUS

4    AT BAY. THANK YOU, MADAM CHAIR.

5

6    **SUP. BARGER, CHAIR:** THANK YOU. SUPERVISOR KUEHL WOULD LIKE TO

7    SPEAK AND THEN SUPERVISOR HAHN. SUPERVISOR KUEHL?

8

9    **SUP. KUEHL:** THANK YOU, MADAM CHAIR. AND THANKS TO SUPERVISOR

10   RIDLEY-THOMAS FOR BRINGING THIS MOTION AND ALLOWING ME TO

11   COAUTHOR IT. I THINK IT IS A GENERAL REQUEST TO DO EVERYTHING

12   POSSIBLE TO PROTECT THOSE WHO ARE WORKING WITHIN OUR JAIL

13   SYSTEM AND THOSE WHO ARE INMATES. IT REALLY ASKS THE HEALTH

14   OFFICER TO MAKE AN ASSESSMENT OF THE BEST WAY TO PROTECT THEM.

15   AND I THINK THAT THERE HAS BEEN AN ONGOING DISCUSSION ABOUT

16   WHETHER THAT -- SORT OF WHAT THE PROPER BALANCE IS BETWEEN

17   PROTECTING INMATES AND CUSTODIAL OFFICERS IN THE JAILS AND THE

18   OPPORTUNITIES THAT WE CAN TAKE ADVANTAGE OF AND THAT THE

19   SHERIFF CAN TAKE ADVANTAGE OF TO RELEASE AS MANY PEOPLE AS

20   POSSIBLE. I KNOW THERE HAS BEEN DISCUSSION ABOUT RELEASING

21   THOSE WHO HAVE LESS THAN SIX MONTHS TO SERVE. I KNOW THERE'S

22   BEEN DISCUSSION WITH THE COURTS. AND I WOULD SIMPLY CALL ON

23   OUR HEALTH OFFICER TO MAKE SOME VERY STRONG RECOMMENDATIONS

24   ABOUT THE BEST WAY TO DO THIS AND ALSO THAT WE DO EVERYTHING

25   WE CAN TO INCLUDE THE OFFICE OF DIVERSION AND REENTRY AND

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   OTHERS WHO CAN HELP WITH THOSE RELEASES BECAUSE, AS WE KNOW,

2   MORE THAN HALF THE PEOPLE IN THE JAIL HAVEN'T EVEN HAD THEIR

3   TRIAL YET. SO I WOULD CALL ON OUR HEALTH OFFICER AND OF COURSE

4   ON OUR SHERIFF AND ALL OF OUR SERVICE PROVIDERS TO SEE IF

5   THERE'S A WAY TO INCREASE THE  NUMBERS OF PEOPLE WHO CAN BE

6   SAFELY RELEASED FROM THE JAIL AS AN ASPECT OF PROTECTING THEIR

7   HEALTH AND THOSE -- OF THOSE WHO ARE WORKING THERE. THANK YOU,

8   MADAM CHAIR.

9

10  **SUP. BARGER, CHAIR:** THANK YOU. SUPERVISOR HAHN?

11

12  **SUP. HAHN:** THANK YOU, MADAM CHAIR. I JUST WANT TO THANK

13  SUPERVISOR RIDLEY-THOMAS AND SUPERVISOR KUEHL FOR THIS MOTION

14  AND THANK SUPERVISOR BARGER, OF COURSE, THANK YOU TOTALLY FOR

15  EVERYTHING YOU'VE BEEN DOING IN THE LAST FEW WEEKS. AND YOUR

16  LEADERSHIP HAS BEEN REALLY SPECTACULAR. AND YOU SIGNED THE

17  EXECUTIVE ORDER EARLIER THIS WEEK ON THIS, AND I APPRECIATE

18  THAT. AND I ALSO WANT TO TAKE THE TIME TO THANK, OBVIOUSLY,

19  THE SHERIFF'S DEPARTMENT AND THE PROBATION DEPARTMENT AND OUR

20  HEALTH DEPARTMENT AND ALL THE OTHERS WHO HAVE BEEN WORKING TO

21  COME UP WITH THESE PLANS AND PROCEDURES TO PROTECT OUR JAILS

22  AND OUR JUVENILE FACILITIES. NOW, OUR FIRST MAJOR EFFORT WAS

23  OF COURSE TO CLOSE OUR NONESSENTIAL BUSINESSES TO REALLY HELP

24  US DEAL WITH THIS, BUT OBVIOUSLY WE HAVE SOME SERVICES THAT

25  ARE ESSENTIAL AND NEED TO KEEP RUNNING. AND OUR CUSTODIAL

THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

March 24, 2020



1   SWIFT ACTION TO PROTECT THOSE WHO TOUCH OUR JUSTICE

2   DEPARTMENTS, ALONG WITH THEIR FAMILIES, AND OUR EMPLOYEES, WHO

3   MAKE THE SYSTEM RUN. I WANT TO THANK THE PUBLIC DEFENDER, THE

4   SHERIFF, THE DISTRICT ATTORNEY, OUR PROBATION DEPARTMENT, THE

5   COURTS, THE HEALTH DEPARTMENT, THE INSPECTOR GENERAL, AND

6   OTHER COUNTY DEPARTMENTS, AND OUR LOCAL LAW ENFORCEMENT

7   AGENCIES, AND OUR COMMUNITY-BASED CIVIL RIGHTS ORGANIZATIONS

8   AND SERVICE PROVIDERS. ALL OF THEM HAVE UNDERTAKEN, I THINK, A

9   VERY IMPRESSIVE EFFORT TO FIND INNOVATIVE STRATEGIES TO TAKE A

10  PUBLIC HEALTH INFORMED APPROACH TO REDUCE THE CONFINED

11  POPULATIONS AND FOCUSING ON THOSE MOST VULNERABLE OF INFECTION

12  AND CONSISTENT WITH MAINTAINING PUBLIC SAFETY WHILE PREVENTING

13  THE POTENTIAL SPREAD OF GLOBAL COVID-19 VIRUS. WE WANT TO

14  THANK EVERYONE AND KNOW THAT WE HAVE A LONG WAY TO GO. I ALSO

15  APPRECIATE THAT THE SHERIFF RECENTLY RELEASED PEOPLE WHO WERE

16  WITHIN TWO MONTHS OF THEIR  SCHEDULED RELEASE DATE. AND I

17  WONDER IF WE CAN'T BE EXPANDING THAT ALSO AT LEAST ANOTHER

18  COUPLE OF MONTHS. I ALSO WANT TO THANK THE PROBATION

19  DEPARTMENT FOR TAKING ON SOME MEASURES ALREADY THAT I HAVE

20  OUTLINED IN A MOTION, AS WELL, TO HELP PROVIDE SAFETY,

21  PROTECTION FOR THOSE YOUNG PEOPLE THAT ARE IN OUR CARE AS WELL

22  AS FOR OUR EMPLOYEES. SO WITH THAT, MADAM CHAIR, I ALSO AM

23  SUPPORTIVE OF THIS MOTION. THANK YOU.

24

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2   **SUP. SOLIS:** JUST BRIEFLY. I WANT TO ALSO THANK SUPERVISOR

3   RIDLEY-THOMAS AND KUEHL FOR BRINGING THIS FORWARD. OBVIOUSLY,

4   THIS HAS HIT MANY IN OUR COMMUNITY IN A VERY DEVASTATING  WAY,

5   PARTICULARLY IMMIGRANT COMMUNITIES BECAUSE YOU HAVE A LOT OF

6   CONSUMER FRAUD ALREADY OCCURRING. AND I KNOW, WHILE THIS MAY

7   NOT BE EXPLICITLY STATED IN THE MOTION, I'M ASSUMING THAT OUR

8   RECENT TAX REFUNDS THAT WILL BE MADE AVAILABLE BECAUSE OF

9   COVID-19 FEDERALLY AND STATEWIDE THAT THOSE WILL ALSO BE

10  FACTORED INTO THIS MOTION. AND I WHOLEHEARTEDLY SUPPORT THE

11  EFFORTS OF JOE NICCHITTA'S OPERATION AND THE STAFF AND FOLKS

12  THAT HAVE BEEN WORKING SO DILIGENTLY IN PUSHING THIS

13  INFORMATION OUT TO OUR LARGE IMMIGRANT COMMUNITIES. I REALLY

14  APPRECIATE WHAT THE OFFICE OF IMMIGRANT AFFAIRS HAS BEEN DOING

15  TO HELP MAKE SURE THAT EVERYBODY'S PROTECTED AND WELL AWARE OF

16  OUR CAMPAIGN TO ELIMINATE FRAUD AND PRICE GOUGING. SO THANK

17  YOU BOTH FOR THAT. I AM IN SUPPORT OF THIS MOTION AS AMENDED.

18

19  **SUP. BARGER, CHAIR:** VERY GOOD. SO WITH THAT, ITEM 25 IS BEFORE

20  US, AS AMENDED. SO IT WILL BE MOVED BY SUPERVISOR RIDLEY-

21  THOMAS. SECONDED BY SUPERVISOR KUEHL TO APPROVE THIS ITEM. IF

22  THERE ARE NO OBJECTIONS TO A UNANIMOUS VOTE, THAT WILL BE THE

23  ORDER. SO NOW WE ARE MOVING ON TO ITEM NUMBER 61. IT WAS HELD

24  TO ALLOW SHERIFF VILLANUEVA TO ADDRESS THE BOARD. SHERIFF

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  VILLANUEVA, THE HOST WILL LET YOU KNOW WHEN YOU CAN BEGIN YOUR

2  COMMENTS.

3

4  **SHERIFF VILLANUEVA:** ALL RIGHT.

5

6  **SPEAKER:** SHERIFF VILLANUEVA, YOU CAN NOW SPEAK.

7

8  **SHERIFF VILLANUEVA:** ALL RIGHT, THANK YOU, BOARD, FOR THIS

9  OPPORTUNITY. AND I WANT TO ADDRESS THE MATTER IN A VERY

10  SYSTEMATIC WAY. I WANT TO START WITH USING YOUR OWN TALKING

11  POINTS. START WITH THE WOOLSEY REPORT WHICH HAS BEEN

12  REFERENCED AGAIN AND AGAIN AS SOMEHOW THE REASON OR THE REASON

13  WHY THE ORDINANCE NEEDS TO BE AMENDED. SO WOOLSEY FIRE AFTER

14  ACTION REPORT STATES IN PART, "RESET THE OPERATION OF THE

15  COUNTY EMERGENCY OPERATIONS CENTER TO THE LOS ANGELES COUNTY

16  OFFICE OF EMERGENCY MANAGEMENT TO BECOME THE CENTER

17  COORDINATION AND SUPPORT HUB FOR ALL COUNTY AGENCIES IN THE

18  COUNTY OPERATIONAL AREA BY ACTIVATING AND MANAGING THE COUNTY

19  E.O.C." THIS APPEARS ON PAGE 9, 898,  AND PAGE 107 OF THE

20  REPORT. NOTICE HOW THIS IS THE ONLY RECOMMENDATION OR FINDING

21  THAT REFERENCES COUNTY-LEVEL EMERGENCY MANAGEMENT, AND IT

22  MERELY SUGGESTS A NEED FOR A BETTER COORDINATION OF EFFORTS

23  ACROSS ALL LEVELS. IT MAKES NO RECOMMENDATION TO GUT THE

24  EMERGENCY SERVICES CODE OR THE ROLES OF THE LEADERSHIP

25  POSITIONS, MERELY HOW THEY WORK TOGETHER. THIS RADICAL GUTTING

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  OF THE EMERGENCY SERVICES CODE IN LIGHT OF THE WORLDWIDE

2  PANDEMIC IS IRRESPONSIBLE, A BRAZEN ATTEMPT TO CONSOLIDATE

3  POWER WITH THE BOARD OF SUPERVISORS WHILE AT THE SAME TIME

4  INSULATING YOU FROM ANY NEGATIVE FALLOUT THAT ARISES OUT OF

5  THE POOR LEVEL OF PREPARATION OF COUNTY GOVERNMENT AS A WHOLE.

6  THE PATTERN IS VERY CLEAR. WHEN IN TROUBLE, YOU WILL BUILD

7  MORE BUREAUCRACY OR PERSONNEL BEHOLDEN TO YOU AND MORE LAYERS

8  OF GOVERNMENT BETWEEN YOUR PERFORMANCE AND THE PROBLEM. LOOK

9  NO FURTHER THAN THE D.C.F.S. WITH THE OFFICE OF CHILD

10 PROTECTION, THE PROBATION DEPARTMENT OR THE PROBATION

11 OVERSIGHT COMMISSION, AND NOW THE EXPANDED EMERGENCY

12 MANAGEMENT COUNCIL FOR THE PRESENT CRISIS. NOW LET'S GET TO

13 THE PRACTICAL. THE SHERIFF'S DEPARTMENT EMERGENCY OPERATIONS

14 BUREAU HAS 116 PERSONNEL ASSIGNED, ALL TRAINED TO A MINIMAL

15 LEVEL OF I.C.S.400, DEPLOYABLE 24/7 IN THREE SEPARATE C.E.O. C

16 TEAMS OF 25, COMPLEMENTED BY THREE SEPARATE INCIDENT

17 MANAGEMENT TEAMS AVAILABLE TO SUSTAIN ANY OPERATIONS COUNTY-

18 WIDE, EVEN WITH HEAVY PERSONNEL LOSSES. THE DEPARTMENT'S 24/7

19 OPERATIONS REQUIRE THIS LEVEL OF EMERGENCY MANAGEMENT

20 CAPACITY, WHEREAS THE MINIMALLY STAFFED O.E.M. SURVIVES ON

21 BANKERS HOURS AND CANNOT SUSTAIN EITHER 24/7 OPERATION OR

22 SIGNIFICANT CASUALTIES. YOU ARE NOW PROPOSING TO CREATE A

23 REDUNDANT EMERGENCY MANAGEMENT CAPACITY FORCING THE TAXPAYER

24 TO FUND THIS BOONDOGGLE THAT ONLY CLOUDS THE LINES OF

25 COMMUNICATIONS, BLURS  RESPONSIBILITIES, AND ADDS AN UNNEEDED

# The Meeting Transcript

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   LAYER OF BUREAUCRACY TO LIFE AND DEATH MATTERS. YOU FAIL TO

2   ANSWER TWO SIMPLE QUESTIONS, WHY THE NEED TO CHANGE THE ENTIRE

3   LEADERSHIP STRUCTURE FOR EMERGENCY MANAGEMENT. GIVEN THE FACT

4   WE'RE IN THE MIDDLE OF A CRISIS NO ONE HAS EVER SEEN BEFORE,

5   WHY THE URGENCY? YOU'RE WELL DOCUMENTED OPPOSITION TO BOTH MY

6   CANDIDACY  FOR SHERIFF AND MY ENTIRE TENURE IN OFFICE AS

7   SHERIFF IS WORTH NOTING AS IT CASTS DOUBT ON ANY DECISION YOU

8   MAKE THAT IMPACTS MY OFFICE OR THE LOS ANGELES COUNTY

9   SHERIFF'S DEPARTMENT. NOW GOING TO THE SECOND POINT THAT

10  SOMEHOW I KNEW THIS SINCE NOVEMBER, I HAVE SPOKEN WITH MY

11  ENTIRE COMMAND STAFF, AND NO ONE IS AWARE OF ANY MEASURE TAKEN

12  AT ANY POINT THAT GUTS THE ENTIRE EMERGENCY SERVICES ACT OR

13  ELIMINATES THE POSITION OF DIRECTOR OF EMERGENCY OPERATIONS,

14  ELIMINATES THE POSITION OF DIRECTER OF RECOVERY OPERATIONS,

15  WHICH IS THE CURRENT ROLE THAT THE C.E.O. IS SUPPOSED TO DO,

16  AND TOTALLY REDUCES THE ROLE OF LAW ENFORCEMENT IN THE

17  EMERGENCY MANAGEMENT COUNCIL AND THE AUTHORITIES TO INITIATE

18  ANY ACTIVITY. THESE ARE ALL LEADERSHIP ROLES. NONE OF THAT

19  INFORMATION WAS EVER ADDRESSED EITHER IN NOVEMBER, IN

20  FEBRUARY, MARCH 17TH, AND NOW IN MARCH 31ST. IN FACT, IT

21  CHANGED EVEN FROM MARCH 17TH TO MARCH 31ST. AND WE ACTUALLY

22  DUG THROUGH OUR ARCHIVES. WE EVEN GOT AN EMAIL FROM OCTOBER

23  1ST OF 2018 FROM ABOUT WARREN ASMUS, AND THIS IS THE PREVIOUS

24  ADMINISTRATION. AND THEY INDICATE THEY HAVE NOT DISCUSSED OR

25  AGREED TO ANY CHANGE TO THE EMERGENCY SERVICE ACT. SO THE

# The Meeting Transcript
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   QUESTION ABOUT WE KNEW SINCE NOVEMBER IS FACTUALLY FALSE. NOW,

2   THE LAST ITEM THAT I WANT TO DISCUSS, AND THIS IS ABOUT THE

3   CONDUCT, I BELIEVE THAT SUPERVISOR BARGER, YOU MADE A

4   REFERENCE THAT SOMEHOW MY CONDUCT IN THE LAST TWO WEEKS HAS

5   CONFIRMED YOUR BELIEF THAT YOU ARE TAKING THE RIGHT COURSE OF

6   ACTION. WELL, THE ONLY THING I'VE DONE IS SPOKEN OUT VERY

7   VOCIFEROUSLY AND VERY RESPECTFULLY ON THE BEHALF OF PUBLIC

8   SAFETY, ON MAKING SURE WE FOLLOW THE NATIONAL INCIDENT

9   MANAGEMENT SYSTEM. WE USE A STANDARDIZED EMERGENCY MANAGEMENT

10  SYSTEM ISSUED -- DONE BY THE STATE OF CALIFORNIA AT THE

11  FEDERAL LEVEL. WE USE THE INCIDENT COMMAND SYSTEM THE WAY IT

12  IS DESIGNED, WHICH IS A UNIFIED MAN. THAT DOESN'T MEAN IT'S A

13  GROUP THINK EXERCISE. LET ME GIVE YOU FOUR OF THE

14  CHARACTERISTICS OF GROUP THINK SYMPTOMS. THIS IS DR. IRVIN

15  JANIS. SELF-CENSORSHIP OF IDEAS THAT DEVIATE FROM THE PARENT

16  GROUP'S CONSENSUS, ILLUSIONS OF UNANIMITY AMONG GROUP MEMBERS

17  SINCE SILENCE IS VIEWED AS AGREEMENT, DIRECT PRESSURE TO

18  CONFORM PLACED ON ANY MEMBER WHO QUESTIONS THE GROUP COUCHED

19  IN TERMS OF DISLOYALTY, MIND GUARD, SELF-APPOINTED MEMBERS WHO

20  SHIELD THE GROUP FROM DISSENTING INFORMATION. WHEN WE'RE

21  DEALING WITH LIFE AND DEATH QUESTIONS AND DECISIONS OF WHAT WE

22  DO AND HOW WE DO IT, THE LAST THING YOU WANT IN THE WORLD IS

23  TO HAVE VOICES THAT HAVE A DIFFERENT POINT OF VIEW SILENCED.

24  AND THAT IS EXACTLY WHAT YOU'RE TRYING TO ACHIEVE HERE. IT

25  DOES NOT ADVANCE THE PUBLIC'S INTEREST. IT'S NOT GOING TO MAKE

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   ANYBODY ANY HEALTHIER. IT'S NOT GOING ADD MORE VENTILATORS.

2   IT'S NOT GOING END MORE MASKS OUT THERE TO FIRST RESPONDERS.

3   IT DEFINITELY DOES NOT IMPROVE FUNCTIONS. AND IF ANYONE

4   SOMEHOW WAS OFFENDED BY HOW I ARGUED IN OUR UNIFIED

5   COORDINATION GROUP, WELL MY APOLOGIES, BUT I'M DEAD SERIOUS.

6   WHEN IT COMES TO LIFE AND DEATH MATTERS, I DON'T TAKE IT

7   LIGHTLY, AND I DON'T BELIEVE IN EVERYONE IS BOWING DOWN OR

8   KISSING A RING OR SO AFRAID TO SOMEHOW OFFEND THE ELECTED

9   OFFICIALS. THAT'S WHY I'M THE CHECK AND BALANCE TO THIS

10  SYSTEM. I'M THE VOICE OF THE ENTIRE COUNTY OF LOS ANGELES, ALL

11  10 MILLION RESIDENTS. AND SOMEONE HAS TO SPEAK ON BEHALF OF

12  THEM. AND IT'S NOT GOING TO HAPPEN IF YOU CONTROL THE ENTIRE

13  APPARATUS OF EMERGENCY MANAGEMENT. THAT IS NOT THE WAY IT'S

14  INTENDED IF WE LOSE THE CHECKS AND BALANCES, SEPARATION OF

15  POWER, AND THE ABILITY TO HAVE THAT UNIFIED VOICE THAT'S AN

16  ACHIEVED BY A VERY HEALTHY AND VIGOROUS DEBATE. SO THERE'S A

17  TIME AND A PLACE WHERE WE CAN TAKE THIS ON. THIS IS AFTER THE

18  PANDEMIC, AND WE ALL LEARN TO PLAY NICE IN THE SANDBOX

19  TOGETHER. AND THEN WE CAN HAVE THAT DISCUSSION WITH THE PUBLIC

20  AND DECIDE WHAT'S THE BEST WAY TO MOVE FORWARD, BUT NOW IS NOT

21  THE TIME NOR THE PLACE TO ENTERTAIN THIS MOTION. YOU HAVE A

22  LETTER BEFORE YOU THAT I SENT YESTERDAY, I SENT TO YOU AND THE

23  ATTORNEY GENERAL, REFERENCING OUR LEGAL CONCERNS. WE HAVE THE

24  PRACTICAL CONCERNS, AND WE HAVE THE LEGAL CONCERNS. AND I NEED

25  YOU TO ADDRESS THOSE. DO YOU HAVE ANY QUESTIONS OF ME?

# THE MEETING TRANSCRIPT
of the Meeting of the Los Angeles County Board of Supervisors



1

2  **SUP. BARGER, CHAIR:** ALL RIGHT. WELL, THANK YOU VERY MUCH FOR

3  THAT PRESENTATION, SHERIFF VILLANUEVA. SUPERVISOR SOLIS, I

4  THINK -- I'M SORRY. SUPERVISOR KUEHL, YOU WANTED TO MAKE SOME

5  COMMENTS?

6

7  **SUP. KUEHL:** YES, THANK YOU, MADAM CHAIR. I ALSO APPRECIATE THE

8  SHERIFF'S PRESENTATION AND ALSO THANK HIM FOR THE LOVELY LUNCH

9  WE HAD TOGETHER A MONTH OR SO AGO, BUT I DISAGREE WITH HIS

10 STATEMENTS IN A NUMBER OF WAYS, IF I MAY. FIRST OF ALL, THE

11 ISSUE OF WHETHER OR NOT THE SHERIFF WAS EVER DESIGNATED AS THE

12 HEAD OF THE EMERGENCY CENTER, THAT IS SOMETHING THAT HAS TO BE

13 ADOPTED UNANIMOUSLY BY THE BOARD OF SUPERVISORS IN A 5-0 VOTE

14 UNDER STATE LAW. AND THE RESEARCH DONE BY COUNTY COUNSEL

15 INDICATES THAT THIS MOTION WAS NEVER BROUGHT BY THE BOARD OF

16 SUPERVISORS ALL THE WAY BACK. SO TO SAY THAT THE STATEMENT BY

17 THE SHERIFF THAT WE'RE CHANGING WHAT WE'RE DOING IS NOT

18 EXACTLY ACCURATE. HOWEVER, I BELIEVE THAT EVERY SHERIFF HAS

19 ASSUMED, PERHAPS, THOUGH I DON'T KNOW HISTORICALLY, THAT THEY

20 WILL BE IN CHARGE IN AN EMERGENCY. IN MY EXPERIENCE, THAT HAS

21 NOT BEEN THE CASE WITH ANY OF THE THREE SHERIFFS THAT I HAVE

22 BEEN AWARE OF OVER TIME, DEPENDING UPON THE EMERGENCY. LET ME

23 TAKE THE WOOLSEY FIRE, FOR EXAMPLE, WHICH STARTED IN NOVEMBER

24 OF 2018. SO I'M NOT SURE WHY THE SHERIFF REFERRED TO NOTHING

25 HAVING BEEN DONE IN OCTOBER OF 2018. THAT WAS BEFORE THE FIRE.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   FOLLOWING THE FIRE AND THE LACK OF COORDINATION BETWEEN AND

2   AMONG MANY OF THE UNITS THAT WERE DEALING WITH THE FIRE DURING

3   THE FIRE, DURING THE EVACUATION, AFTER THE EVACUATIONS, AND

4   THEN WHAT THEY CALL REPOPULATION, WHICH WAS MOVING EVERYBODY

5   BACK IN, IT INVOLVED MANY DEPARTMENTS. AND THE SHERIFF DID NOT

6   THE COORDINATE ANY OF THAT. SO IF HE THOUGHT THAT HE WAS IN

7   CHARGE OF DOING THAT OVER 2019 WHEN THIS WAS GOING ON,

8   HONESTLY, I DIDN'T SEE IT. WHAT WE DID DO WAS TO CONVENE A

9   VERY LARGE TASK FORCE IN WHICH THE SHERIFF PARTICIPATED, ALONG

10  WITH THE FIRE DEPARTMENT, WITH STATE ENTITIES, WITH FEDERAL

11  ENTITIES, WITH RESIDENTS, AND WITH ALL OF THE CITIES PLUS

12  VENTURA COUNTY, THEIR SHERIFF, THEIR FIRE DEPARTMENT, AND

13  THEIR SUPERVISOR, LINDA PARKS, TO COME UP WITH A REPORT BY THE

14  END OF 2019 ABOUT WHAT COULD HAVE BEEN DONE BETTER IN TERMS OF

15  HOW THE WOOLSEY FIRE, WHICH WAS THE BIGGEST FIRE IN L.A

16  COUNTY, COULD HAVE BEEN HANDLED BETTER. ONE OF THE MAIN

17  RECOMMENDATIONS WAS TO DESIGNATE THE OFFICE OF EMERGENCY

18  MANAGEMENT TO RUN THE EMERGENCY OPERATIONS CENTER. THIS WAS

19  BECAUSE THERE WERE MANY DEPARTMENTS INVOLVED, NOT JUST LAW

20  ENFORCEMENT, THAT HAD TO WORK BETTER TOGETHER. THIS WAS TO

21  COME TO THE BOARD IN THE BEGINNING OF THIS YEAR. AND THE TASK

22  FORCE ASKED FOR AN EXTRA MONTH TO FINISH THEIR REPORT, NOT

23  THEIR  RECOMMENDATIONS, BUT THEIR REPORT, AND THAT'S WHY IT

24  WAS ON THE MARCH 17TH AGENDA. SO I WOULD RESPECTFULLY INDICATE

25  TO THE SHERIFF THAT THIS IS NOT ABOUT HIM. IT'S NOT ABOUT HIS

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    CANDIDACY HAVING BEEN OPPOSED. IT'S NOT ABOUT HIS ATTITUDE.

2    IT'S JUST NOT ABOUT HIM. IT'S REALLY ABOUT THE SAFETY OF THE

3    10 MILLION PEOPLE IN L.A. COUNTY. SO LET ME SAY THAT, THOUGH

4    THE SHERIFF FEELS HE IS THE ONLY ONE SPEAKING ON BEHALF OF

5    COUNTY RESIDENTS, HE WAS NOT REALLY ELECTED TO REPRESENT

6    COUNTY RESIDENTS, THE FIVE OF US WERE. AND WE TAKE THAT VERY

7    SERIOUSLY. SO THIS RECOMMENDATION TODAY WOULD BRING TO COUNTY

8    OF LOS ANGELES INTO ALIGNMENT WITH WHAT HAVE NATIONALLY BEEN

9    EXPRESSED AS BEST PRACTICES IN TERMS OF [INAUDIBLE]

10   OPERATIONS. MORE THAN TWO-THIRDS OF THE COUNTIES HAVE

11   DESIGNATED EITHER THEIR C.E.O. OR A SEPARATE DEPARTMENT OF

12   EMERGENCY MANAGEMENT TO DO THIS, NOT THE SHERIFF. THAT IS OVER

13   TWO-THIRDS OF THE COUNTIES IN THE CALIFORNIA. SO WE ARE NOT

14   REALLY, QUOTE, CHANGING, CLOSED QUOTE, THE LEADERSHIP

15   STRUCTURE BECAUSE THE SHERIFF WAS NEVER UNANIMOUSLY CHOSEN BY

16   THE BOARD TO DO THIS. RATHER, PEOPLE HAVE STEPPED IN. AND

17   CERTAINLY IN THIS EMERGENCY, IT WOULD BE TOTALLY INAPPROPRIATE

18   FOR ANY LAW ENFORCEMENT AGENCY TO BE TOTALLY IN CHARGE OF

19   ANYTHING BUT LAW ENFORCEMENT. LET ME INDICATE WHY. MOST OF

20   WHAT IS HAPPENING IN THIS EMERGENCY RELATES TO THE HEALTH

21   EMERGENCY. SO WE HAVE THE DEPARTMENT OF PUBLIC HEALTH, THE

22   DEPARTMENT OF HEALTH SERVICES, THE DEPARTMENT OF MENTAL

23   HEALTH. WE ALSO HAVE THE HOMELESS INITIATIVE AND ALL OF THE

24   DEPARTMENTS, THE DEPARTMENT OF PUBLIC WORKS, THAT NEED TO BE

25   COORDINATED WITH A RESPONSE TO THIS PANDEMIC. FOR THE SHERIFF

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    TO SAY THAT THE OFFICE OF EMERGENCY MANAGEMENT IS KEEPING,

2    QUOTE, BANKERS' HOURS, CLOSED QUOTE, I BELIEVE PERHAPS HE

3    HASN'T BEEN TALKING TO KEVIN MCGOWAN AND THE REST OF THE

4    PEOPLE AT O.E.M. IN THE MIDDLE OF THE NIGHT AS I HAVE BECAUSE

5    THEY'RE NOT KEEPING BANKERS' HOURS. THEY'RE KEEPING NON-

6    SLEEPERS' HOURS. AND I THINK THEY'VE DONE A VERY GOOD JOB

7    ALONG WITH OUR C.E.O. SO I WOULD SAY THAT THIS IS THE

8    APPROPRIATE AND 21ST CENTURY RESPONSE TO EMERGENCIES. AND THE

9    SHERIFF WILL MAINTAIN COMPLETE CONTROL OVER LAW ENFORCEMENT AS

10   HE HAS IN THE PAST, ALTHOUGH I WOULD ASK THAT HE PERHAPS TAKE

11   A LOOK EVEN AT HIS OWN OPERATION IN THE JAIL TO SEE IF THERE'S

12   A WAY TO PROVIDE GREATER PROTECTIONS TO HIS OWN FOLKS AND THE

13   INMATES BY PERHAPS HELPING US WITH A FEW MORE WAYS OF MOVING

14   PEOPLE OUT OF THOSE INSTITUTIONS. HIS QUOTES ABOUT THE UNIFIED

15   COMMAND DID NOT REALLY MAKE MUCH SENSE TO ME, BUT HE DID

16   MAINTAIN THAT HE REDUCES THE ROLE OF LAW ENFORCEMENT.  AND I

17   WOULD INDICATE, MADAM CHAIR, IF I MAY, THAT IS NOT THE CASE.

18   SO LET ME EMPHASIZE, THEN, THE MAIN POINTS. THIS IS NOT A

19   CHANGE BECAUSE THE SHERIFF WAS NEVER DESIGNATED BY ANY BOARD

20   OF SUPERVISORS THROUGH THE HISTORY OF THE COUNTY BY A 5-VOTE

21   ADOPTION AS IS REQUIRED BY STATE LAW. SECONDLY, THIS IS UP TO

22   US TO FIGURE OUT IN EVERY EMERGENCY WHO CAN COORDINATE THE

23   BEST, AND GIVEN THE HEALTH ASPECTS, THE BUILDING ASPECTS, THE

24   HOUSING ASPECTS, THE HOMELESSNESS ASPECTS, THE D.C.B.A.

25   ASPECTS, ALL OF IT, THIS IS NOT CORRECT TO GO UNDER JUST LAW

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    ENFORCEMENT. WE THANK THE SHERIFF FOR HIS WORK IN COORDINATING

2    LAW ENFORCEMENT IN THE WOOLSEY FIRE AND BEYOND, BUT I THINK

3    THIS IS CLEARLY, AND I HOPE EVERYONE CAN UNDERSTAND THIS, THE

4    BEST MOVE FOR US IN THIS PANDEMIC. THANK YOU, MADAM CHAIR.

5

6    **SUP. BARGER, CHAIR:** THANK YOU. SUPERVISOR SOLIS AND THEN

7    SUPERVISOR HAHN.

8

9    **SUP. SOLIS:** YES, THANK YOU, MADAM CHAIR. AND I ALSO WANT TO

10   THANK SUPERVISOR KUEHL FOR HER COMMENTS AND ALSO WANT TO THANK

11   THE SHERIFF FOR HIS SUBMITTAL OF HIS LETTER THAT I'M LOOKING

12   AT NOW AND UNDERSTAND THE ROLE THAT HE PLAYS IN TERMS OF

13   HELPING US WITH DIRECTING HOW WE FOCUS ON THE EMERGENCY NEEDS

14   OF OUR RESIDENTS, ALL 10 MILLION OF THEM, AND HOW WE ARE

15   CONVERGING  IN A PROCESS THAT I REALLY BELIEVE, AS SUPERVISOR

16   KUEHL SAID, REALLY BRINGS US UP TO THE 21ST CENTURY. AND I'VE

17   BEEN A PARTNER NOW WITH SUPERVISOR BARGER NOW FOR I GUESS THE

18   LAST MONTH OR SO ON THESE MEETINGS THAT HAVE OCCURRED. AND I

19   KNOW THAT THE SHERIFF OR HIS REPRESENTATIVES HAVE BEEN A PART

20   OF THAT. I THINK IT'S A VERY BROAD DISCUSSION. AND WE HEAR

21   DIFFERING VOICES, AS WAS STATED BY THE SHERIFF, BUT THEY'RE

22   ALSO WORK-RELATED, AND IT ISN'T JUST A FOCUS OF LAW

23   ENFORCEMENT. IT DOES DEAL WITH HOW WE'RE ADDRESSING

24   HOMELESSNESS, HOW WE TRY TO MAKE SURE THAT THERE'S APPROPRIATE

25   SHELTERS THAT ARE AVAILABLE THROUGHOUT THE COUNTY OF LOS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
1    ANGELES, MAKING SURE THAT WE ARE ASSISTING IN ANY WAY TO GET

2    THE STATE, THE GOVERNOR'S OFFICE, TO WORK CLOSELY WITH US. AND

3    THAT HAS HAPPENED. ALL THESE RELATIONSHIPS, I BELIEVE, CREATE

4    THIS APPROACH THAT REALLY BRINGS THE BEST TALENTS TOGETHER.

5    AND IT FORCES US TO THINK ABOUT HOW WE CAN EMBARK ON

6    OPPORTUNITIES THAT ARE GOING TO HELP THE PUBLIC. THAT'S FIRST

7    AND FOREMOST, THE PUBLIC SAFETY. AND WHILE WE ARE

8    UNDERSTANDING WHAT THIS PANDEMIC IS, THERE'S STILL MORE THAT

9    WE DON'T KNOW, BUT I WANT TO GIVE CREDIT TO ALL OF THOSE

10   INDIVIDUALS THAT EVERY MORNING AT 8:30, WHETHER IT'S A

11   SATURDAY OR A SUNDAY OR WHAT HAVE YOU, WE CONTINUE TO TALK. WE

12   CONTINUE TO WORK THROUGH THESE IDEAS. AND I KNOW THAT THERE'S

13   A COMMITMENT AND A PASSION. I SEE IT ON DISPLAY EVERY DAY WHEN

14   I SEE OUR COUNTY EMPLOYEES AND WHEN I SEE OUR DEPARTMENT HEADS

15   THAT ARE OUT THERE PUSHING AHEAD WITH A GOOD MIND AND

16   SENSITIVITY THAT FIRST AND FOREMOST WE HAVE TO FIRST TAKE CARE

17   OF OUR PEOPLE AND OUR RESIDENTS. AND THIS IS ABOUT MENTAL

18   HEALTH. IT'S ABOUT HOMELESSNESS. IT'S ABOUT PROVIDING

19   PROTECTIONS FOR OUR EMPLOYEES, OUR HEALTHCARE WORKERS, MAKING

20   SURE THAT LOS ANGELES COUNTY STANDS UP TO WHAT WE NO IS OUR

21   VERY BEST. SO I AM IN SUPPORT OF THIS MOVING FORWARD. I

22   CONTINUE TO WORK WITH THE SHERIFF. I WANT TO SEE THAT WE DO

23   MORE WITH RESPECT TO OUR H.O.S.T. TEAMS, OUR M.E.T. TEAMS

24   BECAUSE NOW, MORE THAN EVER, WE NEED YOUR SUPPORT. SO WITH
```



**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  THAT, MADAM CHAIR, I THANK YOU FOR ALLOWING ME TO SPEAK. THANK

2  YOU.

3

4  **SUP. BARGER, CHAIR:** THANK YOU, SUPERVISOR SOLIS. SUPERVISOR

5  HAHN.

6

7  **SUP. HAHN:** THANK YOU, MADAM CHAIR. I JUST WANTED TO, FIRST OF

8  ALL, THANK SUPERVISOR KUEHL. YOUR COMMENTS WERE EXTREMELY

9  ARTICULATE, AND YOU DID SUCH A GOOD JOB OF EXPLAINING THE

10 REASON THAT WE'RE DOING THIS. AND, YOU KNOW, TO ME, I JUST

11 WANT TO SAY I THINK IT'S UNFORTUNATE THAT ANYONE WOULD TRY TO

12 PORTRAY THIS IN ANY WAY THAT KIND OF TALKS ABOUT A FEUD

13 BETWEEN THE BOARD OF SUPERVISORS AND OUR SHERIFF. I CERTAINLY

14 DON'T FEEL THAT WAY. AND I'VE WANTED TO SAY THAT PUBLICLY TO

15 THE SHERIFF, THAT, YOU KNOW, NOTHING TO DO WITH ANYBODY'S

16 ELECTIONS. I RESPECT YOU. AS YOU KNOW, I'VE WORKED WITH YOU ON

17 A NUMBER OF OCCASIONS IN MY DISTRICT. YOUR DEPUTIES ARE THE

18 MOST RESPECTED MEN AND WOMEN I KNOW IN MY DISTRICT. I HEAR ALL

19 THE TIME. THE ONLY COMPLAINT I EVER HEAR ABOUT THE SHERIFFS IS

20 THERE'S NOT ENOUGH OF THEM. SO MY DISTRICT LOVES OUR SHERIFF'S

21 DEPUTIES. WE APPRECIATE THE MEN AND WOMEN AND THE DEPARTMENT

22 AND ALL THAT THEY DO. AND SO, FOR ME, THIS IS NOTHING EVEN

23 CLOSE TO HAVING TO DO WITH A SO-CALLED DISPUTE OR A FEUD

24 BETWEEN US. BUT I DO BELIEVE, AS WE MOVE FORWARD, THIS NEW

25 MODEL MAKES MUCH MORE SENSE. BUT, YOU KNOW, AND, AGAIN, I JUST

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
 1    WANT TO REITERATE THAT I APPRECIATE THE SHERIFF, AND I

 2    APPRECIATE YOUR DEPUTIES. I KNOW I'VE ASKED FOR HELP RECENTLY

 3    AS IT RELATES TO OUR BEACHES AND OUR TRYING TO HELP SOME OF

 4    THE LOCAL POLICE DEPARTMENTS WHO FEEL OVERWHELMED WITH SOME --

 5    WITH ENFORCING SOME OF THE PUBLIC HEALTH ORDERS THAT WE ISSUE

 6    EVERY DAY. SO I APPRECIATE YOU. AND WE'RE GOING TO NEED THE

 7    SHERIFF'S DEPARTMENT TO STEP UP EVEN MORE AS WE MOVE FORWARD,

 8    AS POSSIBLY WE MAKE STRICTER REQUIREMENTS AND REGULATIONS ON

 9    THE PUBLIC. ALL WE'RE DOING NIGHT AND DAY AND DAY AND NIGHT IS

10    TRYING TO STOP THE SPREAD OF THIS VIRUS. AND TO BE HONEST WITH

11    YOU, I FEEL GUILTY WHEN I FINALLY DON'T ANSWER MY PHONE

12    ANYMORE AROUND 10 P.M. BECAUSE I'VE BEEN ON THE PHONE SINCE

13    BEFORE DAWN UNTIL LATE AT NIGHT. AND I KNOW SO MANY PEOPLE IN

14    THE COUNTY ARE DOING THE SAME THING. MY ONLY QUESTION WOULD BE

15    PROBABLY TO THE COUNTY COUNSEL. I JUST WANTED TO SPECIFICALLY

16    REFERENCE WHAT THE SHERIFF SENT US IN HIS LETTER ABOUT THE

17    CALIFORNIA GOVERNMENT CODE 26620 THAT APPARENTLY WE HAVE

18    ADOPTED AND THAT THIS AMENDMENT, OR THIS REORGANIZATION, WHAT

19    WE'RE DOING TODAY DOES NOT REPEAL THAT, AND SO TO HAVE BOTH OF

20    THEM IN PLACE IS A BIT OF A CONFLICT. AND THE OTHER QUESTION I

21    BELIEVE I HEARD THERE WAS A CONCERN WHETHER OR NOT WE COULD

22    ACTUALLY DO THIS TODAY. IS THERE A BROWN ACT VIOLATION IN US

23    TAKING THIS ORDER TODAY BECAUSE WE'RE MEETING REMOTELY. JUST

24    THOSE TWO QUESTIONS.

25
```

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **ATTORNEY:** THANK YOU, SUPERVISOR. THIS IS MARY WICKHAM, COUNTY

2   COUNSEL. AND, SHERIFF, THANK YOU FOR THE LETTER THAT YOU SENT

3   TO US YESTERDAY. SO, SUPERVISOR, JUST INITIALLY AS TO THE

4   BROWN ACT ISSUE, THERE'S NO BROWN ACT ISSUE HERE. THIS HAS

5   BEEN APPROPRIATELY AGENDIZED, AND IT IS APPROPRIATE FOR THE

6   BOARD TO ACT TODAY ON THIS MOTION OR THIS ORDINANCE. AS TO THE

7   ISSUES RAISED BY THE SHERIFF IN HIS LETTER, AS SUPERVISOR

8   KUEHL NOTED, BASED ON OUR RESEARCH, OUR BOARD HAS NOT ACTED

9   HISTORICALLY OR TRIGGERED GOVERNMENT CODE SECTION 26620

10  AUTHORIZING THE SHERIFF TO HEAD UP THE EMERGENCY CONTROL

11  OPERATION. THAT ACT HAS NEVER HAPPENED. SO THIS WILL BE THE

12  FIRST TIME THIS BOARD IS ACTING. AND IT'S APPROPRIATE THE

13  BOARD HAS THE AUTHORITY TO SET UP ITS EMERGENCY OPERATION IN

14  THE MANNER IT DEEMS FIT. THAT'S SUPPORTED BY BOTH THE STATE

15  LAW AND COUNTY CODE. SO IT'S APPROPRIATE FOR THE BOARD TO ACT

16  TODAY. EVEN IF THE BOARD HAD ACTED PREVIOUSLY, OUR RESEARCH

17  SUPPORTS THAT THE ACT TODAY BY THE BOARD IS STILL APPROPRIATE

18  TO REPEAL ANY PRIOR ACT THE BOARD MAY HAVE TAKEN, BUT, AGAIN,

19  OUR RESEARCH SUPPORTED THAT HISTORICALLY THIS BOARD HAS NOT

20  ACTED TO PUT THE SHERIFF IN THE POSITION OF HEAD OF THE

21  DIRECTOR OF EMERGENCY OPERATIONS SERVICES.

22

23  **SUP. BARGER, CHAIR:** VERY GOOD. I SEE THAT NO ONE ELSE HAS

24  SIGNED UP TO SAY ANYTHING. SO WITH THAT, AGAIN, I APPRECIATE

25  YOU SPEAKING, SHERIFF VILLANUEVA. I APOLOGIZE IF YOU FEEL THIS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   IS PERSONAL. IT'S NOT ON MY PART. I GUESS, AS CHAIR, THIS

2   COMES WITH THE TERRITORY, AND I ACCEPT THAT, BUT IT HAS

3   NOTHING TO DO WITH VENDETTAS OR ANYTHING LIKE THAT. SO I'M

4   SORRY THAT YOU FEEL THAT WAY. SO WITH THAT, SEEING NO ONE ELSE

5   SIGNED UP TO SPEAK, ITEM 61 IS BEFORE US FOR APPROVAL. IT'LL

6   BE MOVED BY SUPERVISOR KUEHL. SECONDED BY SUPERVISOR HAHN TO

7   ADOPT THE URGENCY ORDINANCE. IF THERE ARE NO OBJECTIONS TO A

8   UNANIMOUS VOTE, THAT WILL BE THE ORDER. THANK YOU. NOW WE'RE

9   GOING TO MOVE ON TO ITEM 73, A HEARING TO VACATE A PORTION OF

10  VALLEY CANYON ROAD SET ASIDE A PORTION OF SOLEDAD CANYON ROAD

11  AND ACCEPT THE OFFER OF DEDICATION ON A PORTION OF YELLOWSTONE

12  LANE IN THE UNINCORPORATED COMMUNITY OF AGUA DULCE. OUR

13  EXECUTIVE OFFICER WOULD LIKE TO READ THAT IN?

14

15  **CELIA ZAVALA, E.O.:** THANK YOU, MADAM CHAIR. THE FIRST ITEM

16  BEFORE YOU IS ITEM 73. THIS IS A HEARING ON THE PROPOSED

17  VACATION OF A PORTION OF THE VALLEY CANYON ROAD WEST OF

18  STONECREST ROAD, SET ASIDE A PORTION OF COUNTY OWNED PORTION

19  FOR RIDING, HIKING TRAILS, AND SEWER LIFT STATION PURPOSE ON

20  SOLEDAD CANYON ROAD  INTO THE COUNTY ROAD SYSTEMS IN THE

21  UNINCORPORATED COMMUNITY OF AGUA DULCE. PLEASE NOTE THAT FOR

22  THIS ITEM, A WRITTEN DEPARTMENTAL STATEMENT WAS SUBMITTED BY

23  THE DEPARTMENT OF PUBLIC WORKS AND FILED WITH THE RECORD. AND

24  WE RECEIVED 15 WRITTEN PUBLIC TESTIMONY, AND CORRESPONDENCE

25  WAS RECEIVED AND CONSIDERED.

EXHIBIT 44



# THE MEETING TRANSCRIPT OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



## Adobe Acrobat Reader

### Finding Words

You can use the Find command to find a complete word or part of a word in the current PDF document.  Acrobat Reader looks for the word by reading every word on every page in the file, including text in form fields.

### To find a word using the Find command:

1. Click the Find button **(Binoculars)**, or choose Edit > Find.
2. Enter the text to find in the text box.
3. Select search options if necessary:
   Match Whole Word Only finds only occurrences of the complete word you enter in the box.  For example, if you search for the word *stick*, the words *tick* and *sticky* will not be highlighted.

   Match Case finds only words that contain exactly the same capitalization you enter in the box.

   Find Backwards starts the search from the current page and goes backwards through the document.
4. Click Find.  Acrobat Reader finds the next occurrence of the word.

### To find the next occurrence of the word, Do one of the following:

Choose Edit > Find Again
Reopen the find dialog box, and click Find Again.
(The word must already be in the Find text box.)

### Copying and pasting text and graphics to another application

You can select text or a graphic in a PDF document, copy it to the Clipboard, and paste it into another application such as a word processor.  You can also paste text into a PDF document note or into a bookmark.  Once the selected text or graphic is on the Clipboard, you can switch to another application and paste it into another document.

**Note:  *If a font copied from a PDF document is not available on the system displaying the copied text, the font cannot be preserved.  A default font  is substituted.***

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



## To select and copy it to the clipboard:

1.  Select the text tool T, and do one of the following:
    To select a line of text, select the first letter of the sentence or phrase and drag to
    the last letter.

To select multiple columns of text (horizontally), hold down Ctrl+Alt (Windows) or Option
(Mac OS) as you drag across the width of the document.

To select a column of text (vertically), Hold down Ctrl+Alt (Windows) or Option+Command
(Mac OS) as you drag the length of the document.

To  select all the text on the page, choose Edit > Select All.  In single page mode, all the text
on the current page is selected.  In Continuous or Continuous – facing mode, most of the text
in the document is selected.  When you release the mouse button, the selected text is
highlighted.  To deselect the text and start over, click anywhere outside the selected text.
The Select All command will not select all the text in the document.  A workaround for this
(Windows) is to use the Edit > Copy command.  Choose Edit > Copy to copy the selected
text to the clipboard.

2.  To view the text, choose Window > Show Clipboard

In Windows 95, the Clipboard Viewer is not installed by default and you cannot use the
Show Clipboard command until it is installed.  To install the Clipboard Viewer, Choose
Start > Settings > Control Panel > Add/Remove Programs, and then click the Windows
Setup tab.  Double-click Accessories, check Clipboard Viewer, and click OK.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
 1              THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

 2                 TUESDAY, APRIL 28, 2020, 9:30 AM

 3

 4

 5    SUP. BARGER, CHAIR: GOOD MORNING, EVERYONE. WELCOME THE

 6    REGULARLY SCHEDULED MEETING OF THE LOS ANGELES COUNTY BOARD OF

 7    SUPERVISORS. TODAY IS TUESDAY APRIL 28, 2020. OUR MEETING IS

 8    BEING HELD REMOTELY DUE TO THE CURRENT PUBLIC HEALTH CRISIS TO

 9    PROTECT THE HEALTH OF ALL. I NOW WANT TO TAKE ROLL CALL TO

10    CONFIRM ATTENDANCE. PLEASE UNMUTE YOUR MIC AND RESPOND WHEN

11    YOUR NAME IS CALLED. SUPERVISOR SOLIS?

12

13    SUP. SOLIS: PRESENT.

14

15    SUP. BARGER, CHAIR: SUPERVISOR RIDLEY-THOMAS?

16

17    SUP. RIDLEY-THOMAS: HERE.

18

19    SUP. BARGER, CHAIR: SUPERVISOR KUEHL?

20

21    SUP. KUEHL: HERE.

22

23    SUP. BARGER, CHAIR: SUPERVISOR HAHN?

24

25    SUP. HAHN: I'M HERE.
```

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



April 24, 2020

1

2     **SUP. BARGER, CHAIR:** SACHI HAMAI, CHIEF EXECUTIVE OFFICER.

3

4     **C.E.O. HAMAI:** I'M HERE.

5

6     **SUP. BARGER, CHAIR:** MARY WICKHAM, COUNTY COUNSEL.

7

8     **ATTORNEY:** PRESENT.

9

10    **SUP. BARGER, CHAIR:** AND MADAM EXECUTIVE OFFICER, CELIA ZAVALA?

11

12    **CELIA ZAVALA, E.O.:** HERE.

13

14    **SUP. BARGER, CHAIR:** CONSISTENT WITH THE GOVERNOR'S EXECUTIVE

15    ORDER N2920 CALLING FOR LOCAL LEGISLATIVE BODIES TO ALLOW

16    MEMBERS OF THE PUBLIC TO OBSERVE AND ADDRESS THE MEETING

17    TELEPHONICALLY OR OTHERWISE ELECTRONICALLY, THE EXECUTIVE

18    OFFICE OF THE BOARD HAS RECEIVED OVER 800 WRITTEN COMMENTS FOR

19    TODAY'S BOARD MEETING. AS THOSE WRITTEN COMMENTS WERE

20    RECEIVED, ALL OF THEM WERE AVAILABLE TO THE SUPERVISORS FOR

21    THEIR CONSIDERATION CONSISTENT WITH THE BROWN ACT'S

22    REQUIREMENT FOR PUBLIC COMMENT BEING RECEIVED BEFORE THE

23    BOARD'S CONSIDERATION OF THE AGENDA ITEMS. PRIOR TO VOTING ON

24    THE ITEM, WE WILL READ THE NAMES OF THOSE WHO HAVE SUBMITTED

25    PUBLIC COMMENT AND LET YOU KNOW WHAT THEIR POSITION IS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  JUDGMENTS, FOR DAMAGES, FOR SUPPLIES, NOT PERSONNEL, AND PUT

2  IT AWAY SO THAT THE SHERIFF WOULD BE ENCOURAGED TO WORK WITH

3  OUR C.E.O. AND OTHERS IN TERMS OF REDUCING THIS HUGE DEFICIT.

4  THE SHERIFF DID MAKE SOME ATTEMPTS TO WORK WITH C.E.O. TO

5  REDUCE THE DEFICIT, BUT THE PROBLEM IS THE DEFICIT CONTINUED

6  TO GROW AND GROW AND ESPECIALLY WHERE OVERTIME WAS CONCERNED,

7  AND ALSO WE HAD FOUND THAT THE SHERIFF HAD NOT BEEN REALIZING

8  MUCH OF THE REVENUE OPPORTUNITIES, LIKE A.B.109 MONEY, THAT HE

9  WAS SUPPOSED TO ATTEMPT TO COLLECT TO BALANCE OUT HIS BUDGET.

10 SO, I WAS ALSO ALARMED TO HEAR THAT DESPITE THE FACT THAT WE

11 HAVE A HIRING FREEZE AND A PROMOTION FREEZE IN EVERY

12 DEPARTMENT, AND WE HAD PLACED A HIRING FREEZE ON THE SHERIFF

13 IN THIS ACTION IN THE FALL, IN JUST ONE WEEK PERIOD BETWEEN

14 APRIL 16TH AND APRIL 23RD, THE SHERIFF PUT THROUGH 44

15 PROMOTIONS IN HIS DEPARTMENT. AND I'M TALKING THIS APRIL, JUST

16 LAST WEEK. AND SO, MADAM CHAIR, I AM ASKING TO AMEND ITEM 9.

17 AND I WILL READ IN THE AMENDMENT AS A RESPONSE TO THIS

18 SURPRISING ACTION TO PUT THROUGH SO MANY PROMOTIONS, WHICH

19 SIMPLY ADDS TO THE DEFICIT THAT THE SHERIFF'S DEPARTMENT IS

20 INCURRING. THE AMENDMENT READS, AND IT WAS DISTRIBUTED TO

21 EVERYONE, TO ADD DIRECTIVE 4, INSTITUTE A HARD HIRING -- I'M

22 SORRY. INSTITUTE A PROMOTIONAL FREEZE FOR ALL POSITIONS WITHIN

23 THE SHERIFF'S DEPARTMENT. UNDERSTANDING THE CRITICAL ROLE TO

24 PUBLIC SAFETY, WE FURTHER RECOMMEND THAT, SHOULD THE

25 DEPARTMENT NEED TO FILL ANY POSITION, THAT THEY WORK WITH THE

# The Meeting Transcript
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   C.E.O. TO JUSTIFY THE SPECIFIC OPERATIONAL NEEDS FOR THE

2   DEPARTMENT. THAT IS THE CASE WITH EVERY DEPARTMENT NOW. AND WE

3   WANT TO MAKE IT VERY CLEAR THAT THAT ALSO APPLIES TO THE

4   SHERIFF'S DEPARTMENT BECAUSE WE CERTAINLY CANNOT ALLOW THE

5   DEPARTMENT TO CONTINUE GROWING THEIR DEFICIT, ESPECIALLY IN

6   THIS CURRENT ECONOMIC CLIMATE. WE'VE BROUGHT IN AN AUDITOR TO

7   REVIEW THE SHERIFF'S DEPARTMENT BOOKS TO HELP US TO BRING THE

8   SHERIFF'S BUDGET INTO BALANCE. AND WHAT THE MOTION THAT I'M

9   BRINGING TODAY ACCOMPLISHES IS TO RELEASE $83 MILLION TO THE

10  DEPARTMENT THAT ARE ESSENTIAL FOR THE DEPARTMENT'S

11  FUNCTIONING, INCLUDING $7.6 MILLION FOR SERVICES AND SUPPLIES,

12  WHICH THE SHERIFF HAS IDENTIFIED AS NECESSARY TO --

13  SPECIFICALLY BECAUSE OF THE COVID-19 PANDEMIC. I BELIEVE THAT

14  MY COAUTHOR, SUPERVISOR SOLIS, HAS QUESTIONS AND HAS ASKED

15  SOME OF OUR DEPARTMENTS TO ANSWER HER QUESTIONS, SO I WOULD

16  ASK THAT WE GO TO HER NEXT. BUT LET ME FINISH MY INTRODUCTORY

17  REMARKS BY SAYING THE SHERIFF HAS BEEN INVITED, OF COURSE, TO

18  ADDRESS US. AND I WOULD LIKE TO CONCLUDE AT THE END OF

19  EVERYTHING WITH A CLOSING REMARK. THANK YOU, MADAM CHAIR.

20

21  **SUP. BARGER, CHAIR:** THANK YOU. SUPERVISOR SOLIS?

22

23  **SUP. SOLIS:** THANK YOU, MADAM CHAIR, AND THANK YOU, SO MUCH,

24  SUPERVISOR KUEHL, FOR INVITING ME TO JOIN YOU AS COAUTHOR ON

25  THE MOTION. WE ALL KNOW VERY CLEARLY THAT STATE LAW MANDATES

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    OBLIGATION TO OUR TAXPAYERS TO PROVIDE FISCAL OVERSIGHT OF

2    THEIR DOLLARS. AND I BELIEVE WITH THIS MOTION THE BOARD WILL

3    BE MAKING SURE THAT THE SHERIFF'S DEPARTMENT, JUST LIKE EVERY

4    OTHER COUNTY DEPARTMENT, IS ON SOLID FISCAL FOOTING TO PROTECT

5    THE INTERESTS OF OUR TAXPAYERS AND TO ENSURE THAT OTHER COUNTY

6    PRIORITIES CONTINUE TO BE FUNDED. THE SHERIFF, LIKE EACH OF

7    US, HAS AN ONGOING CONSTITUTIONAL RESPONSIBILITY TO PROTECT

8    THE PUBLIC'S HEALTH AND SAFETY. AND WE KNOW THAT THERE ARE

9    MILLIONS OF PEOPLE WHO RELY ON US FOR SAFETY NET SERVICES

10   PROVIDED BY ALL OUR DEPARTMENTS AND ESPECIALLY AFTER THE

11   ECONOMIC AND SOCIAL IMPACTS OF COVID-19. THE FISCAL

12   RESPONSIBILITY WILL BE MORE IMPORTANT THAN EVER. SINCE ONE OF

13   THE PRIMARY PROBLEMS IS OVERTIME, I LOOK FORWARD TO CONTINUING

14   TO SEE A REDUCTION IN THE OVER-RELIANCE ON OVERTIME, WHICH

15   NEITHER OUR WORKFORCE NOR OUR COMMUNITIES THAT THE SHERIFF'S

16   DEPARTMENT SERVES FULLY HAVE INFORMATION ON. SO I THINK WE

17   HAVE THAT BEFORE US. I DO HAVE TWO QUESTIONS, ONE FOR COUNTY

18   COUNSEL, IF MARY WICKHAM IS THERE, AND ALSO FOR OUR AUDITOR-

19   CONTROLLER, BOTH ARLENE AND SACHI. SO IF I COULD ASK THOSE

20   QUESTIONS, I'D LIKE TO ASK IF COUNTY COUNSEL CAN RESPOND TO

21   THE QUESTION. WHAT ARE THE CONSEQUENCES FOR A DEPARTMENT HEAD

22   WHO CLOSES THE YEAR WITH A DEFICIT? AND IS THERE ANY

23   DIFFERENCE IF THE DEPARTMENT HEAD IS ELECTED BY THE COUNTY

24   ELECTORATE OR IF THEY ARE APPOINTED BY THE BOARD? THOSE ARE

25   QUESTIONS FOR COUNTY COUNSEL.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. BARGER, CHAIR:** ALL RIGHT. WE HAVE A REQUEST, NO OTHER

2   SUPERVISORS REQUESTED TO SPEAK ON THIS. NOW WE WILL HEAR FROM

3   SHERIFF VILLANUEVA? SHERIFF?

4

5   **SHERIFF VILLANUEVA:** YES, GOOD AFTERNOON. I WOULD LIKE TO BEGIN

6   BY THANKING THE BOARD FOR THE OPPORTUNITY TO ADDRESS THIS

7   ISSUE TODAY. AS YOU KNOW, ON OCTOBER 1ST OF 2019, $143.7

8   MILLION OF THE SHERIFF'S DEPARTMENT SERVICE AND SUPPLY BUDGET

9   WAS FROZEN AND A PROFESSIONAL STAFF HIRING FREEZE WAS

10  IMPLEMENTED AT THE TIME. NOTE THAT WAS A PROFESSIONAL STAFF

11  HIRING FREEZE NOT SWORN. TODAY I WOULD LIKE TO ADDRESS THE

12  THREE USES OF THIS MOTION. THE FUNDS THAT ARE BEING RELEASED,

13  THE REMAINING $61 MILLION OF THE SHERIFF DEPARTMENT FUNDS

14  SUPPORT IS NOT INCLUDED IN THIS MOTION, WHICH WILL AFFECT

15  PUBLIC SAFETY SERVICES IF IT IS NOT RETURNED TO OUR BUDGET,

16  AND THE DEVELOPMENT AND COMPLETED REVENUE ANALYSIS FOR

17  SUBMISSION TO THE C.A.O., WHICH IS AN ONGOING PROCESS, IN

18  WHICH WE ARE HAPPY TO PROVIDE ALONG WITH -- AND WE WILL

19  PROVIDE A DETAILED ACCOUNT OF HOW SIGNIFICANTLY THE SHERIFF'S

20  DEPARTMENT IS UNDERFUNDED, APPROXIMATELY $89 MILLION. AND THE

21  ISSUE OF THE REDUCTION OF THE ACADEMY CLASS FROM 12 PER YEAR

22  TO FOUR PER YEAR, WHICH ACTUALLY COSTS MONEY AND DOES NOT SAVE

23  IT. EACH ACADEMY CLASS WE RUN, WHICH IS BEYOND WHAT COVERS OUR

24  ANNUAL ATTRITION RATE OF APPROXIMATELY 400 PER YEAR, SAVES THE

25  SHERIFF'S DEPARTMENT APPROXIMATELY $10 MILLION ANNUALLY IN

# The Meeting Transcript
of the Meeting of the Los Angeles County Board of Supervisors



1  VACANCY OVERTIME. NOW THE COVID-19 CRISIS HAS MADE ONE THING

2  PERFECTLY CLEAR. SOME AREAS OF GOVERNMENT ARE CONSIDERED

3  ESSENTIAL COMPONENTS, AND OTHERS NOT. PUBLIC SAFETY,

4  SPECIFICALLY, LAW ENFORCEMENT, FIRE, AND MEDICAL SERVICES ARE

5  AT THE TOP OF THE LIST. WHEN THE SAFER AT HOME ORDER WAS

6  ENACTED, THE ESSENTIAL JOBS WERE NOT SELECTED ACROSS-THE-

7  BOARD. COMMON SENSE AND DATA DROVE THOSE DECISIONS. BUT

8  SOMEHOW THE ACROSS-THE-BOARD PHILOSOPHY IS THE LOGIC THIS

9  BOARD HAS HISTORICALLY TURNED TO WHENEVER THERE ARE CUTS TO BE

10 MADE IN THE BUDGET. THE FUNDS YOU FROZE FROM THE BUDGET WHICH

11 YOU AND THE C.E.O. HAD ALREADY APPROVED, ALTHOUGH I APPRECIATE

12 THAT YOU'RE NOW RELEASING A PERCENTAGE OF THOSE FUNDS, WE NEED

13 ALL OF IT IN ORDER TO MAINTAIN THE LEVEL OF PUBLIC SAFETY

14 THOSE IN THE COMMUNITY DESERVE AND CURRENTLY ENJOY. AND I

15 SHOULD BRING TO YOUR ATTENTION SEVERAL CASE LAW DECISIONS THAT

16 DIRECTLY ADDRESS THE ISSUE. ONE IS BRUSTER V. SHASTA COUNTY IN

17 WHICH FOUND PARTIALLY THAT THE CALIFORNIA COURTS HAVE NOTED

18 THAT ONLY THE SHERIFF CAN CONTROL HOW HE SPENDS HIS FUNDS

19 ALLOCATED TO HIM IN THE COUNTY BUDGET, THAT THE COUNTY CANNOT

20 WITHHOLD THE FUNDS NECESSARY FOR THE SHERIFF TO DO CARRY OUT

21 HIS DUTIES. YOU CAN SEE BRAN V. MADERA COUNTY BOARD OF

22 SUPERVISORS, ALSO HICKS V. ORANGE COUNTY BOARD OF SUPERVISORS.

23 I WOULD ALSO BRING TO YOUR ATTENTION AN OPINION OF THE C.E.O.

24 ITSELF -- I MEAN THE C.E.O. FROM THE ATTORNEY GENERAL. THIS IS

25 FROM 1993. THE COUNTY BOARD OF SUPERVISORS IS NOT AUTHORIZED



**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   TO GOVERN THE ACTIONS OF A SHERIFF OR DISTRICT ATTORNEY

2   CONCERNING THE MANNER IN WHICH THEIR RESPECTIVE BUDGET

3   ALLOTMENTS ARE EXPENDED OR THE MANNER IN WHICH PERSONNEL ARE

4   ASSIGNED. THIS IS FROM THE OFFICE OF THE ATTORNEY GENERAL 93-

5   903. NOW, MOVING ON, YOU HAVE SOME SLIDES THAT WE PROVIDED TO

6   YOU. AND ONE OF THEM, THE FIRST POINT WE'RE GOING TO MAKE IS

7   THAT THE SHERIFF'S DEPARTMENT IS UNDERFUNDED. WHEN YOU CLAIM

8   THAT WE ARE SOMEHOW OVERSPENDING ON A BUDGET, THAT FLIES IN

9   THE FACE OF THE  FACT THAT WE ARE UNDERFUNDED. AND WE'RE NOT

10  FUNDED AT AN APPROPRIATE LEVEL. OVER THE COURSE OF THE PAST

11  FIVE YEARS, THE DEPARTMENT'S BUDGET HAS BEEN SADDLED WITH

12  RISING COSTS THAT ARE BEYOND THE DEPARTMENT'S CONTROL. DUE TO

13  THE COUNTY POLICIES, SUCH RISING COSTS NOT FUNDED BY THE

14  COUNTY CUMULATIVELY TOTAL ROUGHLY 89 MILLION. THAT INCLUDES,

15  AS PREVIOUSLY MENTIONED, TRIAL COURT SECURITY FUNDING,

16  WORKERS' COMPENSATION, 33.4 MILLION RIGHT THERE. THE TRIAL

17  COURT FUNDING, THAT'S 76 MILLION. AND WORKERS' COMPENSATION,

18  THE NEW NUMBER OF INJURY CASES HAS DROPPED MASSIVELY. THAT IS

19  A CREDIT TO WHAT THE DEPARTMENT IS DOING TO CONTROL THAT. THE

20  DEPARTMENT CANNOT CONTROL THE ASSOCIATED RISING HEALTH COSTS.

21  PRIOR LAW ENFORCEMENT IS AN OCCUPATION WHERE PEOPLE GET

22  INJURED MUCH HIGHER THAN THOSE WHO IS IT BEHIND A DESK FOR A

23  LIVING. RETIREMENT PAYOUTS, THAT AMOUNTS TO 28.8 MILLION, AN

24  UNANTICIPATED VERY HIGH NUMBER WHERE RETIREE PAYOUTS DUE TO

25  SPIKED VACATION TIME PAYOUTS FOR A LARGE CLUSTER OF RETIREES



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    ACQUIRED THE 1984 LOS ANGELES OLYMPIC BUILDUP. THAT IS A GROUP

2    CLUSTERED BETWEEN THAT AND THE HIRING DRIVE FROM 1987 TO 1992,

3    THAT IS A GROUP THAT IS NOW RETIRING EN MASSE. THAT IS THE

4    LAST OF THE BABY BOOMER GENERATION. A FAIRLY RECENT EXCESSIVE

5    TURNOVER IN RETIREMENTS HIGH RANKING EXECUTIVE LEVELS DUE TO

6    MULTIPLE CHANGES IN DEPARTMENT LEADERSHIP IN RECENT YEARS.

7    THEN RETIREE HEALTHCARE COSTS $16.2 MILLION. THE DEPARTMENT

8    CANNOT CONTROL THE RISING HEALTH COSTS ASSOCIATED WITH PERSONS

9    NO LONGER EMPLOYED BY THE DEPARTMENT. COURT LIABILITY

10   JUDGMENTS, THAT'S 10.8 MILLION. COURT LIABILITY SETTLEMENTS

11   WHICH CAN INVOLVE CASES DATING BACK 20 YEARS FOR WHICH THE

12   DEPARTMENT HAS NO CONTINGENCY PLAN. FEDERAL LAWSUIT

13   COMPLAINTS, NOW TO COMPLY WITH THE DEPARTMENT OF JUSTICE IN

14   COURT SETTLEMENT AGREEMENTS, BEAR IN MIND, WE HAVE THREE

15   SETTLEMENTS. WE HAVE THE JOHNSONS THAT INVOLVES A.D.A. ISSUES.

16   WE HAD THE ROSAS SETTLEMENT REGARDING USE OF FORCE. AND YOU

17   HAVE THE DEPARTMENT OF JUSTICE LAWSUIT REGARDING MENTAL

18   HEALTH. THE DEPARTMENT WAS COMPELLED TO PROVIDE ADDITIONAL

19   OVERSIGHT WITHIN ITS DETENTION FACILITIES TO FOSTER A SAFER

20   ENVIRONMENT FOR THE DETAINEES AS WELL AS THE DEPARTMENT'S

21   PERSONNEL. THESE MANDATED COSTS NOT YET FUNDED BY THE COUNTY

22   AMOUNTS TO APPROXIMATELY 50 MILLION TO FUND ADDITIONAL

23   STAFFING NEEDS. THIS IS MONEY WELL SPENT AS EVIDENCED BY

24   STATISTICS SHOWING MARKED DECLINES IN INMATE ON INMATE

25   ASSAULTS, INMATE ON STAFF ASSAULT, DEPUTY USE OF FORCE, AND

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   ALSO IMPROVED QUALITY OF CARE WITHIN THE CONFINES OF THE JAIL

2   SYSTEM. I SHOULD BRING TO YOUR ATTENTION PENAL CODE SECTION

3   4000 AND 4015, EXPENSES OF JAILS. THE EXPENSE TO MAINTAIN THE

4   COUNTY JAIL AND SUPPORTING THE PRISONERS IS A COUNTY CHARGE.

5   AND I CANNOT EMPHASIZE THAT ENOUGH. IT'S NOT A PARCEL COUNTY

6   CHARGE, AND GOOD LUCK TO THE SHERIFF'S DEPARTMENT TO COVER THE

7   REST. THAT IS AN APPROPRIATE COUNTY CHARGE, 100 PERCENT OF IT.

8   NOW, WE HAVE OTHER FACTORS THAT NEED FURTHER EXAMINATION AND

9   THAT'S THE MAINTENANCE AND COSTS OF WORKING IN AGING

10  FACILITIES, UNSCHEDULED OVERTIME. WE HAD FOUR MAJOR EVENTS

11  THAT ARE DRIVING THAT. WE HAD THE TICK FIRE, THE KOBE BRYANT,

12  THE HELICOPTER CRASH, THE SAUGUS HIGH SCHOOL SHOOTING, AND NOW

13  THE COVID-19 PANDEMIC. YOU KNOW, FROM ALLOWANCE, HEALTH

14  BENEFITS, THESE ARE ALL THE ISSUES THAT ARE DRIVING THE BUDGET

15  OR THE ALLEGED DEFICIT. NOW, YOU HAVE ANOTHER SLIDE, AN

16  ADDITIONAL SLIDE THAT'S A STAND-ALONE SLIDE, AND IT'S A BUDGET

17  COMPARISON FROM FISCAL YEAR '99/2000 TO THE 2019/2020. WE DID

18  FIVE-YEAR INCREMENTS. IF YOU LOOK AT THIS SLIDE, IT SHOWS WHAT

19  THE L.A. COUNTY BUDGET WAS OVERALL IN COMPARISON TO THE

20  SHERIFF'S DEPARTMENT BUDGET AS A PERCENTAGE. YOU CAN SEE THAT

21  THE SHERIFF'S DEPARTMENT PERCENTAGE OF THE BUDGET, THE COUNTY

22  BUDGET GREW A LOT FASTER THAN THE SHERIFF'S DEPARTMENT. WE'RE

23  ALMOST LINEAR IN GROWTH WHEREAS THE COUNTY BUDGET WAS

24  ACCELERATING QUITE NOTICEABLY. AND THE PERCENT OF CHANGE EVERY

25  FIVE YEARS WAS ROUGHLY AN AVERAGE OF 0.86 PERCENT. HOWEVER,

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   FROM FISCAL YEAR 2014/2015, FAST FORWARD FIVE YEARS TO THE

2   CURRENT FISCAL YEAR, IT DROPPED 1.41 PERCENT. SO YOU'VE

3   ACTUALLY DEFUNDED THE SHERIFF'S DEPARTMENT IN RELATIONSHIP TO

4   THE OVERALL COUNTY BUDGET. AND THE SAVINGS YOU'VE USED YOU'VE

5   USED TO EXPAND COUNTY GOVERNMENT IN OTHER AREAS, AND THAT'S AN

6   ARGUMENT FOR YOU AMONGST YOURSELVES TO DECIDE. HOWEVER, BY

7   DEFUNDING THE SHERIFF'S DEPARTMENT, YOU'VE EXACERBATED THE

8   ISSUE OF US BEING UNDERFUNDED IN ALL OF THESE MAJOR CATEGORIES

9   THAT IT'S THE STRUCTURAL DEFICIT. AND IT'S GOING TO OCCUR YEAR

10  AFTER YEAR. FOR THE NEXT YEAR 2020/'21, THE TRIAL COURT

11  FUNDING DEFICIT ALONE IS GOING TO BE $82 MILLION. THAT'S A

12  RATE SET BY THE STATE GOVERNMENT. WE DON'T CONTROL THAT. WE'RE

13  REQUIRED TO PROVIDE THE SERVICE. AND WE DO IT IN GOD FAITH.

14  HOWEVER, THE DIFFERENCE, I MEAN, THAT'S A BATTLE YOU NEED TO

15  TAKE WITH THE STATE LEGISLATURE IN TERMS OF REFUNDING OUR --

16  WHAT WE'RE PAYING INTO THE PROCESS. BUT YOU CAN'T ATTRIBUTE

17  THAT SOMEHOW TO SOME LACK OF EFFORT ON THE PART OF THE

18  SHERIFF'S DEPARTMENT FOR SOMETHING THAT WE'RE DEFICIENT IN IN

19  TERMS OF MAINTAINING OUR BUDGET TO THE APPROPRIATE LEVELS OR

20  RATIO OF REVENUES. NOW, GOING TO MOVING FORWARD TO THE

21  OVERTIME SAVINGS FROM ADDITIONAL -- CLASSES. AS WE MENTIONED

22  WE'RE LOSING ROUGHLY 400 SWORN PERSONNEL A YEAR. THE FOUR

23  CLASSES ALONE, IN FACT DOESN'T EVEN KEEP UP WITH ATTRITION. WE

24  ARE GOING TO HAVE A NET LOSS OF 155 SWORN PERSONNEL PER YEAR,

25  SO WE WILL BEGIN SHRINKING. WHEN WE SHRINKING OUR SWORN

# The Meeting Transcript

of the Meeting of the Los Angeles County Board of Supervisors



1  PERSONNEL, OUR OVERTIME COSTS WILL START ESCALATING AGAIN. AND

2  THERE'S A GRAPH ATTACHED TO IT WHERE YOU CAN SEE OUR SWORN

3  VACANCY STATS AND HOW THAT RELATES TO OVERTIME. THE OVERTIME

4  EXPENDITURE TREND IS VERY NOTICEABLE. THE MORE OUR VACANCIES

5  INCREASE, THE GREATER THE OVERTIME EXPENDITURES. IT'S COMMON

6  SENSE. EVERY ACADEMY CLASS IS ROUGHLY $10 MILLION IN OVERTIME

7  THAT IS NOT SPENT. THAT IS MONEY WELL SAVED. OUR INVESTMENT IN

8  ADDITIONAL RECRUIT TRAINING CLASSES HAS OTHER BENEFITS THAT

9  WILL BE REALIZED OVER TIME IN ADDITION TO JUST THE OVERTIME

10 SAVINGS. MORE DEPUTIES ARE AVAILABLE DURING EMERGENCIES. FOR

11 THIS CURRENT, THE PANDEMIC, AT ONE POINT IN TIME, WE HAD 679

12 SWORN STAFF MEMBERS QUARANTINED AS A RESULT OF THE PANDEMIC.

13 THAT'S AT ONE TIME. THAT'S A STAGGERING LOSS OF PERSONNEL FOR

14 A TWO-WEEK PERIOD, BUT WE WERE ABLE TO ABSORB IT BECAUSE OF

15 OUR LEVEL OF STAFFING. IMPROVE OPERATIONS WITH AN ASSIGNED

16 STAFF VERSUS OVERTIME STAFF. THAT'S LESS FATIGUED DEPUTIES,

17 LESS MISTAKES MADE OUT IN THE FIELD IN TERMS OF THE OPERATION

18 OF EMERGENCY VEHICLES, DECISION-MAKING ON USE OF FORCE, AND

19 SUPERVISION. SO THAT IS EXTREMELY IMPORTANT. AN IMPROVEMENT IN

20 OVERALL EMPLOYEE QUALITY OF LIFE. AND, REMEMBER, WE ARE HIRING

21 LOCALLY. SO ONE OF THE ISSUES ABOUT LACK OF JOBS LOCALLY,

22 WE'RE PROVIDING SOME RELIEF IN THAT RESPECT. NOW, SO HIRING

23 MORE DEPUTIES SAVES MONEY WHEN YOU CONSIDER LESS OVERTIME,

24 REDUCED FATIGUE, AND LESS LIABILITY. GIVEN THE COVID-19

25 PANDEMIC AND THE NUMBER OF AVAILABLE PERSONNEL, THE PREVIOUS

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

April 28, 2020



1    MODEL MAKEUP OF SWORN VACANCIES BY THE USE OF OVERTIME DOES

2    NOT WORK. OUR ACADEMY IS THE ONLY ACADEMY, US AND L.A.P.D. IS

3    UP AND RUNNING RIGHT NOW. ALL THE LOCAL ACADEMIES RUN BY

4    COMMUNITY COLLEGES ARE CURRENTLY INOPERABLE, WHICH MEANS OUR

5    LOCAL POLICE DEPARTMENTS ARE USING THE SHERIFF'S ACADEMY TO

6    SUSTAIN THEIR STAFFING, AS WELL. OUR SWORN STAFFING IN THE

7    UNINCORPORATED AREAS ARE SOME OF THE LOWEST IN THE COUNTRY,

8    MUCH LOWER THAN SURROUNDING CITIES. AND THE HIGH LEVEL OF

9    SWORN RETIREMENTS WILL CONTINUE BASED ON ACCELERATED HIRING

10   TRENDS BETWEEN 1987 AND 1992 AS I MENTIONED. NOW, IF WE

11   COMPARE THE BUDGET WITH OTHER ENTITIES, CALIFORNIA CITY SPENT

12   UP TO HALF OF THEIR BUDGET ON PUBLIC SAFETY. THIS IS TRUE FOR

13   MOST CITIES IN LOS ANGELES COUNTY. THE '19/'20 L.A. ADOPTED

14   BUDGET OF $33.89 BILLION, THE SHERIFF'S BUDGET WAS

15   APPROXIMATELY $3.4 BILLION WHICH IS 10.3 PERCENT. THIS DOES

16   NOT TAKE INTO ACCOUNT THAT $325 MILLION OF THE SHERIFF'S

17   BUDGET IS OFFSET BY REVENUE GENERATED FROM CONTRACT CITIES.

18   UNINCORPORATED PATROL SERVICES FOR THE SAME BUDGET PERIOD $298

19   MILLION. 0.9 PERCENT OF THE COUNTY'S ADOPTED BUDGET IS SPENT

20   ON SHERIFF'S PATROL IN THE UNINCORPORATED COMMUNITIES IN LOS

21   ANGELES COUNTY COMPARED TO MORE THAN 25 PERCENT OF THE BUDGET

22   MOST CONTRACT CITIES SPENT FOR THE VERY SAME PURPOSE. OKAY.

23   THEN THE '19/'20 L.A. COUNTY ADOPTED BUDGET POSITIONS IS

24   112,000, THE SHERIFF'S BUDGET POSITION WAS 18,000 OR

25   APPROXIMATELY 16 PERCENT. WE EMPLOY 16 PERCENT OF THE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   WORKFORCE BUT ONLY ARE ALLOCATED 10.3 PERCENT OF THE COUNTY'S

2   BUDGET. NOW, GOING TO THE OVERTIME EXPENDITURE, THE TRENDS,

3   YOU CAN SEE THE TREND IS IN A DOWNWARD, IT'S MOVING DOWNWARD.

4   AND THAT IS DUE TO A LOT OF THINGS. WHAT DRIVES AGAIN IS

5   VACANCIES AND EXTRAORDINARY EVENTS. THOSE ARE THE TWO MAIN

6   DRIVERS. FOR FISCAL YEAR '19/'20 WE ALREADY MENTIONED THE FOUR

7   BIG EVENTS THAT DROVE IT, THE SAUGUS SHOOTING, THE TICK FIRE,

8   THE HELICOPTER CRASH, AND THE COVID-19 PANDEMIC. IT IS

9   ANTICIPATED THAT L.A.S.D. WILL REDUCE OVERTIME EXPENDITURES BY

10  10.8% MILLION THIS FISCAL YEAR, AND THAT IS IN SPITE OF HAVING

11  THESE THINGS ON IT. THE DEPARTMENT HAS WISELY USE THIS

12  RESOURCE DURING THE RESPONSE TO THE COVID-19 PANDEMIC BY

13  PRIORITIZING PATROL AND CUSTODY OPERATIONS WHILE TAKING

14  PROTECTIVE MEASURES TO KEEP OUR EMPLOYEES SAFE. AGAIN,

15  WORKERS' COMPENSATION CLAIMS, IF YOU LOOK AT THE DEPUTY LEVEL,

16  THE MASSIVE DROP, WE'RE DOING SOMETHING RIGHT HERE. AND OF

17  COURSE THE HEALTH COSTS FOR THOSE THAT ARE CURRENTLY WORKERS'

18  COMPENSATION CLAIMS, THAT WE CAN'T CONTROL. THOSE ARE CLAIMS

19  THAT ARE ALREADY MADE. AND THOSE HEALTH COSTS ARE GOING TO

20  CONTINUE TO RISE. AND WE'RE STILL STUCK WITH THE BILL IN SPITE

21  OF IT. IN CLOSING, I WOULD LIKE TO REITERATE THAT THE

22  SHERIFF'S DEPARTMENT IS SEVERELY UNDERFUNDED AND HAS BEEN FOR

23  A LONG TIME. ADDITIONALLY, I BRING ATTENTION TO THE LACK OF

24  PRECEDENT THROUGHOUT THE HISTORY OF LOS ANGELES COUNTY IN

25  WHICH THE BOARD OR THE C.E.O. REMOVED A DEPARTMENT'S BUDGET

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   APPROPRIATION AND SET ASIDE IN A SEPARATE FUND. SIGNIFICANT

2   ORGANIZATIONAL CHANGES HAVE BEEN IMPLEMENTED SINCE I'VE TAKEN

3   OFFICE WHICH HAS SHOWN A REDUCTION IN OF IN CRIME, JAIL

4   VIOLENCE, EMPLOYEE VEHICLE CONDITION, WORKERS' COMPENSATION

5   CLAIMS, AND OVERTIME. SOLUTIONS TO SO MANY OF THE PROBLEMS OUR

6   DEPARTMENT HAS BEEN PLAGUED WITH OVER THE YEARS IS TO FULLY

7   STAFF THE ORGANIZATION. REDUCING ACADEMY CLASSES MAKES NO

8   SENSE AND IS THE WORST POSSIBLE DECISION WHICH CAN BE MADE IN

9   THIS REGARD. EVERY ACADEMY CLASS WHICH DOES NOT GRADUATE WILL

10  RESULT IN 10 MILLION MORE IN EXCESS OVERTIME. ALL THE POSITIVE

11  RESULTS I'VE JUST REFERRED TO WILL REVERSE COURSE. PROMOTIONAL

12  FREEZES, WHICH I UNDERSTAND WAS ADDED TO THIS LIST, WAS A

13  SURPRISE THAT WAS GIVEN US TODAY. NOW, LESS SERGEANTS, LESS

14  LIEUTENANTS MEANS THERE'S LESS SUPERVISION, AND OUR LINE OF

15  WORK IS PROBABLY THE HIGHEST RISK ACTIVITY THAT ANY COUNTY

16  EMPLOYEE CAN ENGAGE IN. ONE OF THE MAIN RESULTS OF THE

17  CITIZENS COMMISSION ON JAIL VIOLENCE RECOMMENDATIONS WAS TO

18  SUSTAIN AN APPROPRIATE LEVEL OF SWORN TO STAFF RATIO. WE ARE

19  AT THAT HIGHEST RATIO POSSIBLE, ALARMING IN MANY REGARDS. AND

20  BY NOT BEING ABLE TO PROMOTE DEPUTIES TO THE RANK OF SERGEANT,

21  SERGEANT TO THE RANK OF LIEUTENANT, THAT MEANS A LOT OF OUR

22  ACTIVITIES WILL GO WITHOUT THE APPROPRIATE LEVEL OF

23  SUPERVISION. THAT ITSELF WILL COST MONEY DOWN THE ROAD. AND

24  BASED ON YOUR FREEZING THAT, IT SOUNDS LIKE YOU'RE CLAIMING

25  THAT YOU WANT LESS SUPERVISION. RIGHT NOW, WE'RE SITTING ON



# The Meeting Transcript

of the Meeting of the Los Angeles County Board of Supervisors

1  356 SERGEANT VACANCIES, 34 LIEUTENANT VACANCIES. THESE ARE NOT

2  YOUR AVERAGE DESK JOBS. THESE ARE YOUR FIELD SUPERVISORS OUT

3  THERE IN PATROL. THESE ARE YOUR FLOOR SERGEANTS IN CUSTODY.

4  THESE ARE YOUR WATCH COMMANDERS. THESE ARE YOUR WATCH

5  SERGEANTS, THE ONES TASKED TO REVIEW ALL OF THE MATERIAL AND

6  ALL THE ACTIVITIES, MONITOR THE PURSUITS, THE PATROL

7  PERSONNEL. THESE ARE CORE FUNCTIONS OF THE DEPARTMENT. THEY

8  HAVE TO BE FILLED IN ORDER TO PROVIDE PUBLIC SAFETY. THEY'RE

9  REALLY NOT OPTIONAL ITEMS. SO I REALLY WANT YOU TO RETHINK

10 WHAT YOU JUST ADDED ON TODAY TO THIS MOTION. AND IN CLOSING,

11 YOU'VE BROUGHT UP FOR THE SECOND TIME NOW ABOUT THE

12 CONSEQUENCE OF BEING OUT OF BUDGET. YOU'RE BRINGING UP THIS

13 ISSUE ABOUT IT'S A MISDEMEANOR CRIME. I REMEMBER IN OCTOBER IT

14 WAS A BIG PLAY ABOUT IT WAS A MISDEMEANOR CRIME. THERE'S A LOT

15 OF CRIMES THAT ARE MISDEMEANORS, A LOT OF CRIMES THAT WERE

16 FELONIES. AND I COULD GO ON FOR A LONG, LONG TIME ABOUT THE

17 LONG LIST OF FELONY CRIMES AND THE CONSEQUENCES OF THEM. AND

18 THEY'RE DONE BY PUBLIC OFFICIALS. BUT IT WOULD BE

19 INAPPROPRIATE TO MAKE THAT INFERENCE IN ANY FORUM MUCH LESS IN

20 A BUDGETARY DEBATE. SO GOOD LUCK WITH THAT IF YOU'RE GOING TO

21 SCARE ME WITH THE CLAIM ABOUT A MISDEMEANOR CRIME. WE'RE DOING

22 OUR JOB IN VERY TRYING TIMES, AND WE NEED YOU TO WORK WITH ME.

23 SO ANY QUESTIONS, PLEASE.

24

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. BARGER, CHAIR:** NO, I DON'T SEE ANY QUESTIONS. I'M GOING

2  TO LET SACHI HAMAI SPEAK. AND THEN I WOULD JUST LIKE TO SAY I

3  DON'T KNOW IF THAT WAS A VEILED THREAT OR WHAT YOU WERE

4  REFERRING TO THAT YOU JUST MENTIONED, SHERIFF VILLANUEVA. NO

5  NEED TO RESPOND. I JUST WANTED TO LET FOR THE RECORD THAT I

6  DIDN'T APPRECIATE THAT COMMENT BECAUSE I REALLY DON'T KNOW

7  WHAT YOU'RE REFERRING TO. BUT, SACHI, WHY DON'T YOU GO AHEAD

8  AND TALK.

9

10  **C.E.O. HAMAI:** THANK YOU, MADAM CHAIR. SUPERVISORS. I'D JUST

11  LIKE TO MAKE A COUPLE POINTS. I APPRECIATE THE FACT THAT THE

12  SHERIFF IS CONCERNED ABOUT HIS DEPARTMENT AND CERTAINLY HAS

13  PRESSING ISSUES IN ORDER TO OPERATIONALLY MEET THE NEEDS OF

14  THE COMMUNITIES. I THINK THAT IT'S IMPORTANT THAT WE KIND OF

15  GO BACK IN TIME TO LAST YEAR. AND, AGAIN, I KNOW THE SHERIFF

16  WAS NEW TO HIS POSITION, BUT MY OFFER STANDS IN TERMS OF

17  TRYING TO MEET MORE REGULARLY WITH THE SHERIFF'S DEPARTMENT

18  AND REALLY HAVE THE SHERIFF HAVE A BETTER UNDERSTANDING ABOUT

19  THE BUDGET ITSELF AND HOW IT WORKS FOR THE COUNTY. I DO WANT

20  TO POINT OUT JUST A COUPLE THINGS THAT THE SHERIFF HAD

21  INDICATED AND JUST FOR THE RECORD MAKE SURE THAT EVERYBODY IS

22  AWARE. I THINK ONE OF THE POINTS WHEN HE BROUGHT UP THAT HE

23  INDICATED HE WAS UNDERFUNDED AND WAS A FEDERAL LAWSUIT

24  COMPLIANT. GOING BACK IN TIME, AND I KNOW THE SHERIFF WASN'T

25  HERE AT THAT TIME. AND THEN HE LATER CAME IN, BUT BASED ON THE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   SHERIFF'S CONCERN ABOUT THE OVERALL FREEZE. AND I THINK THAT,

2   YOU KNOW, I WANT TO MAKE SURE THAT IT IS CLEAR THAT WE WOULD

3   WORK WITH THE SHERIFF'S DEPARTMENT IN PARTICULAR GETTING AN

4   UNDERSTANDING OF THE OPERATIONAL NEEDS FOR PROMOTIONAL

5   REQUESTS. BUT I THINK THAT WE NEED TO ENSURE THAT WE ARE DOING

6   THIS VERY THOUGHTFULLY AS WE ARE GOING INTO A SEVERE DOWNTURN

7   WITH REVENUES AND IMPACTING OVERALL IMPACTS TO EVERY

8   DEPARTMENT IN THE COUNTY. SO WITH THAT, CHAIR BARGER, THANK

9   YOU FOR LETTING ME SPEAK.

10

11  **SUP. BARGER, CHAIR:** YES, SUPERVISOR HAHN, YOU WANTED TO SAY

12  SOMETHING.

13

14  **SUP. HAHN:** THANKS. I WAS ON THE QUEUE FOR A WHILE. BUT THANK

15  YOU. AND, YOU KNOW, I JUST WANT TO SAY THIS IS FRUSTRATING FOR

16  ME, I DO FEEL CONFLICTED AT SOME LEVEL. AND WE'VE BEEN WORKING

17  ON THIS FOR A LONG TIME. I KNOW THE SHERIFF'S DEPARTMENT HAS

18  BEEN MEETING EVERY WEEK WITH THE C.E.O. TO TRY TO FIGURE THIS

19  OUT. THANK YOU, SACHI, FOR CONTINUING TO TRY TO WORK ON THIS.

20  I KNOW I HAD REGULAR MEETINGS WITH THE SHERIFF WHEN WE WERE

21  STILL IN PERSON IN THE OFFICE DOWNTOWN TALKING ABOUT THIS. YOU

22  KNOW, I'M FRUSTRATED. AND I'LL JUST SAY TO THIS TO THE

23  SHERIFF. I'M FRUSTRATED, SHERIFF, THAT YOU HAVEN'T BEEN ABLE

24  TO FIGURE THIS OUT THAT YOUR BUDGET IS JUST NOT -- YOUR BUDGET

25  DEFICIT IS JUST NOT GOING TO BE SUSTAINABLE PARTICULARLY AS

# The Meeting Transcript

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  ALL WE'VE BEEN TALKING ABOUT TODAY IS THE BIG HIT THAT WE'RE

2  GOING TO TAKE AS A RESULT OF THE CORONAVIRUS. BUT I ALSO,

3  HAVING SAID THAT, I DO WANT TO SAY HOW IMPORTANT THE SHERIFF'S

4  DEPARTMENT IS TO US. AND I'VE SAID THIS BEFORE IN MY DISTRICT

5  PARTICULARLY, MY COMMUNITIES, MANY OF THEM ARE CONTRACT

6  CITIES. THEY LOVE THEIR SHERIFF. THEY LOVE THEIR SHERIFF'S

7  DEPUTIES. IT'S REALLY IMPORTANT TO THEM. AND I DO KNOW THAT WE

8  HAVE RELIED ON OUR DEPUTIES MORE AND MORE DURING THIS

9  CORONAVIRUS. AND I WORRY A LITTLE BIT SOMETIMES AS WE BEGIN TO

10 REOPEN, YOU KNOW, IS ENFORCEMENT GOING TO LAND TOTALLY IN THE

11 HEALTH DEPARTMENT, OR ARE WE GOING TO ASK THE SHERIFF TO ALSO

12 HELP US ENFORCE SOME OF THE REOPENING SCENARIOS THROUGH ALL

13 THE SECTORS IN THE COUNTY? SO THE SHERIFF'S DEPARTMENT'S IS AN

14 ESSENTIAL DEPARTMENT. AND I WILL SUPPORT, SUPERVISOR KUEHL,

15 YOUR IDEA OF RELEASING 83 MILLION BACK TO THE DEPARTMENT. I

16 THINK THAT'S RIGHT. I THINK THAT'S IMPORTANT. I WILL SAY I'M

17 LESS EXCITED ABOUT LIMITING THE CLASSES BECAUSE, YOU KNOW, ONE

18 OF THE THINGS WE'VE BEEN TALKING ABOUT FROM THE VERY BEGINNING

19 IS HOW DO WE HIRE MORE MEN AND WOMEN IN THE SHERIFF'S

20 DEPARTMENT. AND I KNOW REDUCING THE NUMBER OF CLASSES PER YEAR

21 IS GOING TO EFFECT HIRING. IT'S GOING REALLY SLOW IT DOWN. AND

22 I DO KNOW THERE'S A CORRELATION BETWEEN OVERTIME AND NOT

23 HAVING ENOUGH HIRES. SO I'M CONFLICTED WITH THAT. BUT I WILL

24 VOTE FOR THAT. BUT I WILL SAY ON THE AMENDMENT ON THE

25 PROMOTION FREEZE THAT CAME IN SO LATE, I HAVEN'T REALLY HAD AN

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  OPPORTUNITY TO COMPLETELY UNDERSTAND AND EVALUATE HOW THAT

2  WORKS IN THE SHERIFF'S DEPARTMENT. I KNOW PROMOTIONS COUNTY-

3  WIDE IN MY PERSONAL OPINION ARE DIFFERENT THAN IN THE

4  SHERIFF'S DEPARTMENT. AND SO I KNOW I'VE HEARD ALREADY FROM --

5  I'VE BEEN GETTING SOME TEXTS THAT THERE ARE THOSE OUT THERE

6  THAT HAVE BEEN ON A LIST, HAVE BEEN TOLD THAT THEY ARE GOING

7  TO BE PROMOTED, WHO HAVE WAITED FOR IT FOR A LONG TIME AND

8  PROBABLY DESERVE THE PROMOTION. THAT IF WE COULD -- AND I

9  KNOW, SACHI, YOU SAID YOU'RE GOING TO WORK WITH THE SHERIFF'S

10 DEPARTMENT IN A THOUGHTFUL WAY TO TALK ABOUT THAT, BUT THAT

11 DOESN'T FEEL LIKE A FREEZE TO ME. SO I'M EITHER NOT

12 COMFORTABLE WITH THE PROMOTION PIECE OF IT. AND IF WE COULD

13 BIFURCATE IT, I WOULD PROBABLY ABSTAIN ON THAT VOTE. OR IF WE

14 COULD WORK TO NOT IMPLEMENT THAT UNTIL, YOU KNOW, LATER IN

15 MAY. MAYBE THAT'S, SACHI, WHERE YOU COME IN AND AFTER HAVING

16 TALKED TO HIM ON HOW MANY PEOPLE HAVE BEEN WAITING FOR THIS,

17 HAVE BEEN TOLD THEY'RE GOING TO BE PROMOTED, MAYBE THAT'S

18 TOWARD THE END OF MAY THAT WE BEGIN IMPLEMENTING THIS

19 PROMOTIONAL FREEZE. THAT'S THE ONE I'M REALLY HAVING PROBLEMS

20 WITH. BUT OVERALL, SHERIFF, WE REALLY NEED YOU -- WE NEED YOU.

21 WE NEED YOUR DEPARTMENT. WE NEED YOUR DEPUTIES, BUT WE ALSO

22 REALLY NEED YOU TO WORK ON YOUR DEFICIT. WE'RE ALL STRUGGLING

23 WITH THAT. BUT THAT'S IMPORTANT TO ALL OF US. AND ULTIMATELY

24 IT'S IMPORTANT TO PUBLIC SAFETY THAT YOU REALLY WORK ON

25 BRINGING THAT IN LINE. BUT I EITHER ASK FOR THE PROMOTION

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    FREEZE AMENDMENT TO BE BIFURCATED, OR MAYBE WE COULD REWORK

2    THAT A LITTLE BIT SO THAT WE DON'T LEAVE SOME OF THOSE MEN AND

3    WOMEN STRUNG OUT A LITTLE BIT WHO HAVE REALLY WORKED FOR THAT

4    AS PART OF THEIR CAREER. THEY DESERVE IT, AND NOW WE'RE JUST

5    YANKING IT AWAY FROM THEM.

6

7    **SUP. BARGER, CHAIR:** THANK YOU. SUPERVISOR KUEHL?

8

9    **SUP. KUEHL:** THANK YOU, MADAM CHAIR. I WAS LISTENING TO THE

10   SHERIFF. AND I HAVE TO CONFESS I FEEL A LITTLE BIT LIKE DR.

11   FAUCI. I WANT TO KIND OF COME UP BEHIND AND SAY NO. NO. NO.

12   AND THERE ARE A NUMBER OF THINGS I WOULD KIND OF LIKE TO

13   STRAIGHTEN OUT. I DO UNDERSTAND MY COLLEAGUE, SUPERVISOR

14   HAHN'S, VERY HONEST CONCERNS, BUT THERE ARE SEVERAL THINGS I

15   WANT TO SAY. FIRST OF ALL, THE SHERIFF HAS SUCH A SENSE OF

16   EXCEPTIONALISM ABOUT HIS DEPARTMENT THAT IT'S HONESTLY AN

17   INSULT TO THE FIRE DEPARTMENT, THE PROBATION DEPARTMENT, THE

18   CHILDREN'S SERVICES DEPARTMENT, ALL THE HEALTH DEPARTMENTS

19   BECAUSE THEY ALL NEED MORE MONEY. AND THEY HAVE BEEN ALWAYS

20   TELLING US WE NEED TO DO MORE, AND WE NEED MORE MONEY TO DO

21   MORE. AND AS WE'VE SEEN TODAY, THEY HAVE ALL STEPPED UP. THEY

22   HAVE ALL PRESENTED A BALANCED BUDGET. THEY ARE ALL WORKING

23   WITH US EXCEPT FOR THIS ONE DEPARTMENT. THERE'S NO REASON FOR

24   THE SHERIFF'S DEPARTMENT TO BE AN EXCEPTION NO MATTER WHAT THE

25   SHERIFF SAYS. IN TERMS OF THEIR PERCENTAGE OF COUNTY FUNDING,



# The Meeting Transcript

of the Meeting of the Los Angeles County Board of Supervisors

1   MORE THAN A QUARTER OF ALL THE COUNTY FUNDING, THE N.C.C., AS

2   WE CALL IT, GOES TO THE SHERIFF'S DEPARTMENT. AND SO IT'S NOT

3   10 PERCENT. AND WHEN YOU LOOK AT THE BUDGET, I THINK IT'S NOT

4   THAT DIFFICULT TO SEE. THIRDLY, THE POPULATION IN THE JAIL,

5   THANKS TO THE SHERIFF, AND I'M VERY GRATEFUL TO HIM FOR

6   WORKING WITH US ON TRYING TO MAKE THE VULNERABLE POPULATION IN

7   THE JAIL HAVE ANOTHER PLACE TO GO, THE POPULATION IS DOWN FROM

8   17,000 TO LESS THAN 12,000. BUT THERE'S BEEN NO DIMINUTION IN

9   STAFFING. FOURTHLY, I KNOW THE SHERIFF'S NOT AN ATTORNEY, BUT

10  HIS CITING OF THREE CASES ABOUT HOW -- WHAT THE COURTS HAVE

11  SAID ABOUT WHO DECIDES HOW THE MONEY IS SPENT IGNORES THE FACT

12  THAT EVERY ONE OF THOSE CASES SAID THAT THE SUPERVISORS HAVE

13  THE RIGHT TO SET THE AMOUNT. ONE OF THE CASES WAS ABOUT A

14  BOARD OF SUPERVISORS SAYING "HERE'S WHAT YOU CAN HAVE TO SPEND

15  ON YOUR CUSTODY EXPENDITURES AND HOW MANY DEPUTIES YOU HAVE IS

16  UP TO YOU". WE ARE NOT TELLING HIM HOW TO SPEND THIS $83

17  MILLION. WE ARE TELLING HIM THAT A RESPONSIBLE APPROACH TODAY

18  IS TO RELEASE $83 MILLION TO HIM, INCLUDING ALMOST $8 MILLION

19  FOR COVID-19 EXPENSES. SO, THOSE CASES ACTUALLY INDICATE HOW

20  OUR RESPONSIBILITIES ARE DIVIDED; THAT IS, THE SUPERVISORS ARE

21  SUPPOSED TO TRY TO KEEP BUDGETS IN BALANCE AS A RESPONSIBILITY

22  TO THE TAXPAYERS. AND THE SHERIFF CAN THEN DECIDE HOW TO SPEND

23  THAT MONEY. FIFTHLY, ABOUT THE TRAINING CLASSES, WE'RE NOT

24  REDUCING ANYTHING. THE BUDGETED NUMBER OF CLASSES HAS ALWAYS

25  BEEN FOUR, PERIOD. FOUR. AND THAT IS WHAT WE'RE SAYING IN THE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   RELEASE OF THE $83 MILLION. THE SHERIFF DECIDED IN THE PAST TO

2   SPEND MONEY ON THAT FOR ADDITIONAL CLASSES, INSTEAD. AND HE'S

3   MAINTAINED THAT IT MAKES OVERTIME GO DOWN. BUT IF YOU LOOK AT

4   THE TREND IN OVERTIME FOR THE DEPARTMENT, IT HASN'T GONE DOWN.

5   SO HOW HAVE THESE EXTRA CLASSES REALLY HELPED? THEY HAVEN'T.

6   NOT ONLY THAT, BUT THE PERSONNEL THAT ARE ASSIGNED TO THESE

7   TRAINING CLASSES TAKE THEM OFF OF THEIR REGULAR DUTY AND

8   ACTUALLY HAVE LED TO MORE OVERTIME BECAUSE THEY'RE ASSIGNED TO

9   THE TRAINING CLASSES. SO THE MAIN THING, WE'RE NOT REDUCING

10  THE BUDGETED NUMBER OF TRAINING CLASSES. SIXTH, THE SUDDEN

11  AMENDMENT ABOUT PROMOTIONS, WHICH SUPERVISOR HAHN AND THE

12  SHERIFF BOTH REFERRED TO, I WANT TO SAY IT SEEMS TO HAVE COME

13  IN LATE BECAUSE WE JUST HEARD ABOUT HIM, AFTER YEARS OF NOT

14  FILING FOR THESE EXTREMELY NECESSARY PROMOTIONS AS HE PUT IT,

15  SUDDENLY IN ONE WEEK HE PUTS THROUGH 44 JUST AT THE TIME WHEN

16  WE'RE CONSIDERING THIS BUDGET ITEM. SO I DON'T THINK IT'S A

17  SUDDEN AMENDMENT. I THINK IT WAS A SUDDEN SPATE OF EMOTIONS --

18  OF PROMOTIONS. AND, FINALLY, I DON'T KNOW WHERE THE SHERIFF

19  THINKS THIS $89 MILLION OF HIS DEFICIT IS COMING FROM. DOES HE

20  THINK THAT IT COMES OUT OF THE BLUE? NO. IT COMES OUT OF OTHER

21  DEPARTMENTS. SO WE'RE KNOCKING DOWN EVEN MORE BECAUSE WE HAVE

22  TO PAY OFF THIS DEFICIT. IT'S DONE. THE OVERTIME WAS PAID. AND

23  THE EXPENDITURES HAVE BEEN PAID. AND IT'S LIKE SOMEBODY THAT

24  SHARES YOUR CHECKING ACCOUNT AND JUST WRITES CHECKS AND SAYS,

25  "WELL, WHY DON'T YOU PUT IN THE REVENUE BECAUSE I'M WRITING

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THE CHECKS?" THIS IS NOT A WAY TO RUN ANY DEPARTMENT. ALL WE

2   ARE DOING IN RELEASING THIS $83 MILLION IS SAYING THIS IS A

3   LOT OF MONEY, SHERIFF. WE AGREE THAT NEED MORE MONEY. HERE IT

4   IS. SPEND IT AS A SHERIFF SHOULD. AND I ALSO, MADAM CHAIR, IN

5   MY MOTION, I AM WILLING TO MAKE THE AMENDMENT CONCERNING A

6   PROMOTION FREEZE, WHICH EVERY OTHER DEPARTMENT HAS AT THE

7   MOMENT ALREADY INTO A SEPARATE MOTION IN ORDER THAT SUPERVISOR

8   HAHN, IF SHE WISHES TO ABSTAIN FROM THAT, COULD. SO I WOULD

9   SAY THAT THE MOTION WOULD BE THE ORIGINAL MOTION THAT

10  SUPERVISOR SOLIS AND I PUT IN. WITH A SEPARATE VOTE ON THE

11  MOTION THAT WAS GOING TO BE AN AMENDMENT, BUT I'LL NOW MAKE IT

12  A SEPARATE MOTION ON THE PROMOTIONAL FREEZE, AND, THIRDLY, TO

13  REFER THE SHERIFF'S LETTER REQUESTING ALL OF THE MONEY BE

14  RELEASED TO HIM, ITEM 33, REFER THAT BACK TO THE DEPARTMENT.

15  SO THOSE ARE THE THREE ACTIONS THAT I RECOMMEND WE TAKE. THANK

16  YOU.

17

18  **SUP. BARGER, CHAIR:** OKAY. SEEING THAT NO OTHER COMMENTS BY MY

19  COLLEAGUES, WE'VE GOT SOME INDIVIDUALS THAT SUBMITTED FOR THE

20  RECORD. CAN YOU READ THE NAMES OF THOSE WHO SUBMITTED ON THIS

21  ITEM?

22

23  **CELIA ZAVALA, E.O.:** CHRIS BOWERS AND ERIC PREVEN SUBMITTED

24  COMMENTS ON OTHER ON ITEM 9.

25

EXHIBIT 45



# The Meeting Transcript of The Los Angeles County Board of Supervisors



## Adobe Acrobat Reader

### Finding Words

You can use the Find command to find a complete word or part of a word in the current PDF document.  Acrobat Reader looks for the word by reading every word on every page in the file, including text in form fields.

### To find a word using the Find command:

1. Click the Find button **(Binoculars)**, or choose Edit > Find.
2. Enter the text to find in the text box.
3. Select search options if necessary:
   Match Whole Word Only finds only occurrences of the complete word you enter in the box.  For example, if you search for the word *stick*, the words *tick* and *sticky* will not be highlighted.

   Match Case finds only words that contain exactly the same capitalization you enter in the box.

   Find Backwards starts the search from the current page and goes backwards through the document.
4. Click Find.  Acrobat Reader finds the next occurrence of the word.

### To find the next occurrence of the word, Do one of the following:

   Choose Edit > Find Again
   Reopen the find dialog box, and click Find Again.
   (The word must already be in the Find text box.)

## Copying and pasting text and graphics to another application

You can select text or a graphic in a PDF document, copy it to the Clipboard, and paste it into another application such as a word processor.  You can also paste text into a PDF document note or into a bookmark.  Once the selected text or graphic is on the Clipboard, you can switch to another application and paste it into another document.

**Note:  *If a font copied from a PDF document is not available on the system displaying the copied text, the font cannot be preserved.  A default font  is substituted.***



**To select and copy it to the clipboard:**

1.   Select the text tool T, and do one of the following:
 To select a line of text, select the first letter of the sentence or phrase and drag to
 the last letter.

To select multiple columns of text (horizontally), hold down Ctrl+Alt (Windows) or Option (Mac OS) as you drag across the width of the document.

To select a column of text (vertically), Hold down Ctrl+Alt (Windows) or Option+Command (Mac OS) as you drag the length of the document.

To  select all the text on the page, choose Edit > Select All.  In single page mode, all the text on the current page is selected.  In Continuous or Continuous – facing mode, most of the text in the document is selected.  When you release the mouse button, the selected text is highlighted.  To deselect the text and start over, click anywhere outside the selected text. The Select All command will not select all the text in the document.  A workaround for this (Windows) is to use the Edit > Copy command.  Choose Edit > Copy to copy the selected text to the clipboard.

2.   To view the text, choose Window > Show Clipboard

In Windows 95, the Clipboard Viewer is not installed by default and you cannot use the Show Clipboard command until it is installed.  To install the Clipboard Viewer, Choose Start > Settings > Control Panel > Add/Remove Programs, and then click the Windows Setup tab.  Double-click Accessories, check Clipboard Viewer, and click OK.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1        THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

2              2020-21 RECOMMENDED BUDGET

3              MONDAY, JUNE 29, 2020, 9:30 AM

4

5

6   **SUP. BARGER, CHAIR:** GOOD MORNING, EVERYONE. WELCOME TO THE LOS

7   ANGELES COUNTY BOARD OF SUPERVISORS SPECIAL MEETING FOR THE

8   FISCAL YEAR '20/'21 BUDGET DELIBERATIONS. TODAY IS MONDAY JUNE

9   29TH, 2020. OUR MEETING TODAY IS BEING HELD REMOTELY DUE TO

10  THE CURRENT PUBLIC HEALTH CRISIS TO PROTECT THE HEALTH OF ALL.

11  I WILL NOW TAKE ROLL CALL TO CONFIRM ATTENDANCE. PLEASE UNMUTE

12  YOUR MIC AND RESPOND WHEN YOUR NAME IS CALLED. SUPERVISOR

13  SOLIS? SUPERVISOR SOLIS? SUPERVISOR RIDLEY-THOMAS?

14

15  **SUP. RIDLEY-THOMAS:** HERE

16

17  **SUP. BARGER, CHAIR:** SUPERVISOR KUEHL?

18

19  **SUP. KUEHL:** HERE.

20

21  **SUP. BARGER, CHAIR:** SUPERVISOR HAHN?

22

23  **SUP. HAHN:** HERE.

24

25  **SUP. BARGER, CHAIR:** SACHI HAMAI, CHIEF EXECUTIVE OFFICER?

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2   **ATTORNEY:** SUPERVISOR, SACHI WENT AWAY. SHE'S NOT IN THE ROOM

3   CURRENTLY. MARY WICKHAM.

4

5   **SUP. SOLIS:** KATHRYN, SOLIS IS HERE.

6

7   **SUP. BARGER, CHAIR:** OKAY, THANK YOU, SUPERVISOR SOLIS. MARY

8   WICKHAM, COUNTY COUNSEL?

9

10   **ATTORNEY:** PRESENT.

11

12   **SUP. BARGER, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER OF THE

13   BOARD?

14

15   **CELIA ZAVALA, E.O.:** HERE.

16

17   **SUP. BARGER, CHAIR:** AS INDICATED ON THE POSTED AGENDA, WE WILL

18   BEING TAKING TELEPHONIC COMMENTS DURING TODAY'S MEETING. ALSO,

19   THE EXECUTIVE OFFICE OF  THE BOARD OF SUPERVISORS RECEIVED

20   OVER 3,700 WRITTEN PUBLIC COMMENTS FOR TODAY'S MEETING, AND

21   ALL OF THEM ARE AVAILABLE TO THE SUPERVISORS FOR THEIR

22   CONSIDERATION. CONSISTENT WITH BROWN ACT REQUIREMENTS, WE WILL

23   CONTINUE TO RECEIVE WRITTEN PUBLIC COMMENTS THROUGHOUT THE

24   MEETING. DUE TO THE NUMBER OF WRITTEN PUBLIC COMMENTS

25   RECEIVED, WE WILL NOT BE READING THE NAMES. HOWEVER, THESE

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    THE VOTE ON THIS BUDGET, AND I REALLY WOULD ASK THAT YOU

2    APPROACH THIS BUDGET DIFFERENTLY THAN YOU EVER HAVE BEFORE,

3    AND I KNOW WE CALL THIS THE FINAL BUDGET, BUT AS YOU'VE TOLD

4    US SACHI, WE ACTUALLY HAVE THREE BITES AT THE APPLE, AND THIS

5    IS OUR SECOND BITE. NEXT WE HAVE THE SUPPLEMENTAL BUDGET THAT

6    I HOPE I CAN VOTE YES ON. AND I URGE YOU, SACHI, TO WORK WITH

7    EACH OF US, WITH ALL THE STAKEHOLDERS, TO REWORK THIS BUDGET

8    SO IT MEETS THE CHALLENGES OF THIS EXTRAORDINARY TIMES. THANK

9    YOU, I YIELD BACK.

10

11   **SUP. BARGER, CHAIR:** THANK YOU FOR YIELDING BACK US TO,

12   SUPERVISOR HAHN. WITH THAT, SHERIFF VILLANUEVA HAS REQUESTED

13   TO SPEAK. SO, WHY DON'T WE GO AHEAD AND INVITE SHERIFF

14   VILLANUEVA TO COMMENT.

15

16   **SHERIFF ALEX VILLANUEVA:** YES, GOOD MORNING, EVERYONE, AND

17   THANK YOU FOR THE OPPORTUNITY. I HEARD FROM THE PUBLIC

18   COMMENTS, AND I HEARD FROM, I THINK EACH OF YOU, AND THE

19   BUDGET FOR THE SHERIFF'S DEPARTMENT REPRESENTS A VERY CRITICAL

20   DEFUNDING OF LAW ENFORCEMENT ACTIVITIES THROUGHOUT THE COUNTY

21   AND IN THE MAJOR AREAS, AND WHAT I DIDN'T HEAR FROM ANYBODY,

22   EITHER FROM THE SUPERVISORS OR PUBLIC COMMENTS, WAS ANY WORD

23   ON BEHALF OF VICTIMS OF CRIME. IT WOULD SEEM LIKE THEY'VE JUST

24   BEEN ELIMINATED FROM THE FACE OF THE PLANET. AND VICTIMS OF

25   CRIME ARE THE MOST VULNERABLE IN OUR SOCIETY. THEY ARE THE



**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

```
1    ONES THAT BEAR THE BRUNT OF CRIME THAT'S INFLICTED UPON THEM.

2    THEY BEAR THE FINANCIAL PRICE, THE EMOTIONAL TOLL. AND THEY

3    HAVE TO ADDRESS THE LOSS. IMAGINE A BREADWINNER WHOSE SOLE

4    MEANS OF TRANSPORTATION IS IT STOLEN. IT'S GRAND THEFT AUTO.

5    AND THERE'S NO CONSEQUENCES FOR THAT CRIME RIGHT NOW. AND THAT

6    HAS A HUGE IMPACT TO THAT PERSON BEING ABLE TO BRING FOOD TO

7    THE TABLE. AND VICTIMS OF DOMESTIC VIOLENCE, VICTIMS OF SEXUAL

8    ASSAULT, FAMILY MEMBERS WHO LOST A LOVED ONE DUE TO MURDER,

9    THESE ARE THE MOST VULNERABLE MEMBERS OF SOCIETY. AND I WILL

10   ARGUE, AND I DON'T DISAGREE THAT WE HAVE PEOPLE IN OUR CARE

11   AND CONTROL AND OUR CUSTODY AND ENVIRONMENT THAT SUFFER FROM

12   MENTAL ILLNESS, SUFFER FROM DRUG ABUSE, SUBSTANCE ABUSE, AND

13   DEFINITELY WE WANT TO DO OUR BEST TO REACH OUT AND SUPPORT

14   THEM WHERE WE CAN. HOWEVER WE CAN'T ERASE ACCOUNTABILITY FROM

15   THE EQUATION THAT IS SORELY LACKING. PERSONAL ACCOUNTABILITY

16   HAS A HUGE ROLE TO PLAY, AND THE ALTERNATIVES TO

17   INCARCERATION, THE CARE FIRST/JAIL LAST MODEL, IT JUST

18   DIVORCES ITSELF FROM THE NOTION OF PERSONAL ACCOUNTABILITY.

19   AND I HAVE OVER 1200 INMATES IN THE COUNTY JAIL AWAITING TRIAL

20   FOR MURDER. THEY ARE NOT GOING ANYWHERE. THEY ARE NOT GOING TO

21   BE DIVERTED. THEY REPRESENT A SERIOUS PHYSICAL THREAT TO THE

22   COMMUNITY. AND HOWEVER, AMONG THAT CROWD, THEY STILL NEED

23   TREATMENT, PARTICULARLY THOSE THAT SUFFER FROM MENTAL

24   DISORDERS. WE HAVE TO CARE FOR THEM BECAUSE THEY ARE IN OUR

25   CARE AND CONTROL. THAT'S MY RESPONSIBILITY. IN THIS BUDGET
```

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
1   THAT'S BEING PROPOSED, I'M LOSING ABILITY TO PROVIDE THE
2   PROGRAMMING NECESSARY TO CARE FOR THE INMATE POPULATION IN OUR
3   CONTROL. I'M ALSO LOSING THE ABILITY TO PROVIDE THE
4   INVESTIGATIVE SERVICES TO ACCOUNT FOR ALL OF THE CRIMES
5   COMMITTED THAT ARE NOT HOMICIDE. I MEAN A PROPOSAL TO
6   ELIMINATE SPECIAL VICTIMS BUREAU,  MAJOR CRIMES BUREAU,
7   NARCOTICS BUREAU, SAFE STREETS BUREAU, THAT'S -- I DON'T EVEN
8   KNOW WHERE TO BEGIN WITH THAT, FORGERY AND CYBER CRIMES, THEY
9   IMPACT THE LIVES OF A LOT  VICTIMS OF CRIME IN A VERY
10  POSITIVE WAY. AND JUST AXING THEM FROM THE BUDGET FOR SOMEHOW
11  TO BALANCE THE BOOKS OF THE ENTIRE COUNTY BUDGET DOES NOT SEEM
12  A VERY JUDICIAL EXERCISE IN SPREADING THE -- OR DISTRIBUTING
13  THE RESOURCES OF THE COUNTY GOVERNMENT. ELIMINATING PARKS
14  BUREAU, I THINK SUPERVISOR SO SOLIS, YOU SPOKE ABOUT THE
15  NECESSITY OF SUPPORTING THE PARKS PROGRAM, BUT IF YOU
16  ELIMINATE THE PARKS BUREAU, YOU REALIZE YOU'RE WITHDRAWING ALL
17  OF THE SECURITY AND SAFETY PROVIDED BY LAW ENFORCEMENT IN
18  THOSE VERY PARKS, WHICH MEANS NOT A LOT OF PEOPLE ARE GOING TO
19  BE WILLING TO GO OUT AND ENJOY THOSE PARKS IF THERE'S
20  PERCEPTION THAT IT'S NOT A SAFE THING TO DO. THE SAME THING
21  GOES FOR MASS TRANSIT. I KNOW MOST OF YOU SIT ON THE BOARD OF
22  THE N.T.A. RIDERSHIP IN THE N.T.A. IS DIRECTLY RELATED TO THE
23  PERCEPTIONS OF SECURITY. AND THERE'S NO ALTERNATIVE. THERE'S
24  NO WAY AROUND THAT. THAT'S ALWAYS BEEN, BUT WITH DEFUNDING LAW
25  ENFORCEMENT, CRIME WILL PREDICTABLY INCREASE. THE TIMES WE'VE
```



1    ENJOYED WHERE CRIME HAS STEADILY DECREASED IS  GOING TO COME

2    TO AN END. NOW WE ARE GOING TO START SWINGING THE TIDE IN THE

3    OTHER DIRECTION WHERE IT'S IS GOING TO UPWARDS. NEW YORK CITY

4    IS EXHIBITING THAT. CHICAGO IS EXHIBITING THAT, AND WE ARE NOT

5    EXEMPT TO THE LAWS OF GRAVITY. AND THIS IS A VERY -- THIS

6    BUDGET, THE BULK OF THE BUDGET, THE BULK OF THE VACANCIES, THE

7    BULK OF LAYOFFS ARE ALL CENTERED ON THE SHERIFF'S DEPARTMENT.

8    YOU HAVE THE ABILITY AND YOU HAVE THE FLEXIBILITY TO SPREAD

9    THE HIT TO THE COUNTY BUDGET ACROSS ALL OF THE DEPARTMENTS

10   EQUITABLY AND USING OTHER FUNDING SOURCES, BUT HIDING BEHIND A

11   FIG LEAF OF PROP 172 AND THE SALES TAX, AND OH, GOSH, DARN IT

12   FALLS MOSTLY ON PUBLIC SAFETY, THAT IS NOT RESPONSIBLE BECAUSE

13   PEOPLE GOING TO GET HURT WITH THIS BUDGET, PLAIN AND SIMPLE.

14   AND I NOTICE A LOT OF CONCERN ABOUT THE CONDITIONS IN THE

15   JAIL, BUT I SHOULD REMIND YOU THAT WITH ROUGHLY 95,000 CASES

16   OF COVID 19 AND 2300 DEATHS, I DID THE MATH. IF THE RATE OF

17   INFECTION AND DEATH IN OUR JAIL SYSTEM WAS THE SAME AS IN THE

18   GENERAL PUBLIC, YOU WOULD HAVE 409 DEATHS OF INMATES IN OUR

19   JAIL SYSTEM. WE'VE ONLY HAD TWO. SO WE ARE DOING SOMETHING

20   RIGHT IN THE JAIL SYSTEM. WE DEFINITELY -- I SUPPORT A LOT OF

21   THE IDEAS OF ALTERNATIVES TO INCARCERATION, BUT IN PRINCIPLE,

22   YOU HAVE TO BUILD IT FIRST. YOU HAVE TO MAKE IT WORK BEFORE

23   YOU WITHDRAW FUNDS FROM THE THING THAT ARE SUPPORTING PROGRAMS

24   THAT DO WORK THAT DO KEEP THE COMMUNITIES SAFE. AND GOING BACK

25   TO OUR VICTIMS ARE CRIME, THEY ARE PREDOMINANTLY PEOPLE COLOR.

# THE MEETING TRANSCRIPT
of the Meeting of the Los Angeles County Board of Supervisors



1    THEY ARE THE ONES THAT PAY THE PRICE TO RISING CRIME RATES,

2    AND I JUST DON'T HEAR A WORD ABOUT THEM AT ALL. THEY SOMEHOW

3    DISAPPEARED. SAME GOES FOR THE AVERAGE LAW ABIDING TAX PAYING

4    RESIDENT OR CITIZEN OF THIS COUNTY. THEY HAVE A STAKE IN THE

5    OUTCOME AS WELL NOT JUST JUSTICE INVOLVED COMMUNITY. EVERYBODY

6    ELSE, WHICH IS A FAR LARGER GROUP OF PEOPLE, THEY HAVE AS MUCH

7    AT STAKE IF NOT MORE IN THE OUTCOME OF HOW WE SHAPE PUBLIC

8    SAFETY IN THE FUTURE, AND THIS BUDGET DOES NOT DO THAT. THIS

9    BUDGET IS A SHOUT OUT AND A WINK AND A NOD TO DEFUND THE

10   POLICE MOVEMENT, AND YOU ARE HIDING BEHIND PROP 172 TO ACHIEVE

11   IT, BUT IT'S NOT GOING TO WORK, AND YOU'RE GOING TO HARM

12   PEOPLE ALONG THE WAY, AND I URGE YOU TO RETHINK YOUR APPROACH.

13   ANYWAY, THANK YOU, AND ANY QUESTIONS, I WILL BE MORE THAN

14   HAPPY TO ANSWER THEM.

15

16   **SUP. BARGER, CHAIR:** THANK YOU, SHERIFF VILLANUEVA. WITH THAT,

17   I'M GOING TO ASK SOME QUESTIONS, BUT FIRST, SUPERVISOR RIDLEY-

18   THOMAS, YOU WANTED TO SPEAK?

19

20   **SUP. RIDLEY-THOMAS:** THANK YOU, MADAM CHAIR, JUST A FEW

21   QUESTIONS IF I MAY. FIRST TO COUNTY COUNSEL, IN TERMS OF ROLE

22   OF THE C.E.O. AND HAVING AUTHORITY TO SET THE SHERIFF'S BUDGET

23   CAN YOU SPEAK TO THAT?

24

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **ATTORNEY:** YES, SUPERVISOR, THANK YOU. YES, THE LAW IS CLEAR.

2    UNDER CALIFORNIA LAW, THE BOARD HAS THE AUTHORITY TO SET THE

3    BUDGET FOR THE COUNTY AND ITS DEPARTMENTS INCLUDING THE

4    SHERIFF'S DEPARTMENT. THE BOARD DOES THIS THROUGH THE C.E.O.

5    THE BOARD AND C.E.O., NOT THE SHERIFF, CONTROL THE BUDGET.

6

7    **SUP. RIDLEY-THOMAS:** MADAM CHAIR, MAY I CONTINUE?

8

9    **SUP. BARGER, CHAIR:** SUPERVISOR RIDLEY-THOMAS,  I JUST HAD A

10   FEW QUESTIONS REGARDING THE SHERIFF THAT I WANTED, SACHI, AND

11   THEN I CAN INVITE YOU TO SPEAK AFTERWARDS. I THOUGHT YOU

12   WANTED TO ASK SHERIFF VILLANUEVA A QUESTION.

13

14   **SUP. RIDLEY-THOMAS:** NO, I WANT TO PROCEED WITH QUESTIONS FROM

15   TO OUR STAFF.

16

17   **SUP. BARGER, CHAIR:** THANK YOU. I HAVE SOME QUESTIONS FOR THE

18   C.E.O. BECAUSE ONE OF THE THINGS THAT THE SHERIFF DIDN'T

19   MENTION IS BODY CAMERAS, WHICH SEEMS TO BE A HOT TOPIC OVER

20   THE LAST WEEK. SACHI, CAN YOU PLEASE TELL US HOW MUCH MONEY

21   WAS SET ASIDE FOR BODY WORN CAMERAS AND HOW MUCH OF THAT

22   ALLOCATION HAS BEEN SPENT TO DATE?

23

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. BARGER, CHAIR:** THANK YOU, SACHI. IS THE DIRECTOR

2  AVAILABLE, SELWYN HOLLINS?

3

4  **SELWYN HOLLINS:** GOOD MORNING, SELWYN HOLLINS.

5

6  **SUP. BARGER, CHAIR:** GOOD MORNING. CAN YOU GIVE US UPDATE ON

7  THE BODY WORN CAMERA PROCUREMENT PROCESS?

8

9  **SELWYN HOLLINS:** YES, ON OCTOBER 31ST, 2019 AT THE REQUEST OF

10  THE SHERIFF'S DEPARTMENT, OUR DEPARTMENT RELEASED THE REQUEST

11  FOR PROPOSALS FOR BODY WORN CAMERAS AND DIGITAL EVIDENCE

12  MANAGEMENT SYSTEM. THE PROCESS HAS BEEN MOVING, PROGRESSING,

13  AS EXPECTED. SOLICITATIONS ARE COMPLETED. THE EVALUATIONS ARE

14  DONE, AND THE SHERIFF'S DEPARTMENT'S IN IS THE PROCESS OF

15  NEGOTIATING WITH THE TOP RANKED VENDOR TO ESTABLISH A CONTRACT

16  TO MOVE FORWARD

17

18  **SUP. BARGER, CHAIR:** WHO HAS BEEN INCLUDED IN THE TEAM OF

19  EVALUATORS?

20

21  **SELWYN HOLLINS:** THE EVALUATORS THE SUBJECT MATTER EXPERTS FROM

22  THE SHERIFF'S DEPARTMENT AND THE LOS ANGELES DISTRICT

23  ATTORNEY'S OFFICE.

24

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   BEING SAID, ONCE THAT NEGOTIATION PROCESS IS COMPLETED, THEN

2   IT'S JUST A MATTER OF PREPARING THE CONTRACTS AND GETTING THEM

3   SIGNED.

4

5   **SUP. BARGER, CHAIR:** THANK YOU, MR. HOLLINS. I WANT YOU TO STAY

6   ON IN CASE ANY OF ME COLLEAGUES HAVE ANY QUESTIONS FOR YOU,

7   BUT LET THE RECORD REFLECT THAT THE MONEY IS -- HAS BEEN SET

8   ASIDE IN A P.F.U. FOR BODY WORN CAMERAS, BUT THIS BOARD, AS A

9   WHOLE, HAS ALLOCATED. SO THE MONEY IS THERE. LET THE RECORD

10  REFLECT THAT. AND LET THE RECORD REFLECT, AS I'VE SAID, THE

11  SHERIFF HAS THE ABILITY TO OUTFIT EACH AND EVERY SHERIFF WITH

12  THE CAMERAS ONCE PROCUREMENT IS DONE IN MID JULY. SO, I JUST

13  WANT THE RECORD TO REFLECT THAT. WITH THAT, SUPERVISOR RIDLEY-

14  THOMAS?

15

16  **SACHI HAMAI, C.E.O.:** MADAM CHAIR, CAN I WEIGH IN ALSO TO MAKE

17  IT A LITTLE BIT MORE CLEAR, WHEN YOU SAID THE MONEY IS SET

18  ASIDE IN A P.F.U., I WANT TO MAKE SURE EVERYBODY UNDERSTANDS

19  THE SHERIFF HAS THE SPENDING AUTHORITY, AND SO ONCE HE ENTERS

20  INTO THE CONTRACT, THE MONEY IS THERE, BUT HE HAS THE ABILITY

21  TO JUST MOVE FORWARD, AND IT'S BASICALLY, LIKE THE MONEY WILL

22  BE DRAWN FROM THE P.F.U., BUT HE DOES HAVE THE SPENDING

23  AUTHORITY. SO AS SOON AS HE COMPLETES EVERYTHING, IT'S REALLY

24  UP TO HIM TO, YOU KNOW, REQUEST THE MONEY TO BE PAID.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   **SUP. BARGER, CHAIR:** THANK YOU. SUPERVISOR SOLIS AND THEN

2   SUPERVISOR HAHN.

3

4   **SUP. SOLIS:** YES, THANK YOU, MADAM CHAIR. AND THANK YOU, SACHI

5   HAMAI, FOR CLARIFYING THE VENDOR PROCESS AND HOW THE SHERIFF'S

6   OFFICE HAS INDEED BEEN WORKING WITH YOU. I WANT TO ECHO WHAT

7   SUPERVISOR RIDLEY-THOMAS SAID THAT SOME OF US HAVE BEEN

8   ENGAGED ON THE WHOLE ISSUE OF BODY WORN CAMERAS. I KNOW IN THE

9   YEAR I WAS FIRST ELECTED IN 2014, I CARRIED SEVERAL MOTIONS.

10  WE HAD SEVERAL DISCUSSIONS WITH THE PREVIOUS SHERIFF REGARDING

11  THE WHOLE ISSUE OF BODY WORN CAMERAS. IT WAS QUITE AN ITEM FOR

12  DISCUSSION AT THAT TIME. I THINK IN THE CITY OF LOS ANGELES,

13  AS WELL AS THE COUNTY. THE PROPOSAL THAT WAS PUT FORWARD AT

14  THAT TIME WAS MUCH MORE AMBITIOUS, I BELIEVE, AND COST A LOT

15  OF MONEY, AND I THINK THAT WAS SOMEWHAT PROHIBITIVE IN TERMS

16  OF WHAT WE WERE REALLY TRYING TO LOOK AT. I REALIZE THAT THE

17  PLAN THAT THIS NEW SHERIFF, VILLANUEVA, BROUGHT IN IS MUCH

18  DIFFERENT, BUT MY QUESTION IS, ARE WE LOOKING IN TERMS OF THIS

19  R.F.P. TO ACTUALLY PROVIDE CAMERAS FOR ALL OF OUR DEPUTIES. I

20  WANT CLARIFICATION. WHAT PORTION ARE WE FUNDING BECAUSE I

21  WOULD LIKE TO HAVE SOME CLARITY ON THAT? CAN SOMEONE ANSWER

22  THAT? I.S.D. PERHAPS?

23



**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   **SUP. BARGER, CHAIR:** I THINK IT'S I.S.D. I'M GLAD YOU'RE

2   GETTING CLARIFICATION BECAUSE I DID SAY ALL, AND I DON'T THINK

3   IT DOES.

4

5   **SACHI HAMAI, C.E.O.:** WELL, SELWYN CAN ANSWER, BUT I CAN ALSO

6   ANSWER, BUT, SELWYN, GO AHEAD.

7

8   **SELWYN HOLLINS:** I.S.D. -- I JUST WANT TO BE CLEAR, OUR ROLE

9   WAS REALLY JUST TO SUPPORT THE PROCUREMENT PROCESS. AS FAR AS

10  HOW THE FUNDING IS GOING TO DO GO, IT'S OUR UNDERSTANDING THE

11  R.F.P. WAS INCLUSIVE OF WHATEVER --

12

13  **SACHI HAMAI, C.E.O.:** THEN I'LL RESPOND. ABSOLUTELY. THE --

14  BASED ON THE CONSULTANT'S REPORT THAT CAME BACK, IT WAS THE

15  SECOND CONSULTANT REPORT, THE FUNDING THAT HAS BEEN SET ASIDE,

16  THE ALMOST 35 MILLION, COVERS ALL PATROL STATIONS.

17

18  **SUP. SOLIS:** OKAY. OKAY. THAT JUST -- AND I ASK THAT QUESTION

19  BECAUSE I UNDER THAT THE SHERIFF HAS A PROPOSAL TO ROLL OUT

20  THIS PLAN BEGINNING WITH WHAT I WANT TO SAY ARE FIVE, FIVE

21  INITIAL STATIONS THAT HE'S IDENTIFIED TO ALLOW FOR THE

22  DEPUTIES TO HAVE THE BODY WORN CAMERAS. ONE OF THE CONCERNS I

23  HAVE IS THAT, GIVEN ALL OF THE HISTORY WITH THE SHERIFF IN

24  PARTS OF THE UNINCORPORATED AREA, IS THAT I FOUND IN ASKING

25  QUESTIONS OF HIS STAFF THAT THEY WERE GOING TO NOT IDENTIFY

## THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
 1   ANY CAMERAS BEING PUT OUT IN THIS PILOT PROGRAM IN EAST LOS

 2   ANGELES, WHICH, TO ME, STRIKES AT THE VERY CORE OF WHY THIS

 3   PROGRAM IS NECESSARY. AND I DO NOT UNDERSTAND THAT, AND I

 4   WOULD URGE THE SHERIFF TO PLEASE RECONSIDER THAT BECAUSE,

 5   GIVEN WHAT WE HAVE JUST GONE THROUGH IN THE LAST THREE MONTHS,

 6   AND OF COURSE THE LAST SEVERAL YEARS, I THINK OUR COMMUNITY IS

 7   CRYING OUT, OBVIOUSLY, FOR TRANSPARENCY AND ACCOUNTABILITY.

 8   AND WE WILL WORK WITH YOU ON THAT BECAUSE THIS IS SOMETHING I

 9   CARE DEARLY ABOUT. ALSO, I KNOW THIS ISN'T A BUDGET ITEM BUT

10   THE FACT THAT WE DO NEED TO HAVE SOME ABILITY TO REVIEW THE

11   POLICY IN TERMS OF HOW INFORMATION IS STORED, HOW IT IS

12   VIEWED, WHO THOSE INDIVIDUALS ARE THAT MAKE DETERMINATIONS,

13   AND IF IT IS TRANSPARENT AND JUDICIAL IN NATURE. SO, I WOULD

14   WANT TO MAKE SURE THAT O.I.G. AND THE CIVILIAN OVERSIGHT

15   COMMISSION ALSO HAVE A ROLE AS WELL AS THE PUBLIC, AND THAT

16   THAT INFORMATION THE SHERIFF SHOULD PROVIDE TO ALL OF OUR

17   RESIDENTS IN HOW HE'S GOING TO PUT FORWARD THIS PILOT PROGRAM

18   THAT IS GOING TO BE LOOKING AT STARTING IN FIVE DIFFERENT

19   STATIONS. AND I UNDERSTAND ONLY ONE IN MY DISTRICT HAS BEEN

20   IDENTIFIED, AND I BELIEVE THAT'S THE CITY OF INDUSTRY. AND

21   THAT IS A SMALL STATION. THEY COVER SOME UNINCORPORATED AREAS,

22   BUT I WOULD SAY OF HIGHER IMPORTANCE, I THINK, IN TODAY'S

23   TIMES, IS EAST LOS ANGELES. SO, I WOULD JUST UNDERSCORE THAT,

24   MADAM CHAIR. AND THANK YOU FOR THE OPPORTUNITY TO MAKE MY

25   COMMENTS. THANK YOU.
```

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2  **SUP. BARGER, CHAIR:** SUPERVISOR HAHN.

3

4  **SUP. HAHN:** THANKS, MADAM CHAIR. I KNOW WE HAVE HAD A LOT OF

5  EXPLANATION, THANK GOODNESS, ON THE BODY WORN CAMERAS BECAUSE

6  THERE'S SO MUCH MISINFORMATION AND COMPLAINING OUT THERE.  BUT

7  LET ME JUST GET THIS STRAIGHT AGAIN, UNDER THIS SCENARIO,

8  SACHI, WHEN YOU SAID HE HAD THE SPENDING  AUTHORITY TO JUST

9  SPEND THAT P.F.U. MONEY ONCE THE VENDOR HAS BEEN CHOSEN AND

10  CONTRACTOR HAS BEEN NEGOTIATED, DOES THAT MEAN THAT WE HAVE

11  NOT COME BACK TO THE BOARD FOR ANOTHER VOTE FOR APPROVAL?

12

13  **SACHI HAMAI, C.E.O.:** THE ONLY THING SUPERVISOR, THAT WOULD

14  COME BACK, IS WE WOULD TRANSFER THE MONEY PROBABLY THROUGH A

15  MIDYEAR BUDGET ADJUSTMENT, BUT HE COULD GO AHEAD AND ENTER

16  INTO THE CONTRACT AND MOVE FORWARD. IT'S REALLY A MINISTERIAL

17  PROCESS. IT'S JUST TRANSFERRING THE FUNDS FROM P.F.U. INTO THE

18  CHECKING ACCOUNT, BASICALLY TO PROCESS -- TO PAY THE VENDOR.

19

20  **SUP. HAHN:** SO, WE ARE JUST WAITING FOR THAT VENDOR TO BE

21  CHOSEN AND THE CONTRACT TO BE NEGOTIATED, AND THEN, AS YOU

22  SAID, IT'S ADMINISTERIAL THAT WE TRANSFER THE MONEY, BUT WE

23  HAVE THE MONEY. IT'S BEEN APPROPRIATED. IT'S IN A FUND. IT'S

24  READY TO GO. SO, IN NO WAY ARE WE HOLDING THIS UP OR IN ANY

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  WAY BLOCKING THIS ABILITY FOR OUR SHERIFF TO IMPLEMENT A BODY

2  WORN CAMERA PROGRAM. IS THAT CORRECT?

3

4  **SACHI HAMAI, C.E.O.:** THAT'S CORRECT. AND THE MONEY HAS BEEN

5  SINCE JUNE OF 2019.

6

7  **SUP. HAHN:** THANK YOU. AND LET ME -- THE OTHER THING, AND I

8  KNOW I THINK MARK ASKED THE QUESTION ABOUT THE SPECIFIC

9  PROGRAMS THAT ARE GOING TO BE CUT IN THE SHERIFF'S DEPARTMENT

10  TO MEET THAT 8 PERCENT CURTAILMENT. I WAS GOING TO ASK THE

11  SAME THING, WHO CAME UP WITH THOSE SPECIFIC PROGRAMS, AND YOUR

12  ANSWER WAS ACTUALLY THE SHERIFF GAVE THAT TO YOU, AND YOU EVEN

13  MITIGATED A LITTLE BIT FURTHER BY REDUCING THE NUMBER OF

14  LAYOFFS. MY QUESTION IS DOES THE SHERIFF HAVE ANOTHER

15  OPPORTUNITY IF HE DISAGREES WITH THOSE PROGRAMS. DOES HE HAVE

16  ANOTHER OPPORTUNITY TO COME BACK WITH OTHER CUTS THAT WOULD

17  MEET THAT 8 PERCENT THAT MAYBE WOULDN'T BE THESE SPECIFIC

18  PROGRAMS? AND AT WHAT POINT IN THIS PROCESS IS THAT STILL

19  AVAILABLE TO HIM?

20

21  **SACHI HAMAI, C.E.O.:** THANK YOU, SUPERVISOR, GREAT QUESTION.

22  YOU KNOW, WE ARE ALWAYS HERE TO -- AND OPEN TO LISTENING TO

23  THE SHERIFF. I THINK AFTER I HAD MADE MY FINAL DECISION TO

24  REDUCE THE NUMBER OF INDIVIDUALS THAT WOULD BE LAID OFF, WE

25  DID ASK FOR THE SHERIFF'S COMMENT ON THIS TO WHICH HE SAID HE

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

June 23, 2020



1    BOARD IN THE REOPENING OF THE COUNTY BUILDINGS IS A MULTI-

2    PHASE APPROACH TO THE USE OF TELEWORK. I THINK WHAT YOU WILL

3    SEE IN IT IS THAT THERE ARE DEPARTMENTS THAT WANT TO

4    CONSOLIDATE LEASES AND/OR RELOCATE FROM LEASED SPACE INTO

5    COUNTY OWNED SPACES, SO WE MAY BE DOWNSIZING A BIT ON SPACE,

6    BUT WE HOPE THAT THIS IS GOING TO BE NOT JUST A ONE-TIME

7    REDUCTION, BUT A MULTI-PHASED REDUCTION IN OUR COST FOR

8    LEASING AND PROPERTIES. AND WHAT YOU WILL SEE IN THE

9    SUPPLEMENTAL BUDGET WILL BE THE FIRST PHASE OF HOPEFULLY MANY

10   YEARS TO COME OF OUR REDUCTION IN THE FOOTPRINT FOR COUNTY

11   EMPLOYEES. THANK YOU.

12

13   **SUP. HAHN:** THANKS, SACHI, I REALLY APPRECIATE THAT. AGAIN, I

14   THINK WE ARE TRYING TO REIMAGINE COUNTY GOVERNMENT, REIMAGINE

15   LAW ENFORCEMENT, BUT I ALSO THINK THIS IS A GREAT TIME TO

16   REIMAGINE HOW OUR EMPLOYEES WORK AND SERVE THE PUBLIC. THANKS,

17   I REALLY APPRECIATE YOU LOOKING INTO THAT.

18

19   **SUP. BARGER, CHAIR:** THANK YOU, SUPERVISOR KUEHL?

20

21   **SUP. KUEHL:** THANK YOU, MADAM CHAIR. RETURNING TO THE ISSUE OF

22   BODY WORN CAMERAS, I HAD BEEN GIVEN TO UNDERSTAND THAT THE

23   SHERIFF WAS IMPOSING A NUMBER OF POLICIES, SHOULD THE BODY

24   WORN CAMERAS BE ROLLED OUT, INCLUDING A POLICY BY WHICH THE

25   DEPUTY INVOLVED WOULD BE ABLE TO REVIEW THE FOOTAGE BEFORE



1   ANYONE ELSE, AND THAT OUR INSPECTOR GENERAL, OUR OWN REVIEW

2   TEAMS, AND THE FAMILIES WOULD NOT HAVE THE SAME ACCESS. SO I

3   WANTED TO ASK OUR C.E.O. AND OUR COUNTY COUNSEL IF WE HAVE ANY

4   ABILITY TO INFLUENCE THE USE OF THE FOOTAGE FROM BODY WORN

5   CAMERAS, OR IS THAT ALL WITHIN THE SHERIFF'S DEPARTMENT TO

6   KIND OF DECIDE ON THAT?

7

8   **ATTORNEY:** YEAH, SUPERVISOR. THIS IS MARY WICKHAM COUNTY

9   COUNSEL. GREAT QUESTION. IN THEORY, THE C.O.C. AND THE O.I.G.

10  SHOULD BE WORKING HAND IN HAND WITH THE SHERIFF'S DEPARTMENT

11  TO FIGURE OUT THOSE SIGNIFICANT POLICY ISSUES, WHEN CAMERAS

12  CAN BE TURNED ON, WHEN THEY ARE TURNED OFF, WHAT GETS TO BE

13  REVIEWED, AND OF COURSE LABOR ALSO WOULD BE AT THE TABLE

14  NEGOTIATING THAT. MY UNDERSTANDING IS THAT THOSE DETAILS HAVE

15  NOT BEEN FINALIZED YET.

16

17  **SUP. KUEHL:** OKAY, THANK YOU FOR THAT. ONE FURTHER THING, I

18  NOTICE THE SHERIFF KIND OF PULLED OUT AN OLD CHESTNUT, I

19  BELIEVE MY GRANDMOTHER WOULD HAVE CALLED IT, ABOUT HOW CUTTING

20  LAW ENFORCEMENT BUDGET MAKES PEOPLE LESS SAFE OR FEEL LESS

21  SAFE, AND I WOULD SIMPLY SAY THAT IT'S INTERESTING TO ME THAT

22  THE PRIMARY TESTIMONY ABOUT WHAT IS MAKING PEOPLE FEEL UNSAFE

23  THESE DAYS IS LAW ENFORCEMENT, IS A CONCERN ABOUT THE BEHAVIOR

24  OF LAW ENFORCEMENT, AND THAT BY DOING THINGS LIKE RE-ENTRY AND

25  ALTERNATIVES TO INCARCERATION, WE ARE TRYING TO INVEST IN

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  HELPING PEOPLE NOT HAVE RECIDIVATE, AND ACTUALLY THAT IS WHAT

2  MAKES COMMUNITIES FEEL SAFE. NOT TOP DOWN LAW ENFORCEMENT. SO

3  I THANK YOU VERY MUCH, MADAM CHAIR, AND EVERYONE INVOLVED IN

4  PUTTING THE BUDGET TOGETHER.

5

6  **SUP. BARGER, CHAIR:** THANK YOU, SUPERVISOR KUEHL. WITH THAT,

7  WE'VE GOT THIS ITEM IS BEFORE US. GO AHEAD SUPERVISOR RIDLEY-

8  THOMAS?

9

10  **SUP. RIDLEY-THOMAS:** JUST A WORD ON THESE BODY WORN CAMERAS. I

11  SAID WE BEGAN THIS WORK IN OCTOBER OF 2012. REFERENCE HAS BEEN

12  MADE TO THE C.O.C. AND THE O.I.G., AND I THINK IT'S IMPORTANT

13  FOR US TO BE MINDFUL OF THE FACT THAT THEY ARE ON RECORD WITH

14  REPORTS ABOUT BODY WORN CAMERAS. THIS YEAR IS ONE EXAMPLE WITH

15  THE OFFICE OF THE INSPECTOR GENERAL, THE C.O.C. CAME WITH A

16  REPORT IN 2018. BOTH SUPERVISORS KUEHL AND SOLIS HAD A MOTION

17  ON THIS ISSUE IN 2016. SO THERE HAS BEEN A STEADY MARCH

18  FORWARD. THE MOTION THAT I BROUGHT WAS THE ORIGINAL MOTION IN

19  2012, AND WE'VE CONTINUED TO DO THAT WORK AGAIN. WE CAME BACK

20  IN 2019. SO, THE BODY HAS BEEN ENGAGED. THE BOARD HAS BEEN

21  ENGAGED IN TRYING TO MOVE THIS AGENDA FORWARD. THERE SHOULD BE

22  NO QUESTION ABOUT THAT. AND ANY ATTEMPT TO TRY TO MAKE IT

23  APPEAR AS THOUGH THERE'S BEEN NEGLIGENCE ON THE PART OF THE

24  BOARD IS JUST SIMPLY FALSE. I WANT TO SAY FURTHER THAT, WITH

25  RESPECT TO THE POLICY ISSUES AND THE LIKE WITH THE ROLL-OUT OF

EXHIBIT 46



# THE MEETING TRANSCRIPT OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



### Adobe Acrobat Reader

## Finding Words

You can use the Find command to find a complete word or part of a word in the current PDF document.  Acrobat Reader looks for the word by reading every word on every page in the file, including text in form fields.

### To find a word using the Find command:

1. Click the Find button **(Binoculars)**, or choose Edit > Find.
2. Enter the text to find in the text box.
3. Select search options if necessary:
   Match Whole Word Only finds only occurrences of the complete word you enter in the box.  For example, if you search for the word *stick*, the words *tick* and *sticky* will not be highlighted.

   Match Case finds only words that contain exactly the same capitalization you enter in the box.

   Find Backwards starts the search from the current page and goes backwards through the document.
4. Click Find.  Acrobat Reader finds the next occurrence of the word.

### To find the next occurrence of the word, Do one of the following:

Choose Edit > Find Again
Reopen the find dialog box, and click Find Again.
(The word must already be in the Find text box.)

## Copying and pasting text and graphics to another application

You can select text or a graphic in a PDF document, copy it to the Clipboard, and paste it into another application such as a word processor.  You can also paste text into a PDF document note or into a bookmark.  Once the selected text or graphic is on the Clipboard, you can switch to another application and paste it into another document.

**Note:  *If a font copied from a PDF document is not available on the system displaying the copied text, the font cannot be preserved.  A default font  is substituted.***



**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

**To select and copy it to the clipboard:**

1. Select the text tool $\text{T}$, and do one of the following:
   To select a line of text, select the first letter of the sentence or phrase and drag to the last letter.

To select multiple columns of text (horizontally), hold down Ctrl+Alt (Windows) or Option (Mac OS) as you drag across the width of the document.

To select a column of text (vertically), Hold down Ctrl+Alt (Windows) or Option+Command (Mac OS) as you drag the length of the document.

To select all the text on the page, choose Edit > Select All. In single page mode, all the text on the current page is selected. In Continuous or Continuous – facing mode, most of the text in the document is selected. When you release the mouse button, the selected text is highlighted. To deselect the text and start over, click anywhere outside the selected text. The Select All command will not select all the text in the document. A workaround for this (Windows) is to use the Edit > Copy command. Choose Edit > Copy to copy the selected text to the clipboard.

2. To view the text, choose Window > Show Clipboard

In Windows 95, the Clipboard Viewer is not installed by default and you cannot use the Show Clipboard command until it is installed. To install the Clipboard Viewer, Choose Start > Settings > Control Panel > Add/Remove Programs, and then click the Windows Setup tab. Double-click Accessories, check Clipboard Viewer, and click OK.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **[REPORT OF ACTION TAKEN IN CLOSED SESSION ON**

2    **TUESDAY, JULY 7, 2020 ON PAGE 225]**

3

4

5    **SUP. BARGER, CHAIR:** GOOD MORNING, EVERYONE. WELCOME TO THE

6    REGULARLY SCHEDULED MEETING OF THE LOS ANGELES COUNTY BOARD OF

7    SUPERVISORS. TODAY IS JULY 7, 2020. OUR MEETING TODAY IS BEING

8    HELD REMOTELY, DUE TO THE CURRENT PUBLIC HEALTH CRISIS, TO

9    PROTECT THE HEALTH OF ALL. I WILL NOW TAKE ROLL CALL TO

10   CONFIRM ATTENDANCE. PLEASE UNMUTE YOUR MIC AND RESPOND WHEN

11   YOUR NAME IS CALLED. SUPERVISOR SOLIS?

12

13   **SUP. SOLIS:** HERE.

14

15   **SUP. BARGER, CHAIR:** SUPERVISOR RIDLEY-THOMAS?

16

17   **SUP. RIDLEY-THOMAS:** HERE.

18

19   **SUP. BARGER, CHAIR:** SUPERVISOR KUEHL?

20

21   **SUP. KUEHL:** HERE.

22

23   **SUP. BARGER, CHAIR:** SUPERVISOR HAHN?

24

25   **SUP. HAHN:** HERE.

1

2    **SUP. BARGER, CHAIR:** FESIA DAVENPORT, CHIEF OPERATING OFFICER?

3

4    **FESIA DAVENPORT:** HERE.

5

6    **SUP. BARGER, CHAIR:** MARY WICKHAM, COUNTY COUNSEL?

7

8    **MARY WICKHAM:** PRESENT.

9

10   **SUP. BARGER, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER OF THE

11   BOARD?

12

13   **CELIA ZAVALA, E.O.:** HERE.

14

15   **SUP. BARGER, CHAIR:** AS INDICATED ON THE POSTED AGENDA, WE WILL

16   BE TAKING TELEPHONIC PUBLIC COMMENTS DURING TODAY'S MEETING.

17   THE EXECUTIVE OFFICE OF THE BOARD OF SUPERVISORS HAS RECEIVED

18   OVER 17,000 WRITTEN PUBLIC COMMENTS FOR TODAY'S MEETING, AND

19   THOSE WRITTEN COMMENTS WERE RECEIVED. ALL OF THEM WERE

20   AVAILABLE TO THE SUPERVISORS FOR THEIR CONSIDERATION,

21   CONSISTENT WITH THE BROWN ACT REQUIREMENTS. WE WILL CONTINUE

22   TO RECEIVE WRITTEN COMMENTS THROUGHOUT THE MEETING. DUE TO THE

23   NUMBER OF WRITTEN PUBLIC COMMENTS RECEIVED, WE WILL NOT BE

24   READING IN THE NAMES. HOWEVER, THESE COMMENTS WILL BECOME PART

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   TO ACCEPT ALL WRITTEN COMMENTS THAT COME IN DURING THE

2   MEETING, WHICH WILL BECOME PART OF THE RECORD. SO WITH THAT,

3   WE ARE NOW GOING TO CALL ON THE SHERIFF, WHO REQUESTED TO

4   ADDRESS THE BOARD ON ITEMS 2, 3, 6, 9, 12, 13, AND 20.

5   SHERIFF, WE WILL GIVE YOU 5 MINUTES TO ADDRESS THESE ITEMS.

6

7   **SHERIFF VILLANUEVA:** YES, LET ME START WITH ITEM NUMBER 2,

8   WHICH IS SUPPORT FOR ASSEMBLY BILL 1185, THE SHERIFF'S

9   OVERSIGHT BOARD. I SUPPORT THE NOTION OF OVERSIGHT IN ITS

10  ENTIRETY. HOWEVER, IT HAS TO BE INDEPENDENT OVERSIGHT. AND THE

11  EFFORTS FROM THE BOARD OF SUPERVISORS FALLS FAR SHORT OF THAT

12  INDEPENDENCE, AND I THINK ALSO, GIVEN WHAT WE'RE SEEING

13  TRANSPIRE IN CITY GOVERNMENT, WITH THE ARREST OF COUNCILMAN

14  ENGLANDER AND THE ARREST OF COUNCILMAN HUIZAR BY THE F.B.I.,

15  AND A VERY LARGESCALE CORRUPTION PROBE AT CITY HALL, IT

16  DOESN'T TAKE A WHOLE LOT TO BELIEVE THAT ABSOLUTE POWER

17  CORRUPTS ABSOLUTELY. SO I THINK THE ISSUE OF AN INSPECTOR

18  GENERAL AND OVERSIGHT NEEDS TO BE FOR ALL OF COUNTY

19  GOVERNMENT. THAT WOULD INCLUDE THE BOARD OF SUPERVISORS. AND I

20  WOULD SUPPORT AN INSPECTOR GENERAL WHO IS VOTED ON BY THE

21  PUBLIC AT LARGE, SO HE'S NOT BEHOLDEN TO ANY POLITICAL

22  INTERESTS. THAT'S ITEM NUMBER 2. AND I'M GOING TO SKIP TO ITEM

23  NUMBER 6. I WILL GET TO NUMBER THREE, WHICH IS THE JAILS AND

24  THE RELATED ITEMS. BUT ON ITEM NUMBER 6, YOU RECEIVED A LETTER

25  YESTERDAY TO YOU, SUPERVISOR BARGER, THE PUBLIC RECORDS ACT



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  AND ASSEMBLY BILL 1421, WHICH IS EMBODIED IN 832.7 OF THE

2  PENAL CODE. AND IF YOU READ THROUGH THE LETTER WHICH YOU

3  RECEIVED YESTERDAY, WE HAVE SUBMITTED MULTIPLE REQUESTS FOR

4  RESOURCES, IN TERMS OF SOFTWARE FOR REDACTION AND FOR

5  ADDITIONAL PERSONNEL TO SATISFY S.B. 1421. AND THIS GOES BACK

6  TO THE PREVIOUS ADMINISTRATION, IN FISCAL YEARS '18-'19,

7  FISCAL YEARS '19-'20, AND FISCAL YEARS '20-'21. IN JANUARY

8  2019, WE SUBMITTED A REQUEST FOR BUDGET TO PURCHASE US

9  SOFTWARE, AND FOR ADDITIONAL PERSONNEL. THE REQUEST WAS DENIED

10 BY THE CHIEF EXECUTIVE OFFICE. APRIL 2019: THE SAME REQUEST.

11 REQUEST DEFERRED BY THE C.E.O. JULY 2019: REQUEST DEFERRED BY

12 C.E.O. JANUARY 2020: REQUEST DEFERRED BY THE C.E.O.  APRIL

13 2020: IN THE BUDGET PROCESS, THE REQUEST WAS DEFERRED BY THE

14 C.E.O. AND NOW, IN JULY 2020, THEIR ISSUE IS NOW PENDING AS

15 PART OF THE CURRENT BUDGET DELIBERATION. BUT THE POINT IS WE

16 HAVE BEEN ASKING FOR IT EVER SINCE THIS CAME ON THE HORIZON,

17 TO HAVE THE RESOURCES TO BE ABLE TO PROVIDE S.B. 1421 FULL

18 TRANSPARENCY, JUST LIKE WITH THE BODY-WORN CAMERAS. THE BALL

19 IS IN YOUR COURT WITH THE FUNDING. WE HAVE BEEN DENIED

20 REPEATEDLY, AND WE CAN'T JUST PULL OUT OF [INAUDIBLE] HAD THE

21 RESOURCES TO DO SO, BUT WE REPURPOSED OUR AUDITS AND

22 ACCOUNTBILITY BUREAU TO HANDLE 1421 REQUESTS, AND HOPEFULLY,

23 BY THE END OF THE YEAR, WE'LL BE MAKING SOME PROGRESS, BUT WE

24 HAVE NOT RECEIVED ANY COOPERATION FROM THE C.E.O.'S OFFICE AND

25 YOUR BOARD IN THAT ISSUE. ALL RIGHT, LET ME TAKE NOW OVER

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
 1   TO... HOLD ON ONE SECOND. LET ME MOVE NOW TO THE AGENDA ITEMS
 2   IN RELATION TO THE CLOSURE OF MEN'S CENTRAL JAIL, AND THAT IS
 3   RELATED TO ITEMS 10, 13, AND 20. AND IF WE GO TO THE CLOSURE
 4   OF MEN'S CENTRAL JAIL, YOU HEARD QUITE A BIT FROM THE
 5   COMMUNITY. THEY ARE NOT TERRIBLY IMPRESSED WITH THE IDEA, WITH
 6   THE EXCEPTION OF THAT SEGMENT OF THE COMMUNITY THAT IS PART OF
 7   THE JUSTICE-INVOLVED COMMUNITY. BUT LET ME POINT YOU TO SOME
 8   AUTHORITIES THAT YOU MAY NOT BE AWARE OF. PENAL CODE SECTION
 9   4015 STATES, "THE SHERIFF SHALL RECEIVE ALL PERSONS COMMITTED
10   TO JAIL BY COMPETENT AUTHORITY," AND THAT WOULD INCLUDE THE
11   ENTIRE LOS ANGELES COUNTY'S SUPERIOR COURT SYSTEM, AND ALSO
12   INCLUDE THE PEOPLE ON BAIL, AND THAT IS ONGOING. GOVERNMENT
13   CODE SECTION 26605: "THE SHERIFF SHALL TAKE CHARGE OF AND BE
14   THE SOLE AND EXCLUSIVE AUTHORITY TO KEEP THE COUNTY JAIL AND
15   THE PRISONERS IN IT, INCLUDING PERSONS CONFINED TO THE COUNTY
16   JAIL PURSUANT TO SUBDIVISION (B) OF SECTION 3454 OF THE PENAL
17   CODE FOR A VIOLATION OF THE TERMS AND CONDITIONS THEREIN." SO
18   THIS IS VERY SPECIFIC, AND THAT IS PART OF MY RESPONSIBILITY
19   AS SHERIFF, IS AROUND THE JAIL. IT IS PART OF STATE LAW. IT'S
20   PART OF OUR OBLIGATION TO KEEP THE COMMUNITY SAFE. AND WE HAD
21   A PLAN TO ACTUALLY DEMOLISH MEN'S CENTRAL JAIL AND REPLACE IT
22   WITH A FACILITY THAT WAS SMALLER IN SIZE; NOT AN EXPANSION
23   THAT YOU WERE TRYING TO SELL, BUT ACTUALLY A RETRACTION IN THE
24   SIZE OF THE FOOTPRINT OF THE JAIL SYSTEM IN IT'S ENTIRETY. AND
25   YOU REJECTED IT, AND YOU PAID AN $8 MILLION PENALTY IN THE
```

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   PROCESS. AND BY REJECTING THAT, YOU LEFT US WITH THE DUNGEON

2   THAT WE HAVE TODAY, KNOWN AS MEN'S CENTRAL JAIL. HOWEVER, THE

3   JAIL SYSTEM TODAY HOUSES 1,199 MURDER SUSPECTS, 762 ATTEMPTED

4   MURDER SUSPECTS, 65 MANSLAUGHTER SUSPECTS, 105 RAPE SUSPECTS,

5   391 CHILD MOLESTATION SUSPECTS, 1,200 ROBBERY SUSPECTS, 142

6   CARJACKING SUSPECTS, 743 DOMESTIC VIOLENCE SUSPECTS. THESE ARE

7   FELONY SUSPECTS WITH INJURIES TO THEIR COHABITANTS. 85 HUMAN

8   TRAFFICKING SUSPECTS, 64 KIDNAPPING SUSPECTS, 1,717 ASSAULT

9   WITH A DEADLY WEAPON SUSPECTS, AND 178 ARSONS. NOW, YOU TELL

10  ME HOW SAFE YOU THINK YOU'RE GOING TO BE WITH THEM OUT THERE

11  IN THE COMMUNITY. THAT IS THE NATURE OF THE POPULATION OF THE

12  COUNTY JAIL SYSTEM RIGHT NOW. WE ALREADY RELEASED 5,300

13  INMATES, AND DURING THAT PROCESS OF RELEASING THE 5,300, WE

14  ALREADY GOT RID OF THE LOWEST LEVEL OFFENDERS. AND ALSO, THE

15  ZERO BAIL POLICY ENACTED BY THE SUPERIOR COURT SYSTEM AND THE

16  JUDICIAL COUNCIL FOR THE STATE ASSISTED IN GETTING THE NUMBERS

17  DOWN TO 5,300. WE HAD PEOPLE THAT WERE CLOSE TO FINISHING

18  THEIR SENTENCE. WE GOT RID OF THOSE. SO, BASICALLY, WHAT IS

19  LEFT BEHIND OF THE 12,000 LEFT BEHIND IS A CONCENTRATION OF

20  THE MOST DANGEROUS INMATES IN THE JAIL SYSTEM RIGHT NOW. THERE

21  IS NO WAY AROUND IT. AND ANY STUDY FROM  R.A.N.D. OR FROM THE

22  O.D.R., CLAIMING THAT THEY DIVERTED SUCCESSFULLY 5,000 PEOPLE,

23  OR WHATEVER NUMBER THEY ARE TRYING TO SAY, THOSE ARE NOT

24  ACCURATE NUMBERS. THEY ARE COUNTING THE SAME PEOPLE MULTIPLE

25  TIMES.

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2   **SUP. BARGER, CHAIR:** THANK YOU.

3

4   **SHERIFF VILLANUEVA:** WAIT. WE HAVE ONE MORE THING. YOU SAID 5

5   MINUTES. HOLD ON.

6

7   **SUP. BARGER, CHAIR:** YOU'VE ACTUALLY GONE OVER, BUT I'LL GIVE

8   YOU ANOTHER MINUTE. THAT'S FINE IF YOU WANT TO GO ON TO THE

9   NEXT. I DON'T KNOW WHAT ITEM YOU'RE SPEAKING ON NOW.

10

11  **SHERIFF VILLANUEVA:** I JUST WANT TO GO ON TO ONE THING.

12  REGARDLESS OF THE AUTHORITIES, THE WHOLE DEFUNDING PROCESS OF

13  THE OTHER ITEMS, WHICH IS 10, 13, AND 20, IT SOVED AN END RUN

14  USING THE FUNDING MECHANISMS TO TRANSFER OUR BUDGET TO OTHER

15  ENTITIES IN COUNTY GOVERNENT. YOU'RE TRYING TO ACHIEVE THE

16  SAME MEANS AS CUTTING OFF MEN'S CENTRAL JAIL FROM FUNDING. BUT

17  ON SUNDAY, ISABELLA CORTES, A 13-YEAR-OLD INNOCENT YOUNG CHILD

18  LOST HER LIFE AT THE HANDS OF SOMEONE WHO WAS RELEASED FROM

19  THE COUNTY JAIL UNDER THE ZERO BAIL POLICY. SHE PAID THE

20  ULTIMATE SACRIFICE, AND SHE WAS AN INNOCENT VICTIM. AND THAT

21  IS A NAME WE NEED TO REMEMBER. AND WHEN PEOPLE SAY, SAY YOUR

22  NAME, OR SAY HIS OR HER NAME, WE NEED TO SAY THE NAME OF

23  ISABELLA CORTES. BECAUSE HAD WE NOT HAD THE ZERO BAIL POLICY

24  IN PLACE, SHE WOULD BE ALIVE TODAY, BECAUSE THE PERSON WAS ON

25  PROBATION, HAD BEEN ARRESTED ON A FELONY WEAPONS VIOLATION,

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    WOULD HAVE BEEN A NO-BAIL, AND WOULD HAVE BEEN IN JAIL ON

2    SUNDAY, INSTEAD OF CARJACKING A CARLOAD OF CHILDREN, CAUSING

3    HER TO BE EJECTED AND LOSING HER LIFE IN THE PROCESS. SO THE

4    POINT IS, AND THE MORAL OF THE STORY IS THAT WE ARE DEALING

5    WITH PEOPLES' LIVES HERE. AND IT IS VERY EASY FOR THE JUSTICE-

6    INVOLVED TO SAY, "WELL, IF THE CONSEQUENCES WERE NOT SEVERE OR

7    THERE WAS AN ALTERNATIVE TO INCARCERATION, WE WOULD BE DOING

8    BETTER." BUT IT ALWAYS NEGATES THE FACT THAT VICTIMS ARE THE

9    ONES THAT BEAR THE BRUNT OF ALL THE DECARCERATION AND WHATEVER

10   THE FLAVOR OF THE DAY IS. AND OUR OBLIGATION IS PUBLIC SAFETY.

11   IN MAINTAINING THAT PUBLIC SAFETY, WE NEED TO PLACE A HOUSE

12   OVER A THOUSAND PEOPLE IN SINGLE-MAN CELLS, AND THAT IS MEN'S

13   CENTRAL JAIL. UNTIL WE HAVE AN ALTERNATIVE TO HOUSE THEM, IT

14   HAS TO STAY IN PLACE, AND WORKING AND FUNCTIONING. AND I'M

15   GOING TO ADVOCATE ON BEHALF OF THOSE THAT ARE IN JAIL, THAT

16   CANNOT BE RELEASED, THAT WE NEED TO PROVIDE FOR THEIR MENTAL

17   HEALTHCARE. AND YOU ARE NOT DOING THAT RIGHT NOW. SO ANYWAY,

18   ANY QUESTIONS? MORE THAN HAPPY TO TAKE THEM.

19

20   **SUP. BARGER, CHAIR:** THANK YOU, SHERIFF. ALL RIGHT, I SEE NO

21   QUESTIONS. THANK YOU FOR YOUR COMMENTS, AND WE APPRECIATE YOUR

22   INPUT. SO WITH THAT, WE WILL MOVE ON NOW. MADAM EXECUTIVE

23   OFFICER, PLEASE INDICATE THE AGENDA ITEM NUMBERS ON WHICH WE

24   WILL BE VOTING ON TODAY.

25



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   ZERO BAIL PROJECT, THE SHERIFF, THE PUBLIC DEFENDER, THE

2   OFFICE OF THE PUBLIC DEFENDER, AND THE DISTRICT ATTORNEY ALL

3   WORK TOGETHER TO IDENTIFY CATEGORIES OF INDIVIDUALS WHO COULD

4   SAFELY BE RELEASED FROM CUSTODY. THE SHERIFF NAMED ALL THE

5   DIFFERENT KINDS OF DANGEROUS PEOPLE, WHICH ADDED UP TO LESS

6   THAN 2,000 PEOPLE. SO, LOOKING AT THOSE WHO COULD SAFELY BE

7   RELEASED, THE COURT CREATED A STREAMLINED PROCESS FOR

8   EVALUATING CASES BROUGHT TO IT BY OUR COUNTY JUSTICE PARTNERS,

9   ADOPTED AN EMERGENCY ZERO BAIL SCHEDULE UNDER THE DIRECTION OF

10  THE CHIEF JUSTICE OF THE CALIFORNIA SUPREME COURT, AND

11  IMPLEMENTED SOME TEMPORARY TECHNOLOGY-BASED SOLUTIONS. OUR

12  OFFICE OF DIVERSION AND REENTRY SCOURED LISTS OF THE JAIL

13  POPULATION, FOUND ADDITIONAL INDIVIDUALS WHO COULD BE DIVERTED

14  UNDER THEIR CARE AND SUPERVISION, AND THESE ARE VERY STRINGENT

15  RULES, WHICH THE COURT HAS TO AGREE TO AND APPLY. THE

16  DEPARTMENT OF HEALTH SERVICES AND THE DEPARTMENT OF MENTAL

17  HEALTH SUPPORTED ALL THESE EFFORTS WITH STAFF AND RESOURCES

18  AND TRANSITION PLANNING. SO THAT IS WHERE WE HAVE TO KEEP THIS

19  POPULATION: AT THE ALL-TIME LOW, AND GO EVEN LOWER. THE BOARD

20  TOOK THE FIRST STEP, AS WE ALL KNOW, WHEN IT ADOPTED THE

21  MOTION BROUGHT BY SUPERVISORS HAHN AND RIDLEY-THOMAS, ASKING

22  OUR JUSTICE EXPERTS HOW TO KEEP THESE POPULATIONS AT THEIR

23  ALL-TIME LOW. SO TODAY WE BUILD ON THAT FIRST STEP BY

24  ACKNOWLEDGING A FUNDAMENTAL TRUTH: IF WE BUILD IT, THEY WILL

25  COME. THAT MEANS IF WE KEEP THESE CELLS OPEN, WE WILL

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   GOING TO PAINT EVERYONE WITH ONE STROKE. THE SHERIFF IS

2   ABSOLUTELY RIGHT: ISABELLA CORTES WAS A VICTIM OF SOMEONE WHO

3   WAS OUT ON ZERO BAIL. THAT DOESN'T MEAN THAT I'M GOING TO SAY

4   THAT ALL THOSE THAT ARE RELEASED WITH ZERO BAIL ARE GOING TO

5   GO OUT AND COMMIT A CRIME. BUT I THINK WE ALL NEED TO

6   RECOGNIZE THAT IT IS NOT A ONE-SIZE-FITS-ALL, AND TO GET ALL

7   THE INFORMATION NECESSARY IN ORDER TO MAKE A DECISION IS GOING

8   TO IMPACT GENERATIONS TO COME. AND IT INCLUDES PROVIDING A

9   ROBUST SYSTEM, AS IT RELATES TO DIVERSION. BECAUSE MANY IN

10  THAT JAIL WHO ARE SUFFERING FROM MENTAL ILLNESS ARE IN THAT

11  JAIL BECAUSE OF THEIR MENTAL ILLNESS. AND NO DOUBT THE CRIME

12  THEY COMMITTED, IF WE HAD GOTTEN TO THEM BEFORE THEY COMMITTED

13  THE CRIME, THEY WOULD NOT END UP IN OUR JAIL. AND I CAN TELL

14  YOU, HAVING BEEN HERE FOR A LONG TIME, MEN'S CENTRAL JAIL 30

15  YEARS AGO WAS PROBLEMATIC. AND SO TO LOOK AT IT NOW, AND TO GO

16  INTO IT NOW, I AGREE WHOLEHEARTEDLY IT NEEDS TO BE REPLACED.

17  IT IS NOT FIT FOR THE PEOPLE THAT ARE IN THERE, BUT ALSO THE

18  PEOPLE WORKING IN THERE. AND WITH C.O.V.I.D., I THINK IT HAS

19  EVEN HEIGHTENED MORE THE FACT THAT IT IS A BREEDING GROUND FOR

20  ILLNESS. AND I KNOW THAT, AS A BOARD, WE ALL AGREE THAT

21  SOMETHING NEEDS TO BE DONE. I WANT YOU TO KNOW I'M GOING TO

22  SUPPORT THE MOTION TODAY, BUT THAT DOES NOT MEAN THAT I'M IN

23  SUPPORT OF CLOSURE. IN FACT, I BELIEVE CLOSURE WILL HAVE AN

24  IMPACT ON PUBLIC SAFETY IN THIS COUNTY. BUT I THINK IT'S

25  IMPORTANT FOR US TO GET ALL THE FACTS FROM ALL SEGMENTS THAT



1   INFORMATION THAT IS SHARED. THE ATTACKS ON THE VICTIMS AND

2   FAMILIES' CREDIBILITY IN THE AGE OF TECHNOLOGY, THE FAILURE TO

3   RELEASE VIDEO AND OTHER EVIDENCE, JUST COMPOUNDS THE HURT AND

4   PAIN ON THE SURVIVING FAMILIES, AND ON THE PUBLIC SENTIMENT,

5   OF A LACK OF ACCOUNTABILITY AND TRANSPARENCY IN THESE

6   INVESTIGATIONS. CONCERNINGLY, THE SHERIFF ALSO IS NOT

7   COMPLYING WITH THE LAW THAT DICTATES TRANSPARENCY MEASURES

8   THAT NEED TO TAKE PLACE WHEN THERE IS A USE-OF-FORCE INCIDENT,

9   LIKE POLICE SHOOTINGS. THE BOARD ESTABLISHES THE OFFICE OF THE

10  INSPECTOR GENERAL TO SUPERVISE AND PROVIDE OVERSIGHT OVER THE

11  L.A. SHERIFF'S DEPARTMENT AS ONE TOOL TO ENSURE THE SHERIFF'S

12  DEPARTMENT IS TRANSPARENT WITH THE COMMUNITY IN ITS

13  OPERATIONS, AND UPON ANY MISCONDUCT BY L.A.S.D. STAFF HELD TO

14  ACCOUNT. UNFORTUNATELY, THE SHERIFF AND THE DEPARTMENT HAS

15  CONTINUED TO DEFY RECOMMENDATIONS AND  REQUESTS MADE BY THE

16  O.I.G. SO I'M PUTTING THIS MOTION BEFORE US TODAY AS ONE STEP

17  TO ADDRESS THE LACK OF TRANSPARENCY WITHIN THE L.A. SHERIFF'S

18  DEPARTMENT, AND ENSURE INFORMATION, AS REQUIRED BY PENAL CODE

19  832.7, IS MADE AVAILABLE TO THE PUBLIC REGARDING POLICE

20  SHOOTINGS. ASIDE FROM ENSURING THAT OUR LAW ENFORCEMENT IS

21  FOLLOWING THE LAW, IT ALSO REQUESTS THAT THE SHERIFF GIVE

22  FULL, IMMEDIATE ACCESS TO THE INSPECTOR GENERAL IN ALL

23  SHOOTING INVESTIGATIONS. THE MOTION BEFORE US TODAY IS, IN MY

24  OPINION, INCREDIBLY IMPORTANT TO ENSURE THAT THE PUBLIC TRUST

25  OF LAW ENFORCEMENT DOES NOT CONTINUE TO ERODE, AND TO ENSURE

EXHIBIT 47



# THE MEETING TRANSCRIPT OF
# THE LOS ANGELES COUNTY
# BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



## Adobe Acrobat Reader

### Finding Words

You can use the Find command to find a complete word or part of a word in the current PDF document.  Acrobat Reader looks for the word by reading every word on every page in the file, including text in form fields.

### To find a word using the Find command:

1. Click the Find button **(Binoculars)**, or choose Edit > Find.
2. Enter the text to find in the text box.
3. Select search options if necessary:
   Match Whole Word Only finds only occurrences of the complete word you enter in the box.  For example, if you search for the word *stick*, the words *tick* and *sticky* will not be highlighted.

   Match Case finds only words that contain exactly the same capitalization you enter in the box.

   Find Backwards starts the search from the current page and goes backwards through the document.
4. Click Find.  Acrobat Reader finds the next occurrence of the word.

### To find the next occurrence of the word, Do one of the following:

Choose Edit > Find Again
Reopen the find dialog box, and click Find Again.
(The word must already be in the Find text box.)

## Copying and pasting text and graphics to another application

You can select text or a graphic in a PDF document, copy it to the Clipboard, and paste it into another application such as a word processor.  You can also paste text into a PDF document note or into a bookmark.  Once the selected text or graphic is on the Clipboard, you can switch to another application and paste it into another document.

**Note:  *If a font copied from a PDF document is not available on the system displaying the copied text, the font cannot be preserved.  A default font  is substituted.***



# THE MEETING TRANSCRIPT
### OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

## To select and copy it to the clipboard:

1. Select the text tool T, and do one of the following:
   To select a line of text, select the first letter of the sentence or phrase and drag to the last letter.

To select multiple columns of text (horizontally), hold down Ctrl+Alt (Windows) or Option (Mac OS) as you drag across the width of the document.

To select a column of text (vertically), Hold down Ctrl+Alt (Windows) or Option+Command (Mac OS) as you drag the length of the document.

To  select all the text on the page, choose Edit > Select All.  In single page mode, all the text on the current page is selected.  In Continuous or Continuous – facing mode, most of the text in the document is selected.  When you release the mouse button, the selected text is highlighted.  To deselect the text and start over, click anywhere outside the selected text. The Select All command will not select all the text in the document.  A workaround for this (Windows) is to use the Edit > Copy command.  Choose Edit > Copy to copy the selected text to the clipboard.

2. To view the text, choose Window > Show Clipboard

In Windows 95, the Clipboard Viewer is not installed by default and you cannot use the Show Clipboard command until it is installed.  To install the Clipboard Viewer, Choose Start > Settings > Control Panel > Add/Remove Programs, and then click the Windows Setup tab.  Double-click Accessories, check Clipboard Viewer, and click OK.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1      [REPORT OF ACTION TAKEN IN CLOSED SESSION ON

2          TUESDAY, JULY 21, 2020 ON PAGE 220]

3

4

5   **SUP. BARGER, CHAIR:** GOOD MORNING, EVERYONE.  WELCOME TO THE

6   REGULARLY SCHEDULED MEETING OF THE LOS ANGELES COUNTY BOARD OF

7   SUPERVISORS. TODAY IS TUESDAY, JULY 21ST, 2020. OUR MEETING

8   TODAY IS BEING HELD REMOTELY DUE TO THE CURRENT PUBLIC HEALTH

9   CRISIS TO PROTECT THE HEALTH OF ALL. I WILL TAKE ROLL CALL TO

10  CONFIRM ATTENDANCE. PLEASE UNMUTE YOUR MIC AND RESPOND WHEN

11  YOUR NAME IS CALLED. SUPERVISOR SOLIS?

12

13  **SUP. SOLIS:** PRESENT.

14

15  **SUP. BARGER, CHAIR:** SUPERVISOR RIDLEY-THOMAS? SUPERVISOR

16  RIDLEY-THOMAS? SUPERVISOR KUEHL?

17

18  **SUP. KUEHL:** HERE.

19

20  **SUP. BARGER, CHAIR:** SUPERVISOR HAHN?

21

22  **SUP. HAHN:** HERE.

23

24  **SUP. BARGER, CHAIR:** SACHI HAMAI, CHIEF EXECUTIVE OFFICER?

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SACHI HAMAI, C.E.O.:** HERE.

2

3    **SUP. BARGER, CHAIR:** MARY WICKHAM, COUNTY COUNSEL?

4

5    **ATTORNEY:** HERE.

6

7    **SUP. BARGER, CHAIR:** LORAYNE LINGAT, ASSISTANT EXECUTIVE

8    OFFICER OF THE BOARD?

9

10   **MS. LINGAT:** HERE.

11

12   **SUP. BARGER, CHAIR:** AS INDICATED ON THE POSTED AGENDA, WE WILL

13   BE TAKING TELEPHONIC PUBLIC COMMENTS DURING TODAY'S MEETING.

14   THE EXECUTIVE OFFICE OF THE BOARD RECEIVED OVER 10,800 WRITTEN

15   PUBLIC COMMENTS FOR TODAY'S MEETING, AND AS THOSE WRITTEN

16   COMMENTS WERE RECEIVED, ALL OF THEM WERE AVAILABLE TO THE

17   SUPERVISORS FOR THEIR CONSIDERATION CONSISTENT WITH THE BROWN

18   ACT REQUIREMENTS. WE WILL CONTINUE TO RECEIVE WRITTEN PUBLIC

19   COMMENTS THROUGHOUT THE MEETING. DUE TO THE NUMBER OF WRITTEN

20   PUBLIC COMMENTS RECEIVED, WE WILL NOT BE ABLE TO READ ALL THE

21   NAMES, HOWEVER, THESE COMMENTS WILL BECOME PART OF THE

22   OFFICIAL RECORD. COLLEAGUES, FOR TODAY'S MEETING, THE

23   EXECUTIVE OFFICER WILL READ IN THE AGENDA, FOLLOWED BY ONE

24   HOUR OF PUBLIC COMMENT, AND WE WILL VOTE ON CONSENT ITEMS AND

25   ITEMS NOT HELD BY SUPERVISORS, AFTER WHICH WE WILL HEAR FROM

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  THE SHERIFF. WE WILL THEN CONVENE INTO CLOSED SESSION,  THEN

2  WE WILL TAKE UP DISCUSSION FOR THE ITEMS THAT HAVE BEEN HELD

3  BY THE BOARD OF SUPERVISORS. MADAM EXECUTIVE OFFICER, PLEASE

4  CALL THE AGENDA.

5

6  **MS. LINGAT:** GOOD MORNING, MADAM CHAIR AND MEMBERS OF THE

7  BOARD. TODAY'S AGENDA WILL BEGIN ON PAGE TWO SPECIAL DISTRICT

8  AGENDA. THIS IS THE AGENDA FOR THE LOS ANGELES COUNTY

9  DEVELOPMENT AUTHORITY.

10

11  **SUP. RIDLEY-THOMAS:** MADAM CHAIR, I SIMPLY WANT YOU TO KNOW

12  THAT I AM PRESIDENT.

13

14  **SUP. BARGER, CHAIR:** THANK YOU, SUPERVISOR RIDLEY-THOMAS.

15

16  **SUP. RIDLEY-THOMAS:** THANK YOU.

17

18  **MS. LINGAT:** THANK YOU. ITEMS 1-8, PAGE 4, CONSENT CALENDAR,

19  BOARD OF SUPERVISORS, ITEMS 1-22. ON ITEM 2, SUPERVISOR

20  RIDLEY-THOMAS REQUESTS THAT THIS ITEM BE HELD. ON ITEM THREE,

21  SUPERVISOR RIDLEY-THOMAS REQUESTS THAT THIS ITEM BE HELD. ON

22  ITEM 8, THIS INCLUDES A REVISION AS INDICATED ON THE

23  SUPPLEMENTAL AGENDA, AND AS IT IS RELATED TO ITEM 25, AND

24  SUPERVISOR KUEHL REQUESTS THAT THIS ITEM BE HELD. ON ITEM 10,

25  SUPERVISOR KUEHL REQUESTS THAT THIS ITEM BE HELD. ON ITEM 13,

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. SOLIS:** AYE.

2

3  **MS. LINGAT:** SUPERVISOR SOLIS, AYE. SUPERVISOR RIDLEY-THOMAS?

4

5  **SUP. RIDLEY-THOMAS:** AYE.

6

7  **MS. LINGAT:** SUPERVISOR RIDLEY-THOMAS, AYE. SUPERVISOR KUEHL?

8

9  **SUP. KUEHL:** AYE.

10

11  **MS. LINGAT:** SUPERVISOR KUEHL, AYE. SUPERVISOR HAHN?

12

13  **SUP. HAHN:** AYE.

14

15  **MS. LINGAT:** SUPERVISOR HAHN, AYE. SUPERVISOR BARGER?

16

17  **SUP. BARGER, CHAIR:** AYE.

18

19  **MS. LINGAT:** SUPERVISOR BARGER, AYE. ITEMS PASSED 5-0 WITH THE

20  EXCEPTIONS NOTED.

21

22  **SUP. BARGER, CHAIR:** THANK YOU, MADAM EXECUTIVE OFFICER. WE

23  WILL NOW HEAR FROM SHERIFF VILLANUEVA WHO REQUESTED TO ADDRESS

24  THE BOARD ON ITEM 51C. SHERIFF, YOU WILL HAVE 5 MINUTES TO

25  ADDRESS THIS ITEM. SHERIFF VILLANUEVA?

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2    **SHERIFF VILLANUEVA:** THANK YOU, SUPERVISOR BARGER. OKAY. CAN

3    YOU HEAR ME?

4

5    **SUP. HAHN, CHAIR:** YES, WE CAN. THE FLOOR IS YOURS.

6

7    **SHERIFF VILLANUEVA:** THE -- I AM ONLY GOING TO SPEAK ON ITEM

8    51C AND THE MOTION BY SUPERVISORS KUEHL AND SOLIS, REIMAGINING

9    L.A. COUNTY, SHIFTING BUDGET PRIORITIES. AND I JUST WANT TO GO

10   THROUGH THE MEASURE ITSELF, AND SOME THINGS JUMPED OUT. WHEN

11   YOU READ THEM, THEY GRAB YOUR ATTENTION. PAGE TWO, IT SAYS FOR

12   DECADES, THE PRIMARY RESPOND TO INEQUALITY AND THE LACK OF

13   INVESTMENT HAS BEEN PROSECUTION AND INCARCERATION. I DON'T

14   KNOW WHO CAME UP WITH THAT LANGUAGE, BUT I SUPPOSE IT WASN'T

15   SOMEONE WHO IS THINKING THE WHOLE THING THROUGH AND CLEARLY

16   BECAUSE, I AM SORRY, BUT PROSECUTION AND INCARCERATION FOR THE

17   LAST 34 YEARS THAT I HAVE BEEN INVOLVED IN LAW ENFORCEMENT, IT

18   HAS TO DO WITH PEOPLE WHO COMMIT CRIMES. AND THEY ARE HELD

19   ACCOUNTABLE FOR THE CRIMES THEY COMMIT. IT HAS NOTHING TO DO

20   WITH INEQUALITY OR LACK OF INVESTMENT. YOU WANT TO TALK ABOUT

21   A CAUSE AND EFFECT, THAT IS AN ACADEMIC ARGUMENT WE COULD

22   MAKE, AND HOWEVER, TO PUT THAT AS A FACT I THINK IT DOES A

23   DISSERVICE TO THE ENTIRE PROCESS. AND YOU GO ON TO SAY THAT

24   THE TIME TO PRIORITIZE THE OFFICE OF DIVERSION AND REENTRY AS

25   WELL AS OTHER PROMISING CARE FIRST/JAILS LAST PROGRAMS WITH A

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    WITH A STABLE DEDICATED BUDGET COMMITMENT. THAT BUDGET

2    COMMITMENT SEEMS TO BE DEFUNDING LAW ENFORCEMENT. AND

3    REIMAGINING L.A. COUNTY IS DEFUNDMENT IN DISGUISE, PLAIN AND

4    SIMPLE. AND THEN YOU GO ON TO SAY THAT YOU BEMOAN THE FACT

5    THAT 42 PERCENT OF THE NET COUNTY COSTS, WHICH IS 3.7 BILLION,

6    GOES TO OUR LAW ENFORCEMENT AND LEGAL SYSTEM USE, AND THIS

7    BUDGET ALLOCATION DOES NOT REFLECT THE BOARD'S VALUES AND

8    PRIORITIES. AND A REDISTRIBUTION OF RESOURCES IS NEEDED. I

9    WILL SUBMIT TO YOU THAT I THINK THE COUNTY OF LOS ANGELES

10   DOES NOT HAVE THE PRIORITIES THAT YOU HAVE. I WILL QUOTE NOT

11   THE UNITED WAY SURVEY THAT YOU DID, BUT A SURVEY JUST DONE BY

12   THE RECENTLY BY THE PEW RESEARCH CENTER, WHO APPARENTLY DOES

13   NOT HAVE ANY DIRECTORS WHO ARE MEMBERS OF THE BOARD OF

14   SUPERVISORS OR THE C.E.O.'S STAFF. AND THEY DID A NATIONWIDE

15   SURVEY WITH 4700 PEOPLE. AND IT TURNS OUT THAT 73 PERCENT OF

16   AMERICANS BELIEVE POLICE SPENDING SHOULD REMAIN CURRENT LEVELS

17   OR INCREASING IT, NOT CUTTING IT. ONLY 25 PERCENT OF AMERICANS

18   WERE IN FAVOR OF REDUCING POLICE SPENDING. THAT IS A VERY

19   TELLING FIGURE RIGHT THERE. AND I'VE GOT ANOTHER DOCUMENT, AND

20   IT IS FROM AN INTERNAL DOCUMENT. IT SAYS CONFIDENTIAL, DO NOT

21   REDISTRIBUTE. AND IT'S REIMAGINE L.A.  COUNTY. AND IT TALKS

22   ABOUT DIVEST FROM INCARCERATION AND POLICING AND INVENT IN THE

23   HEALTH AND ECONOMIC WELLNESS OF MARGINALIZED PEOPLE AND THEIR

24   COMMUNITIES. WELL, LAW ENFORCEMENT AND THE SHERIFF'S

25   DEPARTMENT WE'RE ALL FOR PROVIDING MENTAL HEALTH CARE. WE ARE



1    ALSO PROVIDING FOR SUBSTANCE AND ABUSE AND THE OUTCOMES, AND

2    THOSE INVOLVED IN MISDEMEANOR CRIMES THAT WE CAN DIVERT AWAY

3    FROM THE JAIL SYSTEM, WE ARE ALL IN SUPPORT OF THAT. NO ONE IS

4    AGAINST THAT. THOSE ARE NO-BRAINERS. HOWEVER, WHEN YOU TRY TO

5    DISMANTLE LAW ENFORCEMENT AND THE PRIMARY SOURCE OF PUBLIC

6    SAFETY SERVICES TO THE COMMUNITY, YOU ARE ENDANGERING THE

7    PUBLIC. AND SUPERVISOR BARGER, YOU MAY LIVE IN THE COMFORT OF

8    SAN MARINO, A VERY WEALTHY CITY THAT HAS  ITS OWN POLICE

9    FORCE, HOWEVER, THIS IS GOING TO IMPACT THE PEOPLE THAT CAN

10   LEAST AFFORD A LACK OF LAW ENFORCEMENT PROTECTION, AND THIS IS

11   GOING TO BE IN THE UNINCORPORATED COMMUNITIES. AND ACCORDING

12   TO THIS DOCUMENT, IT SAYS DIRECT COMMUNITY INVESTMENT. IT

13   TALKS ABOUT INCREASING FUNDING FOR COMMUNITY-BASED YOUTH

14   DEVELOPMENT PROGRAMS. I THOUGHT I PAID MY TAXES TO PAY FOR OUR

15   SCHOOLS. WHAT ON EARTH DO WE HAVE SCHOOLS FOR? WHY WOULD WE

16   HAVE COMMUNITY-BASED YOUTH DEVELOPMENT PROGRAMS AND NOT WORK

17   TO MAKE SURE OUR SCHOOLS  DO WHAT THEY ARE INTENDED TO DO. AND

18   THEN IT SAYS ALTERNATIVES TO INCARCERATION, REDUCES THE

19   SHERIFF'S DEPARTMENT BUDGET, REDIRECTS THE FUNDING TO PROGRAMS

20   AND SERVICES TO UNDERSERVED COMMUNITIES. NOW BOTH SUPERVISORS

21   KUEHL AND SUPERVISOR HAHN SPENT A LOT OF TIME ON CAMERA

22   YESTERDAY PAINSTAKINGLY TRYING TO  DISCLAIM THE FACT THAT THIS

23   IS NOT ABOUT THE DEFUNDING OF THE SHERIFF'S DEPARTMENT. THIS

24   IS EXACTLY ABOUT DEFUNDING THE SHERIFF'S DEPARTMENT. IT IS IN

25   WRITING, IT IS OBVIOUS. YOU ARE GOING TO REDUCE NET COUNTY



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   COSTS, AND THAT IS A PRIME SOURCE OF OUR FUNDING TO PROVIDE

2   FOR UNINCORPORATED COMMUNITIES, TO STAFF THE JAIL SYSTEM, OUR

3   DETECTIVE DIVISION, EVERYTHING WE DO ON BEHALF OF VICTIMS.

4   REMEMBER THE PEOPLE YOU NEVER WANT TO HEAR FROM. HONEST LAW-

5   ABIDING CITIZENS AND VICTIMS OF CRIME ALSO HAVE A SAY IN THE

6   CRIMINAL JUSTICE SYSTEM, AND NOW ALL OF OUR YOUTH SERVICES

7   HAVE BEEN CUT BY THE SHERIFF'S  DEPARTMENT, AND WE HAVE A LOT

8   OF THINGS THAT ARE BEING CUT RIGHT NOW WITH THE CURRENT CUTS

9   THAT YOU'VE PROPOSED. THESE ADDITIONAL CUTS AND THESE FUNDS

10  ARE GOING TO BE TAKEN AWAY FROM OUR DEPARTMENT BETWEEN NOW AND

11  2024 WILL RESULT IN THE LOSS OF ALTADENA STATION, MARINA DEL

12  REY STATION, EAST LOS ANGELES STATION, CENTURY STATION, ALL OF

13  THE LARGE STATIONS THAT HAVE THE UNINCORPORATED COMMUNITY

14  PATROL. THIS IS GOING TO DIRECTLY RESULT IN THEIR  CLOSURE.

15  THERE IS NO WAY AROUND IT. WE ARE THE MOST UNDER STAFFED

16  METROPOLITAN AGENCY IN THE ENTIRE NATION IN LESS THAN ONE

17  DEPUTY PER 1,000. THIS IS GOING TO DRIVE IT DOWN TO LESS THAN

18  1 HALF ONE DEPUTY PER 1,000. AND YOU'RE GOING TO CLAIM THAT

19  SOMEHOW THAT'S GOING TO MAKE OUR COMMUNITIES SAFER. WE HAVE A

20  27 PERCENT INCREASE IN HOMICIDES RIGHT NOW AS WE SPEAK. AND

21  WE'RE SITTING ON THE LARGEST UNEMPLOYMENT RATE IN THE NATION'S

22  HISTORY SINCE THE GREAT DEPRESSION. AND WE THINK SOMEHOW THIS

23  IS GOING TO MAKE PEOPLE SAFER. WE THERE'S LOT OF THINGS WE CAN

24  DO TO MAKE PEOPLE SAFER, BUT THE LAST THING WE DO IS, I AM

25  GOING TO QUOTE COLONEL GROSSMAN. WHEN THE WOLF CONVINCES THE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    SHEEP THAT THE SHEEP DOG IS A PROBLEM, WE ARE ALL IN TROUBLE.

2    ANYWAY, THAT IS ALL I HAVE TO SAY.

3

4    **SUP. BARGER, CHAIR:** THANK YOU, SHERIFF VILLANUEVA. MADAM

5    EXECUTIVE OFFICER, PLEASE READ US INTO CLOSED SESSION.

6

7    **MS. LINGAT:** IN ACCORDANCE WITH BROWN ACT REQUIREMENTS, NOTICE

8    IS HEREBY GIVEN THAT THE BOARD OF SUPERVISORS WILL CONVENE IN

9    CLOSED SESSION TO DISCUSS CS1, CONFERENCE WITH LEGAL COUNSEL-

10   EXISTING LITIGATION, ITEM CS2, CONFERENCE WITH LEGAL COUNSEL

11   REGARDING ANTICIPATED LITIGATION, TWO CASES, AND ITEM CS-3,

12   DEPARTMENT HEAD PERFORMANCE EVALUATIONS, AS INDICATED ON THE

13   POSTED AND SUPPLEMENTAL AGENDAS.

14

15   **SUP. BARGER, CHAIR:** THANK YOU, WE WILL ADJOURN AND TRY TO KEEP

16   CLOSED SESSION TO NO MORE THAN AN HOUR, AND THEN WE WILL COME

17   BACK INTO OPEN SESSION. THANK YOU. [MEETING ADJOURNS TO CLOSED

18   SESSION]

19

20   **SUP. BARGER, CHAIR:** OKAY, GREAT. I'M GOING READ US BACK INTO

21   OPEN SESSION, OKAY? WE ARE NOW RECONVENING IN OPEN SESSION.

22   I'LL NOW TAKE TH ROLL OF HOW IS ON. SUPERVISOR SOLIS?

23

24   **SUP. SOLIS:** HERE.

25

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. BARGER, CHAIR:** SO IF THIS WERE PLACED ON THE BALLOT AND

2    THE VOTERS APPROVED IT, WHAT WOULD IT TAKE FOR FUTURE BOARDS

3    TO UNDO THAT ACTION?

4

5    **ATTORNEY:** PROBABLY A SIMILAR SCENARIO.

6

7    **SUP. BARGER, CHAIR:** OKAY. YOU KNOW, I GUESS I LISTEN, AND I

8    HEAR LOUD AND CLEAR. AND THIS IS NOT ABOUT THE CONTENT OF WHAT

9    EXACTLY WE'RE REDIRECTING THE MONEY TO. I MEAN, I AM

10   FRUSTRATED THAT THE UNITED WAY, OF WHICH OUR OWN C.E.O. SITS

11   ON THE BOARD, WE HAD NO KNOWLEDGE OF THIS. IT CAME OUT OF NO

12   WHERE. AND UNITED WAY DECIDED TO DO A POLL TO FIND OUT ABOUT

13   DEFUNDING LAW ENFORCEMENT IN THE DEAD OF NIGHT AND TOOK A POLL

14   THAT, QUITE FRANKLY, I HAVEN'T SEEN THE QUESTIONS TO. YOU

15   HEARD THE SHERIFF TALK ABOUT A PEW POLL THAT ACTUALLY

16   CONTRADICTED WHAT THE UNITED WAY'S POLL SHOWED. I'M JUST

17   FRUSTRATED. AND I TAKE HEART IN WHAT THE L.A. TIMES PUT IN

18   THEIR EDITORIAL ABOUT BALLOT BOX BUDGETING OF THE SORT THE

19   SUPERVISORS' PROPOSED IS A BAD IDEA AND A POOR SUBSTITUTED FOR

20   CAREFUL STUDY, DELIBERATIONS AND DECISION-MAKING. WE WERE

21   VOTED INTO OFFICE TO MAKE THESE DECISIONS. IF THAT BE THE

22   CASE, THEN WE SHOULD PUT A CHARTER ON REGARDING REBUILDING THE

23   JAIL. WE SHOULD PUT A CHARTER ON REGARDING ALL THE

24   DISCRETIONARY FUNDS THAT ARE BEING SPENT ON THINGS THAT ARE

25   NOT OF COUNTY CHARGE BUT WE TAKE IT UPON OURSELVES TO ALLOCATE

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    IS ALLOCATED THAT AUTOMATICALLY. RIGHT NOW, MORE THAN HALF OF

2    OUR OVERALL BUDGET IS ALLOCATED FOR JUST THE THINGS THAT WE

3    ARE TALKING ABOUT TODAY. ONLY ONE QUARTER OF OUR BUDGET IS

4    ALLOCATED FOR LAW AND JUSTICE PROGRAMS. AND, SACHI CLARIFIED

5    EXACTLY WHAT THAT INCLUDES. THAT INCLUDES THE PUBLIC DEFENDER.

6    THAT INCLUDES THE D.A. THAT INCLUDES FIRE. IT'S NOT JUST ABOUT

7    THE SHERIFF. OR THE SHERIFF'S DEPARTMENT. WE ALSO ALLOCATED

8    FOR REGIONAL PLANNING AND CHILD SUPPORT SERVICES. WE ALSO HAVE

9    SIGNIFICANTLY CHANGED THE WAY WE ALLOCATE PROBATION'S

10   J.J.C.P.A. FUNDS TO BE MORE INCLUSIVE OF COMMUNITY-BASED

11   DIVERSION PROGRAMS. AGAIN, SOMETHING WE DON'T NEED A CHARTER

12   TO TELL US HOW TO DO IT. WE ARE DOING IT. THE STATE IS

13   CONSIDERING MORE CHANGES TO THE J.J.C.P.A. THAT WOULD

14   SIGNIFICANTLY INVEST IN COMMUNITY-BASED PROGRAMS WITH ONLY A

15   VERY SMALL PORTION FOR LAW ENFORCEMENT. BASED ON RECENT

16   MOTIONS THROUGHOUT THIS BOARD, THE COUNTY IS UNDERGOING A

17   REVIEW AND NEEDS ASSESSMENT OF OUR A.B.109 FUNDS FOR POTENTIAL

18   CHANGE IN HOW THOSE FUNDS ARE TO BE ALLOCATED. THESE CHANGES

19   ARE PART OF A MORE THOUGHTFUL PROCESS THAT INCLUDES CRITICAL

20   STAKEHOLDER INPUT AND ENGAGEMENT AND THE ANALYSIS OF BUDGETARY

21   EXPERTS. THERE ARE ALSO POLICY DECISIONS THAT WILL REQUIRE A

22   SIMPLE MAJORITY OF THE BOARD. I BELIEVE WE HAVE MOVED IN THAT

23   DIRECTION. THE VOTERS VOTED US INTO OFFICE. AND BY DOING SO,

24   THEY'VE PUT CONFIDENCE IN OUR ABILITY TO MAKE DECISIONS BASED

25   ON WHAT WE BELIEVE IS RIGHT NOT ONLY FOR OUR RESIDENTS WITHIN

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. RIDLEY-THOMAS:** MERCY, MERCY.

2

3    **SUP. HAHN:** MERCY. AND TO BE HONEST WITH YOU, SACHI, FOR YOU TO

4    USE THE C.A.R.E.S. ACT BUDGET AS AN EXAMPLE OF FLEXIBILITY, I

5    TOO FIND IRONIC BECAUSE WE WEREN'T SPENDING THAT C.A.R.E.S.

6    MONEY. WE WEREN'T GETTING IT OUT THE DOOR. YOU HAD SUGGESTED A

7    LOT OF THAT MONEY GO TO THE SHERIFF'S DEPARTMENT, GO TO

8    BACKFILLING THE HOLES IN THE COUNTY. I OBJECTED TO THAT. I

9    SAID NO, THIS MONEY NEEDS TO GET OUT THE DOOR TO PEOPLE WHO

10   ARE HURTING, WHO ARE SUFFERING, WHO NEED THAT MONEY. AND YOU

11   HEARD US. AND ALL OF THE FIVE OF US PRESENTED WAYS THAT WE

12   THOUGHT THAT MONEY COULD BE SPENT NOW TO ACTUALLY  HELP THOSE

13   THAT WERE SUFFERING IN THE COUNTY. AGAIN, I WANT THE PUBLIC TO

14   UNDERSTAND, WE ARE NOT MAKING A DECISION TO APPROPRIATE 10

15   PERCENT OF THE N.C.C. TOWARDS THESE BUDGET PRIORITIES. WE'RE

16   ASKING THE VOTERS IN L.A. COUNTY WHETHER OR NOT THEY THINK

17   IT'S A GOOD IDEA TO REDIRECT RESOURCES TO ALL THE PRIORITIES

18   THAT MY COLLEAGUES AND I HAVE BEEN FIGHTING FOR SINCE WE HAVE

19   ALL BEEN ELECTED. YOU KNOW, THEN IT TRULY WOULD BE THE

20   PEOPLE'S BUDGET. AND I THINK THAT'S THE RIGHT THING TO DO

21   RIGHT NOW. YOU KNOW, THE SHERIFF OPENED UP OUR MEETING EARLIER

22   THIS MORNING BY SAYING HE DIDN'T THINK THAT THE PUBLIC HAD THE

23   SAME PRIORITIES AS WE DO. WELL, WE'LL SEE. WE WILL SEE WHETHER

24   OR NOT THE PUBLIC DOES AGREE WITH REDIRECTING THEIR DOLLARS

25   TOWARDS THE PRIORITIES THAT WE REALLY THINK LONG TERM WILL

# EXHIBIT 48



# THE MEETING TRANSCRIPT OF
# THE LOS ANGELES COUNTY
# BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



## Adobe Acrobat Reader

### Finding Words

You can use the Find command to find a complete word or part of a word in the current PDF document.  Acrobat Reader looks for the word by reading every word on every page in the file, including text in form fields.

### To find a word using the Find command:

1. Click the Find button **(Binoculars)**, or choose Edit > Find.
2. Enter the text to find in the text box.
3. Select search options if necessary:
   Match Whole Word Only finds only occurrences of the complete word you enter in the box.  For example, if you search for the word *stick*, the words *tick* and *sticky* will not be highlighted.

   Match Case finds only words that contain exactly the same capitalization you enter in the box.

   Find Backwards starts the search from the current page and goes backwards through the document.
4. Click Find.  Acrobat Reader finds the next occurrence of the word.

### To find the next occurrence of the word, Do one of the following:

Choose Edit > Find Again
Reopen the find dialog box, and click Find Again.
(The word must already be in the Find text box.)

## Copying and pasting text and graphics to another application

You can select text or a graphic in a PDF document, copy it to the Clipboard, and paste it into another application such as a word processor.  You can also paste text into a PDF document note or into a bookmark.  Once the selected text or graphic is on the Clipboard, you can switch to another application and paste it into another document.

**Note:  *If a font copied from a PDF document is not available on the system displaying the copied text, the font cannot be preserved.  A default font  is substituted.***

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



**To select and copy it to the clipboard:**

1.  Select the text tool T, and do one of the following:
    To select a line of text, select the first letter of the sentence or phrase and drag to the last letter.

To select multiple columns of text (horizontally), hold down Ctrl+Alt (Windows) or Option (Mac OS) as you drag across the width of the document.

To select a column of text (vertically), Hold down Ctrl+Alt (Windows) or Option+Command (Mac OS) as you drag the length of the document.

To  select all the text on the page, choose Edit > Select All.  In single page mode, all the text on the current page is selected.  In Continuous or Continuous – facing mode, most of the text in the document is selected.  When you release the mouse button, the selected text is highlighted.  To deselect the text and start over, click anywhere outside the selected text. The Select All command will not select all the text in the document.  A workaround for this (Windows) is to use the Edit > Copy command.  Choose Edit > Copy to copy the selected text to the clipboard.

2.  To view the text, choose Window > Show Clipboard

In Windows 95, the Clipboard Viewer is not installed by default and you cannot use the Show Clipboard command until it is installed.  To install the Clipboard Viewer, Choose Start > Settings > Control Panel > Add/Remove Programs, and then click the Windows Setup tab.  Double-click Accessories, check Clipboard Viewer, and click OK.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1      [REPORT OF ACTION TAKEN IN CLOSED SESSION ON

2          TUESDAY, JULY 28, 2020 ON PAGE 86]

3

4

5   **SUP. BARGER, CHAIR:** GOOD MORNING, EVERYONE. WELCOME TO THE

6   SPECIAL MEETING OF THE LOS ANGELES COUNTY BOARD OF

7   SUPERVISORS. TODAY IS TUESDAY, JULY 28TH, 2020. OUR MEETING

8   TODAY IS BEING HELD REMOTELY DUE TO THE CURRENT PUBLIC HEALTH

9   CRISIS TO PROTECT THE HEALTH OF ALL. I WILL NOW TAKE ROLL CALL

10  TO CONFIRM ATTENDANCE. PLEASE UNMUTE YOUR MIC AND RESPOND WHEN

11  YOUR NAME IS CALLED. SUPERVISOR SOLIS?

12

13  **SUP. SOLIS:** PRESENT.

14

15  **SUP. BARGER, CHAIR:** SUPERVISOR RIDLEY-THOMAS?

16

17  **SUP. RIDLEY-THOMAS:** HERE, MADAM CHAIR.

18

19  **SUP. BARGER, CHAIR:** SUPERVISOR KUEHL?

20

21  **SUP. KUEHL:** HERE, MADAM CHAIR.

22

23  **SUP. BARGER, CHAIR:** SUPERVISOR HAHN?

24

25  **SUP. HAHN:** I'M HERE.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2   **SUP. BARGER, CHAIR:** SACHI HAMAI, CHIEF EXECUTIVE OFFICER?

3

4   **FESIA DAVENPORT, C.O.O.:** SUPERVISOR, THIS IS FESIA DAVENPORT,

5   CHIEF OPERATING OFFICER, FOR SACHI HAMAI.

6

7   **SUP. BARGER, CHAIR:** THANK YOU. MARY WICKHAM, COUNTY COUNSEL?

8

9   **ATTORNEY:** HERE, PRESENT.

10

11  **SUP. BARGER, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER OF THE

12  BOARD?

13

14  **CELIA ZAVALA, E.O.:** HERE.

15

16  **SUP. BARGER, CHAIR:** THANK YOU, AS INDICATED ON THE POSTED

17  AGENDA, WE WILL BE TAKING TELEPHONIC PUBLIC COMMENTS DURING

18  TODAY'S MEETING. THE EXECUTIVE OFFICE OF THE BOARD RECEIVED

19  APPROXIMATELY 1700 WRITTEN PUBLIC COMMENTS ON TODAY'S MEETING,

20  AND AS THOSE WRITTEN COMMENTS WERE RECEIVED, ALL OF THEM WERE

21  AVAILABLE TO SUPERVISORS FOR THEIR CONSIDERATION. CONSISTENT

22  WITH THE BROWN ACT REQUIREMENTS, WE WILL CONTINUE TO RECEIVE

23  WRITTEN PUBLIC COMMENTS THROUGHOUT THE MEETING. DUE TO THE

24  NUMBER OF WRITTEN PUBLIC COMMENTS RECEIVED, WE WILL NOT BE

25  READING THE NAMES. HOWEVER, THESE COMMENTS WILL BECOME PART OF



1   **SUP. BARGER, CHAIR:** YEAH, YOU MAY WANT TO CHECK YOUR LINE,

2   SUPERVISOR HAHN. WE HAVE TIME FOR ONE MORE SPEAKER UNDER

3   PUBLIC COMMENT.

4

5   **MODERATOR:** WE HAVE DIANA SHAPIRO. PLEASE STATE WHICH ITEMS YOU

6   WILL ADDRESSING TODAY. YOU HAVE ONE MINUTE. YOU MAY BEGIN.

7

8   **DIANA SHAPIRO:** HI, MY NAME IS DIANA FROM INNER CITY STRUGGLE,

9   AND I'D LIKE TO SPEAK ON AGENDA ITEMS 2 AND 3, AND I'D LIKE TO

10  SPEAK ON GENERAL PUBLIC COMMENT. I AM A RESIDENT ON DISTRICT 1

11  AND SUPPORT THESE MOTIONS BECAUSE I REIMAGINE L.A. COUNTY WHO

12  HAS PRIORITIZED MENTAL HEALTH PROGRAMS, SCHOOLS, AND YOUTH

13  PROGRAMS. RIGHT NOW, L.A. COUNTY'S BUDGET ARE UNRELIABLE AND

14  UNFAIR. THEY DO NOT ADDRESS THE NEEDS OF OUR VULNERABLE

15  POPULATIONS. A REIMAGINE L.A. BALLOT MEASURE WILL MAKE SURE

16  L.A.'S BUDGET ALWAYS PROVIDES BALLOT ASSISTANCE SUPPORT TO

17  PEOPLE WHO NEED IT. THANK YOU.

18

19  **SUP. BARGER, CHAIR:** THANK YOU. THAT COMPLETES OUR TIME FOR

20  PUBLIC COMMENT. THANK YOU TO ALL THAT CALLED IN TO SPEAK. IF

21  YOU WERE UNABLE TO PROVIDE YOUR COMMENTS, YOU MAY SUBMIT

22  WRITTEN COMMENTS AS INDICATED ON THE AGENDA. WE WILL CONTINUE

23  TO ACCEPT ALL WRITTEN COMMENTS THAT COME IN DURING THE

24  MEETING, WHICH WILL BE PART OF THE RECORD. WE WILL NOW HEAR

25  FROM THE SHERIFF, WHO REQUESTED TIME TO ADDRESS THE BOARD.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  SHERIFF, YOU WILL HAVE FIVE MINUTES TO ADDRESS THE BOARD

2  AGENDA ITEMS. SHERIFF?

3

4  **SHERIFF VILLANUEVA:** WELL, THANK YOU FOR THE OPPORTUNITY TO

5  ADDRESS THE BOARD ON THIS ISSUE. FIRST, I WANT TO DISCUSS THE

6  TITLE BECAUSE ANY BALLOT MEASURE TYPICALLY THAT IS SUCCESSFUL

7  THAT DOESN'T DO WHAT IT SAYS IT DOES, IT INVOLVES A TITLE THAT

8  CAN BE CAN DECEPTIVE. SO IF YOUR TITLE IS COMMUNITY

9  INVESTMENT IN ALTERNATIVES TO INCARCERATION MINIMUM COUNTY

10  BUDGET ALLOCATION, YOU'RE REALLY NOT SAYING IN THE TITLE THAT

11  YOU'RE GOING TO BE DEFUNDING LAW ENFORCEMENT, PROSECUTORS, AND

12  THE PUBLIC SAFETY OF L.A. COUNTY. AND THAT IS YOUR CHOICE ON

13  THE TITLE. THAT IS OF CONCERN BECAUSE THE TITLE ITSELF IS

14  DECEPTIVE. NOW, I'M LOOKING AT THE FUNDING OF THE COUNTY

15  BECAUSE I KNOW THIS IS MISTAKE WOULD BRING ABOUT THE

16  APPROPRIATE LEVEL OF BUDGETING AND FAIRNESS AS WE HEARD A LOT

17  OF SPEAKERS, BUT I'M SEEING THE MENTAL HEALTH FROM THE COUNTY

18  BUDGET IS $2.8 BILLION DOLLARS. HOMELESS HOUSING, $119 BILLION

19  DOLLARS. PUBLIC SOCIAL SERVICES $4.4 BILLION. PUBLIC HEALTH,

20  $1.2 BILLION. DIVERSION AND REENTRY $127.7 MILLION. CHILDREN

21  AND FAMILY SERVICES, THAT'S AT $2.8 BILLION. LOOKING AT CHILD

22  SUPPORT SERVICES, $195 MILLION. HEALTH SERVICES, $8.5 BILLION.

23  WORKFORCE DEVELOPMENT, $91 MILLION. THEN I GO TO MEASURE H

24  FUNDING FOR THE LAST FISCAL YEAR WAS OVER $400 MILLION. AND

25  THAT IS FOR HOMELESS, FOR HOUSING SUPPORT. I LOOK AT THE COST

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   OF K-12 EDUCATION IN L.A. COUNTY, AND IN TODAY'S DOLLARS FOR

2   K-12 ALONE, THAT IS $18 BILLION WE'RE SPENDING ON EDUCATION,

3   ALSO KNOWN AS COMMUNITY-BASED YOUTH DEVELOPMENT PROGRAMS. I'M

4   ALSO LOOKING AT THE COST OF OUR COMMUNITY COLLEGE DISTRICTS.

5   THERE'S 12 COMMUNITY COLLEGE DISTRICTS IN LOS ANGELES COUNTY,

6   AND THEIR COMBINED BUDGET HAS GOT TO BE SOMEWHERE UPWARDS OF

7   $10 BILLION COMBINED, AND THAT ALSO PROVIDES NOT ONLY

8   [INDISCERNIBLE] PORTION BUT ALSO JOB TRAINING AND VOCATIONAL

9   CAREER PATHS. SO WE ARE SPENDING A HUGE AMOUNT OF SUMS IN ALL

10  THESE THINGS, BUT THIS BALLOT MEASURE IS TARGETING

11  SPECIFICALLY THE FUNDS THAT GO TOWARDS LAW ENFORCEMENT. I'VE

12  BEEN HEARING A LOT OF ISSUES, BUT NOW I GO THE ACTUAL BALLOT

13  MEASURE, AND I'M LOOKING AT THE PROGRAMS ON THIS. COMMUNITY-

14  BASED YOUTH DEVELOPMENT PROGRAMS, AS I ALREADY MENTIONED. JOB

15  TRAINING AND JOBS FOR INCOME RESIDENTS, ESPECIALLY

16  CONSTRUCTION JOBS. RENT ASSISTANCE. HOUSING VOUCHERS. CAPITAL

17  FUNDING FOR TRANSITIONAL HOUSING. COMMUNITY-BASED RESTORATIVE

18  JUSTICE PROGRAMS. PRE-TRIAL NON-CUSTODY SERVICES AND

19  TREATMENT. COMMUNITY-BASED HEALTH SERVICES. HEALTH PROMOTION.

20  NONCUSTODIAL DIVERSION AND REENTRY PROGRAMS INCLUDING HOUSING

21  AND SERVICES. I THINK THE TAXPAYERS ARE GOING TO ASK WHY AM I

22  SPENDING BILLIONS AND BILLIONS OF DOLLARS IN ALL OF THESE

23  PROGRAMS THAT ARE IN YOUR BALLOT MEASURE ONLY TO TAKE AWAY

24  FROM LAW ENFORCEMENT, FROM PUBLIC SAFETY, THE ONLY LAST

25  MEASURE AVAILABLE TO KEEP PEOPLE ACCOUNTABLE FOR COMMITTING

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    VIOLENT CRIMES THAT HARMS THE PUBLIC. AND I'M HEARING A LOT OF

2    LANGUAGE ABOUT THE OFFENDERS AND HOW THEY'RE VICTIMS AND

3    THEY'RE NOT OFFENDERS AND SOMEHOW THEY'RE HARMED BY THE

4    SYSTEM. AND I AM LIKE EVERYBODY ELSE WILL FULLY AGREE THAT

5    THOSE THAT SUFFER FROM DRUG ABUSE ISSUES, SUBSTANCE ABUSE

6    ISSUES, THOSE THAT SUFFER FROM MENTAL ILLNESS, THEY NEED TO BE

7    TAKEN CARE OF. WE NEED PROVIDE FOR THEM. BY ALL MEANS, THERE

8    IS NO DISAGREEMENT ON THAT. HOWEVER ROBBING PETER PAY PAUL IS

9    NOT GOING TO BE THE SOLUTION BECAUSE ALL YOU'RE DOING IS

10   YOU'RE CREATING A NEW GENERATION OF VICTIMS THAT HAVE NO

11   RECOURSE. THAT SAFETY NET THAT KEEPS VICTIMS OF DOMESTIC

12   VIOLENCE WILL DISAPPEAR. WHO DO YOU THINK ENFORCES DOMESTIC

13   VIOLENCE RESTRAINING ORDERS? THAT'S LAW ENFORCEMENT THAT DOES

14   THAT. AND WHEN YOU START WITHDRAWING LAW ENFORCEMENT SERVICE

15   FROM THE COMMUNITY, WELL THAT'S WHAT'S GOING HAPPEN. THEY'RE

16   NOT GOING TO BE THERE ANYMORE. NOW, ALL OF YOU GOT AN AWFUL

17   LOT OF INFORMATION ABOUT WITHDRAWING OR CLOSING DOWN ALTADENA

18   AND MARINA DEL REY STATIONS. YOU HEARD A LOT FROM BOTH

19   COMMUNITIES. AND THAT WILL MAKE IT A CERTAINTY THAT THOSE

20   STATIONS WILL BE CLOSED. ADDITIONALLY, SOUTH L.A. STATION,

21   EAST L.A., AND CENTURY STATION WILL FACE MASSIVE CURTAILMENTS

22   AS WELL BECAUSE $173 MILLION, THAT MEANS A LOSS OF 1,020 JOBS.

23   BY THE WAY, THOSE JOBS THAT WILL BE LOST WILL BE AFRICAN

24   AMERICAN AND LATINO EMPLOYEES BECAUSE THOSE ARE THE ONES THAT

25   WE'VE BEEN HIRING EVER SINCE I'VE BEEN IN THE OFFICE. THEY ARE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THE ONES, THE LAST HIRED ARE THE FIRST FIRED. YES, I GUESS

2   THEY CAN GET A CONSTRUCTION JOB IF THEY GET LAID OFF FROM

3   THEIR CURRENT JOB, IF WE'RE FOLLOWING YOUR LOGIC, BUT THAT

4   DOES NOT MAKE SENSE. SO THERE IS A DIRECT IMPACT ON THIS. NOW,

5   MY CONCERN, TOO, IS THIS WHOLE ISSUE ABOUT --

6

7   **SUP. BARGER, CHAIR:** SHERIFF VILLANUEVA, I'M GOING TO GIVE YOU

8   ONE MINUTE TO WRAP IT UP, PLEASE.

9

10  **SHERIFF VILLANUEVA:** ALL RIGHT. I THANK YOU THERE. I JUST WANT

11  TO TOUCH ON THIS COMMUNITY-BASED RESTORATIVE JUSTICE PROGRAM.

12  IT SEEMS LIKE THE INCARCERATED OR FORMERLY INCARCERATED HAVE

13  CO-OPTED THE TERM RESTORATIVE JUSTICE. THE WHOLE IDEA OF

14  RESTORATIVE JUSTICE IS YOU MAKE THE VICTIM WHOLE. YES. AND WE

15  TRY TO FIND A WAY TO KEEP THE OFFENDER AS A MEMBER, A

16  CONTRIBUTING MEMBER OF SOCIETY, BUT THAT IS SECONDARY TO

17  MAKING THE VICTIM WHOLE AGAIN. SOMEHOW THE VICTIM HAS BEEN

18  ERASED FROM THE EQUATION. AND IT'S ALL ABOUT THE OFFENDER.

19  ANYWAY, YOU'RE GOING TO HAVE YOUR OWN CHALLENGES WITH THE

20  CONSTITUTIONALITY OF THIS, THE FACT THAT THERE WAS NO MEET AND

21  CONFER AND THE MASSIVE IMPACT THIS IS GOING TO HAVE ON

22  CERTIFIED BARGAINING UNITS THAT YOU HAVE TO REPRESENT THEIR

23  INTERESTS. SO, THAT'S THE IMPACT FROM MY PERSPECTIVE. AND IF

24  THIS IS SUCH AN IMPORTANT MEASURE, I SAY WHY DON'T YOU LET THE

25  PEOPLE THAT WANT TO DRIVE THIS GET THE SIGNATURES AND PUT IT

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   ON THE BALLOT, AND WE'LL HAVE ENOUGH TIME TO FULLY UNDERSTAND

2   THE IMPACT OF THIS AND HOW IT'S GOING TO HARM PUBLIC SAFETY.

3   ALL RIGHT? AND THAT IS TRULY REIMAGINING L.A. COUNTY. THANK

4   YOU.

5

6   **SUP. BARGER, CHAIR:** THANK YOU, SHERIFF. WITH THAT, WE ARE

7   GOING TO MOVE ON TO THE HELD ITEMS. ITEM 1, WHICH IS RELATED

8   TO ITEMS 2 AND 3, THE REPORT ON PROCESS TO PLACE THE COUNTY

9   CHARTER AMENDMENT ON THE NOVEMBER 3RD, 2020 STATEWIDE GENERAL

10  ELECTION. THIS ITEM WILL BE A RECEIVE AND FILE. ON ITEM NUMBER

11  2, THE ORDINANCE AND PROCLAMATION FOR SPECIAL ELECTION AND

12  ITEM NUMBER 3, THE RESOLUTION CALLING FOR AND GIVING NOTICE OF

13  A SPECIAL ELECTION ARE BEFORE US. MADAM EXECUTIVE OFFICER,

14  PLEASE READ IN THE SHORT TITLE FOR THE  ORDINANCE FOR

15  INTRODUCTION.

16

17  **CELIA ZAVALA, E.O.:** ITEM 2 IS AN ORDINANCE FOR INTRODUCTION

18  CALLING A SPECIAL ELECTION TO BE HELD ON NOVEMBER 3RD, 2020

19  FOR THE PURPOSE OF VOTING UPON AN AMENDMENT TO THE LOS ANGELES

20  COUNTY CHARTER, WHICH WILL ANNUALLY ALLOCATE IN THE COUNTY'S

21  BUDGET NO LESS THAN 10 PERCENT OF THE COUNTY'S LOCAL GENERATED

22  UNRESTRICTED REVENUES IN THE GENERAL FUND TO ADDRESS THE

23  DISPROPORTIONATE IMPACT OF RACIAL INJUSTICE THROUGH COMMUNITY

24  INVESTMENTS AND ALTERNATIVES TO INCARCERATION AND PROHIBIT

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   CRIMINAL JUSTICE SYSTEM. WITH THE BENEFIT OF THAT UNWAVERING

2   COMMUNITY SUPPORT, TOGETHER WE HAVE CANCELED PLANS FOR

3   EXPANDING INCARCERATION, WHICH ALIGNS WITH OUR CARE FIRST AND

4   JAIL LAST VISION. WE HAVE AN EXECUTIVE STEERING COMMITTEE WHO

5   WILL BE LOOKING AT CLOSING MEN'S CENTRAL JAIL WITHIN A YEAR,

6   WHILE EVALUATING RIGHTSIZING THE OTHER SIX JAILS IN THE L.A.

7   JUSTICE SYSTEM THAT CURRENTLY EXIST. WE'RE MOVING TO A NEW

8   REALITY WITH THE RESTORATIVE CARE VILLAGES THAT WILL PROVIDE

9   RESOURCES AND WRAPAROUND SERVICES FOR OUR MOST VULNERABLE

10  ANGELENOS. AND WE'VE TAKEN EXTRAORDINARY ACTION TO DECREASE

11  THE JAIL POPULATION. AND THAT'S ONE KUDO I WILL GIVE TO THE

12  SHERIFF, THAT HE WAS ABLE DO THAT DRAMATICALLY TO BRING THAT

13  NUMBER DOWN TO 5,000 PEOPLE AND WILL CONTINUE TO EVALUATE THE

14  REMAINING POPULATION AS 40 TO 60 PERCENT OF THE PEOPLE THAT

15  ARE IN CURRENT CUSTODY HAVE SOME LEVEL OF MENTAL HEALTH NEED,

16  AND THEY SHOULD NOT BE IN THAT JAIL. WE'RE DEMANDING

17  TRANSPARENCY AND ACCOUNTABILITY AND FOR ALL OUR LAW

18  ENFORCEMENT AGENCIES. AND WE'RE DRIVING THESE POLICIES THAT

19  UPHOLD RACIAL EQUITY AND TO PUT THE HEALTH AND WELL-BEING OF

20  OUR MOST VULNERABLE RESIDENTS FIRST. WE ALL KNOW THAT THIS

21  ISN'T GOING TO CURE ALL, BUT WE HAVE TO START TO REIMAGINE

22  L.A. COUNTY BY SHIFTING OUR BUDGET PRIORITIES TO HELP OUR

23  YOUTH BY PROVIDING FUNDS FOR YOUTH DEVELOPMENT PROGRAMS, JOB

24  TRAINING FOR LOW INCOME RESIDENTS, AND TO IMPLEMENT

25  ALTERNATIVES TO INCARCERATION, AND TO FUND AFFORDABLE HOUSING

VILLANUEVA v. COUNTY OF LOS ANGELES, et al.        USDC CASE NO.:  2:24  cv 04979 SVW (JC)

## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

I am an employee in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard, Los Angeles, California 90049.

On April 28, 2025, I served the foregoing document, described as **"PLAINTIFF ALEX VILLANUEVA'S APPENDIX OF EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION, VOLUME 4 OF 5,"** on all interested parties in this action addressed as follows:

**Louis R. Miller (State Bar No. 54141)**
**smiller@millerbarondess.com**
**Jason H. Tokoro (State Bar No. 252345)**
**jtokoro@millerbarondess.com**
**Steven G. Williamson (State Bar No. 343842)**
**swilliamson@millerbarondess.com**
**MILLER BARONDESS, LLP**
**2121 Avenue of the Stars, Suite 2600**
**Los Angeles, California 90067**

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒     **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2025, at Los Angeles, California.

_____
Amelia Sanchez