1  Carney R. Shegerian, Esq., State Bar No. 150461
   CShegerian@Shegerianlaw.com
2  Mahru Madjidi, Esq., State Bar No. 297906
   MMadjidi@Shegerianlaw.com
3  Alex DiBona, Esq., State Bar No. 265744
   ADiBona@shegerianlaw.com
4  SHEGERIAN & ASSOCIATES, INC.
   320 North Larchmont Boulevard
5  Los Angeles, CA 90004
   Telephone Number:  (310) 860 0770
6  Facsimile Number:   (310) 860 0771

7  Attorneys for Plaintiff,
   ALEX VILLANUEVA

8

9            UNITED STATES DISTRICT COURT

10    CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12 ALEX VILLANUEVA,                    Case No.:  2:24  cv 04979 SVW (JC)

13          Plaintiff,                 **The Honorable Stephen V. Wilson**

14                                     **PLAINTIFF ALEX VILLANUEVA'S**
   vs.                                 **APPENDIX OF EXHIBITS IN**
15                                     **OPPOSITION TO DEFENDANTS'**
   COUNTY OF LOS ANGELES,              **MOTION FOR SUMMARY JUDGMENT**
16 COUNTY OF LOS ANGELES               **OR, IN THE ALTERNATIVE,**
   SHERIFF'S DEPARTMENT, LOS           **SUMMARY ADJUDICATION, VOLUME**
17 ANGELES COUNTY BOARD OF             **1 OF 6**
   SUPERVISORS, COUNTY EQUITY
18 OVERSIGHT PANEL, LOS
   ANGELES COUNTY OFFICE OF
19 INSPECTOR GENERAL,
   CONSTANCE KOMOROSKI,
20 MERCEDES CRUZ, ROBERTA
   YANG, LAURA LECRIVAIN,
21 SERGIO V. ESCOBEDO, RON
   KOPPERUD, ROBERT G. LUNA,
22 MAX-GUSTAF HUNTSMAN,
   ESTHER LIM, and DOES 1 to 100,
23 inclusive,                          Date:    May 19, 2025
                                       Time:    1:30 p,m.
24                                     Dept.:   10A
          Defendants.
25                                     Trial Date:     June 3, 2025
                                       Action Filed:  June 13. 2024
26

27

28

─────────────────────────────────────

# TABLE OF CONTENTS

| No. | Declaration |
|-----|-------------|
| 1 | Declaration of Alex Villanueva |
| 2 | Declaration of Alex DiBona, Esq. |

| Exhibit[1] | Evidence |
|-----------|----------|
| 1 | Los Angeles County Board of Supervisors Motion "Report Regarding Options for Removing the Sheriff" Dated October 27, 2020 |
| 2 | Ordinance allowing Office of Inspector General to Issue Subpoenas written by Veronica Pawlowski dated January 21, 2020 |
| 3 | Email from Vanessa Chow to John Satterfield and Alex Villanueva regarding FBI Briefing on Fulgent dated February 1, 2022 |
| 4 | Letter from Alex Villanueva to Hilda Solis Entitled Ethical Violations of First District Justice Deputy dated February 9, 2021 |
| 5 | "Tweets" from Ester Lim attached to February 9, 2021 letter |
| 6 | Letter from Alex Villanueva to County Counsel asking for Defense in Fulgent Lawsuit dated January 31, 2022 |
| 7 | Denial of Counsel to Alex Villaneuva from Los Angeles County Counsel dated February 15, 2022 |

---

[1] Volume I includes Exhibit Nos. 1-17;

Volume II includes Exhibit Nos. 18-30;

Volume III includes Exhibit Nos. 31-40;

Volume IV includes Exhibit Nos. 41-48;

Volume V includes Exhibit Nos. 49-66;

PLAINTIFF'S APPENDIX OF EXHIBITS

| Exhibit[1] | Evidence |
|---|---|
| 8 | Letter from Alex Villanueva to Hilda Solis Entitled Ethical Violations of First District Justice Deputy dated March 4, 2022 |
| 9 | Email from Ester Lim to Hilda Solis's Chief of Staff Cindy Chen dated March 8, 2022 |
| 10 | Ester Lim's Letter to Vicky Bane, Executive Director of the County Equity Oversight Panel for the County of Los Angeles dated March 8, 2022 |
| 11 | Ester Lim's submitted online complaint regarding Alex Villanueva dated March 08, 2022 |
| 12 | Texts between Ester Lim and Max Huntsman Re their complaints dated sometime in March 2022. |
| 13 | Letter from Alex Villanueva to Board of Supervisors Opposing Ballot Measure J dated July 11, 2022 |
| 14 | July 12, 2022 Motion of the Los Angeles Board of Supervisors to Place Ballot Measure for the Los Angeles County Board of Supervisors to remove Sheriff by 4/5 vote. |
| 15 | January 4, 2023 Letter from Ron Kopperud to Alex Villanueva regarding request for Interview |
| 16 | Email Chain between Alex Villanueva and Christine Diaz Herrera dated January 9, 2023 to March 10, 2023 |
| 17 | Internal Affairs Bureau "Stacked" Case Filed for Ester Lim's Complaint regarding Alex Villanueva completed October 2, 2023 |
| 18 | Internal Affairs Bureau "Stacked" Case Filed for Max Huntsman's Complaint regarding Alex Villanueva completed October 2, 2023 |
| 19 | Internal Affairs Bureau Investigator's Log regarding Ester Lim's Ester |

| Exhibit[1] | Evidence |
|---|---|
| | Lim's Complaint regarding Alex Villanueva completed October 2, 2023 |
| 20 | Internal Affairs Bureau Investigator's Log regarding Max Huntsman Complaint regarding Alex Villanueva completed October 2, 2023 |
| 21 | Letter from Sergio Escobedo to County Equity Oversight Panel on Charges Founded dated October 17, 2023 |
| 22 | Texts between Ester Lim and Max Huntsman Re wanting their complaint of Alex Villanueva to go public in December 2023 |
| 23 | Desk Plaque for Max Huntsman and Max Hunts Professional Profile. |
| 24 | Devanne, Ann, relevant deposition excerpts |
| 25 | Diaz Herrera, Christian, relevant deposition excerpts |
| 26 | Komoroski, Constance, relevant deposition excerpts |
| 27 | Pawlowski, Veronica, relevant deposition excerpts |
| 28 | Murakami, Timothy, relevant deposition excerpts |
| 29 | Escobedo, Sergia, relevant deposition excerpts |
| 30 | Lilienfeld, Mark, relevant deposition excerpts |
| 31 | Lim, Ester, relevant deposition excerpts |
| 32 | Huntsman, Max, relevant deposition excerpts |
| 33 | Cruz, Mercedes, relevant deposition excerpts |
| 34 | Lecrevian, Laura, relevant deposition excerpts |
| 35 | Coates, Kyla, relevant deposition excerpts |
| 36 | Yang, Roberta, relevant deposition excerpts |
| 37 | 12/18/2018 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |

| Exhibit[1] | Evidence |
|---|---|
| 38 | 1/29/219 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 39 | 08/13/19 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 40 | 10-01-19 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 41 | 10/15/19 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 42 | 01/28/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 43 | 03/31/30 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 44 | 04/28/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 45 | 06/29/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 46 | 07/07/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 47 | 07/21/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 48 | 07/28/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 49 | 08/04/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 50 | 09/01/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |

PLAINTIFF'S APPENDIX OF EXHIBITS

| Exhibit[1] | Evidence |
|---|---|
| 51 | 09/15/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 52 | 10/13/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 53 | 10/27/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 54 | 11/10/20 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 55 | 01/26/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 56 | 05/04/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 57 | 05/18/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 58 | 05/19/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 59 | 06/22/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 60 | 07/27/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 61 | 08/10/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 62 | 09/28/21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |

PLAINTIFF'S APPENDIX OF EXHIBITS

| Exhibit[1] | Evidence |
|---|---|
| 63 | 12-07-21 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 64 | 02/15/22 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 65 | 03/01/22 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |
| 66 | 07/12/22 Relevant Excerpts of the Transcript of the Los Angeles County Board of Supervisors |

Dated:  April 28, 2025          SHEGERIAN & ASSOCIATES, INC.

                               By: _____
                                   Alex DiBona, Esq.

                                   Attorneys for Plaintiff,
                                   ALEX VILLANUEVA

# EXHIBIT 49



# THE MEETING TRANSCRIPT OF
# THE LOS ANGELES COUNTY
# BOARD OF SUPERVISORS

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



## Adobe Acrobat Reader

### Finding Words

You can use the Find command to find a complete word or part of a word in the current PDF document.  Acrobat Reader looks for the word by reading every word on every page in the file, including text in form fields.

### To find a word using the Find command:

1. Click the Find button **(Binoculars)**, or choose Edit > Find.
2. Enter the text to find in the text box.
3. Select search options if necessary:
   Match Whole Word Only finds only occurrences of the complete word you enter in the box.  For example, if you search for the word *stick*, the words *tick* and *sticky* will not be highlighted.

   Match Case finds only words that contain exactly the same capitalization you enter in the box.

   Find Backwards starts the search from the current page and goes backwards through the document.
4. Click Find.  Acrobat Reader finds the next occurrence of the word.

### To find the next occurrence of the word, Do one of the following:

Choose Edit > Find Again
Reopen the find dialog box, and click Find Again.
(The word must already be in the Find text box.)

## Copying and pasting text and graphics to another application

You can select text or a graphic in a PDF document, copy it to the Clipboard, and paste it into another application such as a word processor.  You can also paste text into a PDF document note or into a bookmark.  Once the selected text or graphic is on the Clipboard, you can switch to another application and paste it into another document.

**Note:  *If a font copied from a PDF document is not available on the system displaying the copied text, the font cannot be preserved.  A default font  is substituted.***

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



**To select and copy it to the clipboard:**

1.   Select the text tool T, and do one of the following:
    To select a line of text, select the first letter of the sentence or phrase and drag to
    the last letter.

To select multiple columns of text (horizontally), hold down Ctrl+Alt (Windows) or Option
(Mac OS) as you drag across the width of the document.

To select a column of text (vertically), Hold down Ctrl+Alt (Windows) or Option+Command
(Mac OS) as you drag the length of the document.

To  select all the text on the page, choose Edit > Select All.  In single page mode, all the text
on the current page is selected.  In Continuous or Continuous – facing mode, most of the text
in the document is selected.  When you release the mouse button, the selected text is
highlighted.  To deselect the text and start over, click anywhere outside the selected text.
The Select All command will not select all the text in the document.  A workaround for this
(Windows) is to use the Edit > Copy command.  Choose Edit > Copy to copy the selected
text to the clipboard.

2.   To view the text, choose Window > Show Clipboard

In Windows 95, the Clipboard Viewer is not installed by default and you cannot use the
Show Clipboard command until it is installed.  To install the Clipboard Viewer, Choose
Start > Settings > Control Panel > Add/Remove Programs, and then click the Windows
Setup tab.  Double-click Accessories, check Clipboard Viewer, and click OK.

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    [REPORT OF ACTION TAKEN IN CLOSED SESSION ON

2         TUESDAY, AUGUST 4, 2020 ON PAGE 246]

3

4

5    **SUP. BARGER, CHAIR:** GOOD MORNING, EVERYONE. WELCOME TO THE

6    REGULARLY SCHEDULED MEETING OF THE LOS ANGELES COUNTY BOARD OF

7    SUPERVISORS. TODAY IS AUGUST 4, 2020. THE MEETING TODAY IS

8    BEING HELD REMOTELY, DUE TO THE CURRENT PUBLIC HEALTH CRISIS,

9    TO PROTECT THE HEALTH OF ALL. I WILL NOW TAKE ROLL CALL TO

10   CONFIRM ATTENDANCE. PLEASE UNMUTE YOUR MIC AND RESPOND WHEN

11   YOUR NAME IS CALLED. SUPERVISOR SOLIS?

12

13   **>SUP. SOLIS:** PRESENT.

14

15   **SUP. BARGER, CHAIR:** SUPERVISOR RIDLEY-THOMAS?

16

17   **SUP. RIDLEY-THOMAS:** HERE.

18

19   **SUP. BARGER, CHAIR:** SUPERVISOR KUEHL?

20

21   **SUP. KUEHL:** HERE.

22

23   **SUP. BARGER, CHAIR:** SUPERVISOR HAHN?

24

25   **SUP. HAHN:** I'M HERE.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1

2    **SUP. BARGER, CHAIR:** FESIA DAVENPORT, CHIEF OPERATING OFFICER?

3

4    **FESIA DAVENPORT:** I'M HERE.

5

6    **SUP. BARGER, CHAIR:** MARY WICKHAM, COUNTY COUNSEL?

7

8    **MARY WICKHAM:** PRESENT.

9

10   **SUP. BARGER, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER OF THE

11   BOARD?

12

13   **CELIA ZAVALA, E.O.:** HERE.

14

15   **SUP. BARGER, CHAIR:** AS INDICATED ON THE POSTED AGENDA, WE WILL

16   BE TAKING TELEPHONIC PUBLIC COMMENT SEPARATELY FROM REGULAR

17   AGENDA ITEMS AND PUBLIC HEARING ITEMS DURING TODAY'S MEETING.

18   THE EXECUTIVE OFFICE OF THE BOARD RECEIVED OVER 6400 WRITTEN

19   PUBLIC COMMENTS FOR TODAY'S MEETING, AND AS THOSE WRITTEN

20   COMMENTS WERE RECEIVED, ALL OF THEM WERE AVAILABLE TO THE

21   SUPERVISORS FOR THEIR CONSIDERATION, CONSISTENT WITH THE BROWN

22   ACT REQUIREMENTS. WE WILL CONTINUE TO RECEIVE WRITTEN PUBLIC

23   COMMENTS THROUGHOUT THE MEETING. DUE TO THE NUMBER OF WRITTEN

24   PUBLIC COMMENTS RECEIVED, WE WILL NOT BE READING THE NAMES.

25   HOWEVER, THESE COMMENTS WILL BECOME PART OF THE OFFICIAL

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   FUNDING TO MEET THE NEEDS OF CALIFORNIA FAMILIES. THE 90,000

2   MEMBERS OF  S.E.I.U. 721 URGE YOU TO DO THE RIGHT THING TODAY.

3   PROP 15 DESERVES YOUR SUPPORT. THANK YOU. ON ITEM 75-I, I

4   WOULD LIKE TO SAY S.E.I.U. 721 SUPPORTS THE EFFORTS TO PROVIDE

5   TRAINING PATHWAYS TO EMPLOYMENT [INAUDIBLE] TO THIS COUNTY. WE

6   SUPPORT THE CREATION OF JOBS IN THE ASSESSOR'S OFFICE, A

7   REVENUE-GENERATING DEPARTMENT IN WHICH INVESTMENTS MAY PRODUCE

8   LONG-TERM FINANCIAL BENEFITS TO L.A. COUNTY. IF THE VOTERS IN

9   LOS ANGELES APPROVE PROPOSITION 15, THE COMMERCIAL PROPERTY

10  TAX REFORM MEASURE IN NOVEMBER, INVESTMENT IN THE ASSESSOR'S

11  OFFICE TRAINING PROGRAM WILL LOOK PARTICULARLY PRESCIENT.

12  THANK YOU.

13

14  **SPEAKER:** THANK YOU. MADAM CHAIR, THAT NOW COMPLETES AN HOUR OF

15  PUBLIC COMMENT TESTIMONY.

16

17  **SUP. BARGER, CHAIR:** THANK YOU. OUR TIME FOR PUBLIC SPEAKERS

18  HAS ENDED. THANK YOU ALL THAT CALLED IN TO SPEAK. IF YOU WERE

19  UNABLE TO PROVIDE YOUR COMMENTS, YOU MAY SUBMIT WRITTEN

20  COMMENTS, AS INDICATED ON THE AGENDA. WE WILL CONTINUE TO

21  ACCEPT ALL WRITTEN COMMENTS THAT COME IN DURING THE MEETING,

22  WHICH WILL BECOME PART OF THE RECORD. WE WILL NOW HEAR FROM

23  SHERIFF VILLANUEVA, WHO REQUESTED TO ADDRESS THE BOARD.

24  SHERIFF, YOU WILL HAVE 5 MINUTES TO ADDRESS THESE ITEMS.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SHERIFF VILLANUEVA:** THANK YOU, SUPERVISOR BARGER. I WANT TO

2   ADDRESS ITEMS 3 AND 4, AND A LETTER WE RECEIVED FROM THE

3   C.E.O.'S OFFICE YESTERDAY. ON ITEM NUMBER 3, DATA COLLECTION

4   TO SUPPORT PRETRIAL REFORM IN L.A. COUNTY, IT SAYS DOWN THE

5   LINE HERE THAT "JUSTICE INVOLVEMENT OUTCOMES FOR DEFENDANTS

6   DURING THEIR CASE ADJUDICATION AND AFTER  ADJUDICATION SINCE

7   THE START OF THE C.O.V.I.D.-19 PANDEMIC," AND "WHAT ASSISTANCE

8   WAS PROVIDED TO THOSE RELEASED PRETRIAL." AND MY CONCERN ON

9   THIS ITEM IS THE SAME THAT I SHARE WITH ITEM NUMBER 4,

10  CREATION OF CRIMINAL JUSTICE DATA SHARING INITIATIVE IN LOS

11  ANGELES COUNTY. IT'S SAYING THAT IT IS GOING TO "START

12  COLLECTING, ANALYZING, AND PUBLISHING DATA THAT IS CURRENTLY

13  AND REASONABLY ACCESSIBLE ABOUT THE JUSTICE-IMPACTED

14  POPULATION." AND IT SAYS, "DEVELOP A LONG-TERM PLAN FOR

15  COLLECTION, ANALYSIS, AND PUBLICATION OF CRIMINAL JUSTICE

16  DIVERSION AND HEALTH DATA THAT INCLUDES INDIVIDUAL-LEVEL DATA"

17  HERE IN LOS ANGELES COUNTY. AND MY CONCERN ON BOTH OF THESE, 3

18  AND 4, IS, NONE OF THEM SAY ANYTHING ABOUT WHAT HAPPENS TO THE

19  VICTIMS, IF THE VICTIMS ARE INVOLUNTARILY INVOLVED IN THE

20  JUSTICE SYSTEM, AND, AS A RESULT OF THEIR INVOLUNTARY

21  INVOLVEMENT, THEY SUFFER HORRENDOUS THINGS, UP TO AND

22  INCLUDING DEATH, AS WHAT HAPPENED WITH ISABELA CORTEZ. THAT

23  WAS A PRETRIAL DETAINEE WHO WAS RELEASED, BASED ON THE ZERO

24  BAIL SCHEDULING. AND RATHER THAN JUST DISMISS HER DEATH AS A

25  NEGATIVE OUTCOME BASED ON PREVIOUS COMMENTS FROM THE OFFICE OF

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  DIVERSION AND REENTRY, THAT IS A TRAGEDY, AND THAT IS A FACE

2  OF THE TRAGEDY OF THE VICTIMS OF CRIME. AND SINCE THE BOARD

3  HAS ELECTED NOT TO REALLY TALK ABOUT VICTIMS OF CRIME AND

4  REPRESENT VICTIMS IN THE CRIMINAL JUSTICE SYSTEM, I AM DOING

5  IT FOR THEM, AND I AM HERE TO REPRESENT VICTIMS OF CRIME

6  THROUGHOUT THE COUNTY. IN THE FACE OF VICTIMS OF CRIME--

7

8  **SUP. RIDLEY-THOMAS:** MADAM CHAIR, I TAKE EXCEPTION TO THAT.

9

10 **SHERIFF VILLANUEVA:** WELL, SIR, YOU CAN TAKE ALL THE EXCEPTION

11 YOU WANT, BUT I'M LOOKING AFTER--

12

13 **SUP. RIDLEY-THOMAS:** I JUST DID. YOUR CHECK ON THE BOARD FOR

14 NOT REPRESENTING VICTIMS IS UNCALLED FOR, AND IT SHOULDN'T

15 STAND WITHOUT BEING CHALLENGED.

16

17 **SHERIFF VILLANUEVA:** WELL, YOU CAM CHALLENGE IT ALL YOU WANT,

18 SIR, BUT WHERE IS--

19

20 **SUP. RIDLEY-THOMAS:** I JUST DID.

21

22 **SHERIFF VILLANUEVA:** WHERE IS THE DATA COLLECTION ON VICTIMS?

23 WHERE IS IT? I DON'T SEE IT ON NUMBER 3 OR ON ITEM NUMBER 4.

24 IN FACT, IT IS TOTALLY ABSENT FROM THE CONVERSATION. SO I

25 WOULD BE MORE THAN HAPPY TO SUPPORT YOU IF YOU CREATE A BOARD

1    MOTION TO DISCUSS VICTIMS OF CRIME AND THEIR PLIGHT IN THE

2    CRIMINAL JUSTICE SYSTEM, AND I WILL SUPPORT YOU 100 PERCENT,

3    SUPERVISOR RIDLEY-THOMAS. ANYWAY, THAT'S ALL I HAVE TO SAY.

4

5    **SUP. BARGER, CHAIR:** THANK YOU.

6

7    **SHERIFF VILLANUEVA:** NOW, I'VE GOT ONE LAST THING. TWO LAST

8    THINGS. ONE IS THAT THIS WAS A LETTER THAT WAS IN THE L.A.

9    TIMES, A LETTER TO THE EDITOR IN THE L.A. TIMES. IT IS FROM

10   ANTHONY EDWARDS OF SYDNEY, AUSTRALIA, OFFERS A BLEAK

11   ASSESSMENT FROM AFAR: "CALIFORNIA IS AND WAS AN INTERNATIONAL

12   TOURIST DESTINATION. DISNEYLAND, THE REDWOODS IN THE NORTH,

13   THE SAN FRANCISCO BAY, SAN DIEGO-- ALL ARE PLACES I WANT TO

14   VISIT AGAIN, BUT NOT UNTIL C.O.V.I.D.-19 IS DEAD, GUN VIOLENCE

15   AND MASS SHOOTINGS ARE DOWN, AND PRESIDENT TRUMP IS HISTORY.

16   IT'S UP TO YOU HOW YOU CUT IT, BUT UNTIL YOU SHARE MORE CARE

17   AND LOVE FOR YOUR FELLOW AMERICANS, WE'RE NOT INTO YOU AT ALL.

18   I HOPE TO VISIT YOU AND MY AMERICAN FRIENDS AGAIN SOON." AND

19   THAT'S A VERY TELLING LETTER, AND THE POINT IS THAT WE RELY ON

20   TOURISM. THAT'S A HUGE PART OF THE ECONOMY OF SOUTHERN

21   CALIFORNIA AND L.A. COUNTY, SO JUST KEEP THAT IN MIND. AND

22   LAST, BUT NOT LEAST, I WAS INFORMED ON FRIDAY THAT THE BOARD,

23   THE C.E.O., HAS RENEGED ON THE BOARD MOTION THAT YOU WERE

24   GOING TO PROVIDE AND ALLOW FOR FOUR CLASSES IN THE ACADEMY,

25   AND OUR AUGUST CLASS, WHICH WAS ONE OF THE ONES THAT WE AGREED

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  TO, WAS GOING TO START ON AUGUST 10TH. HOWEVER, ON FRIDAY, ALL

2  THE ATTENDEES TO THAT CLASSROOM WERE INFORMED THAT THE CLASS

3  WAS CANCELED, WHICH NOW LEAVES 22 FORMER ACADEMY ATTENDEES,

4  THEY'RE NOW UNEMPLOYED, BECAUSE THEY GAVE THEIR TWO WEEKS'

5  NOTICE TO QUIT TO THEIR FORMER JOBS, AND THEY HAVE NO JOB TO

6  BE GOING INTO IT. SO THAT IS 22 LOSSES IN THE MAKING RIGHT

7  THERE, SO I WOULD REALLY LIKE TO HAVE THE BOARD ADDRESS, OR

8  THE C.E.O.'S OFFICE, BECAUSE I THINK WE NEED TO, IF WE MAKE A

9  DEAL, WE NEED TO STICK TO THE DEAL, AND THAT'S THE ONLY WAY.

10 OTHERWISE, WE BECOME A VERY UNSTABLE, UNRELIABLE EMPLOYER, AND

11 IT'S VERY DIFFICULT TO ATTRACT APPLICANTS IN THE FUTURE TO THE

12 DEPARTMENT. [INAUDIBLE] IN THE LONG TERM, WE'RE ALWAYS GOING

13 TO BE HIRING. WE WANT TO HIRE THE BEST TO SERVE LOS ANGELES

14 COUNTY. WHY NOT HIRE THEM FROM WITHIN LOS ANGELES COUNTY? SO,

15 IF THE C.E.O.'S OFFICE CAN ADDRESS THAT, WE'D MUCH APPRECIATE

16 IT. THANK YOU.

17

18 **SUP. BARGER, CHAIR:** THANK YOU, SHERIFF VILLANUEVA. WITH THAT,

19 MADAM EXECUTIVE OFFICER, PLEASE INDICATE THE AGENDA ITEMS THAT

20 WE WILL BE VOTING ON.

21

22 **CELIA ZAVALA, E.O.:** THE FOLLOWING ITEMS BEFORE YOU ARE ITEMS

23 1-D THROUGH 4-D, 1-P, 1, 3, 5, 7 THROUGH 9, 11 THROUGH 13, 15,

24 17 THROUGH 19, 21 AND 22; 24 AND 25, AND ON THOSE ITEMS

25 SUPERVISOR BARGER VOTES NO; 26 THROUGH 31, 44 THROUGH 54, 56,

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   THE PROGRAMS THIS CHARTER IS GOING TO MANDATE, WE HAVE

2   INVESTED FAR MORE THAN 10 PERCENT, AND THAT WAS WITHOUT HAVING

3   A CHARTER AND HAVING TO GO BEFORE THE VOTERS. SO WITH THAT, I

4   WILL REMAIN COMMITTED TO A NO.

5

6   **SUP. KUEHL:** [INAUDIBLE]

7

8   **SUP. BARGER, CHAIR:** YES, SUPERVISOR KUEHL?

9

10  **SUP. KUEHL:** THANK YOU SO MUCH. IT'S INTERESTING. I THINK THAT

11  YOU HAD SAID TO ME YOU WANTED TO HAVE THIS CONVERSATION LAST

12  WEEK, BECAUSE WE HAD SO MUCH ON THE AGENDA THIS WEEK, SO I WAS

13  KIND OF SURPRISED. BUT YOU'RE RIGHT. THIS IS THE LAST STEP

14  BEFORE THIS MAY GO ON THE BALLOT, SO WHY NOT TRY ONE MORE TIME

15  AND MAKE IT VERY CLEAR? BUT, MOST RESPECTFULLY-- AND I REALLY

16  MEAN THIS-- TAKE ISSUE WITH MANY OF THE CHARACTERIZATIONS THAT

17  YOU HAVE MADE. FIRST OF ALL, TO SAY THAT THIS IS A DANGER TO

18  OUR DEPARTMENTS DOES NOT EXHIBIT A FULL READING OF WHAT IT

19  SAYS. THIS IS TO CREATE A BASELINE MINIMUM THRESHOLD TO

20  ALLOCATE 10 PERCENT OF FLEXIBLE N.C.C., AS YOU POINTED OUT, TO

21  HOUSING AND HOMELESS SERVICES, TO MENTAL HEALTH, TO DIVERSION.

22  DO YOU KNOW WHO IS DOING THAT NOW? I MEAN, THAT IS MANY OF OUR

23  DEPARTMENTS. I CAN'T IMAGINE THAT YOU THINK THAT THE ONLY

24  IMPORTANT DEPARTMENT WOULD BE OUR SHERIFF, BECAUSE MENTAL

25  HEALTH MIGHT STAND TO GET A GOOD DEAL MORE MONEY, OR HOUSING

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
 1   AND HOMELESS SERVICES. DIVERSION, AS YOU KNOW, IS IN THE

 2   HEALTH DEPARTMENT. SO TO SAY THAT THERE IS SOME THREAT TO THE

 3   DEPARTMENTS, WHEN ALL OF THIS MONEY COULD BE ALLOCATED TO

 4   DEPARTMENTS, IF I MAY SAY SO, IT IS A BIT RIDICULOUS, AND I

 5   THINK A LITTLE INFLAMMATORY. SECONDLY, TO SAY THAT

 6   STAKEHOLDERS WERE NOT ENGAGED IN THIS, I WOULD SAY THAT,

 7   GENERALLY, STAKEHOLDERS ARE VERY RARELY ENGAGED IN MANY, MANY,

 8   MANY OF THE MOTIONS THAT WE MAKE, AND IN THIS ONE, THEY WERE

 9   TOTALLY ENGAGED. THEY WERE TALKING FOR MONTHS ABOUT THIS, IF

10   NOT WAY MORE THAN THAT. THIRDLY, TO SAY THIS LESSENS OUR

11   PARTNERSHIP WITH LABOR IS ALSO NOT ACCURATE. WE HAVE NOT

12   VIOLATED, NOR WILL WE VIOLATE, ANY OF OUR AGREEMENTS WITH OUR

13   LABOR PARTNERS. AND AGAIN, THAT'S NOT JUST A.L.A.D.S. AND

14   P.P.O.A., YOU KNOW. WE'RE TALKING ABOUT S.E.I.U., THAT

15   REPRESENTS SOCIAL WORKERS WHO ARE DEEPLY ENGAGED IN THIS WORK,

16   AND WOULDN'T MIND HAVING A LITTLE HELP. SO THIS DOESN'T TIE

17   OUR HANDS, IN A WAY; IT SIMPLY SAYS WE'D LIKE YOU TO ALLOCATE

18   THIS MONEY IN WAYS THAT HELP COMMUNITIES. AND I DON'T THINK

19   THAT THAT'S REALLY A BAD THING. IT DOESN'T TAKE ANYTHING AWAY

20   FROM OUR PRIORITIES. IT ACTUALLY EXHIBITS OUR PRIORITIES. AND,

21   YOU KNOW, THE OTHER THING IS, I WONDER THAT YOU DON'T QUESTION

22   WHY THE SHERIFF'S DEPARTMENT HASN'T TAKEN A NUMBER OF DEPUTIES

23   AWAY FROM CUSTODY AND PUT THEM OUT INTO PATROL IN THE CONTRACT

24   CITIES. I MEAN, THAT'S WHERE I'D LIKE TO SEE THEM. THAT'S

25   WHERE I ALWAYS WANTED TO SEE THEM. WE'RE DOWN 30%, IN TERMS OF
```

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   OUR JAIL POPULATION, AND WE'RE STILL NOT SEEING A REDUCTION IN

2   CUSTODY OFFICERS AND AN INCREASE IN THE CITIES. SO, YOU KNOW,

3   WHEN THE SHERIFF TALKS ABOUT HAVING TO CLOSE SOME STATION

4   SOMEWHERE, THAT'S HIS DECISION, AND HE CERTAINLY DOESN'T HAVE

5   TO DO IT. HE SHOULD BE AUGMENTING THOSE STATIONS. AND FINALLY,

6   I WANT TO SAY THAT THIS IS VERY WIDE OPEN AND NOT AS LIMITED

7   AS EVERYONE HAS INDICATED. WHEN YOU TALK ABOUT SPENDING MONEY

8   ON THESE COMMUNITY PROGRAMS, ON HOUSING AND HOMELESS SERVICES,

9   ON MENTAL HEALTH AND DIVERSION, IT GIVES A GOOD DEAL OF

10  DECISION TO THE BOARD-- TO EACH BOARD, EVERY YEAR-- AS TO WHAT

11  TO DO WITH THIS. THIS IS NOT A VERY BIG PART OF N.C.C. WHEN

12  YOU LOOK AT WHAT GOES TO ALL THE PUBLIC SAFETY AREAS, IT'S

13  LIKE 10 TIMES AS MUCH, AND IT WOULDN'T BE THREATENED BY THIS

14  10 PERCENT. SO I THINK WE, IN A WAY, SORT OF NEED TO CALM DOWN

15  A LITTLE BIT ABOUT IT, AND REALLY LOOK AT THE LANGUAGE THAT

16  WE'RE ASKING THE VOTERS TO RATIFY. YOU KNOW, THESE ARE

17  DECISIONS THAT THE BOARD IS-- OR AT LEAST 80 PERCENT OF IT, SO

18  FAR-- IS MAKING, AND I THINK IT'S A RESPONSIBLE ONE. I THANK

19  FESIA FOR POINTING OUT THE DIFFERENT WAYS IN WHICH OUR

20  SERVICES ARE FUNDED. AND I AM PROUD TO BE CASTING MY VOTE FOR

21  THIS FOR THE THIRD TIME, TO PUT THIS ON THE BALLOT AND SAY TO

22  THE VOTERS, THESE ARE OUR PRIORITIES. THIS IS WHAT WE WANT TO

23  DO WITH THE MONEY. WHAT DO YOU THINK SHOULD BE A CHARTER

24  AMENDMENT? THANK YOU, MADAM CHAIR.

25

EXHIBIT 50



# THE MEETING TRANSCRIPT OF
# THE LOS ANGELES COUNTY
# BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1          **[REPORT OF ACTION TAKEN IN CLOSED SESSION ON**

2             **TUESDAY, SEPTEMBER 1, 2020 ON PAGE 200]**

3

4

5     **SUP. BARGER, CHAIR:** GOOD MORNING, EVERYONE. WELCOME TO THE

6     REGULARLY SCHEDULED MEETING OF THE LOS ANGELES COUNTY BOARD OF

7     SUPERVISORS. TODAY IS TUESDAY, SEPTEMBER 1ST, 2020. OUR

8     MEETING TODAY IS BEING HELD REMOTELY, DUE TO THE CURRENT

9     PUBLIC HEALTH CRISIS, TO PROTECT THE HEALTH OF ALL. I WILL NOW

10    TAKE ROLL CALL TO CONFIRM ATTENDANCE. PLEASE UNMUTE YOUR MIC

11    AND RESPOND WHEN YOUR NAME IS CALLED. SUPERVISOR SOLIS?

12

13    **SUP. SOLIS:** PRESENT.

14

15    **SUP. BARGER, CHAIR:** SUPERVISOR RIDLEY-THOMAS? SUPERVISOR

16    KUEHL?

17

18    **SUP. KUEHL:** HERE.

19

20    **SUP. BARGER, CHAIR:** SUPERVISOR HAHN?

21

22    **SUP. HAHN:** I'M HERE.

23

24    **SUP. BARGER, CHAIR:** FESIA DAVENPORT, ACTING CHIEF EXECUTIVE

25    OFFICER?

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1

2      **FESIA DAVENPORT:** I'M HERE.

3

4      **SUP. BARGER, CHAIR:** MARY WICKHAM, COUNTY COUNSEL?

5

6      **MARY WICKHAM:** PRESENT.

7

8      **SUP. BARGER, CHAIR:** AND CELIA ZAVALA, EXECUTIVE OFFICER OF THE

9      BOARD?

10

11     **CELIA ZAVALA, E.O.:** HERE.

12

13     **SUP. BARGER, CHAIR:** AS INDICATED ON THE POSTED AGENDA, WE WILL

14     BE TAKING TELEPHONIC PUBLIC COMMENTS DURING TODAY'S MEETING.

15     THE EXECUTIVE OFFICE OF THE BOARD RECEIVED OVER 3500 WRITTEN

16     PUBLIC COMMENTS FOR TODAY'S MEETING, AND AS THOSE WRITTEN

17     COMMENTS WERE RECEIVED, ALL OF THEM WERE AVAILABLE TO THE

18     BOARD OF SUPERVISORS FOR THEIR CONSIDERATION, CONSISTENT WITH

19     THE BROWN ACT'S REQUIREMENT. WE WILL CONTINUE TO RECEIVE

20     WRITTEN PUBLIC COMMENTS THROUGHOUT THE MEETING. DUE DO THE

21     NUMBER OF WRITTEN PUBLIC COMMENTS RECEIVED, WE WILL NOT BE

22     ABLE TO READ ALL THE NAMES. HOWEVER, THESE COMMENTS WILL

23     BECOME PART OF OUR OFFICIAL RECORD. COLLEAGUES, FOR TODAY'S

24     MEETING, THE EXECUTIVE OFFICER WILL READ THE AGENDA, FOLLOWED

25     BY PUBLIC COMMENT, AFTER WHICH WE WILL VOTE ON THE CONSENT

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  ITEMS, AND ITEMS NOT HELD BY THE SUPERVISORS. WE WILL THEN

2  CONVENE INTO CLOSED SESSION. ONCE WE RETURN, WE WILL TAKE UP

3  THE ITEMS HELD BY THE SUPERVISORS. MADAM EXECUTIVE OFFICER,

4  PLEASE CALL THE AGENDA.

5

6  **CELIA ZAVALA, E.O.:** GOOD MORNING, MADAM CHAIR AND MEMBERS OF

7  THE BOARD. TODAY'S AGENDA WILL BEGIN ON PAGE TWO, SPECIAL

8  DISTRICT AGENDA. THIS IS THE AGENDA FOR THE LOS ANGELES COUNTY

9  DEVELOPMENT AUTHORITY. ON PAGE 3, THIS IS THE AGENDA FOR THE

10 REGIONAL PARK AND OPEN SPACE DISTRICT. ON PAGE 4, CONSENT

11 CALENDAR, BOARD OF SUPERVISORS' ITEMS 1 THROUGH 26. ON ITEM 3,

12 SUPERVISOR HAHN REQUESTS THAT THIS ITEM BE HELD. ON ITEM 6,

13 THIS INCLUDES A REVISION, AS INDICATED ON THE SUPPLEMENTAL

14 AGENDA. ON ITEM 8, SUPERVISOR BARGER REQUESTS THAT THIS ITEM

15 BE REFERRED BACK TO HER OFFICE. ON ITEM 10, SUPERVISOR SOLIS

16 REQUESTS THAT THIS ITEM BE HELD. ON ITEM 11, SUPERVISOR SOLIS

17 REQUESTS THAT THIS ITEM BE REFERRED BACK TO HER OFFICE, AS

18 INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEM 12, SUPERVISOR

19 SOLIS REQUESTS THAT THIS ITEM BE HELD. THIS ALSO INCLUDES A

20 REVISION, AS INDICATE IN THE SUPPLEMENTAL AGENDA. ON ITEM 13,

21 SUPERVISOR BARGER REQUESTS THAT THIS ITEM BE HELD. ON ITEM 14,

22 SUPERVISOR SOLIS REQUESTS THAT THIS ITEM BE HELD. ON ITEMS 18,

23 19, AND 20, SUPERVISOR RIDLEY-THOMAS REQUESTS THAT THESE ITEMS

24 BE HELD. ON ITEM 22, SUPERVISOR RIDLEY-THOMAS REQUESTS THAT

25 THIS ITEM BE HELD. ON ITEM 24, SUPERVISOR KUEHL REQUESTS THAT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  SEVERAL REQUESTS FROM OUR INSPECTOR GENERAL GOING UNFULFILLED.

2  WE ALL NEED TO BE WORKING TOWARD INCREASING COMMUNITY TRUST,

3  AND THE APPARENT RESISTANCE TO OVERSIGHT IS ERODING YEARS OF

4  WORK BY THIS BOARD AND OUR LAW ENFORCEMENT PARTNERS. AND IT IS

5  A DISSERVICE TO THE MEN AND WOMEN IN THE SHERIFF'S DEPARTMENT,

6  BECAUSE HE'S UNDERMINING THE GOOD WORK THAT MANY OF THEM ARE

7  DOING. IT'S AN ODD POSITION TO HAVE TO REMIND THIS SHERIFF

8  THAT, EVEN AS THE CHIEF LAW ENFORCEMENT OFFICER OF L.A.

9  COUNTY, HE IS NOT ABOVE THE LAW. NO MATTER WHAT YOUR

10 INTERPRETATION IS OF CASE LAW, COUNTY COUNSEL AND THE STATE'S

11 JUDICIAL COUNSEL HAVE BEEN THOROUGH IN CRAFTING LANGUAGE FOR

12 POLICY SURROUNDING OVERSIGHT AND INFORMATION SHARING. DESPITE

13 EVERY EFFORT FROM THE SHERIFF TO COUNTER IT, ALLOWING THE

14 INSPECTOR GENERAL TO OVERSEE THE INVESTIGATION IS LAWFUL, AND

15 CANNOT BE REFUTED. THE SHARING OF INFORMATION WITH THE

16 INSPECTOR GENERAL IS REQUIRED UNDER THE COUNTY CODE. LET ME

17 REMIND YOU, THERE IS NO GRAY AREA. THIS CHARADE HAS GONE ON

18 LONG ENOUGH. IT IS VERY UNFORTUNATE THAT WE FIND OURSELVES,

19 YET AGAIN, HAVING TO ENGAGE THE COURTS IN ORDER TO HAVE THE

20 SHERIFF COMPLY WITH THE LAW. THIS IS SOMETHING I HAVE NOT SEEN

21 IN MY 30 YEARS WITH THE COUNTY, AND CERTAINLY NOT A PRECEDENT

22 THAT I WANT TO SET. FRANKLY, IT'S EMBARRASSING, AND I HOPE WE

23 CAN IMPROVE, MOVING FORWARD. SO I WHOLEHEARTEDLY SUPPORT THIS

24 MOTION, SUPERVISOR RIDLEY-THOMAS. AND, AGAIN, IT'S TRULY

25 UNFORTUNATE WE FIND OURSELVES IN A POSITION TO HAVE TO EVEN

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. SOLIS:** AYE.

2

3   **CELIA ZAVALA, E.O.:** SUPERVISOR SOLIS, AYE. SUPERVISOR RIDLEY-

4   THOMAS?

5

6   **SUP. MARK RIDLEY-THOMAS:** AYE.

7

8   **CELIA ZAVALA, E.O.:** SUPERVISOR RIDLEY-THOMAS, AYE. SUPERVISOR

9   KUEHL?

10

11   **SUP. KUEHL:** AYE.

12

13   **CELIA ZAVALA, E.O.:** SUPERVISOR KUEHL, AYE. SUPERVISOR HAHN?

14

15   **SUP. HAHN:** AYE.

16

17   **CELIA ZAVALA, E.O.:** SUPERVISOR HAHN, AYE. SUPERVISOR BARGER?

18

19   **SUP. BARGER, CHAIR:** AYE.

20

21   **CELIA ZAVALA, E.O.:** SUPERVISOR BARGER, AYE. MOTION CARRIES 5-

22   0, WITH THE EXCEPTION OF NOTED.

23

24   **SUP. BARGER, CHAIR:** THANK YOU. NOW WE WILL HEAR FROM SHERIFF

25   VILLANUEVA, WHO HAS REQUESTED TO ADDRESS THE BOARD ON ITEMS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   10, 12, AND 68-I. SHERIFF, YOU WILL HAVE 5 MINUTES TO ADDRESS

2   THESE ITEMS.

3

4   **SHERIFF VILLANUEVA:** THANK YOU, SUPERVISOR BARGER, FOR THE

5   OPPORTUNITY. FIRST, I WANT TO EXTEND MY CONDOLENCES TO THE

6   FAMILY OF DIJON KIZZEE, WHO SUCCUMBED YESTERDAY TO A DEPUTY-

7   INVOLVED SHOOTING, AND OUR THOUGHTS AND PRAYERS GO OUT TO THE

8   FAMILY, WHICH THAT INCLUDES A MEMBER OF MY OWN DEPARTMENT, WHO

9   IS A COUSIN OF THE DECEASED. AND FIRST, LET ME ADDRESS ITEM

10  NUMBER 12, REGARDING I.C.E. TRANSFERS, AND I WANT TO THANK THE

11  BOARD FOR MAKING THE MORATORIUM THAT I'VE IMPOSED PERMANENT,

12  AND THAT IS A VERY GOOD STEP FORWARD. AND THAT MOTION IS BASED

13  ON, ACTUALLY, A LAW THAT IS PROVIDED IN S.B. 54 AT THE STATE

14  LEVEL, AND WHICH WAS ENACTED AND SIGNED INTO LAW BY GOVERNOR

15  BROWN ON OCTOBER 5TH OF 2017. SO THIS MORATORIUM COULD HAVE

16  BEEN ENACTED ON THAT DAY, OR ANY DAY AFTER THAT. SO, THREE

17  YEARS LATE, BUT NONETHELESS, IT IS MOST APPRECIATED. HOWEVER,

18  IT NEEDS TO BE AMENDED, BECAUSE WHAT'S MISSING OUT OF THIS

19  IS... AND ALSO A WITHDRAWAL OF THE DELEGATED AUTHORITY TO THE

20  SHERIFFS, STARTING FROM SHERIFF LEE BACA BACK IN 1999, AND A

21  PREVIOUS BOARD OF SUPERVISORS WHICH GAVE THE SHERIFF THE

22  AUTHORITY TO ACCEPT GRANT MONEY FROM THE FEDERAL GOVERNMENT IN

23  EXCHANGE FOR AN UNDOCUMENTED INMATE DATABASE. THIS IS

24  [INAUDIBLE] FUNDS A STATE CRIMINAL ALIEN ASSISTANCE PROGRAM,

25  AND THAT MONEY TOTALED $122 MILLION SINCE 2005, UNTIL 2018,

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   WHEN I TOOK OFFICE AND I ENDED THE PROGRAM. ALSO, YOU INCLUDED

2   $13.7 MILLION ALONE FROM MY PREDECESSOR'S TIME IN OFFICE. AND

3   I NOTICE HERE IN THE LANGUAGE THAT THE COUNTY'S COMMITMENT TO

4   PROTECT IMMIGRANTS, THEIR FAMILIES, AND COWORKERS FROM

5   IMMIGRATION ENFORCEMENT OVERREACH IS A VERY LAUDABLE GOAL.

6   HOWEVER, WE CANNOT ACHIEVE THAT GOAL WHILE WE ARE SELLING OUT

7   THE DATABASE OF UNDOCUMENTED INMATES FROM THE COUNTY JAIL. SO

8   WE NEED TO WITHDRAW THAT DELEGATED AUTHORITY, AND REJECT

9   [INAUDIBLE] FUNDS FROM THIS POINT INTO THE FUTURE,

10  INDEFINITELY. SO THAT WILL STRENGTHEN THIS MOTION, ITEM NUMBER

11  12. AND YOU ALSO NEED TO LEAVE A SPOT FOR COOPERATION WITH

12  I.C.E. WHEN IT COMES TO "U" VISAS, BECAUSE A "U" VISA ALLOWS

13  PEOPLE WHO ARE VICTIMS OR WITNESSES OF VIOLENT CRIMES TO BE

14  ABLE TO ASSIST I.C.E., IN  TERMS OF GETTING THESE NEW VISA

15  WAIVERS. AND SO THAT'S PART OF THE COOPERATION THAT DOES NEED

16  TO GO FORWARD. SO LET ME SET THAT ONE ASIDE. NOW, THE OTHER

17  ONE I WANT TO ADDRESS, THIS ITEM 68-I, WHICH IS REGARDING THE

18  LOVELL INVESTIGATION. THE MOTION PROPOSED BY SUPERVISOR MARK

19  RIDLEY-THOMAS IS POORLY WRITTEN, RIDDLED WITH INACCURACIES,

20  AND CONTRADICTORY TO THE LAW, AS WELL AS THE BEST PRACTICES

21  EMPLOYED IN DEATH INVESTIGATIONS. IN THE FIRST PARAGRAPH OF

22  THE MOTION, THE IDENTIFIED DEPUTY SHERIFF INVOLVED IS MALIGNED

23  IN THE MOTION, PORTRAYED IN A VERY NEGATIVE LIGHT, AND

24  POTENTIALLY SLANDERED TO THE POINT OF INCURRING CIVIL

25  LIABILITY ON THE PART OF THE AUTHOR, SUPERVISOR RIDLEY-THOMAS.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  THE MOTION CALLS FOR THE MEDICAL EXAMINER OR THE CORONER TO

2  CONDUCT AN INQUEST INTO THE CIRCUMSTANCE OF THE DEATH,

3  PURSUANT TO CALIFORNIA CODE. HOWEVER, THE INQUEST SHOULD NOT

4  BE CONDUCTED BY THE C.M.E. WHEN REQUESTED BY THE SHERIFF,

5  ATTORNEY GENERAL, CHIEF OF POLICE HAVING JURISDICTION, OR THE

6  DISTRICT ATTORNEY OR CITY ATTORNEY IN THE COUNTY HAVING

7  JURISDICTION. IT DOES NOT IN ANY MANNER PROVIDE FOR THE COUNTY

8  BOARD OF SUPERVISORS OR ANY OTHER FORMALLY ELECTED POLITICAL

9  ENTITY TO REQUEST SUCH AN INQUEST, NOR ALLOW SUCH ENTITY OR

10  PARTY TO DEMAND AN EXPLANATION FROM THE CORONER. THAT IS VERY

11  IMPORTANT TO KNOW. IT NEEDS TO BE WRITTEN IF YOU WANT TO

12  ACHIEVE A TRANSPARENCY. HOWEVER, TRANSPARENCY CANNOT COME AT

13  THE EXPENSE OF INTEGRITY IN ANY CRIMINAL INVESTIGATION. THE

14  ASSERTION THAT THE L.A. [INAUDIBLE] HOLDS AUTOPSY REPORTS OF

15  THOSE KILLED DURING DEPUTY-INVOLVED SHOOTINGS WITHOUT CAUSE IS

16  FACTUALLY INACCURATE. THEY HAVE ZERO AUTOPSY REPORTS RESULTING

17  FROM DEPUTY-INVOLVED SHOOTINGS THAT HAVE [INAUDIBLE] IN PLACE.

18  IT IS A TOOL MADE AVAILABLE FOR INVESTIGATORS SO THAT THE

19  INFORMATION IS NOT RELEASED PREMATURELY, POTENTIALLY

20  COMPROMISING THE INTEGRITY OF THE CASE, SUCH AS WHAT HAPPENED

21  WITH THE RELEASE OF THE CORONER'S REPORT IN THE GUARDADO CASE.

22  [INAUDIBLE] SINCE THE GUARDADO CASE, THEY HAVE HANDLED 48

23  HOMICIDES WITHIN OUR JURISDICTION; IN ADDITION, 9 FOR OUTSIDE

24  AGENCIES. ALSO, OUR CRIMINAL INVESTIGATION BUREAU HAS HAD A

25  TOTAL OF 59 CASES [INAUDIBLE], RESULTING IN 14 FILINGS WITH

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    THE DISTRICT ATTORNEY'S OFFICE. IN ADDITION, I HAVE OTHER

2    CASES THAT ARE CURRENTLY OPEN. SO WE DO HOLD OUR EMPLOYEES

3    ACCOUNTABLE, SO ANY SUGGESTION OR INFERENCE THAT WE CANNOT

4    HOLD OURSELVES ACCOUNTABLE TO THE LAW IS FACTUALLY FALSE.

5

6    **SUP. BARGER, CHAIR:** THANK YOU, SHERIFF. IF YOU CAN SUMMARIZE?

7

8    **SHERIFF VILLANUEVA:** YEAH. [INAUDIBLE] AS A SUBJECT MATTER

9    EXPERT AND AS A COUNTY PARTNER, WE ARE WILLING TO SHARE OUR

10   PLAN WITH THE CORONER'S INQUEST BECAUSE IT IS A VALUABLE TOOL

11   WHEN USED APPROPRIATELY, AND WILL PROVIDE A DETAILED SUPPORT

12   TO LAW ENFORCEMENT'S PROPER IMPLEMENTATION OF A CORONER'S

13   INQUEST. [INAUDIBLE] FOR THE BEST FINAL PRODUCT. THEREFORE, I

14   AM SUBMITTING THAT THIS MOTION NEEDS TO BE REWRITTEN OR

15   DELAYED. THANK YOU.

16

17   **SUP. BARGER, CHAIR:** THANK YOU. THANK YOU VERY MUCH. ALL RIGHT,

18   COLLEAGUES, AT THIS TIME, WE WILL CONVENE IN CLOSED SESSION,

19   AND WHEN WE RETURN, WE WILL TAKE UP THE ITEMS HELD BY THE

20   SUPERVISORS. MADAM EXECUTIVE OFFICER, PLEASE READ US INTO

21   CLOSED SESSION.

22

23   **CELIA ZAVALA, E.O.:** IN ACCORDANCE WITH BROWN ACT REQUIREMENTS,

24   NOTICE IS HEREBY GIVEN THAT THE BOARD OF SUPERVISORS WILL

25   CONVENE IN CLOSED SESSION TO DISCUSS ITEM CS-1, CONFERENCE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   DEPARTMENT HAS BEEN WORKING CLOSELY WITH I.S.D. OVER THE LAST

2   SEVERAL MONTHS, AND ON AUGUST 11TH WE OFFICIALLY SIGNED A

3   CONTRACT WITH AXON ENTERPRISE. THE TRANSFER OF THESE FUNDS

4   ACCOUNTS FOR THE FIRST YEAR'S EXPENSES, WHICH INCLUDES COSTS

5   FOR TECHNOLOGY AND FOR RUNNING THE SYSTEM'S BACK END. THE

6   SHERIFF HAS SAID THAT HE INTENDS TO BEGIN ROLLING OUT BODY-

7   WORN CAMERAS OCTOBER 1ST, AND I AM GLAD TO SEE THAT LANCASTER

8   WILL BE AMONG THE FIRST FIVE STATIONS TO BE OUTFITTED. BUT WE

9   NEED TO MAKE SURE THAT THIS IS PROVIDED THROUGHOUT THE ENTIRE

10  DEPARTMENT. THIS IS A BIG STEP IN THE DIRECTION OF ENSURING

11  THE ACCOUNTABILITY TO OUR COMMUNITIES, AND QUITE FRANKLY, IT'S

12  WHAT THEY DESERVE. IT'S CERTAINLY BEEN LONG AWAITED, AND WE

13  CANNOT AFFORD TO DELAY ANY LONGER. AND I JUST WANT TO ECHO

14  YOUR COMMENTS, SUPERVISOR HAHN, REGARDING THE TRAGEDIES THAT

15  ARE TAKING PLACE. THERE'S NO QUESTION THAT THESE CAMERAS ARE

16  NOT GOING TO SOLVE THAT, BUT WE NEED TO WORK TOGETHER, AND

17  ACCOUNTABILITY GOES BOTH WAYS, NOT ONLY IN THE PRIVATE SECTOR,

18  BUT ALSO WITH SWORN. AND I AM CONFIDENT THAT, WORKING TOGETHER

19  AS A BOARD, WE WILL PROVIDE THAT TRANSPARENCY AND

20  ACCOUNTABILITY THAT OUR CONSTITUENTS EXPECT AND, QUITE

21  FRANKLY, DESERVE. SO WITH THAT, I'M HONORED TO BE A CO-AUTHOR

22  ON THIS MOTION. SUPERVISOR SOLIS?

23

24  **SUP. SOLIS:** YES, THANK YOU, MADAM CHAIR. AND I WANT TO THANK

25  YOU, SUPERVISOR HAHN, AND YOURSELF FOR BRINGING THIS MOTION

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    INFORMATION ABOUT I.C.E. UNDER-REPORTING THE IMPACT OF

2    C.O.V.I.D.-19 IN THEIR FACILITIES AND ON THE DETAINEES. IN

3    RESPONSE TO LAWSUITS, DEPLORABLE CONDITIONS IN DETENTION

4    FACILITIES LIKE ADELANTO AND OTAY MESA, THE CURRENT SHERIFF IN

5    APRIL 2020 ISSUED A TEMPORARY MORATORIUM ON I.C.E. TRANSFERS

6    THAT WAS EXTENDED ON A MONTHLY BASIS. IN AUGUST, THE SHERIFF

7    MADE THE MORATORIUM PERMANENT, BUT ONLY UNDER HIS

8    ADMINISTRATION. UNFORTUNATELY, THIS POLICY IS NOT BINDING ON

9    FUTURE SHERIFFS. TO FURTHER THE COUNTY'S CONTINUED RESPONSE TO

10   THE PUBLIC HEALTH EMERGENCY BEFORE US, AND TO SAFEGUARD THE

11   HEALTH AND SAFETY AND CONSTITUTIONAL RIGHTS, THE BOARD THROUGH

12   THIS MOTION CAN PRESERVE THE MORATORIUM THAT THE SHERIFF

13   INSTITUTED ON TRANSFERS TO I.C.E., ABSENT A JUDICIAL WARRANT,

14   INTO COUNTY POLICY. AND I'VE ASKED, MADAM CHAIR, IF WE COULD

15   HEAR FROM THE VICE CHAIR OF THE CIVILIAN OVERSIGHT COMMISSION,

16   TO SPEAK ON THE IMPACT OF THIS MOTION IN L.A. COUNTY, AND THAT

17   IS HERNAN VERA. IF HE IS PERMITTED TO SPEAK, MADAM CHAIR, I

18   WOULD ASK THAT HE BE ALLOWED TO SPEAK AT THIS TIME.

19

20   **SUP. BARGER, CHAIR:** SURE. SUPERVISOR KUEHL, DO YOU WANT TO

21   WAIT AND HEAR HIM SPEAK, OR WOULD YOU LIKE TO SAY A FEW

22   COMMENTS BEFORE HE SPEAKS?

23

24   **SUP. KUEHL:** I THINK I'LL MAKE MY CO-AUTHOR COMMENTS NOW, IF

25   THAT'S ALL RIGHT.

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2    **SUP. SOLIS:** SURE.

3

4    **SUP. KUEHL:** JUST VERY BRIEFLY, TO BACK UP, THANK YOU SO MUCH,

5    SUPERVISOR SOLIS. THIS IS INCREDIBLY IMPORTANT, AND I THINK

6    WE'VE ALL THANKED THE SHERIFF FOR THE MORATORIUM, AND REALLY

7    JUST WANT TO SOLIDIFY THAT DECISION AND CARRY IT FORWARD AS

8    THE ABSOLUTE POLICY OF THE BOARD. THERE'S SEVERAL REASONS WHY

9    THIS MOTION MAKES A GOOD DEAL OF SENSE. FIRST OF ALL, I THINK

10   EVERYBODY KNOWS WARRANTS ARE JUST MORE RELIABLE. THEY'RE

11   REVIEWED BY THE JUDICIARY, THEY'RE SIGNED BY JUDGES, THEY

12   REQUIRE A HIGHER BURDEN OF PROOF THAN DETAINERS, WHICH REALLY

13   MAKES THEM MORE RELIABLE THAN DETAINERS, WHICH ARE NOT ALWAYS

14   ACCURATE. YOU PROBABLY REMEMBER THE A.C.L.U. SUED I.C.E. OVER

15   THE RELIABILITY OF DETAINERS, AND IT WAS SUCCESSFUL. AND WE

16   WANT TO GO ALONG WITH THAT KIND OF PROTECTION. SECONDLY, IT'S

17   MORE TRANSPARENT. IF I.C.E. CHOOSES TO PICK UP SOMEBODY WHO'S

18   BEING RELEASED FROM THE JAILS WITHOUT A WARRANT, THEY'RE

19   REQUIRED TO DO IT IN PUBLIC, WHERE IT WOULD BE MONITORED AND

20   REFUSED. THIRDLY, AS SUPERVISOR SOLIS INDICATED, THE TERRIBLE

21   CONDITIONS IN ADELANTO. I MEAN, THEY'RE EVEN WORSE THAN THEY

22   WERE DURING THIS PANDEMIC, AND, YOU KNOW, INCLUDING SPRAYING

23   DISINFECTING GAS IN THE FACILITY. THAT'S COMPLETELY DISRUPTING

24   EVERYBODY'S NERVOUS SYSTEM, AND CAUSING BLOODY NOSES, ET

25   CETERA. AND SO WE WANT FEWER PEOPLE, OBVIOUSLY, TO BE GOING

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2   **SUP. KUEHL:** THANK YOU, MADAM CHAIR. I WAS THINKING WHILE

3   SUPERVISOR RIDLEY-THOMAS WAS SPEAKING ABOUT BOB DYLAN'S LINE,

4   "HOW MANY DEATHS WILL IT TAKE TILL WE SAY THAT TOO MANY PEOPLE

5   HAVE DIED?" AND I THINK WE ARE FINALLY, AS A SOCIETY, GETTING

6   TO THE PLACE WHERE WE SAY, TOO MANY PEOPLE HAVE DIED. AND NOW

7   WE HAVE TO HAVE A REAL, TRANSPARENT, AVAILABLE WAY TO

8   UNDERSTAND HOW THEY DIED, AND WHETHER THE STORIES THAT WERE

9   TOLD ABOUT HOW THEY HAD TO DIE, OR THERE WAS NO OTHER CHOICE,

10  OR ANY OF THE EXCUSES THAT ARE GIVEN ARE TRUE, AND THEY'RE

11  MADE TRUE BY INVESTIGATION OF SOMEONE WHO'S NOT THE PEOPLE

12  THAT DID THE SHOOTING. SO BOTH OF THESE MOTIONS, THE ONES THAT

13  WE JUST PASSED AND THIS ONE, RAISE THE IMPORTANCE THAT

14  TRANSPARENCY PLAYS IN THE COMMUNITY'S TRUST, AND FRANKLY

15  RAISES THE ISSUE OF HOW OPPOSITE STONEWALLING IS BY ANY ARM OF

16  GOVERNMENT, ESPECIALLY LAW ENFORCEMENT AGENCIES THAT RUN

17  AROUND SAYING THAT THEY'RE PROTECTING AND SERVING US. AND

18  UNFORTUNATELY, WHAT MAKES THESE MOTIONS NECESSARY IS THE

19  REPEATED EFFORTS BY THE CURRENT SHERIFF TO FIGHT TRANSPARENCY

20  AT EVERY TURN. I DON'T BELIEVE I'VE EVER HEARD THE INSPECTOR

21  GENERAL SO CALM, BECAUSE HE'S NOT USUALLY CALM. HE'S USUALLY

22  TEARING OUT HIS HAIR, AND SAYING, "AGAIN I'VE BEEN

23  STONEWALLED, AGAIN I'VE BEEN TOLD NO," AND HE KNOWS VERY WELL

24  THE BOARD CREATED HIS OFFICE TO PROVIDE FOR INDEPENDENT

25  OVERSIGHT AND MONITORING. AND THE SHERIFF REMOVED HIS DIRECT



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   ACCESS, AS HE SAID, TO DEPARTMENTAL RECORDS, AND CONSISTENTLY

2   MAKES MATTERS WORSE BY REFUSING TO PROVIDE THE INSPECTOR

3   GENERAL WITH RECORDS. AND, OF COURSE, AS WE'VE NOW SEEN, THE

4   SHERIFF IS WITHDRAWING PARTICIPATION IN ANY OF THE CRIMINAL

5   JUSTICE REFORM COMMITTEES AND COMMISSIONS THAT WE HAVE; AT

6   LEAST, THREATENING TO. AS YOU KNOW, WE CREATED THE CIVILIAN

7   OVERSIGHT COMMISSION. WE VESTED THAT BODY WITH SUBPOENA POWER,

8   A MOVE THAT WAS OVERWHELMINGLY APPROVED BY 72 PERCENT OF THE

9   VOTERS IN THE COUNTY. AND IT WAS DONE BECAUSE THE VOLUNTARY

10  INFORMATION SHARING, WHICH WE HAD BEEN ENJOYING, CAME TO A

11  SCREECHING HALT, AND THE C.O.C. COULD NOT EFFECTIVELY CONDUCT

12  THEIR OVERSIGHT BECAUSE OF ALL THE OBSTRUCTION. AND, AGAIN,

13  THE SHERIFF REFUSED TO COMPLY, EVEN WHEN HE WAS SERVED WITH A

14  SUBPOENA DIRECTING HIM TO GIVE TESTIMONY BEFORE THE BODY. SO

15  EVERY ACTION THE BOARD TAKES TO PROVIDE OVERSIGHT MONITORING

16  AND TRANSPARENCY HAS BEEN UNDERCUT BY THIS SHERIFF. SO WE SAY,

17  WELL, WE'RE JUST GOING TO KEEP ON PERSISTING. WE ARE GOING TO

18  EMPLOY EVERY METHOD POSSIBLE TO ENSURE THAT ACCOUNTABILITY AND

19  TRANSPARENCY PREVAIL OVER SECRECY, BECAUSE THIS IS LITERALLY A

20  LIFE AND DEATH MATTER. SO TODAY I STRONGLY SUPPORT THIS

21  MOTION, AS WELL AS THE ONE JUST PASSED, AND I APPLAUD EFFORTS

22  BY THE CORONER, BY OUR INSPECTOR GENERAL, BY THE CIVILIAN

23  OVERSIGHT COMMISSION, TO PROMOTE TRANSPARENCY WHEN POSSIBLE,

24  AND HOLDING THOSE WHO ARE FIGHTING IT ACCOUNTABLE. THANK YOU,

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. BARGER, CHAIR:** SUPERVISOR SOLIS?

2

3   **SUP. SOLIS:** THANK YOU, MADAM CHAIR. I WANT TO THANK, ALSO,

4   SUPERVISOR RIDLEY-THOMAS FOR BRINGING THIS MOTION BEFORE US

5   TODAY. THE DEATH OF A CHILD IS ONE OF THE WORST THINGS THAT

6   CAN HAPPEN TO A PARENT, AND WHEN THEIR DEATH IS AT THE HANDS

7   OF LAW ENFORCEMENT, AND THE CIRCUMSTANCES SURROUNDING THE

8   CHILD'S DEATH IS CONCEALED IN PRIVACY AND SECRECY, I CAN ONLY

9   IMAGINE THE TRAUMA FELT AND THE HURT PLACED ON THE FAMILY'S

10  INABILITY TO HEAL OR FEEL PEACE. AND I WANT TO EXTEND AGAIN MY

11  SINCERE SYMPATHIES TO THE ANDRES GUARDADO FAMILY, HIS PARENTS,

12  AND ESPECIALLY HIS FATHER, CRISTOBAL, WHO HAS BEEN EXTREMELY

13  VOCAL IN THEIR PURSUIT OF THE TRUTH ABOUT THEIR SON'S DEATH.

14  AND I LEND MY VOICE IN SUPPORT OF THE GUARDADO FAMILY AND

15  SUPERVISOR RIDLEY-THOMAS'S MOTION IN HAVING THE CHIEF MEDICAL

16  EXAMINER CONDUCT AN IMMEDIATE INQUEST INTO ANDRES'S DEATH. THE

17  BOARD HAS LONG KNOWN THAT LAW ENFORCEMENT IS NOT ABLE TO

18  INVESTIGATE ITS OWN MISCONDUCT, THUS CREATING THE OFFICE OF

19  INSPECTOR GENERAL AND A CIVILIAN OVERSIGHT COMMISSION TO

20  CONDUCT THEIR OWN INDEPENDENT INVESTIGATION. THE SAME CAN BE

21  SAID WITH THE SHERIFF'S PROPOSAL TO ESTABLISH A BODY MADE UP

22  OF LAW ENFORCEMENT REPRESENTATIVES IN THIS COUNTY TO

23  INVESTIGATE EACH OTHER'S POLICE SHOOTING CASES. THOUGH THIS

24  WAS AN ATTEMPT TO SHOW THAT LAW ENFORCEMENT HAS NOTHING TO

25  HIDE, THERE IS NO ABILITY TO GUARANTEE THAT SOME SEMBLANCE OF



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    TRANSPARENCY AND ACCOUNTABILITY WHEN THESE INVESTIGATIONS TAKE

2    PLACE BEHIND THE BLUE CURTAIN WITH MEMBERS OF THE BLUE

3    BROTHERHOOD. THE ONLY WAY THAT I WOULD FEEL LIKE THIS WOULD

4    TRULY BE A TRANSPARENT BODY IS TO HAVE A CIVILIAN PUBLIC

5    OFFICIAL PROVIDE OVERSIGHT, TO HAVE A SEAT AT THAT TABLE, TO

6    ENSURE THAT THIS UNIT DOES NOT BECOME ANOTHER PLACE FOR

7    INFORMATION TO BE HIDDEN AWAY FROM THE PUBLIC. I'M SO

8    DISAPPOINTED THAT A SHERIFF WHO TOUTS TRANSPARENCY CAN BE SO

9    AGGRESSIVELY UNCOOPERATIVE WITH THE OFFICE OF OUR INSPECTOR

10   GENERAL TO HINDER THEIR PURSUIT OF THE TRUTH. THE DEPARTMENT

11   WENT AS FAR AS LOCKING OUT THE INSPECTOR GENERAL AND HIS

12   TEAM'S ACCESS TO THE DEPARTMENT'S COMPUTER AND DATABASES; THAT

13   SOMEHOW ALLOWING THE I.G. AND HIS TEAM TO DO A WALK-THROUGH IS

14   ENOUGH IN THE NAME OF TRANSPARENCY, BUT REFUSES TO PROVIDE THE

15   ESSENTIAL DOCUMENTS AND DATA AND THE REPORTS. THAT'S NOT

16   TRANSPARENCY. AND I WHOLEHEARTEDLY SUPPORT TAKING ACTION,

17   INCLUDING ANY LEGAL, IF FEASIBLE AND APPROPRIATE, AGAINST THE

18   DEPARTMENT FOR ANY VIOLATION OF THE LAW. THANK YOU, MADAM

19   CHAIR.

20

21   **SUP. BARGER, CHAIR:** THANK YOU. AND I JUST HAVE TO SAY I AM

22   SADDENED THAT THIS MOTION HAD TO BE BROUGHT BEFORE US TODAY.

23   THE GUARDADO FAMILY DESERVES ANSWERS, AND THE COMMUNITY AS A

24   WHOLE IS DESERVING OF TRANSPARENCY. THIS ADMINISTRATION HAS

25   SHOWN A SIGNIFICANT LACK OF INTEREST IN THOSE REGARDS, WITH

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



 1   SEVERAL REQUESTS FROM OUR INSPECTOR GENERAL GOING UNFULFILLED.

 2   WE ALL NEED TO BE WORKING TOWARD INCREASING COMMUNITY TRUST,

 3   AND THE APPARENT RESISTANCE TO OVERSIGHT IS ERODING YEARS OF

 4   WORK BY THIS BOARD AND OUR LAW ENFORCEMENT PARTNERS. AND IT IS

 5   A DISSERVICE TO THE MEN AND WOMEN IN THE SHERIFF'S DEPARTMENT,

 6   BECAUSE HE'S UNDERMINING THE GOOD WORK THAT MANY OF THEM ARE

 7   DOING. IT'S AN ODD POSITION TO HAVE TO REMIND THIS SHERIFF

 8   THAT, EVEN AS THE CHIEF LAW ENFORCEMENT OFFICER OF L.A.

 9   COUNTY, HE IS NOT ABOVE THE LAW. NO MATTER WHAT YOUR

10   INTERPRETATION IS OF CASE LAW, COUNTY COUNSEL AND THE STATE'S

11   JUDICIAL COUNSEL HAVE BEEN THOROUGH IN CRAFTING LANGUAGE FOR

12   POLICY SURROUNDING OVERSIGHT AND INFORMATION SHARING. DESPITE

13   EVERY EFFORT FROM THE SHERIFF TO COUNTER IT, ALLOWING THE

14   INSPECTOR GENERAL TO OVERSEE THE INVESTIGATION IS LAWFUL, AND

15   CANNOT BE REFUTED. THE SHARING OF INFORMATION WITH THE

16   INSPECTOR GENERAL IS REQUIRED UNDER THE COUNTY CODE. LET ME

17   REMIND YOU, THERE IS NO GRAY AREA. THIS CHARADE HAS GONE ON

18   LONG ENOUGH. IT IS VERY UNFORTUNATE THAT WE FIND OURSELVES,

19   YET AGAIN, HAVING TO ENGAGE THE COURTS IN ORDER TO HAVE THE

20   SHERIFF COMPLY WITH THE LAW. THIS IS SOMETHING I HAVE NOT SEEN

21   IN MY 30 YEARS WITH THE COUNTY, AND CERTAINLY NOT A PRECEDENT

22   THAT I WANT TO SET. FRANKLY, IT'S EMBARRASSING, AND I HOPE WE

23   CAN IMPROVE, MOVING FORWARD. SO I WHOLEHEARTEDLY SUPPORT THIS

24   MOTION, SUPERVISOR RIDLEY-THOMAS. AND, AGAIN, IT'S TRULY

25   UNFORTUNATE WE FIND OURSELVES IN A POSITION TO HAVE TO EVEN

EXHIBIT 51



# THE MEETING TRANSCRIPT OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    **[REPORT OF ACTION TAKEN IN CLOSED SESSION ON**

2    **TUESDAY, SEPTEMBER 15, 2020 ON 223]**

3

4

5    **SUP. SOLIS:** GOOD MORNING, EVERYONE I WANT TO WELCOME YOU TO

6    THE REGULARLY SCHEDULED MEETING OF THE LOS ANGELES COUNTY

7    BOARD OF SUPERVISORS. TODAY IS, AS YOU KNOW, IS TUESDAY,

8    SEPTEMBER 15TH, 2020. THIS IS IS SUPERVISORS SOLIS. SUPERVISOR

9    BARGER IS GOING TO JOIN LATER. I ALSO WANT TO TAKE THIS

10   OPPORTUNITY TO WISH EVERYONE A HAPPY HISPANIC HERITAGE MONTH.

11   TOADY IS THE BEGINNING OF THAT CELEBRATION FOR A MONTH. OUR

12   MEETING TODAY IS BEING HELD REMOTELY DUE TO THE CURRENT PUBLIC

13   HEALTH CRISIS TO PROTECT THE HEALTH OF ALL. I WILL NOW TAKE

14   ROLL CALL TO CONFIRM ATTENDANCE. SO PLEASE UNMUTE YOUR MIC AND

15   RESPOND WHEN YOUR NAME IS CALLED. SUPERVISOR RIDLEY-THOMAS?

16

17   **SUP. RIDLEY-THOMAS:** HERE, MADAM CHAIR.

18

19   **SUP.  SOLIS:** THANK YOU. SUPERVISOR KUEHL?

20

21   **SUP. KUEHL:** HERE, MADAM CHAIR

22

23   **SUP. SOLIS:** SUPERVISORS HAHN?

24

25   **SUP. HAHN:** HERE.

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2  **SUP. SOLIS:** THANK YOU. FESIA DAVENPORT, ACTING CHIEF

3  EXECUTIVE OFFICER? FESIA DAVENPORT? MARY WICKHAM? MARY

4  WICKHAM?

5

6  **ATTORNEY:** HERE.

7

8  **FESIA DAVENPORT:** I'M SORRY SUPERVISOR, WE WERE MUTED. FESIA

9  DAVENPORT IS HERE.

10

11  **ATTORNEY:** AND MARY WICKHAM IS HERE.

12

13  **SUP. SOLIS:** YES, GREAT. YES, AND CELIA ZAVALA?

14

15  **CELIA ZAVALA, E.O.:** PRESENT.

16

17  **SUP. SOLIS:** GREAT. AS INDICATED IN THE POSTED AGENDA, WE'LL BE

18  TALKING TELEPHONIC PUBLIC COMMENTS DURING TODAY'S MEETING. THE

19  EXECUTIVE OFFICE OF THE BOARD HAS RECEIVED OVER 5,800 WRITTEN

20  PUBLIC COMMENTS FOR TODAY'S MEETING. AND AS THOSE WRITTEN

21  COMMENTS WERE RECEIVED, ALL OF THEM WHERE AVAILABLE TO THE

22  SUPERVISORS FOR THEIR CONSIDERATION CONSISTENT TO BROWN ACT

23  REQUIREMENTS. WE WILL CONTINUE TO RECEIVE WRITTEN PUBLIC

24  COMMENTS THROUGHOUT THE MEETING. DUE TO THE NUMBER OF WRITTEN

25  PUBLIC COMMENTS RECEIVED, WE WILL NOT BE READING IN THE NAMES.



1    HOWEVER, THESE COMMENTS WILL BECOME PART OF THE OFFICIAL

2    RECORD. I'D LIKE TO DRAW YOUR ATTENTION TO AN URGENCY MOTION,

3    MOTION, 71-A. BEFORE THE EXECUTIVE OFFICER CALLS THE AGENDA, I

4    HAVE A JOINT MOTION WITH SUPERVISOR BARGER THAT RECOMMENDS

5    THAT THE BOARD MAKE A FINDING, PURSUANT TO GOVERNMENT CODE

6    SECTION 54954.2B2, THAT THERE'S A NEED TO TAKE IMMEDIATE

7    ACTION TO RATIFY THE PROCLAMATION OF LOCAL EMERGENCY MADE ON

8    SEPTEMBER 13TH, 2020 FOR THE BOBCAT FIRE AND THAT THE NEED FOR

9    ACTION CAME TO THE ATTENTION OF THE BOARD SUBSEQUENT TO THE

10   POSTING OF THE AGENDA AND PLACED THE ITEM ON THE AGENDA. MADAM

11   EXECUTIVE OFFICER, PLEASE CALL THE ROLL TO VOTE ON THE URGENCY

12   TO PLACE THE ITEM ON THE AGENDA AND ALSO PLEASE NOTE THAT

13   SUPERVISOR BARGER REQUESTS THIS ITEM BE HELD FOR CONSIDERATION

14   LATER IN THE MEETING UPON HER RETURN. EXECUTIVE OFFICER?

15

16   **FESIA DAVENPORT, E.O.:** THANK YOU, MADAM CHAIR. SUPERVISOR

17   RIDLEY-THOMAS?

18

19   **SUP. RIDLEY-THOMAS:** AYE.

20

21   **FESIA DAVENPORT, E.O.:** SUPERVISOR RIDLEY-THOMAS, AYE.

22   SUPERVISOR KUEHL?

23

24   **SUP. KUEHL:** AYE.

25

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **FESIA DAVENPORT, E.O.:** SUPERVISOR KUEHL, AYE. SUPERVISOR HAHN?

2

3    **SUP. HAHN:** AYE.

4

5    **FESIA DAVENPORT, E.O.:** SUPERVISOR HAHN, AYE. SUPERVISOR SOLIS?

6

7    **SUP. SOLIS:** AYE.

8

9    **FESIA DAVENPORT, E.O.:** SUPERVISOR SOLIS, AYE. MOTION CARRIES

10   4-0.

11

12   **SUP. SOLIS:** 4-0. THANK YOU VERY MUCH, MEMBERS. NOW, MADAM

13   EXECUTIVE OFFICER, CAN YOU PLEASE CALL THE AGENDA.

14

15   **CELIA ZAVALA, E.O.:** GOOD MORNING, MADAM CHAIR AND MEMBERS OF

16   THE BOARD. TODAY'S AGENDA WILL BEGIN ON PAGE 2, SET MATTER AT

17   10:30 A.M. THIS ITEM WILL BE HELD FOR DISCUSSION. ITEM S1 IS A

18   DISCUSSION ON THE PUBLIC HEALTH ORDER RELATED TO COVID-19 AS

19   REQUESTED BY THE CHAIR OF THE BOARD. ON PAGE 3, SPECIAL

20   DISTRICT AGENDA, THIS IS THE AGENDA FOR THE SANITATION

21   DISTRICT 27 AND THE NEWHALL RANCH SANITATION DISTRICT. ON PAGE

22   4, THIS IS THE AGENDA FOR THE LOS ANGELES COUNTY DEVELOPMENT

23   AUTHORITY. ON ITEM 3D, SUPERVISOR HAHN REQUESTS THAT THIS ITEM

24   BE HELD. THIS ITEM RELATES TO ITEM 17. ON ITEM 4D, SUPERVISOR

25   SOLIS REQUESTS THAT THIS ITEM BE HELD. THIS ITEM RELATES TO

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  **CELIA ZAVALA, E.O.:** THANK YOU. MADAM CHAIR, THAT CONCLUDES THE

2  ONE HOUR OF PUBLIC COMMENT TESTIMONY.

3

4  **SUP. BARGER, CHAIR:** THANK YOU. OUR TIME FOR PUBLIC SPEAKERS

5  HAS ENDED. I WANT TO THANK ALL THAT CALLED IN TO SPEAK. IF YOU

6  WERE UNABLE TO PROVIDE YOUR COMMENTS, YOU MAY SUBMIT WRITTEN

7  COMMENTS AS INDICATED ON THE AGENDA. WE WILL CONTINUE TO

8  ACCEPT ALL WRITTEN COMMENTS THAT COME IN DURING THE MEETING,

9  WHICH WILL THEN BECOME PART OF THE RECORD. WE WILL NOW MOVE ON

10 TO HEAR FROM SHERIFF ALEX VILLANUEVA, WHO HAS REQUESTED TO

11 ADDRESS THE BOARD ON ITEM NUMBER 18. SHERIFF, YOU WILL HAVE

12 THREE MINUTES TO ADDRESS THIS ITEM. WELCOME.

13

14 **SHERIFF VILLANUEVA:** THANK YOU. GOOD MORNING, EVERYONE. FIRST,

15 I WANT TO THANK SUPERVISOR HAHN AND YOURSELF, SUPERVISOR

16 BARGER, FOR YOUR LEADERSHIP AND FOR ORGANIZING THE $100,000

17 REWARD THAT LEADS TO THE ARREST OF THE SUSPECT IN THAT

18 COWARDLY ATTACK ON THE DEPUTIES. THAT IS MUCH APPRECIATED.

19 THAT HAS NOW BEEN MATCHED AND EXCEEDED  BY PRIVATE DONORS AS

20 WELL. SO, WE'RE OFF TO A GOOD START THERE. REGARDING ITEM

21 NUMBER 18, THE JAIL COUNT TODAY STANDS AT 13,807 OF WHICH

22 2,000 ARE ROUGHLY INMATES WHO NEED TO BE TRANSFERRED TO STATE

23 PRISON OR TO MENTAL INSTITUTIONS. HOWEVER, NONE OF THEM ARE

24 TAKING INMATES. SO OUR POPULATION IS GROWING AS A RESULT OF

25 THAT. HOWEVER, THE COURTS ARE NOT OPERATING AT FULL CAPACITY.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   SO EVEN IF WE TRANSFER THE  2,000 OUT, WE ARE STILL GOING TO

2   BE FACED WITH AN INCREASING JAIL POPULATION BECAUSE IT IS

3   ARTIFICIALLY LOW AT THIS POINT. MY CONCERN ABOUT THIS JAIL

4   POPULATION REVIEW COUNCIL, FOR ONE, IS THAT THE AUTHORITY TO

5   MANAGE THE JAILS EXCLUSIVELY RESIDES IN MY OFFICE. AND I

6   CANNOT EMPHASIZE THAT ENOUGH. AND I TOOK THE INITIATIVE, IN

7   FEBRUARY, TO START REDUCING THE JAIL POPULATION IN RESPONSE TO

8   THE COVID PANDEMIC. HOWEVER, I CAN ONLY IMPACT A SMALL SLICE

9   OF THE JAIL POPULATION, AND WE GOT RID OF THAT SMALL SLICE. SO

10  WHAT IS LEFT IN THE JAIL POPULATION IS MOSTLY FELONS, AND

11  PRETRIAL DETAINEES, AND VERY SERIOUS CRIMES. IF YOU LOOK AT

12  RIGHT NOW JUST FOR 2020, WE HAVE REPORTED 8,974 VIOLENT

13  CRIMES, 119 HOMICIDES, 2,500 ROBBERIES, 1,500 AGGREGATED

14  ASSAULTS, 6,000  BURGLARIES. THIS IS NOT ANY -- AND I'M

15  HEARING EVERYBODY TALKING ABOUT DECARCERATION AND THE HARM IN

16  THIS CARE FIRST/JAIL LAST MODEL. IT COULD ALSO BE CALLED

17  OFFENDER FIRST/VICTIM LAST MODEL. THERE IS NOTHING RACIST

18  ABOUT THE FACT THAT PEOPLE ARE IN JAIL BECAUSE OF THE CRIME

19  THEY COMMIT. THAT IS A FUNCTION OF A PERSONAL DECISIONS THAT

20  PEOPLE MAKE TO COMMIT THE CRIMES. WE ARE ONLY -- THE PEOPLE

21  THAT ARE LEFT WITH THE LEGAL OBLIGATION TO HOLD PEOPLE IN

22  CUSTODY WHILE THEIR CASES ARE BEING TRIED IN COURT, OR IF IT'S

23  AN  A.B.109, A SENTENCE. IN FACT,  MISDEMEANOR SENTENCES IN

24  THE COUNTY JAIL ARE ALMOST NON-EXISTENT AT THIS POINT. SO, ALL

25  THAT IS LEFT ARE FELONIES, AND THESE ARE FELONIES BECAUSE THEY

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   HARMED THE COMMUNITY. I HEARD A LOT ABOUT HARM FOR THE FOLKS

2   THAT ARE ENGAGED IN CRIMINAL ACTIVITY, BUT I HAVE YET TO HEAR

3   SOMEONE APOLOGIZE FOR THE HARM THAT IS CAUSED TO VICTIMS OF

4   CRIME. THAT NEEDS TO BE THE TOP PRIORITY FOR THE COUNTY, AND

5   IT IS FOR THE COMMUNITY, THE HARM THAT IS CAUSED TO VICTIMS OF

6   CRIME. AND THIS POPULATION REVIEW COUNCIL, IT   LOOKS NOTHING

7   MORE THAN A VEILED ATTEMPT TO USURP THE AUTHORITY OF THE

8   SHERIFF AND TO DO MY JOB. THE REASON WE WERE ABLE TO

9   DEPOPULATE BY 5,000 INMATES IS BECAUSE  I WAS DOING MY JOB. I

10  WORKED WITH THE CRIMINAL JUSTICE PARTNERS. THAT'S THE

11  DISTRICT ATTORNEY. THAT'S THE PUBLIC DEFENDER, ALTERNATIVE

12  PUBLIC DEFENDER, THE PRESIDING JUDGE OF THE SUPERIOR COURTS,

13  KENNETH BRAZIL, SAM ODA, THE CRIMINAL COURT DIVISION. WE WORK

14  TOGETHER, AND WE WORKED VERY, VERY WELL TOGETHER. AND

15  RECOGNIZE THAT YOU CANNOT FORM A COUNCIL OF ALL OF THESE

16  PEOPLE, WELL-INTENDED AS IT MAY BE, AND SOMEHOW THAT IS GOING

17  TO DICTATE OR MANAGE THE POPULATION OF THE JAIL. IT IS A

18  FUNCTION OF THE CRIME THAT HAPPENS ON THE STREET.

19

20  **SUP. BARGER, CHAIR:** SHERIFF VILLANUEVA, CAN YOU WRAP UP,

21  PLEASE.

22

23  **SHERIFF VILLANUEVA:** YEAH, SO IN OTHER WORDS, LET'S FOCUS ON

24  HAVING PEOPLE COMMIT LESS CRIME, AND WE ARE GOING TO BE ABLE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    TO REDUCE THE JAIL POPULATION, AND I WILL LEAVE IT AT THAT. SO

2    THANK YOU AGAIN.

3

4    **SUP. BARGER, CHAIR:** THANK YOU, SHERIFF VILLANUEVA, AND WE JUST

5    WANT TO SAY THAT OUR THOUGHTS ARE PRAYERS ARE WITH THE TWO

6    DEPUTIES AND THE ENTIRE COUNTY FAMILY, ESPECIALLY THOSE IN THE

7    SHERIFF'S DEPARTMENT, REGARDING THIS VERY DIFFICULT TIME WITH

8    YOUR TWO DEPUTIES STILL HOSPITALIZED. SO THOUGHTS AND PRAYERS,

9    AND THANK YOU FOR YOUR COMMENTS.

10

11    **SHERIFF VILLANUEVA:** THANK YOU.

12

13    **SUP. BARGER, CHAIR:** THANK YOU. WITH THAT, WE ARE GOING TO --

14    TODAY, WE ARE GOING TO BEGIN WITH THE SET ITEM, S1, AND THEN

15    ITEMS 3D AND 17, WHICH ARE RELATED TO ITEM 4D AND 28, ALSO

16    RELATED, FOLLOWED BY ITEMS 6 AND 12, WHICH WILL BE TAKEN UP

17    TOGETHER, FOLLOWED BY ITEMS, 18, 19, 22, 23, 70C AND THEN

18    FINISHING WITH ITEM 70G. BUT, PRIOR TO DOING THAT, MADAM

19    EXECUTIVE OFFICER, PLEASE INDICATE THE AGENDA ITEM NUMBERS ON

20    WHICH WE WILL BE VOTING TODAY.

21

22    **CELIA ZAVALA, E.O.:** THANK YOU, MADAM CHAIR. THE FOLLOWING

23    ITEMS ARE BEFORE YOU, SD1, 1D, 2D, 5D-8D, 1-5, 7-11, 13, 14,

24    15, SUPERVISOR BARGER VOTES NO, 16, 20, 21, 24-27, 29-69, 70A,

25    70B, AS REVISED, 70D-70F, 70H, 73-77 ARE BEFORE YOU.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2    **SUP. HAHN:** YES, THANK YOU, MADAM CHAIR. YOU KNOW, L.A. COUNTY

3    IS FACING SO MANY CHALLENGES RIGHT NOW. AND WHILE THESE

4    CHALLENGES HAVE BEEN DEVASTATING ON SO MANY LEVELS, THEY HAVE

5    ALSO BROUGHT PEOPLE AND ENTITIES TOGETHER TO COLLABORATE IN

6    NEW WAYS. FOR EXAMPLE, ALMOST IMMEDIATELY AFTER THE PANDEMIC

7    BEGAN, INFORMAL COLLABORATION BEGAN AMONG OUR JUSTICE PARTNERS

8    THAT BROUGHT ALL HANDS ON DECK TOWARDS THE COMMON GOAL OF

9    DECREASING THE DAILY JAIL POPULATION, AND WITHIN JUST A FEW

10   WEEKS, THEY ACCOMPLISHED WHAT WE HAD PREVIOUSLY BEEN TOLD

11   COULD NOT BE DONE. WITH THE SHERIFF'S HELP, WE BROUGHT OUR

12   AVERAGE DAILY JAIL POPULATION DOWN FROM MORE THAN 17,000 TO

13   LESS THAN 12,000. FOR THE FIRST TIME IN DECADES, OUR JAIL

14   POPULATION IN L.A. COUNTY WAS BENEATH OUR STATE'S RATED

15   MAXIMUM CAPACITY OF 12,404. THIS INCREDIBLE ACCOMPLISHMENT HAS

16   SHOWN US THAT, PRIOR TO THE PANDEMIC, THERE WERE THOUSANDS OF

17   PEOPLE IN OUR JAILS THAT DID NOT NEED TO BE THERE. AND NOW

18   THAT WE KNOW THIS, WE NEED TO MAKE SURE THAT WE MOVE FORWARD

19   AND NOT BACKWARD. WE ABSOLUTELY CANNOT REVERT TO THE

20   OVERCROWDING THAT HAS PLAGUED OUR JAILS FOR TOO LONG. SO IN

21   JUNE, I AUTHORED THE MOTION WITH SUPERVISOR RIDLEY-THOMAS

22   ASKING THE SAME JUSTICE PARTNERS TO FORM A WORKING GROUP TO

23   PROVIDE RECOMMENDATIONS FOR HOW TO MAINTAIN THE REDUCED

24   POPULATION EVEN AFTER THE THREAT OF THIS PANDEMIC SUBSIDES.

25   AND ONCE AGAIN, I AM IMPRESSED WITH THE COLLABORATION THAT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    FOLLOWED RESULTING IN A COMPREHENSIVE REPORT WITH DETAILED

2    RECOMMENDATIONS, AND NOW IT IS TIME TO IMPLEMENT THOSE

3    RECOMMENDATIONS. WE NEED TO CODIFY THE INFORMAL COLLABORATION

4    THAT HAS BEEN BROUGHT ABOUT BY THIS PANDEMIC, SO WE CAN

5    MAINTAIN THE PROGRESS WE HAVE MADE. THAT IS WHY TODAY, WE ARE

6    VOTING TO ESTABLISH THE JAIL POPULATION REVIEW COUNCIL, AND

7    THE JAIL POPULATION REVIEW COUNCIL WILL BE LED BY OUR OFFICE

8    OF DIVERSION AND REENTRY, AND IT WILL CONSIST OF ALL OF OUR

9    JUSTICE DEPARTMENTS AND HEALTH PARTNERS, INCLUDING OUR

10   SHERIFF'S DEPARTMENT, OUR PUBLIC DEFENDER, OUR A.T.I.

11   INITIATIVE, OUR DEPARTMENT OF MENTAL HEALTH, AND MANY MORE.

12   THIS COUNCIL WILL BE TASKED WITH KEEPING THE JAIL POPULATION

13   BELOW THE STATE'S RATED MAXIMUM CAPACITY, USING THE REPORT AS

14   GUIDELINES. BEFORE THE PANDEMIC, WE WERE STUCK IN A STATUS QUO

15   OF OVER INCARCERATION. THIS DEVASTATED COMMUNITIES, BROKE

16   APART FAMILIES, LED TO OVERCROWDED JAILS, ENDANGERED EVERYONE

17   INSIDE. AND THIS PANDEMIC HAS SHOWN US THAT IT DOESN'T NEED TO

18   BE THIS WAY. WE CAN REDUCE THE JAIL POPULATION, AND WE CAN DO

19   IT SAFELY. THIS NEEDS TO BECOME THE NEW NORMAL, AND I HOPE

20   ALL MY COLLEAGUES WILL SUPPORT ME TODAY IN CREATING THE JAIL

21   POPULATION REVIEW COUNCIL. I WANT TO TAKE A FEW MOMENTS TO

22   ADDRESS THE COMMENTS THE SHERIFF MADE EARLIER, AND I DO WANT

23   TO CLARIFY THAT WE HAVE WORKED VERY CLOSELY WITH THE SHERIFF'S

24   DEPARTMENT THROUGHOUT THIS PROCESS. AND, IN FACT, THE WORKING

25   GROUP THAT DRAFTED THE REPORT THAT SUGGESTED THE ESTABLISHMENT

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  OF THIS COUNCIL WAS LED BY THE SHERIFF'S DEPARTMENT AND O.D.R.

2  IN PARTNERSHIP TOGETHER. I KNOW THAT IT IS WITHIN THE

3  SHERIFF'S PURVIEW TO, YOU KNOW, OVERSEE AND MAINTAIN AND MAKE

4  DECISIONS ABOUT OUR JAIL POPULATION, AND I WANT TO MAKE SURE

5  THAT OUR SHERIFF'S DEPARTMENT IS AT THE FOREFRONT OF THIS NEW

6  REVIEW COUNCIL. THANKS TO EVERYONE WHO CALLED IN TODAY TO

7  VOICE THEIR SUPPORT FOR THIS COUNCIL. I AM GOING TO READ IN AN

8  AMENDMENT THAT ADDRESSES ONE OF THE CONCERNS THAT SOME OF YOU

9  BROUGHT UP DURING THE PUBLIC COMMENT. DIRECTIVE 5 WILL READ

10  THAT THE JAIL POPULATION REVIEW COUNCIL BE TASKED WITH

11  REFERRING THE IMPLEMENTATION OF THE PRIORITIZED RECOMMENDATION

12  AFTER THE EVALUATION PROCESS DESCRIBED IN NUMBER 4, AS WELL AS

13  THE LEGISLATIVE REFORMS STRATEGIES AND FUNDING NEEDS AND

14  OPTIONS IDENTIFIED IN THE JAIL POPULATION REDUCTION REPORT,

15  INCLUDING -- HERE IS THE NEW PART -- INCLUDING REALLOCATING

16  ANY COST SAVINGS FROM REDUCTIONS IN THE JAIL POPULATION TO THE

17  A.T.I. INITIATIVE, O.D.R., OR OTHER APPROPRIATE ENTITIES. I

18  ASKED JUDGE ESPINOSA FROM THE OFFICE OF DIVERSION AND REENTRY

19  TO TALK ABOUT THE IMPORTANCE OF NEW THIS NEW COUNCIL. JUDGE

20  ESPINOSA, ARE YOU HERE? AND IT IS UP TO MY COLLEAGUES IF THEY

21  WANT TO SPEAK FIRST, THAT'S OKAY, TOO, BUT I DO KNOW THE JUDGE

22  IS READY TO ADDRESS US. THANK YOU.

23

24  **SUP. RIDLEY-THOMAS:** MADAM CHAIR, WITH YOUR PERMISSION?

25

# THE MEETING TRANSCRIPT
### OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. BARGER, CHAIR:** THANK YOU. AND WITH THAT, IN CLOSING, I

2    WILL SAY, DURING THIS PANDEMIC WE SAW THAT WORKING TOGETHER,

3    AS IT RELATES TO BRINGING DOWN THE POPULATION OF THE JAIL, CAN

4    WORK. WHEN YOU HAVE ALL STAKEHOLDERS AT THE TABLE REVIEWING

5    AND ALLOWING THE COURTS TO MAKE THE FINAL DETERMINATION, IT

6    WORKED. THE SHERIFF WAS ALLOWED AN OPPORTUNITY TO FLAG THOSE

7    THAT HE FELT WERE NOT READY TO BE RELEASED OR COULD BE

8    RELEASED, BUT AT THE SAME TIME, THE SHERIFF'S DEPARTMENT ALSO

9    REVIEWED AND RECOGNIZED THERE THOSE THAT COULD BE RELEASED AND

10   WERE NOT GOING TO BE AT RISK FOR PUBLIC SAFETY CONCERNS IN THE

11   COMMUNITY. SO IT CAN WORK. AND I AM HOPING THAT THIS IS A MORE

12   UNIFORMED APPROACH TO DOING IT, MOVING FORWARD, POST-COVID.

13   AND SO, WITH THAT, I CAN SUPPORT THIS MOTION. SO, WITH THAT,

14   WE WILL MOVE BY SUPERVISOR HAHN, SECONDED BY SUPERVISOR

15   RIDLEY-THOMAS TO APPROVE THIS MOTION. MADAM EXECUTIVE OFFICER,

16   PLEASE CALL THE ROLL.

17

18   **CELIA ZAVALA, E.O.:** ITEM 18 IS BEFORE YOU, SUPERVISOR SOLIS?

19

20   **SUP. SOLIS:** AYE.

21

22   **CELIA ZAVALA, E.O.:** SUPERVISOR SOLIS, AYE. SUPERVISOR RIDLEY-

23   THOMAS?

24

25   **SUP. RIDLEY-THOMAS:** AYE.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    FOR MUTUAL AID ASSISTANCE. ON SEPTEMBER 13TH, 2020, PURSUANT

2    TO GOVERNMENT CODE SECTION 8558 (B) AND 8630 IN LOS ANGELES

3    COUNTY SECTION 2.6810, THE THE SHERIFF AND THE LOS ANGELES

4    BOARD OF SUPERVISORS PROCLAIMED THE EXISTENCE OF A LOCAL

5    EMERGENCY FOR THE BOBCAT FIRE, PROCLAMATION OF LOCAL

6    EMERGENCY. THE PROCLAMATION ENABLES THE COUNTY TO MORE

7    EFFECTIVELY RESPOND TO THE BOBCAT FIRE, ACCELERATE THE

8    PROCUREMENT OF VITAL SUPPLIES, SEEK AND UTILIZE MUTUAL AID,

9    AND POTENTIALLY OBTAIN REIMBURSEMENT AND ASSISTANCE FROM THE

10   STATE AND FEDERAL GOVERNMENT. PURSUANT TO GOVERNMENT CODE

11   SECTION 8630 (B) AND LOS ANGELES COUNTY CODE SECTION 2.68.110,

12   THE LOCAL PROCLAMATION OF EMERGENCY SHALL NOT REMAIN IN EFFECT

13   FOR A PERIOD IN EXCESS OF SEVEN DAYS UNLESS IT HAS BEEN

14   RATIFIED BY THE BOARD. WE, THEREFORE, MOVE THAT THE BOARD OF

15   SUPERVISORS, NUMBER ONE, RATIFY THE ATTACHED PROCLAMATION OF

16   LOCAL EMERGENCY MADE ON SEPTEMBER 13TH, 2020 FOR THE BOBCAT

17   FIRE IN THE COUNTY OF LOS ANGELES. THIS PROCLAMATION OF LOCAL

18   EMERGENCY SHALL REMAIN IN EFFECT UNTIL ITS TERMINATION IS

19   PROCLAIMED BY THIS BOARD AND, NUMBER TWO, FORWARD A COPY OF

20   THE PROCLAMATION OF LOCAL EMERGENCY TO THE DIRECTOR OF THE

21   CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES WITH THE

22   REQUEST THAT THE DIRECTOR FIND IT ACCEPTABLE IN ACCORDANCE

23   WITH STATE LAW AND REQUESTS THAT A GOVERNOR'S PROCLAMATION BE

24   PROVIDED UNDER THE CALIFORNIA DISASTER ASSISTANCE ACT AND,

25   THREE, DIRECT COUNTY DEPARTMENTS TO IMPLEMENT ALL ASSESSMENT,

# EXHIBIT 52



# THE MEETING TRANSCRIPT OF
# THE LOS ANGELES COUNTY
# BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1     **[REPORT OF ACTION TAKEN IN CLOSED SESSION ON**

2      **TUESDAY, OCTOBER 13, 2020, ON PAGE 185]**

3

4

5

6

7 **SUP. BARGER, CHAIR:** GOOD MORNING, EVERYBODY. WELCOME TO THE

8 REGULARLY SCHEDULED MEETING OF THE LOS ANGELES COUNTY BOARD OF

9 SUPERVISORS. TODAY IS TUESDAY, OCTOBER 13TH, 2020. OUR MEETING

10 TODAY IS BEING HELD REMOTELY DUE TO THE CURRENT PUBLIC HEALTH

11 CRISIS TO PROTECT THE HEALTH OF ALL. I WILL NOW TAKE ROLL CALL

12 TO CONFIRM ATTENDANCE. PLEASE UNMUTE YOUR MIC AND RESPOND WHEN

13 YOUR NAME IS CALLED. SUPERVISOR SOLIS?

14

15 **SUP. SOLIS:** PRESENT.

16

17 **SUP. BARGER, CHAIR:** SUPERVISOR RIDLEY-THOMAS WILL BE JOINING

18 WITH US AT APPROXIMATELY 10:30. SUPERVISOR KUEHL?

19

20 **SUP. KUEHL:** HERE.

21

22 **SUP. BARGER, CHAIR:** SUPERVISOR HAHN?

23

24 **SUP. HAHN:** HERE.

25

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. BARGER, CHAIR:** FESIA DAVENPORT, ACTING CHIEF EXECUTIVE

2  OFFICER?

3

4  **CELIA DAVENPORT, C.E.O.:** HERE.

5

6  **SUP. BARGER, CHAIR:** MARY WICKHAM, COUNTY COUNSEL?

7

8  **ATTORNEY:** HERE.

9

10  **SUP. BARGER, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER OF THE

11  BOARD

12

13  **CELIA ZAVALA, E.O.:** HERE.

14

15  **SUP. BARGER, CHAIR:** AS INDICATED ON THE POSTED AGENDA, WE WILL

16  TAKING TELEPHONIC PUBLIC COMMENTS DURING TODAY'S MEETING. THE

17  EXECUTIVE OFFICE OF THE BOARD RECEIVED OVER 2,100 WRITTEN

18  PUBLIC COMMENTS FOR TODAY'S MEETING, AND AS THOSE WRITTEN

19  COMMENTS WERE RECEIVED, ALL OF THEM WERE AVAILABLE TO THE

20  SUPERVISORS FOR THEIR CONSIDERATION CONSISTENT WITH THE BROWN

21  ACT REQUIREMENTS. WE WILL CONTINUE TO RECEIVE WRITTEN PUBLIC

22  COMMENTS THROUGHOUT THE MEETING. DUE TO THE NUMBER OF WRITTEN

23  PUBLIC COMMENTS RECEIVED, WE WILL NOT BE READING ALL THE

24  NAMES. HOWEVER, THESE COMMENTS WILL BECOME PART OF THE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   OFFICIAL RECORD. MADAM EXECUTIVE OFFICER, PLEASE CALL THE

2   AGENDA.

3

4   **CELIA ZAVALA, E.O.:** THANK YOU. GOOD MORNING, MADAM CHAIR AND

5   MEMBERS OF THE BOARD. TODAY'S AGENDA WILL BEGIN ON PAGE TWO,

6   SET MATTER AT 10:30 AM. ITEM S1 IS A DISCUSSION OF THE PUBLIC

7   HEALTH ORDER RELATED TO COVID-19 AS REQUESTED BY THE CHAIR OF

8   THE BOARD. ON PAGE THREE, SPECIAL DISTRICT AGENDAS, THIS IS

9   THE AGENDA FOR THE LOS ANGELES COUNTY DEVELOPMENT AUTHORITY.

10  ON PAGE 5, THIS IS THE AGENDA FOR THE PUBLIC WORKS FINANCING

11  AUTHORITY. ON PAGE 6, THIS IS THE AGENDA FOR THE REGIONAL PARK

12  AND OPEN SPACE DISTRICT. ON PAGE 7, CONSENT CALENDAR, BOARD OF

13  SUPERVISORS ITEMS 1-28. ON ITEM 3, SUPERVISOR SOLIS, SORRY,

14  SUPERVISOR RIDLEY-THOMAS REQUESTS THAT THIS ITEM BE HELD. ON

15  ITEM 6, THIS INCLUDES A REVISION AS INDICATED ON THE

16  SUPPLEMENTAL AGENDA. ON ITEM 8, SUPERVISOR KUEHL AND

17  SUPERVISOR BARGER AMEND THE ITEM TO READ IN OPPOSE NEW

18  PROPOSAL THAT WOULD INCREASE HOUSING DENSITY IN VERY HIGH FIRE

19  HAZARDOUS SEVERITY ZONES. ITEM 16, THIS INCLUDES A REVISION AS

20  INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEMS 18 AND 19,

21  SUPERVISOR BARGER REQUESTS THAT THIS ITEM BE HELD. ON ITEMS 21

22  AND 22, SUPERVISOR SOLIS REQUESTS THAT THESE ITEMS BE HELD. ON

23  PAGE 29, ADMINISTRATIVE MATTERS, ITEMS 29-61. ON ITEM 29, THE

24  ACTING CHIEF EXECUTIVE OFFICER REQUESTS THIS ITEM BE CONTINUED

25  TO DECEMBER 8TH, 2020 AS INDICATED ON THE POSTED AGENDA. ON

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   ITEM 36, SUPERVISOR KUEHL REQUESTS THAT THIS ITEM BE HELD. ON

2   ITEM 45, SUPERVISOR RIDLEY-THOMAS REQUESTS THAT THIS ITEM BE

3   HELD. ON ITEM 48 IS AN URGENCY ORDINANCE FOR ADOPTION AMENDING

4   COUNTY CODE TITLE 22 PLANNING AND ZONING TO EASE DEVELOPMENT

5   RESTRICTIONS AND ALLOW FOR DISASTER RECOVERY INCLUDING

6   TEMPORARY HOUSING, RECONSTRUCTION, AND PERMANENT -- PERMITTING

7   FOR PROPERTIES THAT SUFFERED IRREPARABLE DAMAGES OR

8   DESTRUCTIONS IN THE LAKE FIRE OR BOBCAT FIRE. ON PAGE 44, THIS

9   INCLUDES MISCELLANEOUS ADDITIONS TO THE AGENDA, WHICH WERE

10  POSTED MORE THAN 72 HOURS IN ADVANCE OF THE MEETING AS

11  INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEMS 59D AND 59E,

12  SUPERVISOR HAHN REQUESTS THAT THESE ITEMS BE HELD. ON ITEM

13  59I, SUPERVISOR  SOLIS REQUESTS THAT THIS ITEM BE HELD. THE

14  REQUESTS FOR CONTINUANCES AND ITEMS TO BE REFERRED BACK

15  THROUGH 59I ARE BEFORE YOU.

16

17  **SUP. BARGER, CHAIR:** MOVED BY SUPERVISOR KUEHL, SECONDED BY

18  SUPERVISOR HAHN. WITHOUT OBJECTION, SO ORDERED.

19

20  **CELIA ZAVALA, E.O.:** ON PAGE 45, SEPARATE MATTERS, ITEM 62 IS A

21  RESOLUTION AUTHORIZING THE ISSUANCE AND SALE OF THE LOS

22  ANGELES COUNTY PUBLIC WORKS FINANCING AUTHORITY LEASE REVENUE

23  BONDS 2020 SERIES A ON A TAX EXEMPT BASIS WITH AN AGGREGATE

24  PAR AMOUNT NOT TO EXCEED $425 MILLION TO PROVIDE FUNDING FOR

25  THE NEW LOS ANGELES COUNTY MUSEUM OF ARTS FACILITY PROJECT. ON

# THE MEETING TRANSCRIPT
## OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1

2 **SUP. BARGER, CHAIR:** THANK YOU. AS YOU HEARD, OUR TIME FOR

3 PUBLIC SPEAKERS HAS ENDED. I WANT TO THANK EVERYBODY THAT

4 CALLED IN TO SPEAK. IF YOU WERE UNABLE TO PROVIDE YOUR

5 COMMENTS, YOU MAY SUBMIT WRITTEN COMMENTS AS INDICATED ON THE

6 AGENDA. WE WILL CONTINUE TO ACCEPT ALL WRITTEN COMMENTS THAT

7 COME IN DURING THE MEETING, WHICH WILL BECOME PART OF THE

8 RECORD. WE WILL NOW HEAR FROM SHERIFF VILLANUEVA, WHO

9 REQUESTED TO ADDRESS THE BOARD ON ITEM NUMBER THREE. SHERIFF

10 VILLANUEVA, YOU WILL HAVE 5 MINUTES TO ADDRESS THIS ITEM.

11

12 **SHERIFF VILLANUEVA:** GOOD MORNING, ALL, AND THANK YOU FOR THE

13 OPPORTUNITY TO ADDRESS. I WANT TO SPEAK ON TWO ITEMS, ITEMS

14 NUMBER 55 AND ITEMS NUMBER 33. ITEM 55 IS ABOUT A SETTLEMENT

15 FOR A CLASS ACTION LAWSUIT, AND IT IS A $14 MILLION SETTLEMENT

16 THAT IS GOING TO BE PAID OUT OF THE SHERIFF'S DEPARTMENT

17 FUNDS. HOWEVER, THE ACTIONS THAT AROSE THE SETTLEMENT CAME

18 FROM DURING SHERIFF VACA'S TENURE AND SHERIFF MCDONALD'S. AND

19 THE POINT IS THAT IN 1999, THE FORMER BOARD AUTHORIZED AND

20 DELEGATED AUTHORITY TO THE SHERIFF DEPARTMENT TO ACCEPT

21 S.C.A.A.P. FUNDS, AND ALSO BOTH SHERIFFS VACA AND MCDONALD,

22 THEY COOPERATED WITH I.C.E. I.C.E. WAS IN THE FACILITIES. THEY

23 FACILITATED A TRANSFER OF INMATES TO I.C.E.'S CUSTODY AND

24 ACCEPTED THE S.C.A.A.P. MONEY, A TOTAL OF $122 MILLION FROM

25 2005 TO 2018. I REJECTED THE S.C.A.A.P. GRANT FUNDS, AND I WAS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    CHASTISED BECAUSE IT WAS UNREALIZED REVENUE.  I KICKED I.C.E.

2    OUT OF THE JAILS, AND I BANNED ALL TRANSFERS OF INMATES TO

3    CUSTODY OF I.C.E. AND THE BOARD CALL MADE THAT BAN PERMANENT.

4    SO, I THANK YOU FOR THAT. HOWEVER, THE POINT IS, I THINK IT IS

5    MORALLY INDEFENSIBLE TO SLAP THE CURRENT SHERIFFS DEPARTMENT

6    2020 WITH THE MISTAKES OF PREVIOUS SHERIFFS AND PREVIOUS

7    BOARDS OF SUPERVISORS. SO THAT $14 MILLION SHOULD BE PAID OUT

8    OF THE GENERAL FUND NOT OUT OF THE SHERIFF'S DEPARTMENT FUNDS

9    BECAUSE NOW WE ARE DOWN TO BRASS TACKS. YOU'VE DEFUNDED THE

10   DEPARTMENT BY HUNDREDS OF MILLIONS OF DOLLARS. THE CURRENT

11   BUDGET IS, $105 MILLION. IT'S ACTUALLY A $145 MILLION YOU'VE

12   DEFUNDED UNDER THE CURRENT FISCAL YEAR. AND THAT WAS BECAUSE

13   YOU GAVE US BACK $40 MILLION OF FROM THE $61 MILLION YOU HAS

14   STILL FROZEN FROM THE PREVIOUS FISCAL YEAR. SO IN REALITY, IT

15   IS $145 MILLION. AND ON TOP OF THAT NOW WE ARE GOING TO ITEM

16   NUMBER 3, BUT THE POINT IS, WE ARE MAKING DECISIONS HERE, AND

17   WE ARE IN TRIAGE MODE. AND WHILE YOU ARE DEFUNDING THE

18   SHERIFF'S DEPARTMENT, YOU HAVE INCREASED THE COUNTY BUDGET

19   OVERALL TO $36.7 BILLION. SO THIS IS KIND OF A REAL WEIRD

20   MOMENT WHERE THE COUNTY BUDGET OVERALL IS INCREASING WHILE THE

21   SHERIFF'S DEPARTMENT BUDGET IS DECREASING. AND THERE IS NO FAT

22   LEFT TO TRIM EVERYWHERE. EVERYTHING WE DO WE ARE GOING TO BE

23   CONSOLIDATING. WE ARE GOING TO BE SHIFTING FUNDS WHERE WE CAN

24   TO MAKE SURE THAT WE ARE AFFORDING ESSENTIAL SERVICES AND

25   WE'RE PROVIDING THOSE TO THE COMMUNITIES. SO GOING TO ITEM

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   NUMBER 3 NOW, SHIFTING TO ITEM NUMBER 3, WE NOW HAVE TO CLOSE

2   SOUTH FACILITY, WHICH SEEMS TO BE WHAT THE PUSH IS FOR THE

3   BOARD WHERE THE C.E.O. HAS FROZEN ALL OF THESE HUNDREDS, IF

4   NOT OVER A THOUSAND, POSITIONS THAT ARE IN CUSTODY FACILITIES.

5   SO WE CLOSE SOUTH FACILITY. THAT MEANS WE HAVE TO MOVE 700

6   INMATES FROM SOUTH, AND WE HAVE TO PUSH THEM INTO OTHER

7   FACILITIES, WHICH IS GOING TO INCREASE THE COVID-19 INFECTION

8   RATE. IT'S GOING TO CREATE OBVIOUSLY MORE CRAMPED QUARTERS AND

9   A LOT LESS OPPORTUNITY TO PREVENT THE SPREAD OF THIS COVID-19

10  PANDEMIC. SO WE ARE HARMING PUBLIC SAFETY BY ITEM NUMBER 3.

11  AND SO OUR RESPONSE TO THAT IS NOW WE ARE PICKING BETWEEN

12  LESSER EVILS. SO PARKS BUREAU, UNFORTUNATELY, IS THE LESSER

13  EVIL THAN THE OTHER ALTERNATIVES. SO MR. RIDLEY-THOMAS, WHEN

14  YOU ARE SAYING YOU  WANT TO ENSURE RELIABLE AND CONSISTENT

15  PUBLIC SAFETY, YOU CAN DO THAT BY NOT DEFUNDING PUBLIC SAFETY

16  FIRST AND FOREMOST. AND YOU WANT TO IMMEDIATELY SATISFY THE

17  PUBLIC SAFETY AND COMMUNITY POLICING GAP, YOU HAVE CREATED

18  THAT GAP BY DEFUNDING THE SHERIFF'S DEPARTMENT. AND NOW, AND

19  I'M GOING BACK TO 2009, YOU WERE PART OF THE BOARD THAT

20  APPROVED GETTING RID OF THE OFFICE OF PUBLIC SAFETY AND

21  CREATING THE PARKS BUREAU AND THEN COUNTY SERVICES BUREAU WITH

22  THE  SHERIFF'S DEPARTMENT. AND IT WAS A COST-SAVING MEASURE.

23  WE REDUCED THE TOTAL NUMBER OF SWORN PERSONNEL, AND IT WAS A

24  WIN-WIN ACROSS THE BOARD IN 2009. NOTHING HAS CHANGED IN 2020

25  EXCEPT YOUR ATTITUDE TOWARDS LAW ENFORCEMENT. SO MR. RIDLEY-

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THOMAS, I THINK YOU NEED TO HEED YOUR OWN ADVICE FROM 2009 ON

2   THAT. NOW AND I KNOW ANOTHER PART DOWN HERE IS THIS MEASURE

3   CALLS FOR THE USE OF UNARMED STAFF TRAINED IN CRISIS RESPONSE

4   AND VIOLENCE PREVENTION STRATEGY. WOW, GOOD LUCK WITH THAT

5   WITH AN ARMED GANG MEMBER WHO WANTS TO SHOOT PEOPLE IN THE

6   PARK.

7

8   **SUP. BARGER, CHAIR:** SHERRIF,  CAN YOU CONCLUDE YOUR REMARKS,

9   PLEASE.

10

11   **SHERIFF VILLANUEVA:** YOU GAVE 3 MINUTES TO AVERAGE JOHN Q.

12   CITIZEN. I THINK THAT IF YOU COULD GIVE ME 5 MINUTES, THAT

13   WOULD BE ENOUGH.

14

15   **SUP. BARGER, CHAIR:** YOU'VE HAD 5 MINUTES. I'M ASKING YOU TO --

16

17   **SHERIFF VILLANUEVA:** I'M AT FOUR AND HALF, BUT YOU ARE

18   INTERRUPTING ME. NOW, LET'S GO TO THE LAST BUT NOT LEAST ON

19   ITEM NUMBER 3, AND I'M HEARING THE COMMENTS ABOUT GETTING

20   DEPUTIES AND LAW ENFORCEMENT OUT OF THE HOSPITAL AS WELL.

21   WELL, WE ARE GOING TO HAVE A LOT TO SAY ABOUT THAT TOMORROW

22   ABOUT THE SHOOTING THAT TOOK PLACE IN HARBOR GENERAL, AND IT

23   WAS A SCENE OUT OF THE SHINING WITH JACK NICKELSON. SO WE ARE

24   GOING TO GIVE ALL THE DETAILS TOMORROW SO YOU CAN MAKE A

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    DIFFERENT TO DIFFERENT STAKEHOLDERS. I LOOK FORWARD TO SEEING

2    THE OPTIONS PROVIDED IN THE REPORT BACK. THANK YOU MADAM

3    CHAIR.

4

5    **SUP. BARGER, CHAIR:** THANK YOU, SUPERVISOR HAHN. I JUST HAVE TO

6    SAY WHEN THE SHERIFF ANNOUNCED,  AS PART OF HIS BUDGET, THAT

7    HE WAS ELIMINATING THE PARKS BUREAU, THIS WAS DONE WITHOUT

8    DISCUSSIONS WITH PARKS AND REC DEPARTMENT OR THE BOARD OF

9    SUPERVISORS, WHICH ALLOCATES THE FUNDS FOR THE PARKS BUREAU.

10   THE SHERIFF FAILED TO RECOGNIZE THAT ELIMINATING PARKS BUREAU

11   MEANS THAT OVER $23 MILLION WILL BE REALLOCATED OUT OF HIS

12   BUDGET TO THE PARKS AND REC DEPARTMENT TO CONTRACT FOR PUBLIC

13   SAFETY SERVICES. UNLIKE PATROL SERVICES IN THE UNINCORPORATED

14   AREAS, PUBLIC SAFETY SERVICES IN OUR PARKS CAN BE PROVIDED

15   OUTSIDE OF L.A.S.D. IN FACT, THE OFFICE OF PUBLIC SAFETY, ALSO

16   KNOWN AS O.P.S., USED TO PROVIDE LAW ENFORCEMENT SERVICES IN

17   OUR PARKS. THE BOARD DISSOLVED O.P.S. AND TRANSFERRED THAT

18   FUNCTION TO THE SHERIFF'S DEPARTMENT IN PART BECAUSE THE BOARD

19   RECOGNIZED THE NEED TO PROFESSIONALIZE AND ENHANCE PUBLIC

20   SAFETY AT OUR PARKS. I WAS DISAPPOINTED WITH THE SHERIFF'S

21   ACTION BECAUSE I HAVE SEEN FIRSTHAND HOW VITAL THE SHERIFF IS

22   AT OUR PARKS AND IS TRULY APPRECIATED WITHIN THE COMMUNITY.

23   THE WORK OF THE DEPUTIES TRULY IS THE TYPE OF COMMUNITY

24   POLICING MODEL THAT WE WANT. THE RESULT OF HIS ANNOUNCEMENT

25   GIVES THIS BOARD NO CHOICE BUT TO REVIEW HOW PUBLIC SAFETY IS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  PROVIDED IN OUR PARKS. I AM GOING SUPPORT THE REPORT BACK

2  TODAY BASED ON THE FACT THAT THE DIRECTIVES CALL FOR LOOK INTO

3  A THIRD PARTY ONLY IF NECESSARY. MY HOPE IS THAT THE REPORT

4  WILL RECOMMEND THAT WE CONTINUE TO WORK WITH THE CURRENT

5  STRUCTURE IN PARTNERSHIP WITH THE SHERIFF'S DEPARTMENT IF THE

6  SHERIFF WILL WORK WITH THIS BOARD AND WITH THE PARKS

7  DEPARTMENT. THE PARKS BUREAU PERSONNEL HAVE A GOOD REPUTATION

8  WITHIN OUR COMMUNITIES. AND I DO NOT BELIEVE IT IS WISE TO

9  MAKE LONG TERM CHANGES BASED ON CURRENT PERSONALITIES. WE ALL

10 AGREE ON THIS BOARD THAT RELIABLE AND CONSISTENT PUBLIC SAFETY

11 WITHIN OUR COUNTY PARKS IS PARAMOUNT. AGAIN, I WILL BE

12 SUPPORTING THIS REPORT BACK, BUT WITH PLENTY OF RESERVATIONS

13 AS I BELIEVE THE PARKS BUREAU IS DOING AN INCREDIBLE JOB AND

14 IS, QUITE FRANKLY, BEING USED AS A PAWN BY THIS SHERIFF, WHICH

15 IS A DISSERVICE TO THE MEN AND WOMEN WITHIN THE PARKS BUREAU

16 AND WITHIN OUR COMMUNITIES. THANK YOU. SUPERVISOR SOLIS?

17

18 **SUP. SOLIS:** THANK YOU, MADAM CHAIR. AND THANK YOU, SUPERVISOR

19 RIDLEY-THOMAS AND HAHN FOR BRINGING THIS TIMELY MOTION BEFORE

20 US TODAY. AS THE BOARD OF SUPERVISORS, WE ARE RESPONSIBLE FOR

21 THE COUNTY'S 10 MILLION RESIDENTS, ENSURING NEED ARE MET,

22 UTILITIES, BUILDINGS, FACILITIES ARE MAINTAINED, AND THAT WE

23 KEEP THE COMMUNITIES SAFE, AND PUBLIC SAFETY IS ALSO A PART OF

24 OUR DUTIES AND A PRIORITY, I KNOW, FOR ALL OF US. AND A COUPLE

25 OF WEEKS AGO, I VOTED TO ADOPT THE COUNTY SUPPLEMENTAL BUDGET

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THAT WAS SPECIALLY  CURATED BY THE ACTING C.E.O. AND TEAM.

2   THIS TOOK A LOT OF TIME AND EFFORT TO ENSURE THAT, DESPITE THE

3   GLOBAL PANDEMIC AND ECONOMIC CRISIS, OUR COUNTY CONTINUES TO

4   PROVIDE VITAL SERVICES AND PROGRAMS TO OUR RESIDENTS, WHICH

5   INCLUDED SAVING ALL OF OUR EMPLOYEES FROM A LAYOFF. PARKS

6   SERVICE BUREAU, A SHERIFF  DEPARTMENT UNIT, THAT WAS SUPPOSED

7   TO KEEP RESIDENTS AND STAFF SAGE WAS  ONE OF THE MANY SHERIFF

8   UNITS THAT WE, AS A BOARD, SAVED DESPITE THE SHERIFF DECIDING

9   TO CUT IT, WHICH ALSO MEANT LAYING OFF THE DEPUTIES WHO WORK

10  IN THAT BUREAU. PARKS ARE PARTICULARLY IMPORTANT TO ME AS THEY

11  ARE SPACES WHERE RESIDENTS CAN SPEND TIME ALONE AND WITH

12  FRIENDS AND FAMILY, ENGAGE IN SELF CARE, MEDITATION, AND

13  MENTAL HEALTH. AND IT IS ALSO A PLACE WHERE THE COUNTY

14  PROVIDES SERVICES TO OUR YOUTH, ESPECIALLY THOSE AT RISK, LIKE

15  PARKS AFTER DARK. I ALSO USE MY DISCRETIONARY FUNDING TO FUND

16  SHERIFF DEPUTIES TO PATROL PARKS IN MY OWN DISTRICT. THE

17  SITUATION THAT IS CURRENTLY BEFORE US IS THAT THE FUNDING WE

18  SET ASIDE THAT WOULD PROVIDE SECURITY AND SAFETY IN THE PARKS

19  IS THREATENED BY THE SHERIFF TO BE USED NOT THE PARKS, WHICH

20  IS AGAINST THE BOARD'S BUDGETARY PRIORITIES. THIS MOTION CALLS

21  FOR A REPORT BACK THAT WOULD INCLUDE OPTIONS FOR THE BOARD TO

22  ACTO TO ENSURE THAT PUBLIC SAFETY IS MAINTAINED IN OUR

23  COUNTY'S PARKS, INCLUDING THE OPTION OF TRANSFERRING $23

24  MILLION OUT OF HIS BUDGET AND DIRECTLY INTO THE DEPARTMENT OF

25  PARKS AND RECREATION TO ENSURE THAT THAT OCCURS. BUT BEYOND

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THAT, AS THE BOARD CONTINUES ALONG THE CARE FIRST/ JAIL LAST

2   PATH, A THOUGHTFUL DISCUSSION AND PLAN ON REDEFINING AND

3   REIMAGINING PUBLIC SAFETY IN PARKS, I THINK, IS NECESSARY.

4   JUST AS WE ARE MOVING FORWARD WITH ALTERNATIVES TO 911 AND

5   OTHER NON-LAW ENFORCEMENT RESPONSES, THE SAME CAN BE SAID

6   ABOUT HOW OUR PARKS ARE POLICED. LOOKING AT A DIFFERENT PUBLIC

7   SAFETY MODEL THAT PROMOTES CRISIS RESPONSE AND  VIOLENCE

8   PREVENTION STRATEGIES AND MODELS THROUGH A NON-LAW ENFORCEMENT

9   MEANS AND THROUGH THE USE OF UNARMED STAFF ALIGN WITH HOW THIS

10  BOARD ENVISIONS SAFETY AND HEALTH FOR OUR COMMUNITIES. PARKS

11  ARE AND SHOULD BE SAFE PLACES, AND IT IS OUR RESPONSIBILITY TO

12  MAINTAIN THAT SPACE. SO I LOOK FORWARD TO RECEIVING A REPORT

13  BACK ON THIS ITEM. BUT I DO WANT TO CLARIFY SOMETHING IF I

14  MIGHT. THE SHERIFF SPOKE TO US EARLIER REGARDING THIS ITEM. I

15  WANT TO CLARIFY THAT THE SHERIFF'S DEPARTMENT WAS NOT THE ONLY

16  DEPARTMENT IN THE COUNTY THAT HAD TO DEAL WITH CURTAILMENTS.

17  ALL OF THE DEPARTMENTS DID, BUT DESPITE THIS, THE BOARD

18  DECIDED TO ENSURE THAT THERE WERE NO LAYOFFS THIS FISCAL YEAR,

19  INCLUDING LAYOFFS IN HIS OWN DEPARTMENT. WE SAVED NUMEROUS

20  PROGRAMS AND UNITS THAT THE SHERIFF WANTED TO CUT, SUCH AS THE

21  PARKS BUREAU, SPECIAL VICTIMS BUREAU, THE M.E.T. TEAMS, AND

22  THE H.O.S.T. TEAMS AND EVEN PROVIDING ONE-TIME FUNDING OF $40

23  MILLION TO THE SHERIFFS DEPARTMENT TO AVOID AN ADDITIONAL 100

24  PLUS LAYOFFS. IT IS NAIVE FOR THE SHERIFF TO THINK THAT PUBLIC

25  SAFETY IS ONLY HIS RESPONSIBILITY WHEN IT IS ALSO OURS. AND WE



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   DO TAKE THIS VERY SERIOUSLY. IN FACT, THIS MOTION IS BEFORE US

2   BECAUSE THERE IS A RISK  THAT SAFETY SERVICES WON'T BE

3   PROVIDED CONSISTENTLY IN OUR COUNTY PARKS, DESPITE THE BOARD

4   FUNDING THIS BUREAU DURING OUR SUPPLEMENTAL BUDGET. MY MEN'S

5   CENTRAL JAIL CLOSURE MOTION WILL BE  ASSESSING THE ACTUAL

6   STAFFING RATIOS AND LEVELS NEEDED TO COMPLY WITH THE

7   SETTLEMENT AGREEMENTS IN THE JAIL. WE NEED TO TAKE ALL FACTORS

8   INTO CONSIDERATION, SUCH AS THE LOWER JAIL POPULATIONS, THE

9   COUNTY'S COMMITMENT TO KEEP THE JAIL POPULATION LOW, AND OUR

10  BUILD OUT OF AN A.T.I. INFRASTRUCTURE IN THE COMMUNITY. THE

11  ALLEGED IMPACT IN CUSTODY THE SHERIFF STATES WILL OCCUR ARE

12  DECISIONS THAT HE IS CHOOSING TO MAKE TO TAKE CUSTODY DEPUTIES

13  OUT OF THE ACCESS TO CARE BUREAU, H.O.H., AND FOOD SERVICES.

14  THOUGH THE SHERIFF SAYS THAT STAFFING IS AN ISSUE IN CUSTODY,

15  THE BIGGEST ISSUE AND CONCERN THAT COUNTLESS OVERSIGHT BODIES,

16  INCLUDING THE CIVILIANS' COMMISSION ON JAIL VIOLENCE  BROUGHT

17  FORWARD WAS THAT THERE IS A CULTURE OF VIOLENCE IN THE JAILS

18  BROUGHT ABOUT BY CUSTODY STAFF AND THE FAILURE OF LEADERSHIP

19  TO ADDRESS THESE CONCERNS SWIFTLY AND APPROPRIATELY, WHICH WAS

20  REINFORCED BY THE ROSAS LAWSUIT AND THE D.O.J. CONSENT DECREE.

21  FINALLY, THE SHERIFF, TO SAY THAT THE COUNTY ENDED WITH A

22  SURPLUS IS MISLEADING. WE ARE STILL DEALING WITH THE $661

23  MILLION DEFICIT. WE HAD TO TAP INTO OUR RESERVES FOR ONE-TIME

24  FUNDING TO ENSURE WE CONTINUED TO PROVIDE SERVICES TO OUR TEN

25  MILLION RESIDENTS, AND WE ARE STILL DEALING WITH A GLOBAL

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   PANDEMIC THAT CONTINUES TO KILL ANGELENOS, AND WE ARE STILL

2   DEALING WITH AN ECONOMIC CRISIS AS EVIDENCED BY THOUSANDS OF

3   BUSINESSES THAT ARE STRUGGLING AND RESIDENTS WHO CAN'T PAY

4   THEIR BILLS. WE STILL HAVE INCREDIBLE NEEDS IN OUR COMMUNITY.

5   SO, I WOULD LIKE TO ASK THE FOLLOWING, WE HAD A LETTER THAT

6   WAS SENT TO US THIS MORNING BY THE SHERIFF. THE LETTER DOES

7   NOT TAKE INTO ACCOUNT THAT THE FACT THAT THE INMATE POPULATION

8   HAS BEEN SIGNIFICANTLY REDUCED IN THE JAILS AS A RESULT OF

9   COVID, AND THEREFORE, LESS STAFFING IS NEEDED TO SATISFY THE

10  TERMS OF THE CONSENT DECREE. AND I HAVE MANY, MANY QUESTIONS

11  THAT I WOULD WANT TO ADDRESS TO COUNTY COUNSEL IF THEY CAN

12  ALSO HELP TO RESPOND TO SOME OF THESE ISSUES THAT HAVE BEEN

13  RAISED IN THIS LETTER THAT ALL THE BOARD OFFICES  RECEIVED

14  RIGHT BEFORE THIS MEETING. IF I CAN HAVE COUNTY COUNSEL ON, I

15  WOULD APPRECIATE IT?

16

17  **ATTORNEY:** MARY WICKHAM IS HERE.

18

19  **SUP. SOLIS:** YES, SO, MARY, COUNTY COUNSEL, I WANTED TO ASK,

20  THE FACT THAT THE LETTER THAT WAS SENT TO US, CAN YOU TALK US

21  THROUGH SOME OF THE ITEMS THAT WERE BROUGHT UP THERE, THAT

22  WERE RAISED, THAT I THINK THEY ARE MISLEADING?

23

24  **ATTORNEY:** YES, SUPERVISOR, THANK YOU FOR THE QUESTION. I MEAN

25  AS YOU POINT OUT, NUMBER ONE, THE LETTER DOES NOT TAKE INTO

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   ACCOUNT THE FACT THAT THE INMATE POPULATION HAS BEEN REDUCED

2   AS A RESULT OF COVID, AND THEREFORE, LESS STAFFING IS NEEDED

3   OVERALL TO RUN THE JAILS. SECOND,  THE SHERIFF SEEMS TO BE

4   MAKING A POINT THAT THE STAFFING ISSUE IS SIGNIFICANT AND THAT

5   HE CANNOT COMPLY WITH THE VARIOUS REQUIREMENTS OF CONSENT

6   DECREES BECAUSE OF THE BUDGET PROPOSAL, IT WILL IMPACT

7   STAFFING, AND THAT IS JUST NOT ACCURATE. OUR MOST RECENT

8   REPORTS FROM THE VARIOUS COURT MONITORS HAVE OVERALL SUGGESTED

9   THAT WE ARE IN COMPLIANCE WITH THE REQUIREMENTS OF THE CONSENT

10  DECREES, AND, AS TO STAFFING, THE PROPOSED BUDGET PLAN IMPACT

11  TO STAFFING DOES NOT -- IS NOT NEW. IN OTHER  WORDS, STAFFING

12  WAS ALWAYS AN ISSUE FOR THE SHERIFF AS IT PERTAINED TO

13  COMPLIANCE WITH CONSENT DECREE REQUIREMENTS. THE PROPOSED

14  BUDGET PLAN DOES NOT CREATE A NEW SCENARIO, AND THAT, COUPLED

15  WITH THE FACT THAT OVERALL INMATE POPULATION IS NOW REDUCED,

16  ONE WOULD DRAW THE CONCLUSION THAT DEPUTY SHERIFF STAFFING,

17  LIKEWISE, COULD BE REDUCED IN THE JAIL SETTING. SO, HE SEEMS

18  TO BE -- THE SHERIFF SEEMS TO BE MAKING AN ISSUE OUT OF

19  SOMETHING CONVENIENTLY THAT, IN FACT, THE FACTS JUST DO NOT

20  SUPPORT. THOSE ARE THE POINTS, I THINK, THAT COME TO MIND.

21

22  **SUP. SOLIS:** AND HAS THE SHERIFF ACTUALLY IDENTIFIED FOR US THE

23  ACTUAL CUSTODY STAFFING LEVELS IN THE JAIL?

24

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **ATTORNEY:** GREAT QUESTION, NO. THE COUNTY COUNSEL, THE C.E.O.,

2   WE HAVE REPEATEDLY ASKED THE SHERIFF FOR THOSE NUMBERS. WE

3   HAVE NOT BEEN GIVEN THOSE NUMBERS, SO MUCH SO THAT THE C.E.O.

4   HAS HAD TO BRING IN A CONSULTANT OUTSIDE OF THE SHERIFF'S

5   DEPARTMENT, AND WE ARE EXPECTING A REPORT BACK FROM THE

6   CONSULTANT I THINK IN JUNE '21 WITH THE HOPE THAT THAT

7   CONSULTANT CAN IDENTIFY THE NUMBERS. ALTHOUGH, AND EVEN THERE,

8   IT IS UNCERTAIN BECAUSE WE NEED COOPERATION FROM THE SHERIFF

9   REALLY IN ORDER TO VERIFY THE STAFFING LEVELS IN THE JAILS.

10

11  **SUP. SOLIS:** THANK YOU VERY MUCH, COUNTY COUNSEL. AND THANK

12  YOU, MADAM CHAIR, FOR ALLOWING ME TO ASK THESE QUESTIONS.

13  THANK YOU.

14

15  **SUP. BARGER, CHAIR:** THANK YOU, SUPERVISOR SOLIS. I WAS SITTING

16  HERE, AND I AM TOLD THAT WHEN YOU BECOME A CAPTAIN, YOU ARE

17  REQUIRED TO UNDERSTAND HOW TO BALANCE YOUR BUDGET. SO I WOULD

18  HIGHLY  SUGGEST THE SHERIFF TALK WITH HIS CAPTAINS TO BETTER

19  UNDERSTAND THE BUDGET PROCESS BECAUSE THIS IS THE CLASSIC

20  EXAMPLE OF WHERE THE ANNOUNCEMENT IS MADE TO ELIMINATE A

21  BUREAU WITHOUT THE UNDERSTANDING THAT, IN FACT, THE BOARD OF

22  SUPERVISORS FUNDS THAT BUREAU, AND IF HE ELIMINATES THE

23  BUREAU, HE IS ELIMINATING THE FUNDING. SO I HOPE THE SHERIFF

24  WILL EITHER WORK WITH THE C.E.O. AND WITH THE  BOARD, OR, AT

25  THE VERY LEAST, TALK TO HIS CAPTAINS, WHO, WHEN THEY WERE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   PROMOTED TO CAPTAIN, UNDERSTAND HOW THE BUDGET PROCESS WORKS

2   WITH THE COUNTY. SO HEARING NO ONE ELSE, SUPERVISOR RIDLEY-

3   THOMAS, WOULD YOU LIKE TO SAY ANYTHING?

4

5   **SUP. RIDLEY-THOMAS:** MADAM CHAIR, THANK YOU VERY MUCH FOR THE

6   OPPORTUNITY. I THINK WE HAVE COVERED THIS SUFFICIENTLY. I

7   TRUST THAT IT IS CLEAR TO ALL WHO ARE LISTENING THAT THIS

8   BOARD TAKES PUBLIC SAFETY SERIOUSLY. IT IS OUR PRIORITY. WE

9   TAKE THE OPPORTUNITY FOR PARKS TO BE AS BEAUTIFUL AND AS

10  ACCESSIBLE AND MAY I SAY AS SAFE AS HUMANLY POSSIBLE. THAT IS

11  THE MESSAGE WE ARE DELIVERING, AND FROM THAT POSITION, WE WILL

12  NOT RETREAT. THANK YOU, MADAM CHAIR. THANK YOU, MS. HAHN AND

13  THE BALANCE OF THE BOARD, FOR CONSIDERING THIS ITEM, AND I

14  LOOK FORWARD TO, WHEN IT COMES BACK, SO THAT WE CAN DO THE

15  PEOPLE'S BUSINESS IN A WAY THAT REPRESENTS US IN GOOD STEAD.

16  THANK YOU.

17

18  **SUP. BARGER, CHAIR:** THANK YOU, SO THE MOTION IS BEFORE US,

19  MOVED BY SUPERVISOR RIDLEY-THOMAS, SECONDED BY SUPERVISOR HAHN

20  TO APPROVE THE ITEM. MADAM EXECUTIVE OFFICER, PLEASE CALL THE

21  ROLL.

22

23  **CELIA ZAVALA, E.O.:** ITEM 3 IS BEFORE YOU. SUPERVISOR SOLIS?

24

25  **SUP. SOLIS:** AYE.

# EXHIBIT 53



# The Meeting Transcript of
# The Los Angeles County
# Board of Supervisors

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1      [REPORT OF ACTION TAKEN IN CLOSED SESSION ON

2        TUESDAY, OCTOBER 27, 2020 ON PAGE 145]

3

4

5    **SUP. BARGER, CHAIR:** GOOD MORNING, EVERYONE. WELCOME TO THE

6    REGULARLY SCHEDULED MEETING OF THE LOS ANGELES COUNTY BOARD OF

7    SUPERVISORS. TODAY IS TUESDAY, OCTOBER 27TH, 2020. OUR MEETING

8    TODAY IS BEING HELD REMOTELY, DUE TO THE CURRENT PUBLIC HEALTH

9    CRISIS, TO PROTECT THE HEALTH OF ALL. I WILL NOW TAKE ROLL

10   CALL TO CONFIRM ATTENDANCE. PLEASE UNMUTE YOUR MIC AND RESPOND

11   WHEN YOUR NAME IS CALLED. SUPERVISOR SOLIS?

12

13   **SUP. SOLIS:** PRESENT.

14

15   **SUP. BARGER, CHAIR:** SUPERVISOR RIDLEY-THOMAS?

16

17   **SUP. RIDLEY-THOMAS:** HERE.

18

19   **SUP. BARGER, CHAIR:** SUPERVISOR KUEHL?

20

21   **SUP. KUEHL:** HERE.

22

23   **SUP. BARGER, CHAIR:** SUPERVISOR HAHN?

24

25   **SUP. HAHN:** HERE.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2   **SUP. BARGER, CHAIR:** FESIA DAVENPORT, ACTING CHIEF EXECUTIVE

3   OFFICER?

4

5   **FESIA DAVENPORT:** PRESENT.

6

7   **SUP. BARGER, CHAIR:** RODRIGO CASTRO-SILVA, CHIEF DEPUTY COUNTY

8   COUNSEL?

9

10  **I'M HERE, SUPERVISOR.**

11

12  **>>SUP. BARGER, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER OF THE

13  BOARD?

14

15  **CELIA ZAVALA, E.O.:** HERE.

16

17  **SUP. BARGER, CHAIR:** AS INDICATED ON THE POSTED AGENDA, WE WILL

18  BE TAKING TELEPHONIC PUBLIC COMMENT SEPARATELY FOR REGULAR

19  AGENDA ITEMS AND PUBLIC HEARING ITEMS DURING TODAY'S MEETING.

20  THE EXECUTIVE OFFICE OF THE BOARD RECEIVED OVER 1900 WRITTEN

21  PUBLIC COMMENTS FOR TODAY'S MEETING, AND AS THOSE WRITTEN

22  COMMENTS WERE RECEIVED, ALL OF THEM WERE AVAILABLE TO

23  SUPERVISORS FOR THEIR CONSIDERATION, CONSISTENT WITH THE BROWN

24  ACT'S REQUIREMENTS. WE WILL CONTINUE TO RECEIVE WRITTEN

25  COMMENTS THROUGHOUT THE MEETING. DUE TO THE NUMBER OF WRITTEN

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



 1  PUBLIC COMMENTS RECEIVED, WE WILL NOT BE READING THE NAMES;

 2  HOWEVER, THESE COMMENTS WILL BECOME PART OF THE OFFICIAL

 3  RECORD. COLLEAGUES, FOR TODAY'S MEETING, THE EXECUTIVE OFFICER

 4  WILL READ THE AGENDA, FOLLOWED BY PUBLIC COMMENT FOR REGULAR

 5  AGENDA ITEMS, AFTER WHICH WE WILL VOTE ON THE CONSENT ITEMS

 6  AND ITEMS NOT HELD BY THE SUPERVISORS. WE WILL THEN HEAR A

 7  SUMMARY OF THE PUBLIC HEARING ITEMS, FOLLOWED BY PUBLIC

 8  COMMENT FOR THE PUBLIC HEARING ITEMS. WE WILL THEN TAKE UP

 9  PUBLIC HEARING ITEMS, AFTER WHICH WE WILL CONVENE INTO CLOSED

10  SESSION. ONCE WE RETURN, WE WILL TAKE UP THE SET ITEMS,

11  FOLLOWED BY ITEMS HELD BY SUPERVISORS. WITH THAT, MADAM

12  EXECUTIVE OFFICER, PLEASE CALL THE AGENDA.

13

14  **CELIA ZAVALA, E.O.:** THANK YOU, MADAM CHAIR. GOOD MORNING,

15  MADAM CHAIR AND MEMBERS OF THE BOARD. TODAY'S AGENDA WILL

16  BEGIN ON PAGE TWO, SET MATTER. ITEM S-1 IS A DISCUSSION OF THE

17  PUBLIC HEALTH ORDER RELATED TO C.O.V.I.D.-19, AS REQUESTED BY

18  THE CHAIR OF THE BOARD. THIS ITEM WILL BE HELD FOR DISCUSSION.

19  ON PAGE 3, SPECIAL DISTRICT AGENDA. THIS IS THE AGENDA FOR THE

20  LOS ANGELES COUNTY DEVELOPMENT AUTHORITY. ITEMS 4-D AND 5-D

21  ARE ADDITIONS, AS INDICATED ON THE SUPPLEMENTAL AGENDA. ON

22  PAGE 5, PUBLIC HEARINGS, ITEMS 1 THROUGH 8. ITEM 1: THIS

23  INCLUDES A REVISION, AS INDICATED ON THE SUPPLEMENTAL AGENDA.

24  ON ITEM 4, THIS IS TAKEN OFF CALENDAR, DUE TO THE APPELLANT'S

25  WITHDRAWAL OF THE APPEAL, AS INDICATED ON THE SUPPLEMENTAL

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    AGENDA. ON ITEM 6, THE DIRECTOR OF REGIONAL PLANNING REQUESTS

2    THAT THIS ITEM BE CONTINUED TWO WEEKS, TO NOVEMBER 10TH, 2020.

3    ON ITEM 8, THE CHAIR'S OFFICE REQUESTS THAT THIS ITEM BE

4    CONTINUED TWO WEEKS, TO NOVEMBER 10TH, 2020. THE REMAINING

5    ITEMS WILL BE HELD FOR HEARING. ON PAGE 9, CONSENT CALENDAR,

6    BOARD OF SUPERVISORS ITEMS 9 THROUGH 38. ON ITEM 10,

7    SUPERVISOR KUEHL REQUESTS THAT THIS ITEM BE CONTINUED TWO

8    WEEKS, TO NOVEMBER 10TH, 2020, AS INDICATED ON THE

9    SUPPLEMENTAL AGENDA. ON ITEM 21, SUPERVISOR SOLIS REQUESTS

10   THAT THIS ITEM BE HELD. THIS INCLUDES A REVISION, AS INDICATED

11   ON THE SUPPLEMENTAL AGENDA. ON ITEM 24, SUPERVISOR SOLIS

12   REQUESTS THAT THIS ITEM BE HELD. ON ITEM 27, SUPERVISOR

13   RIDLEY-THOMAS REQUESTS THAT THIS ITEM BE HELD. ON PAGE 26,

14   ADMINISTRATIVE MATTERS, ITEMS 39 THROUGH 59. ON ITEM 39, THE

15   ACTING CHIEF EXECUTIVE OFFICER REQUESTS THAT THIS ITEM BE

16   CONTINUED TO DECEMBER 8TH, 2020, AS INDICATED ON THE POSTED

17   AGENDA. ON PAGE 35, THIS INCLUDES MISCELLANEOUS ADDITIONS TO

18   THE AGENDA, WHICH WERE POSTED MORE THAN 72 HOURS IN ADVANCE OF

19   THE  MEETING, AS INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEM

20   57-A, SUPERVISOR KUEHL REQUESTS THAT THIS ITEM BE HELD. ON

21   ITEM 57-D, SUPERVISOR SOLIS REQUESTS THAT THIS ITEM BE HELD.

22   ON ITEM 57-E, SUPERVISOR SOLIS REQUESTS THAT THIS ITEM BE

23   HELD. ON ITEM 57-G, SUPERVISOR SOLIS REQUESTS THAT THIS ITEM

24   BE REFERRED BACK TO HER OFFICE. ON ITEM 57-H, SUPERVISOR

25   RIDLEY-THOMAS REQUESTS THAT THIS ITEM BE HELD. ON ITEM 57-J,

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   TO CONTINUE TO SAY THAT JUST BECAUSE HEADLINES RUN OUT IN

2   THESE COMMUNITIES, THAT THE TERROR AND THE TRAUMA CONTINUE TO

3   PERSIST AND LEAVE A LEGACY HERE OF FEELING UNSAFE,

4   UNPROTECTED, AND TARGETED BY STATE AGENTS, AND WE NEED TO

5   CONTINUE TO REALLY REIMAGINE WHAT IT MEANS TO HAVE PUBLIC

6   SAFETY IN OUR COMMUNITIES, THAT RESOURCES DON'T GET FUNNELED

7   TO POLICE AGENCIES THAT HAVE NOT SHOWN THEMSELVES--

8

9   **CELIA ZAVALA, E.O.:** THANK YOU. YOUR TIME HAS EXPIRED.

10   [INAUDIBLE]

11

12   **SUP. BARGER, CHAIR:** THANK YOU. OUR TIME FOR PUBLIC SPEAKERS

13   HAS ENDED. THANK YOU TO ALL THAT CALLED IN TO SPEAK. IF YOU

14   WERE UNABLE TO PROVIDE YOUR COMMENTS, YOU MAY SUBMIT WRITTEN

15   COMMENTS, AS INDICATED ON THE AGENDA. WE WILL CONTINUE TO

16   ACCEPT ALL WRITTEN COMMENTS THAT COME IN DURING THE MEETING,

17   WHICH WILL BECOME PART OF THE RECORD. WE WILL NOW HEAR FROM

18   SHERIFF VILLANUEVA, WHO REQUESTED TO ADDRESS THE BOARD ON

19   ITEMS 57-H AND 57-J. SHERIFF, YOU WILL HAVE 5 MINUTES TO

20   ADDRESS THESE ITEMS. THE FLOOR IS YOURS.

21

22   **SHERIFF VILLANUEVA:** THANK YOU, SUPERVISOR BARGER. I WILL MAKE

23   MY COMMENTS VERY BRIEF, AND I'M ONLY ADDRESSING 57-H. GOOD

24   MORNING. THANK YOU FOR ALLOWING ME THIS OPPORTUNITY TO SHARE

25   MY VOICE WITH YOU AND THE COMMUNITY. REGARDING THIS MOTION, I

October 27, 2020

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    CAN AGREE WITH TWO THINGS: ACCOUNTABILITY AND TRANSPARENCY ARE

2    OF THE UTMOST IMPORTANCE. THE FACTS SHOW I HAVE BEEN MORE

3    TRANSPARENT, MORE ACCOUNTABLE, AND HAVE OFFERED GREATER ACCESS

4    TO MEMBERS OF OUR COMMUNITY THAN ANY PRIOR L.A. COUNTY

5    SHERIFF. AS YOU RECALL, S.B. 1421 NOW REQUIRES POLICE AGENCIES

6    ACROSS THE STATE TO RELEASE DOCUMENTS THAT WERE ONCE

7    CONSIDERED CONFIDENTIAL. AS A RESULT, THESE REQUESTS HAVE NOW

8    SKYROCKETED. THE PREVIOUS ADMINISTRATION DID NOT LEAVE ANY

9    INFRASTRUCTURE IN PLACE TO MEET THE AVALANCHE OF REQUESTS. WE

10    REQUESTED FUNDING FOR REQUIRED COMPLIANCE STAFFING AND

11    SOFTWARE ON 6 SEPARATE OCCASIONS FROM THE PREVIOUS C.E.O., BUT

12    WERE DENIED EACH TIME. PROVIDING THIS FUNDING WILL GREATLY

13    INCREASE THE SPEED AND EFFICIENCY OF THESE REQUESTS.

14    TRANSPARENCY AND ACCOUNTABILITY DO NOT COME CHEAP. THEY ARE

15    EXPENSIVE. THIS IS WHY I FOUGHT SO HARD REGARDING BUDGETARY

16    ISSUES. MY VISION FOR CHANGING THE ORGANIZATIONAL CULTURE IS

17    MUCH MORE DIFFICULT WHEN WE ARE FORCED TO ELIMINATE

18    NONESSENTIAL POSITIONS DUE TO A LACK OF FUNDING. THE VAST

19    MAJORITY OF PROBLEMS WHICH HAVE BEEN RAISED REGARDING

20    TRANSPARENCY AND ACCOUNTABILITY CAN BE EASILY SOLVED WITH A

21    NEW MEMORANDUM OF AGREEMENT BETWEEN THE SHERIFF'S DEPARTMENT

22    AND THE OFFICE OF INSPECTOR GENERAL. I WHOLEHEARTEDLY COMMIT

23    TO WORK WITH YOU IN GOOD FAITH TO ACHIEVE THIS GOAL. I REQUEST

24    THE BOARD DIRECT THE INSPECTOR GENERAL TO REPORT BACK ON ALL

25    OF THE DEPUTY-INVOLVED SHOOTINGS THAT HE HAS PARTICIPATED IN

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    SINCE 2014, AT THE INCEPTION OF HIS OFFICE. HIS OFFICE

2    [INAUDIBLE] EACH WALKTHROUGH WITH THE HOMICIDE INVESTIGATORS.

3    THEY HAVE ATTENDED EACH CRITICAL INCIDENT REVIEW, EVERY SINGLE

4    EXECUTIVE FORCE REVIEW COMMITTEE, AND THEY HAVE RECEIVED THE

5    ENTIRE DEPUTY-INVOLVED SHOOTING PACKET THAT IS PROVIDED TO THE

6    JUSTICE AND INTEGRITY DIVISION OF THE DISTRICT ATTORNEY'S

7    OFFICE. WE HAVE NEVER, EVER HEARD BACK FROM THE INSPECTOR

8    GENERAL ON A SINGLE ONE OF THESE INCIDENTS, WHICH IS IMPORTANT

9    FOR US, BECAUSE IN CASE WE ARE DOING SOMETHING WRONG OR WE

10   NEED A DIFFERENT PERSPECTIVE, HOW WE CAN IMPROVE EITHER OUR

11   SERVICE TO THE COMMUNITY OR THE QUALITY OF OUR INVESTIGATIONS,

12   IT WOULD HELP IF WE HAD SOME KIND OF FEEDBACK FROM THE

13   INSPECTOR GENERAL. AND TO DATE, WE HAVE NEVER RECEIVED THAT.

14   AND ALL THAT BEING SAID, WE ARE COUNTY FAMILY. AND WHEN THERE

15   IS COLLABORATION, WE CAN DO GREAT THINGS. IT IS IMPORTANT TO

16   BUY MORE CAMERAS. BEFORE THE BOARD VOTES ON THIS MOTION, I

17   URGE EACH SUPERVISOR TO MEET WITH ME PRIVATELY. LET'S SET

18   ASIDE THE PAST AND WORK OUT OUR DIFFERENCES. THIS IS WHAT GOOD

19   LEADERS DO IN TRYING TIMES LIKE THESE, BECAUSE ELECTED OFFICE

20   IS NOT ABOUT OUR OWN LIKES AND DISLIKES. IT IS ABOUT THE

21   PEOPLE WE ARE ELECTED TO SERVE. I LOOK FORWARD TO FINDING

22   COMMON GROUND WE CAN ALL STAND TOGETHER ON, IN THE INTEREST OF

23   PUBLIC SAFETY AND FISCAL RESPONSIBILITY. THANK YOU FOR YOUR

24   TIME.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. BARGER, CHAIR:** THANK YOU, SHERIFF VILLANUEVA, FOR THOSE

2  COMMENTS. WE WILL NOW MOVE ON. MADAM EXECUTIVE OFFICER, PLEASE

3  INDICATE THE AGENDA ITEM NUMBERS WE WILL BE VOTING ON.

4

5  **CELIA ZAVALA, E.O.:** THE FOLLOWING ITEMS ARE BEFORE YOU: ITEM

6  1-D THROUGH 5-D, 9, 11 THROUGH 20, 22 AND 23, 25 AND 26, 28

7  THROUGH 38, 40 THROUGH 56, 57-B, 57-C, 57-F, 57-I, 57-K, 60,

8  AND 61 ARE BEFORE YOU.

9

10  **SUP. BARGER, CHAIR:** THANK YOU. THAT WILL BE MOVED BY

11  SUPERVISOR HAHN, SECONDED BY SUPERVISOR SOLIS TO APPROVE THESE

12  ITEMS. MADAM EXECUTIVE OFFICER, PLEASE CALL THE ROLL.

13

14  **CELIA ZAVALA, E.O.:** SUPERVISOR SOLIS?

15

16  **SUP. SOLIS:** AYE.

17

18  **CELIA ZAVALA, E.O.:** SUPERVISOR SOLIS, AYE. SUPERVISOR RIDLEY-

19  THOMAS?

20

21  **SUP. RIDLEY-THOMAS:** AYE.

22

23  **CELIA ZAVALA, E.O.:** SUPERVISOR RIDLEY-THOMAS, AYE. SUPERVISOR

24  KUEHL?

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. SOLIS:** YES, MADAM CHAIR. THANK YOU SO MUCH. THANK YOU,

2    SUPERVISOR RIDLEY-THOMAS, FOR BRINGING THIS MOTION BEFORE US.

3    YOU KNOW, IT ANGERS ME THAT WE CONTINUE TO SEE ONLY THE

4    KILLINGS OF BLACK AND BROWN PEOPLE IN L.A. COUNTY. BUT THE

5    NEED FOR A FOLLOW-UP MOTION TO ENSURE THAT AN INVESTIGATION

6    CONDUCTED BY THE SHERIFF BE TRANSPARENT AND REQUIRE AN

7    INDEPENDENT INVESTIGATION BY THE INSPECTOR GENERAL, BUT HERE

8    WE ARE. BEFORE I BEGIN MY REMARKS, THOUGH I WANT TO EXTEND MY

9    SYMPATHIES TO THE FAMILY OF FRED WILLIAMS, I STAND WITH YOU IN

10   YOUR PURSUIT OF THE TRUTH ABOUT YOUR SON'S DEATH. YOU DESERVE

11   THE TRUTH. YOU DESERVE ANSWERS. BUT LET ME SAY YOU SHOULD NOT

12   BE DEALING WITH YOUR SON'S DEATH. THIS IS A PARENT'S WORST

13   NIGHTMARE. AND I LEND MY SUPPORT TO THE WILLIAMS FAMILY AND

14   SUPERVISOR RIDLEY-THOMAS'S MOTION IN HAVING THE CHIEF MEDICAL

15   EXAMINER CONDUCT AN IMMEDIATE INQUEST INTO FRED'S DEATH. WE

16   HAVE NO CONFIDENCE IN THE SHERIFF, WHO IS NOT ABLE TO INSPECT

17   AND INVESTIGATE ON HIS OWN. ADDITIONALLY, GIVEN THE SHERIFF'S

18   PREVIOUS HISTORY ON HOW HE ENGAGES-- OR, SHOULD I SAY, NOT

19   COLLABORATE WITH THE INSPECTOR GENERAL-- I LOOK FORWARD TO THE

20   REPORT BACK ABOUT ALTERNATIVE PLANS TO ENSURE AN INDEPENDENT

21   INVESTIGATION IS CONDUCTED ON HOW FRED WAS KILLED. AGAIN, I

22   WANT TO SEND MY CONDOLENCES TO THE FAMILY, AND I HOPE THAT WE

23   CAN LOOK FORWARD TO MORE TRANSPARENCY AS WE MOVE AHEAD, ON THE

24   PART OF THE SHERIFF. AND I FULLY SUPPORT THE OFFICE OF

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   WITH THE AMOUNT OF CLARITY AND CONFIDENCE THAT MAKES EACH

2   BOARD MEMBER COMFORTABLE. THEREFORE, I'M GOING TO CONTINUE

3   THIS ITEM PURSUANT TO AN ACKNOWLEDGMENT ON THE PART OF THE

4   MEMBERS OF THE BOARD THAT MORE OPPORTUNITY MAY BE NEEDED. AND

5   SO WE WILL TAKE IT UP, MADAM CHAIR, WITH YOUR PERMISSION, AT

6   THE NEXT REGULARLY SCHEDULED MEETING OF THE BOARD, SO AS TO

7   AFFORD EVERY MEMBER THE OPPORTUNITY THAT THEY WISH TO HAVE TO

8   STUDY THIS ISSUE MORE CAREFULLY. THANK YOU, MADAM CHAIR.

9

10   **SUP. BARGER, CHAIR:** THANK YOU. THEN THIS ITEM WILL BE

11   CONTINUED, BUT UNDERSTAND THAT I STILL STAND BY MY BELIEF THAT

12   THE SHERIFF IS ELECTED; AND THAT IN 2022, UNLESS THERE'S AN

13   EFFORT TO VACATE THAT SEAT PRIOR TO THAT, THAT THAT'S WHERE

14   THE VOTERS HAVE A RIGHT. AND I THINK IT'S IMPORTANT FOR US TO

15   RECOGNIZE THAT POLICY. BUT I LOOK LOOK FORWARD TO DISCUSSING

16   THIS AGAIN IN TWO WEEKS.

17

18   **SUP. KUEHL:** MADAM CHAIR?

19

20   **SUP. BARGER, CHAIR:** YES.

21

22   **SUP. KUEHL:** AS CO-AUTHOR OF THE MOTION, SINCE YOU MADE A--

23

24   **SUP. BARGER, CHAIR:** I'M SORRY, SUPERVISOR KUEHL. GO AHEAD.

25

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. KUEHL:** THANK YOU SO MUCH. I AGREE, OBVIOUSLY, WITH

2  CONTINUING IT. BUT SINCE YOU MADE A STATEMENT, I SIMPLY WANTED

3  TO SAY THAT I HOPE THAT EACH OF MY COLLEAGUES WILL LOOK INTO

4  THE FACT THAT IT'S VERY UNUSUAL IN THE STATE OF CALIFORNIA TO

5  ELECT THE HEAD OF A LAW ENFORCEMENT AGENCY. THIS IS IN THE

6  CONSTITUTION. OBVIOUSLY, IF IT WERE TO BE CHANGED, THAT IS

7  PART OF THIS EXPLORATION, IS WHAT IT MIGHT TAKE. BUT THERE ARE

8  OTHER THINGS IN THIS MOTION THAT I HOPE ALL MY COLLEAGUES WILL

9  LOOK AT, BECAUSE THERE ARE SOME VERY INTERESTING CONCEPTS

10  STILL AGAIN BEING EXPLORED, ONE AS TO WHETHER IT WOULD BEHOOVE

11  US IN OUR MUNICIPAL ROLE-- THAT IS, FOR THE UNINCORPORATED

12  AREAS-- TO EMULATE OUR CITIES THAT HAVE LAW ENFORCEMENT

13  AGENCIES, AND ADOPT A KIND OF MUNICIPAL POLICING APPROACH-- A

14  COUNTY POLICE FORCE WHOSE HEAD WE WOULD HIRE, AND THEN WE

15  WOULD NOT HAVE THIS OPTION OR THE REQUIREMENT OF BEGGING THE

16  SHERIFF EVERY TIME TO DO THE RIGHT THING, WITHOUT ANY WAY OF

17  REALLY HOLDING HIM ACCOUNTABLE. EVEN THE LOS ANGELES TIMES

18  TODAY OPINED THAT THERE WAS NO ABILITY TO HOLD THE SHERIFF

19  ACCOUNTABLE, JUST BECAUSE THERE'S AN ELECTION EVERY FOUR

20  YEARS. SO I THINK THIS IS AN INCREDIBLY INTERESTING AND

21  IMPORTANT MOTION. I HOPE PEOPLE WILL-- AND THEIR STAFFS - WILL

22  RESEARCH THE WAYS IN WHICH WE MIGHT LOOK INTO CHANGING THAT

23  APPROACH, AND TO LOOK AT ALL OF THE WAYS IN WHICH VIRTUALLY

24  EVERY OTHER GOVERNMENT HANDLES LAW ENFORCEMENT, EXCEPT FOR THE

25  58 COUNTIES, AND WHETHER THAT MIGHT BE A BETTER WAY TO GO FOR

# EXHIBIT 54



# The Meeting Transcript of The Los Angeles County Board of Supervisors

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1          **THE LOS ANGELES COUNTY BOARD OF SUPERVISORS**

2           **TUESDAY, NOVEMBER 10, 2020, 9:30 AM**

3

4

5     **SUP. BARGER, CHAIR:** ALL RIGHT. GOOD MORNING, EVERYONE. WELCOME

6     TO THE REGULARLY SCHEDULED MEETING OF THE LOS ANGELES COUNTY

7     BOARD OF SUPERVISORS. TODAY IS TUESDAY, NOVEMBER 10TH, 2020.

8     OUR MEETING TODAY IS BEING HELD REMOTELY DUE TO THE CURRENT

9     PUBLIC HEALTH CRISIS TO PROTECT THE HEALTH OF ALL. I WILL TAKE

10    ROLL CALL TO CONFIRM ATTENDANCE, PLEASE UNMUTE YOUR MIC AND

11    RESPOND WHEN YOUR NAME IS CALLED. SUPERVISOR SOLIS?

12

13    **SUP. SOLIS:** PRESENT.

14

15    **SUP. BARGER, CHAIR:** SUPERVISOR RIDLEY-THOMAS? SUPERVISOR

16    KUEHL?

17

18    **SUP. KUEHL:** HERE.

19

20    **SUP. BARGER, CHAIR:** SUPERVISOR HAHN?

21

22    **SUP. HAHN:** I'M HERE.

23

24    **SUP. BARGER, CHAIR:** FESIA DAVENPORT, ACTING C.E.O.?

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **FESIA DAVENPORT, C.E.O.:** PRESENT.

2

3  **SUP. BARGER, CHAIR:** RODRIGO CASTRO-SILVA, ACTING COUNTY

4  COUNSEL?

5

6  **ATTORNEY:** HERE.

7

8  **SUP. BARGER, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER OF THE

9  BOARD?

10

11  **CELIA ZAVALA, E.O.:** HERE.

12

13  **SUP. BARGER, CHAIR:** AS INDICATED ON THE POSTED ON THE AGENDA,

14  WE WILL TAKING TELEPHONIC PUBLIC COMMENTS SEPARATELY FOR

15  REGULAR AGENDA ITEMS AND PUBLIC HEARING ITEMS DURING TODAY'S

16  MEETING. THE EXECUTIVE OFFICE OF THE BOARD RECEIVED OVER 8900

17  WRITTEN PUBLIC COMMENTS FOR TODAY'S MEETING, AND AS THOSE

18  WRITTEN COMMENTS WERE RECEIVED, ALL OF THEM WERE AVAILABLE TO

19  THE SUPERVISORS FOR THEIR CONSIDERATION, CONSISTENT WITH THE

20  BROWN ACT REQUIREMENTS. WE WILL CONTINUE TO RECEIVE WRITTEN

21  PUBLIC COMMENTS THROUGHOUT THE MEETING. DUE TO THE NUMBER OF

22  WRITTEN PUBLIC COMMENTS RECEIVED, WE WILL NOT BE READING ALL

23  THE NAMES. HOWEVER, THESE COMMENTS WILL BE PART OF THE

24  OFFICIAL RECORD. MADAM EXECUTIVE OFFICER, PLEASE CALL THE

25  AGENDA.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2 **CELIA ZAVALA, E.O.:** GOOD MORNING, MADAM CHAIR AND MEMBERS OF

3 THE BOARD. TODAY'S AGENDA WILL BEGIN ON PAGE TWO, SET MATTER,

4 10:30. THIS ITEM IS HELD FOR DISCUSSION. ITEM S1 IS A

5 DISCUSSION OF THE PUBLIC HEALTH ORDER RELATED TO COVID-19 AS

6 REQUESTED BY THE CHAIR OF THE BOARD. ON PAGE 3, SPECIAL

7 DISTRICT AGENDAS, THIS IS THE AGENDA FOR THE LOS ANGELES

8 COUNTY DEVELOPMENT AUTHORITY. ON PAGE 5, THIS IS THE AGENDA

9 FOR THE REGIONAL PARK AND OPEN SPACE DISTRICT. PAGE 6 CONSENT

10 CALENDAR BOARD OF SUPERVISORS ITEMS 1-28, ON ITEM TWO, THIS

11 INCLUDES A SUBSTITUTION MOTION AS INDICATED ON THE

12 SUPPLEMENTAL AGENDA. ON ITEM THREE, SUPERVISOR HAHN REQUESTS

13 THAT THIS ITEM BE HELD. ON ITEM 6, SUPERVISOR BARGER REQUESTS

14 THAT THIS ITEM BE HELD. THIS ITEM RELATES TO ITEM 55. ON ITEM

15 10, SUPERVISOR SOLIS REQUESTS THAT THIS ITEM BE HELD. ON ITEM

16 14, SUPERVISOR SOLIS REQUESTS THAT THIS ITEM BE HELD. THIS IS

17 A REVISION AS INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEM

18 16, SUPERVISOR RIDLEY-THOMAS REQUESTS THAT THIS ITEM BE HELD.

19 ON ITEM 23, SUPERVISOR KUEHL REQUESTS THAT THIS ITEM BE HELD.

20 THE INCLUDES REVISION AND CONSIDERATION OF AN AMENDMENT BY

21 SUPERVISOR RIDLEY-THOMAS AS INDICATED ON THE SUPPLEMENTAL

22 AGENDA. ON ITEMS 24 AND 25, SUPERVISOR KUEHL REQUESTS THAT

23 THESE ITEMS BE HELD. ON PAGE 25, ADMINISTRATIVE MATTERS, ITEMS

24 29-67. ON ITEM 30, SUPERVISOR RIDLEY-THOMAS REQUESTS THAT THIS

25 ITEM BE HELD. ON ITEM 54, THE INSPECTOR GENERAL REQUESTS THAT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THIS ITEM BE CONTINUED TWO WEEKS TO NOVEMBER 24TH, 2020. ON

2   ITEM 55, SUPERVISOR BARGER REQUESTS THAT THIS ITEM BE HELD. ON

3   ITEM 59, SUPERVISOR BARGER REQUESTS THAT THE BOARD APPROVES A

4   SETTLEMENT, BUT THE CORRECTIVE ACTION PLAN BE CONTINUED TO

5   DECEMBER 8TH, 2020. ON ITEM 60, SUPERVISOR RIDLEY-THOMAS

6   REQUESTS THAT THIS ITEM BE HELD. ON PAGE 49, THIS INCLUDES

7   MISCELLANEOUS ADDITIONS TO THE AGENDA WHICH WERE POSTED MORE

8   THAN 72 HOURS IN ADVANCE. ON ITEM 65A, SUPERVISOR HAHN

9   REQUESTS THAT THIS ITEM BE HELD. ON ITEM 55 -- 65F, SUPERVISOR

10  KUEHL REQUESTS THAT THIS ITEM BE HELD. THE REQUEST FOR

11  CONTINUANCES THROUGH 65I ARE BEFORE YOU.

12

13  **SUP. BARGER, CHAIR:** MOVED BY SUPERVISOR KUEHL, SECONDED BY

14  SUPERVISOR HAHN. WITHOUT OBJECTION, SO ORDERED.

15

16  **CELIA ZAVALA, E.O.:** ON PAGE 50, ORDINANCE FOR INTRODUCTION,

17  ITEM 68 IS AN ORDINANCE FOR INTRODUCTION AMENDING THE

18  PROPRIETARY PETROLEUM PIPELINE FRANCHISE GRANTED TO THE

19  CALIFORNIA RESOURCES PETROLEUM CORPORATION  TO EXTEND THE TERM

20  OF THE FRANCHISE FOR 15 YEARS THROUGH DECEMBER 31ST, 2035. ON

21  PAGE 51, PUBLIC HEARINGS, ITEM 69-71, THESE ITEMS WILL BE HELD

22  FOR HEARING. ON PAGE 54, NOTICES FOR CLOSED SESSION. ON ITEM -

23  - ON PAGE 57, ITEMS CONTINUED FROM PREVIOUS MEETINGS FOR

24  FURTHER DISCUSSION AND ACTION BY THE BOARD. ON ITEM A4,

25  SUPERVISOR RIDLEY-THOMAS REQUESTS TO HOLD THIS ITEM RELATED TO

1    ABUSE THEIR POWER, JESUS ONCE SAID, "TO WHOM MUCH IS GIVEN,

2    MUCH IS REQUIRED." THE SHERIFF HAS BEEN ENTRUSTED WITH MUCH

3    POWER, AND THUS MUCH ACCOUNTABILITY IS REQUIRED. AND SINCE THE

4    SHERIFF HAS DEMONSTRATED IN A MYRIAD OF WAYS THAT HE DEFIES

5    THE ACCOUNTABILITY, I STRONGLY SUPPORT ITEM 16 --

6

7    **CELIA ZAVALA, E.O.:** THANK YOU, YOUR TIME HAS EXPIRED. MADAM

8    CHAIR, THAT NOW CONCLUDES THE ONE HOUR OF PUBLIC COMMENT

9    TESTIMONY.

10

11   **SUP. BARGER, CHAIR:** THANK YOU. IF ANYONE WAS NOT ABLE TO GET

12   THROUGH, THEY ARE ALLOWED TO SUBMIT WRITTEN COMMENT BEFORE THE

13   END OF THE BOARD MEETING THAT WILL BE PUT INTO THE AGENDA FOR

14   THE RECORD. WE WILL NOW HEAR FROM SHERIFF VILLANUEVA, WHO

15   REQUESTED TO ADDRESS THE BOARD ON ITEM 14. SHERIFF, YOU WILL

16   HAVE 5 MINUTES TO ADDRESS THE BOARD.

17

18   **SHERIFF VILLANUEVA:** GOOD MORNING, MADAM CHAIR, AND I BELIEVE

19   IT IS ITEM 16. IT IS ITEM 16. AND THE -- I WANT TO SAY, FIRST

20   OF ALL, THAT THERE'S AN AWFUL LOT OF BAD INFORMATION AND FALSE

21   INFORMATION OUT THERE. I THINK WE NEED TO CORRECT THE RECORD.

22   FOR STARTERS, I THINK LET ME JUST SAY THAT, BECAUSE OF MY

23   EFFORTS SINCE I TOOK OFFICE, I.C.E. IS GONE FROM THE JAILS,

24   THE COURTHOUSES, THE PATROL  STATIONS. I HAVE ENDED ALL

25   SELLING OF UNDOCUMENTED INMATE DATABASE  TO THE FEDERAL

THE **MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  GOVERNMENT, WHICH MEANS FOR MONEY. I ENDED THE DEPORTATION OF

2  INMATES, UNDOCUMENTED INMATES, AND THAT WAS BECAUSE I WAS

3  ELECTED SHERIFF, NOT IN  SPITE OF IT. BODY WORN CAMERAS ARE

4  NOW HERE TO SAY. IT'S DEPLOYED OUT INTO THE FIELD. THE

5  BANDITOS, EAST L.A., THAT CLIQUE HAS BEEN BROKEN UP. PEOPLE

6  HAVE BEEN HELD ACCOUNTABLE, ACCORDING TO THE RULE OF LAW, AND

7  THE ANTI-CLIQUE POLICY THAT EVERY PREVIOUS SHERIFF REFUSED TO

8  ENACT, I DID ENACT. WE ARE NOW USING IT MOVING FORWARD. I

9  CHAMPIONED A.B.2655. I SPONSORED IT. IT HAS BEEN SIGNED INTO

10 LAW BY THE GOVERNOR, AND THAT PROHIBITS FIRST RESPONDERS FROM

11 TAKING UNAUTHORIZED PHOTOGRAPHS AND DISSEMINATING THEM AT THE

12 SCENES OF ACCIDENTS THAT WOULD DISPLAY HUMAN REMAINS. AND THAT

13 IS IN RESPONSE TO THE KOBE BRYANT TRAGEDY. I'VE HIRED 1100

14 DEPUTIES IN A YEAR, WHICH IS A RECORD. AND WE HIRED THEM

15 LOCALLY. OUR OWN SONS AND DAUGHTERS FROM OUR OWN COMMUNITIES

16 ARE NOW THE ONES WHO ARE SERVING THEIR OWN COMMUNITIES, AND

17 THESE ARE PEOPLE OF COLOR THAT WE ARE HIRING LEFT AND RIGHT.

18 FOR THE FIRST TIME EVER IN THE HISTORY OF THE DEPARTMENT, WE

19 HAVE FOUR FEMALE DIVISION CHIEFS AT THE SAME TIME. THAT IS A

20 VERY BIG FIRST BECAUSE NOW OUR LEADERSHIP RANKS REFLECTS THE

21 DIVERSITY OF OUR LINE STAFF, WHICH REFLECTS THE DIVERSITY OF

22 THE COMMUNITY. THAT IS THE FIRST TIME EVER IN THE HISTORY OF

23 THE DEPARTMENT. WE DEPOPULATED THE NATION'S LARGEST JAIL

24 SYSTEM BY OVER 5,000 INMATES. WE DID IT IN THE SPAN OF TWO OR

25 THREE MONTHS. WE DID IT IN FEBRUARY, BEFORE IT BECAME THE

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  CRISIS THAT IT WAS IN MARCH BECAUSE WE WERE ANTICIPATING THIS

2  PROBLEM. AND AS A RESULT OF THAT, WE SAVED THOUSANDS OF LIVES,

3  AND WE RESULTED IN THE LOSS OF FIVE INMATES, UNFORTUNATELY, TO

4  COVID-19, BUT CONSIDERING THE SHEER SIZE OF THE SYSTEM, IT IS

5  A SMALL MIRACLE BECAUSE OTHER FACILITIES THAT ARE A FRACTION

6  OF OUR SIZE SAW HUNDREDS OF DEATHS. AND THE TEMPLATE THAT WE

7  CREATED WAS USED THROUGHOUT THE NATION FOR OTHER JAIL SYSTEMS

8  AND PRISON SYSTEMS TO SAVE PEOPLE VERY SUCCESSFULLY. CIVIL

9  UNRESTS, WE HAD ZERO DEATHS. WE HAD  ZERO MAJOR INJURIES, A

10 HUGE CONTRAST FROM 1992, FROM 1970, FROM 1965, AND ALL OF

11 THOSE OTHER AREAS OF CIVIL UNREST WHEN THERE WAS DEATHS AND

12 THERE WAS DAMAGE CAUSING BILLIONS OF DOLLARS AND THOUSANDS OF

13 PEOPLE INJURED. WE HAD NOTHING. WE HAD MINOR INJURIES AT BEST,

14 AND WE ALLOWED TENS OF THOUSANDS OF PEOPLE, WE PROTECTED THEIR

15 RIGHT TO PEACEFULLY PROTEST. THAT IS A BIG IMPROVEMENT. WE CUT

16 OUR OVERTIME BUDGET IN HALF. WE MADE GOOD ON THE TRANSPARENCY

17 PROMISE. WE'VE HONORED ALL REQUESTS FOR INFORMATION FROM

18 O.I.G. AND THE  C.O.C. AND UNFORTUNATELY, YOU HAVE BEEN

19 DELIBERATELY MISLED BY YOUR INSPECTOR GENERAL. HE HAS BEEN

20 FEEDING YOU FALSE INFORMATION FOR A LONG TIME. I WANT TO

21 ENCOURAGE EACH AND EVERY ONE OF YOU TO GO LOOK FOR YOURSELF.

22 HAVE YOUR JUSTICE DEPUTIES COME INSPECT ANY OF OUR FACILITIES,

23 ANY OF OUR OPERATIONS, ANY OF THE REQUESTS FOR DOCUMENTATION.

24 YOU WILL FIND OUT, OH MY GOD, HE IS ACTUALLY FOLLOWING THROUGH

25 ON TRANSPARENCY. YOU GO TO OUR WEBSITE, LAUSD.ORG, YOU CAN SEE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THE TRANSPARENCY TAB. YOU CAN CLICK ON THAT ON. YOU CAN SEE

2   ALL THE SECTIONS AND ALL OF THE THINGS THAT NOW ARE SEEING THE

3   LIGHT OF DAY THAT NEVER, EVER BEFORE WAS EVER SEEN THE LIGHT

4   OF DAY. THIS IS VERY IMPORTANT. REGARDING THE HOMELESS, OUR

5   HOMELESS OUTREACH SERVICE TEAM IS A MODEL THAT IS BEING

6   DUPLICATED IN OTHER COUNTIES VERY SUCCESSFULLY. AND WE HAVE

7   BEEN OUT THERE GOING TO ALL THE PLACES THAT NO ONE ELSE DARES

8   TO GO AND REACHING OUT TO THE HOMELESS TRYING TO GET THEM TO

9   TAKE SERVICE AND TO TAKE SHELTER AND HELPING THE MOST

10  VULNERABLE. SO EVERYTHING WE HAVE BEEN DOING IS ABOUT

11  FULFILLING THE PROMISES OF WHY I TOOK THIS JOB, AND EVERYTHING

12  IS ABOVE THE BOARD AND SUBJECT TO INSPECTION. SO IF ANYONE, BE

13  IT THE C.O.C. OR THE O.I.G. WANTS TO DO THEIR JOB, BY ALL

14  MEANS, DO IT, AND ALL WE ASK FOR IS A FAIR AND OBJECTIVE

15  PROCESS. WE DON'T WANT POLITICS TO INTRUDE IN IT. WE HAVE A

16  FUTURE COURT DATE REGARDING THE SUBPOENA ISSUE WITHIN MY

17  PERSONAL OFFICE, AND THAT HAS NOT BEEN RESOLVED YET. ONCE THAT

18  IS RESOLVED, THEN WE CAN TALK ABOUT THAT. BUT IN CLOSING, I

19  WANT TO SAY THAT I HAVE AN OPEN DOOR POLICY. I WOULD LIKE TO

20  MEET WITH EACH AND EVERY ONE OF YOU PERSONALLY AND EXTEND A

21  GOOD WISHES TO MARK RIDLEY-THOMAS, WHO DID A GOOD JOB AS A

22  CITY COUNCILMAN, AND I WANT TO, LAST BUT NOT LEAST, I WANT TO

23  ENCOURAGE EVERYONE TO REMEMBER WHAT PRESIDENT-ELECT BIDEN

24  SAID, "LET'S STOP DEMONIZING PEOPLE. LET'S START WORKING

25  TOGETHER. LET'S FIND SOLUTIONS TOGETHER." THANK YOU.

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2   **SUP. BARGER, CHAIR:** THANK YOU, SHERIFF VILLANUEVA. MADAM

3   EXECUTIVE OFFICER, PLEASE INDICATE THE AGENDA ITEM NUMBERS ON

4   WHICH WE WILL BE VOTING.

5

6   **CELIA ZAVALA, E.O.:** THE ITEMS BEFORE YOU ARE ITEMS 1D-3D, 1P,

7   1, 2, 4, 5, 7-9, 11-13, 15, 17-22, 26-29, 31-53, 56-58. ON

8   ITEM 59, WITH THE EXCEPTION OF THE CORRECTION ACTION LINE

9   WHICH WAS CONTINUED, 61-64, 65B-65E, 65G-65I, AND 68 ARE

10  BEFORE YOU.

11

12  **SUP. BARGER, CHAIR:** THANK YOU, MOVED BY SUPERVISOR KUEHL,

13  SECONDED BY SUPERVISOR HAHN. WITHOUT OBJECTION, SO ORDERED.

14  WILL YOU PLEASE CALL THE ROLL, MADAM EXECUTIVE OFFICER?

15

16  **CELIA ZAVALA, E.O.:** THANK YOU, SUPERVISOR SOLIS?

17

18  **SUP. SOLIS:** AYE.

19

20  **CELIA ZAVALA, E.O.:** SUPERVISOR SOLIS, AYE. SUPERVISOR RIDLEY-

21  THOMAS?

22

23  **SUP. RIDLEY-THOMAS:** AYE.

24

1  OVERSIGHT IN LOS ANGELES COUNTY. THAT WAS HELD BY SUPERVISOR

2  SOLIS.

3

4  **SUP. SOLIS:** YES, THANK YOU, MADAM CHAIR. AND THANK YOU ALSO TO

5  SUPERVISOR KUEHL FOR COAUTHORING THIS MOTION JUST AS YOU DID

6  WHEN THE MOTION I AUTHORED BACK IN AUGUST. WHEN I PUT FORWARD

7  THE MOTION IN AUGUST, IT WAS VERY APPARENT THAT WE AS THE

8  BOARD NEEDED OUR COUNTY LEGISLATIVE AFFAIRS TEAM TO ADVOCATE

9  FOR ASSEMBLYMEMBER MCCARTHY'S BILL, A.B.1185. AS YOU KNOW,

10 A.B.1185 WOULD ALLOW BOARD OF SUPERVISORS ACROSS THE COUNTIES

11 IN CALIFORNIA TO CREATE A SHERIFF'S OVERSIGHT COMMISSION AND

12 INSPECTOR GENERAL. AND ADDITIONALLY THESE BODIES WOULD ALSO BE

13 GIVEN SUBPOENA POWER. THANKFULLY, OUR GOOD GOVERNOR SIGNED THE

14 BILL INTO LAW AT THE END OF SEPTEMBER. AND AS YOU KNOW, LOS

15 ANGELES COUNTY AND THE BOARD WERE PROACTIVE IN CREATING THE

16 OFFICE OF INSPECTOR GENERAL IN 2014 AND THE SHERIFF CIVILIAN

17 OVERSIGHT COMMISSION BACK IN 2016 TO ENSURE TRANSPARENCY AND

18 HOLD THE SHERIFFS DEPARTMENT ACCOUNTABLE. AND DUE TO THE

19 INCREDIBLE HARD WORK AND PERSISTENCE OF THE COMMUNITY, I HAVE

20 TO GIVE THEM A BIG SHOUT OUT, ALL THE ADVOCATES, IN MARCH OF

21 THIS YEAR, THE VOTERS OF LOS ANGELES COUNTY ENHANCED THE

22 OVERSIGHT ABILITY COMMISSION OF THE COMMISSION BY GIVING IT

23 SUBPOENA POWER. THIS BOARD AND I HAVE CONTINUED TO KEEP

24 SHERIFF TRANSPARENCY AND ACCOUNTABILITY AS A TOP PRIORITY. AND

25 I RECOGNIZE THAT OVERSIGHT OF LAW ENFORCEMENT IS A BIG PART OF

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  PUBLIC SAFETY, AND I'LL CONTINUE TO SUPPORT THESE OVERSIGHT

2  BODIES THAT THE BOARD HAS CREATED WITH THE COMMUNITY, AND I

3  WILL CONTINUE TO DEMAND THAT THE SHERIFF COMPLY WITH THE LAW

4  TO COLLABORATE WITH THE CIVILIAN OVERSIGHT COMMISSION AND

5  ALLOW THE OFFICE OF INSPECTOR GENERAL TO DO ITS JOB OF

6  CONDUCTING INDEPENDENT INVESTIGATIONS. THIS MOTION IS ANOTHER

7  REFLECTION I BELIEVE OF OUR COMMITMENT. IN JANUARY 1ST, 2021,

8  A.B.1185 WILL BECOME LAW OF THIS STATE, AND L.A. COUNTY WILL

9  COMPLY WITH THE LAW. PUBLIC SAFETY, AS YOU KNOW, CAN'T BE

10 ASSURED IF LAW ENFORCEMENT IS ABOVE THE LAW. THANK YOU VERY

11 MUCH, MADAM CHAIR.

12

13 **SUP. BARGER, CHAIR:** THANK YOU. SUPERVISOR KUEHL.

14

15 **SUP. KUEHL:** THANK YOU VERY MUCH, MADAM CHAIR. THANKS TO

16 SUPERVISOR SOLIS FOR BRINGING THIS MOTION AND INVITING ME TO

17 COAUTHOR IT. WE ARE ASKING OUR COLLEAGUES TO JOIN US IN

18 RATIFYING ALL OF THE ASPECTS OF A.B.1185, BUT IN AN

19 INTERESTING WAY, IT'S ACTUALLY THE OTHER WAY AROUND BECAUSE WE

20 WERE ALREADY DOING THIS, AND 1185 HAS INDICATED THAT, IF OTHER

21 COUNTIES WISH TO DO IT, TO RATIFY THE POWER. IT ALSO

22 UNDERSCORES THAT THE COUNTY ACTUALLY HAS THE SUBPOENA POWER

23 AND IS ABLE TO DELEGATE IT. AND THAT IS WHAT WE HAVE BEEN

24 SAYING, BUT IT DOES ADD ONE THING BECAUSE WE ALREADY HAVE A

25 CIVILIAN OVERSIGHT COMMISSION, WE ALREADY HAVE AN OFFICE OF

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **CELIA ZAVALA, E.O.:** SUPERVISOR KUEHL, AYE. SUPERVISOR HAHN?

2

3   **SUP. HAHN:** AYE.

4

5   **CELIA ZAVALA, E.O.:** SUPERVISOR HAHN, AYE. SUPERVISOR BARGER.

6

7   **SUP. BARGER, CHAIR:** AYE.

8

9   **CELIA ZAVALA, E.O.:** SUPERVISOR BARGER, AYE. MOTION CARRIES 5-

10  0.

11

12  **SUP. BARGER, CHAIR:** NOW WE ARE ON ITEM NUMBER 14.

13  COMPREHENSIVE PUBLIC SAFETY REINVESTMENT PLAN. SUPERVISOR

14  SOLIS, YOU HELD THIS ITEM?

15

16  **SUP. SOLIS:** YES, THANK YOU AGAIN, MADAM CHAIR. WHEN 1.3

17  MILLION RESIDENTS OF LA. COUNTY OVERWHELMINGLY VOTED FOR

18  MEASURE R, THE CIVILIAN POLICE OVERSIGHT COMMISSION AND THE

19  JAIL PLAN INITIATIVE IN MARCH OF 2020, THE VOTERS SUPPORTED

20  THE TWO ITEMS THAT THIS MEASURE WOULD DO. AND THAT IS, ONE, IT

21  WOULD GRANT THE SHERIFF CIVILIAN OVERSIGHT COMMISSION SUBPOENA

22  POWER, TWO IT WOULD AUTHORIZE THE COMMISSION TO DEVELOP A PLAN

23  TO REDUCE THE JAIL POPULATION AND INCARCERATION IN L.A.

24  COUNTY. THE COMMISSION HAS UNFORTUNATELY HAD TO USE THE NEWLY

25  GRANTED SUBPOENA POWER AGAINST THE SHERIFF IN MAY OF 2020 AS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    THE SHERIFF CONTINUES TO SHOW HIS CONTEMPT OF THE WILL OF

2    COMMUNITY THROUGH HIS DEFIANCE. THE SECOND COMPONENT OF

3    MEASURE R, HOWEVER, STILL NEEDS TO BE ACTUALIZED. THE

4    COMMISSION IN RESPONSE DID CREATE AN AD HOC COMMITTEE AS THE

5    COMMISSION TO RELEASE A REPORT TO THE PUBLIC AND TO THE BOARD,

6    A FEASIBILITY STUDY TO REDUCE LOS ANGELES COUNTY'S JAIL

7    POPULATION AND TO REINVEST JAIL SYSTEM COSTS IN PREVENTION AND

8    MENTAL HEALTH TREATMENT INCLUDING A TIMELINE FOR RESOURCING

9    AND IMPLEMENTING STRATEGIES TO MEET THE GOAL. I UNDERSTAND

10   THAT THE TASK IS A LARGE UNDERTAKING, AND DUE TO THE

11   COMMITMENT OF THE BOARD THROUGH ITS EMBRACE OF THE CARE

12   FIRST/JAIL LAST APPROACH, SOME OF THE WORK MAY HAVE BEEN DONE

13   DUE TO THE BOARD CREATED ALTERNATIVES TO  INCARCERATION

14   INITIATIVE AND THE RECENT HIRING OF THE EXECUTIVE DIRECTOR

15   OVER THE INITIATIVE. HOWEVER, WE STILL WAIT FOR A

16   COMPREHENSIVE PLAN TO BE DELIVERED AND IMPLEMENTED. SO THIS

17   MOTION WILL HELP US PROVIDE THAT TOOL TO ALLOW US TO MOVE

18   FORWARD AND PROVIDE FOR THE COMMISSION TO PROVIDE A REPORT

19   BACK TO US SO WE CAN FULFILL WHAT WE WERE ASKED TO DO BY THE

20   VOTERS. AND I WOULD ASK THAT THE DRAFT OF THE PLAN BE

21   INTRODUCED BACK TO US BY DECEMBER 8TH OF THIS YEAR IN

22   COLLABORATION, OBVIOUSLY, WITH THE VARIOUS CRIMINAL JUSTICE

23   PARTNERS, LIKE THE A.T.I. INITIATIVE, O.D.R. AND COMMUNITY

24   STAKEHOLDERS. AND I LOOK FORWARD TO THEIR PUBLIC PRESENTATION

25   OF A STRATEGY ON THE DELIVERY OF THE VOTER-SUPPORTED PLAN BY

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. HAHN:** AYE. AYE.

2

3    **CELIA ZAVALA, E.O.:** SUPERVISOR HAHN, AYE. SUPERVISOR BARGER?

4

5    **SUP. BARGER, CHAIR:** AYE.

6

7    **CELIA ZAVALA, E.O.:** SUPERVISOR BARGER, AYE. MOTION CARRIES 5-

8    0.

9

10   **SUP. BARGER, CHAIR:** THANK YOU. NOW WE ARE MOVING ON TO ITEM

11   NUMBER 16. REPORT REGARDING OPTIONS FOR REMOVING THE SHERIFF.

12   THIS WAS THEY HELD BY SUPERVISOR RIDLEY-THOMAS.

13

14   **SUP. RIDLEY-THOMAS:** THANK YOU VERY MUCH, MADAM CHAIR. AND I

15   WISH TO THANK SUPERVISOR KUEHL FOR COAUTHORING THIS MOTION. I

16   WANT TO SAY THANK YOU ALSO TO THE WELL OVER 600 PEOPLE WHO

17   TOOK THE TIME TO MAKE COMMENT ON THIS ISSUE. TO BE CLEAR TO

18   EVERYONE THAT THE SHERIFF HAS THE CRITICAL RESPONSIBILITY OF

19   PROTECTING THE PUBLIC SAFETY. AND AS THE MANAGER FOR A LAW

20   ENFORCEMENT AGENCY THAT IS THE LARGEST COUNTY IN THE NATION,

21   THE SHERIFF IS RESPONSIBLE FOR PROVIDING SERVICES IN MORE THAN

22   40 CITIES AND OVER 100 UNINCORPORATED AREAS. MADAM CHAIR, IT'S

23   FAIR TO SAY THAT THIS EXPANSIVE AUTHORITY AND RESPONSIBILITY

24   OF THE SHERIFFS DEPARTMENT SIGNIFICANTLY IMPACTS THE EVERYDAY

25   LIVES OF COUNTY RESIDENTS. MAY I ASSERT THAT ACCOUNTABILITY



1    MATTERS. ITS ABSENCE CONTRIBUTES TO VIOLATIONS OF

2    CONSTITUTIONAL AND HUMAN RIGHTS. IT INHIBITS THE DEPARTMENT'S

3    EFFORTS TO MAKE PUBLIC SAFETY REAL AND/OR BELIEVABLE. AND TOO

4    OFTEN IT UNDERMINES THE RULE OF LAW, AN ESSENTIAL PART OF LIFE

5    IN A DEMOCRATIC SOCIETY. IN PASSING MEASURE R, WHICH WE JUST

6    DISCUSSED THIS PAST MARCH, VOTERS OVERWHELMINGLY INDICATED

7    THEY WANT A SHERIFF WHO WAS ACCOUNTABLE TO MORE THAN JUST A

8    FOUR-YEAR ELECTION CYCLE, BUT DESPITE EXPANSIVE EFFORTS TO

9    INCREASE PUBLIC CONFIDENCE THROUGH OVERSIGHT OVER THE PAST

10   SEVERAL YEARS, ACHIEVING FUNDAMENTAL REFORMS REMAIN A

11   CHALLENGE, TO PUT IT MILDLY. SO TO ENSURE THE PUBLIC SAFETY

12   AND THE ADMINISTRATION OF JUSTICE, THE COUNTY MUST THOROUGHLY

13   ASSESS ITS ABILITY TO HOLD THE SHERIFF ACCOUNTABLE AND EXPLORE

14   A FULL RANGE OF OPTIONS TO ENSURE TRANSPARENCY. MADAM CHAIR

15   AND COLLEAGUES, I WISH TO MAKE REFERENCE TO AN ARTICLE THAT

16   WAS WRITTEN IN FEBRUARY OF 2014. I SUBMITTED THIS TO THE

17   HUFFINGTON POST. AND IT SEEMS TO ME TO BE APT FOR OUR

18   CONSIDERATION TODAY. PERMIT ME TO READ THE FOLLOWING. IN 1850,

19   THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT WAS MOSTLY A

20   VOLUNTEER ORGANIZATION THAT SERVED A POPULATION OF JUST OVER

21   3,000 PEOPLE. AND LOS ANGELES WAS REALLY WHAT MIGHT BE

22   DESCRIBED AS THE WILD WEST. THOUSANDS OF MEN WITH GOLD FEVER

23   WERE RUSHING INTO OUR NEW STATE. FUGITIVES FROM JUSTICE FOUND

24   CALIFORNIA A SAFE HIDEOUT. SHOOTOUTS AND DUELS WERE COMMON.

25   AND LOS ANGELES HELD THE DUBIOUS DISTINCTION OF HAVING THE

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    HIGHEST MURDER RATE IN THE NATION. THAT WAS IN 1850. FAST

2    FORWARD TO WHERE WE ARE TODAY, MEMBERS OF THE BOARD, AND

3    YOU'LL FIND THAT DESPITE THE EXPONENTIAL GROWTH IN THE

4    COUNTY'S POPULATION, NOW WELL OVER 10 MILLION IN CONTRAST TO

5    3,000, AND TREMENDOUS ADVANCES OF MODERN DAY POLICING, WE ARE

6    STILL BEHOLDEN TO WHAT COULD BE DESCRIBED AS AN ANACHRONISTIC

7    MODEL OF LAW ENFORCEMENT. WE HOLD A POPULARITY CONTEST FOR

8    ARGUABLY OUR MOST IMPORTANT LAW ENFORCEMENT POSITION. TRY TO

9    IMAGINE ELECTING A CHIEF OF POLICE, AND THEN WE ARE LEFT

10   WITHOUT A MECHANISM TO ENSURE TRANSPARENCY AND TO HOLD THE

11   SHERIFF ACCOUNTABLE. THE RESULT IS THAT WE HAVE SOMETHING

12   WORSE THAN DEMOCRACY. WE HAVE THE ILLUSION OF DEMOCRACY, BUT A

13   REAL DEMOCRACY PROVIDES FOR CIVIC ENGAGEMENT. THE FRANCHISE IS

14   NEITHER THE BEGINNING NOR THE END OF CITIZENS' RIGHTS AND

15   RESPONSIBILITIES. IT MEANS IT IS A MEANS TO AN END.

16   FURTHERMORE, REAL DEMOCRACY PROVIDES A MEANS FOR CIVIC

17   ENGAGEMENT SUCH AS AN INDEPENDENT CITIZENS OVERSIGHT PANEL

18   BECAUSE THERE IS AN EXPECTATION OF PUBLIC PARTICIPATION AND

19   GUIDANCE. WHEN DEALING WITH LAW ENFORCEMENT, THAT MEANS A

20   CONSTANT DIALOGUE BETWEEN THE PUBLIC AND LAW ENFORCEMENT WITH

21   RESPECT TO CIVIL RIGHTS, TRANSPARENCY, AND ACCOUNTABILITY. IT

22   MEANS, THEN, THAT THE SYSTEM, AND I END THE QUOTE, THAT WE

23   HAVE LABORED UNDER IS NO LONGER USEFUL IN TERMS OF MODERN

24   POLICING AND STANDARDS OF ACCOUNTABILITY. THEREFORE, WE BRING

25   THIS ISSUE TO THE FORE HERE AND NOW. IT'S VITAL FOR THE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    COUNTY'S RESIDENTS TO KNOW THAT THEIR PUBLIC SAFETY CONCERNS

2    HAVE BEEN HEARD. THE PEOPLE OF LOS ANGELES COUNTY HAVE

3    EXPRESSED THEIR VIEWS. THEY'VE DEMANDED MORE. AND IT'S MY

4    VIEW, MADAM CHAIR AND MEMBERS OF THE BOARD, THEY DESERVE

5    BETTER. THIS DOES NOT SUPPLANT THEIR EXPRESSED VIEW AS IS MADE

6    CLEAR AT THE VOTING BOX. IT DOESN'T TAKE AWAY THEIR RIGHT TO

7    VOTE. IT ESSENTIALLY SAYS EXPLORE WHAT NEEDS TO BE IN PLACE

8    FOR OUR COLLECTIVE CONSIDERATION AND POTENTIALLY FOR THE

9    CONSIDERATION OF THE ELECTORATE. SO IT SEEMS TO ME THAT THIS

10   IS TIME FOR US TO MOVE THROUGH THIS DECADE OF WHAT HAS BEEN A

11   RATHER REMARKABLE DEGREE OF REFORM THAT HAS BEEN ADVANCED. IF

12   WE ULTIMATELY WISH TO MAKE SURE THAT PUBLIC SAFETY IS REAL IN

13   THE CONTEXT OF LOS ANGELES COUNTY, I BELIEVE WE HAVE TO HAVE

14   MORE ACCOUNTABILITY, MORE TRANSPARENCY AND THE EXPLORATION OF

15   HOW WE GET THERE THROUGH POTENTIAL REMOVAL OF THE SHERIFF

16   SHOULD IT BE DEEMED APPROPRIATE AND/OR THE VERY NOTION OF AN

17   APPOINTED SHERIFF OR LEAD LAW ENFORCEMENT OFFICER RATHER THAN

18   ELECTED. MADAM CHAIR, THAT'S MY OPENING REMARKS. I'M OPEN TO

19   FURTHER DISCUSSION AND DEBATE ON THE MATTER. IT SEEMS TO ME

20   THAT IT'S CLEAR THAT THE TIME HAS COME FOR US TO MOVE FORWARD.

21   THANK YOU.

22

23   **SUP. BARGER, CHAIR:** SUPERVISOR KUEHL?

24

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. KUEHL:** THANK YOU VERY MUCH, MADAM CHAIR. NORMALLY, I

2   WOULD SAY I'M VERY PLEASED TO COAUTHOR A MOTION, ETC., BUT

3   THIS IS A VERY DIFFERENT KIND OF MOTION. AND I THINK IT'S

4   IMPORTANT TO EMPHASIZE THAT NEITHER SUPERVISOR RIDLEY-THOMAS

5   NOR I NOR ANY OF THE OTHERS WHO HAVE CRITICIZED THE SHERIFF

6   TOOK ANY PLEASURE IN IT. IT HAS BECOME A SOMEWHAT OF A SAD

7   SITUATION. THE MEDIA CHARACTERIZES THIS AS SOME KIND OF, YOU

8   KNOW, STRUGGLE OR TIFF OR ARGUMENT OR WHATEVER BECAUSE I THINK

9   IT SERVES THEIR PURPOSE TO MAKE IT SOUND LIKE THERE'S, YOU

10  KNOW, CREDIBILITY OR IT'S SOME KIND OF A FIGHT ON BOTH SIDES.

11  IT'S REALLY QUITE DIFFERENT. WE HAVE HAD EXPERIENCE OF THIS

12  SHERIFF, THIS PARTICULAR SHERIFF, SINCE HE WAS ELECTED AND A

13  COUPLE OF SHERIFFS BEFORE HIM. AND WE ARE QUITE AWARE, EVEN

14  SOME OF US WHO WERE IN SACRAMENTO REPRESENTING VARIOUS PARTS

15  OF THIS COUNTY, OF THE ACTUAL GOOD BEHAVIOR IN WHICH A SHERIFF

16  CAN ENGAGE IN MATERIALS OF THEIR RELATIONSHIP WITH THE BOARD,

17  IN TERMS OF THEIR TAKING THEIR BUDGET SERIOUSLY, IN TERMS OF

18  BEING TRANSPARENT, IN TERMS OF, YOU KNOW, BEING FORTHCOMING.

19  UNFORTUNATELY, AND I REALLY MEAN THAT, THIS HAS NOT BEEN THE

20  CASE WITH THE CURRENT SHERIFF, EVEN TO THE EXTENT OF TELLING

21  THE MEDICAL EXAMINER CORONER NOT TO RELEASE THE RESULTS OF AN

22  AUTOPSY AND OTHER WAYS IN WHICH WE HAVE NOT BEEN ABLE TO GET

23  INFORMATION, WHERE SUBPOENAS HAVE BEEN ISSUED TO THE SHERIFF

24  AND SIMPLY BEEN IGNORED, OR WE HAVE BEEN CASTIGATED, YOU KNOW,

25  BY HIM IN HIS TWEETS.  IT'S A PATTERN THAT ACTUALLY SOUNDS

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    KIND OF FAMILIAR, BUT ONE THAT WE ACTUALLY HAD TO THINK ABOUT.

2    AND I THINK THAT'S WHAT THIS MOTION IS ABOUT AND WOULD

3    ENCOURAGE ALL MY COLLEAGUES TO THINK OF IT THAT WAY. WE ARE

4    NOT TAKING AN ACTION IN THIS MOTION. WE ARE ESSENTIALLY ASKING

5    IN A SITUATION WHERE THERE IS NO ADHERENCE TO THE TRANSPARENCY

6    NEEDED IN ORDER TO HAVE ANY KIND OF OVERSIGHT WHERE THERE IS A

7    FLOUTING OF SUBPOENAS, WHERE THERE IS A CASTIGATION, AND I

8    MEAN EVEN UP TO ENGAGING IN NAME-CALLING ON THE PART OF THE

9    SHERIFF, HOW IT IS WE CAN MAINTAIN OUR DUTY TO OVERSEE THE

10   BUDGET OF THAT DEPARTMENT, THE TREATMENT OF EMPLOYEES IN THAT

11   DEPARTMENT, AND THE SAFETY OF OUR CONSTITUENTS IN ALL FIVE

12   DISTRICTS. SO THIS SIMPLY SAYS WHAT ARE OUR OPTIONS, IF ANY,

13   FOR REMOVING OR IMPEACHING A SHERIFF. AND WE ARE NOT THE FIRST

14   COUNTY TO ASK THIS QUESTION. SECONDLY, TO REALLY LOOK AT

15   WHETHER IT MIGHT BE A GOOD IDEA AND ONE THAT WOULD NEED TO BE

16   AGREED UPON BY ALL 58 COUNTIES, REALLY, TO LOOK AT HAVING AN

17   APPOINTED SHERIFF. THIRDLY, I FIND ACTUALLY THE MOST

18   INTERESTING, WHICH IS WHAT LEGISLATIVE CHANGES MIGHT BE

19   REQUIRED FOR US TO ESTABLISH OUR OWN MUNICIPAL POLICE FORCE?

20   EVERY OTHER OF THE 88 CITIES, THE ONES OF THOSE THAT HAVE

21   THEIR OWN POLICE FORCE, HIRE THE POLICE CHIEF AND GET TO

22   SUPERVISE THE POLICE CHIEF. IT IS NOT ELECTED IN ANY OF OUR

23   CITIES. AND SO IN OUR MUNICIPAL DUTIES, I THINK IT WOULD BE

24   INTERESTING TO EXPLORE WHETHER THAT MIGHT BE A BETTER IDEA FOR

25   US AS WELL AS OTHER KINDS OF SERVICES LIKE COURT SERVICES,

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    ETC. SO I AGREED TO COAUTHOR THIS MOTION. AND I DO BELIEVE

2    THAT IT IS A VERY GOOD ACTION FOR THE BOARD TO KNOW AND

3    UNDERSTAND THESE KINDS OF OPTIONS AND AM PLEASED TO COAUTHOR.

4    THANK YOU, MADAM CHAIR.

5

6    **SUP. BARGER, CHAIR:** THANK YOU. SUPERVISOR HAHN?

7

8    **SUP. HAHN:** THANK YOU, MADAM CHAIR. SO IT'S NO SECRET THAT THIS

9    BOARD DOES NOT SEE EYE TO EYE WITH THIS PARTICULAR SHERIFF.

10   AND I DO HAVE TO POINT OUT IT'S NOT FOR A LACK OF TRYING

11   BECAUSE WE REALLY HAVE TRIED FROM THE VERY BEGINNING. IT SEEMS

12   LIKE THIS SHERIFF HAS ACTED LIKE HE'S NOT ACCOUNTABLE TO

13   ANYONE BUT HIMSELF. AND WE HAVE STEPPED IN. AND WE FOUND

14   OURSELVES STEPPING IN AGAIN AND AGAIN OVER THE LAST TWO YEARS

15   TO TRY AND DO WHAT WE CAN WITHIN OUR AUTHORITY TO ACHIEVE THE

16   KIND OF ACCOUNTABILITY THAT THE PUBLIC DESERVES. WE DO THAT

17   BECAUSE IT'S OUR JOB AS ELECTED OFFICIALS TO ENSURE OUR

18   COMMUNITIES CAN TRUST THE LAW ENFORCEMENT ENTITY THAT IS SWORN

19   TO SERVE AND PROTECT THEM. BUT ULTIMATELY, THE SHERIFF IS AN

20   ELECTED OFFICIAL, TOO. AND THE VOTERS OF L.A. COUNTY ELECTED

21   HIM FOR A FOUR-YEAR TERM. THAT DOESN'T MEAN HE'S THERE TO

22   STAY. BEING AN INCUMBENT DOESN'T GUARANTEE ANYTHING, BUT

23   CURRENTLY THERE'S TWO WAYS THAT VOTERS CAN REMOVE THE SHERIFF.

24   THEY CAN RECALL HIM, OR THEY CAN VOTE HIM OUT WHEN HIS TERM IS

25   UP. THAT'S HOW DEMOCRACY WORKS. AND I, WITH ALL DUE RESPECT TO

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   MY COLLEAGUES, I DON'T THINK IT'S OUR JOB TO REMOVE AN ELECTED

2   OFFICIAL. IF THE VOTERS WANT TO DO THAT, IT'S TOTALLY WITHIN

3   THEIR RIGHT. AND I ABSOLUTELY DON'T SUPPORT THE WAY THAT THIS

4   SHERIFF HAS DISMISSED THE PUBLIC'S CALLS FOR ACCOUNTABILITY,

5   TRANSPARENCY, AND REFORM. AND I HOPE HE WILL LISTEN SERIOUSLY

6   TO THESE CONCERNS INSTEAD OF JUST RESPONDING DEFENSIVELY. AND

7   I THINK THAT THE PEOPLE WHO ARE PUSHING FOR THIS MOTION, EVEN

8   THOSE WHO SPOKE DURING OUR PUBLIC COMMENT THIS MORNING, WOULD

9   HAVE A VERY STRONG CASE FOR RECALLING HIM SHOULD THEY CHOOSE

10  TO BRING THAT TO THE VOTERS. BUT, FRANKLY, I THINK THIS MOTION

11  IS UNNECESSARY. WE KNOW WHAT THE COUNTY CHARTER SAYS ABOUT OUR

12  SHERIFF. AND WE KNOW THAT IT'S NOT WITHIN THIS BOARD'S

13  AUTHORITY TO REMOVE AN ELECTED SHERIFF. IF WE WANT TO AMEND

14  THE CHARTER, WE KNOW WHAT IT TAKES. WE DON'T NEED A REPORT

15  BACK. WE JUST PUT MEASURE J ON THE BALLOT TO AMEND OUR

16  CHARTER, AND WE COULD DO THE SAME THING HERE. BUT WE ALSO KNOW

17  THAT THE PROCESS IS SLOW AND PROBABLY WOULDN'T EVEN BE DONE

18  BEFORE THIS SHERIFF IS UP FOR RE-ELECTION. I THINK WE'RE

19  BETTER OFF SPENDING OUR TIME USING OUR AUTHORITY TO CONTINUE

20  TO PUSH FOR TRANSPARENCY, ACCOUNTABILITY, AND REFORM. AND IF

21  THE VOTERS WANT A NEW SHERIFF, THEY HAVE THEIR OPTIONS. AND I

22  WILL TELL YOU ALL COUNTIES IN CALIFORNIA ELECT THEIR SHERIFF,

23  AS WE KNOW. IT'S PART OF OUR STATE CONSTITUTION, WHICH WOULD

24  BE SOMETHING WE WOULD HAVE TO CHANGE. WE ALREADY KNOW THAT.

25  BUT IT'S MY EXPERIENCE THAT IT IS VERY -- IT IS NOT ACCEPTABLE

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    TO VOTERS TO TAKE AWAY A POSITION WHERE THEY HAVE HISTORY OF

2    ELECTING. THEY DON'T LIKE POLITICIANS TO TAKE THAT POWER FROM

3    THEM. IF THEY'RE USED TO ELECTING THE SHERIFF, THEY DON'T LIKE

4    THE FACT THAT WE'RE GOING TO REMOVE THAT FROM THEM. SO I'M

5    GOING TO VOTE NO ON THIS BECAUSE I DON'T THINK IT'S NECESSARY.

6    I THINK WE KNOW WHAT OUR OPTIONS ARE IF WE WANT TO CHANGE

7    THAT. BUT I THINK THE POWER LIES WITH THE PEOPLE. AND I THINK

8    THE PEOPLE WHO ELECTED THIS SHERIFF AND OUR UNHAPPY WITH THIS

9    SHERIFF SHOULD DO WHAT THEY NEED TO DO TO HOLD HIM

10   ACCOUNTABLE. AND THAT'S CALLED AN ELECTION. THANK YOU, MADAM

11   CHAIR.

12

13   **SUP. BARGER, CHAIR:** THANK YOU. SUPERVISOR SOLIS.

14

15   **SUP. SOLIS:** YES. THANK YOU, MADAM CHAIR. I DON'T DISAGREE WITH

16   MY COLLEAGUES THAT THIS IS PROBABLY ONE OF THE MOST IMPORTANT

17   VOTES IN FRONT OF US TODAY. AND THAT HAS TO DO WITH THIS

18   SHERIFF OR ANY OTHER SHERIFF THAT WE HAVE HERE IN LOS ANGELES.

19   AND IT HAS BECOME APPARENT AND EVIDENT THAT WE'RE DEALING WITH

20   AN ELECTED OFFICIAL WHO HAS, IN MY OPINION, REFUSED TO

21   COLLABORATE AND COOPERATE, NOT JUST WITH THE THE BOARD, BUT

22   ALSO WITH OTHER ENTITIES, OUR INSPECTOR GENERAL, OUR CIVILIAN

23   OVERSIGHT, A DISRESPECT FOR OUR OWN DIRECTORS AND C.E.O.S FOR

24   L.A COUNTY. YOU KNOW, I'M TROUBLED BY SOME OF THE STATEMENTS

25   THAT HE'S MADE. I UNDERSTAND THAT HE WANTS TO TRY TO MAKE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    SHERIFF CONTINUES TO IMPEDE AND THWART ANY RESEMBLANCE OF

2    OVERSIGHT OR INDEPENDENT INVESTIGATIONS INTO THEIR OPERATIONS.

3    AND THERE IS RECENT RESEARCH BACKED BY TRENDS SHOWING THAT THE

4    UNCHECKED POWER OF THE SHERIFF IS BECOMING MORE PROBLEMATIC

5    AND TROUBLING. WHAT WE END UP SEEING AND WHAT WE'RE DEALING

6    WITH NOW IS SOMEONE WITH A TREMENDOUS AMOUNT OF POWER AND NO

7    ACCOUNTABILITY WITH HOW THAT POWER IS UTILIZED. WE SHOULD NOT

8    FEEL BOUND TO CONTINUE A HISTORY OF ELECTING SHERIFFS IF IT'S

9    NOT ALIGNING WITH ACCOUNTABILITY AND TRANSPARENCY. AND IT'S

10   UNFORTUNATE THAT WE'RE AT THIS IMPASSE NOW. AND WE'VE HEARD

11   CALLS FOR HIS RESIGNATION FROM THE COMMUNITY AND RECENTLY THE

12   CIVILIAN OVERSIGHT COMMISSION. AND WE KNOW -- WE ALL KNOW THAT

13   THIS IS NOT A DECISION THAT IS GOING TO BE LIGHTLY TAKEN, BUT

14   I HAVE COME TO THIS DECISION IN THIS MANNER. AND I WOULD LIKE

15   TO PRESENT THIS FOR CONSIDERATION. AND IT'S AN AMENDMENT. AND

16   I WOULD LIKE TO HAVE COUNTY COUNSEL REPORT BACK IN WRITING AND

17   PRESENT TO THE BOARD THE OPTIONS AT THE FIRST BOARD MEETING ON

18   JANUARY 5TH OF 2021. THE AMENDED LANGUAGE WOULD READ AS

19   FOLLOWS. INSTRUCT ACTING COUNTY COUNSEL IN CONJUNCTION WITH

20   THE INSPECTOR GENERAL AND ACTING CHIEF EXECUTIVE OFFICER IN

21   CONSULTATION WITH THE EXECUTIVE DIRECTOR CIVILIAN OVERSIGHT

22   COMMISSION AND JUSTICE ADVOCATES TO REPORT BACK IN WRITING AND

23   PRESENT TO THE BOARD AT THE FIRST BOARD MEETING ON JANUARY

24   5TH, 2021. AND THEN THE REST, ADD THE REST OF THE DIRECTIVES.

25   IT'S IMPORTANT TO ME TO MAKE SURE THAT OPTIONS ARE SHARED WITH

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    THE BOARD AND WITH THE PUBLIC IN COMMUNITY AND OPEN PUBLIC

2    SPACE, BUT ALSO THAT THE VOTERS OF LOS ANGELES HAVE ALSO

3    RECENTLY VOTED TO ALLOW FOR A FIFTH WOMAN TO JOIN THE BOARD OF

4    SUPERVISORS. AND WHAT THIS REPORT BACK WILL BE ABLE TO DO IS

5    HELP ADVISE THE NEW BOARD, THE NEW RECONVENING BOARD, THAT I

6    THINK WILL ALSO COME PERHAPS TO THE SAME CONCLUSIONS BUT BE

7    ABLE TO LOOK AT WHAT OPTIONS ARE THERE. AND BY WAITING FOR THE

8    REPORT BACK AND ACCOMPANYING PRESENTATION FROM THE COUNTY

9    COUNSEL ON JANUARY 5TH OF 2021, WE'LL BE ABLE TO DO SO WITH

10   OUR SUPERVISOR-ELECT HOLLY MITCHELL OF SUPERVISORIAL DISTRICT

11   2 AS A PART OF THE L.A. COUNTY BOARD OF SUPERVISORS. I THINK

12   THAT MOVING AHEAD, WE WILL ALL BE ABLE TO WORK, I HOPE,

13   TOGETHER, BUT GIVEN THE PRIVILEGES THAT WE HAVE, I ALSO THINK

14   IT'S IMPORTANT BECAUSE WE ARE GOING TO BE CONSTRUCTING A NEW

15   BOARD AND TO HAVE THAT VOICE ALSO HEARD AS WELL AS THE VOICE

16   OF OUR COMMUNITY I THINK PROVIDES BETTER, BETTER TRANSPARENCY

17   FOR ALL OF US. SO I WOULD ASK IF THE AUTHOR AND COAUTHOR WOULD

18   ACCEPT THAT FRIENDLY AMENDMENT.

19

20   **SUP. BARGER, CHAIR:** THANK YOU. I JUST HAVE TO SAY THIS IS A

21   VERY INTERESTING PLACE FOR US ALL TO BE IN CONCERNING WORKING

22   RELATIONSHIPS BETWEEN THE BOARD AND THE SHERIFF. SHERIFF

23   VILLANUEVA IS INDEPENDENTLY ELECTED, AND THERE HAS BEEN MANY

24   SHERIFFS BEFORE HIM, AND THERE WILL BE CERTAINLY MANY MORE WHO

25   WILL FOLLOW. I WILL SAY IT AGAIN. WE CANNOT MAKE LONG TERM

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   POLICY POLICY DECISIONS BASED UPON THE SHORT-TERM

2   PERSONALITIES THAT BE. I WILL ALSO STATE AGAIN I DO BELIEVE

3   THAT THE ACTIONS OF THE CURRENT SHERIFF AND THE RELATIONSHIP

4   WITH THIS BOARD HAVE BEEN TO THE DETRIMENT OF OUR DEPUTIES ON

5   THE LINE, WHO ARE SERVING ALL OF OUR COMMUNITIES EACH AND

6   EVERY DAY. I DO NOT SUPPORT MANY OF THE ACTIONS AND HAVE HAD

7   SIGNIFICANT CONCERNS WITH HIS ABILITY TO APPROPRIATELY LEAD

8   OUR SHERIFFS DEPARTMENT, BUT I DO SUPPORT THE OFFICE. AND MORE

9   IMPORTANTLY, I SUPPORT OUR PERSONNEL. AS I STATED BEFORE, THE

10  VOTERS MADE THEIR DECISION IN 2018. AND THEY WILL HAVE ANOTHER

11  OPPORTUNITY IN 2022 UNLESS THERE'S A COMMUNITY-LED EFFORT TO

12  VACATE THAT SEAT PRIOR TO THE NEXT ELECTION CYCLE. I ENCOURAGE

13  THIS SHERIFF TO BE TRANSPARENT AND COLLABORATIVE WITH THE

14  O.I.G. AND THE C.O.C. AND I AM GOING TO TAKE HIM UP ON HIS

15  OFFER TO MEET AND MOVE FORWARD TO ADDRESS THE NEEDS OF THE

16  DEPARTMENT, ESPECIALLY AS IT RELATES TO TRANSPARENCY. OUR

17  COMMUNITIES, AND I'M HEARING FROM THEM LOUD AND CLEAR, ARE

18  SICK OF HEARING ABOUT THE DISAGREEMENTS AND THEY'RE FED UP AS

19  BEING USED AS A PAWN. I LOOK TO THE ALTADENA SHERIFF'S

20  STATION. I LOOK TO THE MARINA DEL REY SHERIFFS STATION. I LOOK

21  TO OUR PARKS BUREAU. I LOOK TO THE H.O.S.T. TEAMS. EACH ONE OF

22  THEM, AT ONE TIME OR ANOTHER, HAS BEEN PUT ON THE CHOPPING

23  BLOCK NOT BASED ON WHAT IS RIGHT BUT BASED ON REACTIONS TO

24  SOME OF THE THINGS THAT THIS SHERIFF PERCEIVES OUR BOARD HAS

25  DONE. WE CANNOT CONTINUE RELATIONS AS THEY CURRENTLY EXIST,

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   AND THAT IS VERY CLEAR. OUR COMMUNITIES DESERVE BETTER

2   REPRESENTATION. WE ARE ELECTED TO COLLABORATE AS SERVANTS OF

3   THE PUBLIC. AND I FOR ONE, AND I TOLD THE SHERIFF THIS FROM

4   DAY ONE, WHILE I DIDN'T ENDORSE HIM, IT DOES NOT MEAN I WOULD

5   NOT WORK WITH HIM. AND IF I DIDN'T WORK WITH PEOPLE THAT DID

6   NOT ENDORSE ME WHEN I FIRST RAN, I WOULD NOT BE REPRESENTING

7   MY CONSTITUENCY. HE NEEDS TO RECOGNIZE THAT WE, AS ELECTEDS,

8   ALL ARE IN THIS TOGETHER. AND WE HAVE A DUTY AND OBLIGATION.

9   AND I BELIEVE THAT WHILE THIS MOTION, I UNDERSTAND WHAT YOU

10  SAID, SUPERVISOR KUEHL REGARDING OPPORTUNITIES AND ALL, I

11  BELIEVE THIS MOTION IS BASED MORE ON PERSONALITY AND NOT BASED

12  ON NEED. AND I'M CONFIDENT -- AND I TRUST OUR VOTERS AS I DID.

13  I DID NOT ENDORSE MEASURE J, BUT I HONOR THE FACT THAT MEASURE

14  J PASSED BASED ON THE WILL OF THE VOTERS. AND I WILL DO THE

15  SAME AS IT RELATES TO AN ELECTED SHERIFF. IF THE VOTERS

16  BELIEVE THAT THE INDIVIDUAL THAT THEY VOTE FOR IS THE

17  APPROPRIATE INDIVIDUAL, I WILL SUPPORT WHOMEVER RECEIVES THE

18  MOST VOTES. SO I, TOO, AM GOING TO BE VOTING NO ON THIS. I

19  APPRECIATE WHAT YOU ALL ARE SAYING, BUT I JUST BELIEVE THAT

20  THIS IS UNNECESSARY AND, QUITE FRANKLY, UNDERMINES THE VERY

21  DEMOCRACY THAT WE HAVE IN PLACE, ESPECIALLY AS ELECTED

22  OFFICIALS MOVING FORWARD. SO WITH THAT, WE HAVE A MOTION

23  BEFORE US. AND SUPERVISOR RIDLEY-THOMAS, DO YOU ACCEPT

24  SUPERVISOR SOLIS'S AMENDMENT?

25

# EXHIBIT 55



# THE MEETING TRANSCRIPT OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
### OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1           [REPORT OF ACTION TAKEN IN CLOSED SESSION ON

2              TUESDAY, JANUARY 26, 2021 ON PAGE 241]

3

4

5     **SUP. SOLIS, CHAIR:** GOOD MORNING, EVERYONE. WELCOME TO THE

6     REGULARLY SCHEDULED MEETING OF THE LOS ANGELES COUNTY BOARD OF

7     SUPERVISORS. TODAY IS TUESDAY, JANUARY 26TH, 2021. OUR MEETING

8     IS BEING HELD REMOTELY, DUE TO THE CURRENT PUBLIC HEALTH

9     CRISIS, TO PROTECT THE HEALTH OF ALL. BEFORE WE BEGIN, I'D

10    LIKE TO TAKE A MOMENT OF PRIVILEGE TO ACKNOWLEDGE THAT WE HAVE

11    A NEW PRESIDENT, JOE BIDEN, ALONG WITH CALIFORNIA'S VERY OWN

12    VICE PRESIDENT, KAMALA HARRIS, WHO, AS WE KNOW, WAS

13    INAUGURATED THIS LAST WEEK. I AM VERY, VERY HOPEFUL AND

14    CONFIDENT THAT WITH THE NEW ADMINISTRATION, THE NATIONAL

15    C.O.V.I.D. RESPONSE WILL BE SUBSTANTIALLY IMPROVED, ESPECIALLY

16    IN REGARD TO THE VACCINE ROLLOUT. THIS IS INDEED A NEW DAY FOR

17    THE NATION AND FOR LOS ANGELES COUNTY. WE HAVE MUCH WORK TO DO

18    AHEAD OF US, BUT WE CAN NOW COUNT ON THE FEDERAL GOVERNMENT'S

19    SUPPORT, WHICH WILL BE IMMENSELY HELPFUL IN OUR EFFORTS AS WE

20    MOVE FORWARD. I WILL NOW TAKE THE ROLL CALL TO CONFIRM

21    ATTENDANCE. PLEASE UNMUTE YOUR MIC AND RESPOND WHEN YOUR NAME

22    IS CALLED. SUPERVISOR MITCHELL?

23

24    **SUP. MITCHELL:** PRESENT.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. SOLIS, CHAIR:** SUPERVISOR KUEHL?

2

3    **SUP. KUEHL:** HERE.

4

5    **SUP. SOLIS, CHAIR:** SUPERVISOR HAHN?

6

7    **SUP. HAHN:** HERE.

8

9    **SUP. SOLIS, CHAIR:** SUPERVISOR BARGER?

10

11   **SUP. BARGER:** HERE.

12

13   **SUP. SOLIS, CHAIR:** FESIA DAVENPORT, CHIEF EXECUTIVE OFFICER?

14

15   **FESIA DAVENPORT:** PRESENT.

16

17   **SUP. SOLIS, CHAIR:** RODRIGO CASTRO-SILVA, COUNTY COUNSEL?

18

19   **RODRIGO CASTRO-SILVA:** I'M HERE.

20

21   **SUP. SOLIS, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER OF THE

22   BOARD?

23

24   **CELIA ZAVALA, E.O.:** HERE.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. SOLIS, CHAIR:** AS INDICATED ON THE POSTED AGENDA, WE WILL

2  BE TAKING TELEPHONIC PUBLIC COMMENTS SEPARATELY FOR REGULAR

3  AGENDA ITEMS AND PUBLIC HEARING ITEMS DURING TODAY'S MEETING.

4  THE EXECUTIVE OFFICE OF THE BOARD HAS RECEIVED OVER 3,300

5  WRITTEN PUBLIC COMMENTS FOR TODAY'S MEETING, AND, AS THOSE

6  WRITTEN COMMENTS WERE RECEIVED, ALL OF THEM WERE AVAILABLE TO

7  THE SUPERVISORS FOR THEIR CONSIDERATION, CONSISTENT WITH THE

8  BROWN ACT'S REQUIREMENTS. WE WILL CONTINUE TO RECEIVE WITTEN

9  PUBLIC COMMENTS THROUGHOUT THE MEETING, WHICH WILL BECOME PART

10 OF THE OFFICIAL RECORD. MADAM EXECUTIVE OFFICER, PLEASE CALL

11 THE AGENDA.

12

13 **CELIA ZAVALA, E.O.:** GOOD MORNING, MADAM CHAIR AND MEMBERS OF

14 THE BOARD. TODAY'S AGENDA WILL BEGIN ON PAGE TWO, SET MATTER,

15 11:00 A.M. ITEM S-1 IS A DISCUSSION OF THE PUBLIC HEALTH ORDER

16 RELATED TO C.O.V.I.D.-19. THIS ITEM WILL BE HELD FOR

17 DISCUSSION. ON PAGE 3, SPECIAL DISTRICT AGENDAS. THIS IS THE

18 AGENDA FOR THE LOS ANGELES COUNTY DEVELOPMENT AUTHORITY. ITEM

19 2-D IS A RECOMMENDATION TO ADOPT A RESOLUTION DECLARING AN

20 INTENT FOR THE SALVATION ARMY PASADENA HOPE CENTER FOR A LOS

21 ANGELES COUNTY DEVELOPMENT AUTHORITY APPROVED ASSIGNEE TO

22 UNDERTAKE BOND FINANCING IN THE AMOUNT NOT TO EXCEED $21

23 MILLION TO FINANCE THE CONSTRUCTION AND DEVELOPMENT OF THE

24 PASADENA HOPE CENTER, LOCATED AT 1000 EAST WALNUT STREET IN

25 THE CITY OF PASADENA. THIS ITEM RELATES TO ITEM 37-D,



1    INDICATED ON THE SUPPLEMENTAL AGENDA AS AN ADDITION. ON PAGE

2    4, THIS IS THE AGENDA FOR THE REGIONAL PARK AND OPEN SPACE

3    DISTRICT. ON PAGE 5, PUBLIC HEARING ITEMS 1 THROUGH 7. THESE

4    ITEMS WILL BE HELD FOR HEARING. ON PAGE 9, CONSENT CALENDAR,

5    BOARD OF SUPERVISORS ITEMS 8 THROUGH 27. ON ITEM 9, SUPERVISOR

6    KUEHL REQUESTS THAT THIS ITEM BE CONTINUED TWO WEEKS TO

7    FEBRUARY 9TH, 2021. ON ITEM 11, SUPERVISOR KUEHL REQUESTS THAT

8    THIS ITEM BE HELD. ON ITEM 12, THIS INCLUDES A REVISION, AS

9    INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEM 13, SUPERVISOR

10   KUEHL REQUESTS THAT THIS ITEM BE REFERRED BACK TO HER OFFICE.

11   ON ITEM 24, SUPERVISOR SOLIS REQUESTS THAT THIS ITEM BE HELD.

12   ALSO, THIS INCLUDES A REVISION, AS INDICATED ON THE

13   SUPPLEMENTAL AGENDA. ON ITEM 26, SUPERVISOR SOLIS REQUESTS

14   THAT THIS ITEM BE HELD. ON PAGE 22, ADMINISTRATIVE MATTERS,

15   ITEMS 28 THROUGH 39. ON ITEM 28, THE CHIEF EXECUTIVE OFFICER

16   REQUESTS THAT THIS ITEM BE CONTINUED TO MARCH 23, 2021. ON

17   ITEM 32, THIS ITEM WILL BE HELD FOR A REPORT. ON ITEM 28, THIS

18   INCLUDES MISCELLANEOUS ADDITIONS TO THE AGENDA WHICH WERE

19   POSTED MORE THAN 72 HOURS IN ADVANCE OF THE MEETING, AS

20   INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEM 37-A, SUPERVISOR

21   HAHN AND SUPERVISOR BARGER REQUEST TO REVISE DIRECTIVE NUMBER

22   3 OF THE MOTION TO AUTHORIZE THE EMERGENCY OPERATIONS CENTER,

23   IN PARTNERSHIP WITH THE DEPARTMENT OF THE PUBLIC HEALTH, TO

24   COORDINATE AND EXECUTE AN M.O.U. AND/OR OTHER NECESSARY

25   AGREEMENTS WITH CITIES AND/OR OTHER AGENCIES IN THE COUNTY TO

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. SOLIS, CHAIR:** ABSOLUTELY. WE KNOW THAT. YEAH, THANK YOU.

2    OKAY. SO OUR TIME FOR PUBLIC SPEAKERS HAS ENDED. THANK YOU,

3    ALL THAT CALLED IN. AND AS A REMINDER, IF YOU WERE UNABLE TO

4    PROVIDE COMMENTS, YOU MAY SUBMIT WRITTEN COMMENTS, AS

5    INDICATED ON THE AGENDA, AND WE WILL CONTINUE TO ACCEPT ALL

6    YOUR WRITTEN COMMENTS THAT COME IN DURING THIS MEETING, WHICH

7    WILL ALL BECOME PART OF THE RECORD. AT THIS TIME, I WANTED TO

8    RECOGNIZE SHERIFF VILLANUEVA, WHO REQUESTED TO ADDRESS THE

9    BOARD ON ITEM 32. SHERIFF WILL HAVE THREE MINUTES. HE CAN

10   BEGIN.

11

12   **CELIA ZAVALA, E.O.:** THE SHERIFF IS NOT ON THE LINE.

13

14   **SUP. SOLIS, CHAIR:** OKAY, THE SHERIFF IS NOT ON THE LINE. WE

15   DID ACCOMMODATE HIM, AND WE'RE CLEAR THAT HE HAD THREE MINUTES

16   TO ADDRESS THE BOARD. OKAY, VERY GOOD. LET'S MOVE ON, THEN.

17   MADAM EXECUTIVE OFFICER, PLEASE INDICATE THE AGENDA ITEM

18   NUMBERS. OH, EXCUSE ME. OH. OKAY. SHERIFF VILLANUEVA, ARE YOU

19   PRESENT?

20

21   **SHERIFF VILLANUEVA:** YEAH, I'M TRYING TO UNMUTE MYSELF HERE.

22   ALL RIGHT.

23

24   **SUP. SOLIS, CHAIR:** WE CAN HEAR YOU. GO AHEAD. THANK YOU.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SHERIFF VILLANUEVA:** ALL RIGHT. SORRY. I AM ON THE ROAD HERE.

2

3  **SUP. SOLIS, CHAIR:** OKAY.

4

5  **SHERIFF VILLANUEVA:** BUT REAL QUICK, L.A. COUNTY IS FACING NOT

6  ONE, BUT TWO LIFE-THREATENING EPIDEMICS. ONE IS A SILENT

7  KILLER, HAVING CLAIMED MORE THAN 15,000 RESIDENTS, AND

8  INFECTED MORE THAN A MILLION. THE PAIN AND SUFFERING OF THOSE

9  WHO HAVE LOST THEIR LIVES TO C.O.V.I.D.-19 IS AMPLIFIED BY

10 THOSE WHO HAVE LOST A LOVED ONE TO GUN VIOLENCE. HOMICIDE

11 RATES IN LOS ANGELES COUNTY SHOT UP 36 PERCENT IN 2020, AND,

12 FOR THE FIRST THREE WEEKS OF 2021, ROSE AN ASTONISHING 162

13 PERCENT. THIS IS ALMOST ONE LIFE LOST EVERY DAY TO VIOLENCE IN

14 OUR COMMUNITIES, AND THE CHALLENGES FACING MY DEPARTMENT ARE

15 UNHEARD OF IN PAST ADMINISTRATIONS. THE WELL-FUNDED AND

16 COORDINATED NATIONAL EFFORT TO DELEGITIMIZE THE ENTIRE

17 PROFESSION OF LAW ENFORCEMENT ONLY ADDS FUEL TO THE FIRE OF

18 THE RISING VIOLENCE SEEN IN OUR COMMUNITIES. ALL THOSE WHO

19 JUMP AT THE OPPORTUNITY TO CONDEMN DEADLY USES OF FORCE,

20 WITHOUT KNOWING THE FACTS, ONLY SERVE TO INCREASE THE

21 LIKELIHOOD OF VIOLENT ENCOUNTERS BETWEEN ARMED SUSPECTS AND

22 DEPUTIES IN THE FIELD, AS WE WITNESSED IN THE COMPTON AMBUSH

23 LAST YEAR. IN SPITE OF THE WORN-OUT ACCUSATIONS OF BEING

24 AGAINST TRANSPARENCY AND ACCOUNTABILITY, I CAN SAY BEING

25 SHERIFF IS ALL ABOUT DOING BOTH, WHILE PRESERVING THE RIGHTS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   OF ALL. IT IS A DELICATE BALANCE BETWEEN PUBLIC DEMANDS FOR

2   TRANSPARENCY AND THE NEED TO PROTECT THE INTEGRITY OF

3   INVESTIGATIONS THAT OFTEN ARE IN THEIR INFANCY. OKAY, NOW...

4   COMPROMISING THE INTEGRITY OF AN INVESTIGATION, SUCH AS DEADLY

5   USE OF FORCE, WILL COME BACK TO HAUNT THE VERY PEOPLE WHO

6   CLAMOR FOR JUSTICE TO BE SERVED. IT WOULD ALSO DAMAGE BOTH THE

7   ABILITY OF A PROSECUTOR TO SUCCEED IN THEIR CASE IN COURT, AND

8   THE ABILITY OF THE COUNTY TO DEFEND ITSELF AGAINST LAWSUITS.

9   WHEN I ANNOUNCED THE NEW POLICY [INAUDIBLE] SUBGROUPS,

10  [INAUDIBLE] INSPECTOR GENERAL AND THE OVERSIGHT COMMISSION

11  [INAUDIBLE], AS WE ENFORCE IT MOVING FORWARD. ALL PREVIOUS

12  SHERIFFS TOOK A PASS AT THIS PROBLEM, WHICH HAS ALWAYS BEEN

13  LONG ON PERCEPTION AND PRECIOUSLY SHORT ON SUPPORTING FACTS.

14  NOW, MOVING FORWARD, WE ARE WORKING ON IMPROVING OUR

15  INVESTIGATIVE PROTOCOLS IN CRITICAL INCIDENTS, AND AFFIRMING

16  OUR UNWAVERING SUPPORT FOR VICTIMS OF CRIME. WE ARE REACHING

17  OUT TO THE GOVERNOR'S OFFICE TO SEEK AUTHORIZATION TO USE OUR

18  PARAMEDICS AND E.M.T.S, AND CREATE A ROBUST PLAN TO VACCINATE

19  THE HOMELESS POPULATION. I WANT TO THANK ALL THE SUPERVISORS

20  WHO MET WITH ME OVER THE LAST FEW MONTHS, AND IN PARTICULAR

21  SUPERVISOR MITCHELL. SHE HAS THE DISTINCTION OF BEING THE VERY

22  FIRST SUPERVISOR FROM THE SECOND DISTRICT WHO HAS AGREED TO

23  MEET WITH ME SINCE I TOOK OFFICE IN 2018. IN CLOSING, I WILL

24  SAY THAT THE PRESIDENT'S INAUGURAL SPEECH MADE A VERY

25  IMPORTANT POINT IN DRIVING HOME THE NEED TO WORK TOGETHER

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   TOWARDS A COMMON CAUSE. HE SPOKE OF DEFEATING LIES AND

2   DEFENDING THE TRUTH. I'M HERE TO DO BOTH, AS IS EVERY MEMBER

3   OF THE SHERIFF'S DEPARTMENT. AT THE END OF THE DAY, THE VOTERS

4   WILL WANT TO KNOW HOW WE SPEND OUR TIME AND ENERGY. PEOPLE ARE

5   TIRED OF POLITICAL ATTACKS AND SPIN. IT DOESN'T MAKE THEIR

6   LIVES ANY SAFER. THEY WILL BE MORE ENCOURAGED TO SEE US WORK

7   TOGETHER TO DEFEAT THE TWIN PANDEMICS OF C.O.V.I.D.-19 AND

8   VIOLENCE. FILE ITEM 32 WHERE IT BELONGS, AND COME JOIN ME FOR

9   THE CHALLENGES AWAITING OUR LEADERSHIP. THANK YOU.

10

11  **SUP. SOLIS, CHAIR:** THANK YOU VERY MUCH, SHERIFF. WE APPRECIATE

12  YOUR JOINING US. NOW WE WILL TURN TO ITEM NUMBER 5. MADAM

13  EXECUTIVE OFFICER, PLEASE INDICATE THE AGENDA ITEM NUMBERS ON

14  WHICH WE WILL BE VOTING.

15

16  **CELIA ZAVALA, E.O.:** THE ITEMS BEFORE YOU ARE ITEMS 1-D THROUGH

17  2-D, 1-P, 8, 10, 12, 14 THROUGH 23, 25, 27, 29 THROUGH 31, 33

18  THROUGH 36, 37-A, 37-B AS AMENDED, 37-D THROUGH 37-F, 40

19  THROUGH 42.

20

21  **SUP. SOLIS, CHAIR:** MOVED BY SUPERVISOR KUEHL, SECONDED BY

22  SUPERVISOR MITCHELL TO APPROVE THESE ITEMS. MADAM EXECUTIVE

23  OFFICER, PLEASE CALL THE ROLL.

24

25  **CELIA ZAVALA, E.O.:** SUPERVISOR MITCHELL?

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  FUNDING AND PRO-BONO WORK FROM SEVERAL LARGE FIRMS, AND SEEK

2  FUNDING AS BEST AS WE CAN. WE BELIEVE THAT THESE ADDITIONAL

3  RESOURCES WILL ALLOW US TO DO THE JOB THAT WE'RE REQUIRED TO

4  DO UNDER MEASURE R. FINALLY, WE RECOGNIZE THE NEED FOR

5  SIGNIFICANT PUBLIC COMMENT AND ENGAGEMENT IN THIS PROCESS, AND

6  WE INTEND TO MAKE SURE THAT THE PUBLIC IS ENGAGED IN WHAT

7  WE'RE DOING, AND HAVE A GENERAL UNDERSTANDING OF WHAT THE

8  COUNTY EFFORTS ARE, IN WHOLE. SO WITH THAT, I'D LIKE TO ANSWER

9  ANY QUESTIONS YOU MIGHT HAVE.

10

11  **SUP. SOLIS, CHAIR:** THANK YOU SO MUCH, BRIAN. I REALLY

12  APPRECIATE THE OPPORTUNITY FOR YOU TO PRESENT THE REPORT. THE

13  MEMBERS HAVE EACH RECEIVED A COPY OF THAT REPORT, AND ARE

14  THERE ANY MEMBERS THAT WOULD LIKE TO ASK ANY QUESTIONS? SEEING

15  NONE. SEEING NONE. THEN I WOULD MOVE THE ITEM, AND SECONDED BY

16  SUPERVISOR MITCHELL TO RECEIVE AND FILE THIS REPORT. HEARING

17  NO OBJECTIONS, THAT WILL BE THE ORDER. THANK YOU, BRIAN.

18

19  **BRIAN WILLIAMS:** THANK YOU.

20

21  **SUP. SOLIS, CHAIR:** VERY GOOD. MOVING ON TO ITEM NUMBER 32,

22  REGARDING THE OPTIONS FOR REMOVING THE SHERIFF. WE'LL NOW HEAR

23  FROM RODRIGO CASTRO-SILVA, OUR COUNTY COUNSEL.

24

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    BARGER, IN THAT ORDER SO FAR. OKAY. VERY GOOD. I WANT TO THANK

2    AGAIN THE AUTHORS OF THE MOTION, AND I ALSO WANT TO THANK

3    COUNTY COUNSEL AND THE OFFICE OF THE INSPECTOR GENERAL, THE

4    CIVILIAN OVERSIGHT COMMISSION, AND ALL THE JUSTICE ADVOCATES

5    FOR THEIR WORK ON THIS VERY IMPORTANT REPORT. THERE HAVE BEEN

6    MULTIPLE ATTEMPTS TO ENSURE TRANSPARENCY OF THE SHERIFF'S

7    OPERATION, AND TO HOLD THE DEPARTMENT AND THE SHERIFF

8    ACCOUNTABLE FOR MISCONDUCT AND EVEN HARASSMENT OF COUNTY

9    COLLEAGUES, LIKE OUR FORMER C.E.O., AND EVEN MYSELF. MUCH TO

10   MY DISMAY, WE HAVE HAD FALSE PRETENSES OF COLLABORATION AND

11   COOPERATION FROM THE SHERIFF'S DEPARTMENT. I'M AWARE THAT

12   SHERIFF VILLANUEVA ATTENDED THE LAST TWO CIVILIAN OVERSIGHT

13   COMMISSION MEETINGS, WHICH I REMIND YOU WAS REQUIRED BY LAW,

14   GIVEN THE SUBPOENA THAT WAS ISSUED. BUT WE HAVE A LONG WAY TO

15   GO IN RESTORING OR ESTABLISHING THE TRUST OF COMMUNITY IN THE

16   SHERIFF'S DEPARTMENT. THAT IS THE SHERIFF'S RESPONSIBILITY,

17   BUT IT'S ALSO OURS, AS A BOARD. AND I WANT TO UNDERSCORE SOME

18   OF THE ACTIONS WE HAVE TAKEN THUS FAR, AND HOW MUCH THIS BOARD

19   HAS DONE TO ENSURE THAT ACCOUNTABILITY. NUMBER ONE, WE'VE SUED

20   THE SHERIFF'S DEPARTMENT. WE'VE ALSO ESTABLISHED RESTRAINTS ON

21   THE DEPARTMENT'S BUDGET. WE'VE ESTABLISHED THE CIVILIAN

22   OVERSIGHT COMMISSION AND THE OFFICE OF THE INSPECTOR GENERAL.

23   AND WE-- IMPORTANTLY, THE VOTERS-- EXTENDED SUBPOENA POWER TO

24   THESE BODIES, EMPOWERING THEM SO THAT THESE ARE NOT JUST

25   OVERSIGHT BODIES IN NAME, BUT IN ACTION. ACCOUNTABILITY AND

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2    **SUP. MITCHELL:** THANK YOU VERY MUCH, MADAM CHAIR, AND I'D LIKE

3    TO THANK COUNTY COUNSEL FOR THIS INFORMATION. YOU KNOW, IT'S

4    MY UNDERSTANDING, PRIOR TO MY JOINING THE BOARD, THAT THERE

5    WAS A MOTION ASKING FOR THIS INFORMATION. AND THE POINT OF

6    TODAY'S PRESENTATION IS A REPORT BACK, WHERE INFORMATION IS

7    REALLY BEING SHARED, IN TERMS OF WHAT OUR LEGAL, IF YOU WILL,

8    OPTIONS ARE AVAILABLE TO US. SO I THINK IT'S IMPORTANT, BASED

9    ON COMMENTS WE'VE HEARD IN PUBLIC COMMENT, THAT THE PUBLIC

10   UNDERSTAND THAT TODAY IS A REPORT BACK, AND THAT, IN THE

11   PROCESS OF THE WORKINGS OF THE BOARD, NO SPECIFIC ACTION WILL

12   BE TAKEN TODAY, BUT WE'RE ALL GLEANING INFORMATION. LIKE YOU,

13   MADAM CHAIR, THERE IS AN ANNOUNCEMENT FROM THE CALIFORNIA

14   ATTORNEY GENERAL, WITH REGARD TO HIS OFFICE INITIATING AN

15   INVESTIGATION. IT WAS ALARMING, TO SAY THE LEAST. AN

16   EMBARRASSMENT, QUITE FRANKLY. TO HEAR WORDS UTTERED SUCH AS,

17   QUOTE, "THEY WILL BE DETERMINING IF THE SHERIFF'S DEPARTMENT

18   HAS VIOLATED THE LAW OR THE RIGHTS OF THE PEOPLE OF L.A.

19   COUNTY." RECOGNIZING THAT THE SHERIFF AND HIS DEPARTMENT TAKE

20   AN OATH TO DO THE EXACT OPPOSITE WAS REALLY VERY, VERY PAINFUL

21   TO READ. FURTHER, THE ATTORNEY GENERAL STATED THAT THERE WERE

22   SERIOUS CONCERNS THAT ACCOUNTABILITY AND ADHERENCE TO

23   LEGITIMATE POLICING PRACTICES HAVE LAPSED AT THE DEPARTMENT.

24   AN INQUIRY INTO THE POTENTIAL PATTERN AND PRACTICE OF CIVIL

25   RIGHTS ABUSES TO THE RESIDENTS OF OUR COUNTY BY THE SHERIFF'S

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  DEPARTMENT IS SERIOUS, AND SIMPLY CANNOT BE IGNORED.

2  COMPLAINTS FROM THE COMMUNITY REGARDING EXCESSIVE USE OF FORCE

3  AND DEPUTY-INVOLVED GANGS, WHICH HAVE PLAGUED THE DEPARTMENT

4  FOR DECADES, HAVE INCREASED IN THE WAKE OF THE FATAL SHOOTINGS

5  OF SEVERAL WELL-KNOWN NAMES HERE IN L.A. COUNTY. SHERIFF'S

6  DEPARTMENT ACCOUNTABILITY IS A CRITICAL PART OF MAKING OUR

7  COMMUNITIES SAFE AND UPHOLDING THE RULE OF LAW, AN ESSENTIAL

8  FEATURE OF LIFE IN A DEMOCRATIC SOCIETY. ITS ABSENCE HAS

9  CONTRIBUTED TO THE INFRINGEMENT OF CONSTITUTIONAL AND BASIC

10 HUMAN RIGHTS, A STRUCTURAL BUDGET DEFICIT, AND DIMINISHED

11 PUBLIC TRUST AND CONFIDENCE, AMONG OTHER CONSEQUENCES. OUR

12 WORK IN STRENGTHENING THE OVERSIGHT AND TRANSPARENCY IS AN

13 IMPORTANT PART OF ENSURING THAT ACCOUNTABILITY, AND ENSURING

14 IT EXTENDS BEYOND A FOUR-YEAR ELECTION CYCLE. HOWEVER, THIS

15 WILL NEVER BE ENOUGH WITHOUT GOOD-FAITH COOPERATION AND

16 COLLABORATION FROM THE SHERIFF. AND IN THE ABSENCE OF THAT, I

17 BELIEVE WE HAVE A RESPONSIBILITY TO ACT. YOU KNOW, WHILE I

18 APPRECIATE THE SHERIFF ACKNOWLEDGING, WHEN HE PRESENTED TODAY,

19 THE FACT THAT HE AND I DID HAVE A MEETING, AND I APPRECIATED

20 SOME OF THE STATISTICS AND SOME OF THE DATA THE SHERIFF SHARED

21 WITH ME, TO BRIEF ME AS A PART OF MY ONBOARDING PROCESS, AS A

22 NEW MEMBER REPRESENTING THE SECOND DISTRICT, IT SHOULD NOT BE

23 ASSUMED THAT MY PERSPECTIVE OF HIS PERFORMANCE WAS CHANGED BY

24 A SINGLE MEETING, NOR DO I THINK HIS PERSPECTIVE OF MY

25 POSITIONS THAT I'VE MADE VERY PUBLIC, EVEN PRIOR TO ASSUMING

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    THIS OFFICE, I DON'T BELIEVE HIS ATTITUDE CHANGED AT ALL,

2    EITHER. BUT, INDEED, A MEETING DID TAKE PLACE. SO, LET ME BE

3    CLEAR: THERE IS NO SUBSTITUTE FOR THE DEPARTMENT'S CRITICALLY

4    NECESSARY COOPERATION WITH THE LEGALLY MANDATED WORK OF THE

5    COUNTY'S OVERSIGHT ENTITIES. IT'S IMPERATIVE THAT THIS

6    DEPARTMENT RESUME REGULARLY SHARING REQUESTED INFORMATION WITH

7    THE OFFICE OF INSPECTOR GENERAL AND THE C.O.C., SO THEY CAN

8    PERFORM THEIR DUTY-- THE DUTIES THAT WE EXPECT OF THEM, AS A

9    BOARD, AND THE RESIDENTS OF L.A. COUNTY EXPECT OF THEM. AND

10   THE ABSENCE OF SUCH COOPERATION ONLY SHOWS FURTHER DISTRUST,

11   AND DIMINISHES THE CONFIDENCE OF THE PUBLIC WE ALL SERVE, AND

12   MY CONFIDENCE, AS WELL. SO I LOOK FORWARD TO THE ATTORNEY

13   GENERAL OFFICE'S INVESTIGATION, AND I'LL BE MONITORING IT

14   CLOSELY. AND HOPEFULLY, WE WILL THEN HAVE AN OPPORTUNITY TO

15   REVISIT OUR OPTIONS FOR ENSURING A STRONGER AND MORE PERMANENT

16   SENSE OF DEPARTMENT ACCOUNTABILITY, ONCE THE ATTORNEY

17   GENERAL'S INVESTIGATION IS COMPLETED. THANK YOU VERY MUCH,

18   MADAM CHAIR.

19

20   **SUP. SOLIS, CHAIR:** THANK YOU VERY MUCH. NEXT, I'LL RECOGNIZE

21   SUPERVISOR KUEHL.

22

23   **SUP. KUEHL:** THANK YOU VERY MUCH, MADAM CHAIR. I ECHO MANY,

24   MANY OF THE SENTIMENTS OF MY COLLEAGUE FROM THE SECOND

25   DISTRICT. AND, YOU KNOW, WE HAVE HAD A NUMBER OF FRUSTRATING

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    EXPERIENCES SINCE, MADAM CHAIR, YOU AND I HAVE ASSUMED OFFICE,

2    WITH THE CURRENT SHERIFF, AND I THANK COUNTY COUNSEL FOR

3    MEETING THE CHALLENGE OF THE MOTION TO IDENTIFY THE VARIOUS

4    CHOICES THAT WE HAVE. MOST OF THEM LOOK LIKE A HEAVY LIFT TO

5    ME, BUT THAT DOESN'T MEAN THAT THEY WOULDN'T BE POSSIBLE. I

6    ECHO SUPERVISOR MITCHELL'S COMMENTS TO THOSE WHO TESTIFIED

7    TODAY IN PUBLIC COMMENT, AS TO THEIR HOPES THAT WE WOULD DO

8    SOMETHING ABOUT THIS, THAT IT IS NOT POSSIBLE TO BRING A

9    MOTION RIGHT AWAY TODAY, HAVING BEEN PRESENTED WITH THESE

10   OPTIONS, BECAUSE MANY OF THEM REALLY REQUIRE US TO FULLY

11   DIGEST, I THINK, WHAT MIGHT BE POSSIBLE, AND ALSO THE VERY

12   LARGE PICTURE OF A COUNTYWIDE ELECTION TO CHANGE THE CHARTER,

13   A STATEWIDE ELECTION TO CHANGE WHETHER ALL SHERIFFS IN THE

14   STATE SHOULD BE APPOINTED OR ELECTED, OR EVEN GIVING A CHOICE

15   TO EACH COUNTY. SO THERE'S MUCH MORE, REALLY, TO THINK ABOUT.

16   BUT THE URGENCY IS REALLY THERE WITH THIS SHERIFF. JUST LAST

17   WEEK, THERE WAS ANOTHER INCIDENT WHERE YOUNG MEN WHO WERE JUST

18   SHOPPING IN A TARGET STORE IN WESTLAKE VILLAGE WERE ROUNDED UP

19   BY SHERIFF'S DEPUTIES-- NATURALLY, YOUNG MEN OF COLOR--

20   BECAUSE OTHERS WERE COMMITTING A CRIME IN A DIFFERENT SECTION

21   OF THE STORE. AND THERE IS, QUOTE, "AN INVESTIGATION GOING

22   ON." BUT THERE WAS A POST BY THEIR SUPERVISOR THAT THEY HAD

23   ACTED APPROPRIATELY, WHICH WAS REALLY POSTED ABOUT FIVE

24   MINUTES AFTER THE INCIDENT. SO THERE WASN'T ANY INVESTIGATION.

25   THE POST WAS TAKEN DOWN, AND I ASSUME THERE'S AN

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   INVESTIGATION. BUT WE HEAR THAT SO OFTEN. AND THAT'S ACTUALLY

2   ONE OF THE REASONS WHY WE'RE HAVING INDEPENDENT HEARINGS ABOUT

3   THE DEATHS OF VARIOUS PEOPLE ALLEGEDLY CAUSED BY DEPUTIES,

4   INQUESTS, BECAUSE THE RESULTS OF SO MANY OF THOSE, QUOTE,

5   "INTERNAL HEARINGS" REALLY DOESN'T CUT IT. SO THERE IS A LOT

6   TO BE CONCERNED ABOUT, I THINK. AND I DO BELIEVE, AS

7   SUPERVISOR MITCHELL INDICATED, IT IS ONE OF THE DUTIES OF AN

8   ELECTED BOARD OF SUPERVISORS TO LOOK AT THE CONDUCT OF OTHER

9   ELECTEDS IF AND WHEN THEY CROSS A LINE, EITHER OF CRIMINAL

10  ACTIVITY, OR INAPPROPRIATE ACTIVITY, OR INAPPROPRIATE

11  SUPERVISION. SO I WILL BE LOOKING VERY CLOSELY AT THESE

12  OPTIONS TO TRY TO FIGURE OUT WHAT CAN BE DONE. ONE THING THAT

13  COUNTY COUNSEL DIDN'T MENTION WAS AN OPTION OF REMOVING SOME

14  LAW ENFORCEMENT RESPONSIBILITIES FROM THE SHERIFF. WE COULDN'T

15  DO THAT IN TERMS OF THE JAILS WITHOUT STATE ACQUIESCENCE, BUT,

16  YOU KNOW, THERE IS ALWAYS THE OPPORTUNITY TO HAVE AN

17  INDEPENDENT POLICE FORCE FOR UNINCORPORATED AREAS. AND I THINK

18  THAT'S ANOTHER ASPECT, THOUGH EXPENSIVE, THAT WE WILL SEE IN

19  HIS REPORT WE CAN LOOK AT. SO OUR THANKS TO COUNTY COUNSEL.

20  AND I LOOK FORWARD TO FURTHER CONSIDERATION AND DISCUSSION OF

21  THESE MATTERS. THANK YOU, MADAM CHAIR.

22

23  **SUP. SOLIS, CHAIR:** THANK YOU VERY MUCH, SUPERVISOR KUEHL.

24  NEXT, WE'LL RECOGNIZE SUPERVISOR BARGER.

25

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. BARGER:** THANK YOU. AND THANK YOU, ROD, FOR THE REPORT. AS

2   MY COLLEAGUES KNOW, I REMAIN OPPOSED TO TAKING ACTION TO

3   UNILATERALLY REMOVE THE SHERIFF, OR CHANGING POLICIES TO

4   INSTEAD HAVE THAT POSITION BE APPOINTED. WE WERE EACH ELECTED

5   TO COLLABORATE AS SERVANTS OF THE PUBLIC, AND IT'S NOT WITHIN

6   OUR JURISDICTION OF THIS BOARD TO TAKE VOTING POWER AWAY FROM

7   THE PEOPLE. SHERIFF VILLANUEVA WAS INDEPENDENTLY ELECTED, AND

8   THE POWER LIES WITH THE PEOPLE OF L.A. COUNTY TO CHANGE THAT.

9   THERE HAVE BEEN MANY SHERIFFS BEFORE HIM, AND I'M SURE THERE

10  WILL BE CERTAINLY MANY MORE WHO WILL FOLLOW. AS I'VE STATED

11  BEFORE, WE CANNOT MAKE LONG-TERM POLICY DECISIONS BASED ON

12  SHORT-TERM PERSONALITIES THAT BE. THE VOTERS MADE THEIR

13  DECISION IN 2018, AND THEY WILL HAVE ANOTHER OPPORTUNITY IN

14  2022, UNLESS THERE IS A COMMUNITY-LED EFFORT TO VACATE THAT

15  SEAT PRIOR TO THE ELECTION. I CONTINUE TO ENCOURAGE THE

16  SHERIFF TO BE TRANSPARENT AND COLLABORATIVE WITH OUR OVERSIGHT

17  BODIES. AND NOW, WITH THE ATTORNEY GENERAL COMING IN, I WOULD

18  POINT OUT THAT THE ATTORNEY GENERAL HAS THE ABILITY TO DO AN

19  INVESTIGATION, HAVE IT COMPLETED, AND THEN TAKE ACTION, IF

20  APPROPRIATE. SO, IN FACT, IF THERE IS ANY IMPROPRIETY OR

21  ILLEGAL ACTIVITIES, THE ATTORNEY GENERAL CAN TAKE SWIFT AND

22  DIRECT ACTION, ONCE THE INVESTIGATION IS COMPLETED. I THINK

23  IT'S IMPERATIVE FOR THE WELL-FUNCTIONING OPERATION AND THE

24  COMMUNITY THAT THEY ARE DESERVING OF ACCESS TO THE INFORMATION

25  AND ANSWERS THAT THEY SEEK FROM THIS CURRENT ADMINISTRATION.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   SO I'M OPPOSED TO MOVING FORWARD WITH THIS, BUT I ALSO

2   RECOGNIZE THE FACT THAT, IN SOME WAYS, THE SHERIFF'S PUT US IN

3   THIS POSITION TO HAVE TO MAKE A DECISION LIKE THIS, BASED ON

4   SOME OF THE CONDUCT THAT'S BEEN PUT INTO PLAY. AND I WOULD

5   HOPE THAT MOVING FORWARD, ESPECIALLY WITH THE ATTORNEY

6   GENERAL-- AND I BELIEVE WHAT HE HAS PUT OUT, THAT HE WELCOMES

7   THIS INVESTIGATION AND IS GOING TO COOPERATE-- I THINK THAT IS

8   GOING TO SHED LIGHT ON WHAT IS GOING ON. SO WITH THAT, WHILE I

9   APPRECIATE, ROD, THE HARD WORK YOU PUT INTO IT, AND I THINK

10  THAT IT SHOWS THAT THERE ARE OPTIONS, I FEEL THAT IT

11  UNDERMINES THE VERY PRINCIPLE OF HOW WE ALL GOT ELECTED INTO

12  THIS OFFICE, AND I DO NOT SUPPORT IT. THANK YOU, MADAM CHAIR.

13

14  **SUP. SOLIS, CHAIR:** THANK YOU. ARE THERE ANY OTHER BOARD

15  MEMBERS THAT WANT TO BE RECOGNIZED AT THIS TIME? OKAY. SEEING

16  NONE, AND HEARING NO OTHER COMMENTS, ITEM 32 IS BEFORE US.

17  MOVED BY SUPERVISOR KUEHL, SECONDED BY SUPERVISOR MITCHELL TO

18  RECEIVE AND FILE. HEARING NO OBJECTIONS, THAT WILL BE THE

19  ORDER. MOVING ON, NOW, TO ITEM NUMBER 11. THIS IS NUMBER 38.

20  AT THIS TIME, IT WOULD BE APPROPRIATE TO HEAR FROM SUPERVISORS

21  ON ITEMS NOT POSTED ON THE AGENDA, TO BE PRESENTED OR REFERRED

22  TO STAFF OR PLACED ON A FUTURE AGENDA. AND I DO HAVE A SPECIAL

23  THAT I DO WANT TO RELATE TO THE BOARD AT THIS TIME. BEFORE WE

24  CLOSE, I WANT TO READ IN A MOTION THAT WILL BE BEFORE THE

25  BOARD FOR CONSIDERATION AT THE NEXT REGULARLY SCHEDULED

EXHIBIT 56



# The Meeting Transcript of The Los Angeles County Board of Supervisors

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1       **THE LOS ANGELES COUNTY BOARD OF SUPERVISORS**

2         **TUESDAY, MAY 4, 2021, 9:30 AM**

3

4

5    **SUP. SOLIS, CHAIR:** GOOD MORNING, EVERYONE. BUENOS DIAS.

6    WELCOME TO THE REGULARLY SCHEDULED MEETING OF THE LOS ANGELES

7    COUNTY BOARD OF SUPERVISORS. TODAY IS TUESDAY, MAY 4TH, 2021.

8    OUR MEETING TODAY IS BEING HELD REMOTELY DUE TO THE CURRENT

9    PUBLIC HEALTH CRISIS TO PROTECT THE HEALTH OF ALL. I WILL NOW

10   TAKE ROLL CALL TO CONFIRM ATTENDANCE. PLEASE UNMUTE YOUR MIC

11   AND RESPOND WHEN YOUR NAME IS CALLED. SUPERVISOR MITCHELL?

12   SUPERVISOR MITCHELL? SUPERVISOR KUEHL?

13

14   **SUP. KUEHL:** HERE, AND MAY THE FOURTH BE WITH YOU!

15

16   **SUP. HAHN:** OH, I WAS GOING TO SAY THAT!

17

18   **SUP. SOLIS, CHAIR:** SUPERVISOR HAHN?

19

20   **SUP. HAHN:** HA, I WAS GOING TO SAY THAT, SHEILA. I AM HERE, AND

21   MAY THE FOURTH BE WITH YOU.

22

23   **SUP. SOLIS, CHAIR:** SUPERVISOR BARGER?

24

25   **SUP. BARGER:** HERE.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2   **SUP. SOLIS, CHAIR:** SUPERVISOR MITCHELL? SHE'S NOT JOINED YET.

3   OKAY. FESIA DAVENPORT, CHIEF EXECUTIVE OFFICER?

4

5   **FESIA DAVENPORT, C.E.O.:** PRESENT.

6

7   **SUP. SOLIS, CHAIR:** RODRIGO CASTRO-SILVA, COUNTY COUNSEL?

8

9   **ATTORNEY:** HERE.

10

11  **SUP. SOLIS, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER OF THE

12  BOARD?

13

14  **CELIA ZAVALA, E.O.:** HERE.

15

16  **SUP. SOLIS, CHAIR:** SUPERVISOR MITCHELL? AS INDICATED ON THE

17  POSTED AGENDA, WE WILL BE TAKING TELEPHONIC PUBLIC COMMENTS

18  DURING TODAY'S MEETING. THE EXECUTIVE OFFICE OF THE BOARD

19  RECEIVED OVER 2,000 WRITTEN PUBLIC COMMENTS FOR TODAY'S

20  MEETING, AND AS THOSE WRITTEN COMMENTS WERE RECEIVED, ALL OF

21  THEM WERE AVAILABLE TO THE SUPERVISORS FOR THEIR

22  CONSIDERATION, CONSISTENT WITH THE BROWN ACT REQUIREMENTS. WE

23  WILL CONTINUE TO RECEIVE WRITTEN PUBLIC COMMENTS THROUGHOUT

24  THE MEETING WHICH WILL BECOME PART OF THE OFFICIAL RECORD.

25  MADAM EXECUTIVE OFFICER, PLEASE CALL THE AGENDA.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2  **CELIA ZAVALA, E.O.:** THANK YOU, MADAM CHAIR. GOOD MORNING GOOD

3  MORNING MADAM CHAIR AND MEMBERS OF THE BOARD. TODAY'S AGENDA

4  WILL BEGIN ON PAGE 2 SET MATTER 10:30AM. ITEM S1 IS A

5  DISCUSSION OF THE PUBLIC HEALTH ORDER RELATED TO COVID-19.

6  THIS ITEM WILL BE HELD FOR DISCUSSION. ON PAGE 3, SPECIAL

7  DISTRICT AGENDAS, THIS IS THE AGENDA  FOR THE LOS ANGELES

8  COUNTY DEVELOPMENT AUTHORITY. ITEM 3D IS A RECOMMENDATION TO

9  ADOPT A RESOLUTION TO ISSUE MULTIFAMILY HOUSING REVENUE BONDS

10  OR NOTES BY THE LOS ANGELES COUNTY DEVELOPMENT AUTHORITY IN

11  THE AMOUNT NOT TO EXCEED $20 MILLION TO FINANCE THE SITE

12  ACQUISITION, CONSTRUCTION, AND DEVELOPMENT OF AN AFFORDABLE 50

13  UNIT MULTIFAMILY HOUSING DEVELOPMENT LOCATED IN THE CITY OF EL

14  MONTE. ITEMS 4D AND 5D, THESE ARE ADDITIONS AS INDICATED ON

15  THE SUPPLEMENTAL AGENDA. ON PAGE 5, THIS IS THE AGENDA FOR THE

16  REGIONAL PARK AND OPEN SPACE DISTRICT. ON PAGE 6, CONTENT

17  CALENDAR, BOARD OF SUPERVISORS ITEMS 1-31. ON ITEM 1, THIS

18  INCLUDES A REVISION AS INDICATED ON THE SUPPLEMENTAL AGENDA.

19  ON ITEM 3, SUPERVISOR BARGER AND SUPERVISOR KUEHL REQUEST THAT

20  THIS ITEM BE HELD. ON ITEM 5, SUPERVISOR SOLIS REQUESTS THAT

21  THIS ITEM BE HELD. ALSO THIS INCLUDES A REVISION AS INDICATED

22  ON THE SUPPLEMENTAL AGENDA. ON ITEM 10, SUPERVISOR SOLIS AND

23  SUPERVISOR MITCHELL REQUEST THAT THIS ITEM BE HELD. ON ITEM

24  16, SUPERVISOR MITCHELL REQUESTS THE ALTERNATE PUBLIC DEFENDER

25  BE ADDED TO DIRECTIVES NUMBER 1 AND 2. ON ITEM 26, SUPERVISOR

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  KUEHL REQUESTS THAT THIS ITEM BE HELD. ON ITEM 29, SUPERVISOR

2  HAHN REQUESTS THAT THIS ITEM BE HELD. ON PAGE 22,

3  ADMINISTRATIVE  MATTERS, ITEMS 32-73. ON ITEM 32, THE CHIEF

4  EXECUTIVE OFFICER REQUESTS THIS ITEM BE CONTINUED TWO WEEKS TO

5  MAY 18TH, 2021 AS INDICATED ON THE OPPOSED AGENDA. ITEM 35,

6  COUNTY COUNSEL REQUESTS THIS BE CONTINUED TWO WEEKS TO MAY

7  18TH, 2021 AS INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEM

8  38, THE DIRECTOR OF MENTAL HEALTH REQUESTS THIS BE CONTINUED

9  TWO WEEKS TO MAY 18TH, 2021. ON PAGE 48, THIS INCLUDES

10  MISCELLANEOUS ADDITIONS TO THE AGENDA WHICH WERE POSTED MORE

11  THAN 72 HOURS IN ADVANCE OF THE MEETING AS INDICATED ON THE

12  SUPPLEMENTAL AGENDA. ON 71C, SUPERVISOR SOLIS REQUESTS THAT

13  DIRECTIVE NUMBER TWO BE REVISED TO DIRECT THE CHIEF EXECUTIVE

14  OFFICER TO REPORT BACK TO THE BOARD WITH RECOMMENDATIONS TO

15  MITIGATE ANY  REVENUE SHORTFALLS FOR FISCAL YEAR '21 AND '22.

16  ACTIONS MAY INCLUDE, BUT ARE NOT LIMITED TO, FEDERAL AND/OR

17  IDENTIFICATION OF DISCRETIONARY FUNDS, AND ANY RECOMMENDATIONS

18  SHOULD PRIORITIZE AN EQUITABLE DISTRIBUTION OF RESOURCES. THE

19  REQUESTS FOR CONTINUANCES AND ITEMS TO BE REFERRED BACK

20  THROUGH 71G ARE BEFORE YOU.

21

22  **SUP. SOLIS, CHAIR:** MOVED BY SUPERVISOR KUEHL, SECONDED BY

23  SUPERVISOR BARGER TO APPROVE THESE ITEMS. THAT WILL BE THE

24  ORDER.

25

1   **CELIA ZAVALA, E.O.:** PAGE 49, NOTICES OF CLOSED SESSION, THAT

2   COMPLETES THE READING OF THE AGENDA, MADAM CHAIR.

3

4   **SUP. SOLIS, CHAIR:** THANK YOU VERY MUCH. AT THIS TIME, WE WILL

5   NOW HEAR FROM SHERIFF VILLANUEVA, WHO REQUESTED TO ADDRESS THE

6   BOARD ON ITEM 5. SHERIFF, YOU WILL HAVE THREE MINUTES, PLEASE

7   BEGIN.

8

9   **SUP. MITCHELL:** MADAM CHAIR, THIS IS SUPERVISOR MITCHELL, JUST

10  LETTING YOU KNOW I'M HERE, I APOLOGIZE.

11

12  **SUP. SOLIS, CHAIR:** VERY GOOD. OKAY, THANK YOU.

13

14  **SHERIFF VILLANUEVA:** ALL RIGHT, WELL, THANK YOU FOR THAT

15  GENEROUS AMOUNT OF TIME, THREE MINUTES, AND REGARDING ITEM 5,

16  PROTECTING SURVIVING FAMILIES FROM LAW ENFORCEMENT  HARASSMENT

17  AND RETALIATION. THERE ARE SEVERAL COMMENTS IN HERE THAT YOU

18  ARE MAKING AS DECLARATORY THAT CONTEND HARASSMENT AND

19  INTIMIDATION BY L.A. SHERIFF'S DEPARTMENT, THE ONGOING

20  HARASSMENT ON AN ALMOST DAILY BASIS, L.A.S.D. DEPUTIES TRY TO

21  INTIMIDATE FAMILY MEMBERS WHO SPEAK OUT. I WANT TO TELL YOU

22  THAT THAT LANGUAGE IS REPREHENSIBLE. IT'S IRRESPONSIBLE. IT'S

23  PLACING OUR MEMBERS OF THE DEPARTMENT AT GREATER RISK OF

24  CONFLICTS IN THE COMMUNITY, AND IT IS CREATING A FALSE

25  IMPRESSION THAT WE ARE ENGAGING IN THESE PRACTICES. WE DID A

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  VERY EXTENSIVE INVESTIGATION ON THIS ISSUE BACK WHEN YOUR

2  OFFICE ACTUALLY BROUGHT IT TO OUR ATTENTION BECAUSE FAMILY

3  MEMBERS OF THE PEOPLE, THE NEIGHBORS THAT WERE IN THE VICINITY

4  OF THESE MEMORIALS, WERE CONCERNED ABOUT THE HARASSMENT FROM

5  GANG MEMBERS THAT WERE LOITERING IN THESE PLACES. WE TOOK IT,

6  AND DID A VERY THOROUGH INVESTIGATION OF IT. YOU'RE PROVIDED

7  THIS INFORMATION. THE INSPECTOR GENERAL WAS PROVIDED THIS

8  INFORMATION, AND WE ASKED THE INSPECTOR GENERAL FOR ADDITIONAL

9  INFORMATION IF HE HAD ANY. HE OFFERED NONE. AND THIS IS VERY

10  IMPORTANT TO UNDERSTAND. SO WHEN YOU ARE MAKING THESE

11  DECLARATORY  STATEMENTS, YOU HAVE NO FOUNDATION WHATSOEVER TO

12  MAKE THEM AND DISPARAGE THE GOOD REPUTATION AND DISCREDIT THE

13  LAW ENFORCEMENT, THE PROFESSION, THE SHERIFF'S DEPARTMENT IN

14  PARTICULAR, AND DELEGITIMIZING OUR EFFORTS IN THE EYES OF THE

15  COMMUNITY. THAT SERVES NO VALID PURPOSE FOR A PUBLIC AGENCY. I

16  WILL TELL YOU THIS, AND YOU TALK ABOUT TRAUMATIZATION AND RE-

17  TRAUMATIZATION, 96 MURDERS IN 2021. THAT'S A 130 PERCENT

18  INCREASE FROM LAST YEAR. 2,637 ASSAULTS WITH A DEADLY WEAPON,

19  A 15 PERCENT INCREASE FROM LAST YEAR. 261 RAPES, A 7 PERCENT

20  INCREASE FROM LAST YEAR. THAT IS TRAUMATIZATION AND RE-

21  TRAUMATIZATION. WE ARE WORKING HARD. OUR DEPARTMENT IS FOCUSED

22  ON VIOLENCE, SURGING VIOLENCE. WE ARE FOCUSED ON THE IMPACT OF

23  THE HOMELESS CRISIS THAT IS SPIRALING OUT OF CONTROL. WE ARE

24  FOCUSING ON THE PROLIFERATION OF LEGAL CANNABIS DISTRIBUTION –

25  – OR DISPENSARIES THROUGHOUT THE COUNTY. THOSE ARE THE

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    PROBLEMS WE ARE FACING, AND THIS IS, UNFORTUNATELY, IT DOES

2    NOT CAST THE OPERATION SUPERVISORS IN A VERY POSITIVE LIGHT

3    BECAUSE THIS IS A FALSE NARRATIVE YOU ARE TRYING TO ADVANCE AT

4    THE EXPENSE OF THE MEN AND WOMEN THAT COMPRISE THE L.A. COUNTY

5    SHERIFF'S DEPARTMENT, AND I AM GOING TO URGE YOU TO JUST

6    REJECT THIS ENTIRELY. IF YOU HAVE INFORMATION, EVERYONE HAS A

7    CELL PHONE CAMERA, IF SOMEONE IS BEHAVING BADLY, BY ALL MEANS,

8    RECORD IT AND PROVIDE IT TO US. AS WE SAW YESTERDAY, THAT SAN

9    DIMAS TRAFFIC STOP, IT WAS CAPTURED ON A BODY WORN CAMERA, AND

10   THAT IS ACTUALLY WHAT LAW ENFORCEMENT IS FACING IN TERMS OF

11   HARASSMENT. SO IF ONE OF THESE FAMILIES CLAIMS TO BE HARASSED

12   IN ANY WAY, BY ALL MEANS, LET US KNOW ABOUT IT, PROVIDE US

13   THAT CELL PHONE FOOTAGE. IF IT IS THAT PROLIFIC AS YOUR MOTION

14   SUGGESTS, IT SHOULD BE ABLE TO FIND IT, YET WE HAVE NOT FOUND

15   A SINGLE INSTANCE OF IT. AND THAT IS VERY TELLING. SO I AM

16   MORE THAN HAPPY TO WORK WITH THE O.I.G. AND THE C.O.C. ON THIS

17   AND I'LL LEAVE IT UP TO YOUR DISCRETION.

18

19   **SUP. SOLIS, CHAIR:** THANK YOU VERY MUCH. WE APPRECIATE IT. NOW,

20   WE WILL TAKE PUBLIC COMMENTS FOR ALL AGENDA ITEMS. MADAM

21   EXECUTIVE OFFICER, PLEASE READ THE CALL IN INFORMATION THAT

22   WAS ALSO PROVIDED ON THE AGENDA AND EXPLAIN THE SPEAKING RULES

23   TO THOSE MEMBERS OF THE PUBLIC WHO ARE CALLING IN TO ADDRESS

24   THE BOARD.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    REPORT THAT WAS ISSUED, THEY CALLED NO JUSTICE NO PEACE. THE

2    LOS ANGELES COUNTY SHERIFF'S DEPARTMENT TARGETED HARASSMENT OF

3    GRIEVING FAMILIES. THEY SHARED SEVERAL EXAMPLES, HOWEVER, AND

4    I'D LIKE TO HIGHLIGHT WHAT HAPPENED TO THE FAMILY OF PAUL REA,

5    A FAMILY WHO VISITED MY DISTRICT, WITH ALL OF YOU, THAT WAS

6    REPORTED A LITTLE EARLIER BY THE FAMILY. AND THIS IS QUOTED

7    FROM THE REPORT THAT WAS ISSUED. IN OCTOBER OF 2019, PAUL

8    REA'S SISTER, JAYLENE, SPOKE PUBLICLY FOR THE FIRST TIME ABOUT

9    HER BROTHER'S MURDER AT THE HANDS OF L.A.S.D. AND LATER

10   ATTENDED A TOWN HALL HOSTED BY THE SHERIFF VILLANUEVA. LATER

11   THAT SAME EVENING, L.A.S.D. DEPUTIES FORCEFULLY ARRESTED

12   JAYLENE AT HER BROTHER'S MEMORIAL SITE WITHOUT PROBABLE CAUSE

13   THAT SHE COMMITTED ANY CRIME. AT AROUND 11:00 P.M., DEPUTIES

14   DROVE AWAY WITH JAYLENE IN THE BACK OF THE PATROL CAR AND

15   WOULD NOT TELL HER OR HER FAMILY WHERE SHE WAS BEING TAKEN OR

16   WHY SHE WAS BEING ARRESTED. THEY EVENTUALLY TOOK HER TO A

17   HOSPITAL. DURING THAT TIME, FOR NEARLY TWO HOURS, L.A.S.D.

18   PERSONNEL DID NOT PROVIDE JAYLENE'S FAMILY WITH ANY ANSWERS AS

19   TO TO WHERE SHE WAS CAUSING THEM EMOTIONAL DISTRESS AS THEY

20   FEARED FOR THE WORST. JAYLENE, LIKEWISE, DID NOT UNDERSTAND

21   WHAT WAS HAPPENING AND FEARED FOR HER OWN SAFETY. L.A.S.D.

22   DEPUTIES EVENTUALLY BROUGHT HER TO THE EAST LOS ANGELES

23   STATION AROUND 1:00 A.M. WHERE A.C.L.U. ATTORNEY -- AN

24   ATTORNEY WAS ABLE TO SEE HER. CLAIMING NO ONE ON STAFF AT EAST

25   LOS ANGELES STATION WAS ABLE TO RUN HER FINGERPRINTS. L.A.S.D.



1    SEVERAL HOURS ON A SATURDAY IN CONVERSATION WITH IMPACTED

2    FAMILY MEMBERS, FAMILY MEMBERS WHO SHOW COURAGE BEYOND THE

3    PALE IN TERMS OF SPEAKING OUT WITH REGARD TO THEIR

4    EXPERIENCES, SPEAKING OUT WITH REGARD TO THEIR DESIRES FOR

5    VERY REASONABLE INFORMATION AROUND THE CIRCUMSTANCES THAT

6    SURROUND THE DEATH OF THEIR LOVED ONES. THIS IS A REPORT BACK

7    MOTION. AND SO, I LOOK FORWARD TO THE BOARD RECEIVING

8    INFORMATION THAT WILL EMPOWER US TO TAKE ACTIONABLE STEPS TO

9    CURING THIS SCENARIO. IT IS IMPORTANT STEP TOWARDS

10   ACCOUNTABILITY OF MAKING SURE THAT ALL FAMILIES IN L.A. COUNTY

11   FEEL SAFE, FEEL SAFE IN THEIR OWN HOMES, IN THEIR OWN

12   COMMUNITIES. AGAIN, WE HAVE MET WITH TOO MANY MEMBERS OF OUR

13   COMMUNITY WHO'VE NOT ONLY HAD TO DEAL WITH THE GRIEF OF LOSING

14   A FAMILY MEMBER, BUT HAVE DESCRIBED HORRIFYING INCIDENTS OF

15   BLATANT HARASSMENT FROM THE VERY LAW ENFORCEMENT ORGANIZATION

16   THAT TOOK THE LIFE OF THEIR LOVED ONE. I AM DISAPPOINTED BY

17   THE PERSPECTIVE SHARED BY THE SHERIFF IN HIS OPENING REMARKS

18   TODAY. AND I BELIEVE HIS COMMENTS REFLECT THE  PERSPECTIVE

19   THAT THE FAMILY MEMBERS SHARE, THAT THEY ARE NOT HEARD, THAT

20   THEIR LIFE EXPERIENCES ARE NOT BELIEVED OR VALUED. AND THERE

21   ARE FAR TOO MANY OF THEM THAT WE HAVE HEARD FROM TO JUSTIFY

22   BELIEVING THAT IT IS NOT TRUE OR NOT ACCURATE EXPRESSIONS OF

23   THEIR EXPERIENCE WITH SOME MEMBERS OF THE SHERIFF DEPARTMENT.

24   YOU KNOW, LOSING A FAMILY MEMBER AND THEN HAVING TO LIVE IN

25   FEAR OF RETRIBUTION  FOR SPEAKING UP AND ASKING QUESTIONS

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  THAT THESE FAMILIES HAVE DESCRIBED BECAUSE IT IS TIED TO AN

2  ABUSE OF POWER BY PEOPLE WHO ARE SWORN TO PROTECT NOT HARASS

3  THEIR COMMUNITIES. AND YET, WE SEE DEPUTIES DRIVING BY SLOWLY,

4  THREATENINGLY, PARKING IN FRONT OF HOUSES, TAUNTING FAMILY

5  MEMBERS WITH RUDE COMMENTS AND LAUGHING AT THEM, DRIVING BY

6  MEMORIAL SITES WHERE FAMILIES ARE HONORING THEIR LOVED ONES,

7  DAMAGING ITEMS AT THOSE MEMORIAL SITES. TALK ABOUT JUNIOR HIGH

8  SCHOOL BEHAVIOR, AND I DON'T MEAN TO INSULT JUNIOR HIGH SCHOOL

9  STUDENTS. DEPUTIES TARGETING FAMILY MEMBERS, AS THE STORY YOU

10 TOLD SHOWS, FOR ARREST. THESE ACCOUNTS MAKE IT VERY CLEAR THAT

11 THIS SHERIFF HASN'T DONE ENOUGH, HAS NOT MADE IT CLEAR TO

12 DEPUTIES ABOUT WHAT THEIR BEHAVIOR SHOULD BE AND SHOULDN'T BE.

13 THERE'S A FUNDAMENTAL LACK OF RESPECT FOR THESE FAMILIES, NOT

14 EVEN SEEING THESE FAMILIES AS HUMAN BEINGS. ONE COMPLAINT

15 RECEIVED BY THE O.I.G., FAMILY MEMBERS WERE CALLED ANIMALS

16 WHEN THEY WERE WAITING TO CONFIRM THEIR LOVED ONE'S IDENTITY

17 AT THE SCENE OF ONE SHOTTING. AND THESE DEPUTIES ALSO DO NOT

18 VALUE HEALING, THE VALUE OF COMMUNITY HEALING. OKAY, THAT

19 DOESN'T SURPRISE ME. EVEN IN THE STATEMENT HIS MORNING, THE

20 SHERIFF SHOWED THAT HE DOESN'T VALUE THE POWER OF HEALING AND

21 CARE. HE IS WAGING A CAMPAIGN, INCLUDING IN HIS MOST RECENT

22 NEWSLETTER, AGAINST THIS BOARD'S CARE FIRST VERSION, PORTRAYS

23 OUR FOCUS ON COMMUNITY CARE AND HEALING AS ANTI-VICTIM OR PRO-

24 CRIMINAL, LIKE YOU CAN'T GO AND GRIEVE THE DEATH OF YOUR SON

25 BECAUSE THE SHERIFF'S DEPUTY THOUGHT THEY WERE A CRIMINAL, AND

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   BLAMING SO CALLED PROGRESSIVE POLICIES, HIS WORDS, FOR RISING

2   CRIME RATES. IT IS OUTRAGEOUS. AND IN THE MIDST OF THIS FINGER

3   POINTING, I WOULD BEG OUR SHERIFF TO LOOK AT HIS OWN

4   DEPARTMENT, TO BE CRITICAL OF THE HARM AND DAMAGE HIS OWN

5   DEPUTIES ARE CAUSING IN OUR COMMUNITIES. FOR THE DEPARTMENT TO

6   CONCLUDE THAT A DEPUTY'S CONDUCT APPEARS REASONABLE IN THE

7   OVERWHELMING MAJORITY OF THESE CASES, SHOWS A COMPLETE

8   UNWILLING TO POLICE HIS OWN DEPARTMENT. SO, YES, I SUPPORT

9   THIS MOTION. AND, EMPHATICALLY ASK THE O.I.G., THE DISTRICT

10  ATTORNEY, AND COUNTY COUNSEL TO TAKE EVERY POSSIBLE MEASURE TO

11  HELP US, HELP US, HELP OUR COMMUNITIES DO OUR EFFECTIVE JOB OF

12  POLICING THE POLICE. I WISH IT DIDN'T HAVE TO BE SO, BUT IT

13  IS. SO I STRONGLY SUPPORT THIS MOTION. THANK YOU VERY MUCH,

14  MADAM CHAIR.

15

16  **SUP. SOLIS, CHAIR:** THANK YOU VERY MUCH, SUPERVISOR KUEHL.

17  SEEING THAT NO OTHER MEMBERS WOULD LIKE TO MAKE ANY COMMENTS,

18  ITEM 5 IS BEFORE US. I WILL MOVE, SECONDED BY SUPERVISOR

19  MITCHELL TO APPROVE THE ITEM. MADAM EXECUTIVE OFFICER, PLEASE

20  CALL THE ROLL.

21

22  **CELIA ZAVALA, E.O.:** ITEM 5 IS BEFORE YOU, SUPERVISOR MITCHELL.

23

24  **SUP. MITCHELL:** AYE.

25

# EXHIBIT 57



# THE MEETING TRANSCRIPT OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1         **THE LOS ANGELES COUNTY BOARD OF SUPERVISORS**

2            **TUESDAY, MAY 18, 2021, 9:30 AM**

3

4

5  **SUP. SOLIS, CHAIR:** GOOD MORNING, EVERYONE. I WOULD LIKE TO

6  WELCOME YOU TO THE REGULARLY SCHEDULED MEETING OF THE LOS

7  ANGELES COUNTY BOARD OF SUPERVISORS. TODAY IS TUESDAY, MAY

8  18TH, 2021. OUR MEETING TODAY IS BEING HELD REMOTELY DUE TO

9  THE CURRENT PUBLIC HEALTH CRISIS TO PROTECT THE HEALTH OF ALL.

10  I WILL NOW TAKE ROLL CALL TO CONFIRM ATTENDANCE. PLEASE UNMUTE

11  YOUR MIC AND RESPOND WHEN YOUR NAME IS CALLED. SUPERVISOR

12  MITCHELL.

13

14  **SUP. MITCHELL:** PRESENT.

15

16  **SUP. SOLIS, CHAIR:** GREAT. SUPERVISOR KUEHL.

17

18  **SUP. KUEHL:** HERE.

19

20  **SUP. SOLIS, CHAIR:** SUPERVISOR HAHN.

21

22  **SUP. HAHN:** HERE.

23

24  **SUP. SOLIS, CHAIR:** SUPERVISOR BARGER.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. BARGER:** HERE.

2

3    **SUP. SOLIS, CHAIR:** FESIA DAVENPORT, CHIEF EXECUTIVE OFFICER.

4

5    **FESIA DAVENPORT, C.E.O.:** PRESENT.

6

7    **SUP. SOLIS, CHAIR:** RODRIGO CASTRO-SILVA, COUNTY COUNSEL.

8

9    **ATTORNEY:** HERE.

10

11   **SUP. SOLIS, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER OF THE

12   BOARD.

13

14   **CELIA ZAVALA, E.O.:** HERE.

15

16   **SUP. SOLIS, CHAIR:** AS INDICATED ON THE POSTED AGENDA, WE WILL

17   BE TAKING TELEPHONIC PUBLIC COMMENTS SEPARATELY FOR REGULAR

18   AGENDA ITEMS AND PUBLIC HEARING ITEMS DURING TODAY'S MEETING.

19   THE EXECUTIVE OFFICE OF THE BOARD RECEIVED OVER 2,100 WRITTEN

20   PUBLIC COMMENTS FOR TODAY'S MEETING. AND AS THOSE WRITTEN

21   COMMENTS WERE RECEIVED, ALL OF THEM WERE AVAILABLE TO THE

22   SUPERVISORS FOR THEIR CONSIDERATION CONSIST WITH THE BROWN ACT

23   REQUIREMENTS. WE WILL CONTINUE TO RECEIVE WRITTEN PUBLIC

24   COMMENTS THROUGHOUT THE MEETING WHICH WILL BECOME PART OF THE



# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  OFFICIAL RECORD. MADAM EXECUTIVE OFFICER, PLEASE CALL THE

2  AGENDA.

3

4  **CELIA ZAVALA, E.O.:** GOOD MORNING, MADAM CHAIR AND MEMBERS OF

5  THE BOARD. TODAY'S AGENDA WILL BEGIN ON PAGE 2, SET MATTER AT

6  11:00A.M. ITEM S1 IS A DISCUSSION OF THE PUBLIC HEALTH ORDER

7  RELATED TO COVID-19. THIS ITEM WILL BE HELD FOR DISCUSSION. ON

8  PAGE 3, SPECIAL DISTRICT AGENDA, THIS IS THE AGENDA FOR THE

9  LOS ANGELES COUNTY DEVELOPMENT AUTHORITY. ITEM 1D IS A

10 RECOMMENDATION TO ADOPT A RESOLUTION AUTHORIZING THE ISSUANCE

11 OF A TAX EXEMPT AND TAXABLE MULTIFAMILY HOUSING REVENUE BOND

12 BY THE LOS ANGELES COUNTY DEVELOPMENT AUTHORITY IN AN

13 AGGREGATE  PRINCIPAL AMOUNT NOT TO EXCEED $22 MILLION IN

14 TAXABLE EXEMPT BONDS AND $12 MILLION IN TAXABLE BONDS TO

15 FINANCE THE ACQUISITION AND CONSTRUCTION OF A 78 UNIT NEW

16 CONSTRUCTION SUPPORTIVE HOUSING PROJECT LOCATED IN

17 UNINCORPORATED EAST LOS ANGELES. ITEM 2D IS A RECOMMENDATION

18 TO ADOPT A RESOLUTION AUTHORIZING THE ISSUANCE OF A TAX EXEMPT

19 MULTIFAMILY HOUSING REVENUE BOND BY THE LOS ANGELES COUNTY

20 DEVELOPMENT AUTHORITY IN AN AGGREGATE PRINCIPAL AMOUNT NOT TO

21 EXCEED $8,090,000 TO FINANCE THE SITE ACQUISITION AND

22 REHABILITATION OF A 38 UNIT DEVELOPMENT LOCATED IN THE CITY OF

23 AVALON AND CATALINA ISLAND. ON PAGE FOUR, THIS IS THE AGENDA

24 FOR THE REGIONAL PARK AND OPEN SPACE DISTRICT. ON ITEM 1P,

25 THIS IS AN ADDITION AS  INDICATED ON THE SUPPLEMENTAL AGENDA.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  ON PAGE FIVE, PUBLIC HEARINGS ONE THROUGH SIX. ON ITEM 4,

2  SUPERVISOR MITCHELL REQUESTS THIS ITEM BE CONTINUED TO JUNE

3  22, 2021, AS INDICATED ON THE SUPPLEMENTAL AGENDA. THE

4  REMAINING ITEMS WILL BE HELD FOR HEARING. ON PAGE EIGHT,

5  CONSENT CALENDAR, BOARD OF SUPERVISORS ITEMS 7-38. ON ITEM 9,

6  THIS INCLUDES A REVISION AS INDICATED ON THE SUPPLEMENTAL

7  AGENDA. ON ITEM 12, THIS INCLUDES A REVISION AS INDICATED ON

8  THE SUPPLEMENTAL AGENDA. ON ITEM 13, SUPERVISOR SOLIS REQUESTS

9  THAT THIS ITEM BE HELD. THIS INCLUDES A REVISION AS INDICATED

10  ON THE SUPPLEMENTAL AGENDA. ON ITEM 14, THIS INDICATES A

11  REVISION AS INDICATED ON THE SUPPLEMENTAL AGENDA. ITEM 15,

12  SUPERVISOR SOLIS REQUESTS THAT THIS ITEM BE HELD. ON ITEM 20,

13  SUPERVISOR BARGER REQUESTS TO BE RECORDED AS A NO VOTE. ON

14  ITEM 26, SUPERVISOR KUEHL REQUESTS THAT THIS ITEM BE HELD. ON

15  ITEM 28, SUPERVISOR HAHN REQUESTS THAT THIS ITEM BE HELD. ON

16  PAGE 32, ADMINISTRATIVE MATTERS, ITEMS 39-59. ON ITEM 39, THE

17  CHIEF EXECUTIVE OFFICER REQUESTS THIS ITEM BE CONTINUED TO

18  JULY 27, 2021 AS INDICATED ON THE POSTED AGENDA. ON ITEM 40,

19  THE CHIEF EXECUTIVE OFFICER REQUESTS THIS ITEM BE CONTINUED TO

20  JUNE 8TH, 2021. ON ITEM 44, THE DIRECTOR OF HEALTH SERVICES

21  REQUESTS THIS ITEM BE CONTINUED TO JUNE 22, 2021 AS INDICATED

22  ON THE POSTED AGENDA. ON ITEM 45, THE DIRECTOR OF MENTAL

23  HEALTH REQUESTS THAT THIS ITEM BE CONTINUED TO JUNE 8TH,  2021

24  AS INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEM 50, THE

25  INSPECTOR GENERAL REQUESTS THIS ITEM BE CONTINUED TO JUNE 8TH,



**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   2020 AS INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEM 51,

2   SUPERVISOR MITCHELL REQUESTS THIS ITEM BE CONTINUED TO JUNE

3   8TH, 2021 AS INDICATED ON THE POSTED AGENDA. ON PAGE 44, THIS

4   INCLUDES MISCELLANEOUS ADDITIONS TO THE AGENDA THAT WERE

5   POSTED MORE THAN 72 HOURS IN ADVANCE OF THE MEETING AS

6   INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEM 57C, SUPERVISOR

7   BARGER REQUESTED TO BE RECORDED AS A NO VOTE. ON ITEM 57D,

8   SUPERVISOR KUEHL REQUESTS THIS ITEM BE HELD. ON ITEM 57E,

9   SUPERVISOR HAHN REQUESTS THAT THIS ITEM BE HELD. THE REQUESTS

10  FOR CONTINUANCES THROUGH 57H ARE BEFORE YOU.

11

12  **SUP. SOLIS, CHAIR:** SUCH WILL BE THE ORDER, MOVED BY MYSELF AND

13  SECONDED BY SUPERVISOR MITCHELL.

14

15  **CELIA ZAVALA, E.O.:** ON PAGE 45, ORDINANCE FOR INTRODUCTION. ON

16  PAGE 46, SEPARATE MATTERS. ITEM 61 IS A RECOMMENDATION TO

17  ADOPT A RESOLUTION AUTHORIZING THE ISSUANCE AND SALE OF THE

18  '21-'22 TAX AND REVENUE ANTICIPATED NOTES IN AN  AGGREGATE

19  PRINCIPAL AMOUNT NOT TO EXCEED $1 BILLION. ON PAGE 47,

20  NOTICES OF CLOSED SESSION. THAT COMPLETES THE READING OF THE

21  AGENDA, MADAM CHAIR.

22

23  **SUP. SOLIS, CHAIR:** THANK YOU, VERY MUCH. NOW, AT THIS TIME, IT

24  IS APPROPRIATE TO HEAR FROM SHERIFF VILLANUEVA, WHO HAS

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   REQUESTED TO ADDRESS THE BOARD ON ITEMS 13 AND 19. SHERIFF

2   VILLANUEVA, YOU WILL HAVE 3 MINUTES, PLEASE BEGIN.

3

4   **SHERIFF VILLANUEVA:** WOW, AGAIN, THAT IS VERY GENEROUS OF YOU,

5   SUPERVISOR SOLIS. FIRST, ON ITEM 13, I SHOULD NOTE THE

6   LANGUAGE OF THIS, EVEN ON THE INTRODUCTION ABOUT THE

7   DISPROPORTIONATE IMPACT OF INCARCERATION ON PEOPLE OF COLOR, I

8   THINK THERE IS A DISPROPORTIONATE IMPACT ON VIOLENCE -- IT

9   DISPROPORTIONATELY IMPACTS PEOPLE OF COLOR. AND THAT'S A

10  REFLECTION OF THE CURRENT POPULATION BEING INCARCERATED AT

11  THIS TIME. AND YOU APPOINTED TWO AUDITS ALREADY PERFORMED BY

12  THE AUDITOR CONTROLLER REGARDING EXPENDITURE INMATE WELFARE

13  FUNDS, AND YOU ARE ALSO QUESTIONING THE FACT THAT I APPOINTED

14  THE INMATE WELFARE FUNDS. WELL, I'LL -- IF YOU WANT, I WOULD

15  BE MORE THAN HAPPY TO SHARE THE APPOINTMENTS OF INDIVIDUALS TO

16  REPRESENT THE COMMUNITY AND INMATE WELFARE FUND IF YOU TURN

17  AROUND AND SHARE THAT COMMITMENT TO APPOINT PEOPLE FOR THE

18  CIVILIAN OVERSIGHT COMMISSION. I THINK WHAT IS FAIR IS FAIR.

19  CORRECT? AND YOU ARE MAKING A LOT OF REFERENCES ABOUT HOW OUR

20  EXPENDITURES ON THE INMATE WELFARE FUND, HOW IT COMPARES TO

21  OTHER CITIES OR OTHER SYSTEMS, OTHER STATES EVEN,  BUT I DON'T

22  THINK THESE OTHER INSTITUTIONS ARE BEING DEFUNDED BY THEIR

23  OVERSEEING OR THEIR GOVERNING BODY, BE IT THE BOARD OF

24  SUPERVISORS OR A STATE. YOU ARE ACTIVELY DEFUNDING THE COUNTY

25  JAIL SYSTEM AND STARVING IT OF THE FUNDS NECESSARY TO PROVIDE

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    THE PROGRAMMING, AND AS A RESULT OF THAT, WE ARE STUCK BETWEEN

2    A ROCK AND A HARD PLACE WITH PROVIDING PROGRAMMING WITH A

3    DIMINISHING AMOUNT OF RESOURCE TO PROVIDE THE PROGRAMMING AND

4    THE UPKEEP OF FACILITIES THEMSELVES. DEFUNDING HAS A COST, AND

5    UNFORTUNATELY, THE INMATE POPULATION IS PAYING THE COST OF

6    YOUR DEFUNDING EFFORTS. AND THAT'S GOT TO STOP. WE HAVE AN

7    OBLIGATION TO PROVIDE PROGRAMMING  TO THE INMATE POPULATION.

8    AND THAT'S TO ALL THE PEOPLE WHO WILL NOT BE DIVERTED,  WILL

9    NOT BE RELEASED. THEY ARE IN OUR CARE AND CONTROL, AND WE HAVE

10   AN OBLIGATION TO PROVIDE THOSE REHABILITATIVE SERVICES, AND WE

11   CANNOT BECAUSE YOU ARE DEFUNDING THE OPERATION. IT'S PLAIN AND

12   SIMPLE. ITEM NUMBER 19, WE AGREE ENTIRELY, AND ACTUALLY WE

13   APPRECIATE THE FACT THAT YOU ARE VOLUNTEERING TO ASSIST US

14   WITH A COMPLIANCE WITH THE NEW VERSION OF S.B.1421. OUR ONLY

15   RESERVATION IS THE FACT THAT THE INSPECTOR GENERAL CANNOT BE

16   PART OF THE PROCESS BECAUSE ONCE HE IS PART OF THE PROCESS, HE

17   CAN NO LONGER BE A MONITOR OR ATTEMPT TO EVALUATE WHAT HE IS

18   DOING BECAUSE HE BECOMES PART OF THE PROCESS. YOU CAN'T

19   EVALUATE YOURSELF. SO THAT IS JUST A LEGAL OBSERVATION. AND

20   OTHER THAN THAT, WE'D BE MORE THAN HAPPY TO DO AN AUDIT OF

21   EVERYTHING. IN FACT, LET'S AUDIT MEASURE J. LET'S AUDIT

22   MEASURE H AND ALL OF THE OTHER COUNTY PROGRAMS THAT IMPACT IN

23   ONE WAY OR ANOTHER THE INMATE POPULATION HOMELESS SITUATION,

24   WHICH IS BEGGING FOR ATTENTION. THANK YOU.

25



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   **SUP. SOLIS, CHAIR:** THANK YOU, SHERIFF. WE WILL NOW TAKE PUBLIC

2   COMMENTS FOR ALL AGENDA ITEMS, EXCLUDING PUBLIC HEARING ITEMS

3   1-6. MADAM EXECUTIVE OFFICER, WILL YOU READ IN THE CALL IN

4   INFORMATION THAT WAS ALSO PROVIDED ON THE AGENDA AND EXPLAIN

5   THE SPEAKING RULES TO THOSE MEMBERS OF THE PUBLIC WHO ARE

6   CALLING IN TO ADDRESS THE BOARD.

7

8   **CELIA ZAVALA, E.O.:** THANK YOU, MADAM CHAIR. AS INDICATED ON

9   THE AGENDA, MEMBERS OF THE PUBLIC WISHING TO OFFER PUBLIC

10  COMMENT SHOULD CALL 877-226-8163 AND USE PARTICIPANT CODE

11  NUMBER 852761. TO REPEAT, PLEASE CALL 877-226-8163 AND USE

12  PARTICIPANT CODE NUMBER 852761. DO NOT CALL THAT NUMBER IF YOU

13  ONLY WANT TO LISTEN TO THE MEETING. TO LISTEN ONLY, PLEASE

14  CALL 877-873-8017 AND FOLLOW THE INSTRUCTIONS. TO MEMBERS OF

15  THE PUBLIC CALLING IN, WHEN IT IS YOUR TURN TO SPEAK, PLEASE

16  STATE YOUR NAME AND WHICH AGENDA ITEMS YOU WISH TO SPEAK ON.

17  YOU WILL HAVE ONE MINUTE TO SPEAK ON ONE AGENDA ITEM OR TWO

18  MINUTES TO SPEAK ON TWO OR MORE AGENDA ITEMS. IN ADDITION,

19  THOSE WHO WOULD LIKE TO ADDRESS THE BOARD WITH GENERAL PUBLIC

20  COMMENT WILL BE PROVIDED ONE ADDITIONAL MINUTE FOR A MAXIMUM

21  TOTAL UP TO 3 MINUTES PER PERSON FOR ALL AGENDA ITEMS,

22  INCLUDING GENERAL PUBLIC COMMENT. WE WILL ALLOCATE UP TO 60

23  MINUTES FOR PUBLIC COMMENT ON ALL OF THE ITEMS, EXCLUDING THE

24  PUBLIC HEARING ITEMS. IF THERE ARE NO SPEAKERS WAITING BEFORE

25  60 MINUTES HAVE LAPSED, WE WILL CLOSE PUBLIC COMMENT. WE WILL

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  OUNCE BAG OF INSTANT COFFEE IS $7.47, BUT THE COST TO THE

2  SHERIFF'S DEPARTMENT IS $3.51, WHICH IS A 47% MARK UP. THE

3  SALE OF A PACKET OF BEEF RAMEN IS $1.15, BUT THE COST TO THE

4  SHERIFF'S DEPARTMENT IS 55 CENTS IN ADDITION, WHICH IS ABOUT A

5  48% MARK UP. HYGIENE ITEMS ARE ALSO SIGNIFICANTLY MARKED UP

6  SUCH AS A SALE PRICE OF A BAR OF IRISH SPRING SOAP, WHICH

7  RETAILS FOR $1.45, BUT THE COST TO THE SHERIFF'S DEPARTMENT IS

8  AN ADDITIONAL 68 CENTS, WHICH IS A 47% MARK UP. AND THEN

9  LASTLY, THE SALE PRICE OF A FRESH MINT TOOTHPASTE IS $2.16,

10 BUT THE COST TO THE SHERIFF'S DEPARTMENT IS $1.02, WHICH IS A

11 47% MARK UP. AND SO I ASK, WHAT HAPPENS TO THE REVENUE AND THE

12 PROFITS. THE CONTRACT PROVIDES FOR AN ANNUAL GUARANTEE OF 15

13 MILLION IN THE INMATE WELFARE FUND AND ABOUT 59,000 INTO THE

14 JUVENILE INSTITUTION SERVICES BUDGET. THESE FUNDS ARE THEN

15 SUPPOSED TO BE USED FOR THE BENEFIT, EDUCATION, AND WELFARE OF

16 THE INMATES CONFINED WITHIN THE JAIL, AND STATE LAW ALLOWS

17 THAT THE REMAINDER CAN GO TOWARD THE MAINTENANCE OF THE

18 FACILITIES, BUT THERE ARE SOME CONCERNS, HOWEVER, BASED ON TWO

19 RECENT AUDITS BY THE AUDITOR CONTROLLER ON THE INMATE WELFARE

20 FUND, WHICH IDENTIFY THE LACK OF KEY PERFORMANCE INDICATORS TO

21 EVALUATE THE EFFECTIVENESS OF THESE PROGRAMS. THE SHERIFF'S

22 DEPARTMENT MADE BE SUPPLANTING JAIL MAINTENANCE EXPENDITURES

23 WITH I.W.F. REVENUES THAT SHOULD BE FUNDED THROUGH THE NORMAL

24 BUDGETING PROCESS. AND THAT DESPITE THE DEPARTMENT HAVING A

25 LARGE I.F.W. BALANCE, THE SHERIFF IS SPENDING A LOWER



THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  PERCENTAGE OF THEIR I.F.W. REVENUE ON PROGRAMS FOR PEOPLE WHO

2  ARE INCARCERATED COMPARED TO OTHER NEIGHBORING COUNTIES. THE

3  AUDIT ALSO STATES THAT THE SHERIFF HAS NOT ASSESSED WHETHER

4  THE MARK UP FEES AND RATES ARE REASONABLE AND APPROPRIATE. I

5  KNOW WE HAVE A LOT AHEAD OF US IN TERMS OF THIS RECOVERY, BUT

6  I AM ALSO PROUD OF THE WORK OUR BOARD AND OUR COUNTY HAVE DONE

7  TO PROVIDE RELIEF IN SUPPORTIVE SERVICES FOR OUR FAMILIES TO

8  GET BACK ON THEIR FEET. THAT SAME SENTIMENT IN MY OPINION

9  SHOULD BE ACCORDED TO THOSE WHO HAVE BEEN IMPACTED BY

10  INCARCERATION. AS SAN FRANCISCO AND SAN DIEGO HAVE DONE, WE

11  SHOULD EXPLORE OPTIONS TO PROVIDE NO COST PHONE CALLS. AND

12  SIMILARLY, WE SHOULD FIGURE OUT A WAY TO END THE PRICE MARK

13  UPS ON COMMISSARY ITEMS ON FOOD AND HYGIENE PRODUCTS. LASTLY,

14  WE NEED PROPER OVERSIGHT ON HOW THE REVENUE IS USED AND

15  WHETHER IT'S USE IS IN COMPLIANCE  WITH THE LAW. COMMUNICATION

16  WITH FAMILIES AND FRIENDS IS NOT ONLY VITAL FOR A PERSON WHO

17  IS INCARCERATED, BUT IT IS BEEN SHOWN THAT IT PROVIDES A MAJOR

18  CONNECTION AND A LARGE ROLE IN HELPING IN SOMEONE'S SUCCESS

19  UPON RELEASE AND REENTRY. AND THE IDEA OF PROFITING OFF OF

20  FAMILIES WHO MAY STILL BE STRUGGLING IS NOT FAIR IN MY OPINION

21  OR EQUITABLE, AND WE NEED TO CHANGE THAT. COLLEAGUES, THAT'S

22  WHY I BRING THIS MOTION BEFORE YOU AND ASK FOR YOUR SUPPORT ON

23  THIS ITEM. MEMBERS, I SEE THAT SUPERVISOR MITCHELL WOULD LIKE

24  TO BE RECOGNIZED AS WELL AS SUPERVISOR HAHN. SO SUPERVISOR

25  MITCHELL, PLEASE.

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    FUNDS BEYOND THE DIRECT BENEFIT OF THE INMATE, BUT THERE WERE

2    TOO MANY EXAMPLES WHERE WE SAW INMATE WELFARE FUNDS BEING USED

3    TO PAY OVERTIME. I AM CERTAINLY HOPING THAT IS NOT THE

4    EXPERIENCE HERE IN L.A. COUNTY, BUT MY POINT IS, THIS IS

5    REALLY A PART OF A NATIONAL TREND OF IMPROVED SERVICES BASED

6    ON RESEARCH. THE FACT THAT WE'VE GOT TWO NEIGHBORING COUNTIES

7    THAT HAVE ELIMINATED THE PRICE FOR CALLS, THE FACT THAT EVEN

8    WITH THE ADVANTAGE OF BULK PURCHASING THAT COMMISSARY PRICES

9    ARE STILL IN EXCESS OF A 60 TO 70% MARK UP IS OFFENSIVE. AND I

10   THINK THAT MOST PEOPLE QUITE FRANKLY WHO AREN'T TOUCHED BY THE

11   SYSTEM HAVE NO IDEA THAT IN COUNTY JAIL YOU HAVE TO BUY YOUR

12   OWN BASIC TOILETRIES, AS YOU SAID, MADAM CHAIR, TOOTHPASTE AND

13   DEODORANT. THESE ARE BASIC NECESSITIES THAT ANYONE NEEDS TO

14   TAKE CARE OF THEMSELVES, AND THE FACT THAT IT IS A 70% MARK UP

15   IN A SITUATION WHERE YOU HAVE TO LIVE BY THE AMOUNT OF MONEY

16   THAT YOUR FAMILY MEMBERS PUT ON YOUR BOOKS BECAUSE YOU CAN'T

17   WORK IN COUNTY JAIL IS FURTHER OFFENSE. AGAIN, I WANT TO

18   APPLAUD YOU FOR BRINGING THIS BILL FORWARD. I THINK I WOULD

19   FURTHER TAKE A QUICK MOMENT TO ACKNOWLEDGE SOME THE COMMENTS

20   MADE BY THE SHERIFF IN HIS BRIEF TIME WITH US THIS MORNING AND

21   TO ONCE AGAIN, ACKNOWLEDGE THAT MEASURES J WAS A VOTE OF THE

22   PEOPLE. AND CONTRARY TO THE SHERIFF'S COMMENTS, WE DON'T GET

23   TO SHARE APPOINTMENTS OR NEGOTIATE WITH HIM AND SWAP APPOINTED

24   AUTHORITY.  MEASURE J WAS A VOTE OF THE PEOPLE, AND IT CAN

25   ONLY BE CHANGED BY THE VOTE OF THE PEOPLE. AND THEY, THROUGH

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    STAY IN COMMUNICATION WITH THEIR FRIENDS, AND IT SHOULDN'T BE

2    BASED ON THEIR FINANCIAL SITUATION. SO THANK YOU FOR THIS

3    MOTION, SUPERVISOR SOLIS, AND I AM GOING TO SUPPORT IT. AND I

4    REALLY AM INTERESTED IN THE REPORT BACK ON HOW WE MAKE THIS

5    WORK. THANK YOU.

6

7    **SUP. SOLIS, CHAIR:** GREAT, THANK YOU SO MUCH FOR YOUR COMMENTS.

8    I AM SURE WE WILL TAKE THAT INTO CONSIDERATION. THANK YOU. NOW

9    SUPERVISOR SHEILA KUEHL.

10

11   **SUP. KUEHL:** THANK YOU VERY MUCH, MADAM CHAIR. I WANTED TO ASK

12   THE C.E.O. AND THE COUNTY COUNSEL SHOULD THIS MOTION PASS,

13   WHICH IT SEEMS FROM THE SUPPORT THAT'S BEEN EXPRESSED SO FAR

14   TO WHICH I ADD MY OWN THAT IT MIGHT, IN TERMS OF THE QUESTION

15   WHETHER WE CAN USE THE BUDGET PROCESS TO MAKE THESE

16   ADJUSTMENTS, ENTER INTO THE CONTRACT OURSELVES  THROUGH THE

17   COUNTY NOT THE SHERIFF, DIRECT A PORTION OF THE BUDGET TO PAY

18   FOR THESE CALLS, WHICH COULD BE PART OF THE SHERIFF'S BUDGET

19   BUT ALLOCATED SPECIFICALLY  FOR THAT AND NOTHING ELSE, YOU

20   KNOW, TAKE A FEW SERIOUS STEPS TO MAKE THIS HAPPEN. I

21   UNDERSTAND THAT IT IS A REPORT BACK, BUT AS PART OF THE REPORT

22   BACK, I WANT TO UNDERSTAND THAT. I ALSO WANT TO UNDERSTAND OUR

23   AUTHORITY, IF ANY, OVER THE INMATE WELFARE FUND, AND IF WE CAN

24   ASSERT ADDITIONAL AUTHORITY OVER IT. THE FLAGRANT MISUSE OF

25   AND  THE ABUSE OF OUR INMATES AND OUR INMATE'S FAMILIES, AND I

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THINK, SUPERVISOR SOLIS, SOME OF THE FIGURES THAT YOU CITED

2   WHERE COFFEE THAT COSTS THE SHERIFF $3.50 WAS -- THE GOING

3   RATE WAS $7 THAT'S 100% MARK UP. SO I AM NOT CLEAR ABOUT

4   WHETHER IT IS ONLY 47%, WHICH IS OUTRAGEOUS ENOUGH. AND YOU

5   KNOW IT IS LIKE AN ADDITIONAL PUNISHMENT. IT IS KIND OF LIKE

6   IF YOU ARE A CUSTODIAL PARENT AND YOU GO TO JAIL AND YOUR

7   CHILDREN ARE REMOVED, IT ISN'T SOMETHING YOU WERE SENTENCED

8   TO. IT IS SOMETHING THAT IS ADDED TO YOUR SENTENCE BY A WHOLE

9   DIFFERENT PROCESS. AND I THINK THIS KIND OF ABUSE OF INMATES

10  AND THEIR FAMILIES IS REALLY KIND OF THE SAME. IT IS IN

11  ADDITION TO WHAT THE COURT HAS SENTENCED THEM TO SERVE. WE

12  TALKED ABOUT THE SAME THING IN TERMS OF THE ADDITION OF HAVING

13  TO PAY INTEREST ON FINES AND ALL KINDS OF WAYS THAT THE MONEY

14  ADDS UP. SO I AM VERY SUPPORTIVE OF HAVING THE MOST ROBUST

15  REPORT BACK AND WHETHER THERE'S SOME WAY IN WHICH, IN ADDITION

16  TO OTHER RECOMMENDATIONS, THE BUDGETING PROCESS ITSELF MIGHT

17  BE USED. SO THANK YOU VERY MUCH, MADAM CHAIR.

18

19  **SUP. SOLIS, CHAIR:** THANK YOU. I APPRECIATE THE INPUT. I KNOW

20  THE C.E.O. AND COUNTY COUNSEL ARE LISTENING, SO I'M SURE WE

21  CAN INCORPORATE THAT IN THE REPORT BACK AND ANY OTHER

22  SUGGESTIONS THAT WERE MADE BY SUPERVISOR HAHN AND MITCHELL. I

23  THINK ALL OF THEM ARE VERY NOTEWORTHY, AND I TOTALLY AGREE AND

24  ACCEPT THAT. SO, WITHOUT FURTHER ADO, AND HEARING NO OTHER

25  COMMENTS, THIS ITEM, 13, IS BEFORE US. I WOULD LIKE TO MOVE

# EXHIBIT 58



# THE MEETING TRANSCRIPT OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1        **THE LOS ANGELES COUNTY BOARD OF SUPERVISORS**

2        **2021-22 RECOMMENDED BUDGET**

3        **WEDNESDAY, MAY 19, 2021, 9:30 AM**

4

5

6        **SUP. SOLIS, CHAIR:** GOOD MORNING, EVERYONE. WELCOME TO THE

7        SPECIAL BUDGET HEARING MEETING OF THE LOS ANGELES COUNTY BOARD

8        OF SUPERVISORS. TODAY IS WEDNESDAY, MAY 19TH, 2021. OUR

9        MEETING TODAY IS BEING HELD REMOTELY DUE TO THE CURRENT PUBLIC

10       HEALTH CRISIS TO PROTECT THE HEALTH OF ALL. I WILL NOW TAKE

11       ROLL CALL TO CONFIRM ATTENDANCE. PLEASE UNMUTE YOUR MIC AND

12       RESPOND WHEN YOUR NAME IS CALLED. SUPERVISOR MITCHELL?

13

14       **SUP. MITCHELL:** GOOD MORNING. PRESENT.

15

16       **SUP. SOLIS, CHAIR:** THANK YOU. SUPERVISOR KUEHL?

17

18       **SUP. KUEHL:** GOOD MORNING. PRESENT.

19

20       **SUP. SOLIS, CHAIR:** SUPERVISOR HAHN? SUPERVISOR BARGER?

21

22       **SUP. BARGER:** I'M HERE.

23

24       **SUP. SOLIS, CHAIR:** FESIA DAVENPORT, CHIEF EXECUTIVE OFFICER?

25

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **FESIA DAVENPORT, C.E.O.:** PRESENT.

2

3    **SUP. SOLIS, CHAIR:** RODRIGO CASTRO-SILVA, COUNTY COUNSEL?

4

5    **ATTORNEY:** HERE.

6

7    **SUP. SOLIS, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER OF THE

8    BOARD?

9

10   **CELIA ZAVALA, E.O.:** HERE.

11

12   **SUP. SOLIS, CHAIR:** AND I AM GOING TO CALL SUPERVISOR HAHN

13   AGAIN, BUT I UNDERSTAND WE MAY BE HAVING SOME ISSUES WITH

14   CONNECTIVITY. WE ARE WORKING ON THAT. SUPERVISOR HAHN? OKAY.

15   ALL RIGHT, THEN. TODAY WE WILL BEGIN WITH THE REPORT BY THE

16   CHIEF EXECUTIVE OFFICER, AND THEN WE WILL HEAR FROM BOARD

17   MEMBERS FOLLOWED BY DEPARTMENTAL SPEAKERS, AND THEN WE WILL

18   TAKE UP PUBLIC COMMENT. SUPERVISOR HAHN, YOU ARE PRESENT?

19   HELLO? I SEE HER NAME. MAYBE SHE IS HAVING TROUBLE WITH

20   COMMUNICATION. OKAY. ALL RIGHT. ITEM NUMBER ONE IS A REPORT,

21   AS YOU KNOW, BY THE CHIEF EXECUTIVE OFFICER, AND ITEM NUMBER

22   TWO IS PUBLIC HEARING. THESE ITEMS ARE RELATED AND, THEREFORE,

23   WILL BE TAKEN UP TOGETHER. SO LET US BEGIN BY HEARING FROM OUR

24   CHIEF EXECUTIVE OFFICER, FESIA DAVENPORT.

25



1    **FESIA DAVENPORT, C.E.O.:** GOOD MORNING, MADAM --

2

3    **SUP. SOLIS, CHAIR:** YES.

4

5    **FESIA DAVENPORT, C.E.O.:** GOOD MORNING, MADAM CHAIR, AND GOOD

6    MORNING, HONORABLE BOARD OF SUPERVISORS. THANK YOU FOR

7    ALLOWING ME TO PRESENT TODAY DURING TODAY'S PUBLIC HEARING. AS

8    YOU ALREADY KNOW, BUDGETS ARE ITERATIVE PROCESSES, AND THE

9    COUNTY'S BUDGET IS NO DIFFERENT. BY WAY OF A REMINDER, ON

10   APRIL 20TH, I PRESENTED TO YOU THE RECOMMENDED BUDGET WHICH

11   THE BOARD ADAPTED ON THAT DATE, AND THE RECOMMENDED BUDGET WAS

12   POSTED ONLINE ON THE COUNTY'S WEBSITE. TODAY IS DESIGNED TO

13   ALLOW THE BOARD TO RECEIVE PUBLIC INPUT ON THAT RECOMMENDED

14   BUDGET THAT WAS POSTED ONLINE LAST MONTH. NO BUDGET DECISIONS

15   WILL BE MADE TODAY OR ANY OTHER ACTIONS TAKEN ON THE BUDGET.

16   THOSE ITEMS WILL BE RESERVED FOR THE NEXT PHASE OF OUR BUDGET

17   CYCLE. THE NEXT PHASE OF OUR BUDGET PROCESS OCCURS ON JUNE

18   28TH, 2021, WHERE THE BOARD WILL HAVE THE OPPORTUNITY TO

19   DELIBERATE BEFORE TAKING ACTION TO ADOPT THE FINAL BUDGET.

20   AFTER THE FINAL BUDGET IS ADOPTED IN JUNE, THE THIRD AND FINAL

21   PART OF THE BUDGET PHASE WILL OCCUR ON OCTOBER 4TH, 2021, WHEN

22   MY OFFICE WILL SUBMIT ADDITIONAL RECOMMENDATIONS FOR WHAT WE

23   CALL THE SUPPLEMENTAL CHANGES BUDGET. I HAVE PREPARED A SHORT

24   PRESENTATION FOR THE BOARD TO REMIND US WHERE WE LEFT OFF

25   DURING THE RECOMMENDED BUDGET IN APRIL, AND I WOULD ALSO LIKE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1

2    **SUP. SOLIS, CHAIR:** THANK YOU VERY MUCH, MEMBERS OF THE BOARD.

3    AT THIS TIME, THEN WE WILL ENTERTAIN REQUESTS TO SPEAK FROM

4    SOME OF OUR COUNTY DEPARTMENT HEADS. SO, AT THIS TIME, WE WILL

5    HEAR FROM COUNTY DEPARTMENT HEADS WHO HAVE REQUESTED TO

6    ADDRESS THE BOARD. WE WILL BEGIN WITH SHERIFF VILLANUEVA AND

7    THEN ASSESSOR JEFFREY PRANG. THEY BOTH REQUESTED TO SPEAK. AND

8    SHERIFF VILLANUEVA, YOU HAVE THREE MINUTES. SO PLEASE BEGIN.

9

10   **SHERIFF VILLANUEVA:** WELL, THREE MINUTES TO DISCUSS A 3 AND A

11   HALF BILLION DOLLAR BUDGET IS KIND OF TOUGH, BUT I WILL DO MY

12   BEST. I CAN TELL YOU THIS THAT RIGHT NOW, I AM LOOKING AT YOUR

13   JUSTICE SYSTEM REFORM IS ACTUALLY A DEFUNDING EFFORT OF THE

14   SHERIFF'S DEPARTMENT. IT HAS BEEN DONE BY SECTION. SINCE I

15   HAVE TAKEN OFFICE, WE HAVE SUFFERED A LOSS OF $145 MILLION IN

16   THE CURRENT FISCAL YEAR. THIS NEW PROPOSED BUDGET FOR THE NEXT

17   FISCAL YEAR IS A CUT OF ANOTHER $143 MILLION TO OUR NET COUNTY

18   COSTS, AND WE ARE SEEING THE TRIAL COURT FUNDING ADJUSTMENT OF

19   $15 MILLION IS TAKEN AWAY. THE SALES TAX, $114 MILLION, TAKEN

20   AWAY, AND THE BOATING WATERS GRANT OF A MILLION TAKEN AWAY. SO

21   THAT'S $143 MILLION THAT'S TAKEN AWAY FROM OUR CURRENT

22   OPERATING BUDGET. AND THE PROBLEMS, THE EXISTENTIAL THREATS

23   THAT THE COUNTY IS FACING IN TERMS OF HOMELESSNESS IS NOT

24   GOING AWAY BY DEFUNDING LAW ENFORCEMENT. CRIME IS NOT GOING

25   AWAY BY DEFUNDING LAW ENFORCEMENT, IN FACT, I HAVE A 93

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  PERCENT INCREASE IN HOMICIDE, A 10 PERCENT INCREASE IN RAPE, A

2  15 PERCENT INCREASE IN AGGRAVATED ASSAULT, A 45 PERCENT

3  INCREASE GRAND THEFT AUTO, AN 18 PERCENT INCREASE IN ARSON. SO

4  WHAT YOUR SCHEME IS DOING IS, BY DEFUNDING US AND DISCREDITING

5  OUR OPERATIONS, YOU ARE DEGRADING THE CAPACITY OF THE

6  SHERIFF'S DEPARTMENT TO PREVENT CRIME, TO INVESTIGATE CRIME,

7  AND DETAIN THOSE WHO COMMIT CRIME AND HOLD THEM ACCOUNTABLE.

8  THAT IS NOT MAKING LIFE ANY EASIER . AND THESE ARE EXISTENTIAL

9  THREATS, RISING CRIME, THROUGHOUT THE COUNTY. HOMELESSNESS,

10 THE ENCROACHMENT OF THE ENCAMPMENTS AS IT INTERFACES WITH THE

11 COMMUNITY EVERYWHERE IS BECOMING AN EXISTENTIAL THREAT TO THE

12 COMMUNITY. THE FIRES GENERATED BY THESE HOMELESS ENCAMPMENTS

13 IS AN EXISTENTIAL THREAT TO THE COMMUNITY. ILLEGAL GROWS IN

14 THE HIGH DESERT, EXISTENTIAL THREAT. DISPENSARIES, THE ILLEGAL

15 ONES OUTNUMBER THE LEGAL ONES 50 TO 1 IN THE BASIN. NONE OF

16 THAT IS MENTIONED BY ANYONE HERE. AND I APPLAUD THE MONEY YOU

17 ARE THROWING AT THE HOMELESS SITUATIONS, HOWEVER, UNTIL YOU

18 DECIDE TO REGULATE AND RECLAIM PUBLIC SPACE, YOU ARE WASTING

19 YOUR TIME AND YOUR MONEY BECAUSE EVERY YEAR, I GUARANTEE YOU

20 WILL HAVE MORE HOMELESS THAN THE YEAR BEFORE. SO YOU'RE 232

21 UNIT VILLAGE THERE, SUPERVISOR SOLIS, AT THE COST OF $59

22 MILLION, WE CAN APPLAUD YOU, BUT ANOTHER 2,000 YEARS AT THAT

23 PACE, YOU MAY GET YOUR HANDLE AROUND THE HOMELESS SITUATION.

24 IT IS UNREALISTIC, AND YOU ARE DAMAGING PUBLIC SAFETY, AND WE

25 ARE GOING TO TAKE VERY AGGRESSIVE EFFORTS TO START WORKING ON

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  THE SITUATION WITH RISING CRIME, WITH ILLEGAL GROWS,

2  DISPENSARIES, AND ALSO HOW THE HOMELESSNESS IS IMPACTING THE

3  ENTIRE COUNTY OF L.A. THAT'S MY RESPONSIBILITY AND MY

4  OBLIGATION. I WILL SEND YOU THE BILL.

5

6  **SUP. SOLIS, CHAIR:** NEXT, WE WILL HEAR FROM ASSESSOR JEFFREY

7  PRANG. ASSESSOR, YOU HAVE THREE MINUTES. THANK YOU.

8

9  **JEFFREY PRANG:** THANK YOU VERY MUCH, HONORABLE CHAIR AND

10  SUPERVISORS. I APPRECIATE THE OPPORTUNITY TO VISIT WITH YOU

11  TODAY TO PRESENT MY BUDGET WORK PLAN FOR THE COMING YEAR. I

12  WOULD LIKE TO BEGIN BY THANKING THE BOARD AND THE C.E.O. FOR

13  YOUR ONGOING SUPPORT OF THE EFFORTS TO MEET THE CORE

14  OPERATIONAL NEEDS OF MY OFFICE AND FOR OUR OBJECTIVE  IN

15  MAKING THE PROPERTY TAX ADMINISTRATIVE SYSTEM MORE EFFICIENT

16  AND EQUITABLE, ALL WHILE CONTINUING TO PROVIDE HIGH QUALITY

17  PUBLIC SERVICE. WHILE COVID-19 DID PRESENT MANY CHALLENGES, WE

18  HAVE BEEN ABLE TO ADAPT AND MANAGE IN THIS DIFFICULT

19  ENVIRONMENT. INDEED, GIVEN THE OUTSTANDING COMMITMENT OF THE

20  STAFF OF THIS OFFICE OF THE ASSESSOR, I AM PLEASED TO REPORT

21  THAT WE ARE ON TARGET FOR COMPLETING OUR ASSESSMENT ROLL

22  PRODUCTION ON TIME. LAST WEEK, I TRANSMITTED THE ANNUAL

23  ASSESSMENT ROLL FORECAST ESTIMATE TO THE C.E.O. AND YOUR

24  BOARD, WHICH INCLUDES THE COMPLETION OF THE (INDISCERNIBLE)

25  STADIUM, WHICH IS VALUED AT APPROXIMATELY $3.5 BILLION. WE

# EXHIBIT 59



# The Meeting Transcript of
# The Los Angeles County
# Board of Supervisors

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1       **[REPORT OF ACTION TAKEN IN CLOSED SESSION ON**

2        **TUESDAY, JUNE 22, 2021 ON PAGE 265]**

3

4   **SUP. SOLIS, CHAIR:** WELL, GOOD MORNING, EVERYONE. I WANT TO

5   WELCOME YOU ALL TO THE REGULARLY SCHEDULED MEETING OF THE LOS

6   ANGELES COUNTY BOARD OF SUPERVISORS. TODAY, AS YOU KNOW, IS

7   TUESDAY JUNE 22ND, 2021. OUR MEETING TODAY IS BEING HELD

8   REMOTELY TO PROTECT THE HEALTH OF ALL. I WILL NOW TAKE ROLL

9   CALL TO CONFIRM ATTENDANCE. PLEASE UNMUTE YOUR MIC AND

10   RESPONSE. SUPERVISOR MITCHELL.

11

12   **SUP. MITCHELL:** PRESENT.

13

14   **SUP. SOLIS, CHAIR:** SUPERVISOR KUEHL.

15

16   **SUP. KUEHL:** HERE.

17

18   **SUP. SOLIS, CHAIR:** SUPERVISOR HAHN.

19

20   **SUP. HAHN:** PRESENT.

21

22   **SUP. SOLIS, CHAIR:** SUPERVISOR BARGER.

23

24   **SUP. BARGER:** HERE.

25

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. SOLIS, CHAIR:** FESIA DAVENPORT, CHIEF EXECUTIVE OFFICER.

2

3  **FESIA DAVENPORT, C.E.O.:** PRESENT.

4

5  **SUP. SOLIS, CHAIR:** RODRIGO CASTRO SILVA, COUNTY COUNSEL.

6

7  **ATTORNEY:** HERE.

8

9  **SUP. SOLIS, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER OF THE

10  BOARD.

11

12  **CELIA ZAVALA, E.O.:** HERE.

13

14  **SUP. SOLIS, CHAIR:** GREAT. AS INDICATED ON THE POSTED AGENDA,

15  WE WILL BE TAKING TELEPHONIC PUBLIC COMMENTS SEPARATELY FOR

16  REGULAR AGENDA ITEMS AND PUBLIC HEARING ITEMS DURING TODAY'S

17  MEETING. THE EXECUTIVE OFFICE OF THE BOARD RECEIVED OVER 3,800

18  WRITTEN PUBLIC COMMENTS FOR TODAY'S MEETING, AND AS THOSE

19  WRITTEN COMMENTS WERE RECEIVED, ALL OF THEM WERE AVAILABLE TO

20  THE SUPERVISORS FOR THEIR CONSIDERATION CONSISTENT WITH THE

21  BROWN ACT REQUIREMENTS. WE WILL CONTINUE TO RECEIVE WRITTEN

22  COMMENTS THROUGHOUT THE MEETING WHICH WILL BECOME PART OF THE

23  OFFICIAL RECORD. MADAM EXECUTIVE OFFICER, PLEASE CALL THE

24  AGENDA.

25

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **CELIA ZAVALA, E.O.:** THANK YOU, MADAM CHAIR. GOOD MORNING,

2  MADAM CHAIR AND MEMBERS OF THE BOARD. TODAY'S AGENDA WILL

3  BEGIN ON PAGE TWO SET MATTER 10:30A.M. ITEM S1 IS A DISCUSSION

4  OF THE PUBLIC HEALTH ORDER RELATED TO COVID-19. THIS ITEM WILL

5  BE HELD FOR DISCUSSION. ON PAGE THREE, SPECIAL DISTRICT

6  AGENDAS. THIS IS THE AGENDA FOR THE LOS ANGELES COUNTY

7  DEVELOPMENT AUTHORITY. ON ITEM 1D THIS INCLUDES A REVISION AS

8  INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEM 3D THIS IS IN

9  ADDITION TO THE -- AS INDICATED ON THE SUPPLEMENTAL AGENDA.

10  THIS ITEM RELATES TO ITEM 61F.  ON PAGE FIVE, THIS IS THE

11  AGENDA FOR THE REGIONAL PARK AND OPEN SPACE DISTRICT. ON PAGE

12  SIX, PUBLIC HEARINGS, ITEM ONE THROUGH SEVEN. ON ITEM SIX, THE

13  EXECUTIVE OFFICER OF THE BOARD REQUESTS THIS THIS ITEM BE

14  CONTINUED TO JULY 27TH, 2021 AS INDICATED ON THE SUPPLEMENTAL

15  AGENDA. ON ITEM 7, THIS ITEM IS CONTINUED TO JULY 27, 2021 TO

16  MEET LEGAL REQUIREMENTS AS INDICATED ON THE POSTED AGENDA. THE

17  REMAINING ITEMS WILL BE HELD FOR HEARING. ON PAGE NINE,

18  CONSENT CALENDAR, BOARD OF SUPERVISORS  ITEMS EIGHT THROUGH

19  36. ON ITEM NINE, SUPERVISOR KUEHL REQUESTS THAT THIS ITEM BE

20  HELD. ON ITEM 10, SUPERVISOR KUEHL REQUESTS THIS ITEM BE HELD.

21  ON ITEM 13, SUPERVISOR HAHN REQUESTS THIS ITEM BE HELD. ON

22  ITEM 14, THIS INCLUDES A REVISION, AS INDICATED ON THE

23  SUPPLEMENTAL AGENDA. ON ITEM 21, SUPERVISOR BARGER REQUESTS

24  THIS ITEM BE HELD. ON ITEM 22, SUPERVISOR SOLIS, SUPERVISOR

25  MITCHELL, AND SUPERVISOR KUEHL REQUEST TO BE RECORDED AS A NO

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    VOTE, THEREFORE, THIS MOTION FAILS TO CARRY FOR THE LACK OF

2    THREE VOTES.  ON ITEM 27, SUPERVISOR SOLIS REQUESTS THIS ITEM

3    BE HELD. THIS INCLUDES AN AMENDMENT BY SUPERVISOR MITCHELL, AS

4    INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEM 31, SUPERVISOR

5    SOLIS REQUESTS THAT THIS ITEM BE HELD. THIS INCLUDES A

6    REVISION, AS INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEMS

7    32, 33, AND 34, SUPERVISOR MITCHELL REQUESTS THESE ITEMS BE

8    HELD. ON ITEM 35, SUPERVISOR MITCHELL REQUESTS THIS ITEM BE

9    CONTINUED TO JULY 13TH, 2021. THIS INCLUDES A REVISION, AS

10   INDICATED ON THE SUPPLEMENTAL AGENDA. ON PAGE 40,

11   ADMINISTRATIVE MATTERS, ITEMS 37 THROUGH 63. ON ITEM 37, THE

12   CHIEF EXECUTIVE OFFICER REQUESTS THIS ITEM BE CONTINUED TO

13   AUGUST 10TH, 2021, AS INDICATED ON THE POSTED AGENDA. ON ITEM

14   44, THE DIRECTOR OF MENTAL HEALTH REQUESTS THAT THIS ITEM BE

15   REFERRED BACK TO THE DEPARTMENT, AS INDICATED ON THE POSTED

16   AGENDA. ON ITEM 50, THIS INCLUDES A REVISION AS INDICATED ON

17   THE SUPPLEMENTAL AGENDA. ON ITEM 55, SUPERVISOR MITCHELL

18   REQUESTS THAT THIS ITEM BE HELD. ON PAGE 54, THIS INCLUDES

19   MISCELLANEOUS ADDITIONS TO THE AGENDA, WHICH WERE POSTED MORE

20   THAN 72 HOURS IN ADVANCE OF THE MEETING, AS INDICATED ON THE

21   SUPPLEMENTAL AGENDA. ON ITEM 61A, SUPERVISOR HAHN REQUESTS

22   THAT THIS ITEM BE HELD. ON ITEM 61C, SUPERVISOR BARGER

23   REQUESTS THAT THIS ITEM BE HELD. ON ITEM 61D, SUPERVISORS

24   BARGER AND SOLIS WOULD LIKE TO REVISE THE LAST BULLET OF THE

25   FIRST DIRECTIVE TO A DETAILED DEFINITION OF WHAT SERVICES

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. SOLIS, CHAIR:** THANK YOU VERY MUCH. AT THIS TIME, WE WILL

2   NOW HEAR FROM SHERIFF VILLANUEVA, WHO REQUESTED TO ADDRESS THE

3   BOARD ON ITEM 27. SHERIFF, YOU HAVE THREE MINUTES. PLEASE

4   BEGIN. GOOD MORNING?

5

6   **LT. BLANCHARD:** GOOD MORNING, MADAM. THIS IS LIEUTENANT

7   BLANCHARD, THE EXECUTIVE AIDE FOR SHERIFF VILLANUEVA.  WE WERE

8   TOLD HE WAS GOING TO SPEAK AFTER PUBLIC COMMENT AT ABOUT

9   10:30.

10

11  **SUP. SOLIS, CHAIR:** HE WAS NOTIFIED, I BELIEVE, THAT THIS WAS

12  THE TIME HE WOULD BE RECOGNIZED.

13

14  **LT. BLANCHARD:** NO, MA'AM. WE WERE TOLD 10:30.

15

16  **SUP. SOLIS, CHAIR:** WELL, THIS IS THE TIME THAT WE HAVE THE SET

17  AGENDA FOR PUBLIC COMMENT, SO HE WOULD BE GOING OUT OF ORDER.

18  SO CAN YOU CALL HIM AND LET HIM KNOW THAT, IF HE WANTS TO COME

19  IN DURING THIS HOUR, HE CAN NOTIFY US, AND WE WILL LET HIM IN.

20  OKAY?

21

22  **LT. BLANCHARD:** YES, I WILL DO THAT MA'AM.

23

24  **SUP. SOLIS, CHAIR:** ALL RIGHT, I APPRECIATE THAT. THANK YOU. WE

25  WILL NOW TAKE PUBLIC COMMENTS FOR ALL AGENDA ITEMS, EXCLUDING

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2   **SUP. SOLIS, CHAIR:** I BELIEVE THE SHERIFF WANTED TO ADDRESS THE

3   BOARD. THIS IS A TIME WHERE HE CAN ADDRESS THE BOARD NOW

4   BECAUSE WE'VE CONCLUDED PUBLIC COMMENT.

5

6   **SHERIFF VILLANUEVA:** OKAY, THANK YOU, MADAM CHAIR, AND

7   REGARDING AGENDA ITEM NUMBER 27, I HAVE A COUPLE OF COMMENTS.

8   FIRST AND FOREMOST, IN YOUR INTRO TO THIS THING, YOU TALKED

9   ABOUT THIS 2020 CENSUS AND THE POPULATION OF BLACK AMERICANS

10  AND LATINOS IN THE COUNTY JAIL VIS A VIS THEIR POPULATION IN

11  L.A. COUNTY. WELL, I WILL TELL YOU THIS, THE POPULATION AND

12  THE DEMOGRAPHICS AND THE COUNTY JAIL ARE AN EXACT REFLECTION

13  OF THE SUSPECTS WHO COMMIT CRIME IN L.A. COUNTY. SO WHEN YOU

14  TALK ABOUT THE OPPRESSION, WELL, ACTUALLY, CRIMINAL OFFENDERS

15  DO OPPRESS MEMBERS OF THE COMMUNITY AND IT DISPROPORTIONATELY

16  IMPACTS VICTIMS OF CRIME WHO OVERWHELMINGLY ARE BLACK AND

17  LATINO. THEY COME FROM THOSE COMMUNITIES. SO THERE IS NO

18  TARGETING, SO TO SPEAK, THAT SOMEHOW IT DISPROPORTIONATELY

19  AFFECTS THEM BECAUSE OF RACE OR ETHNICITY. THAT IS A FALLACY,

20  AND IT IS A FAKE ARGUMENT. SO LET'S END THAT ONE RIGHT NOW.

21  NUMBER TWO, RELEASING 4500 INMATES ONTO THE STREETS IS NOT A

22  LEGAL OPTION HAD FOR THE COUNTY TO EMBARK IN AND TRYING TO

23  CRAM 12,500 INMATES INTO 8,500 BEDS IS NOT A LEGAL ARGUMENT

24  EITHER THAT CAN BE MADE. IT IS UNCONSTITUTIONAL AND GOVERNMENT

25  CODE SECTION 22-605 CLEARLY STATES THAT THE SHERIFF RUNS THE



**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  COUNTY JAIL, AND I HAVE FULL INTENTION TO CARRY OUT MY MANDATE

2  TO RUN THE COUNTY JAIL IN A CONSTITUTIONAL MANNER AND TO

3  SAFEGUARD THE SAFETY AND THE HEALTH OF EVERY SINGLE INMATE IN

4  THE COUNTY JAIL. YOUR PROPOSITION OF JUST CLOSING IT BECAUSE

5  YOU WANTS TO BECAUSE YOU WANT A CARE FIRST, WELL, YOU ARE ONLY

6  CARING ABOUT ACTUALLY THE PEOPLE INVOLVED IN CRIME. YOU'RE NOT

7  CARING ABOUT THE VICTIMS OF CRIME. YOU'RE NOT CARING ABOUT THE

8  COMMUNITIES THAT WILL BE IMPACTED BY A FLOOD OF VIOLENT

9  OFFENDERS BEING RELEASED INTO THE COMMUNITY. AND THAT -- I AM

10  NOT SURE HOW YOU ARE GOING TO SQUARE THAT AWAY WITH YOUR OWN

11  CONSTITUENTS IN YOUR DISTRICTS. RIGHT NOW, WE HAVE ROUGHLY

12  15,000 INMATES IN THE JAIL SYSTEM. I HAVE NOW, AND THIS IS

13  2021, I HAVE 5,960 VIOLENT CRIMES THAT HAVE BEEN COMMITTED.

14  THAT MEANS IT IS 5,960 VIOLENT FELONS THAT THE OVERWHELMING

15  MAJORITY OF THEM HAVE NOT BEEN ARRESTED YET. WHERE DO THEY GO

16  WHEN WE RELEASE AND REDUCE THE CAPACITY OF THE COUNTY JAIL? TO

17  THE CARE-FIRST VILLAGE? THAT IS NOT GOING TO WORK. I THINK WE

18  NEED TO BE REALISTIC. WE NEED TO THINK LONG-TERM, AND WE NEED

19  TO INCORPORATE THE VOICES OF VICTIMS OF CRIME, HONEST LAW-

20  ABIDING CITIZENS, AND TAXPAYERS TO END THE MADNESS ABOUT THIS

21  CARE FIRST IDEA THAT DOESN'T INVOLVE ANYBODY BUT CRIMINAL

22  OFFENDERS. THE REST OF THE COMMUNITY IS SUFFERING AT THE HANDS

23  OF THESE CRIMINAL OFFENDERS. WE NEED TO HOLD THEM ACCOUNTABLE,

24  AND WHERE WE CAN PROVIDE FOR REHABILITATION, BY ALL MEANS.

25  LET'S WORK  HARD TO INCREASE THE CAPACITY TO REHABILITATE, BUT



1   YOU ARE NOT DOING THAT. YOU ARE JUST TRYING TO ELIMINATE THE

2   CAPACITY TO HOLD PEOPLE ACCOUNTABLE, NOT ACCEPTABLE.

3

4   **SUP. SOLIS, CHAIR:** -- IS EXPIRED. MEMBERS, OUR TIME FOR PUBLIC

5   SPEAKERS HAS ENDED. THANK YOU ALL THAT CALLED IN TO SPEAK. IF

6   YOU WERE UNABLE TO PROVIDE YOUR COMMENTS, YOU MAY SUBMIT

7   WRITTEN COMMENTS AS INDICATED ON THE AGENDA. WE WILL CONTINUE

8   TO ACCEPT ALL WRITTEN COMMENTS THAT COME IN DURING THE

9   MEETING, WHICH WILL BECOME PART OF THE RECORD. MADAM EXECUTIVE

10  OFFICER, PLEASE INDICATE THE AGENDA ITEM NUMBERS ON WHICH WE

11  WILL BE VOTING.

12

13  **CELIA ZAVALA, E.O.:** THE FOLLOWING ITEMS ARE BEFORE YOU, 1D-3D,

14  1P, 8, 11, AND 12, 14-20, ON ITEM 22, THIS ITEM FAILS TO CARRY

15  FOR A LACK OF THREE VOTES, 23-26, 28-30, 36, 38-43, 45-49, 50-

16  54, 56-60, 61B, 61D AS REVISED, 61F-61I, 61J AS REVISED, 61K,

17  AND 64.

18

19  **SUP. SOLIS, CHAIR:** MOVED BY SUPERVISOR KUEHL AND SECONDED BY

20  SUPERVISOR HAHN TO APPROVE THESE ITEMS, MADAM EXECUTIVE

21  OFFICER PLEASE CALL THE ROLL.

22

23  **CELIA ZAVALA, E.O.:** SUPERVISOR MITCHELL?

24

25  **SUP. MITCHELL:** AYE.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    MONTHS? AS WAS STATED, YOU KNOW, I HEARD THE ESTIMATE IS 96

2    PERCENT OF THE INMATES CURRENTLY AT M.C.J. HAVE BEEN

3    INCARCERATED FOR A FELONY CRIME, WITH THE MAJORITY OF THOSE

4    HAVING COMMITTED A VIOLENT CRIME AGAINST AN INDIVIDUAL.

5    MEANWHILE, THE PERCENTAGE OF THESE INDIVIDUALS IS ESTIMATED TO

6    BE AROUND 50 PERCENT BEING MENTALLY ILL. THESE ARE INMATES

7    THAT NEED A SIGNIFICANT AMOUNT OF RESOURCES TO ENSURE THEY ARE

8    NOT A DANGER TO THEMSELVES OR TO OTHERS IN THE COMMUNITY.

9    ADDITIONALLY, THIS MOTION DOES NOT TAKE INTO ACCOUNT THE

10   IMMEDIATE AND DIRE NEED FOR  L.P.S. BEDS AS WELL AS BEDS FOR

11   HUNDREDS OF FELONY INCOMPETENT TO STAND TRIAL PATIENTS BEING

12   ADDED TO OUR SYSTEM BY THE STATE, SOMETHING THAT MY COLLEAGUES

13   HAVE EXPRESSED CONCERN ABOUT AS WELL. WE HAVE A CONSTITUTIONAL

14   DUTY TO PROVIDE SERVICES TO THOSE IN OUR JAIL. WE ARE

15   CURRENTLY IN A CONSENT DECREE WITH D.O.J. IN RESPONSE TO OUR

16   ABILITY TO CARE FOR THIS POPULATION. PROVISION 63 OF THE

17   SETTLEMENT AGREEMENT BETWEEN THE COUNTY AND THE DEPARTMENT OF

18   JUSTICE INSTRUCTS THE COUNTY AND THE SHERIFF TO MAINTAIN

19   ADEQUATE HIGH OBSERVATION HOUSING AND MODERATE  OBSERVATION

20   HOUSING SUFFICIENT TO MEET THE NEEDS OF THE JAIL POPULATION

21   WITH MENTAL ILLNESS AS ASSESSED BY THE COUNTY AND THE SHERIFF

22   ON AN ONGOING BASIS. THE UPCOMING DEPARTMENT OF JUSTICE REPORT

23   BACK NOT ONLY OUTLINES THE SPECIFIC NEEDS OF THE CURRENT

24   POPULATION, BUT WHERE WE AS A COUNTY ARE NON-COMPLIANT. THIS

25   REPORT BACK IS SCHEDULED  TO BE RELEASED IN THE SUMMER AND

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    THE DEPARTMENT. HAVING SAID THAT, I AM HAPPY TO ANSWER ANY

2    QUESTIONS ANYONE HAS.

3

4    **SUP. SOLIS, CHAIR:** SUPERVISOR MITCHELL.

5

6    **SUP. MITCHELL:** THANK YOU VERY MUCH, MR. HUNTSMAN AND MADAM

7    CHAIR. MR. HUNTSMAN, YOU PREVIOUSLY DESCRIBED WAYS IN WHICH

8    THE SHERIFF HAS FAILED TO COOPERATE WITH THE OFFICE. CAN YOU

9    PLEASE DESCRIBE -- AND TO COMPLY WITH LAWFUL ORDERS, FOR THAT

10   MATTER. CAN YOU PLEASE DESCRIBE WHAT, IF ANY, PROGRESS HAS

11   BEEN MADE IN THIS AREA? I REMAIN HOPEFUL.

12

13   **MAX HUNTSMAN, I.G.:** UNFORTUNATELY, THE ANSWER IS NONE. THE

14   LIST OF LAWFUL ORDERS THAT THE SHERIFF DISOBEYS GROWS LONGER

15   EVERY DAY. AND HIS MISUSE OF HIS CRIMINAL ENFORCEMENT DUTIES

16   TO TARGET ANYONE THAT QUESTIONS HIM HAS GROWN MORE BOLD SINCE

17   THE DEPARTMENT OF JUSTICE AT THE STATE LEVEL BEGAN ITS CIVIL

18   RIGHTS INVESTIGATION OF L.A.S.D.

19

20   **SUP. MITCHELL:** YOU ALMOST RENDERED ME SPEECHLESS. THAT IS VERY

21   TROUBLING TO HEAR. YOU'VE ALSO REPORTED THAT  THE SHERIFF'S

22   DEPARTMENT DOES NOT PERMIT THE MONITORING OF ITS

23   INVESTIGATIONS OF DEPUTY-INVOLVED SHOOTINGS AND DOES NOT

24   COMPLY WITH LAWFUL REQUESTS FOR DOCUMENTATION OF THESE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  UNDERSTAND THE EXPECTATION? HAVE YOU HEARD OF OTHER SUCH

2  FAILURE TO FOLLOW THE LAW?

3

4  **MAX HUNTSMAN, I.G.:** WELL, SUPERVISOR, THE LAW WE ARE TALKING

5  ABOUT, THE CLARIFICATION OF IT, WAS PASSED IN PART BECAUSE OF

6  SHERIFF VILLANUEVA. SO IT IS A NEW LAW CREATED ESPECIALLY FOR

7  HIM. AND SO, THERE'S NO OTHER PLACE WHERE IT HAS APPLIED IN

8  THE SAME WAY. I DON'T THINK IT IS A PRACTICE THAT EXISTED

9  PRIOR. AND SO, I THINK WE ARE FACING A UNIQUE PROBLEM HERE.

10  AND IT IS ALSO UNIQUE THE WAY THE SHERIFF HAS WEAPONIZED

11  CRIMINAL INVESTIGATION TO THREATEN PEOPLE WHO ARE RESPONSIBLE

12  FOR OVERSIGHT. SO I DON'T BELIEVE THERE'S ANY ANALOG ANYWHERE

13  IN CALIFORNIA OR IN THE COUNTRY.

14

15  **SUP. MITCHELL:** AND IF YOU COULD REMIND ME IF THERE'S ANY OTHER

16  COUNTY THAT HAS AN OFFICE OF INSPECTOR GENERAL THAT IS

17  PROVIDING THE SAME TYPE OF OVERSIGHT THAT YOU ARE OVER OUR

18  SHERIFF'S DEPARTMENT?

19

20  **MAX HUNTSMAN, I.G.:** NONE EXACTLY IDENTICAL. THERE CERTAINLY

21  ARE OTHER COUNTIES THAT HAVE INSPECTOR GENERALS. SACRAMENTO

22  HAD ONE UNTIL THEY WERE SHUT OUT FROM THE JAILS BY THE SHERIFF

23  THERE. THAT'S ANOTHER REASON WHY THAT LAW PASSED. AND DOWN IN

24  SAN DIEGO, THEY HAVE A VERY ROBUST [INDISCERNIBLE], A

25  CITIZENS' BOARD THAT OVERSEES, BUT THE INSPECTOR GENERAL

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. MITCHELL:** AND SO, FROM MY UNDERSTANDING THAT OUR SHERIFF

2  STATED THAT THESE ACTIONS WERE JUSTIFIABLE, AGAIN, VIOLATING

3  STATE LAW BASED ON WHAT YOU JUST SAID, TO PREVENT -- IS THE

4  TERM PRONOUNCED DOXING?

5

6  **MAX HUNTSMAN, I.G.:** DOXING. IT IS A MODERNIZATION OF A

7  REFERENCE TO THE TERM DOC, FOR DOCUMENTS.

8

9  **SUP. MITCHELL:** OKAY, SO IT WAS TO PREVENT -- SO THEN HE STATED

10 THAT IT WAS AN ACTION TAKEN TO PREVENT INDIVIDUALS FROM BEING

11 ABLE TO DOCUMENT THEIR INTERACTIONS WITH A MEMBER OF HIS

12 DEPARTMENT.

13

14 **MAX HUNTSMAN, I.G.:** YEAH, HE DID MAKE THAT CLAIM. AND WE HAVE

15 ASKED FOR DOCUMENTATION. AND HE HAS GIVEN US NOTHING. I THINK

16 WHAT HE IS DOING IS CONFLATING THE TERM DOXING  WITH PROTEST

17 AT PEOPLE'S HOUSES. THERE'S BEEN SOME OF THAT. THERE HAS BEEN

18 A SMALL AMOUNT OF CLASSIC DOXING, ALTHOUGH WE HAVEN'T BEEN

19 ABLE TO RECEIVE ANY DOCUMENTATION OTHER THAN, IF YOU LOOK ON

20 THE INTERNET, YOU CAN SEE A VIDEO OF THE SHERIFF DOXING

21 MEMBERS OF THE CIVILIAN OVERSIGHT COMMISSION BY RELEASING

22 PERSONAL INFORMATION ON THE INTERNET ABOUT THEM REGARDING THE

23 VALUE OF THEIR HOMES. SO THE ONLY DOXING I KNOW FOR SURE HAS

24 HAPPENED HAS BEEN COMMITTED BY SHERIFF VILLANUEVA.

25

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  AND I HOPE WE MOVE FORWARD WITH THIS, BUT THANKS, THAT WAS A

2  REALLY GOOD ANSWER.

3

4  **MAX HUNTSMAN, I.G.:** THANK YOU, SUPERVISOR,  AND THANK YOU, ALL

5  OF YOU SUPERVISORS, FOR YOUR SUPPORT.

6

7  **SUP. HAHN:** THANKS, MADAM CHAIR.

8

9  **SUP. SOLIS, CHAIR:** MAX, THANK YOU FOR YOUR REPORT. I READ IT

10  WITH GREAT INTEREST, ESPECIALLY THE FACT WHERE, IN SOME OF OUR

11  OFFICES WHERE THE SHERIFF IS IN OUR DISTRICTS, WE RECEIVED

12  MORE COMPLAINTS IN CERTAIN AREAS THAT I NOTICED, FOR EXAMPLE,

13  IN EAST LOS ANGELES, AND I KNOW I BELIEVE UP SUPERVISOR

14  BARGER'S DISTRICT, AS WELL FROM THE PALMDALE STATION. AND I

15  KNOW A HIGH NUMBER OF SERVICE COMPLAINTS CAME FROM THE CIVIL

16  MANAGEMENT BUREAU AND NORWALK STATION, AND NINE PERSONAL

17  COMPLAINTS IN EAST L. A. I AM JUST WORRYING ABOUT THAT, AGAIN,

18  THE KIND OF RESPONSE WE ARE SEEING FROM THE SHERIFFS OUT IN

19  OUR COMMUNITIES, ESPECIALLY WHEN OUR COMMUNITIES ARE BEING,

20  HOW COULD I SAY, NOT TOTALLY RESPECTED IN A MANNER THAT I

21  THINK IS CONDUCIVE, AND I THINK THAT CONTINUES TO BE VERY

22  TROUBLING. I WANTED TO ASK YOU A LITTLE BIT ABOUT THAT.

23

24  **MAX HUNTSMAN, I.G.:** I SHARE YOUR CONCERN, SUPERVISOR.  I

25  ALWAYS CAUTION AGAINST RELYING ON SMALL NUMBERS TO DRAW TOO

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   LEAST HAVE THAT CONVERSATION AGAIN. IF WE REMOVE THAT BAN, WE

2   COULD PROVIDE A LEGAL PATHWAY FOR ALL THESE ILLEGAL

3   DISPENSARIES THAT ARE CURRENTLY OPERATING THERE TO CONDUCT

4   THEIR BUSINESS. AND, JUST AS MARK TALKED ABOUT, BEING UNDER-

5   RESOURCED IN DEALING WITH THE WATER ISSUE, I KNOW OUR SHERIFF

6   HAS SAID THEY ARE TOTALLY, YOU KNOW, UNDER-RESOURCED IN TERMS

7   OF CRACKING DOWN ON THESE ILLEGAL  DISPENSARIES. I HAVE A LOT

8   IN MINE, AND IT TAKES A LOT OF EFFORT. PEOPLE CALL OUR OFFICE,

9   WE CALL THE SHERIFF, AND WE JUST KEEP -- WE ARE KIND OF GOING

10  IN THIS CIRCLE. AND I AM PRETTY SURE MOST OF THESE BUSINESSES

11  WOULD CONTINUE TO DO THEIR BUSINESS IN A LEGAL WAY AND

12  REGISTER AND, YOU KNOW, BE TAXED. I KNOW WE ARE NOT VOTING ON

13  THIS, AND I DON'T WANT YOU TO THINK I AM DISRESPECTFUL,

14  KATHRYN, BY EVEN BRINGING THIS UP BECAUSE I KNOW YOU ARE SO

15  FRUSTRATED WITH YOUR PARTICULAR ISSUE IN YOUR DISTRICT, BUT

16  INSTEAD OF DEEPENING CRIMINAL PENALTIES, I JUST WOULD LIKE TO

17  HAVE THE CONVERSATION TO MOVE TOWARDS MORE REGULATION AND

18  LEGALIZATION LIKE THE VOTERS TOLD US THEY WANTED. BUT IN THE

19  MEANTIME, I SUPPORT THIS MOTION, KATHRYN. I HOPE YOU TAKE OUT

20  THAT FIRST DIRECTIVE OF INCREASING CRIMINAL PENALTIES WHEN IT

21  COMES BACK. THANK YOU FOR YOUR WORK, AND I FEEL YOU.

22

23  **SUP. BARGER:** AND I APPRECIATE THAT, SUPERVISOR HAHN, AND

24  ACTUALLY I WILL BE GLAD ON JULY 13TH TO BRING IN A MOTION AND

25  MOVE FORWARD THE ISSUE REGARDING LEGALIZATION BECAUSE YOU ARE

# EXHIBIT 60



# THE MEETING TRANSCRIPT OF
# THE LOS ANGELES COUNTY
# BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1          **THE LOS ANGELES COUNTY BOARD OF SUPERVISORS**

2                **TUESDAY, JULY 27, 2021, 9:30 AM**

3

4

5     **SUP. SOLIS, CHAIR:** GOOD MORNING EVERYONE, AND WELCOME TO THE

6     REGULARLY SCHEDULED MEETING OF THE LOS ANGELES COUNTY BOARD OF

7     SUPERVISORS, WHICH IS BEING HELD REMOTELY. TODAY, AS YOU KNOW,

8     IS TUESDAY JULY 27TH, 2021. I WILL NOW TAKE ROLL CALL TO

9     CONFIRM ATTENDANCE. PLEASE UNMUTE YOUR MIC AND RESPOND WHEN

10    YOUR NAME IS CALLED. SUPERVISOR MITCHELL.

11

12    **SUP. MITCHELL:** GOOD MORNING, PRESENT.

13

14    **SUP. SOLIS, CHAIR:** SUPERVISOR KUEHL?

15

16    **SUP. KUEHL:** HERE.

17

18    **SUP. SOLIS, CHAIR:** SUPERVISOR HAHN.

19

20    **SUP. HAHN:** HERE.

21

22    **SUP. SOLIS, CHAIR:** SUPERVISOR BARGER.

23

24    **SUP. BARGER:** HERE.

25



1  **SUP. SOLIS, CHAIR:** FESIA DAVENPORT, CHIEF EXECUTIVE OFFICER.

2

3  **FESIA DAVENPORT, C.E.O.:** PRESENT.

4

5  **SUP. SOLIS, CHAIR:** RODRIGO CASTRO-SILVA, COUNTY COUNSEL.

6

7  **ATTORNEY:** HERE.

8

9  **SUP. SOLIS, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER OF THE

10  BOARD.

11

12  **CELIA ZAVALA, E.O.:** HERE.

13

14  **SUP. SOLIS, CHAIR:** AS INDICATED ON THE POSTED AGENDA, WE WILL

15  BE TAKING TELEPHONIC PUBLIC COMMENTS SEPARATELY FOR REGULAR

16  AGENDA ITEMS AND PUBLIC HEARING ITEMS DURING TODAY'S MEETING.

17  THE EXECUTIVE OFFICE OF THE BOARD RECEIVED OVER 1,900 WRITTEN

18  PUBLIC COMMENTS FOR TODAY'S MEETING, AND AS THOSE WRITTEN

19  COMMENTS WERE RECEIVED, ALL OF THEM WERE AVAILABLE TO THE

20  SUPERVISORS FOR THEIR CONSIDERATION, CONSISTENT WITH THE BROWN

21  ACT REQUIREMENTS. WE WILL CONTINUE TO RECEIVE WRITTEN PUBLIC

22  COMMENTS THROUGHOUT THE MEETING, WHICH WILL BECOME PART OF THE

23  OFFICIAL RECORD. MADAM EXECUTIVE OFFICER, PLEASE CALL THE

24  AGENDA.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **CELIA ZAVALA, E.O.:** GOOD MORNING, MADAM CHAIR AND MEMBERS OF

2  THE BOARD. TODAY'S AGENDA WILL BEGIN ON PAGE TWO SET MATTER

3  10:30 AM. ITEM S1 IS A DISCUSSION OF THE PUBLIC HEALTH ORDER

4  RELATED TO COVID-19. THIS ITEM WILL BE HELD FOR DISCUSSION. ON

5  PAGE 3, THE SPECIAL DISTRICT AGENDAS, THIS IS THE AGENDA FOR

6  THE LOS ANGELES COUNTY DEVELOPMENT AUTHORITY. ON PAGE 4, THIS

7  IS THE AGENDA FOR THE REGIONAL PARK AND OPEN SPACE DISTRICT.

8  ON PAGE 5, PUBLIC HEARINGS, ITEMS 1-8. ON ITEM 5, THE

9  EXECUTIVE OFFICER OF THE BOARD REQUESTS THIS ITEM BE CONTINUED

10  TO AUGUST 31ST, 2021, AS  INDICATED ON THE POSTED AGENDA. ON

11  ITEM 7, SUPERVISOR MITCHELL REQUESTS THIS ITEM BE CONTINUED TO

12  AUGUST 31ST, 2021, AS INDICATED ON THE POSTED AGENDA. ON ITEM

13  8, SUPERVISOR BARGER REQUESTS THIS ITEM BE CONTINUED TO AUGUST

14  31ST, 2021, AS INDICATED ON THE SUPPLEMENTAL AGENDA. THE

15  REMAINING ITEMS WILL BE HELD FOR HEARING. ON PAGE 9, CONSENT

16  CALENDAR, BOARD OF SUPERVISORS ITEMS 9-38, ON ITEM 10,

17  SUPERVISOR BARGER REQUESTS THAT THIS ITEM BE HELD. ON ITEM 14,

18  SUPERVISOR SOLIS REQUESTS THAT THIS ITEM BE HELD. ALSO, THIS

19  INCLUDES A REVISION AS INDICATED ON THE SUPPLEMENTAL AGENDA.

20  ON ITEM 15, SUPERVISOR SOLIS REQUESTS THAT THIS ITEM BE HELD.

21  ON ITEM 20, SUPERVISOR MITCHELL AND SUPERVISOR BARGER REQUESTS

22  THIS ITEM BE HELD. ALSO SUPERVISOR BARGER SUBMITTED A

23  SUBSTITUTE MOTION WHICH BE POSTED ON THE AGENDA AND IS

24  ACCESSIBLE TO THE PUBLIC. ON ITEM 22, SUPERVISOR MITCHELL

25  REQUESTS THAT THIS ITEM BE HELD. ON ITEM 23, SUPERVISOR

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  REQUESTS THAT THIS ITEM BE HELD. THE REQUESTS FOR CONTINUANCES

2  THROUGH 52F ARE BEFORE YOU.

3

4  **SUP. SOLIS, CHAIR:** MOVED BY SUPERVISOR BARGER, SECONDED BY

5  SUPERVISOR HAHN TO APPROVE THESE ITEMS. THAT WILL BE THE

6  ORDER.

7

8  **CELIA ZAVALA, E.O.:** ON PAGE 37, ORDINANCE FOR INTRODUCTIONS,

9  ITEMS 55-57, ON PAGE 39, SEPARATE MATTER, ITEM 58 IS A

10  RECOMMENDATION TO ADOPT A RESOLUTION AUTHORIZING THE ISSUANCE

11  AND SALE OF THE 2021-'22 TAX AND REVENUE ANTICIPATED NOTES

12  SERIES A ON BEHALF OF CERTAIN COUNTY SCHOOL DISTRICTS IN AN

13  AGGREGATE PRINCIPAL AMOUNT NOT TO EXCEED $30 MILLION. ON PAGE

14  40, NOTICES OF CLOSED SESSION. THAT COMPLETES THE READING OF

15  THE AGENDA, MADAM CHAIR.

16

17  **SUP. SOLIS, CHAIR:** THANK YOU. MEMBERS, NOW WE WILL HEAR FROM

18  SHERIFF VILLANUEVA, WHO HAS REQUESTED TIME TO ADDRESS THE

19  BOARD ON ITEM 14. SHERIFF, YOU HAVE THREE MINUTES, PLEASE

20  BEGIN.

21

22  **SHERIFF VILLANUEVA:** YES, THANK YOU FOR THAT GENEROUS TIME YOU

23  GRANTED. I WANT TO ADDRESS SPECIFICALLY ITEM NUMBER 14 AND

24  JUST SOME OF THE LANGUAGE IN IT. FIRST OF ALL, THE GENESIS OF

25  THE ENTIRE THING WAS A FALSE REPORT GENERATED BY A CORRUPT



1    INSPECTOR GENERAL BASED ON INFORMATION THAT HAS BEEN

2    THOROUGHLY DISPROVEN AND WITH THE PRESENCE OF BODY-WORN

3    CAMERAS NOW, THIS ENTIRE NOTION OF ONGOING HARASSMENT AND

4    INTIMIDATION SEEMS TO BE ABSOLUTELY ABSENT FROM ALL OF THE

5    BODY-WORN CAMERA VIDEOS WE HAVE IN OUR POSSESSION NOW. SO

6    THAT, IN AND OF ITSELF, IS PROBLEMATIC. THEN YOU WANT TO

7    REQUEST THE D.A. INVESTIGATE ALL ALLEGATIONS BY THE L.A.

8    COUNTY SHERIFF'S DEPARTMENT. WELL, I THINK THAT IS THEIR JOB.

9    SO I DON'T THINK YOU NEED TO REQUEST THEM TO DO THEIR JOB. WE

10   ASSUME THAT THEY DO THEIR JOB. BUT THE INFERENCE THAT SOMEHOW

11   WE ARE ENGAGED IN SOME MASSIVE AMOUNT OF CRIMINAL CONDUCT,

12   WHICH AGAIN, I BELIEVE THAT IS PART OF YOUR POLITICAL AGENDA

13   TO DISPARAGE AND DELEGITIMIZE LAW ENFORCEMENT AND THE

14   SHERIFF'S DEPARTMENT, PARTICULARLY IN THE EYES OF THE PUBLIC.

15   BUT THAT IS -- I AM NOT SURE WHAT EXACTLY IS THE PUBLIC'S

16   INTEREST IN DOING THAT. AND THE VERY END OF THIS, YOU REFER TO

17   VICTIMS OF DEPUTY-INVOLVED SHOOTINGS. AND DEPUTY-INVOLVED

18   SHOOTINGS, THE PEOPLE INVOLVED IN DEPUTY INVOLVED SHOOTINGS,

19   AND THEIR DECEASE, THEY ARE SUSPECTS, AND THAT IS HOW THEY ARE

20   REFERRED TO LEGALLY, AND THE OVERWHELMINGLY MAJORITY OF ALL

21   THE CASES OF DEPUTY INVOLVED SHOOTINGS, THEY ARE SUSPECTS.

22   THEY ARE  NOT VICTIMS. AND THAT IS OBSCENE IN LIGHT OF THE

23   FACT THAT SOME OF THESE PEOPLE -- IN FACT, THE OVERWHELMING

24   MAJORITY OF THE THESE PEOPLE ARE ATTEMPTING TO KILL EITHER THE

25   DEPUTY OR SOMEBODY ELSE. AND THAT IS UNACCEPTABLE. FROM THE



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  LEGAL STANDPOINT, YOUR ENTIRE MOTION REEKS OF, I DON'T THINK

2  YOU QUITE UNDERSTAND THE LAW BECAUSE THE MOTION GATHERS A

3  VARIETY OF PARTIES TO SEEK ACCESS TO L.A.S.D. RECORDS. MOST,

4  IF NOT ALL, THESE RECORDS ARE LEGISLATIVE PROTECTED FOR A

5  VARIETY OF REASONS, AND WE HAVE 50 YEARS OF CASE LAW, PITCHES,

6  BRADY, S.B.1421, CALIFORNIA GOVERNMENT AND CODE SECTION 6254,

7  HAVE ALL DETAILED HOW AND TO WHOM THESE RECORDS SHOULD BE

8  DISSEMINATED. THE BOARD OF SUPERVISORS, AS A QUASI-LEGISLATIVE

9  BODY, CANNOT PASS THE MOTION TO BYPASS THESE WELL-ESTABLISHED

10  LAWS. AND THEN YOU ARE TRYING TO ENGAGE, IT LOOKS LIKE SOME

11  KIND OF A LEGISLATIVE EXTORTION WHERE YOU ARE GOING TO FORCE A

12  PRIVATE PARTY TO DISCLOSE INFORMATION THAT IS CONTRACTUALLY

13  BOUND BY LAW NOT TO DISCLOSE TO A THIRD PARTY. THAT IS JUST

14  NOT PERMISSIBLE. SO WHAT YOU ARE GOING TO DO, THIS IS GOING TO

15  BE TIED UP IN COURT. IT IS GOING TO REQUIRE OBVIOUSLY A

16  DEFENSE, A LEGAL DEFENSE. YOU ARE GOING TO PAY IT BOTH SIDES,

17  AND THE TAXPAYER IS GOING TO PAY FOR EXACTLY WHAT PURPOSE? I

18  MEAN THIS IS UTTER NONSENSE. WE HAVE PROBLEMS WITH

19  HOMELESSNESS. WE HAVE A LOT OF PROBLEMS THAT WE NEED TO BE

20  ADDRESSING, AND THIS IS NOT CUTTING THE MUSTARD.  WHY DON'T

21  YOU TRY SOMETHING DIFFERENT NEXT TIME.

22

23  **SUP. SOLIS, CHAIR:** THANK YOU. THAT CONCLUDES OUR TIME. NOW, WE

24  WILL TAKE UP PUBLIC COMMENTS FOR ALL AGENDA ITEMS, EXCLUDING

25  PUBLIC HEARING ITEMS 1-8. MADAM EXECUTIVE OFFICER, PLEASE READ

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    AS WELL. BUT THE SOCIAL MEDIA CAMPAIGN WILL BE A TARGETED

2    CAMPAIGN IN THESE COMMUNITIES. SO WE ARE ABLE TO ACTUALLY

3    TARGET RESIDENTS AND WORKERS IN THESE COMMUNITIES WITH OUR

4    SOCIAL MEDIA, AND THAT'S WHAT YOU WILL BE SEEING OVER THE NEXT

5    COUPLE OF WEEKS.

6

7    **SUP. KUEHL:** WE WILL BE DOING THAT AS WELL BECAUSE WE HAVE BEEN

8    VERY STRONG ABOUT ENCOURAGING VACCINATION, AND WE WILL WORK TO

9    SPECIFICALLY FIND INCREASING WAYS TO TARGET THE YOUNGER

10   COMMUNITY AND FIND THE RIGHT ARGUMENTS. ON THE SECOND POINT

11   THAT WAS RAISED BY THE CHAIR, I WANT TO INDICATE THAT I

12   PERSONALLY, STRONGLY FAVOR REQUIRING VACCINATIONS OF ALL

13   112,000 OF OUR COUNTY WORKERS. AND, YOU KNOW, WITH A VERY,

14   VERY FOCUSED EXEMPTION OF ANY KIND, I SUPPOSE TESTING CAN

15   SUBSTITUTE, BUT WE CAN TALK ABOUT IT. BUT I AGREE WITH YOU,

16   DR. FERRER, THAT IS SOMETHING THAT THE BOARD ITSELF WILL NEED

17   TO DECIDE AS THE ULTIMATE SUPERVISORS OF ALL THOSE EMPLOYEES.

18   I WAS SHOCKED TO HEAR THAT OUR PUBLIC SAFETY OFFICERS IN THE

19   SHERIFF'S DEPARTMENT AND THE FIRE DEPARTMENT WERE NOT 100%

20   VACCINATED. I DON'T GET THAT AT ALL AND WOULD LIKE TO PERHAPS,

21   AND I WILL ASK MY COLLEAGUES, IF WE MIGHT THINK ABOUT ASKING

22   BOTH THE SHERIFF AND THE FIRE CHIEF TO COME IN AND TELL US WHY

23   THAT IS. THAT COULD BE FUN. AND I THANK YOU AGAIN VERY MUCH IF

24   YOUR WORK. I APOLOGIZE ON BEHALF OF THE  UNVACCINATED IDIOTS,

25   WHO ARE RAISING THE NUMBER OF CASES BY THEIR BEHAVIOR AND



1   THEIR CHOICES BECAUSE I DON'T THINK THEY THINK FOR A MINUTE

2   ABOUT THE PRESSURE THEY ARE PUTTING ON OUR HEALTHCARE WORKERS

3   AGAIN, WHO ARE ALREADY EXHAUSTED AFTER A YEAR AND A HALF OF

4   THIS PANDEMIC. SO THANK YOU FOR YOUR WORK, AND, YOU KNOW,

5   THANK YOU SO MUCH FOR HANGING IN THERE. I KNOW IT'S BEEN

6   TOUGH, AND I KNOW YOU HAVE TAKEN ABUSE FOR IT, BUT WE ARE ALL

7   VERY GRATEFUL. THANK YOU, MADAM CHAIR.

8

9   **SUP. SOLIS, CHAIR:** THANK YOU, SUPERVISOR KUEHL. I TEND TO

10  AGREE WITH YOU THAT IT WOULD BE A GOOD IDEA AT SOME POINT TO

11  HAVE THE SHERIFF AS WELL AS THE CHIEF OF OUR FIRE DEPARTMENT

12  TO COME IN AND TALK TO US ABOUT WHY WE ARE EXPERIENCING THIS

13  WITH OUR EMPLOYEES BECAUSE THEY DO HAVE CONTACT, I BELIEVE,

14  EVERY SINGLE DAY WITH THE PUBLIC. SO I LOOK FORWARD TO THAT

15  DISCUSSION. THANK YOU. NEXT, I WILL RECOGNIZE SUPERVISOR

16  JANICE HAHN.

17

18  **SUP. HAHN:** THANK YOU, MADAM CHAIR. I THINK WE ARE ALL JUST SO

19  --  DISAPPOINTED IS TOO SMALL OF A WORD TO USE AS IT RELATES

20  TO THE INCREASE IN THESE CASES AND HOSPITALIZATIONS. IT IS

21  STILL PRIMARILY A PANDEMIC OF THE UNVACCINATED, BUT CLEARLY IT

22  HAS CREPT -- THIS DELTA VARIANT HAS CREPT INTO THE LIVES OF

23  PEOPLE WHO ARE VACCINATED. IT WAS SHOCKING TO SEE THE DEATHS

24  OF PEOPLE WHO ARE FULLY VACCINATED. AND YET WE DO KNOW THAT

25  THE VACCINES ARE HIGHLY EFFECTIVE AGAINST THIS VARIANT. YOU

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
1    PLATFORMS, I'M SORRY FOR YOUR GRIEF, AND I HEARD YOUR GRIEF

2    WHEN WE ALSO HAD A CALL WITH YOU AND HEARD THAT SEVERAL WEEKS

3    AGO. I'M GRATEFUL FOR YOUR BRAVERY AND YOUR COURAGE TO SHARE

4    THESE STORIES THAT ARE PAINFUL WITH US AND WITH OTHER MEMBERS

5    OF THE PUBLIC. THE SHERIFF CONTINUOUSLY BASHES ANY FORM OF

6    OVERSIGHT AND IN THE SAME THREAD, ATTEMPTS TO INTIMIDATE AND

7    RETALIATE AGAINST THOSE WHO RAISE CONCERNS AND COMPLAINTS OF

8    MISCONDUCT THAT SOME MEMBERS OF THE DEPARTMENT ENGAGE IN. THE

9    DEPARTMENT'S HISTORY, EVEN DURING THE SHERIFF'S TENURE, OF

10   MISCONDUCT HAS RESULTED IN THE STATE'S A.G. OPENING A CIVIL

11   RIGHTS INVESTIGATION TO DETERMINE WHETHER THE DEPARTMENT HAS

12   ENGAGED IN A PATTERN OR PRACTICE OF UNCONSTITUTIONAL POLICING.

13   ADDITIONALLY, THOUGH THE COUNTY HAS PAID FOR DEPUTIES TO HAVE

14   BODY WORN CAMERAS, WE KNOW THAT THE DEPARTMENT HAS POLICIES

15   THAT STILL NEED REFORM AND REFINEMENT AND IMPROVEMENT. CURRENT

16   POLICIES DO NOT ALLOW RANDOM AUDITS BY AN INDEPENDENT BODY TO

17   REVIEW CAMERA FOOTAGE, TO ENSURE THAT DEPUTIES ARE NOT

18   ENGAGING IN MISCONDUCT, AND THIS ALSO INCLUDES THE INABILITY

19   TO CHECK FOOTAGE TO SEE IF DEPUTIES ARE ACTUALLY TURNING ON

20   AND KEEPING ON, PER POLICY, THEIR BODY WORN CAMERAS WHEN

21   ENGAGED WITH THE COMMUNITY. LASTLY, THE SHERIFF IN HIS

22   COMMENTS DISPARAGE THE VICTIMS OF DEPUTY INVOLVED SHOOTINGS,

23   CALLING THEM SUSPECTS. SOME OF THESE INDIVIDUALS HAD MENTAL

24   HEALTH NEEDS, A HEARING IMPAIRMENT, AND WAS AUTISTIC, LIKE

25   ISAIAH CERVANTES. MIND YOU, THE BOARD IS HAVING TO PUT  THIS
```

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  MOTION FORWARD BECAUSE WE HAVE FAMILIES WHO CAN'T MOURN FOR

2  THEIR LOVED ONES IN PEACE. OUR FAMILIES HAVE A RIGHT TO MOURN

3  IN PEACE. AND A COUPLE OF MONTHS AGO, I DIRECTED THE O.I.G. TO

4  REPORT BACK ON HOW TO STRENGTHEN OVERSIGHT OF THE SHERIFF'S

5  DEPARTMENT AS WELL RECOMMENDATIONS ON HOW WE CAN SUPPORT AND

6  PROTECT OUR FAMILIES FROM FUTURE HARM. THE MOTION IS TO

7  CONTINUE TO SUPPORT OUR FAMILIES AND ENGAGE IN OVERSIGHT OF

8  THE SHERIFF'S DEPARTMENT TO MOVE FORWARD WITH THE NECESSARY

9  STEPS TO DO SO. ASIDE FROM PROVIDING TECHNOLOGICAL SUPPORT AND

10  FRANKLY ACCESS TO DATABASES AND EVEN BODY WORN CAMERA COVERAGE

11  FOR THE O.I.G. AND OTHER PUBLIC SAFETY DEPARTMENTS IN THE

12  COUNTY, I'M ALSO QUITE FRANKLY ASKING THAT THE C.E.O. FIND

13  SUSTAINABLE FUNDING FOR A FAMILY ASSISTANCE PROGRAM. THIS

14  PROGRAM HAS THE POTENTIAL TO BE A LIFELINE FOR THOSE FAMILIES

15  AFTER TRAUMATIC EXPERIENCES WITH THE SHERIFF, IN WHICH THEIR

16  LOVED ONE IS EITHER KILLED OR HURT BY LAW ENFORCEMENT,

17  MISCONDUCT, AND  USE OF FORCE. WE KNOW IT HAS BEEN HELPFUL TO

18  THOSE FAMILIES WHO HAVE USED IT. HOWEVER, WE NEED TO BUILD THE

19  PROGRAM UP AND FIND SUSTAINABLE FUNDING TO PROVIDE ROBUST

20  SERVICES OUR FAMILIES NEED TO HEAL WHILE THEY SEEK JUSTICE.

21  COLLEAGUES, AND THE SURVIVING FAMILIES, I AGAIN ASK FOR YOUR

22  AYE VOTE AND MAKE IT COUNT. THIS JUST CAN'T CONTINUE. AND I

23  ALSO WANT TO THANK THE MANY INDIVIDUALS WHO CALLED IN THIS

24  MORNING TO INFORM US ABOUT THEIR SUPPORT ON THE MOTION AND

25  SOME FAMILIES THAT HAVE BEEN PERSONALLY IMPACTED. AND WITH

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   THAT, I THANK YOU, AND I RECOGNIZE MY COAUTHOR, SUPERVISOR

2   MITCHELL.

3

4   **SUP. MITCHELL:** THANK YOU VERY MUCH. I'M GOING JUST TO USE MY

5   BRIEF TIME THIS AFTERNOON, MADAM CHAIR, TO RESPOND TO THE

6   COMMENTS MADE AT THE TOP OF OUR MEETING BY THE SHERIFF WHERE

7   HE SUGGESTED THAT OUR INSPECTOR GENERAL WAS, QUOTE, CORRUPT,

8   BASED ON WHAT? I DON'T KNOW. WHERE HE INSISTED ON USING,

9   REFERRING TO THE VICTIMS OF THESE MURDERS AS, QUOTE, SUSPECTS,

10  WHICH SUGGESTED TO ME A JUSTIFICATION IN THE LOSS OF LIFE

11  BECAUSE THEY WERE, QUOTE, SUSPECTS. I WONDER IF THAT, THEN,

12  MAKES THE OFFICERS WHO TOOK THEIR LIVES EQUIVALENT TO JUDGE

13  AND JURY, THAT BECAUSE THEY WERE SUSPECTED THAT THEIR MURDERS

14  WERE JUSTIFIED. THAT THE OFFICER MOVED THEM FROM SUSPECT TO

15  GUILTY, AND, THEREFORE, IN THEIR MINDS AND IN THE MINDS OF

16  THEIR SHERIFF, THEIR ACTIONS WERE JUSTIFIED. THEY ARE VICTIMS

17  BECAUSE THEY WERE KILLED. THAT'S WHAT CONSTITUTES THE TERM

18  BEING USED VICTIM. IN SOME INSTANCES, THEY WERE IN PURSUIT. WE

19  DON'T KNOW ALL THE INDIVIDUAL CASES, BUT TO MAKE THE GLOBAL

20  STATEMENT THEY WERE SUSPECTS AND THEREFORE DESERVED LESS THAN

21  HUMANE TREATMENT BY OFFICERS WHO TAKE AN OATH TO PROTECT AND

22  SERVE ALL EQUALLY, I FOUND DEEPLY OFFENSIVE, PARTICULARLY

23  COMING FROM AN INDIVIDUAL AND A DEPARTMENT CURRENTLY UNDER

24  INVESTIGATION BY OUR STATE'S ATTORNEY GENERAL. I DON'T KNOW

25  THAT THE INSPECTOR GENERAL IS -- HENCE THE INAPPROPRIATENESS

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    OF HIM BEING REFERRED TO AS CORRUPT. THANK YOU, MADAM CHAIR,

2    FOR YOUR CONSISTENCY IN BRINGING THE ISSUES AND CHALLENGES AND

3    FEARS THESE FAMILIES EXPERIENCE EVERY DAY, LEADING UP TO THE

4    MURDER OF THEIR LOVED ONE, DURING, AND AFTER, AND I AM PROUD

5    TO STAND WITH YOU AS COAUTHOR, AND VOTE IN SUPPORT OF THIS

6    MOTION.

7

8    **SUP. SOLIS, CHAIR:** THANK YOU VERY MUCH, SUPERVISOR MITCHELL. I

9    WILL NOW RECOGNIZE SUPERVISOR BARGER.

10

11   **SUP. BARGER:** THANK YOU. AND ACTUALLY, SUPERVISOR MITCHELL, I

12   AGREE WITH YOU. THE COMMENTS MADE BY THE SHERIFF WERE TOTALLY

13   INAPPROPRIATE AND, QUITE FRANKLY, NOT CONSTRUCTIVE AS IT

14   RELATES TO THIS ITEM. AND IT TRULY IS UNFORTUNATE BECAUSE,

15   ONCE AGAIN, DON'T LET FACTS GET IN THE WAY OF A GOOD STORY. IN

16   THIS CASE, HE DIDN'T HAVE THE FACTS TO BACK UP WHAT HIS CLAIMS

17   WERE, AND IT REALLY IS UNFORTUNATE, AND I SAY THIS HAS SOMEONE

18   WHO HAS QUESTIONS REGARDING THIS MOTION, AND I AM ACTUALLY

19   LITTLE DISGUSTED WITH ON HOW HE BROUGHT THIS TO THE BOARD

20   TODAY. AND HE DID NOTHING TO HELP THOSE MEN AND WOMEN THAT

21   WEAR THE UNIFORM THAT ACTUALLY GENUINELY DO WANT

22   ACCOUNTABILITY ACROSS THE BOARD. BUT I HAVE SOME QUESTIONS FOR

23   COUNTY COUNSEL, AND I WILL MAKE THEM AS BRIEF AS POSSIBLE. MY

24   UNDERSTANDING IS THAT THE O.I.G. ALREADY HAS THE AUTHORITY TO

25   REQUEST ACCESS TO MONITORING AND INVESTIGATE REQUESTS TO



1    INCLUDE THE (INDISCERNIBLE) AND BODY WORN CAMERA VIDEOS.  WHAT

2    IS THE SUBPOENA POWER OF THE O.I.G. AND IS THAT INSUFFICIENT

3    AND IS THAT WHY COUNTY COUNSEL NEEDS TO BE INVOLVED? I AM JUST

4    TRYING TO UNDERSTAND THAT.

5

6    **ATTORNEY:** SO THANK YOU, SUPERVISOR. YES, UNDER THE COUNTY CODE

7    PURSUANT TO THE BOARD'S AUTHORITY UNDER GOVERNMENT CODE

8    SECTION 25303,  THE O.I.G. HAS FULL ACCESS. TO THE SHERIFF'S

9    RECORDS. THE ONLY LIMITATION THAT EXISTS IS THAT THE O.I.G.

10   CANNOT OBSTRUCT THE SHERIFF'S CRIMINAL INVESTIGATIVE FUNCTION

11   UNDER 25303. OTHERWISE, HE HAS -- NOT HE, BUT THE O.I.G. AND

12   THE INSPECTOR GENERAL, HAS FULL ACCESS TO THE SHERIFF'S

13   RECORDS. SHOULD UNDER THE LAW.

14

15   **SUP. BARGER:** OKAY. DOES OBSTRUCTION GO THE OTHER WAY? IN TERMS

16   OF IF THE O.I.G. IS INVESTIGATING SOMETHING, OBSTRUCTION BY

17   THE SHERIFF'S DEPARTMENT, BY THE SHERIFF? I PROBABLY KNOW THE

18   ANSWER TO THAT, BUT I WAS BEING A LITTLE SARCASTIC.

19

20   **ATTORNEY:** YES. OKAY.

21

22   **SUP. BARGER:** ON DIRECTIVE NUMBER 2, THE GUARANTEE AND NEED TO

23   KNOW, IN OTHER WORDS, WHAT MECHANISMS ARE THERE TO STOP

24   SOMEONE FROM USING INFORMATION ATTAINED BY A SHERIFF'S

25   DEPARTMENT INTERNAL DATABASE TO SUBSTANTIATE AN ALLEGATION OF

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **ATTORNEY:** WELL, SUPERVISOR, SO THAT DIRECTIVE ASKS FOR A

2    REPORT BACK IN 60 DAYS. THOSE ARE THE VERY ISSUES THAT WE WILL

3    OBVIOUSLY RESEARCH AND THEN REPORT BACK TO THE BOARD ON.

4    CERTAINLY, THAT IS AN ISSUE, AND THERE ARE OTHER ISSUES, THE

5    OBVIOUSLY WE NEED TO LOOK AT. AND I BELIEVE THAT'S WHY THE

6    DIRECTIVE IS FOR THE A REPORT BACK IN 60 DAYS.  WE WILL

7    CERTAINLY PROVIDE THAT INFORMATION TO THE BOARD.

8

9    **SUP. BARGER:** AND THEN ON NUMBER 5, IS THAT DIRECTION ALREADY A

10    FUNCTION OF THE O.I.G.? NUMBER 5?

11

12    **ATTORNEY:** YES. LIKE I SAID, THE O.I.G. UNDER THE COUNTY CODE

13    IS ENTITLED TO SEE -- TO HAVE ACCESS TO AS PART OF THE

14    OVERSIGHT FUNCTION OF THE O.I.G. IS ENTITLED TO SEE

15    EVERYTHING. AND THE STATE LEGISLATURE ALSO MADE THAT CLEAR

16    THROUGH A.B.1185. AND NOT ONLY MADE THAT CLEAR BUT ALSO

17    GRANTED THE O.I.G. INDEPENDENT SUBPOENA AUTHORITY. SO, YES,

18    THE O.I.G. IS ENTITLED UNDER THE COUNTY CODE TO HAVE ACCESS

19    AND TO SEE EVERYTHING.

20

21    **SUP. BARGER:** OKAY, AGAIN, I AM JUST GOING TO SAY I THINK IT IS

22    TRULY UNFORTUNATE THAT WE ARE DELIBERATING ON MOTIONS LIKE

23    THIS BASED ON ONE INDIVIDUAL -- ONE INDIVIDUAL, THAT

24    INDIVIDUAL REFLECTS I BELIEVE TO YOUR POINT, SUPERVISOR

25    MITCHELL, WHAT IS PERCEIVED TO BE THE SENTIMENT OF THE RANK

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    ISSUES WITH THAT,  ESPECIALLY WITH RESPECT TO THE FAMILIES,

2    THE FAMILIES THAT RIGHT NOW ARE STILL IN MOURNING, CONTINUE TO

3    MOURN, AND ARE CONTINUALLY BEING HARASSED, UNFORTUNATELY, AND

4    AS YOU HEARD EARLIER, THERE WAS A YOUNG LADY THAT SAID AFTER

5    THIS TESTIMONY I AM GIVING TODAY, THIS MORNING, I AM PROBABLY

6    GOING TO BE HARASSED AGAIN. HOW DOES THAT SOUND? HOW ARE WE

7    ABLE TO ALLOW THOSE THINGS TO GO ON? I THINK THAT -- I AM ALSO

8    REMINDED THAT THE SHERIFF MAY NOT FULLY APPRECIATE WHAT THE

9    ROLE OF OUR OFFICES ARE AND WHAT WE DO. WE GET MANY CALLS AND

10   COMPLAINTS FROM PEOPLE NOT JUST ON ITEMS LIKE THIS, BUT THE

11   FACT THAT SOMETIMES WE DON'T EVEN HAVE ENOUGH SHERIFFS OUT

12   THERE THAT ARE REALLY AVAILABLE AND ON CALL TO DO THE THINGS

13   THAT THEY WOULD NORMALLY BE DOING. AND THAT IS DISTURBS ME.

14   THE OTHER THING THAT DISTURBS ME IS THAT WE HAVE A HIGH NUMBER

15   OF CASES THAT ARE STILL NOT RESOLVED AND THAT WE HAVE LITTLE

16   INFORMATION. AND THERE ARE MANY, UNFORTUNATELY, PENDING

17   LITIGATION, LAWSUITS, THAT ARE GOING TO COST THE COUNTY A LOT

18   OF MONEY.  SO WHILE THE SHERIFF IS BLAMING US FOR NOT DOING

19   ANYTHING, HE IS CREATING PROBLEMS HIMSELF. AND QUITE FRANKLY,

20   I AM EMBARRASSED FOR HIM. BUT MORE IMPORTANTLY, I AM SPEAKING

21   OUT BECAUSE I THINK THESE FAMILIES NEED TO HAVE JUSTICE DONE

22   AND INFORMATION SHOULD NOT BE BLOCKED FOR THEM AND FOR US AS A

23   BODY SEEKING JUSTICE. SO I WOULD JUST ASK FOR YOUR AYE VOTE.

24   IF THERE AREN'T ANY QUESTIONS FROM ANY OTHER BOARD OFFICES,

25   THEN  I WILL GO AHEAD AND MOVE THIS ITEM. IT'S BEEN SECONDED

# EXHIBIT 61



THE MEETING TRANSCRIPT OF
THE LOS ANGELES COUNTY
BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1      **[REPORT OF ACTION TAKEN IN CLOSED SESSION ON**

2          **TUESDAY, AUGUST 10, 2021, ON PAGE 231]**

3

4

5    **SUP. SOLIS, CHAIR:** WELL, GOOD MORNING, EVERYONE. WELCOME TO

6    THE REGULARLY SCHEDULED MEETING OF THE LOS ANGELES COUNTY

7    BOARD OF SUPERVISORS, WHICH IS BEING HELD REMOTELY. TODAY IS

8    TUESDAY, AUGUST THE 10TH, 2021, AND AS YOU CAN TELL, WE ARE

9    LIVE. I WILL NOW TAKE ROLL CALL TO CONFIRM ATTENDANCE. PLEASE

10   UNMUTE YOUR MIC AND RESPOND WHEN YOUR NAME IS CALLED.

11   SUPERVISOR MITCHELL?

12

13   **SUP. MITCHELL:** GOOD MORNING. PRESENT.

14

15   **SUP. SOLIS, CHAIR:** GOOD MORNING. SUPERVISOR KUEHL?

16

17   **SUP. KUEHL:** GOOD MORNING. I AM HERE.

18

19   **SUP. SOLIS, CHAIR:** GREAT. SUPERVISOR HAHN?

20

21   **SUP. HAHN:** GOOD MORNING. NICE TO SEE YOU ALL.

22

23   **SUP. SOLIS, CHAIR:** THANK YOU. SUPERVISOR BARGER?

24

25   **SUP. BARGER:** GOOD MORNING. I AM HERE.

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2    **SUP. SOLIS, CHAIR:** FESIA DAVENPORT, CHIEF EXECUTIVE OFFICER?

3

4    **FESIA DAVENPORT, C.E.O.:** GOOD MORNING. PRESENT.

5

6    **SUP. SOLIS, CHAIR:** NICOLE TINKHAM AND DON HARRISON, CHIEF

7    DEPUTIES, COUNTY COUNSEL?

8

9    **NICOLE TINKHAM:** GOOD MORNING. WE ARE BOTH HERE.

10

11   **SUP. SOLIS, CHAIR:** THANK YOU. CELIA ZAVALA, EXECUTIVE OFFICER

12   OF THE BOARD?

13

14   **CELIA ZAVALA, E.O.:** I AM HERE.

15

16   **SUP. SOLIS, CHAIR:** GREAT. WITH THAT, MEMBERS, I AM GOING TO

17   CALL ON SUPERVISOR MITCHELL TO LEAD US IN OUR MORNING MEETING

18   WITH THE PLEDGE OF ALLEGIANCE.

19

20   **SUP. MITCHELL:** THANK YOU, MADAM CHAIR. COLLEAGUES, IF YOU WILL

21   FACE THE FLAG AND PUT YOUR RIGHT HAND OVER YOUR HEART. READY,

22   BEGIN. I PLEDGE ALLEGIANCE TO THE FLAG OF THE UNITED STATES OF

23   AMERICA, AND TO THE REPUBLIC FOR WHICH IT STANDS: ONE NATION

24   UNDER GOD, INDIVISIBLE, WITH LIBERTY AND JUSTICE FOR ALL.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. SOLIS, CHAIR:** THANK YOU, MEMBERS. AS INDICATED ON THE

2  POSTED AGENDA, WE WILL BE TAKING TELEPHONIC PUBLIC COMMENTS

3  DURING TODAY'S MEETING. THE EXECUTIVE OFFICE OF THE BOARD

4  RECEIVED OVER 34,000 WRITTEN PUBLIC COMMENTS FOR TODAY'S

5  MEETING, AND AS THOSE WRITTEN COMMENTS WERE RECEIVED, ALL OF

6  THEM WERE MADE AVAILABLE TO THE SUPERVISORS FOR THEIR

7  CONSIDERATION, CONSISTENT WITH THE BROWN ACT REQUIREMENTS. WE

8  WILL CONTINUE TO RECEIVE WRITTEN PUBLIC COMMENTS THROUGHOUT

9  THE MEETING, WHICH WILL BECOME PART OF THE OFFICIAL RECORD.

10  MADAM EXECUTIVE OFFICER, PLEASE CALL THE AGENDA.

11

12  **CELIA ZAVALA, E.O.:** THANK YOU, MADAM CHAIR. GOOD MORNING,

13  MADAM CHAIR AND MEMBERS OF THE BOARD. TODAY'S AGENDA WILL

14  BEGIN ON PAGE TWO, SET MATTER, 10:30 A.M. ITEM S-1 IS A

15  DISCUSSION OF THE PUBLIC HEALTH ORDER RELATED TO C.O.V.I.D.-

16  19. THIS ITEM WILL BE HELD FOR DISCUSSION. ON PAGE THREE,

17  SPECIAL DISTRICT AGENDAS. THIS IS THE AGENDA FOR THE LOS

18  ANGELES COUNTY DEVELOPMENT AUTHORITY. ITEM 2-D IS A

19  RECOMMENDATION ADOPT A RESOLUTION TO UNDERTAKE MULTIFAMILY

20  HOUSING REVENUE BOND FINANCING, IN AN AMOUNT NOT TO EXCEED $75

21  MILLION, TO FINANCE THE CONSTRUCTION AND DEVELOPMENT OF THE

22  VERMONT MANCHESTER FAMILY PROJECT, A 118-UNIT AFFORDABLE

23  HOUSING PROJECT IN THE CITY OF LOS ANGELES. ITEM 3-D IS A

24  RECOMMENDATION TO ADOPT A RESOLUTION TO UNDERTAKE BOND

25  FINANCING, IN THE AMOUNT NOT TO EXCEED $37,950,000, TO FINANCE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  SESSION. THAT COMPLETES THE READING OF THE AGENDA, MADAM

2  CHAIR.

3

4  **SUP. SOLIS, CHAIR:** THANK YOU VERY MUCH. AT THIS TIME, WE WILL

5  HEAR FROM SHERIFF VILLANUEVA, WHO HAS REQUESTED TO ADDRESS THE

6  BOARD ON ITEMS 16 AND 73-F, AND HE WILL HAVE THREE MINUTES.

7  PLEASE BEGIN, SHERIFF.

8

9  **SHERIFF VILLANUEVA:** THANK YOU, SUPERVISOR SOLIS. ITEM NUMBER

10  16. I BELIEVE MEASURE J WAS FOUND TO BE UNCONSTITUTIONAL IN

11  THE COURT RULING, HERE IN SUPERIOR COURT. HOWEVER, NOW YOU ARE

12  CHANGING THE NAME FROM MEASURE J TO A... WHAT IS THIS CALLED?

13  A CARE FIRST AND COMMUNITY INVESTMENT ADVISORY COMMITTEE,

14  INSTEAD OF THE MEASURE J ADVISORY COMMITTEE. HOWEVER, CHANGING

15  THE NAME OF IT DOES NOT CHANGE THE NATURE OF IT. THIS ACT IS

16  NOT THERE'S NOT ANY MOMENTUM BEHIND CARE FIRST AND JAIL LAST.

17  THERE'S MOMENTUM BEHIND TAKING CARE OF THE HOMELESS CRISIS

18  THAT'S ENGULFING THE COUNTY. THERE'S MOMENTUM BEHIND GETTING

19  RID OF THE ILLEGAL MARIJUANA GROWS IN THE HIGH DESERT

20  DISPENSARIES IN THE SOUTHLAND. THERE'S MOMENTUM BEHIND TRYING

21  TO FIND A WAY TO SOLVE OUR SURGE IN HOMICIDES. IT IS NOW A 70%

22  INCREASE IN HOMICIDE VICTIMS, COMPARED TO LAST YEAR AT THE

23  SAME TIME. THAT IS WHERE THE MOMENTUM IS AT. THAT IS PUBLIC

24  SAFETY. SO THE $100 MILLION THAT WAS REMOVED FROM THE

25  SHERIFF'S DEPARTMENT BUDGET AND PUT IN A PROVISIONAL FUNDING

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  UNIT, TO THEN HAND IT OVER TO THE MEASURE J, ALL YOU ARE DOING

2  IS CHANGING THE NAME, BUT IT IS THE VERY SAME PROBLEM. AND I

3  LOOKED THROUGH THIS ENTIRE ITEM, NUMBER 16, AND IT LOOKS LIKE

4  A "BUREAUCRATIC ORGY OF WOKENESS" IS THE BEST WAY TO DESCRIBE

5  THIS THING. OH, MY GOD. AND RACE-BASED APPOINTMENTS TO A 24-

6  MEMBER ADVISORY COMMITTEE? THAT'S-- I DON'T KNOW. DO YOU EVEN

7  CLEAR THIS THROUGH COUNTY COUNSEL, THE CONSTITUTIONALITY OF

8  THIS? IT SOUNDS... I DON'T KNOW. IT IS HARD TO EVEN DESCRIBE

9  THIS, AND I FIND I AM RATHER EDUCATED ON PUBLIC ADMINISTRATION

10  AFFAIRS. I READ THROUGH THIS ENTIRE MOTION, AND ALL IT IS IS A

11  GIVEAWAY OF TAXPAYER FUNDS. IT BELONGS IN PUBLIC SAFETY TO

12  KEEP PEOPLE ALIVE, AND YOU ARE GOING TO GIVE IT TO 501(C)(3)S

13  THAT YOU CONTROL, AND THEY ARE YOUR FRIENDS. AND THAT IS THE

14  SAME HOMELESS INDUSTRIAL COMPLEX NATURE OF THE SERVICE

15  PROVIDERS. ALL THIS MONEY IS GOING TO BE SPENT WITH ZERO

16  ACCOUNTABILITY, ZERO OVERSIGHT, AND JUST LIKE WITH THE

17  HOMELESS INITIATIVE: $6.5 BILLION OVER TEN YEARS TO SEE THE

18  PROBLEM DOUBLE. SO NOW THAT WE HAVE DESPERATE NEED FOR PUBLIC

19  SAFETY FUNDS TO ADDRESS THESE MAJOR THREATS THAT WE ARE

20  FACING, I HAVE HOMICIDE INVESTIGATORS STRETCHED TO THE LIMIT,

21  TRYING TO MAKE DUE WITH A STAGGERING CASE LOAD. THEY CAN'T

22  KEEP UP WITH IT. AND WE ARE ROBBING PETER TO PAY PAUL, JUST TO

23  SATISFY ALL THE DEMANDS OF OUR CUSTODY ENVIRONMENT. AND THAT

24  $100 MILLION, YOU SHOULD REALLOCATE IT BACK TO PUBLIC SAFETY,

25  WHERE IT BELONGS, SO WE CAN KEEP PEOPLE ALIVE AND SAFE IN L.A.

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   COUNTY. AND THEN YOU CAN START "REIMAGINING" THINGS, WHEN

2   PEOPLE ARE SAFE. BUT THEY ARE NOT GOING TO DO IT THE WAY YOU

3   HAVE DONE IT SO FAR, AND THIS MEASURE, I THINK, IS A FRAUD.

4   THE WHOLE THING. AND THIS ENTIRE CARE FIRST, JAIL LAST, YOU

5   NEED TO START RETHINKING IT, REAL QUICK. THANK YOU.

6

7   **SUP. SOLIS, CHAIR:** THANK YOU VERY MUCH, SHERIFF VILLANUEVA.

8   HOWEVER, I KNOW I RESPECTFULLY DISAGREE WITH YOU. NOW,

9   MEMBERS, WE WILL NOW TAKE PUBLIC COMMENTS FOR ALL AGENDA

10  ITEMS. MADAM EXECUTIVE OFFICER, PLEASE READ THE CALL-IN

11  INFORMATION THAT WAS ALSO PROVIDED ON THE AGENDA, AND EXPLAIN

12  THE SPEAKING RULES TO THOSE MEMBERS OF THE PUBLIC WHO ARE

13  CALLING IN TO ADDRESS THE BOARD.

14

15  **CELIA ZAVALA, E.O.:** THANK YOU, MADAM CHAIR. AS INDICATED ON

16  THE AGENDA, MEMBERS OF THE PUBLIC WISHING TO OFFER PUBLIC

17  COMMENT SHOULD CALL (877) 226-8163, AND USE PARTICIPANT CODE

18  NUMBER 133-6503. TO REPEAT: PLEASE CALL (877) 226-8163, AND

19  USE PARTICIPANT CODE NUMBER 133-6503. DO NOT CALL THAT NUMBER

20  IF YOU ONLY WANT TO LISTEN TO THE MEETING. TO LISTEN ONLY,

21  PLEASE CALL (877) 873-8017 AND FOLLOW THE INSTRUCTIONS. TO

22  MEMBERS OF THE PUBLIC CALLING IN: WHEN IT IS YOUR TURN TO

23  SPEAK, PLEASE STATE YOUR NAME AND WHICH AGENDA ITEMS YOU WISH

24  TO SPEAK ON. YOU HAVE ONE MINUTE TO SPEAK ON ONE AGENDA ITEM,

25  OR TWO MINUTES TO SPEAK ON TWO OR MORE AGENDA ITEMS. IN

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   BUDGETING PROCESS. THOSE ARE THE PEOPLE WHO WE ARE ATTEMPTING

2   TO GIVE VOICE TO AND ENGAGE THROUGH THE PROCESS THAT WE HAVE

3   ENGAGED IN THIS YEAR. AND THERE IS NO QUESTION THAT WE MUST

4   CONTINUE TO INVEST IN ALTERNATIVES TO INCARCERATION, JAIL-

5   BASED DIVERSION, AND HEALTH SERVICES FOR OUR PEOPLE WHO ARE

6   SUFFERING FROM MENTAL ILLNESS AND SUBSTANCE ABUSE DISORDERS.

7   SO, FROM MY PERSPECTIVE, WE SHOULD ALL REALLY BE CLEAR, I

8   THINK, INCLUDING THE SHERIFF, THAT THE COURT'S RULING

9   REGARDING THE CONSTITUTIONALITY OF MEASURE J HAS NO BEARING ON

10  THE ROLE AND POWER OF THE BOARD OF SUPERVISORS TO ENGAGE IN A

11  BUDGET PROCESS. IT HAS NO BEARING ON OUR AUTHORITY TO DIRECT

12  FUNDS AS WE SEE FIT. WE HAVE ALWAYS HAD THE AUTHORITY TO

13  DIRECT FUNDS AND TO DEVELOP BUDGETS, AND TO DIRECT FUNDS TO

14  COMMUNITY INVESTMENTS AND ALTERNATIVES TO INCARCERATION IS

15  FULLY WITHIN OUR POWER TO DO SO, AND WE ARE DOING JUST THAT.

16  IT IS IMPORTANT THAT WE CONTINUE TO EXERCISE THAT AUTHORITY,

17  AND I LOOK FORWARD TO HELPING TO ENSURE A COMMUNITY-CENTERED,

18  TRANSPARENT PROCESS. IN ADDITION, I WOULD LIKE TO THANK AND

19  ACKNOWLEDGE THE C.E.O. FOR HER LEADERSHIP IN IMPLEMENTING THE

20  CARE FIRST AND COMMUNITY INVESTMENT VISION, A VISION THIS

21  BOARD SHARES, A VISION SHARED BY MILLIONS, AGAIN, OF

22  ANGELENOS. WHILE I APPRECIATE THE NEED FOR DELEGATED

23  AUTHORITY, IN ORDER TO QUICKLY MOVE THIS FUNDING INTO OUR

24  COMMUNITIES, I BELIEVE IT IS CRITICAL FOR THE BOARD TO HAVE AN

25  OVERSIGHT ROLE IN THE IMPLEMENTATION OF THE SPENDING PLAN. SO

# EXHIBIT 62



# THE MEETING TRANSCRIPT OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **[REPORT OF ACTION TAKEN IN CLOSED SESSION ON**

2    **TUESDAY, SEPTEMBER 28, 2021, ON PAGE 257]**

3

4

5    **SUP. SOLIS, CHAIR:** OKAY, VERY GOOD. WELL, WE'RE GOING TO START

6    THE MEETING NOW. GOOD MORNING AGAIN TO EVERYONE, AND TO THE

7    PUBLIC. WELCOME TO THE REGULARLY SCHEDULED MEETING OF THE LOS

8    ANGELES COUNTY BOARD OF SUPERVISORS, WHICH WILL BE HELD

9    REMOTELY. TODAY, AS YOU KNOW, IS TUESDAY, SEPTEMBER 28, 2021.

10   WE WILL BEGIN BY ROLL CALL, SO PLEASE RESPOND WHEN YOUR NAME

11   IS CALLED. SUPERVISOR MITCHELL?

12

13   **SUP. MITCHELL:** GOOD MORNING. PRESENT.

14

15   **SUP. SOLIS, CHAIR:** SUPERVISOR KUEHL?

16

17   **SUP. KUEHL:** GOOD MORNING. I AM ALSO PRESENT.

18

19   **SUP. SOLIS, CHAIR:** SUPERVISOR HAHN?

20

21   **SUP. HAHN:** HERE.

22

23   **SUP. SOLIS, CHAIR:** SUPERVISOR BARGER?

24

25   **SUP. BARGER:** GOOD MORNING. I'M HERE.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2  **SUP. SOLIS, CHAIR:** FESIA DAVENPORT, CHIEF EXECUTIVE OFFICER?

3

4  **FESIA DAVENPORT:** PRESENT.

5

6  **SUP. SOLIS, CHAIR:** RODRIGO CASTRO-SILVA, COUNTY COUNSEL?

7

8  **RODRIGO CASTRO-SILVA:** I'M HERE.

9

10  **SUP. SOLIS, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER OF THE

11  BOARD?

12

13  **CELIA ZAVALA, E.O.:** HERE.

14

15  **SUP. SOLIS, CHAIR:** AND I WOULD LIKE TO ASK SUPERVISOR HAHN IF

16  SHE WILL PLEASE LEAD US THIS MORNING IN OUR PLEDGE OF

17  ALLEGIANCE.

18

19  **SUP. HAHN:** OKAY, PLEASE RISE AND FACE WHATEVER FLAG IS CLOSE

20  TO YOU. I PLEDGE ALLEGIANCE TO THE FLAG OF THE UNITED STATES

21  OF AMERICA, AND TO THE REPUBLIC FOR WHICH IT STANDS, ONE

22  NATION UNDER GOD, INDIVISIBLE, WITH LIBERTY AND JUSTICE FOR

23  ALL, SOMEDAY.

24

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. SOLIS, CHAIR:** THANK YOU VERY MUCH, SUPERVISOR HAHN.

2    BEFORE WE BEGIN, I WANT TO ISSUE THE FOLLOWING STATEMENT, AS

3    BOARD CHAIR, AND I'D LIKE TO MAKE THIS STATEMENT SO THAT ALL

4    CAN UNDERSTAND HOW WE'RE GOING TO BE PROCEEDING FORWARD, IN

5    TERMS OF HOW WE CONDUCT OUR MEETING. SO, I'D LIKE TO MAKE A

6    STATEMENT BEFORE WE REALLY BEGIN ADDRESSING THE AGENDA ITEMS

7    THAT WE HAVE BEFORE US. AND FIRST OF ALL, I WANT TO REMIND

8    YOU, AS YOU KNOW, IN CALIFORNIA'S HISTORY, LOCAL LEGISLATIVE

9    BODIES HAVE PLAYED, AS YOU KNOW, A VERY CRUCIAL ROLE IN

10   BRINGING PARTICIPATORY DEMOCRACY TO THE MEMBERS OF THE PUBLIC.

11   INDEED, LOCAL LEGISLATIVE BODIES ARE CREATED WITH THE

12   UNDERSTANDING THAT SEVERAL LINES ARE BETTER THAN ONE, AND THAT

13   IT IS THROUGH DELIBERATION AND DISCUSSION THAT THE BEST IDEAS

14   EMERGE. IN CALIFORNIA, THE LAW THAT GUARANTEES THE PUBLIC'S

15   RIGHT TO ATTEND AND PARTICIPATE IN SUCH DELIBERATIONS IS KNOWN

16   AS THE RALPH M. BROWN ACT. THE BROWN ACT. THE PUBLIC'S RIGHT

17   TO ATTEND AND PARTICIPATE, HOWEVER, MUST BE EXERCISED UNDER

18   CONDITIONS ENSURING THE ATTENDEES' AND EMPLOYEES' SAFETY. IN

19   RECOGNITION OF THE NEED TO STRIKE A BALANCE, AND IN LIGHT OF

20   THE STATE OF THE EMERGENCY STEMMING FROM THE C.O.V.I.D.-19

21   PANDEMIC, GOVERNOR GAVIN NEWSOM ISSUED EXECUTIVE ORDER N-29-20

22   ON MARCH 17, 2020, SUSPENDING CERTAIN BROWN ACT REQUIREMENTS

23   RELATED TO LOCAL LEGISLATIVE BODY MEETINGS VIA

24   TELECONFERENCING. SUBSEQUENTLY, ON JUNE 11TH, 2021, AND

25   BECAUSE OF THE ONGOING C.O.V.I.D.-19 PANDEMIC, THE GOVERNOR

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  SOLIS REQUESTS THAT THIS ITEM BE CONTINUED ONE WEEK, TO

2  OCTOBER 5TH, 2021. THE REQUEST FOR REFERRED BACK AND

3  CONTINUANCES, THROUGH 33-C, ARE BEFORE YOU.

4

5  **SUP. SOLIS, CHAIR:** MOVED BY MYSELF, AND SECONDED BY SUPERVISOR

6  HAHN TO APPROVE THE ITEMS. THAT WILL BE THE ORDER.

7

8  **CELIA ZAVALA, E.O.:** ON PAGE 26, ORDINANCE FOR INTRODUCTION. ON

9  ITEM 36, SUPERVISOR MITCHELL WOULD LIKE TO ABSTAIN FROM THE

10 VOTE. THIS ITEM RELATES TO ITEM 29. ON PAGE 27, NOTICES OF

11 CLOSED SESSION. ON ITEM CS-1, THIS INCLUDES A REVISION, AS

12 INDICATED ON THE SUPPLEMENTAL AGENDA. THAT COMPLETES THE

13 READING OF THE AGENDA, MADAM CHAIR.

14

15 **SUP. SOLIS, CHAIR:** THANK YOU. NOW WE WILL GO ON TO ITEM NUMBER

16 FIVE, AND WE WILL NOW HEAR FROM SHERIFF VILLANUEVA, WHO HAS

17 REQUESTED TO ADDRESS THE BOARD ON ITEMS 20 AND 26. HE WILL

18 HAVE THREE MINUTES. PLEASE BEGIN.

19

20 **SHERIFF VILLANUEVA:** WELL, GOOD MORNING, EVERYONE. I AM GOING

21 TO SPEAK SPECIFICALLY ON ITEM NUMBER... I BELIEVE IT IS 20:

22 ENSURING A TRANSPARENT, INDEPENDENT INVESTIGATION INTO DEPUTY-

23 INVOLVED FATAL USES OF FORCE. I AM GOING TO HAVE TO TAKE

24 EXCEPTION TO THE ENTIRE CONCEPT OF IT, AND I'M GOING TO QUOTE

25 FROM YOUR REPORT, OR YOUR MOTION, WHERE YOU SAY, "LACK OF

# THE MEETING TRANSCRIPT
#### OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   OVERSIGHT AND TRANSPARENCY OF L.A.S.D. INVESTIGATION THREATENS

2   TO FURTHER ERODE THE PUBLIC'S TRUST THAT JUSTICE WILL BE

3   SERVED." I NEED TO STOP YOU RIGHT THERE. THE ONLY PERSON, THE

4   ONLY ENTITY, THAT IS TRYING TO SELL THE IDEA TO THE PUBLIC

5   THAT WE ARE NOT TRANSPARENT, WE DON'T HOLD PEOPLE ACCOUNTABLE,

6   IS YOU, THE BOARD OF SUPERVISORS. THE PUBLIC ALREADY IS

7   UNDERSTANDING THAT IT IS A STRAIGHT POLITICAL ATTACK ON THE

8   SHERIFF'S DEPARTMENT, AND MYSELF, AS SHERIFF. AND THE

9   INSPECTOR GENERAL, WHO YOU APPOINT, HAS FULL ACCESS TO EVERY

10  SINGLE DEPUTY-INVOLVED SHOOTING, HAS ALL OF THE INFORMATION,

11  SO ANY CLAIM THAT SOMEHOW HE CANNOT DO HIS JOB IS FALSE, AND

12  IS NOT SUPPORTED BY FACTS. BUT NOW THE THREE CASES THAT YOU

13  WANT TO TALK ABOUT-- MR. DANA MITCHELL "MALIK" YOUNG, DIJON

14  KIZZEE, AND THE THIRD ONE, SAMUEL HERRERA-- ALL THREE OF THOSE

15  CASES HAVE ALREADY BEEN DELIVERED TO THE JUSTICE SYSTEM

16  INTEGRITY DIVISION OF THE D.A.'S OFFICE, IN ITS ENTIRETY.  THE

17  INSPECTOR GENERAL HAS EVERY SINGLE CASE, IN ITS ENTIRETY. AND

18  SO, IF YOU WANT TO INVOLVE THE DISTRICT ATTORNEY'S OFFICE IN

19  THE INQUEST, THAT WOULD BE VERY UNUSUAL; HOWEVER, THAT IS YOUR

20  CHOICE. BUT I THINK THE WAY YOU HAVE WRITTEN THIS ENTIRE

21  THING, YOU ARE DELIBERATELY MISLEADING THE PUBLIC. THE MANNER

22  AND MODE OF DEATH HAS ALREADY BEEN DETERMINED BY THE CORONER'S

23  OFFICE, IN ALL THREE CASES. EVERYTHING HAS BEEN SUBMITTED. THE

24  ENTIRE CASE FILE IS NOW IN THE HANDS OF THE DISTRICT ATTORNEY,

25  AND THEY HAVE CONTROL OVER THE PRODUCT AND THE PROCESS. SO,

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  ALL WE ARE WAITING FOR IS THE DECISION FROM THE D.A.'S OFFICE,

2  REGARDING THE HOMICIDE, WHETHER IT WAS JUSTIFIABLE OR NOT. AND

3  THE FACTS ON ALL THREE CASES... I MEAN, GOOD LUCK WITH IT. YOU

4  ARE TRYING TO SELL THE IDEA, SOMEHOW, THAT THEY WERE UNJUSTLY

5  MURDERED BY SHERIFF'S DEPUTIES. THAT'S REPREHENSIBLE. IN FACT,

6  THAT'S DOWNRIGHT REPULSIVE, WHEN YOU CONSIDER THE FACT THAT

7  MR. MALIK YOUNG KIDNAPPED THE YOUNG LADY, WAS BUSY TRYING TO

8  RAPE HER, FIRED AT THE PEOPLE THAT WERE TRYING TO RESCUE THIS

9  PERSON, AND THEN HE DIED IN A SUBSEQUENT DEPUTY-INVOLVED

10 SHOOTING. IF YOU WANT TO ELEVATE THAT, SOMEHOW, AS SOME

11 INJUSTICE THAT OCCURRED, WELL, WOW, YOU HAVE A STRANGE IDEA OF

12 WHAT JUSTICE INVOLVES. SAME THING WITH MR. HERRERA. WHAT WE

13 GET OUT OF HIS: WE HAD AK-47S, AR-15S, COCAINE,

14 METHAMPHETAMINE, MARIJUANA, IN A SHOOTOUT WITH DEPUTIES, AND

15 HE DIED AS A RESULT OF THAT SHOOTOUT. AND YOU WANT TO SAY THAT

16 HE WAS SOMEHOW KILLED, AND YOU ARE GOING TO ELEVATE THAT AS A

17 SIGN OF INJUSTICE FROM THE DEPARTMENT? THAT'S PRETTY STRANGE.

18 I THINK YOU GUYS-- HOW ABOUT STOP DOING WHAT YOU ARE DOING,

19 AND START HELPING THE SHERIFF'S DEPARTMENT, INSTEAD OF

20 THROWING ROCKS, AND THEN CLAIM--

21

22 **SUP. SOLIS, CHAIR:** THANK YOU VERY MUCH, SHERIFF VILLANUEVA.

23 YOUR THREE MINUTES HAS EXPIRED. THANK YOU FOR YOUR COMMENT.

24 MEMBERS, NOW WE WILL TAKE PUBLIC COMMENTS FOR ALL AGENDA

25 ITEMS, EXCLUDING PUBLIC HEARING ITEMS 1 THROUGH 4. MADAM

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   ON TO ITEM 20, ENSURING A TRANSPARENT AND INDEPENDENT

2   INVESTIGATION INTO DEPUTY-INVOLVED FATAL USES OF FORCE, WHICH

3   WAS HELD BY SUPERVISOR MITCHELL. SUPERVISOR MITCHELL, YOU HAVE

4   THE FLOOR.

5

6   **SUP. MITCHELL:** THANK YOU VERY MUCH, MADAM CHAIR. I APPRECIATE

7   THE OPPORTUNITY. AND BEFORE I BEGIN TO REALLY ADDRESS THE

8   MERITS OF THE MOTION WE BROUGHT FORWARD, I JUST FEEL COMPELLED

9   TO ADDRESS SOME OF THE COMMENTS THE SHERIFF MADE AT THE TOP OF

10  OUR MEETING. I THINK IT IS UNFORTUNATE, AT BEST, THAT OUR

11  ELECTED SHERIFF APPEARS TO BE EITHER UNWILLING OR UNABLE TO

12  ENGAGE IN CIVIL DISCOURSE ABOUT A PUBLIC POLICY ISSUE THAT IS

13  A PART OF A NATIONAL DEBATE AROUND POLICE ACCOUNTABILITY. I

14  BELIEVE OUR RESIDENTS DESERVE MORE THAN RATHER JUVENILE NAME-

15  CALLING, WHEN IT COMES TO ACTIONS TAKEN BY THIS BOARD AND

16  MOTIONS BROUGHT BEFORE US FOR CONSIDERATION. AND I APPRECIATE

17  THAT SOME L.A. SHERIFF'S DEPARTMENT INVESTIGATIONS HAVE

18  CONCLUDED AND HAVE BEEN DELIVERED TO THE D.A.'S OFFICE.

19  HOWEVER, WE DO NOT KNOW WHAT HAPPENED DURING THE COURSE OF

20  THESE INVESTIGATIONS, AND HOW THEY WERE CONDUCTED. AND THAT IS

21  PRECISELY THE PROBLEM THIS MOTION ATTEMPTS TO ADDRESS. THE

22  OFFICE OF INSPECTOR GENERAL WAS NOT ALLOWED TO MONITOR EVERY

23  STEP OF THE PERFORMANCE OF THESE INVESTIGATIONS, AND SO

24  CONCERNS REMAIN ABOUT THEIR INTEGRITY, GIVEN THE LACK OF TRUE

25  COMPREHENSIVE, INDEPENDENT OVERSIGHT. THERE NEEDS TO BE, AT

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    CONTINUE TO TAKE ACTION. AND SADLY, VERY LITTLE HAS CHANGED IN

2    THIS RESPECT, AND GIVEN THE PAINFULLY OBVIOUS LACK OF

3    TRANSPARENCY AND OVERSIGHT, FAMILIES AND COMMUNITIES ARE

4    CONTINUING TO DEMAND ANSWERS. THESE FAMILIES DESERVE, AT A

5    MINIMUM, A BASIC REASSURANCE THAT WHEN IT COMES TO THE

6    INVESTIGATION INTO THE DEATHS OF THEIR LOVED ONES, THAT WE ARE

7    NOT JUST TAKING THE DEPARTMENT'S WORD. IT IS FAR MORE

8    PREFERABLE THAT THE SHERIFF ALLOWS THE OFFICE OF THE INSPECTOR

9    GENERAL TO DO ITS JOB OF MONITORING EVERY ASPECT OF THESE

10   INVESTIGATIONS, AND NOT JUST PARTIALLY. THIS IS THE ONLY WAY

11   THE O.I.G. CAN REASSURE THE GENERAL PUBLIC THAT THE NECESSARY

12   OVERSIGHT IS BEING PERFORMED, AND THAT THE BOARD WILL BE

13   INFORMED WHEN THERE IS A PROBLEM WITH AN INVESTIGATION. UNTIL

14   THAT HAPPENS, THE BOARD, I HOPE, WILL CONTINUE TO TAKE STEPS

15   TO PROVIDE AN ALTERNATIVE MEANS OF BRINGING TRANSPARENCY AND

16   OVERSIGHT TO THESE CASES. BY DEVELOPING EQUITABLE POLICIES AND

17   RESOURCES THAT APPLY TO ALL CASES OF FATAL USES OF FORCE, WE

18   CAN SYSTEMATICALLY IMPROVE HOW WE RESPOND TO THESE SITUATIONS.

19   IT IS IMPORTANT THAT WE CONTINUE TO WORK TO PROVIDE WHOLENESS

20   TO THESE FAMILIES, THAT WE CONTINUE TO WORK TO PROVIDE FAIR

21   TREATMENT TO LAW ENFORCEMENT, WHILE NOT SHIELDING THEM FROM

22   ACCOUNTABILITY. THANK YOU VERY MUCH, MADAM CHAIR, FOR THIS

23   OPPORTUNITY, AND TO MY CO-AUTHORS, FOR SUPPORTING THIS MOTION.

24



1  **SUP. SOLIS, CHAIR:** THANK YOU, SUPERVISOR MITCHELL. AND BEFORE

2  I TURN TO SUPERVISOR KUEHL, AS YOUR CO-AUTHOR-- AND THANK YOU

3  FOR ALLOWING ME TO BE YOUR CO-AUTHOR-- IT IS QUITE

4  FRUSTRATING, AND HONESTLY UPSETTING, WHEN WE PUT FORWARD

5  MOTIONS LIKE THIS, BECAUSE IT JUST SHOULDN'T HAVE TO HAPPEN.

6  WHY DO WE HAVE TO DO THIS? BECAUSE, QUITE FRANKLY, WE DON'T

7  HAVE COOPERATION WITH OUR SHERIFF. AND THESE MOTIONS,

8  INCLUDING THE ONE THAT'S BEFORE US TODAY THAT IS SUPPORTING

9  SENATE BILL 2, AND MANY OTHERS, THAT BOTH YOU AND I AND OTHER

10  SUPERVISORS HAVE SUPPORTED, CONTINUE TO NOT ONLY PROTECT OUR

11  RESIDENTS AND FAMILIES FROM LAW ENFORCEMENT MISCONDUCT, BUT TO

12  HOLD THEM ACCOUNTABLE THROUGH A TRANSPARENT PROCESS. THE

13  MOTION DIRECTS THE CHIEF MEDICAL EXAMINER-CORONER TO CONDUCT

14  INQUESTS INTO WHAT HAPPENED TO THE THREE DIFFERENT YOUNG MEN

15  WHO WERE KILLED AT THE HANDS OF L.A. SHERIFF DEPUTIES. THESE

16  INQUESTS PROVIDE THESE FAMILIES PUBLIC INFORMATION ABOUT THE

17  CIRCUMSTANCES TO THEIR DEATH, BUT PROVIDES SOME SENSE OF

18  SOLACE FOR THESE FAMILIES THAT CAN BE USED AS AN

19  ACCOUNTABILITY TOOL. THE MOTION ALSO GOES BEYOND, IN MANY

20  WAYS, AND THAT IS WHY I WANTED TO BE YOUR CO-AUTHOR, BECAUSE

21  WHATEVER FINDINGS, DOCUMENTS, AND RECORDS A CHIEF MEDICAL

22  EXAMINER OBTAINS THROUGH THE PROCESS, THIS WILL ALSO BE SHARED

23  WITH THE FAMILIES. TIME AND TIME AGAIN, THESE FAMILIES ARE

24  EITHER UNABLE TO GET THIS INFORMATION, DOCUMENTS AND SO FORTH,

25  AND THEY ARE MANY OFTEN TIMES GIVEN THE RUNAROUND. I CAN'T

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    DISTRIBUTED, THOUGH WE DON'T HAVE THIS HANDING OUT ON THE DAIS

2    ANYMORE. IT IS ALWAYS KIND OF LIKE, "HAS EVERYBODY SEEN IT?"

3    AND THE REASON I DID THIS-- AND I WILL READ IT IN-- IS BECAUSE

4    THE MEDICAL EXAMINER-CORONER SHOULD NOT HAVE TO EXPEND THEIR

5    EXISTING LIMITED BUDGET ON ADDITIONAL INQUESTS, JUST BECAUSE

6    OF THE SHERIFF'S LACK OF TRANSPARENCY. SO I HOPE THAT C.E.O.

7    AND THE STAKEHOLDERS ARE ABLE TO IDENTIFY SOME AVAILABLE

8    FUNDING, IN ADDITION FOR THESE INQUESTS. IT DOES NOT

9    NEGATIVELY IMPACT THE MEDICAL EXAMINER-CORONER. DEPUTY-

10   INVOLVED SHOOTINGS ARE EXCEEDINGLY TRAUMATIC AND HEARTBREAKING

11   FOR THE FAMILIES OF THE DECEASED, BUT IN THE LARGER SENSE, WE

12   ARE ALL IMPACTED, AS WELL, AND I HOPE THAT THE COUNTY CAN

13   CONTRIBUTE TO THEIR HEALING PROCESS THROUGH INFORMATION-

14   SHARING AND, EVEN MORE IMPORTANT, ACCOUNTABILITY FOR THE

15   INQUESTS. SO I ASK IF YOU MIGHT ACCEPT, AS A FRIENDLY

16   AMENDMENT, A FOURTH DIRECTIVE THAT READS AS FOLLOWS:  "DIRECT

17   THE CHIEF EXECUTIVE OFFICER, IN CONSULTATION WITH THE CHIEF

18   MEDICAL EXAMINER-CORONER, COUNTY COUNSEL, THE INSPECTOR

19   GENERAL, AND OTHER RELEVANT COUNTY STAKEHOLDERS, TO INCLUDE,

20   "A," INFORMATION ABOUT THE AVERAGE COSTS OF THESE INQUESTS;

21   "B," A BUDGET ESTIMATE FOR HOW MUCH THE INQUEST REQUESTED BY

22   THIS MOTION MIGHT COST; "C," AVAILABLE FUNDING SOURCES TO

23   COVER THESE INQUESTS, SO THAT THE MEDICAL EXAMINER-CORONER IS

24   NOT SOLELY RESPONSIBLE FOR ABSORBING THESE NECESSARY COSTS;

25   AND "D," A PLAN TO INCLUDE FUNDING IN THE MEDICAL EXAMINER-



**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    IS SORT OF THE BARE MINIMUM THAT WE CAN GIVE FAMILIES WHO HAVE

2    LOST SOMEONE. I MEAN, THEY'RE NEVER GOING TO GET THEIR LOVED

3    ONE BACK. WE DO NOT KNOW IF JUSTICE WILL EVER PREVAIL, BUT THE

4    LEAST WE CAN DO IS HAVE A TRANSPARENT INVESTIGATION AND LET

5    THEM KNOW WHAT HAPPENED. I SUPPORT THAT REQUEST BY FAMILY

6    MEMBERS, I SUPPORT THIS MOTION, BUT I SORT OF AGREE WITH

7    SUPERVISOR SOLIS: IT IS ANOTHER ONE THAT I WISH WE DIDN'T HAVE

8    TO DO. I SAID THAT TWO WEEKS AGO AT OUR BOARD MEETING, WHEN WE

9    HAD A MOTION TO TELL THE PROBATION DEPARTMENT TO IMPLEMENT THE

10   L.A. MODEL AT CAMP KILPATRICK. THEY SHOULD HAVE ALREADY BEEN

11   DOING THAT. THE FACT THAT WE HAD TO TELL THEM TO DO THAT IS

12   FRUSTRATING, A LITTLE BIT. I MEAN, THAT IS OUR POWER AND OUR

13   AUTHORITY, BUT YOU COULD SORT OF WISH PEOPLE WHO WERE IN THE

14   JOB WOULD BE DOING WHAT IS REQUIRED OF THEM. AND I FEEL THAT

15   WAY ABOUT THIS ONE. WE SHOULDN'T HAVE TO BE THE ONES FIGURING

16   OUT, YOU KNOW, HOW TO CONDUCT TRANSPARENT INVESTIGATIONS INTO

17   USE OF FORCE FROM OUR SHERIFF'S DEPARTMENT. THAT SHOULD BE

18   SOMETHING THE SHERIFF ALREADY DOES, AND TO BE HONEST WITH YOU,

19   IT SHOULD BE SOMETHING HE WANTS TO DO. WHEN COMMUNITIES DON'T

20   TRUST LAW ENFORCEMENT, IT MAKES THE JOB MORE DIFFICULT FOR

21   RANK-AND-FILE SHERIFF'S DEPUTIES. AND WE KNOW THAT'S THE CASE,

22   AND SO THE MORE TRANSPARENCY AND ACCOUNTABILITY THE SHERIFF

23   CAN DELIVER, IT IS BETTER FOR PUBLIC SAFETY ALL THE WAY

24   AROUND. AND I KNOW THAT OUR COMMUNITIES HAVE BEEN CALLING FOR

25   TRANSPARENT AND THOROUGH INVESTIGATIONS INTO USES OF FORCE,



# THE MEETING TRANSCRIPT
## OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    AND I REALLY WISH THE SHERIFF WOULD TAKE THESE CONCERNS AND

2    REQUESTS SERIOUSLY, AND THAT WE WOULDN'T HAVE TO GO AROUND

3    HIM, AND GO TO THE MEDICAL EXAMINER OFFICE FOR AN

4    INVESTIGATION THAT THE PUBLIC WILL TRUST. AND I WOULD AGREE

5    WITH YOU, SUPERVISOR MITCHELL: HIS COMMENTS AT THE TOP OF OUR

6    MEETING WERE SO INAPPROPRIATE AND SO UNNECESSARY. ALL WE WANT

7    FROM HIM IS, YOU KNOW, "I LOOK FORWARD TO WORKING WITH YOU, SO

8    THAT WE CAN ALL WORK TOGETHER TO CREATE THE ACCOUNTABILITY AND

9    TRANSPARENCY THAT THE PUBLIC DESERVES." AND FRANKLY, THE

10   SHERIFF ACTUALLY RAN ON THAT. THAT WAS ONE OF HIS CAMPAIGN

11   PROMISES, WAS MORE ACCOUNTABILITY AND TRANSPARENCY INTO THIS

12   DEPARTMENT. SO, IN THE MEANTIME, UNTIL THAT HAPPENS, WE NEED

13   THESE INQUESTS. I AM GLAD THAT THE STATE HAS ALLOWED FOR THIS

14   WAY FOR US TO DO IT, AND I SUPPORT WHAT WE'RE DOING TODAY.

15   THANK YOU.

16

17   **SUP. SOLIS, CHAIR:** GREAT. ANY OTHER MEMBERS WISH TO BE

18   RECOGNIZED? SUPERVISOR BARGER?

19

20   **SUP. BARGER:** THANK YOU. I ECHO SUPERVISOR HAHN. I AGREE. AND

21   FOR ME, THE FRUSTRATION IS, IF THERE IS NOTHING THERE, WHAT

22   ARE YOU AFRAID OF? AND YET, WE ARE BEING TOLD WHAT THESE

23   INDIVIDUALS WERE ALLEGEDLY DOING, BUT YET, WE'RE MERELY TRYING

24   TO GET TO THE BOTTOM FOR THE FAMILIES, TO YOUR POINT. I THINK

25   THE FAMILIES HAVE A RIGHT TO KNOW WHAT HAPPENED. BUT MORE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   WITH VERY LITTLE ACCOUNTABILITY FOR THE LAST FEW DECADES; NOT

2   JUST THIS LAST YEAR ALONE, BUT MUCH LONGER THAN THAT. AND, OF

3   COURSE, WE HAVE 200-PLUS PAGES OF WHAT WE HAVE KNOWN, AND IS

4   AGAIN REAFFIRMING DEPUTY GANGS OF THEIR EXISTENCE, AND EVEN IF

5   THE SHERIFF DOESN'T BELIEVE THAT OR WANTS TO MINIMIZE THEIR

6   EXISTENCE. AND, YOU KNOW, IT TOOK SOME TIME, I BELIEVE, FOR

7   R.A.N.D. TO ISSUE THE STUDY, LARGELY BECAUSE OF C.O.V.I.D.-19.

8   BUT THAT DOESN'T COME AS A SURPRISE TO SOME OF US, AND ALSO TO

9   THE PUBLIC. BUT I DO HAVE SOME QUESTIONS FOR THE R.A.N.D.

10  RESEARCHERS, AND I WOULD LIKE TO BEGIN, IF I MIGHT. I'D LIKE

11  TO POINT OUT THAT I BELIEVE THAT THERE'S AN ERROR IN THE

12  REPORT. ON PAGE TWO, IT SAYS THE BOARD PASSED A MOTION TO

13  REVISE THE COUNTY CHARTER. I WANT TO CLARIFY THAT THAT HAS NOT

14  HAPPENED, TO MAKE SURE THAT THAT IS CORRECTED. CAN YOU RESPOND

15  TO THAT, MR. PETERSON?

16

17  **SAM PETERSON:** YES. I BELIEVE WE HAVE SINCE CORRECTED THAT. WE

18  WERE INFORMED OF THAT ERROR, AND WE HAVE CORRECTED THE VERSION

19  THAT IS CURRENTLY ON OUR WEBSITE.

20

21  **SUP. SOLIS, CHAIR:** OKAY. AND ALSO, DO WE KNOW WHAT THE

22  DECIDING FACTORS WERE, AS TO WHY THIS SURVEY WAS NOT PROVIDED

23  TO NONSWORN L.A.S.D. STAFF? BECAUSE WE KNOW THAT THERE ARE

24  ABOUT 18,000 STAFF, OF WHICH 10,000 ARE SWORN, WHICH MEANS

25  THAT A LITTLE UNDER HALF DID NOT HAVE AN OPPORTUNITY TO OPINE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    **SPEAKER:** SO, IN THE --

2

3    **SAM PETERSON:** OH, SORRY. GO AHEAD.

4

5    **SPEAKER:** GO AHEAD.

6

7    **SAM PETERSON:** OH, SURE. YES, THEY DID HAVE AN OPPORTUNITY TO

8    REVIEW AND PROVIDE EDITS ABOUT FACTUAL ERRORS AND THINGS OF

9    THAT NATURE. THIS WAS IN MARCH OF 2021.

10

11   **SUP. SOLIS, CHAIR:** AND I'LL RAISE THAT, BECAUSE I UNDERSTAND

12   THE SHERIFF HAS MADE COMMENTS IN THE PAST, WHERE HE DIDN'T

13   HAVE TIME TO RESPOND TO THE REPORT, BECAUSE HE HADN'T READ IT.

14   AND THIS IS A QUESTION FOR R.A.N.D. THE SHERIFF SAID AT A

15   PRESS CONFERENCE ABOUT THE REPORT, AGAIN, QUOTE, THAT HE,

16   QUOTE, "READ THROUGH THE ENTIRE REPORT" AND SAID THAT THERE

17   WAS NO REFERENCE TO HIS POLICY, OR THAT HE HAD STAFF WATCH A

18   VIDEO ABOUT DEPUTY GANGS. HOWEVER, THAT IS INACCURATE. THERE

19   ARE ACTUALLY A COUPLE OF PAGES THAT ADDRESS THE REFORMS THAT

20   HE STATED HE MADE. BUT R.A.N.D. AND OTHER OVERSIGHT BODIES,

21   LIKE THE O.I.G. AND C.O.C., HAVE INDICATED THERE ARE

22   INCONSISTENCIES AND A LACK OF CLARITY AROUND SUCH REFORMS.

23   SPECIFICALLY, ON PAGE 170 OF THE REPORT, IT TALKS ABOUT THE

24   VIDEO. AND ON PAGE 171 OF THE REPORT, IT ALSO SAYS THAT HE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    RECOGNIZE SOME OF THOSE THAT HAVE THEIR HANDS UP. SUPERVISOR

2    MITCHELL? QUESTION?

3

4    **SUP. MITCHELL:** THANK YOU VERY MUCH, MADAM CHAIR. A STATEMENT,

5    AND THEN A QUESTION, JUST BASED ON THE POWER OF THE

6    PRESENTATION WE JUST SAW. YOU KNOW, THE SHERIFF, AT A RECENT

7    PRESS CONFERENCE, SHOWED PICTURES OF SEVERAL OF US ON THE

8    BOARD, MYSELF INCLUDED, AND REFERRED TO US AS HAVING, QUOTE,

9    "SOLD OUR SOULS TO THE DEVIL." I AM CERTAIN I DO NOT KNOW WHAT

10   FACT-BASED STATEMENT I HAVE MADE THAT WOULD SUGGEST THE

11   APPROPRIATENESS OF SUCH A REMARK OF ONE DULY ELECTED OFFICIAL

12   ABOUT ANOTHER. BUT I WILL SAY, UPON READING THE R.A.N.D.

13   STUDY, WHICH I HAVE DONE, AND HEARING TODAY THE SUMMARY, A

14   COUPLE THINGS STRIKE ME. FIRST OF ALL IS A DEEP SENSE OF

15   SADNESS. I FULLY RESPECT AND APPRECIATE THE COMPLEXITY AND THE

16   DIFFICULTY OF THE JOB THAT MEN AND WOMEN WHO TAKE AN OATH TO

17   PROTECT AND SERVE ALL ENCOUNTER. IT TRULY, I BELIEVE, IS A

18   CALLING. I HAVE READ THE NATIONAL STUDIES AND HEARD TESTIMONY,

19   WHEN I WAS IN SACRAMENTO, FROM MEMBERS OF LAW ENFORCEMENT WHO-

20   - AND READ THESE STUDIES THAT TALK ABOUT HEIGHTENED LEVELS OF

21   SUICIDE, HEIGHTENED LEVELS OF ALCOHOLISM AND SUBSTANCE ABUSE,

22   HEIGHTENED LEVELS OF DOMESTIC VIOLENCE, ALL AS A DIRECT RESULT

23   OF THEM ATTEMPTING TO MANAGE THE STRESS AND STRESSORS

24   ASSOCIATED WITH THE JOB. I HEAR THAT, AND I GET THAT. BUT WHAT

25   IS TRAGIC, FROM MY PERSPECTIVE, IS THAT THERE IS A DEPARTMENT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    WHERE THERE ARE MEN AND WOMEN, SWORN OFFICERS, WHO, THEIR ONLY

2    OUTLET IN DEALING WITH THE STRESSORS OF THAT JOB IS A

3    CAMARADERIE ASSOCIATED WITH A GANG: GANGS THAT GO BY THE NAMES

4    OF THE JUMP OUT BOYS AND THE EXECUTIONERS;  GANGS WHO,

5    ACCORDING TO THE R.A.N.D. REPORT, HAVE ACQUIRED, QUOTE,

6    "HARDENED ATTITUDES TOWARD SEGMENTS OF THE COMMUNITY"; GANGS

7    THAT FEEL THAT IF THEY JOIN, THEY CAN GET SPECIALIZED

8    PRIVILEGES AT WORK. THAT'S WHAT IS TRAGIC TO ME. GANGS THAT

9    SAY, "IF THEY DON'T WANT TO HAVE TO WORK WITH C-GRADE

10   OFFICERS, YOU JOIN THE GANG, SO YOU COULD WORK WITH A-GRADE

11   OFFICERS." THAT IS WHAT IS TRAGIC, BECAUSE THAT, TO ME, SHOWS

12   A HISTORY OF IGNORING THE NEEDS OF THE MEN AND WOMEN OF THE

13   DEPARTMENT, AND NOT TRULY LEADING AND CREATING A CULTURE IN A

14   WAY THAT SUPPORTS THEM, AND THE NATURE OF THE WORK THAT THEY

15   DO ON OUR COLLECTIVE BEHALF. THAT'S WHAT IS TRAGIC: THAT THEIR

16   NEEDS HAVE BEEN IGNORED, AND THIS OPTION OF MANAGING ONE'S

17   STRESS, AND CREATING A WORK LIFE WHERE YOU FEEL SAFE DOING A

18   JOB BASED ON THE CAPACITY OF YOUR COLLEAGUE, WOULD SUGGEST

19   THAT YOU NEED TO JOIN A GROUP WITH NAMES LIKE THE JUMP OUT

20   BOYS AND THE EXECUTIONERS. NOT TO MENTION, AS WE JUST FINISHED

21   A CONVERSATION ABOUT RESOURCES AND OUR NEED TO INVEST TO

22   SUPPORT ANGELENOS, NOT TO MENTION THAT SINCE 1990, THAT WE

23   KNOW OF, $55 MILLION HAVING BEEN PAID OUT AS A RESULT OF THESE

24   ACTIVITIES, ALL IN A SYSTEM THAT IS FORMED AND MODELED AFTER A

25   MILITARISTIC SYSTEM OF COMMAND, WHERE OUR CURRENT SHERIFF AND



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    HIS PREDECESSORS HAVE ALL SAID, THEY HAVE TRIED TO INSTITUTE

2    POLICIES, BUT THEY CAN ONLY GO SO FAR, IN A SYSTEM THAT IS

3    BASED ON COMMAND, AND THAT COMMANDS BE FOLLOWED. IT IS ALL

4    VERY CURIOUS TO ME, BUT THE MORE I READ THE REPORT, THE MORE I

5    LISTEN TO YOU, I AM TAKEN BY HOW TRAGIC IT REALLY IS; NOT ONLY

6    AS MEMBERS OF THE PUBLIC ARE ON THE RECEIVING END OF GANG

7    ACTIVITY, BUT FOR THOSE WHO FEEL THAT THEY HAVE NO OTHER

8    CHOICE IN THEIR PLACE OF WORK. THAT'S REALLY UNFORTUNATE. MY

9    QUESTION IS, IF YOU COULD TELL US, FROM YOUR PERSPECTIVE, AS

10   ALL RESEARCH STUDIES HAVE LIMITATIONS, WHAT WERE THE

11   LIMITATIONS, FROM YOUR PERSPECTIVE, OF YOUR STUDY?

12

13   **SAM PETERSON:** SO, WE DEFINITELY DOCUMENT SOME OF THOSE IN THE

14   REPORT, BUT I THINK ONE OF THE KEY THINGS THAT WOULD HAVE BEEN

15   IDEAL, WHICH IS VERY DIFFICULT IN THIS KIND OF STUDY, IS TO BE

16   ABLE TO SPEAK TO MORE PEOPLE WHO ARE A PART OF THESE GROUPS.

17   OF COURSE, INTERVIEWEES-- YOU KNOW, WE COULDN'T FORCE ANYONE

18   TO PARTICIPATE. RESEARCH PARTICIPATION IS VOLUNTARY. AND I

19   THINK THAT THAT WAS SOMETHING THAT WOULD HAVE DEFINITELY

20   HELPED OUR FINDINGS, AND HELPED OUR CONCLUSIONS. I WILL SAY,

21   WE ATTEMPTED TO ACCOUNT FOR THAT BY USING THE SURVEY. AND SO,

22   OBVIOUSLY, YOU WANT TO SEE A SURVEY RESPONSE RATE THAT'S AS

23   HIGH AS POSSIBLE, AND OUR RESPONSE RATE WAS IN LINE WITH OTHER

24   LARGE SURVEYS OF POLICE DEPARTMENTS. BUT, OF COURSE, IF THAT

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1

2    **SUP. SOLIS, CHAIR:** THANK YOU. NEXT, I WILL RECOGNIZE

3    SUPERVISOR HAHN.

4

5    **SUP. HAHN:** THANK YOU. THANK YOU, MADAM CHAIR, AND THANK YOU

6    FOR THAT PRESENTATION. IT WAS A LONG REPORT, AND I LIKE THE

7    WAY YOU LAID OUT THE FINDINGS FOR US. I THINK IT WAS VERY EASY

8    TO UNDERSTAND. AND JUST TO CONFIRM, FOR THE PUBLIC WHO MIGHT

9    BE LISTENING, DID YOU INTERVIEW THE SHERIFF HIMSELF, AND THE

10   UNDERSHERIFF?

11

12   **SAM PETERSON:** WE'RE NOT ABLE TO COMMENT ON RESEARCH

13   PARTICIPANTS. WE NEED TO KEEP CONFIDENTIALITY.

14

15   **SUP. HAHN:** OKAY.

16

17   **SAM PETERSON:** WE CERTAINLY HAD MEETINGS WITH THE SHERIFF AND

18   THE UNDERSHERIFF.

19

20   **SUP. HAHN:** OH, OKAY. ALL RIGHT. SO, I KNOW WE ARE ALL

21   REFERRING TO SOME OF HIS PRESS CONFERENCES, BUT THE PRESS

22   CONFERENCE LAST WEEK, THE SHERIFF SAID THAT HIS DEPARTMENT HAS

23   ALREADY IMPLEMENTED 30 OF THE 37 RECOMMENDATIONS SUGGESTED BY

24   R.A.N.D.    WOULD YOU HAVE MADE THOSE RECOMMENDATIONS, KNOWING

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  THAT THE DEPARTMENT HAD ALREADY IMPLEMENTED THEM? AND IF NOT,

2  HOW DO YOU RESPOND TO THE SHERIFF MAKING THAT CLAIM?

3

4  **SAM PETERSON:** WELL, I GUESS MY RESPONSE IS, AT THE TIME OF OUR

5  RESEARCH, WHICH, YOU KNOW, OUR OFFICIAL DATA COLLECTION

6  CONCLUDED LAST FALL, WITH OUR SURVEY. THOSE THINGS DID NOT

7  APPEAR TO BE IMPLEMENTED IN THE DEPARTMENT AT THAT TIME. AND

8  ADDITIONALLY, WHEN WE PROVIDED THE DEPARTMENT WITH THE REPORT

9  IN MARCH, WE DIDN'T GET FEEDBACK THAT "WE WERE ALREADY DOING,

10  YOU KNOW, 30 OF THE 37." I WOULD HAVE TO LOOK INTO EXACTLY HOW

11  MANY RECOMMENDATIONS WE MAKE IN THE REPORT. BUT WE CERTAINLY

12  COULD HAVE CONSIDERED THAT, AT THAT TIME, AS WELL, BECAUSE THE

13  REPORT HADN'T BEEN PUBLISHED.

14

15  **SUP. HAHN:** AND, I MEAN, DO YOU AGREE WITH THAT NOW?

16

17  **SAM PETERSON:** SORRY, WHICH ASPECT?

18

19  **SUP. HAHN:** THAT THEY HAVE IMPLEMENTED 30 OF THE

20  RECOMMENDATIONS THAT YOU HAVE MADE, OUT OF 37?

21

22  **SAM PETERSON:** I AM NOT SURE WHICH RECOMMENDATIONS ARE BEING

23  REFERRED TO, OR-- YOU KNOW, WE ENDED DATA COLLECTION, SO I

24  REALLY CAN'T  SAY, FROM OUR PERSPECTIVE.

25

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **SUP. HAHN:** OKAY. SO, I THINK, FOR ALL OF US-- I MEAN, I KNOW,

2    SINCE I HAVE BEEN A COUNTY SUPERVISOR, I'VE BELIEVED IN

3    BANNING THESE SUBGROUPS, THESE GANGS. I THINK THEY'RE

4    ABSOLUTELY INAPPROPRIATE FOR OUR SHERIFF'S DEPARTMENT, FOR ALL

5    THE REASONS THAT WE KNOW. THE SHERIFF INSISTS THAT HE CANNOT

6    BAN SUBGROUPS OUTRIGHT, BECAUSE IT COULD BE UNCONSTITUTIONAL.

7    CERTAINLY, THOUGH, ONE OF YOUR RECOMMENDATIONS IS, THE SHERIFF

8    SHOULD BAN THESE SUBGROUPS. DO YOU KNOW IF THERE IS ANY LEGAL

9    PRECEDENT TO BANNING SUBGROUPS, OR IF A COURT HAS RULED ON THE

10   CONSTITUTIONALITY OF BANNING SUBGROUPS BEFORE?

11

12   **SAM PETERSON:** THAT, SPECIFICALLY, WAS NOT SOMETHING WE LOOKED

13   INTO. I THINK, YOU KNOW, PART OF OUR PERSPECTIVE IS THAT, OF

14   COURSE, COUNTY COUNSEL WOULD WEIGH IN ON THAT, EXACTLY, AS

15   WELL.

16

17   **SUP. HAHN:** OKAY. WELL, I AM STRIKING OUT WITH YOU ON THIS. I'M

18   GOING TO GET MY STAFF AFTER THIS. SO, YOU MADE A LOT OF

19   RECOMMENDATIONS AT THE END OF THE REPORT. ACCORDING TO WHAT

20   YOU THINK YOU KNOW ABOUT THE SUPERVISOR'S AUTHORITY TO

21   IMPLEMENT ANY OF THESE RECOMMENDATIONS, DO YOU HAVE SOME THAT

22   YOU THINK SHOULD BE PRIORITIZED FOR US, AS WE MOVE FORWARD?

23

24   **SAM PETERSON:** THAT IS A GREAT QUESTION.

25

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THINK THAT IT IS ONLY, "OH, I NEED, YOU KNOW, BUDDIES, AND SO

2   I WILL JOIN THIS GANG." I THINK IT HAS TO DO WITH, REALLY,

3   WORSE BEHAVIORS THAN THAT: DISRESPECT OF THE COMMUNITY, AND

4   THE WAY-- I MEAN, JUST LOOK AT THE WAY YOU SORT OF PILE UP

5   POINTS; DISRESPECT FOR SOME OF YOUR OWN COLLEAGUES, WHO MAY

6   NOT BE LIKE YOU; AND JUST THE GENERAL, "LET'S HAVE A GANG OF

7   OUR OWN THAT IS JUST LIKE US, BECAUSE THAT IS FOR US, AND THEN

8   EVERYBODY ELSE IS NO GOOD, BECAUSE WE'RE THE GREAT KIDS IN

9   SCHOOL." SO I THINK THAT THE MOTION WILL BE VERY HELPFUL IN

10  SORT OF IDENTIFYING IF THERE IS ANYTHING ELSE, BUT I HONESTLY

11  DON'T THINK THAT WE WOULD RUN INTO A CONSTITUTIONAL BARRIER IN

12  BANNING THE GANGS. I THINK THAT THE SHERIFF, IN TALKING ABOUT

13  THAT IN THE PAST, HAS CONFUSED THAT WITH THE NOTION OF

14  TATTOOS, LIKE, "IF I PUT SOMETHING ON MY BODY, IS THAT AN

15  EXPRESSION OF-- YOU KNOW, I AM PROTECTED BY THE FIRST

16  AMENDMENT." AND THE ANSWER MIGHT BE, "WELL, THE TATTOO MIGHT

17  BE, BUT YOUR MEMBERSHIP, AND WHAT YOU DO IN THAT MEMBERSHIP,

18  IS NOT." SO I LOOK FORWARD TO MORE WORK ON THIS, AND I DIDN'T

19  MEAN IT AS A CRITIQUE. I THINK IF I HAD BEEN CHARGED WITH

20  WRITING RECOMMENDATIONS, I WOULD HAVE SAID, "BAN THE THINGS."

21  OTHERWISE, EVERYTHING YOU HAVE TO DO IS JUST TO SAY, "CAN'T

22  WE-- CAN'T YOU, LIKE, ALL GET ALONG? CAN'T WE DO BETTER?"

23  PERHAPS WE HAVE A SOFTER APPROACH. SO, NO CRITIQUE THERE, BUT

24  I THINK THAT IS SORT OF WHAT WE'RE LEFT WITH. THANK YOU VERY

25  MUCH, MADAM CHAIR.

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2   **SUP. SOLIS, CHAIR:** THANK YOU. ANY OTHER MEMBERS WISHING TO BE

3   RECOGNIZED? SUPERVISOR BARGER?

4

5   **SUP. BARGER:** THANK YOU, MADAM CHAIR. AS A SUPERVISOR WHO'S

6   CURRENTLY FIGHTING GANG SITUATIONS IN THE UNINCORPORATED AREA,

7   I DON'T TOLERATE GANGS IN OR OUT OF THE SHERIFF'S DEPARTMENT.

8   I THINK THAT TWO WRONGS DON'T MAKE A RIGHT. AND CLEARLY, IN

9   THIS REPORT, I FELT THAT YOU WERE VERY TEMPERED WITH HOW YOU

10  PRESENTED THE FACTS. AND SO I WAS VERY DISTURBED TO HEAR THE

11  SHERIFF'S CRITICISM, BECAUSE, IN FACT, I THOUGHT THIS REPORT

12  WAS VERY BALANCED IN TERMS OF SOME OF THE PROBLEMS THAT WE

13  KNOW EXIST, BUT ALSO RECOGNIZING THAT SOME OF THESE SUBGROUPS

14  ARE NOT NECESSARILY-- I THINK IT'S A-- I THINK NOT ALL HAVE

15  DEMONSTRATED PROBLEMATIC BEHAVIOR. SO I THINK IT IS IMPORTANT

16  FOR US TO DISTINGUISH THAT. AND I WANT TO KNOW, WERE THERE ANY

17  SUBGROUPS IDENTIFIED THAT HAD A PERCEPTION THAT WAS NOT

18  NEGATIVE?

19

20  **SAM PETERSON:** SO, YES. SO, WE TALK ABOUT THIS, GENERALLY, AS

21  THERE BEING A CONTINUUM OF GROUPS. SO, ANOTHER COMMON TYPE OF

22  GROUP, YOU MIGHT SAY, ARE PEOPLE WHO GET STATION TATTOOS; SO,

23  A TATTOO THAT REFLECTS THE LOGO OF THE STATION THAT THEY WORK

24  AT. THAT TYPE OF TATTOO IS USUALLY OPEN TO EVERYBODY TO GET.

25  AND WE ALSO HEARD ABOUT, FOR INSTANCE, YOU KNOW, A SET OF

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  **SUP. BARGER:** ALL RIGHT. AND THEN, IN CLOSING, I WILL JUST SAY

2  THAT THE SHERIFF,  WHO ACTUALLY, I THINK, WAS IN THE EAST L.A.

3  STATION, HAS ACKNOWLEDGED THE BANDITOS, AND SO THERE IS

4  KNOWLEDGE OF GANGS OR SUBGROUPS WITHIN THE DEPARTMENT. AND I

5  APPRECIATE THIS REPORT, BECAUSE I, AGAIN, DO BELIEVE IT IS

6  TEMPERED, AND I THINK IT'S CONSTRUCTIVE, IN TERMS OF MOVING

7  FORWARD, AND IT ACKNOWLEDGES THAT NOT ALL SUBGROUPS ARE

8  NECESSARILY BAD, BUT THEY CAN AT SOME POINT CROSS THAT LINE,

9  AND THE QUESTION IS, HOW DO WE MAKE SURE THAT THEY DON'T CROSS

10  THAT LINE? AND SO I APPRECIATE THE WORK THAT YOU HAVE DONE ON

11  THIS REPORT, AND LOOK FORWARD TO YOUR MOTION, CHAIRWOMAN

12  SOLIS. THANK YOU.

13

14  **SUP. SOLIS, CHAIR:** THANK YOU. I APPRECIATE EVERYBODY'S

15  QUESTIONS, MY COLLEAGUES, ON THE MATTER. AND I BROUGHT

16  FORWARD, I THINK, THE ORIGINAL MOTION A COUPLE YEARS BACK,

17  BECAUSE OF THE STRONG, COMPELLING INFORMATION THAT I RECEIVED

18  REGARDING THE GANGS THAT WERE FESTERING, AND HAVE BEEN, FOR

19  THE LAST 50 YEARS; NOT JUST IN L.A., BUT CENTURY AND OTHER

20  PARTS OF THE COUNTY. AND I DON'T THINK ANY OF US HAVE REALLY

21  NOT BEEN, MAYBE, APPROACHED ABOUT WHAT THIS REALLY MEANS TO

22  US, IN TERMS OF THE COUNTY. IT IS SO DISRESPECTFUL. AND I DO

23  FEEL BAD FOR THOSE GOOD DEPUTIES, ESPECIALLY THE NEW TRAINEES

24  THAT WERE BEATEN UP BY THE SO-CALLED GANG IN EAST L.A. I MEAN,

25  THEY DIDN'T EVEN BEGIN THEIR OFFICIAL DUTIES, BECAUSE THEY

EXHIBIT 63



# THE MEETING TRANSCRIPT OF
# THE LOS ANGELES COUNTY
# BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1          [REPORT OF ACTION TAKEN IN CLOSED SESSION ON

2              TUESDAY, DECEMBER 7, 2021, ON PAGE 220]

3

4

5    **SUP. MITCHELL, CHAIR:** SO GOOD MORNING, AND WELCOME TO THE

6    REGULARLY SCHEDULED MEETING OF THE L.A. COUNTY BOARD OF

7    SUPERVISORS, WHICH IS BEING HELD REMOTELY, AND TODAY IS, OF

8    COURSE, TUESDAY DECEMBER 7TH, 2021, AN IMPORTANT DAY IN OUR

9    NATION'S HISTORY 80 YEARS AGO. I WILL TAKE ROLL CALL. SO,

10   COLLEAGUES, PLEASE UNMUTE YOUR MIC AND RESPOND WHEN YOUR NAME

11   IS CALLED. SUPERVISOR SOLIS.

12

13   **SUP. SOLIS:** PRESENT.

14

15   **SUP. MITCHELL, CHAIR:** SUPERVISOR KUEHL.

16

17   **SUP. KUEHL:** HERE.

18

19   **SUP. MITCHELL, CHAIR:** SUPERVISOR HAHN.

20

21   **SUP. HAHN:** HERE.

22

23   **SUP. MITCHELL, CHAIR:** SUPERVISOR BARGER.

24

25   **SUP. BARGER:** HERE.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2    **SUP. MITCHELL, CHAIR:** FESIA DAVENPORT, C.E.O.

3

4    **FESIA DAVENPORT, C.E.O.:** PRESENT.

5

6    **SUP. MITCHELL, CHAIR:** RODRIGO CASTRO-SILVA, COUNTY COUNSEL.

7

8    **ATTORNEY:** I AM HERE.

9

10   **SUP. MITCHELL, CHAIR:** AND CELIA ZAVALA, EXECUTIVE OFFICER OF

11   THE BOARD.

12

13   **CELIA ZAVALA, E.O.:** HERE.

14

15   **SUP. MITCHELL, CHAIR:** GREAT, THANK YOU ALL. SUPERVISOR BARGER,

16   WOULD YOU DO US THE HONOR ON THIS SPECIAL DAY IN LEADING US IN

17   THE PLEDGE OF ALLEGIANCE?

18

19   **SUP. BARGER:** ABSOLUTELY. WILL YOU PLEASE STAND AND PLACE YOUR

20   RIGHT HAND OVER YOUR HEART. I PLEDGE ALLEGIANCE TO THE FLAG OF

21   THE UNITED STATES OF AMERICA AND TO THE REPUBLIC FOR WHICH IT

22   STANDS, ONE NATION, UNDER GOD, INDIVISIBLE, WITH LIBERTY AND

23   JUSTICE FOR ALL.

24

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  **SUP. MITCHELL, CHAIR:** THANK YOU, AND, WITH THAT, WE ARE GOING

2  TO BEGIN TODAY'S SESSION WITH A VERY, VERY, VERY SPECIAL

3  TRIBUTE TO OUR OUTGOING CHAIR, SUPERVISOR HILDA SOLIS. EACH

4  SUPERVISOR WILL, OF COURSE, BE GIVEN THE OPPORTUNITY TO MAKE A

5  FEW REMARKS, AND WE ARE GOING TO BEGIN WITH THE DISTRICT FIVE.

6

7  **SUP. BARGER:** THANK YOU, MADAM CHAIR. SUPERVISOR SOLIS, THANK

8  YOU SO MUCH FOR YOUR LEADERSHIP AS CHAIR THIS YEAR. I KNEW

9  WHEN YOU SERVED AS CHAIR PRO TEM ALONGSIDE ME LAST YEAR THAT

10  WE WOULD CONTINUE TO BE IN CAPABLE HANDS WHEN IT WAS TIME FOR

11  YOU TO TAKE GAVEL, AND YOU DID NOT DISAPPOINT. 2021 PRESENTED

12  OUR BOARD WITH MANY OPPORTUNITIES TO SERVE OUR COMMUNITIES.

13  EVERY STEP OF THE WAY, I ADMIRED YOUR PRESENCE IN THE THE

14  FIRST DISTRICT AND YOUR PASSION FOR THE AS A COUNTY AS A

15  WHOLE. I AM THANKFUL FOR YOUR SPIRIT OF COLLABORATION ON SOME

16  OF THE MOST PRESSING REGIONAL ISSUES. I ESPECIALLY THANK YOU

17  FOR YOUR PARTNERSHIP AS WE WORK TOGETHER TO SERVE PEOPLE

18  EXPERIENCING HOMELESSNESS. THIS CRISIS REQUIRES INPUT FROM OUR

19  CITIES AND COMMUNITIES, WHICH IS WHY I WAS SO THANKFUL YOU

20  GAVE OUR LOCAL PARTNERS A LISTENING EAR. I WAS PROUD TO

21  PARTNER WITH YOU TO CREATE THE $10 MILLION INTERIM HOUSING

22  SERVICE FUND AND THE BLUE RIBBON COMMISSION ON HOMELESSNESS,

23  BOTH OF WHICH SOUGHT TO FIND LOCAL SOLUTIONS. YOU HAVE BEEN A

24  CHAMPION FOR COMPASSIONATE CARE, AND I TRULY DO APPRECIATE

25  YOUR WORK TO SERVE THOSE EXPERIENCING HOMELESSNESS THROUGH

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2   **FESIA DAVENPORT, C.E.O.:** YES. THAT'S THE SAME PROCESS. SO WE

3   LOOK TO SEE -- ONCE WE ARE MADE AWARE, WE GO INTO ACTION. WE

4   WORK WITH THE DEPARTMENT AND TO SEE HOW THE BEST AND MOST

5   APPROPRIATE WAY TO COVER THE UNANTICIPATED EXPERIENCE.

6

7   **SUP. MITCHELL, CHAIR:** THANK YOU. THE DEPARTMENT EXCEEDED ITS

8   $129.6 MILLION OVERTIME BUDGET BY ALMOST HALF, $50.8 MILLION.

9   IS THAT AN AREA THAT YOU ARE GOING TO CONTINUE TO WORK WITH

10  THE SHERIFFS DEPARTMENT TO REDUCE OVERTIME AND ENSURE THAT

11  THEIR OVERTIME COSTS DON'T BALLOON INTO THE NEXT YEAR?

12

13  **FESIA DAVENPORT, C.E.O.:** SO WE ARE CERTAINLY COMMITTED TO

14  CONTINUING TO WORK WITH THE DEPARTMENT TO MONITOR THOSE

15  EXPENSES, SO THE ANSWER IS YES.

16

17  **SUP. MITCHELL, CHAIR:** I HAVE HEARD IN CONVERSATIONS WITH THE

18  SHERIFF THAT A PART OF THE OVERTIME CHALLENGE IS TRYING TO GET

19  NEW HIRES INTO THE DEPARTMENT. BUT THE REPORT ALSO NOTES THAT

20  YOUR OFFICE GAVE THE SHERIFFS DEPARTMENT APPROVAL TO HIRE

21  THREE ACADEMY CLASSES WITH 87 RECRUITS BUDGETED PER CLASS.

22  GIVEN THAT THIS IS PARTLY INTENDED TO MANAGE OVERTIME COSTS,

23  WILL THE HIRING OF NEW DEPUTIES RESULT IN NET SAVINGS, AND IF

24  NOT, WILL OTHER STRATEGIES BE IDENTIFIED TO GET THE DEPARTMENT

25  SPENDING WITHIN BUDGET?

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    APPLIED WHAT I THINK MIGHT BE CALLED A LITTLE ADULT

2    SUPERVISION, WITH THE HELP OF THE C.E.O., AND WITH THAT ADULT

3    SUPERVISION, THE SHERIFF MANAGED TO END UP IN THE GREEN THIS

4    YEAR AND NOT IN THE RED. CLOSING WITH A SURPLUS, AS WE HAVE

5    HEARD, AND ALSO PAYING OFF A $63.4 MILLION LOAN THAT WAS

6    PROVIDED IN 2018-2019 TO FINANCE THE DEFICIT, ESSENTIALLY.

7    NOW, THE PANDEMIC, OF COURSE, RESULTED IN ECONOMIC AND

8    OPERATIONAL SHUTDOWNS, WHICH DID HELP TO REDUCE THE OVERTIME

9    COSTS, BUT NOT BECAUSE ANYONE TOOK AN ACTION TO DO IT. BUT IT

10   DID HELP FINANCIALLY. BUT AS SERVICES START TO OPEN UP AGAIN,

11   MY EXPECTATION IS IS THAT OVERTIME COSTS NEED TO BE CLOSELY

12   WATCHED SO THEY DON'T SPIRAL UP AGAIN TO PRE-PANDEMIC LEVELS.

13   SO NOW THAT ALL OF THE LOW HANGING FRUIT, ONE-TIME MITIGATION

14   EFFORTS HAVE BEEN IMPLEMENTED, WE HAVE TO CONTINUE TO TAKE

15   THIS CLOSE LOOK AT THE OPERATIONS BUDGET TO MAKE CERTAIN THAT

16   THE SHERIFF STAYS WITHIN IT BECAUSE THE EVIDENCE IN THE PAST

17   HAS BEEN A KIND OF A LACK OF INTEREST OF STAYING WITHIN THE

18   BUDGET. SO ADULT SUPERVISION CONTINUES TO BE A NECESSITY,

19   WHICH IS WHY WE -- I AGREE WITH FESIA WITH THE RECOMMENDATIONS

20   OF THINGS TO KEEP IN PLACE THE HARD HIRING FREEZE, THE

21   PURCHASING CONTROLS, THE SET ASIDE OF MONEY, SO THAT WE CAN

22   MAKE CERTAIN THAT THESE CONTROLS STAY IN EFFECT AND WORK. SO

23   THANKS SO MUCH TO THE C.E.O. FOR TAKING THESE ACTIONS AND

24   ESSENTIALLY DEALING WITH THE SHERIFFS DEPARTMENT DAY TO DAY

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  ABOUT THEM. AND I VERY MUCH APPRECIATE THE REPORT. THANK YOU,

2  MADAM CHAIR.

3

4  **SUP. MITCHELL, CHAIR:** THANK YOU, SUPERVISOR HAHN, WHO WILL BE

5  FOLLOWED BY SUPERVISOR BARGER.

6

7  **SUP. HAHN:** THANK YOU, MADAM CHAIR. THIS WAS A VERY INTERESTING

8  READ, THIS REPORT. AND I THINK WE HAVE FOUND A LOT OF THINGS

9  THAT WERE MAYBE A BIT SURPRISING. BUT TO THE C.E.O., THERE IS

10 THIS, I THINK IT IS A MYTH, THAT WE ARE DEFUNDING OUR SHERIFF.

11 AND I KNOW HE HAS PERPETUATED THAT BY ACTUALLY HOLDING PRESS

12 CONFERENCES THAT SAYS HE IS BEING DEFUNDED. WHAT I AM SEEING

13 HERE IS THAT HIS TOTAL BUDGET IS $3.6 BILLION, WHICH SEEMS

14 LIKE IT IS MORE THAN IT WAS LAST YEAR. SO WHAT'S THE TRUTH FOR

15 EVERYONE LISTENING? IS HE RECEIVING MORE OR LESS MONEY THAN HE

16 DID IN THE PAST? THAT'S TO FESIA.

17

18 **FESIA DAVENPORT, C.E.O.:** I'M SORRY. I WAS MUTED, SUPERVISOR

19 HAHN. THANK YOU FOR THE QUESTION. HIS BUDGET IS ABOUT THE SAME

20 BETWEEN THIS YEAR AND LAST YEAR. AND LET ME JUST ADDRESS THE

21 DEFUNDING ISSUE. IN 2019, THE BOARD APPROVED THE C.E.O.'S

22 RECOMMENDATION TO SET ASIDE ABOUT $143.7 MILLION IN THE

23 SHERIFF SHERIFFS BUDGET FOR SERVICES AND SUPPLIES. WHAT

24 ESSENTIALLY HAPPENED, SUPERVISORS, IS WE SET THAT MONEY ASIDE

25 AT THE OUTSET OF THE BUDGET YEAR.

# THE MEETING TRANSCRIPT

OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2  **SUP. HAHN:** THAT'S NOT THE ANSWER THAT WE WANTED. SORRY, GO

3  AHEAD.

4

5  **FESIA DAVENPORT, C.E.O.:** WE ARE NOT DEFUNDING HIM. AND WE'RE

6  NOT DEFUNDING -- AND THE $143.7 MILLION  GOES BACK INTO HIS

7  BUDGET OVER TIME OVER THE COURSE OF THE FISCAL YEAR.

8

9  **SUP. HAHN:** THAT WAS THE OTHER THING WAS WHERE DOES THIS MONEY

10  GO. SO IT GOES BACK INTO HIS BUDGET?

11

12  **FESIA DAVENPORT, C.E.O.:**  THAT IS CORRECT. IT GOES BACK INTO -

13  -

14

15  **SUP. HAHN:** SO TO THE PUBLIC, WE ARE NOT DEFUNDING OUR SHERIFFS

16  DEPARTMENT. AND THAT'S GOOD TO KNOW. LET ME FOLLOW UP A LITTLE

17  BIT. I THINK SUPERVISOR MITCHELL ALLUDED TO THIS, BUT LET ME

18  FOLLOW UP ON THE HIRING FREEZE. CAN YOU EXPLAIN THE HIRING

19  FREEZE BECAUSE, AGAIN, THE SHERIFF SEEMS TO INDICATE THAT HE

20  CAN'T HIRE ANY PERSONNEL? BUT MY UNDERSTANDING IS THAT HE CAN

21  HIRE BUT JUST HAS TO GO THROUGH AN APPROVAL PROCESS WITH YOUR

22  OFFICE. HOW DOES IT WORK THIS HIRING FREEZE?

23

24  **FESIA DAVENPORT, C.E.O.:** YES, YOU ARE CORRECT, SUPERVISOR. SO

25  ESSENTIALLY WHAT WE ARE LOOKING FOR IS THE DEPARTMENT WILL

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    SUBMIT A REQUEST TO HIRE, FOR EXAMPLE, DEPUTIES THAT ARE

2    COMING INTO A NEW ACADEMY. WHAT WE ARE REALLY LOOKING FOR,

3    SUPERVISORS, IS TO MAKE SURE THAT THE DEPARTMENT HAS A

4    SUFFICIENT NUMBER OF VACANCIES SO THAT THE FOLKS THAT THE

5    SHERIFF INTENDS TO HIRE HAS BASICALLY A LANDING SPOT, A

6    POSITION IN THE DEPARTMENT. AND SO, WE ARE LOOKING FOR A ONE

7    TO ONE MATCH. ONCE WE CONFIRM THAT, WE APPROVE THE HIRES. SO

8    WE ARE USING THE AMOUNT OF VACANCIES TO LIMIT THE NUMBER OF

9    HIRES. THAT'S BASICALLY -- IT'S CALLED  AN EXCEPTION. AND SO,

10   IT'S AN EXCEPTION TO THE HIRING FREEZE. THE HIRING FREEZE DOES

11   NOT PROHIBIT, IT IS NOT A BLANKET PROHIBITION ON HIRING.

12

13   **SUP. HAHN:** I THINK THAT'S ALSO IMPORTANT FOR THE PUBLIC TO

14   HEAR. AGAIN, I THINK EVERYONE IS HEARING REPORTS OF CRIME

15   RISING, AND YET WE HAVE A NARRATIVE SOMETIMES COMING FROM THE

16   SHERIFF SAYING HE IS NOT ALLOWED TO HIRE MORE PERSONNEL. SO

17   THIS IS A GOOD CLARIFICATION FOR THE PUBLIC. AND MY LAST

18   QUESTION IS, EVEN WITH THE ADJUSTED SURPLUS, IT IS A $22

19   MILLION SURPLUS IN THE SHERIFFS DEPARTMENT'S BUDGET. AND I

20   KNOW THAT YOU ARE RECOMMENDING THAT WE KEEP THOSE CONTROLS IN

21   PLACE UNTIL HIS BUDGET IS STABILIZED. SO I THINK, FOR ME, AND

22   MAYBE THE PUBLIC, WHAT DO YOU THINK IT WOULD TAKE FOR HIS

23   BUDGET TO BECOME STABILIZED? AND WHAT WILL IT TAKE FOR YOU, AS

24   OUR C.E.O., TO SAY YOU FEEL COMFORTABLE REMOVING THOSE

25   RESTRAINTS?

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    OUR RESIDENTS OF L.A. COUNTY, AND I THINK WE ARE WALKING A

2    GOOD LINE. THE PUBLIC NEEDS TO KNOW WE ARE WORKING TOGETHER.

3    AND WE DO HAVE A COMMON GOAL HERE. SO THANK YOU, MADAM CHAIR.

4

5    **SUP. MITCHELL, CHAIR:** THANK YOU, SUPERVISOR BARGER.

6

7    **SUP. BARGER:** THANK YOU, MADAM CHAIR. ACTUALLY, SUPERVISOR HAHN

8    ASKED SOME OF MY QUESTIONS. BUT FESIA, I JUST WANT TO

9    UNDERSTAND, FIRST OF ALL, I DON'T THINK IT IS PERCEPTION THAT

10   CRIME IS GOING UP. I HEAR FROM MY CONSTITUENTS CONSTANTLY NOW

11   WITH THE NEWS IN THE MORNING TO FIND OUT THAT SOMEONE IS BEING

12   FOLLOWED HOME, SHOT, BURGLARIZED, SMASH AND GRAB. AND IN THE

13   UNINCORPORATED AREAS, MY CONSTITUENTS FEEL LIKE THERE AREN'T

14   ENOUGH SHERIFFS DEPUTIES. TO YOUR POINT, SUPERVISOR HAHN,

15   SHERIFF VILLANUEVA PUSHES THAT NARRATIVE. AND IN FACT, MY GOAL

16   IS TO MAKE SURE THAT WE ARE HIRING BEHIND THE VACANCIES THAT

17   ARE ON THE BOOKS. AND I AM TRYING TO UNDERSTAND, AS IT RELATES

18   TO THE ACADEMY CLASS, ONE OF THE THINGS HE SAID IS THAT IT'S

19   BEEN REDUCED FROM EIGHT CLASSES TO FOUR. AND THAT'S PART OF

20   WHY HE IS NOT ABLE TO KEEP UP WITH THE VACANCIES. FESIA, DO

21   YOU HAVE ANY KNOWLEDGE REGARDING THE FACT THAT IT WAS REDUCED

22   FROM EIGHT TO FOUR?

23

24   **FESIA DAVENPORT, C.E.O.:** YES, THANK YOU, SUPERVISOR BARGER. I

25   BELIEVE IT WAS IN THE '19-'20 BUDGET, THE DEPARTMENT, AS WE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    IS THAT IN FACT THOSE CLASSES HAVE SUFFICIENT NUMBER TO FILL

2    BEHIND THE VACANCIES, CORRECT?

3

4    **FESIA DAVENPORT, C.E.O.:** SUPERVISOR, I WOULDN'T SAY -- SO WE

5    KNOW THAT TWO THINGS HAVE OCCURRED. THERE IS NATURAL

6    ATTRITION. WE HAVE FOLKS THAT WILL LEAVE DURING A REGULAR

7    COURSE OF BUSINESS, AND WE ALSO KNOW THAT DURING COVID, WE

8    PROBABLY HAVE HAD MORE PEOPLE WHO HAVE SOUGHT TO RETIRE THAN

9    MAYBE THEY OTHERWISE WOULD HAVE. UNDER IDEAL CIRCUMSTANCES,

10   THE NUMBER OF THE INCOMING ACADEMY CLASSES WOULD MATCH THE

11   NUMBER OF VACANCIES OR BE SUBSTANTIALLY SIMILAR AT ANY GIVEN

12   POINT IN TIME. I DON'T THINK THAT'S THE CASE FOR THE

13   DEPARTMENT. I THINK THAT FOUR ACADEMIES WOULD BE ABOUT 350 NEW

14   HIRES IN A YEAR. AND I BELIEVE THAT THE VACANCY AMOUNT EXCEEDS

15   THAT. ALTHOUGH I DON'T HAVE THAT NUMBER. IT IS IN THE REPORT.

16   I THINK THE VACANCY RATE MIGHT BE ABOUT 600.

17

18   **SUP. BARGER:** SO THE SHERIFF IS CORRECT THAT WE AREN'T ALLOWING

19   HIM TO HIRE TO FILL HIS VACANCIES?

20

21   **FESIA DAVENPORT, C.E.O.:** THE SHERIFF IS BEING LIMITED TO THE

22   FOUR ACADEMIES, AND THE 600 THAT WE ARE SEEING, I DON'T KNOW

23   IF THAT IS THE -- THE NUMBER THAT WE WOULD NORMALLY SEE IN

24   LET'S SAY A NON-COVID YEAR. BUT I WILL SAY THAT THE 348 THAT

25   WILL BE HIRED IN FOUR ACADEMIES WOULD NOT BE ENOUGH TO FILL

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    THE CURRENT -- THE VACANCIES AS OF THE DATE IN THE REPORT,

2    WHICH I THINK IS ABOUT 600.

3

4    **SUP. BARGER:** SO THE NARRATIVE THAT THE SHERIFF IS GIVING THAT

5    WE ARE NOT AUTHORIZING HIM TO HAVE A CLASS TO FILL THE

6    VACANCIES IS ACCURATE, BASED ON COST? I AM SHOCKED AT $12

7    MILLION PER CLASS. THAT'S EXPENSIVE.

8

9    **FESIA DAVENPORT, C.E.O.:** SO I THINK -- YEAH, THAT IF HE DID

10   THE FOUR -- IF THE DEPARTMENT DID FOUR CLASSES A YEAR, IF

11   THEIR VACANCIES ARE MORE THAN ABOUT 350 DURING THAT YEAR, GIVE

12   OR TAKE, THEN YES, THERE WOULD BE THAT VARIANCE.

13

14   **SUP. BARGER:** I DON'T KNOW IF YOU CAN ANSWER THIS, FESIA, AND

15   IF YOU CAN'T, WE WILL RESEARCH IT. I KNOW THAT WE HAVE OUR OWN

16   ACADEMY, AND I KNOW RIO HONDO HAS AN ACADEMY. I WOULD BE

17   CURIOUS TO KNOW HOW MUCH IT COSTS THEM TO RUN THEIR ACADEMY?

18

19   **FESIA DAVENPORT, C.E.O.:** I DON'T HAVE THAT INFORMATION AT MY

20   FINGERTIPS, BUT WE CAN CERTAINLY FIND OUT WHAT THAT COST IS IN

21   RELATION TO OUR COST AND THEN GET BACK TO YOUR OFFICE.

22

23   **SUP. BARGER:** OKAY BECAUSE, JUST IN CLOSING, I DO HAVE SERIOUS

24   CONCERNS WITH THE VACANCIES THAT ARE CURRENTLY ON THE BOOKS.

25   AND THEN KNOWING THAT WE ARE GOING TO HAVE INDIVIDUALS

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1   **FESIA DAVENPORT, C.E.O.:** YEAH, I JUST WANTED TO MAKE SURE I

2   CLARIFIED THAT SO I AM TALKING APPLES TO APPLES.

3

4   **SUP. KUEHL:** I THINK, KATHRYN, WE ARE GOING TO HAVE A COUPLE

5   OTHER THINGS GOING ON, THOUGH, TOO. ONE IS  MAYBE IT WOULD BE

6   GOOD TO KNOW HOW THE VACANCIES WERE FILLED WITH THE ACADEMY

7   CLASSES THE PAST COUPLE OF YEARS. LET'S SEE WHAT THE RECORD IS

8   AND IF HE IS REALLY DOING IT BECAUSE TO SAY OH YOU AREN'T

9   GIVING ME ENOUGH MONEY, BUT HE ISN'T PUTTING THE RECRUITS TO

10  WORK, ETC., I THINK THAT WOULD BE GOOD FOR US TO KNOW. THE

11  OTHER THING IS WE MAY BE LOOKING AT HAVING TO SAY TO MANY

12  SHERIFFS DEPUTIES, YOU CONTINUE TO REFUSE TO BE VACCINATED.

13  YOU ARE NOT FULFILLING THE REQUIREMENT OF THE COUNTY. YOU DO

14  NOT HAVE AN EXEMPTION. I AM SORRY YOU ARE OUT OF HERE. AND

15  THAT IS SOMETHING THAT THE BOARD THEN WILL WANT TO CONSIDER IN

16  RAISING THE ACADEMY CLASSES, NOT TO MENTION WHETHER WE WANT TO

17  REQUIRE VACCINATION TO GET INTO THE ACADEMY CLASSES, ALL OF

18  WHICH I THINK WE SHOULD TALK ABOUT OVER THE NEXT FEW MONTHS.

19

20  **SUP. BARGER:** NOTED. ALL RIGHT, THANK YOU, MADAM CHAIR.

21

22  **SUP. MITCHELL, CHAIR:** THANK YOU. SUPERVISOR SOLIS.

23

24  **SUP. SOLIS:** THANK YOU, I WANT TO THANK MY COLLEAGUES FOR THEIR

25  QUESTIONS. I THINK ONE OF MY CONCERNS THAT'S ALREADY BEEN

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    STATED IS THE MISINFORMATION THAT'S OUT THERE AND IT'S BEEN

2    GENERATED BY THE SHERIFF TO OUR INDEPENDENT CITIES, STATING

3    THAT SOMEHOW, NOT JUST IN THIS EXAMPLE THAT WE'RE NOT HIRING

4    DEPUTIES,   BUT ALSO WITH METRO. AND AS YOU CAN SEE AS OF LAST

5    WEEK, THAT WAS NOT THE CASE. WE ACTUALLY HELPED TO SUSTAIN

6    THREE CONTRACTS WITH L.A.P.D., WHO HAD MORE OVERTIME THAN EVEN

7    OUR SHERIFFS, AND LONG BEACH AS WELL AS THE SHERIFF. SO I

8    THINK PEOPLE NEED TO CHECK ON SOME OF THE THINGS THAT HE

9    STATES, AND WHEN HE PUTS THOSE BITS OF INFORMATION OUT ON

10   FACEBOOK OR HIS WEDNESDAY MEETING, I THINK PEOPLE NEED TO FACT

11   CHECK THAT, AND WE SHOULD BE DOING THAT TOO AS A COUNTY. I AM

12   CONCERNED, AGAIN, ABOUT SERVICE IN THE UNINCORPORATED AREAS,

13   FOR EXAMPLE, IN EAST L.A. WHERE WE HAVE A VERY, VERY BUSY AND

14   VOLATILE COMMUNITY. MANY THINGS HAPPEN, NOT ALL NEGATIVE, BUT

15   BY AND LARGE WHEN I CONTINUE TO GET COMPLAINTS WHEN DEPUTIES

16   ARE CALLED TO COME TO THE SCENE OF A CRIME OR SOME ISSUE HAS

17   TO BE ADDRESSED THAT THEIR TIME TO GET TO THOSE PLACES VARIES

18   FAR AND WIDE. SOME OF THE EXCUSES I GET IS THAT WELL, THEY ARE

19   ASSIGNED TO THE DEPUTIES ASSIGNED IN EAST L.A. ARE ACTUALLY

20   DOUBLE BOOKED BECAUSE THEY GO TO CONTRACT CITIES. SO IN FACT,

21   I BELIEVE IN MANY CASES WE ARE SUBSIDIZING HIS CONTRACT FOR

22   CONTRACT CITIES. AND THAT IS REALLY A DISSERVICE FOR MY

23   RESIDENTS, NOT JUST IN EAST L.A., BUT EVEN CITY OF COMMERCE

24   AND THE SOUTHEAST COMMUNITIES BECAUSE WE HAVE HAD MANY

25   INCIDENTS THAT OCCUR, AND WE STILL DO NOT SEE ENOUGH PRESENCE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    IN THE JUSTICE SYSTEM, SORRY ABOUT THAT, TO FIND WAYS TO HAVE

2    SOMEWHERE ELSE FOR THESE WOMEN TO GO SO THEY CAN GET THE

3    SERVICES THAT THEY NEED, MEDICALLY, AND ALSO REHABILITATIVE

4    SERVICES TO LOOK AT WAYS TO PREVENT FUTURE INCARCERATION. SO

5    THAT IS SOMETHING THAT WE ARE WORK WITHING THE DEPARTMENT

6    WITH, AND WE DO CONTINUALLY ASK THE DEPARTMENT TO REVIEW THE

7    CHARGES OF SOME OF THESE INDIVIDUALS. AND THIS APPLIES TO

8    PERSONS ALSO WHO ARE NOT PREGNANT AND IN CUSTODY. RIGHT? WE

9    ARE LOOKING AT WAYS THAT WE CAN REDUCE THE JAIL POPULATION

10   BECAUSE, OBVIOUSLY, EVERYONE IN THE JAIL IS SAFER IF IT IS AT

11   ITS RATED CAPACITY. SO THAT'S FIRST AND FOREMOST. BUT WE WILL

12   CONTINUE TO EXPLORE WAYS TO SPECIFICALLY TO HAVE PREGNANT

13   WOMEN RELEASED. I DO BELIEVE THAT THE OFFICE OF DIVERSION AND

14   REENTRY IS INVOLVED IN MAKING SURE THAT PROGRAMS ARE AVAILABLE

15   FOR THESE WOMEN. THAT'S SOMETHING THAT MS. BELTZ MIGHT SPEAK

16   TO MORE DIRECTLY THAN I COULD, BUT I HAVE BEEN INVOLVED IN

17   MEETINGS WHERE I HAVE HEARD JUDGE ESPINOZA SPEAK ABOUT

18   PREGNANT WOMEN AND MAKING SURE THAT THEY ARE PUT INTO

19   ALTERNATIVE FORMS OF INCARCERATION.

20

21   **SUP. KUEHL:** I WOULD BE INTERESTED TO FOLLOW UP ON WHAT YOU

22   SAID ABOUT THE SHERIFF THINKING THAT THERE WERE IMPEDIMENTS

23   BECAUSE SOMETIMES I THINK THAT THERE MAY BE A MISUNDERSTANDING

24   OR A MISINTERPRETATION OF AN ABILITY TO FIND AN ALTERNATIVE

25   PLACEMENT. AND WE BRING A LOT OF MOTIONS, BUT IT IS KIND OF

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  DEEP CONCERN THAT THEY DIDN'T SEE PREGNANT WOMEN RELEASED AT

2  THE SAME RATE AS OTHERS DURING COVID. SO I WILL JOIN YOU IN

3  THAT. I SAW THE HANDS OF SUPERVISOR SOLIS FOLLOWED BY

4  SUPERVISOR BARGER.

5

6  **SUP. SOLIS:** THANK YOU SO MUCH, MADAM CHAIR, FOR HOLDING THE

7  ITEM, AND I TOO, SOME HAVE GREAT CONCERNS. BUT I, FIRST OF

8  ALL, WANT TO THANK THE INSPECTOR GENERAL AND HIS TEAM FOR

9  ISSUING THIS QUARTERLY REPORT. BUT AS I KNOW SOME OF US IN THE

10 FEEL RIGHT NOW A BIT OF FRUSTRATION BECAUSE OF THE LACK OF

11 COOPERATION FROM THE SHERIFFS DEPARTMENT WHEN IT COMES TO

12 PROVIDING LEGALLY MANDATED MATERIALS AND DOCUMENTS TO THE

13 INSPECTOR GENERAL AND THE OTHER ENTITIES LIKE THE CIVILIAN

14 OVERSIGHT COMMISSION. IF PEOPLE RECALL, THE BOARD CREATED THE

15 O.I.G. AND C.O.C. BECAUSE RESIDENTS DEMANDED TRANSPARENCY AND

16 A CHANGE OF THE SHERIFF AND THE SHERIFFS DEPARTMENT, AND WE

17 KNOW THAT 72 PERCENT OF VOTERS IN L.A. COUNTY OVERWHELMINGLY

18 SUPPORTED MEASURE R.  THEY GAVE OUR C.O.C. SUBPOENA POWER

19 BECAUSE THEY WANTED TO HOLD THE SHERIFF AND THE DEPARTMENT

20 ACCOUNTABLE FOR MISCONDUCT. SO I DO HAVE A COUPLE OF

21 QUESTIONS. THE ONE I'D LIKE TO START WITH IS, AGAIN, TO

22 EXPRESS MY FRUSTRATION, AND THIS IS FOR DARA IF SHE CAN ANSWER

23 IT, WITH RESPECT TO BODY WORN CAMERAS. I CONTINUE TO BE

24 CONCERNED THE SHERIFF IS NOT ADHERING TO ANY OF THE

25 RECOMMENDATIONS REGARDING BODY CAMERA FOOTAGE AND ITS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    COUNTY COUNSEL, AND THEY KNOW OF ALL OF THE SHERIFFS

2    DEPARTMENT'S FAILURES TO PROVIDE US WITH INFORMATION.

3    UNFORTUNATELY, THAT IS WHAT WE ARE LEFT WITH DESPITE OBVIOUS

4    NEW TOOLS THAT WE WERE GIVEN BY THE STATE LEGISLATURE IN ORDER

5    TO ENFORCE OUR OVERSIGHT FUNCTIONS. THAT INCLUDES IN JANUARY A

6    NEW STATUTE WILL COME INTO EFFECT WITH DEPUTY GANGS, AND, IN

7    FACT, IT LABELS THEM AS DEPUTY GANGS. THAT'S PENAL CODE 13670,

8    AND WE ARE NOT ONLY TASKED REALLY WITH INVESTIGATING THAT, I

9    GUESS I SHOULDN'T SAY TASKED, THE BOARD HAS TASKED US WITH

10   THAT, BUT THE STATUTE GIVES US THE POWER TO CONDUCT THESE

11   INVESTIGATIONS. AND ANOTHER GOVERNMENT CODE SECTION 25303.7

12   SPECIFICALLY SAYS THAT INVESTIGATIONS BY AN INSPECTOR GENERAL

13   DO NOT INTERFERE OR OBSTRUCT SHERIFFS DEPARTMENT OR LAW

14   ENFORCEMENT INVESTIGATIONS.

15

16   **SUP. SOLIS:** IT IS A SHAME. I WOULD IMAGINE WE ARE GOING TO

17   NEED TO REALLY DRILL DOWN ON THIS FURTHER SINCE  WE DO NOT

18   HAVE THE COOPERATION OF THE SHERIFF OR THE DEPARTMENT. BUT I

19   DID HAVE ONE, MAYBE TWO MORE COMMENTS. ONE DEALING WITH

20   CUSTODY DEATHS BECAUSE I CONTINUE TO BE CONCERNED ABOUT THE

21   NUMBER OF DEATHS IN OUR JAILS AS WELL AS SUICIDES OCCURRING IN

22   THE JAILS. AND I'M TROUBLED BECAUSE INITIAL REPORTS INDICATE

23   THAT WHEN INDIVIDUALS ARE FOUND, THEY ARE FOUND UNRESPONSIVE.

24   IS ANYONE THERE POSSIBLY ABLE TO ANSWER THIS QUESTION OF HOW

25   THOROUGH ARE THE DEATH REVIEWS THAT ARE CONDUCTED AFTER DEATHS



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1  **SUP. BARGER:** THIS BOARD HAS BEEN VERY FOCUSED, EARLY ON, WHEN

2  ACTUALLY MARK ALLEY WAS OVER THE JAILS, ABOUT PROVIDING

3  RECRUITMENT RESOURCES TO GET INDIVIDUALS TO BE HIRED AND

4  PLACED IN OUR JAILS. AND I DON'T THINK IT HAS  GOTTEN ANY

5  BETTER THERE. SO I THINK THAT ASIDE FROM WHAT WE'RE TALKING

6  WITH THE SHERIFF ON THIS REPORT, IT WOULD BENEFIT THIS BOARD

7  TO UNDERSTAND, FROM YOUR PERSPECTIVE, AND NOT TODAY, BUT YOU

8  CAN TOUCH ON IT, WHAT RESOURCES ARE NEEDED AND WHERE YOU FIND

9  DEFICIENCIES BECAUSE I AGREE WITH SUPERVISOR SOLIS, IF YOU --

10  YOU HAVE TO WAIT THAT LONG, AND YOU ARE IN PAIN, THAT IS,

11  WHETHER IT IS OUTSIDE THE JAIL OR INSIDE THE JAIL, IS NOT

12  HUMANE. SO I THINK THAT WE NEED TO LOOK AT THAT FROM NOT THE

13  LENS OF L.A.S.D., BUT FROM THE LENS OF D.H.S. GIVING YOU THE

14  RESOURCES YOU NEED TO DO YOUR JOB IN THE JAILS.

15

16  **TIM BELAVICH:** THANK YOU FOR THE COMMENTS FOR MY STAFF ON THOSE

17  REPORTS. I WILL DEFINITELY PASS THAT ALONG AND APPRECIATE

18  THAT. BUT IN TERMS OF OUR HIRING AND RECRUITMENT PROCESS, YES

19  IT IS CHALLENGING. THIS IS A DIFFICULT PLACE TO WORK. AND WE

20  ARE NOT SET UP TO BE A HEALTHCARE PROVIDER. WE DO NOT HAVE

21  STATE OF THE ART CLINICS OR FACILITIES. SO THE PEOPLE WHO DO

22  COME TO WORK HERE ARE VERY DEDICATED TO THE WORK THEY DO. THE

23  RECRUITMENT PROCESS IS VERY CHALLENGING, AND, JUST OVERALL,

24  THE COUNTY HIRING PROCESS IS VERY DIFFICULT. IT COULD TAKE

25  ANYWHERE FROM SIX TO EIGHT MONTHS TO BRING A PERSON ON BOARD



# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    OF THING, WHICH WE ARE NOW IDENTIFYING A HIGHER LEVEL OF CRIME

2    THAT WE HAVE VERY LIMITED AUTHORITY TO REMOVE.

3

4    **SUP. BARGER:** SO THE SECOND PART OF THE O.I.G. REPORT TALKS

5    ABOUT THINGS YOU NEED TO DO FOR THOSE THAT CAN'T BE RELEASED,

6    WHICH I AGREE. ENSURING THE BOTTLED WATER, PRE-NATAL DIETS,

7    ACCESS TO PROGRAMS BECAUSE WE WANT THEM TO BE TAKEN CARE OF,

8    THE BABY, YOU KNOW, IN -- I THINK IT IS IMPORTANT FOR US TO

9    RECOGNIZE THAT THERE ARE NEEDS ABOVE AND BEYOND WHAT TYPICALLY

10   A WOMAN MAY NEED IN CUSTODY. SO I DON'T THINK YOU DISAGREE

11   WITH THOSE TYPE OF SUPPORT SERVICES OR MEDICAL SERVICES TO --

12   FOR WOMEN THAT ARE PREGNANT THAT ARE INCARCERATED.

13

14   **ASSISTANT SHERIFF CORBETT:** AGREED, SUPERVISOR. IN FACT, THAT

15   IS WHERE I WAS MAKING MENTION EARLIER WITH THE DOULA PROGRAM

16   AND THE OTHER PROGRAMS THAT WE ARE DOING TO TRY TO SUPPORT THE

17   PREGNANT FEMALES, DURING THEIR PREGNANCY AND AFTER THEY GIVE

18   BIRTH. AGREED, ALL OF THOSE WE THINK ARE IMPORTANT.

19

20   **SUP. BARGER:** AND THEN LAST BUT NOT LEAST, THIS IS MORE OF A

21   STATEMENT, AS IT RELATES TO THE O.I.G. AND THE COMMENT THAT

22   YOU ARE NOT BEING PROVIDED ACCESS, IT IS UNFORTUNATE. AND

23   ASSISTANT SHERIFF CORBETT, THIS IS NOT FOR YOU TO RESPOND

24   BECAUSE I DON'T WANT TO PUT YOU IN AN AWKWARD POSITION. IT IS

25   UNFORTUNATE THAT WE DON'T HAVE OR YOU DON'T HAVE THE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    RELATIONSHIP WITH THE SHERIFF THAT HAS TRANSPARENCY BECAUSE WE

2    DON'T KNOW, AS IT RELATES TO THE CAMERAS, THAT THEY AREN'T

3    DOING WHAT YOU SAY THEY ARE DOING, AND WHERE I GET FRUSTRATED

4    IS, WHEN I GO OUT TO THE DIFFERENT STATIONS, AND I TALK TO THE

5    SHERIFF'S DEPUTIES, THEY ARE DOING THEIR JOB, AND THEY ARE

6    WORKING HARD, AND THEY APPRECIATE THE CAMERAS, AND IN FACT

7    RECOGNIZE THAT THIS IS A TOOL THAT GOING TO PROTECT THEM AS

8    MUCH AS PROTECT THE PUBLIC. AND SO, I AM NOT GOING TO ASSUME

9    THEY ARE NOT DOING IT. I AM GOING TO ASSUME THE HIERARCHY IN

10   THE DEPARTMENT IS NOT PROVIDING YOU THAT INFORMATION, QUITE

11   FRANKLY, BECAUSE THEY DON'T FEEL LIKE THEY HAVE TO. AND I'M

12   SURE THERE ARE THOSE INSTANCES WHERE PEOPLE HAVING TO GET USED

13   TO TURNING ON THEIR CAMERAS BECAUSE IT IS A NEW PRACTICE FOR

14   MANY, BUT I, HONESTLY, BELIEVE THAT THE MAJORITY OF THOSE THAT

15   DIDN'T OR DON'T ARE STILL GETTING USED TO IT, AND IT IS NOT

16   INTENTIONAL, AND I WOULD HOPE THAT WE WOULD ASSUME INNOCENT

17   UNTIL PROVEN GUILTY, SINCE THAT IS WHAT THIS BOARD TALKS

18   ABOUT, IS REDEMPTION AND ALL. I THINK WITHIN THE DEPARTMENT, I

19   AM NOT GOING TO ASSUME THE DEPUTIES HAVE THE INTENT TO

20   UNDERMINE OR SKIRT THE LAW, IF YOU WILL, AS IT RELATES TO SOME

21   OF THE INSTRUCTIONS THAT ARE BEING GIVEN BY THE O.I.G. ON

22   CAMERAS AND HOW TO USE THEM, AND I JUST WANT TO STATE THAT FOR

23   THE RECORD. THANK YOU, MADAM CHAIR.

24

25   **SUP. MITCHELL, CHAIR:** THANK YOU. SUPERVISOR HAHN?

# EXHIBIT 64



# The Meeting Transcript of The Los Angeles County Board of Supervisors

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    [REPORT OF ACTION TAKEN IN CLOSED SESSION ON

2    TUESDAY, FEBRUARY 15, 2022, ON PAGE 278]

3

4

5    **SUP. MITCHELL, CHAIR:** GOOD MORNING, EVERYONE. WELCOME TO THE

6    REGULARLY SCHEDULED MEETING OF THE L.A. COUNTY BOARD OF

7    SUPERVISORS, WHICH IS BEING HELD REMOTELY, AND TODAY IS

8    TUESDAY, FEBRUARY 15TH. HAPPY VALENTINE'S DAY, A DAY LATE.

9    PLEASE NOTE THAT SUPERVISOR HAHN WILL BE JOINING US A LITTLE

10   LATER IN THE MEETING. LET'S GO AHEAD AND TAKE ROLL TO CONFIRM

11   ATTENDANCE. EVERYBODY UNMUTE YOUR MIC AND GET READY.

12   SUPERVISOR SOLIS?

13

14   **SUP. SOLIS:** HERE.

15

16   **SUP. MITCHELL, CHAIR:** SUPERVISOR KUEHL?

17

18   **SUP. KUEHL:** HERE.

19

20   **SUP. MITCHELL, CHAIR:** SUPERVISOR BARGER?

21

22   **SUP. BARGER:** HERE.

23

24   **SUP. MITCHELL, CHAIR:** FESIA DAVENPORT, CHIEF EXECUTIVE

25   OFFICER?

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2    **FESIA DAVENPORT, C.E.O.:** PRESENT.

3

4    **SUP. MITCHELL, CHAIR:** RODRIGO CASTRO-SILVA, COUNTY COUNSEL?

5

6    **RODRIGO CASTRO-SILVA:** I AM HERE.

7

8    **SUP. MITCHELL, CHAIR:** AND CELIA ZAVALA, EXECUTIVE OFFICER OF

9    THE BOARD?

10

11   **CELIA ZAVALA, E.O.:** HERE.

12

13   **SUP. MITCHELL, CHAIR:** GREAT. GOOD MORNING, EVERYONE.

14   SUPERVISOR BARGER, WOULD YOU DO US THE HONOR BY LEADING US IN

15   THE PLEDGE OF ALLEGIANCE?

16

17   **SUP. BARGER:** I WILL. WOULD YOU PLEASE STAND? PUT YOUR RIGHT

18   HAND OVER YOUR HEART. I PLEDGE ALLEGIANCE TO THE FLAG OF THE

19   UNITED STATES OF AMERICA, AND TO THE REPUBLIC FOR WHICH IT

20   STANDS: ONE NATION, UNDER GOD, INDIVISIBLE, WITH LIBERTY AND

21   JUSTICE FOR ALL. THANK YOU.

22

23   **SUP. MITCHELL, CHAIR:** AND THANK YOU. AS INDICATED ON THE

24   POSTED AGENDA, WE WILL BE TAKING TELEPHONIC PUBLIC COMMENTS

25   SEPARATELY, FOR REGULAR AGENDA ITEMS AND FOR THE PUBLIC

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  HEARING ITEM, DURING TODAY'S MEETING. THE EXECUTIVE OFFICE OF

2  THE BOARD RECEIVED OVER 900 WRITTEN PUBLIC COMMENTS FOR

3  TODAY'S MEETING, AND AS THOSE WRITTEN COMMENTS WERE RECEIVED,

4  ALL OF THEM WERE ALL AVAILABLE TO THE SUPERVISORS FOR THEIR

5  CONSIDERATION, CONSISTENT WITH THE BROWN ACT REQUIREMENTS. WE

6  WILL CONTINUE TO RECEIVE WRITTEN PUBLIC COMMENTS THROUGHOUT

7  THE MEETING, WHICH WILL BECOME PART OF THE OFFICIAL RECORD.

8  EXECUTIVE OFFICER, WILL YOU PLEASE CALL THE AGENDA?

9

10  **CELIA ZAVALA, E.O.:** GOOD MORNING, MADAM CHAIR AND MEMBERS OF

11  THE BOARD. TODAY'S AGENDA WILL BEGIN ON PAGE TWO, SET MATTERS

12  ONE AND TWO. SET MATTER ONE IS A REPORT BY THE CHIEF EXECUTIVE

13  OFFICER AND APPROPRIATE DEPARTMENT HEADS AS NECESSARY, ON THE

14  STATUS OF THE AMERICAN RESCUE PLAN FUNDING, AND CONSIDERATIONS

15  OF NECESSARY ACTION. SET MATTER TWO IS A DISCUSSION AND

16  CONSIDERATION OF NECESSARY ACTIONS ON THE PUBLIC HEALTH ORDER

17  RELATED TO C.O.V.I.D.-19, AND STATUS OF THE C.O.V.I.D.-19

18  VACCINE. THESE ITEMS WILL BE HELD FOR DISCUSSION. PUBLIC

19  HEARING ITEM 3 WILL BE ALSO HELD FOR A HEARING. ON PAGE FOUR,

20  CONSENT CALENDAR, BOARD OF SUPERVISORS ITEMS 4 THROUGH 26. ON

21  ITEM FOUR, THIS INCLUDES AN ADDITION, AS INDICATED ON THE

22  SUPPLEMENTAL AGENDA. ON ITEM 6, SUPERVISOR SOLIS REQUESTS THAT

23  ITEM BE HELD. ON ITEM 7, SUPERVISOR SOLIS REQUESTS THAT THIS

24  ITEM BE HELD. ALSO, THIS INCLUDES A REVISION, AS INDICATED ON

25  THE SUPPLEMENTAL AGENDA. ON ITEM 8, SUPERVISOR SOLIS REQUESTS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    THANK YOU, SUPERVISOR SOLIS, FOR CO-AUTHORING THIS MOTION, AS

2    WELL AS COUNTY COUNSEL, THE OFFICE OF INSPECTOR GENERAL, THE

3    CIVILIAN OVERSIGHT COMMISSION, AND THE C.E.O.'S OFFICE, FOR

4    YOUR WORK ON THIS. INCREASING THE PUBLIC'S ACCESS TO THE

5    SHERIFF DEPARTMENT'S RECORDS ON USE OF FORCE AND ALLEGED

6    MISCONDUCT IS INCREASINGLY VITAL TO STRENGTHENING PUBLIC

7    TRUST. THIS MOTION TAKES STEPS TOWARDS ADOPTING AND

8    IMPLEMENTING AN ORDINANCE TO ENSURE THE SHERIFF COMPLIES WITH

9    HIS OBLIGATIONS UNDER STATE LAW, SENATE BILL 1421, THAT I WAS

10   PROUD TO CO-AUTHOR, TO DISCLOSE THESE RECORDS. INSPECTOR

11   GENERAL MAX HUNTSMAN HAS JOINED US, AND IS AVAILABLE TO ANSWER

12   QUESTIONS ANY OF YOU MAY HAVE. I AM GOING TO START, IF YOU

13   DON'T MIND, BY ASKING MR. HUNTSMAN TO SHARE WHAT YOU CAN, WITH

14   REGARD TO THE MOST RECENT DATA ON THE SHERIFF DEPARTMENT'S

15   COMPLIANCE WITH STATE LAW, SENATE BILL 1421.

16

17   **MAX HUNTSMAN:** GOOD AFTERNOON, SUPERVISORS, AND THANK YOU,

18   SUPERVISOR, FOR THE OPPORTUNITY TO ADDRESS THIS ISSUE. I

19   CANNOT PROVIDE YOU STATISTICS, BECAUSE THE SHERIFF'S

20   DEPARTMENT NO LONGER PROVIDES INFORMATION REGARDING COUNTY

21   RECORDS IN THE REGULAR COURSE OF BUSINESS TO COUNTY LAWYERS,

22   MYSELF INCLUDED. I CAN SAY THAT IF YOU LOOK ON THEIR WEBSITE,

23   REGARDING WHERE THE SHERIFF CLAIMS TO HAVE TRANSPARENCY

24   REGARDING SHOOTINGS, YOU WILL SEE THAT ALTHOUGH THERE HAS BEEN

25   AN IMPROVEMENT IN IDENTIFYING THE DEPUTIES INVOLVED IN A

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  DEPARTMENT'S CONSTANT BLOCKS, ARE UNABLE TO INDEPENDENTLY

2  INVESTIGATE AND EVEN ACCESS COMPLETE BODY-WORN CAMERA FOOTAGE.

3  AND I'LL REMIND FOLKS THAT THE BODY-WORN CAMERA WAS SOMETHING

4  THAT THIS BOARD ADVOCATED FOR AND FULLY FUNDED, BECAUSE THE

5  PUBLIC NEEDED ANOTHER TOOL IN OVERSIGHT OF THE SHERIFF'S

6  DEPARTMENT. AND FOR THE O.I.G. TO ONLY GET SNIPPETS OF VIDEOS

7  OF DEPUTY-INVOLVED SHOOTINGS, INCLUDING FATAL SHOOTINGS, IS

8  UNHEARD OF, AND YET IT CONTINUES. BECAUSE OF THE SHERIFF'S

9  DEPARTMENT EITHER INABILITY OR REFUSAL TO COMPLY WITH THE LAW,

10 SOMETHING THAT HAS BEEN IN LAW SINCE 2019, I AM CO-AUTHORING

11 THIS MOTION TO SHIFT THE RESPONSIBILITY OF PRODUCTION OF

12 P.R.A. AND S.B. 1421 DOCUMENTS TO OUR COUNTY COUNSEL. I

13 BELIEVE THAT COUNTY COUNSEL WILL BE BETTER SUITED FOR THE

14 TASK, AND MY EXPECTATION IS THAT COUNTY COUNSEL WILL BE A

15 BETTER PARTNER TO THE PUBLIC, TO THE OVERSIGHT ENTITIES, AND

16 TO THIS BOARD, AND TO BE MORE TRANSPARENT TO TAXPAYERS, AND

17 HOLD THE SHERIFF'S DEPARTMENT ACCOUNTABLE TO THE VICTIMS AND

18 SURVIVORS OF DEPUTY MISCONDUCT. THANK YOU, MADAM CHAIR.

19

20 **SUP. MITCHELL, CHAIR:** THANK YOU. SUPERVISOR KUEHL?

21

22 **SUP. KUEHL:** THANK YOU, MADAM CHAIR. THERE'S KIND OF A

23 DISTURBING PATTERN OF NEEDING TO DO WORKAROUNDS, WHERE THE

24 SHERIFF WON'T DO HIS JOB. AND THIS IS NOT THE ONLY DEPARTMENT

25 THAT RECEIVES P.R.A.S, BUT IT IS CERTAINLY THE ONLY DEPARTMENT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1 THAT FAIRLY CONSISTENTLY TRIES TO PUT BARRIERS IN THE PLACE OF

2 MEETING THEM. I KNOW THAT SOME OF THE FUNDING WILL STILL NEED

3 TO GO TO THE SHERIFF, AND I WANTED TO ASK YOU, MR. HUNTSMAN,

4 HOW MUCH, UNDER THIS NEW MOTION, SHOULD IT PASS TODAY, WOULD

5 WE STILL NEED TO RELY ON THE SHERIFF FOR INFORMATION?

6

7 **MAX HUNTSMAN:** WELL, QUITE A BIT, AT LEAST INITIALLY. AS YOU

8 KNOW, AND AS YOU JUST MENTIONED, THE SHERIFF'S DEPARTMENT HAS

9 A WIDE RANGE OF WAYS IN WHICH IT'S BLOCKING ACCESS, BY COUNTY

10 LAWYERS AND COUNTY AGENCIES, TO ITS INFORMATION AND THE

11 PUBLIC'S ACCESS. ONE OF THE PIECES OF THIS BOARD, AND COUNTY

12 COUNSEL'S RESPONSE TO THAT, IS A SERIES OF LITIGATIONS WHICH

13 HAVE TAKEN PLACE TO COMPEL THE SHERIFF TO FOLLOW HIS LEGAL

14 OBLIGATIONS. THOSE HAVE ALL BEEN SUCCESSFUL SO FAR, BUT THEY

15 ARE FAR FROM FINISHED, AND ONE, I THINK, SOON, THAT THIS BOARD

16 HAS REQUESTED IS LITIGATION REGARDING OUR ACCESS TO SOME OF

17 THESE RECORDS WE ARE TALKING ABOUT. SIMILARLY, COUNTY COUNSEL

18 NEEDS ACCESS, AND THAT CAN'T HAPPEN WITHOUT THE SHERIFF'S

19 DEPARTMENT PROVIDING THE DOCUMENTS UNDER THE CURRENT WAY IN

20 WHICH OUR COMPUTER SYSTEMS ARE SET UP. WE ARE HOPING THAT WE

21 CAN GET A LEGAL CHANGE TO THAT PROCESS, SO THAT THE COUNTY

22 LAWYERS CAN HAVE ACCESS TO COUNTY RECORDS. BUT UNTIL THAT

23 HAPPENS, WE ABSOLUTELY NEED THE COOPERATION OF THE SHERIFF'S

24 DEPARTMENT, AND IF THEY DO NOT PULL THE RECORDS AND PROVIDE

25 THEM, THEN THE PUBLIC WILL NEVER SEE THEM.

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1

2    **SUP. KUEHL:** WELL, I WOULD HOPE THAT THERE MIGHT BE A WAY, AND

3    MAYBE THE C.E.O. CAN TELL ME. IF WE WERE TO DESIGNATE FUNDS

4    SPECIFICALLY FOR THIS PURPOSE, DO WE HAVE ANY WAY TO MAKE

5    CERTAIN THAT THE FUNDS ARE USED FOR PERSONNEL THAT WILL DO

6    THESE JOBS?

7

8    **FESIA DAVENPORT, C.E.O.:** THANK YOU, SUPERVISOR, AND I JUST

9    WANT TO CLARIFY IN YOUR QUESTION: YOU MEAN, IF THE FUNDS ARE

10   DEDICATED TO THE COUNTY COUNSEL'S OFFICE?

11

12   **SUP. KUEHL:** NO, TO THE SHERIFF, BECAUSE THERE'S SOME REQUEST

13   FROM THE SHERIFF FOR MORE PERSONNEL, I THINK, AND IF I AM NOT

14   MISTAKEN-- AND I MIGHT BE. I THINK THAT EVEN IN THIS MOTION,

15   WHERE THERE'S ESSENTIALLY A WORKAROUND, BECAUSE, AS MAX JUST

16   SAID, WE STILL NEED TO GET INFORMATION FROM THE SHERIFF'S

17   DEPARTMENT, I THOUGHT THAT THERE WERE SOME... A SENSE OF

18   ALLOCATION FOR MORE PERSONNEL IN THE SHERIFF'S DEPARTMENT

19   ITSELF. I COULD BE WRONG.

20

21   **FESIA DAVENPORT, C.E.O.:** SO, UNDERSTOOD, SUPERVISOR. YES, THE

22   SHERIFF'S DEPARTMENT DOES HAVE A CURRENT COMPLEMENT OF STAFF

23   THAT SOME OF THEM ARE DEDICATED TO THIS FUNCTION. IF THE BOARD

24   WERE TO ADOPT THIS MOTION, AND ALLOCATED ADDITIONAL FUNDING,

25   AND WERE IT TO GO TO THE SHERIFF, THE ANSWER IS, AT THE END OF

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   THE DAY, WE DON'T HAVE ACCESS TO OR CONTROL OF WHAT THOSE

2   EMPLOYEES WOULD DO ON A DAY-TO-DAY BASIS. WE KNOW WHAT THEY

3   ARE SUPPOSED TO DO ON PAPER, BUT IN TERMS OF A PERSON SITTING

4   AT A DESK, IN A CHAIR, AND RECEIVING DIRECTIONS FROM A

5   SUPERVISOR TO DO OR NOT DO SOMETHING, WE WOULD NOT BE ABLE TO

6   CONTROL THAT.

7

8   **SUP. KUEHL:** YOU KNOW, I HAVE ALWAYS BEEN VERY IN FAVOR OF

9   INDEPENDENCE. I LIKE INDEPENDENTLY ELECTED. BUT IN THIS CASE,

10  IT IS TRULY FRUSTRATING FOR THE BASIC NEEDS THAT THE COUNTY

11  HAS, JUST FOR INFORMATION, FOR TRANSPARENCY, AND REALLY FOR

12  INTEGRITY. MAYBE WE COULD GET KERN COUNTY TO TRY TO RECRUIT

13  THE SHERIFF. THANK YOU, MADAM CHAIR.

14

15  **SUP. MITCHELL, CHAIR:** THANK YOU. AND TO YOUR POINT, SUPERVISOR

16  KUEHL, THE SECOND SECTION OF THE MOTION STATES THAT WE WOULD

17  BE INSTRUCTING THE C.E.O., IN CONSULTATION WITH COUNTY COUNSEL

18  AND OTHER RELEVANT STAKEHOLDERS, TO REPORT BACK TO THE BOARD

19  IN WRITING WITH THE FINAL CHANGES FOR THE BUDGET 2022-23, WITH

20  THE APPROPRIATE STAFFING POSITIONS AND A FUNDING PLAN TO BEGIN

21  IMPLEMENTATION OF A UNIT, WITHIN COUNTY COUNSEL, TASKED WITH

22  PROCESSING 1421-RELATED P.R.A.S. AND TO GET TO THE POINT I WAS

23  TRYING TO RAISE EARLIER FROM THE INSPECTOR GENERAL, TO GET A

24  SENSE OF WHERE WE ARE WITH REGARD TO 1421 COMPLIANCE,

25  ACCORDING TO YOUR MOST RECENT REPORT, MR. INSPECTOR GENERAL,

EXHIBIT 65



THE MEETING TRANSCRIPT OF
THE LOS ANGELES COUNTY
BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1      [REPORT OF ACTION TAKEN IN CLOSED SESSION ON

2           TUESDAY, MARCH 1, 2022, ON PAGE 257]

3

4

5    **SUP. MITCHELL, CHAIR:** WELCOME TO THE REGULARLY SCHEDULED

6    MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS, WHICH

7    IS BEING HELD REMOTELY. TODAY IS TUESDAY MARCH 1ST, 2022. WE

8    WILL NOW TAKE ROLL CALL TO CONFIRM ATTENDANCE. EVERYBODY

9    UNMUTE YOUR MICS AND GET READY. SUPERVISOR SOLIS.

10

11   **SUP. SOLIS:** PRESENT.

12

13   **SUP. MITCHELL, CHAIR:** IS SUPERVISOR KUEHL.

14

15   **SUP. KUEHL:** PRESENT.

16

17   **SUP. MITCHELL, CHAIR:** SUPERVISOR HAHN.

18

19   **SUP. HAHN:** PRESENT.

20

21   **SUP. MITCHELL, CHAIR:** SUPERVISOR BARGER.

22

23   **SUP. BARGER:** PRESENT.

24

25   **SUP. MITCHELL, CHAIR:** MS. DAVENPORT, CHIEF EXECUTIVE OFFICER.



1

2  **FESIA DAVENPORT, C.E.O.:** PRESENT.

3

4  **SUP. MITCHELL, CHAIR:** RODRIGO CASTRO SILVA, COUNTY COUNSEL.

5

6  **ATTORNEY:** PRESENT.

7

8  **SUP. MITCHELL, CHAIR:** SUPERVISOR SOLIS, WILL YOU DO US THE

9  HONOR BY LEADING US IN THE PLEDGE?

10

11  **SUP. SOLIS:** YES, MADAM CHAIR. AND IF I CAN TAKE A MOMENT OF

12  PERSONAL PRIVILEGE TO ASK THAT, BEFORE WE DO THE PLEDGE, IF WE

13  TAKE A MOMENT OF SILENCE FOR THE PEOPLE OF UKRAINE WHO HAVE

14  LOST THEIR LIVES AND LIVELIHOODS FIGHTING FOR THEIR COUNTRY,

15  AND THEN I WOULD GLADLY DO THE PLEDGE, IF THAT'S PERMISSIBLE.

16

17  **SUP. MITCHELL, CHAIR:** ABSOLUTELY. THANK YOU SO MUCH, WE WILL

18  TAKE A MOMENT OF SILENCE. THANK YOU, MADAM CHAIR. NOW, IF YOU

19  WILL PLEASE JOIN ME BY PLACING YOUR RIGHT HAND OVER YOUR

20  HEART, AND WE WILL LEAD YOU IN THE PLEDGE OF ALLEGIANCE. I

21  PLEDGE ALLEGIANCE TO THE FLAG OF THE UNITED STATES OF AMERICA

22  AND TO THE REPUBLIC, FOR WHICH IT STANDS, ONE NATION UNDER GOD

23  INDIVISIBLE WITH LIBERTY AND JUSTICE FOR ALL. THANK YOU, MADAM

24  CHAIR AND MEMBERS.

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    COMMUNITIES, ESPECIALLY AMONG IMMIGRANTS LOOKING AND SEEKING

2    FOR CITIZENSHIP INFORMATION AND TRYING TO IDENTIFY, AND JUST

3    AN INSTANCE, AN ATTORNEY, A REPUTABLE REPRESENTATION FOR THEM

4    SO THEY CAN PURSUE THEIR CITIZENSHIP. IN MANY WAYS, THERE ARE

5    MANY GROUPS OUT THERE THAT PREY ON THE IMMIGRANT COMMUNITY AND

6    WILL PUT THEMSELVES OUT THERE AS LEGITIMATE LICENSED NOTARIOS.

7    AND NOTARIOS IN SPANISH MEANS LAWYER. IT'S INTERCHANGEABLE.

8    AND WE KNOW THAT HAPPENS. SO, IN MY OPINION, THIS EFFORT IS

9    REALLY TO SAY IT'S NOT GOING TO BE ALL CUT AND DRY. WE'LL BE

10   MOVING IN AN AREA WHERE WE WANT TO HELP OUR DEPARTMENTS AND

11   REALLY HELP THE RESIDENTS THAT WE SERVE BETTER UNDERSTAND WHAT

12   WE NEED TO DO TO MAKE SURE WE ARE PUTTING OUT INFORMATION IN A

13   CORRECT MANNER. I'M NOT IN ANY WAY STIFLING ANYONE'S FIRST

14   AMENDMENT RIGHT. BY ALL MEANS, WE WANT TO BE TRANSPARENT. WE

15   WANT OUR OWN DEPARTMENTS, WE WANT OUR OWN SHERIFF TO BE

16   TRANSPARENT. AND AS WE HEARD EARLIER TODAY BY MANY PEOPLE WHO

17   ARE CALLING IN, THERE IS A LOT OF MISINFORMATION THAT'S BEING

18   PUT OUT THERE. WE'RE NOT SILENCING PEOPLE, BUT WE'RE PUTTING

19   OUT FACTS, AND I THINK THAT'S WHERE OUR ROLE AND OUR JOB IS,

20   AND THAT'S WHY WE RELY IN OUR C.E.O. AND IS DEPARTMENT HEADS

21   TO HELP US WITH THAT MESSAGING AND WITH OUR COMMUNICATIONS

22   OFFICER AND OTHERS. SO THAT'S WHERE I BELIEVE THIS MOTION WILL

23   TAKE US, AND I THINK THAT IT'S TIME THAT WE BEGIN TO DO IT.

24   OTHER GROUPS ARE DOING IT. A VERY REPUTABLE ORGANIZATION THAT

25   WAS MENTIONED, THE ASPEN INSTITUTE, HAS BEEN AROUND FOR

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    THE PROGRAMMING ISSUE, THAT YOU'VE SPOKEN TO THE SHERIFF'S

2    DEPARTMENT ABOUT YOUR FINDINGS THAT AFRICAN AMERICANS WERE NOT

3    RECEIVING THE SAME LEVEL OF PROGRAMS AS THEIR WHITE AND LATINA

4    PEERS. I'M GUESSING YOU BRING THIS TO THE ATTENTION OF THE

5    SHERIFF, AND I'M CURIOUS HOW THE SHERIFF IS RESOLVING THAT

6    ISSUE.

7

8    **MAX HUNTSMAN:** WE BRING THEM TO THE SHERIFF'S DEPARTMENT. THE

9    SHERIFF HIMSELF DOES NOT SPEAK TO ME MUCH. BUT WE CERTAINLY

10   HAVE A BETTER RELATIONSHIP WITH THE CUSTODY DEPARTMENT WHERE A

11   FEDERAL MONITOR IS TO DISABILITY MATTERS, SO THEY HAVE TO

12   SPEAK TO US. AND THEY'RE VERY RECEPTIVE AND IS TALK TO US, NOT

13   TO SAY THAT WE AGREE WITH EVERYTHING, BUT WE'RE COMMUNICATING,

14   AND WE'RE WORKING ON GETTING BETTER DATA AND ALSO BRINGING

15   THEM BEFORE OVERSIGHT COMMISSION WHEN POSSIBLE, WHEN THE

16   SHERIFF DOESN'T PREVENT THAT, SO THAT WE CAN TRY TO RESOLVE

17   MATTERS IN A WAY THAT BENEFIT EVERYBODY.

18

19   **SUP. HAHN:** THANK YOU. AND AGAIN, AND THANK YOU, BRANDON, FOR

20   YOUR WORK. ULTIMATELY, I THINK THERE'S A WILL OF THIS BOARD TO

21   ONE DAY DISMANTLE MEN'S CENTRAL JAIL. WE HEAR THE STORIES OF

22   IT NOT BEING SAFE OR HUMANE FOR DEPUTIES OR INMATES. BUT IN

23   THE -- I THINK THIS IS IN THE MEANTIME, THE WORK THAT YOU'RE

24   DOING IS SO IMPORTANT TO US LIVING UP TO OUR VALUES OF CARE

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  THE FACT THAT WE HAVE ALREADY HEARD THAT THERE WERE OVER 13, I

2  UNDERSTAND, SHOOTINGS THAT TOOK PLACE, DEPUTY-INVOLVED

3  SHOOTINGS, AND WHAT'S NOTABLE HERE IS THAT L.A.S.D. DID NOT

4  PROVIDE THE O.I.G. ANY ACCESS TO INFORMATION OR VERY LIMITED

5  CLIPS FROM THE BODY WORN CAMERAS. AND THAT GOES FOR DIFFERENT

6  INSTANCES THAT ARE OUTLINED IN THE REPORT, IN SANTA CLARITA,

7  CENTURY, TEMPLE CITY, PICO RIVERA, EAST L.A., PALMDALE, SOUTH

8  L.A., AND WHITTIER, AND NORWALK, AND CARSON. I JUST WANTED TO

9  SAY TOO THAT I AM DEEPLY CONCERNED THAT INFORMATION IS NOT

10 BEING AVAILABLE TO THE PUBLIC, AND TO US, AND TO YOU, MORE

11 IMPORTANTLY, BECAUSE WE HELPED TO EMPOWER YOUR OFFICE TO DO

12 THAT. AND I GET IT. THERE'S A ROADBLOCK THERE. MAJOR

13 CHALLENGES WITH THE SHERIFF. PERHAPS THE DEPUTIES AND OTHER

14 FOLKS TO WANT TO COOPERATE, BUT THEY MAY NOT BE GETTING THAT

15 MESSAGE FROM THE LEADERSHIP OR TEAM THAT SHOULD BE PROVIDING

16 THAT ASSISTANCE TO US. AND WHAT HAPPENS IN THE END IS WE END

17 UP EXPENDING MORE TAXPAYER DOLLARS BECAUSE PEOPLE ARE HARMED.

18 WE HAVE TO SETTLE LAWSUITS. AND WE HAVE TO TAKE CORRECTIVE

19 ACTION PLANS THAT ALL COST US A GREAT DEAL OF MONEY. WE SHOULD

20 IN MY OPINION,  BE GOING TO HELP PEOPLE AS YOU SAID EARLIER,

21 BRANDON, TO GET PEOPLE OUT THAT CAN BE TREATED, COMFORTABLY,

22 AND APPROPRIATELY IN OUR COMMUNITIES OR OTHER FACILITIES, AND

23 WE DO HAVE TO EVENTUALLY LOOK AT CLOSING MEN'S CENTRAL JAIL,

24 WHICH SOMEONE SAID EARLIER ON A CALL THAT IT IS A DUNGEON. WE

25 ALL KNOW IT IS. FOR PETE'S SAKE, WHO WOULD WANT TO HAVE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    INVESTIGATED. AND WHEN OUR GOVERNMENT USES ITS RESOURCES TO

2    PREVENT INVESTIGATION, RATHER THAN TO FIND THE TRUTH, THAT'S

3    SOMETHING THAT WE HAVE TO GET THE COURTS TO ISSUE ORDERS ON.

4    AND SO, SO WE ARE WORKING ON THAT.

5

6    **SUP. SOLIS:** THANK YOU BOTH FOR YOUR PRESENTATION, MAX AND

7    BRANDON. THANK YOU.

8

9    **SUP. MITCHELL, CHAIR:** SUPERVISOR KUEHL.

10

11   **SUP. KUEHL:** THANK YOU, MADAM CHAIR. VERY QUICKLY, TWO THINGS.

12   IN -- AS RESPECTS THE SHERIFF'S FAILURE TO DEAL WITH THE

13   PUBLIC RECORDS REQUEST.

14

15   **SUP. MITCHELL, CHAIR:**  SOLIS, YOU ARE NOT MUTED.

16

17   **SUP. KUEHL:** I WANTED TO GIVE MY APPRECIATION TO CHAIR MITCHELL

18   AND SUPERVISOR SOLIS FOR YOUR MOTION FROM THE LAST MEETING TO

19   IMPROVE THE SHERIFF'S COMPLIANCE WITH P.R.A. REQUESTS AND

20   HAPPY TO SEE THE ORDINANCE IS ON OUR AGENDA THIS WEEK, BUT AS

21   SUPERVISOR SOLIS SAID, AND THE REST OF US, IT IS UNFORTUNATE

22   THAT WE HAVE TO PAY BECAUSE THE SHERIFF DIDN'T COMPLY WITH

23   P.R.A. REQUESTS,  AND WE HAVE TO SETTLE A LAWSUIT. SO -- I

24   LOOK FORWARD TO THE IMPLEMENTATION OF THE ORDINANCE AND THE

25   COUNTY COUNSEL'S MANAGEMENT OF P.R.A. COMPLIANCE. FOR BRANDON,

# EXHIBIT 66



# THE MEETING TRANSCRIPT OF
# THE LOS ANGELES COUNTY
# BOARD OF SUPERVISORS

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    **[REPORT OF ACTION TAKEN IN CLOSED SESSION ON**

2    **TUESDAY, JULY 12, 2022 ON PAGE 273]**

3

4

5    **SUP. MITCHELL, CHAIR:** GOOD MORNING, AND WELCOME TO THE

6    REGULARLY SCHEDULED MEETING OF THE L.A. COUNTY BOARD OF

7    SUPERVISORS, WHICH IS BEING HELD REMOTELY, AND TODAY IS

8    TUESDAY, JULY 12TH, 2022. WE WILL TAKE ROLL CALL TO CONFIRM

9    ATTENDANCE, BEGINNING WITH SUPERVISOR SOLIS. GOOD MORNING.

10

11   **SUP. SOLIS:** GOOD MORNING. PRESENT.

12

13   **SUP. MITCHELL, CHAIR:** SUPERVISOR KUEHL?

14

15   **SUP. KUEHL:** GOOD MORNING. PRESENT.

16

17   **SUP. MITCHELL, CHAIR:** SUPERVISOR HAHN?

18

19   **SUP. HAHN:** GOOD MORNING. PRESENT.

20

21   **SUP. MITCHELL, CHAIR:** AND SUPERVISOR BARGER?

22

23   **SUP. BARGER:** PRESENT.

24

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. MITCHELL, CHAIR:** FESIA DAVENPORT, CHIEF EXECUTIVE

2   OFFICER?

3

4   **FESIA DAVENPORT, C.E.O.:** PRESENT.

5

6   **SUP. MITCHELL, CHAIR:** DAWYN HARRISON, ACTING COUNTY COUNSEL?

7

8   **DAWYN HARRISON:** PRESENT.

9

10   **SUP. MITCHELL, CHAIR:** CELIA ZAVALA, EXECUTIVE OFFICER?

11

12   **CELIA ZAVALA, E.O.:** HERE.

13

14   **SUP. MITCHELL, CHAIR:** SUPERVISOR HAHN, YOU WILL DO US THE

15   HONOR OF LEADING US IN THE PLEDGE?

16

17   **SUP. HAHN:** YES. I PLEDGE ALLEGIANCE TO THE FLAG OF THE UNITED

18   STATES OF AMERICA, AND TO THE REPUBLIC FOR WHICH IT STANDS,

19   ONE NATION, UNDER GOD, INDIVISIBLE, WITH LIBERTY AND JUSTICE

20   FOR ALL... SOMEDAY. WE'RE GETTING CLOSE.

21

22   **SUP. MITCHELL, CHAIR:** THANK YOU VERY MUCH. AS INDICATED ON THE

23   POSTED AGENDA, WE WILL BE TAKING TELEPHONIC PUBLIC COMMENT

24   DURING TODAY'S MEETING. THE EXECUTIVE OFFICE OF THE BOARD

25   RECEIVED OVER 2,000 WRITTEN PUBLIC COMMENT FOR TODAY'S



1  MEETING, AND AS THOSE WRITTEN COMMENTS WERE RECEIVED, ALL OF

2  THEM WERE AVAILABLE TO THE SUPERVISORS FOR THEIR

3  CONSIDERATION, CONSISTENT WITH THE BROWN ACT REQUIREMENTS. WE

4  WILL CONTINUE TO RECEIVE WRITTEN PUBLIC COMMENT THROUGHOUT THE

5  MEETING, WHICH WILL BECOME PART OF THE OFFICIAL RECORD.

6  EXECUTIVE OFFICER, PLEASE CALL THE AGENDA.

7

8  **CELIA ZAVALA, E.O.:** GOOD MORNING, MADAM CHAIR AND MEMBERS OF

9  THE BOARD. TODAY'S AGENDA WILL BEGIN ON PATE TWO, SET MATTERS.

10  SET MATTER 1 IS A REPORT BY THE CHIEF EXECUTIVE OFFICER AND

11  APPROPRIATE DEPARTMENT HEADS, AS NECESSARY, ON THE STATUS OF

12  AMERICAN RESCUE PLAN FUNDING AND CONSIDERATION OF NECESSARY

13  ACTION. SET MATTER TWO IS A DISCUSSION IN CONSIDERATION OF

14  NECESSARY ACTION ON THE PUBLIC HEALTH ORDER RELATED TO

15  C.O.V.I.D.-19, AND A STATUS ON THE C.O.V.I.D.-19 VACCINE.

16  THESE ITEMS WILL BE HELD FOR DISCUSSION. ON PAGE THREE,

17  CONSENT CALENDAR, BOARD OF SUPERVISORS ITEMS 3 THROUGH 24. ON

18  ITEM 2-- EXCUSE ME, ON ITEM 6, THIS INCLUDES A CORRECTION, AS

19  INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEM 11, SUPERVISOR

20  SOLIS REQUESTS THAT THIS ITEM BE HELD. ALSO, THIS INCLUDES A

21  REVISION, AS INDICATED ON THE SUPPLEMENTAL AGENDA. ON ITEM 12,

22  SUPERVISOR MITCHELL REQUESTS THAT THIS ITEM BE HELD. ON ITEM

23  13, SUPERVISORS MITCHELL AND SOLIS WOULD LIKE TO REVISE

24  DIRECTIVE NUMBER ONE TO REMOVE, "THE SUPERINTENDENT OF THE LOS

25  ANGELES UNIFIED SCHOOL DISTRICT," AND ADD, "IMPACTED SCHOOL



1    SUPERVISOR BARGER TO BRING IT TO OUR ATTENTION. ROMAN NUMERALS

2    WERE TRANSPOSED, SO LET ME JUST CLARIFY THAT ON PAGE THREE,

3    THE LAST PARAGRAPH CURRENTLY READS, OF THE MOTION, "PURSUANT

4    TO CALIFORNIA STATE CONSTITUTION ARTICLE 9, SECTION 4, SUBS B

5    AND C." IT SHOULD READ, "PURSUANT TO CALIFORNIA STATE

6    CONSTITUTION ARTICLE 11, SECTION 4, SUB B AND C, THE BOARD MAY

7    PROVIDE FOR THE TERMS OF REMOVAL, DOT DOT DOT." SO, I WANTED

8    TO PROVIDE THAT CLARIFICATION BEFORE WE GET STARTED. I WOULD

9    ALSO LIKE TO ADDRESS SOME THINGS THAT HAVE BEEN SAID ABOUT

10   THIS MOTION OVER THE LAST SEVERAL DAYS AND WEEKS. SO, LET'S BE

11   CLEAR ABOUT THE ACTUAL ITEM BEFORE US TODAY. IF APPROVED, THIS

12   MOTION BEGINS A PROCESS THAT WOULD EMPOWER THE VOTERS TO

13   DECIDE WHETHER THE BOARD SHOULD BE ABLE TO REMOVE A SHERIFF,

14   ONLY FOR CAUSE. AS A CHARTER COUNTY, THE CALIFORNIA

15   CONSTITUTION AUTHORIZES COUNTY CHARTERS TO PROVIDE FOR, QUOTE,

16   "THE REMOVAL OF COUNTY OFFICERS, INCLUDING AN ELECTED

17   SHERIFF." A PROPOSED CHARTER AMENDMENT WOULD THEREFORE BE

18   NEEDED. A CALIFORNIA APPEALS COURT HAS CONFIRMED THAT THIS

19   REMOVAL POWER IS CONSISTENT WITH THE CALIFORNIA CONSTITUTION.

20   AFTER SAN BERNARDINO'S SHERIFF PENROD CHALLENGED AN ORDINANCE

21   PROVIDING FOR THE REMOVAL OF ELECTED OFFICERS, INCLUDING THE

22   SHERIFF, THE COURT UPHELD THE ORDINANCE AND FOUND THAT IT WAS

23   AUTHORIZED BY THE CALIFORNIA CONSTITUTION. WITH VOTER

24   APPROVAL, WE WOULD CREATE A PROCESS BY WHICH A SHERIFF COULD

25   BE REMOVED FOR, ONE, VIOLATION OF ANY LAW RELATED TO THE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    PERFORMANCE OF OFFICIAL DUTIES; TWO, FLAGRANT NEGLECT OF

2    DUTIES; THREE, A MISAPPROPRIATION OF PUBLIC RESOURCES; FOUR,

3    WILLFUL FALSIFICATION OF AN OFFICIAL DOCUMENT; OR 5,

4    OBSTRUCTION OF ANY INVESTIGATION INTO THE SHERIFF'S CONDUCT.

5    THE JUSTIFICATION FOR REMOVAL COULD NOT LEGALLY AFFECT THE

6    INDEPENDENT INVESTIGATIVE AND PROSECUTORIAL FUNCTIONS OF THE

7    SHERIFF. THE ISSUE OF SHERIFF ACCOUNTABILITY BEFORE US IS BOTH

8    URGENT AND SYSTEMIC, HAVING IMPACTED PAST GENERATIONS OF

9    ANGELENOS, BUT ALSO WITH IMPORTANT CONSEQUENCES FOR THE

10   FUTURE. UNFORTUNATELY, THE COUNTY HAS HAD LONG AND TROUBLING

11   HISTORY WITH SHERIFF OVERSIGHT AND TRANSPARENCY. FORMER

12   SHERIFF LEE BACA, WHO WENT TO PRISON FOR OBSTRUCTION OF

13   JUSTICE AND LYING TO FEDERAL INVESTIGATORS, MAY HAVE BEST

14   DEMONSTRATED THE INADEQUACY OF EXISTING CHECKS ON SHERIFF

15   POWER, BY FAMOUSLY REMINDING ALL OF US THAT NOT ELECTING HIM

16   WAS THE ONLY WAY TO HOLD HIM ACCOUNTABLE. THE BOARD TAKES ITS

17   LEGAL RESPONSIBILITY FOR SUPERVISING THE CONDUCT OF COUNTY

18   OFFICERS AND EMPLOYEES VERY SERIOUSLY. FOR THE SHERIFF'S

19   DEPARTMENT, THIS DUTY TAKES ON SOBERING IMPORTANCE, GIVEN THE

20   DEPARTMENT'S TREMENDOUS REACH AND POWER, AND THE FACT THAT THE

21   SHERIFF COMMANDS AND CONTROLS A PARAMILITARY ORGANIZATION,

22   WHERE THERE IS A STRICT ADHERENCE TO THE CHAIN OF COMMAND. THE

23   BOARD HAS BEEN LIMITED IN ITS ABILITY TO CHECK THIS SHERIFF'S

24   FLAGRANT DISREGARD OF LAWFUL OVERSIGHT AND ACCOUNTABILITY. A

25   FEW EXAMPLES: THE SHERIFF HAS DENIED MULTIPLE SUBPOENAS, AND



1   HAS REFUSED TO APPEAR AT SHERIFF CIVILIAN OVERSIGHT COMMITTEE

2   MEETINGS. HE HAS INTIMIDATED AND HARASSED INDIVIDUALS WHO ARE

3   TASKED WITH OVERSIGHT. HE HAS REFUSED TO COOPERATE WITH THE

4   OFFICE OF THE INSPECTOR GENERAL'S ATTEMPTS AT INDEPENDENT

5   INVESTIGATIONS AND MONITORING. JUST LAST WEEK, COUNTY LAWYERS

6   WERE FORCED TO BRING LEGAL ACTION AGAINST THE SHERIFF, TO ASK

7   THE COURT TO REQUIRE HIM TO COOPERATE WITH THE O.I.G., AS

8   REQUIRED BY BOTH THE COUNTY ORDINANCE THAT CREATED THE OFFICE

9   OF INSPECTOR GENERAL, AND PENAL CODE SECTION 13670: A STATE

10  LAW THAT REQUIRES THAT LAW ENFORCEMENT AGENCIES, QUOTE, "SHALL

11  COOPERATE," END QUOTE, IN ANY INVESTIGATION INTO LAW

12  ENFORCEMENT GANGS BY AN INSPECTOR GENERAL. THE VOTERS, THE

13  STATE LEGISLATURE, THE BOARD OF SUPERVISORS, HAVE GONE TO

14  GREAT LENGTH TO CREATE A SYSTEM OF ACCOUNTABILITY AND

15  TRANSPARENCY. HOWEVER, THE CURRENT SYSTEM HAS ALLOWED ABUSES

16  OF POWER TO THRIVE LARGELY UNCHECKED, WITH SERIOUS

17  CONSEQUENCES FOR PUBLIC SAFETY. SADLY, IT HAS BECOME PAINFULLY

18  CLEAR THAT THE BOARD MUST PUT THIS QUESTION TO THE VOTERS.

19  THIS PROPOSED CHARTER AMENDMENT WOULD ALLOW THE BOARD TO ACT

20  EXPEDITIOUSLY TO REMOVE A SHERIFF WHO VIOLATES THE LAW.

21  RETIRED SHERIFF CHIEF MATTHEW BURSON'S TESTIMONY DURING THE

22  JULY 1, 2022, SPECIAL HEARING ON DEPUTY GANGS IN THE SHERIFF'S

23  DEPARTMENT, AFTER REFLECTING ON HIS 35-YEAR CAREER, I FOUND

24  QUITE PROFOUND. HE STATED, AND I QUOTE: "I FEEL WE HAVE LOST

25  THE COMMUNITY, THE PEOPLE WE ARE SUPPOSED TO SERVE AND

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    PROTECT. IT IS GOING TO TAKE A LOT OF LEADERSHIP AND A LOT OF

2    GROWING TO REGAIN THAT TRUST," END QUOTE. EVERY DAY, FROM THE

3    MOMENT I WAS ELECTED TO THIS BOARD, I HEAR FROM MEMBERS OF THE

4    COMMUNITY WHO HAVE LOST THAT TRUST, AND SUPERVISOR SOLIS AND I

5    INTRODUCED THIS MOTION AS A STEP TO HELP REGAIN THAT TRUST,

6    WITHOUT, IN MY HUMBLE OPINION, TRUE PUBLIC SAFETY IS NOT

7    POSSIBLE. THE VOTERS DESERVE AN OPPORTUNITY TO DECIDE WHETHER

8    THIS IS THE RIGHT WAY TO ENHANCE ACCOUNTABILITY OF THE

9    SHERIFF, OF THE ELECTED SHERIFF, AND PROTECT THE LIVES AND

10   LIBERTIES OF COUNTY RESIDENTS. WITH THAT, SUPERVISOR SOLIS?

11

12   **SUP. SOLIS:** YES. THANK YOU SO MUCH, MADAM CHAIR, AND THANK YOU

13   FOR INVITING ME TO JOIN YOU AS CO-AUTHOR ON THE MOTION. AND I

14   COULDN'T AGREE WITH YOU MORE ABOUT YOUR REFERENCE REGARDING

15   THAT THIS IS REALLY THE ABILITY FOR THE PUBLIC TO HAVE A VOICE

16   AND TO MAKE A DECISION. WE ARE SIMPLY FACILITATING AN ACT THAT

17   WE APPROPRIATELY HAVE JUSTIFICATION AND AUTHORITY TO CARRY

18   THROUGH. AND I, OF ALL PEOPLE, UNDERSTAND THIS HAS BEEN

19   AGONIZING AND SOMETIMES TERRIBLE MOMENT FOR US TO BE IN. BUT I

20   THINK TODAY WAS VERY CLEAR, WHEN WE HEARD FROM OUR RESIDENTS

21   WHO CALLED IN TODAY AND GAVE PUBLIC COMMENT, ESPECIALLY FROM

22   SURVIVING FAMILIES. IT WAS VERY COMPELLING TO HEAR FROM JUST

23   ABOUT EVERY DISTRICT WHERE THERE HAS BEEN AN INCIDENT, WHERE

24   THERE HAS BEEN AN UNRULY ACT OF VIOLENCE AGAINST OUR

25   COMMUNITY, AND DISREGARD FOR GETTING BACK TO OUR COMMUNITY

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   ABOUT EVIDENCE AND INFORMATION, FACTUAL INFORMATION THAT WE

2   KNOW WE PROVIDED TOOLS FOR OUR SHERIFFS TO BE ABLE TO USE.

3   NUMBER ONE WAS THE USE OF BODY CAMERAS. THAT WAS AN ITEM THAT

4   I KNOW I BROUGHT UP SEVERAL YEARS AGO, ALONG WITH MARK RIDLEY-

5   THOMAS, WHEN HE SERVED AS SUPERVISOR. WE WERE VERY ADAMANT

6   ABOUT TRYING TO MAKE SURE THAT THERE WAS TRANSPARENCY THEN.

7   BUT THAT WAS ALSO SOMEHOW CIRCUMVENTED, BECAUSE THERE WAS A

8   NOTION THAT THERE WEREN'T ENOUGH STAFF THAT COULD REVIEW ALL

9   THE VIDEOS, AND THAT THERE HAD TO BE SO MUCH BUREAUCRATIC MESS

10  THAT WOULD CHALLENGE THIS EFFORT FROM GOING FORWARD. AND IT

11  TOOK YEARS. AND NOW WE THINK-- OR THE SHERIFF THINKS THAT

12  SOMEHOW HE HAS PROVIDED A RELIEF IN THAT AREA, AND HE HASN'T.

13  SO, TIME AND TIME AGAIN, WE CONTINUE TO HEAR ABOUT TRAUMA AND

14  THE EXPERIENCE, AND THE INTIMIDATION THAT CONTINUES, THAT IS

15  ENDURED BY SO MANY PEOPLE-- BY YOUNG AND OLD, BY FAMILIES AND

16  BY OTHERS. AND WE HAVE TO DO SOMETHING ABOUT IT. WHEN I THINK

17  ABOUT THIS MOTION, I KNOW THAT IT IS REALLY ABOUT PROVIDING

18  ACCOUNTABILITY. AND THIS ISN'T SOMEHOW, IN MY OPINION, VIEWED

19  AS ANTI-LAW ENFORCEMENT. IN FACT, IT IS ABOUT ACCOUNTABILITY.

20  AND THAT GOES HAND IN HAND WITH PUBLIC SAFETY, BECAUSE IF

21  PEOPLE ARE NOT FEELING THAT THEY CAN TRUST OUR PUBLIC SAFETY

22  SYSTEM, THEN THERE IS NO ACCOUNTABILITY. AND WHO ARE WE, THEN,

23  AS A BOARD OF SUPERVISORS, WHO ARE GIVEN AND TAKE THE OATH OF

24  OFFICE TO PROVIDE THAT? TO MAKE SURE, WE DON'T CONTROL

25  EVERYTHING THAT THE SHERIFF CAN DO, BUT I WILL TELL YOU THIS:

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    WE DO HAVE A ROLE TO PLAY. WE DO HAVE JURISDICTION OVER HIS

2    BUDGETS, AND WE CAN SAY THAT THERE ARE INITIATIVES THAT WE

3    WANT HIM TO FOLLOW. IN FACT, YOU CITED MANY OF THOSE

4    INITIATIVES THAT HAVE COME FORWARD, CHAIRWOMAN MITCHELL,

5    REGARDING THE CIVILIAN OVERSIGHT COMMISSION, AS WELL AS OTHER

6    ENTITIES THAT WE HAVE CREATED-- THE O.I.G.-- TO HELP PROVIDE

7    ASSISTANCE. BUT WE'VE FOUND THOSE IN LACKING; AND YET, WE

8    CONTINUE TO SEE INTIMIDATION AND HARASSMENT FROM THIS

9    DEPARTMENT. AND WHEN THERE IS MISCONDUCT, THE EXPECTATION IS

10   THAT THERE WILL BE CONSEQUENCES. WE ALSO EXPECT THAT THE

11   LEADER OF THE LARGEST SHERIFF'S DEPARTMENT IN THE COUNTRY WILL

12   ABIDE HIMSELF BY THE LAW, AND RESPECT STRUCTURES AND SYSTEMS

13   OF ACCOUNTABILITY AND TRANSPARENCY. RATHER, AS FAR BACK AS A

14   DECADE, AS YOU HAVE SAID, AS WELL, FORMER SHERIFF LEE BACA,

15   AND SADLY, WITH THIS CURRENT SHERIFF'S LACK OF RESPECT FOR

16   OVERSIGHT, WE HAVE SEEN LEADERSHIP ACT WITH IMPUNITY THAT HAS

17   COST THE COUNTY MILLIONS AND MILLIONS OF DOLLARS, AND HAS

18   CONTRIBUTED TO GENERATIONAL AND COMMUNITY TRAUMA AND HARM. THE

19   BOARD, AS YOU KNOW, IS RESPONSIBLE FOR GUIDING AND SETTING

20   POLICIES AND THE BUDGET FOR ALL COUNTY DEPARTMENTS, INCLUDING

21   THE SHERIFF'S; BUT WITH THE LATTER, IT COMES WITH LIMITATIONS.

22   WHAT IS IN FRONT OF US IS AN OPPORTUNITY TODAY THAT WE CAN PUT

23   BEFORE THE VOTERS TO AMEND THE COUNTY CHARTER TO GIVE THE

24   BOARD THE AUTHORITY TO REMOVE A SHERIFF UNDER CERTAIN FOR-

25   CAUSE CRITERIA. THIS ISN'T ABOUT A BLANKET REMOVAL OF A

THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   SHERIFF'S CONSTITUTIONAL AUTHORITY; RATHER, WHEN THERE IS

2   CAUSE, WHEN THE INDIVIDUAL IN THE POSITION OF SHERIFF ENGAGES

3   IN: A VIOLATION OF LAW RELATED TO THE PERFORMANCE OF THEIR

4   DUTIES AS SHERIFF; FLAGRANT OR REPEATED NEGLECT OF DUTIES; A

5   MISAPPROPRIATION OF PUBLIC FUNDS OR PROPERTY; OR WILLFUL

6   FALSIFICATION OF A RELEVANT OFFICIAL STATEMENT OR DOCUMENT; OR

7   OBSTRUCTION OF ANY INVESTIGATION INTO THE CONDUCT OF THIS

8   SHERIFF BY THE INSPECTOR GENERAL, CIVILIAN OVERSIGHT

9   COMMISSION, OR ANY OTHER GOVERNMENT AGENCY WITH JURISDICTION

10  TO CONDUCT SUCH AN INVESTIGATION. INDEED, WE NEED BETTER

11  CHECKS AND BALANCES OVER THE SHERIFF IN INSTANCES IN WHICH

12  IMMEDIATE INTERVENTION BY COUNTY GOVERNANCE IS NEEDED. WE

13  CAN'T JUST SIT BACK AND WATCH THE DESTRUCTION OF A WAYWARD

14  SHERIFF. THE IMPACT HAS A DEVASTATING RIPPLE EFFECT WITHIN THE

15  DEPARTMENT, AND ON THE REPUTATION AND RELATIONSHIP THE SHERIFF

16  DEPARTMENT HAS WITH OVER 10 MILLION PEOPLE WHO CALL L.A. HOME.

17  WE HAVE SEEN WHAT HAPPENS WHEN THIS DOESN'T EXIST. THE

18  RESOLUTIONS ARE DELAYED, THE PROBLEMS AND THE DAMAGE BECOME

19  LARGER, AND TRUST CONTINUES TO ERODE. THE DEPARTMENT IS

20  INUNDATED WITH LAWSUITS, CONSENT DECREES, INVESTIGATIONS BY

21  STATE AND FEDERAL INVESTIGATIONS, CALLS FOR INVESTIGATIONS

22  FROM THE STATE AND FEDERAL LEGISLATORS ABOUT DEPUTY GANGS. IT

23  IS NOT ONLY SHAMEFUL, BUT IT PRESENTS A HARMFUL FACADE THAT

24  THE SHERIFF CAN DO ANYTHING IN L.A. COUNTY, UNCHECKED. IN

25  FISCAL YEAR 2019 THROUGH 2020, THE COUNTY SETTLED $60 MILLION

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  WORTH OF LAWSUITS RESULTING FROM THE SHERIFF. I JUST THINK OF

2  THE MILLIONS OF DOLLARS THAT HAVE GONE TO SETTLE L.A.S.D.

3  LAWSUITS THAT COULD HAVE GONE TO THE COUNTY'S CARE-FIRST

4  INITIATIVES, LIKE YOUTH PROGRAMMING, MENTAL HEALTH SERVICES IN

5  THE JAILS, JOB TRAINING, AND COMMUNITY INVESTMENTS. THIS

6  SHOULD BE A CLEAR SIGNAL TO THE CURRENT AND FUTURE SHERIFFS,

7  AND THEIR ADMINISTRATION, THAT OVERSIGHT AND ACCOUNTABILITY IS

8  THE OTHER SIDE OF THE SAME COIN FOR PUBLIC SAFETY. THE

9  AMENDMENT TO THE CHARTER COULD CREATE, IN MY OPINION, A ROBUST

10  ACCOUNTABILITY INFRASTRUCTURE TO ENSURE THERE IS RESPONSIVE

11  MECHANISMS IN PLACE TO SHUT DOWN CORRUPTION, MISCONDUCT, AND

12  ERRANT BEHAVIOR AND CULTURE FROM WITHIN AND FROM THE TOP. IF A

13  SHERIFF IS NOT ABLE TO FOLLOW THE LAW, OBSTRUCTS

14  INVESTIGATIONS CONDUCTED BY OUR OVERSIGHT ENTITIES, LIKE THE

15  O.I.G. AND SHERIFF CIVILIAN OVERSIGHT COMMISSION, AND ENGAGES

16  IN MISCONDUCT, THE BOARD NEEDS STRONGER MECHANISMS TO CHECK

17  THESE TYPES OF HARMFUL BEHAVIOR. AND I BELIEVE THAT, SHOULD

18  THE VOTERS APPROVE THIS AMENDMENT TO THE CHARTER, THIS CAN

19  HELP US FULFILL OUR RESPONSIBILITY TO ENSURE THEIR PEACE AND

20  SAFETY. WITH THAT, MADAM CHAIR, I THANK YOU FOR ALLOWING ME TO

21  BE YOUR CO-AUTHOR, AND I THANK THE MANY, MANY RESIDENTS THAT

22  CALLED IN TODAY, SHARING THEIR VERY PERSONAL STORIES, THEIR

23  GRIEF, THEIR HARDSHIP, AND THEIR PATIENCE FOR US TO DO

24  SOMETHING TO HELP THEM. THANK YOU, MADAM CHAIR, AND I



1    ENCOURAGE MY BOARD COLLEAGUES TO VOTE AYE ON THE MEASURE.

2    THANK YOU.

3

4    **SUP. MITCHELL, CHAIR:** THANK YOU. FIRST, WE WILL HEAR FROM

5    SUPERVISOR BARGER, WHO WILL BE FOLLOWED BY SUPERVISOR KUEHL.

6

7    **SUP. BARGER:** THANK YOU, AND THANK YOU BOTH FOR YOUR COMMENTS.

8    AND I APPRECIATE THE INTENT OF THE MOTION, ALTHOUGH I HAVE

9    SIGNIFICANT CONCERNS ABOUT THE PROPOSED CHARTER AMENDMENT. I

10   REALLY DO BELIEVE THAT IT SETS A DANGEROUS PRECEDENT, AND

11   QUITE FRANKLY CREATES A SLIPPERY SLOPE. WHILE I DO NOT

12   CONDONE-- AND I REPEAT, I DO NOT CONDONE-- THE ACTIONS OF THE

13   CURRENT SHERIFF, AND I HAVE SPOKEN OUT WHEN NECESSARY. I KNOW

14   THAT MY COMMISSIONER HAS BEEN A VERY VOCAL COMMISSIONER, AS IT

15   RELATES TO HIS BLATANT DISREGARD FOR SUBPOENAS, FOR

16   TRANSPARENCY, AND THE OVERALL FRUSTRATION THAT HE FEELS THAT

17   HE IS ABOVE THE LAW. SO, THERE IS NO QUESTION THAT THE ACTIONS

18   TAKEN BY THIS SHERIFF HAVE ACTUALLY PROVIDED YOU ALL WITH

19   SOMETHING: A VEHICLE TO INTRODUCE A MOTION LIKE THIS. BUT I

20   JUST WANT TO REMIND YOU-- AND THE COUNTY COUNSEL PUT TOGETHER

21   A REPORT THAT GAVE THE FOUR WAYS TO REMOVE AN ELECTED OFFICIAL

22   FROM OFFICE. IT CAN BE, ONE, INITIATED BY THE CIVIL GRAND

23   JURY, BY PRESENTING A WRITTEN ACCUSATION TO THE DISTRICT

24   ATTORNEY AGAINST ANY COUNTY OFFICER FOR WILLFUL OR CORRUPT

25   MISCONDUCT IN OFFICE. NUMBER TWO, THE ATTORNEY GENERAL MAY

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    HOLDING THE D.C.F.S. DIRECTOR ACCOUNTABLE FOR THAT LITIGATION

2    COST. SO I THINK THAT IS AN UNFAIR JUSTIFICATION TO MOVE

3    FORWARD WITH THE REMOVAL OF A SHERIFF, FOR WHAT IS CALLED

4    "JUST CAUSE." AGAIN, I JUST WANT TO CAUTION US ALL THAT THIS

5    ACTION HAS BROADER IMPLICATIONS THAN ONE INDIVIDUAL, AND I

6    STRONGLY DISAGREE WITH THE ACTION. I THINK IT OUGHT TO APPLY

7    NOT ONLY TO ONE ELECTED, BUT TO ALL. AND IF WE ARE GOING TO DO

8    IT FOR THE SHERIFF, WE SHOULD DO IT FOR THE ASSESSOR, WE

9    SHOULD DO IT FOR THE D.A., AND QUITE FRANKLY, MAYBE FOR THIS

10   BOARD, AS WELL. I THINK ACCOUNTABILITY ACROSS THE BOARD SHOULD

11   BE IN PLAY. AND SO WITH THAT, I WILL BE CASTING A NO VOTE, BUT

12   IT'S NOT IN SUPPORT OF WHAT THIS SHERIFF'S ACTIONS ARE DOING.

13   AND IF ANYTHING, I LISTEN TO THE C.O.C., AND I LISTEN TO MY

14   APPOINTEE, COMMISSIONER BONNER, WHO IS INCREDIBLY FRUSTRATED;

15   AND, BY THE WAY, FRUSTRATED WITH COUNTY COUNSEL, AS WELL,

16   BECAUSE COUNTY COUNSEL WANTED TO REISSUE A SUBPOENA, AND HE

17   WAS SAYING, "ENOUGH. GO INTO COURT, AND BASICALLY DO YOUR JOB.

18   WE WANT ENFORCEMENT DONE, WITHOUT DELAY. BECAUSE THIS SHERIFF

19   IS BEING DEFIANT." ALTHOUGH IT WAS FOR SOMEONE ELSE WHO WAS

20   SUBPOENAED, BUT THE POINT BEING, WE NEED TO BE AS AGGRESSIVE

21   AS IT RELATES TO ENFORCEMENT, WITH WHAT IS GOING ON RIGHT NOW,

22   AND I BELIEVE THAT DOING THIS CHARTER AMENDMENT FOR ONE OFFICE

23   UNDERMINES, REALLY, THE CREDIBILITY OF THIS BOARD, AS WELL. SO

24   I WILL NOT BE ABLE TO SUPPORT THIS. SOMEONE ASKED ME, IF IT

25   HAD THE ADDITIONAL 3 OFFICES, WOULD I? AND I'LL BE HONEST WITH



1   YOU: I PROBABLY WOULD SUPPORT IT, BECAUSE I THINK THAT THEN IT

2   LOOKS LIKE IT'S BEING APPLIED ACROSS THE BOARD. BUT BASED ON

3   THE REASONS GIVEN, I THINK THIS IS MORE PERSONAL THAN IT IS

4   ABOUT THE OFFICE OF THE SHERIFF. THANK YOU, MADAM CHAIR.

5

6   **SUP. MITCHELL, CHAIR:** SUPERVISOR KUEHL, FOLLOWED BY SUPERVISOR

7   HAHN.

8

9   **SUP. KUEHL:** THANK YOU VERY MUCH, MADAM CHAIR. I HAVE SUCH

10  RESPECT FOR MY COLLEAGUE AND MY SEATMATE, SUPERVISOR BARGER,

11  EVEN MORE WHEN I DISAGREE WITH HER ON ALMOST EVERYTHING SHE

12  SAYS. I AM DOING MY JOB IF I DO THIS. YOU SAY TO ME, "LET'S DO

13  OUR JOBS"? I AM DOING MY JOB IF I VOTE FOR THIS. IF I WERE ON

14  THE CITY COUNCIL-- THE CITY OF LOS ANGELES OR VIRTUALLY ANY

15  CITY WITH A POLICE CHIEF-- I WOULD BE ABLE TO VOTE TO REMOVE

16  HIM. I WOULD BE ABLE TO ASK THE MAYOR TO REMOVE HIM, DEPENDING

17  ON WHAT THE CITY CHARTER SAYS. AND IT IS AN IMPORTANT THING,

18  BECAUSE THIS PARTICULAR ELECTED OFFICE IS MORE POWERFUL-- I

19  DON'T SEE THE ASSESSOR GETTING PEOPLE KILLED. I MEAN, THIS

20  THING ABOUT THE D.A., I'LL TELL YOU-- WELL, WE'LL TALK ABOUT

21  THAT LATER. IT IS NOT, FOR ME, JUST ABOUT THIS SHERIFF. IT'S

22  REALLY ABOUT THE ABILITY TO HOLD SOMEONE ACCOUNTABLE WHEN THEY

23  HAVE A VERY POWERFUL POSITION. YOU WANT TO TALK ABOUT THE FIVE

24  OF US, WHO PEOPLE HAVE-- I GUESS THEY DON'T MEAN IT AS A

25  COMPLIMENT, BUT I ALWAYS TOOK IT AS ONE-- THE 5 LITTLE QUEENS?



**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS

1    I HAVE BEEN TOLD THIS IS A POWERFUL POSITION, BUT I HAVE NOT

2    BEEN ABLE TO GET ANYTHING THROUGH JUST WITH MY OWN VOTE. QUITE

3    AMAZING. THIS IS A DEMOCRATIC-- AND I MEAN WITH A SMALL "D"--

4    BODY. I NEED 2 OF MY COLLEAGUES TO AGREE THAT WHAT I WANT TO

5    DO MAKES SENSE. IF THERE WERE 5 SHERIFFS, AND 3 OF THEM HAD TO

6    AGREE ON WHETHER PEOPLE COULD BE IN GANGS OR NOT, I'D FEEL A

7    LOT BETTER ABOUT IT, BECAUSE WE ARE A NATURAL-- WHAT SHALL I

8    SAY?-- LIMIT ON EACH OTHER. AND FOR ALL THE PEOPLE OUT THERE

9    THAT THINK, OH, WE JUST ALL THINK ALIKE, OR WE ALL AGREE, OR

10   WE'RE ALL VERY CRONY, WE ARE FRIENDS, AND WE DO RESPECT EACH

11   OTHER, BUT BY GOD, WE DON'T AGREE ON HALF OF EVERYTHING. AND

12   I'M GIVEN THE POSSIBILITY AND THE RESPONSIBILITY TO EXPRESS

13   WHAT I THINK IS RIGHT FOR THIS COUNTY AND FOR MY CONSTITUENTS,

14   AND IF I DON'T GET AGREEMENT, IT DOESN'T GET ENACTED. THAT IS

15   THE CHECK. WHERE'S THE CHECK ON THE SHERIFF? I BELIEVE THIS IS

16   THE APPROPRIATE THING TO DO. NOW, WE PROBABLY WOULD NOT HAVE

17   THOUGHT OF IT IF THIS SHERIFF HAD NOT BEEN SO EGREGIOUS IN HIS

18   BEHAVIOR. AND NOW THAT WE LOOK BACK, AND WE SEE THAT SHERIFF

19   BACA WAS NOT IN CONTROL OF HIS DEPARTMENT FOR A COUPLE OF THE

20   LAST YEARS, AND THAT IT WAS SORT OF RUNNING ROGUE, BASED ON

21   THE PEOPLE WHO WERE WORKING WITH HIM, IT GIVES US PAUSE, TOO,

22   AS TO WHY THE BOARD BEFORE US MIGHT NOT HAVE TAKEN THE SAME

23   ACTION. SO I STRONGLY SUPPORT THIS, AND TO ME, IT'S NOT

24   POLITICAL. TO ME, IT'S ABOUT POWER. AS I LOOK AROUND THIS

25   COUNTRY, AND I SEE THE DIFFERENT WAYS IN WHICH PEOPLE ARE

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1  CONTINUE TO ADVOCATE STRONGLY FOR GUN SAFETY AND GUN VIOLENCE

2  PREVENTION. YOU KNOW, IN THE LAST FEW MONTHS, MANY MOTIONS

3  HAVE BEEN PUT FORWARD BY THIS BOARD, AND SUPPORTED BY THE

4  BOARD. THIS IS YET ANOTHER MOTION THAT WILL ENSURE THAT L.A.

5  COUNTY CONTINUES TO BE A BEACON OF HOPE DURING A TIME IN WHICH

6  MASS SHOOTINGS HAVE SOMEHOW, TRAGICALLY, BECOME A PART OF SO

7  MANY AMERICANS' DAILY LIVES. AND I'M SURE, LIKE OTHERS, IT WAS

8  UPSETTING TO LEARN THE SUPREME COURT'S RULING TO OVERTURN NEW

9  YORK'S CONCEALED CARRY GUN LAW: A MOST INSENSITIVE RULING THAT

10 CAME AT THE HEELS OF SOME OF THE DEADLIEST WEEKS IN AMERICA'S

11 HISTORY, WITH DOZENS OF PEOPLE WHO WERE MURDERED AS A RESULT

12 OF GUN VIOLENCE. PRIOR TO THE RULING, THE NUMBER OF C.C.W.

13 LICENSES ISSUED IN L.A. COUNTY BY THE SHERIFF CONTINUED TO

14 RISE AND INCREASE. SINCE HE'S TAKEN OFFICE, THE NUMBER OF

15 C.C.W. LICENSE ISSUANCES HAVE INCREASED BY FIVEFOLD. WHAT HAS

16 NOT INCREASED, HOWEVER, IS THE COST, AS YOU POINTED OUT,

17 SUPERVISOR KUEHL, AND I BELIEVE WE ARE UNDERCHARGING THOSE WHO

18 ARE APPLYING FOR C.C.W.S, RESULTING IN THE COUNTY HAVING TO

19 PAY THAT BALANCE. IN THE NAME OF PUBLIC SAFETY, WE NEED TO

20 ENSURE WE ARE ABIDING BY LAW, AND ANY   ADVISEMENT BY OUR

21 STATE ATTORNEY GENERAL AND OUR COUNTY COUNSEL ON THE COUNTY

22 C.C.W. POLICY IS NEEDED. WE ALSO NEED TO MAKE SURE THAT WE'RE

23 RE-EXAMINING THE COST, AND ENSURE THAT THOSE WHO WANT TO GET

24 C.C.W.S ARE PAYING FOR THE FULL COST OF THAT EXPENDITURE. AND

25 I'M ALSO CONCERNED BY THE SHARP INCREASE IN THE C.C.W.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    READ AT THE END OF A WEEK, "THERE WERE 24 MORE MASS SHOOTINGS

2    THIS PAST WEEK." ACCESSIBILITY TO GUNS IS OBVIOUSLY A BIG

3    FACTOR, ALONG WITH PERMISSIVE LAWS ABOUT WHO CAN LEGALLY

4    OBTAIN A GUN, AND WHERE THEY'RE ALLOWED TO BE PRESENT. IT

5    SEEMS LIKE NOW THEY'RE EVERYWHERE. THE RECENT SUPREME COURT

6    RULING IN THE BRUEN CASE, WHICH OVERTURNED NEW YORK'S PRACTICE

7    OF ISSUING CONCEALED CARRY LICENSES ON THE BASIS THAT A PERSON

8    MUST PROVE THEY HAD A UNIQUE SELF-PROTECTION NEED, THAT WAS

9    OVERTURNED. IT'S DEEPLY CONCERNING, AS IT EXPANDS GUN RIGHTS

10   AT A TIME WHEN WE SO OBVIOUSLY NEED STRICTER REGULATIONS.

11   EVERYONE WOULD AGREE, I THINK, WE DON'T NEED LOOSER ONES; A

12   TIME WHEN PEOPLE ARE NEEDING AND WANTING A GREATER SENSE OF

13   SAFETY, AND THEN ARE NOW FACED WITH THE DECISION AND THE

14   REALITY THAT THIS PARTICULAR SUPREME COURT DECISION WILL LEAD

15   TO MORE GUNS IN PUBLIC SPACES, AND PRESUMABLY MORE SENSELESS

16   AND POTENTIALLY DEADLY ACTS OF VIOLENCE. SIMULTANEOUSLY,

17   SPEAKING OF THE SHERIFF, WE HAVE A SHERIFF WHO HAS INDICATED

18   HE WANTS TO REDUCE C.C.W. RESTRICTIONS. C.C.W. IS THE PERMIT

19   TO CARRY A CONCEALED WEAPON. HE WANTS TO MAKE IT EASIER FOR

20   PEOPLE TO OBTAIN A C.C.W. PERMIT, MEANING THEY WILL BE ABLE TO

21   LEGALLY HAVE ON THEIR PERSON A CONCEALED GUN OUTSIDE THEIR

22   HOME. THIS DOESN'T INSPIRE CONFIDENCE THAT PUBLIC SAFETY WILL

23   BE IMPROVED. IN FACT, IT DOES QUITE THE OPPOSITE, BECAUSE

24   EVERY INDICATOR SHOWS THAT MORE GUNS HAVE NOT LED TO SAFER

25   COMMUNITIES. SO, WHAT CAN WE DO? WELL, ONE OF THE THINGS WE'RE

## THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



```
1    CONTINUE TO ADVOCATE STRONGLY FOR GUN SAFETY AND GUN VIOLENCE

2    PREVENTION. YOU KNOW, IN THE LAST FEW MONTHS, MANY MOTIONS

3    HAVE BEEN PUT FORWARD BY THIS BOARD, AND SUPPORTED BY THE

4    BOARD. THIS IS YET ANOTHER MOTION THAT WILL ENSURE THAT L.A.

5    COUNTY CONTINUES TO BE A BEACON OF HOPE DURING A TIME IN WHICH

6    MASS SHOOTINGS HAVE SOMEHOW, TRAGICALLY, BECOME A PART OF SO

7    MANY AMERICANS' DAILY LIVES. AND I'M SURE, LIKE OTHERS, IT WAS

8    UPSETTING TO LEARN THE SUPREME COURT'S RULING TO OVERTURN NEW

9    YORK'S CONCEALED CARRY GUN LAW: A MOST INSENSITIVE RULING THAT

10   CAME AT THE HEELS OF SOME OF THE DEADLIEST WEEKS IN AMERICA'S

11   HISTORY, WITH DOZENS OF PEOPLE WHO WERE MURDERED AS A RESULT

12   OF GUN VIOLENCE. PRIOR TO THE RULING, THE NUMBER OF C.C.W.

13   LICENSES ISSUED IN L.A. COUNTY BY THE SHERIFF CONTINUED TO

14   RISE AND INCREASE. SINCE HE'S TAKEN OFFICE, THE NUMBER OF

15   C.C.W. LICENSE ISSUANCES HAVE INCREASED BY FIVEFOLD. WHAT HAS

16   NOT INCREASED, HOWEVER, IS THE COST, AS YOU POINTED OUT,

17   SUPERVISOR KUEHL, AND I BELIEVE WE ARE UNDERCHARGING THOSE WHO

18   ARE APPLYING FOR C.C.W.S, RESULTING IN THE COUNTY HAVING TO

19   PAY THAT BALANCE. IN THE NAME OF PUBLIC SAFETY, WE NEED TO

20   ENSURE WE ARE ABIDING BY LAW, AND ANY   ADVISEMENT BY OUR

21   STATE ATTORNEY GENERAL AND OUR COUNTY COUNSEL ON THE COUNTY

22   C.C.W. POLICY IS NEEDED. WE ALSO NEED TO MAKE SURE THAT WE'RE

23   RE-EXAMINING THE COST, AND ENSURE THAT THOSE WHO WANT TO GET

24   C.C.W.S ARE PAYING FOR THE FULL COST OF THAT EXPENDITURE. AND

25   I'M ALSO CONCERNED BY THE SHARP INCREASE IN THE C.C.W.
```

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    PROCEED. WE NEED TO MAKE SURE WE'RE DOING EVERYTHING WE CAN TO

2    PROTECT OUR COMMUNITIES FROM GUN VIOLENCE. ALMOST EXACTLY A

3    MONTH AGO, THIS BOARD APPROVED A MOTION THAT I INTRODUCED WITH

4    SUPERVISOR SOLIS, TO ASK OUR COUNTY COUNSEL FOR OPTIONS FOR

5    COMMONSENSE GUN REGULATIONS THAT WE CAN ENACT HERE AT THE

6    LOCAL LEVEL, AND I THINK GETTING THOSE OPTIONS ARE MORE

7    IMPORTANT NOW THAN EVER. AND I'VE ASKED OUR LAWYERS TO MAKE

8    SURE THAT THEY TAKE INTO ACCOUNT THIS NEW SUPREME COURT RULING

9    WHEN THEY GIVE US THEIR RECOMMENDATIONS. I THINK WE SHOULD BE

10   GETTING THAT BACK NEXT MONTH. THIS BOARD CARES DEEPLY ABOUT

11   PROTECTING OUR COMMUNITIES FROM GUN VIOLENCE. I WISH OUR

12   SUPREME COURT FELT THE SAME WAY. BUT IN THE MEANTIME, I THINK

13   WE DO HAVE TO DO WHATEVER WE CAN TO PROTECT OUR CONSTITUENTS.

14   THANK YOU, MADAM CHAIR.

15

16   **SUP. MITCHELL, CHAIR:** THANK YOU. SUPERVISOR BARGER?

17

18   **SUP. BARGER:** THANK YOU. YOU KNOW, I SUPPORT THIS MOTION, BUT I

19   HAVE ONE QUESTION AND THAT IS, SO, IN NOVEMBER OF 2020, THE

20   BOARD APPROVED THE SHERIFF'S REQUEST TO INCREASE THE

21   APPLICATION FROM $66 TO $150. BUT THE AUDITOR-CONTROLLER HAD

22   REVIEWED THE ACTUAL COST OF PROCESSING THE C.C.W.

23   APPLICATIONS, AND DETERMINED IT TO BE $340.56. SO THE AUDITOR-

24   CONTROLLER CALCULATED WHAT THE ACTUAL COST IS TO ISSUE A

25   C.C.W. THE PROPOSED INCREASE, THOUGH, REMAINED AT $150, AND IT

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    NEED TO PUT A HOLD ON REDEFINING WHAT QUALIFIES OR WHO CAN GET

2    A C.C.W. I DON'T THINK NOW IS A TIME TO BROADEN THAT. BUT I

3    ALSO RECOGNIZE THAT IF THE ACTUAL COST TO DO A LEGITIMATE

4    C.C.W. IS $340.56, WE SHOULD BE RECOVERING THAT COST.

5    TAXPAYERS SHOULD NOT BE SUBSIDIZING THE COST FOR SOMEONE TO

6    GET A C.C.W. THE COST SHOULD BE PAID AND BEARED BY THAT

7    INDIVIDUAL. AND I WOULD ASK THAT IF WE DO WANT TO INVEST IN

8    THE VIOLENCE PREVENTION INITIATIVES, THAT WE HAVE THE ABILITY

9    TO IMPOSE A SURTAX, IF YOU WILL, ONTO A C.C.W., THAT WILL BE

10   DEDICATED TOWARD THAT. AND SO I WOULD JUST ASK THAT MAYBE THAT

11   BE CONSIDERED, SUPERVISOR KUEHL, ONLY BECAUSE I DON'T WANT TO

12   FURTHER TAKE AWAY RESOURCES WHERE WE ALREADY KNOW THERE'S A

13   DEFICIT, AND I JUST FIND IT IRONIC THE SHERIFF NEVER BROUGHT

14   THAT UP AS AN ISSUE WHEN HE COMPLAINS ABOUT HOW HIS BUDGET IS

15   UPSIDE DOWN. SO I WOULD JUST ASK FOR CONSIDERATION ON THAT,

16   AND OTHER THAN THAT, I SUPPORT IT. I'M GOING TO SUPPORT IT

17   EVEN IF YOU DON'T ACCEPT THAT, BUT I THINK THAT IT'S

18   PROBLEMATIC AS IT RELATES TO TAKING MONEY THAT IS GOING TO

19   ACTUALLY COVER PERSONNEL COSTS. AND THOSE ARE PROBABLY NOT

20   EVEN SWORN, THAT ARE DOING THAT PERSONNEL COST. THANK YOU,

21   MADAM CHAIR.

22

23   **SUP. KUEHL:** MADAM CHAIR, IF I MAY ANSWER?

24

25   **SUP. MITCHELL, CHAIR:** PLEASE.

**THE MEETING TRANSCRIPT**
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   **SUP. BARGER:** GOT IT. AND THEN, I'M SORRY. I HAVE ONE QUESTION,

2   BECAUSE I KNOW SUPERVISOR SOLIS SAID THAT THE INCREASE IN

3   C.C.W.S HAS GONE UP 5 TIMES, I THINK, IS WHAT SHE SAID. WE'VE

4   BEEN TRYING TO GET THE NUMBER OF C.C.W.S THAT THE SHERIFF IS

5   ISSUING, AND I CAN'T SEEM TO GET THAT NUMBER. BECAUSE I'VE

6   HEARD THAT, AND I'VE ALSO HEARD THAT, IN FACT, THEY'RE NOT

7   BEING ISSUED. AND I THINK IT WOULD BE HELPFUL FOR US TO KNOW

8   THE NUMBER OF C.C.W.S THAT ARE BEING ISSUED. WE DON'T HAVE TO

9   KNOW THE NAMES, BUT I THINK TO QUANTIFY IT WOULD BE HELPFUL.

10  BECAUSE WHEN YOU HEAR THAT NUMBER, THAT IS QUITE A BIT,

11  ESPECIALLY GIVEN THAT PRIOR ADMINISTRATIONS WERE NOT HANDING

12  OUT C.C.W.S LIKE CANDY. AND I THINK IT'S IMPORTANT FOR US TO

13  UNDERSTAND WHAT THE NUMBERS ARE. YEAH. THANK YOU.

14

15  **SUP. MITCHELL, CHAIR:** THANK YOU. ANY OTHER QUESTIONS OR

16  COMMENTS ON THE MOTION? SEEING NONE, ITEM 22 IS BEFORE US.

17  MOVED BY SUPERVISOR KUEHL, SECONDED BY SUPERVISOR SOLIS TO

18  APPROVE THE ITEM. EXECUTIVE OFFICER, PLEASE CALL THE ROLL.

19

20  **CELIA ZAVALA, E.O.:** ITEM 22 IS BEFORE YOU. SUPERVISOR SOLIS?

21

22  **SUP. SOLIS:** AYE.

23

24  **CELIA ZAVALA, E.O.:** SUPERVISOR SOLIS, AYE. SUPERVISOR KUEHL?

25

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1    WHAT IT WAS-- TO THE BACK OF HIS HEAD. SO, IT HAPPENED TWO

2    WEEKS EARLIER, IN THE EXACT SAME PLACE, AND SO IT WAS NOT A

3    ONE-OFF OR A SURPRISE. IT IS THE CULMINATION OF OVERCROWDING.

4    AND, YES, WE SHOULD VASTLY OVERSTAFF OUR JAILS, IN ORDER TO

5    NOT HAVE OVERCROWDING, BUT AS DR. BELAVICH TELLS YOU, THERE'S

6    A LIMIT TO THE PHYSICAL SPACE AVAILABLE. WELL, THE

7    CONSTITUTION HAS A REMEDY FOR THAT, WHICH IS, WE ARE NOT

8    ALLOWED TO STUFF MORE PEOPLE INTO A JAIL THAN WE CAN TAKE CARE

9    OF IN A WAY THAT IS SAFE FOR THE DEPUTIES, AND SAFE FOR THE

10   PRISONERS. AND SO THE CONSTITUTION HAS A VERY CLEAR REMEDY,

11   WHICH HAS NOT BEEN IMPLEMENTED, AND AS A RESULT, THE ATTORNEY

12   GENERAL IS IN TOWN, LOOKING AROUND, AND IT IS NOT A ONE-OFF.

13   IT IS NOT UNIQUE. THERE'S NOTHING THAT HASN'T BEEN HAPPENING

14   FOR A LONG TIME HERE, AND ISN'T GETTING WORSE NOW, TO BACK IN

15   THE WAYS IT WAS UNDER BACA. SO IT'S NOT NEW.

16

17   **SUP. HAHN:** YEAH. I APPRECIATE IT. WELL, IT IS VERY DISTURBING.

18   AND, I MEAN, I AGREE WITH SUPERVISOR BARGER THAT WE ARE

19   SUPPORTIVE OF MORE STAFFING AND REDUCING THE POPULATION. WE

20   ARE REALLY PROUD OF HOW THAT WENT DURING THE PANDEMIC, AND WE

21   THANK THE SHERIFF FOR HIS WORK ON REDUCING THE POPULATION

22   DURING THE PANDEMIC, WHICH MEANT THAT IT CAN BE DONE, AND IT

23   WAS DONE WITHOUT ANY RISK TO THE PUBLIC SAFETY. SO, WE GOT TO

24   FIGURE OUT HOW TO KEEP MOVING IN THAT DIRECTION TO REDUCE THE

25   POPULATION. THANK YOU, MADAM CHAIR.

# THE MEETING TRANSCRIPT
OF THE MEETING OF THE LOS ANGELES COUNTY BOARD OF SUPERVISORS



1   SIGNATURES BEING REVIEWED BY THE REGISTRAR-RECORDER AS WE

2   SPEAK, AS PART OF A RECALL ACTION OF THE DISTRICT ATTORNEY.

3   SURELY, THE PEOPLE HAVE SPOKEN LOUD AND CLEAR ON THE EFFORT,

4   YET TODAY'S ACTION IS NOT LISTENING TO THEIR VOICES BY

5   INCLUDING THE D.A. AS PART OF THIS CHARTER. MOVING FORWARD

6   WITH THIS AMENDMENT, BY LIMITING IT TO THE SHERIFF, WITH LESS

7   THAN FOUR MONTHS AWAY FROM ELECTIONS, IS RIFE FOR SPECULATION,

8   AND I TRULY DO BELIEVE IT IS HIGHLY POLITICAL. AND PERHAPS

9   MOST TROUBLING, I THINK IT DILUTES THE VOICE OF THE LOS

10  ANGELES COUNTY VOTERS, AND IS GOING TO DEEPEN VOTER APATHY.

11  ANOTHER VERY TROUBLING ASPECT OF THIS ACTION IS ONE THAT CAN

12  BE, REALLY, WHAT I DESCRIBE AS A SLIPPERY SLOPE, ARE THE

13  DETAILS AND DEFINITION OF "CAUSE FOR REMOVAL." I UNDERSTAND

14  THAT COUNTY COUNSEL HAS NOT YET FULLY DRAFTED THOSE DETAILS,

15  AND I UNDERSTAND THAT SUCH DETAILS IN THE ORDINANCE MAY BE

16  REVISED IN THE FUTURE, LONG AFTER THE CHARTER AMENDMENT HAS

17  BEEN APPROVED BY THE VOTERS. ONE OF THE CONCERNS EXPRESSED--

18  AND SUPERVISOR SOLIS BROUGHT IT UP TODAY-- IS THE HIGH COST OF

19  LITIGATION FOR LAW ENFORCEMENT SERVICES. HOWEVER, THIS DOES

20  NOT CONSTITUTE GROUNDS FOR REMOVAL OF THE SHERIFF. I ASKED THE

21  COUNTY COUNSEL ABOUT THIS YESTERDAY. AND I WOULD POINT OUT

22  THAT D.C.F.S., D.H.S., THE CORONER, HAVE HAD HIGH LITIGATION

23  COSTS THAT ARE OUT OF THEIR CONTROL. IT IS THE NATURE OF THE

24  JOB THAT THEY DO, AND THAT IS THE REALITY. SO, WHEN I LOOK AT

25  D.C.F.S., WE HAVE PAID A LOT OF MONEY OUT, BUT WE'RE NOT

**VILLANUEVA v. COUNTY OF LOS ANGELES, et al.    USDC CASE NO.:  2:24  cv 04979 SVW (JC)**

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

I am an employee in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard, Los Angeles, California 90049.

On April 28, 2025, I served the foregoing document, described as **"PLAINTIFF ALEX VILLANUEVA'S APPENDIX OF EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION, VOLUME 5 OF 5,"** on all interested parties in this action addressed as follows:

**Louis R. Miller (State Bar No. 54141)**
**smiller@millerbarondess.com**
**Jason H. Tokoro (State Bar No. 252345)**
**jtokoro@millerbarondess.com**
**Steven G. Williamson (State Bar No. 343842)**
**swilliamson@millerbarondess.com**
**MILLER BARONDESS, LLP**
**2121 Avenue of the Stars, Suite 2600**
**Los Angeles, California 90067**

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒    **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2025, at Los Angeles, California.

_Amelia Sanchez_
Amelia Sanchez