Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
Alex Di Bona, Esq., State Bar No. 265744
ADiBona@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
320 Larchmont Blvd.
Los Angeles, California 90004
Telephone Number:     (310) 860 0770
Facsimile Number:     (310) 860 0771

Attorneys for Plaintiff,
ALEX VILLANUEVA

# THE UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>             Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,<br><br>             Defendants. | Case No.: 2:24-cv-04979-SVW-JC<br><br>**[Assigned to Hon. Stephen V. Wilson, and Magistrate Judge Jacqueline Chooljian]**<br><br>**JOINT STIPULATION TO DISMISS DEFENDANTS SERGIO ESCOBEDO AND ROB KOPPERUD**<br><br>[Proposed] Order Filed Concurrently herewith<br><br><br><br>Trial Date: June 3, 2025<br>Action Filed: June 13, 2024 |

Plaintiff and Defendants (collectively referred to herein as the "Parties") hereby stipulate as follows:

1. Individual Defendants Sergio Escobedo and Ron Kopperud will be dismissed with prejudice under the following terms and conditions.
2. Sergio Escobedo and Rob Kopperud will be produced at trial in response to a subpoena served on Miller Baroness.
3. The Parties waive fees and costs related to the dismissal of these defendants. For the avoidance of doubt, all remaining parties may seek fees and/or costs not related to this dismissal on an appropriate basis.
4. The Parties, through their counsel or otherwise, will not make arguments or offer evidence that Sergio Escobedo or Ron Kopperud were named as Defendants.

**IT IS SO STIPULATED**

Dated:  May 8, 2025             SHEGERIAN & ASSOCIATES, INC.

By: /s/ Alex DiBona
Alex DiBona, Esq.
Attorneys for Plaintiff

Dated:  May 8, 2025             MILLER BARONDESS

By: /s/ Jason Tokoro
Jason H. Tokoro, Esq.
Attorneys for Defendants

**VILLANUEVA V. COUNTY OF LOS ANGELES, et al.    USDC Case No. 2:24-cv-04979-SVW-JC**

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT,

## CENTRAL DISTRICT OF CALIFORNIA

    I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard, Los Angeles California 90049

On May 8, 2025, I served the foregoing document, **"JOINT STIPULATION TO DISMISS DEFENDANTS SERGIO ESCOBEDO AND ROB KOPPERUD"** described as on all interested parties in this action as follows:

**Louis R. Miller, Esq.**
**Jason H. Tokoro, Esq,**
**Steven G. Williamson, Esq.**
**Miller Barondess, LLP**
**2121 Avenue of the Stars, Suite 2600**
**Los Angeles, CA 90067**
**smiller@millerbarondess.com**
**jtokoro@millerbarondess.com**
**swilliamson@millerbarondess.com**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on May 8, 2025, at Los Angeles, California

*Amelia Sanchez*
Amelia Sanchez

717535.1