LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
STEVEN G. WILLIAMSON (State Bar No. 343842)
swilliamson@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants

Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
Alex DiBona, Esq., State Bar No. 265744
ADiBona@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Tel.: (310) 860 0770 | Fax: (310) 860 0771

Attorneys for Plaintiff,
ALEX VILLANUEVA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,<br><br>Defendants. | **CASE NO. 2:24-cv-04979 SVW (JCx)**<br><br>**JOINT STIPULATION RE: PARTIES' MOTIONS *IN LIMINE***<br><br>[*Filed Concurrently with [Proposed] Order*]<br><br>Assigned to the Hon. Stephen V. Wilson, Crtrm. 10A and Magistrate Judge Jacqueline Chooljian, Crtrm. 750<br><br>Trial Date:   June 3, 2025 |

735153.1

1    Plaintiff and Defendants (together, the "Parties"), hereby stipulate as follows:

2    **WHEREAS**, on December 11, 2024, the Court set the Final Pretrial
3    Conference in this matter for May 19, 2025 at 3:00 p.m. (Dkt No. 62);

4    **WHEREAS**, on December 11, 2024, the Court set trial in this matter for June
5    3, 2025 commencing at 9:00 a.m. (*id.*);

6    **WHEREAS**, on February 5, 2025, the Parties submitted their Joint Rule 26(f)
7    Report and Proposed Discovery Plan (the "Joint Report") (Dkt No. 64);

8    **WHEREAS**, the Joint Report required that motions *in limine* be filed by no
9    later than April 28, 2025 (*id.*);

10    **WHEREAS**, the Joint Report mistakenly and erroneously stated that the
11    Parties' motions *in limine* be set for hearing on May 26, 2025, which is a Court
12    holiday (Memorial Day) (*id.*);

13    **WHEREAS**, the Parties filed their respective motions *in limine* on April 28,
14    2025 and erroneously set them for hearing on May 26, 2025;

15    **WHEREAS**, the Parties mistakenly believed the Joint Report had been
16    entered as the Court's schedule for this case; and

17    **WHEREAS**, the Parties apologize to the Court and its staff for their mistake
18    and for setting the hearing on the motions *in limine* for a Court holiday, and
19    acknowledge it is an error that the Parties should have avoided.

20    In light of the above, the Parties hereby stipulate to having the motions *in
21    limine* heard at the Final Pre-Trial Conference on May 19, 2025 at 3:00 p.m.

22    The motions *in limine* are as follows:

23    (1)    Plaintiff's Motion *In Limine* No. 1 To Exclude Testimony and/or
24           Evidence of Plaintiff's Pension Benefits (Dkt Nos. 94, 113, 120).

25    (2)    Plaintiff's Motion *In Limine* No. 2 To Exclude Evidence or Reference
26           to Alleged Misconduct of Third Party (Dkt Nos. 95, 114, 121).

27    (3)    Plaintiff's Motion *In Limine* No. 3 To Exclude Nick Wilson's Political
28           Opinions (Dkt Nos. 96, 115, 122).

(4) Plaintiff's Motion *In Limine* No. 4 To Exclude Evidence, Innuendo, or Argument Referencing "Deputy Gangs" (Dkt Nos. 97, 116, 123).

(5) Plaintiff's Motion *In Limine* No. 5 To Exclude Expert Report, Opinion, and Testimony of Marc Cohen (Dkt Nos. 98, 117, 124).

(6) Plaintiff's Motion *In Limine* No. 6 To Exclude Expert Report, Opinion, and Testimony of Vida Thomas (Dkt Nos. 99, 118, 125).

(7) Defendants' Motion *In Limine* No. 1 To Exclude Multiple Expert Witnesses Re: Emotional Distress (Dkt Nos. 100, 107, 126).

(8) Defendants' Motion *In Limine* No. 2 To Exclude Plaintiff's Damages Expert Sandra White (Dkt Nos. 101, 108, 127).

(9) Defendants' Motion *In Limine* No. 3 To Exclude Hearsay Statements (Dkt Nos. 102, 109, 128).

(10) Defendants' Motion *In Limine* No. 4 To Exclude Vivian Villanueva From Testifying At Trial (Dkt Nos. 103, 110, 129).

(11) Defendants' Motion *In Limine* No. 5 To Exclude Evidence Related To POST (Dkt Nos. 104, 111).

**IT IS SO STIPULATED.**

DATED: May 13, 2025           SHEGERIAN & ASSOCIATES, INC.


By: ___*/ s / Alex DiBona*___
    ALEX DiBONA
    Attorneys for Plaintiff,
    ALEX VILLANUEVA

| | | |
|---|---|---|
| 1 | DATED: May 13, 2025 | MILLER BARONDESS, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | JASON H. TOKORO |
| | | Attorneys for Defendants |

735153.1

4

JOINT STIPULATION RE: PARTIES' MOTIONS *IN LIMINE*

**SIGNATURE ATTESTATION**

The other signatories listed, and on those behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 13, 2025						MILLER BARONDESS, LLP

							By: _____
							JASON H. TOKORO
							Attorneys for Defendants