LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
STEVEN G. WILLIAMSON (State Bar No. 343842)
swilliamson@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,<br><br>  Defendants. | **CASE NO. 2:24-cv-04979 SVW (JCx)**<br><br>**DEFENDANTS' NOTICE OF MOTION TO QUASH PLAINTIFF'S TRIAL SUBPOENAS OR, IN THE ALTERNATIVE, MOTION *IN LIMINE***<br><br>[*Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities; Declaration of Jason H. Tokoro; and [Proposed] Order*]<br><br>Date:  June 2, 2025<br>Time:  1:30 p.m.<br>Crtrm.:  10A - First Street Courthouse<br><br>Assigned to the Hon. Stephen V. Wilson, Crtrm. 10A and Magistrate Judge Jacqueline Chooljian, Crtrm. 750<br><br>Trial Date:  June 3, 2025 |

734186.1

DEFENDANTS' NOTICE OF MOTION TO QUASH PLAINTIFF'S TRIAL SUBPOENAS OR, IN THE
ALTERNATIVE, MOTION *IN LIMINE*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 2, 2025 at 1:30 p.m., or as soon thereafter as this matter may be heard in Courtroom 10-A of the above-captioned Court, located at 350 W 1st St, Los Angeles, CA 90012. Defendants will and hereby do move for an order excluding as witnesses at trial Los Angeles County Board Supervisors Kathryn Barger, Hilda Solis, Janice Hahn, Lindsey Horvath, and Holly Mitchell, and Los Angeles County Sheriff Robert Luna (the "Apex Witnesses").

This Motion is brought on the grounds that the Apex Witnesses are high-ranking officials and Plaintiff has not shown good cause or compelling reasons to require them to testify at trial. None of the Apex Witnesses has unique or superior personal knowledge of relevant facts. None of them were involved in the decision to place a "Do Not Rehire" notation on Plaintiff's County personnel file.

Plaintiff has also not exhausted less burdensome alternatives to calling the Apex Witnesses. Numerous sworn statements—discovery responses, declarations, and depositions—have made clear that the information sought by Plaintiff is available from other sources. Moreover, Plaintiff did not even attempt to depose three of the six witnesses he now seeks to call at trial, further undercutting any argument that these witnesses are essential to his case. Plaintiff's baseless insistence on subpoenaing these witnesses for trial is intended to do nothing more than harass them.

Accordingly, Plaintiff should be barred from calling the Apex Witnesses to testify at trial.

In accordance with the Local Rules, Defendants met and conferred with Plaintiff in good faith before filing this Motion. The parties were unable to reach a resolution of their disputes. (*See* Declaration of Jason H. Tokoro ¶ 11.)

This Motion is based upon this Notice of Motion, the Motion, the Declaration of Jason H. Tokoro, the pleadings and briefing on file with the Court, and any other

papers or argument of counsel that may be filed or submitted in connection with this Motion.

DATED: May 14, 2025                    Respectfully Submitted,

MILLER BARONDESS, LLP


By: _____/s/ *Jason H. Tokoro*_____
         JASON H. TOKORO
         Attorneys for Defendants

---

734186.1

3

DEFENDANTS' NOTICE OF MOTION TO QUASH PLAINTIFF'S TRIAL SUBPOENAS OR, IN THE ALTERNATIVE, MOTION *IN LIMINE*