LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
STEVEN G. WILLIAMSON (State Bar No. 343842)
swilliamson@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:24-cv-04979 SVW (JCx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO QUASH PLAINTIFF'S TRIAL SUBPOENAS OR, IN THE ALTERNATIVE, MOTION *IN LIMINE***<br><br>[*Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities; and Declaration of Jason H. Tokoro*]<br><br>Date:　　June 2, 2025<br>Time:　　1:30 p.m.<br>Crtrm.:　10A - First Street Courthouse<br><br>Assigned to the Hon. Stephen V. Wilson, Crtrm. 10A and Magistrate Judge Jacqueline Chooljian, Crtrm. 750<br><br>Trial Date:　　June 3, 2025 |

734182.1

ORDER GRANTING DEFENDANTS' MOTION TO QUASH PLAINTIFF'S TRIAL SUBPOENAS OR, IN THE ALTERNATIVE, MOTION *IN LIMINE*

# ORDER

On June 2, 2025, this Court heard Defendants' Motion to Quash Plaintiff's Trial Subpoenas Or, In The Alternative, Motion *In Limine* (the "Motion"). All parties were represented by counsel.

After considering the parties' briefing and argument, all material submitted in support thereof and in opposition thereto, and all other papers and pleadings filed in this matter, the Court **ORDERS** as follows:

(1) The Motion is **GRANTED** as to Los Angeles County Board Supervisors Kathryn Barger, Hilda Solis, Janice Hahn, Lindsey Horvath, and Holly Mitchell, and Los Angeles County Sheriff Robert Luna.

(2) Plaintiff's trial subpoenas for Supervisors Barger, Solis, Hahn, Horvath, and Mitchell, and Sheriff Luna are quashed.

(3) Plaintiff is prohibited from calling Supervisors Barger, Solis, Hahn, Horvath, and Mitchell, and Sheriff Luna to testify at trial.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
Hon. Stephen V. Wilson, Crtrm. 10A
Judge of the United States District Court