LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
STEVEN G. WILLIAMSON (State Bar No. 343842)
swilliamson@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants

Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
Alex DiBona, Esq., State Bar No. 265744
ADiBona@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Tel.: (310) 860 0770 | Fax: (310) 860 0771

Attorneys for Plaintiff,
ALEX VILLANUEVA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,<br><br>         Defendants. | **CASE NO. 2:24-cv-04979 SVW (JCx)**<br><br>**JOINT TRIAL WITNESS LIST AND TIME ESTIMATES**<br><br>Pretrial Conf.: May 19, 2025<br>Time:           3:00 p.m.<br>Crtrm,:          10A<br><br>Trial Date:    June 3, 2025<br>Time:           9:00 a.m.<br>Crtrm.:         10A<br><br>Assigned to the Hon. Stephen V. Wilson, Crtrm. 10A and Magistrate Judge Jacqueline Chooljian, Crtrm. 750 |

735574.1

JOINT TRIAL WITNESS LIST AND ESTIMATE FORM

CASE: *Villanueva v. County of Los Angeles, et al.*, Case No. 2:24-cv-04979 SVW          TRIAL DATE: <u>June 3, 2025</u>

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 1 | Alvarez, Edwin (In Person) | Plaintiff: 0.5 hr | Defendants: 1 hr | Investigations into the Huntsman and Lim POE complaints against Plaintiff. | |
| 2 | Barger, Kathryn (In Person)[1] | Plaintiff: 4 hrs | Defendants: 1 hr | Plaintiff's alleged protected speech and The "Do Not Rehire" notation given to Plaintiff. | |
| 3 | Blakinger, Keri | Plaintiff: 4 hrs | Defendants: 1 hr | Investigations into the Huntsman and Lim POE complaints against Plaintiff. | |
| 4 | Carillo, Gil (In Person) | Plaintiff: 1 hr | Defendants: 1 hr | Plaintiff's alleged emotional distress. | |

---

[1] Defendants object to Plaintiff calling Supervisor Barger to testify at trial. She is an APEX witness and Plaintiff cannot make the showing to justify calling her at trial.

725534.6                                              -2-

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 5 | Coates, Kyla (In Person) | Plaintiff: 2 hrs | Defendants: 2 hrs | POE complaint filed by Lim against Plaintiff; Investigation into Lim's POE complaint. | |
| 6 | Cohen, M.D., Marc A. (In Person)[2] | Defendants: 3 hrs | Plaintiff: 1.5 hrs | Plaintiff's alleged emotional distress. | |
| 7 | Cruz, Mercedes (In Person) | Plaintiff: 2 hrs | Defendants: 1 hr | The CEOP hearing on the Huntsman and Lim POE complaints against Plaintiff; the CEOP's recommendations regarding the Huntsman and Lim POE complaints against Plaintiff. | |

---

[2] Plaintiff has filed a *Daubert* challenge to Dr. Cohen's testimony. (Dkt No. 98.)

|   | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 8 | Devane, Ann (In Person) | Defendants: 1 hr | Plaintiff: 0.5 hr | Investigations into the Huntsman and Lim POE complaints against Plaintiff; the CEOP pre-hearing and hearing on the Huntsman and Lim POE complaints against Plaintiff; the Department's concurrence in the CEOP's recommendations regarding the Huntsman and Lim POE complaints against Plaintiff. | |
| 9 | Diaz-Herrera, Christine (In Person) | Plaintiff: 2 hrs | Defendants: 2 hrs | Investigations into the Huntsman and Lim POE complaints against Plaintiff. | |

|    | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|----|---|---|---|---|---|
| 10 | Escobedo, Sergio (In Person) | Plaintiff: 2 hrs | Defendants: 1 hr | Investigations into the Huntsman and Lim POE complaints against Plaintiff; the CEOP pre-hearing and hearing on the Huntsman and Lim POE complaints against Plaintiff; the Department's concurrence in the CEOP's recommendations regarding the Huntsman and Lim POE complaints against Plaintiff. | |
| 11 | Gevorki, Nairi (In Person) | Defendants: 1 hr | Plaintiff: 0.5 hr | Assessment of the Huntsman and Lim POE complaints against Plaintiff by the County of Los Angeles Intake Specialist Unit. | |
| 12 | Hahn, Janice (In Person)[3] | Plaintiff: 2 hrs | Defendants: 1 hr | Plaintiff's alleged protected speech and The "Do Not Rehire" notation given to Plaintiff. | |

---

[3] Defendants object to Plaintiff calling Supervisor Hahn to testify at trial. She is an APEX witness and Plaintiff cannot make the showing to justify calling her at trial. Defendants have filed a motion to quash Plaintiff's trial subpoena to Supervisor Hahn. (Dkt No. 133-1.)

|    | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|----|---|---|---|---|---|
| 13 | Horvath, Lindsey (In Person)[4] | Plaintiff: 2 hrs | Defendants: 1 hr | Plaintiff's alleged protected speech and The "Do Not Rehire" notation given to Plaintiff. |  |
| 14 | Huntsman, Max (In Person) | Plaintiff: 3 hrs | Defendants: 3 hrs | Policy of Equality ("POE") complaint filed by Huntsman against Plaintiff; Investigation into Huntsman's POE complaint. |  |
| 15 | Kennedy, Nigel (In Person)[5] | Plaintiff: 1hr | Defendants: 1 hr | Plaintiff's alleged emotional distress. |  |

---

[4] Defendants object to Plaintiff calling Supervisor Horvath to testify at trial. She is an APEX witness and Plaintiff cannot make the showing to justify calling her at trial. Defendants have filed a motion to quash Plaintiff's trial subpoena to Supervisor Horvath. (Dkt No. 133-1.)

[5] Defendants object to Plaintiff calling Dr. Kennedy, Dr. Udell, and Dr. Rowe as multiple expert witnesses at trial on Plaintiff's alleged emotional distress for the reasons set forth in Defendants' Motion *In Limine* No. 1. (Dkt No. 100)

|    | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|----|---|---|---|---|---|
| 16 | Komoroski, Constance (In Person) | Plaintiff: 1 hr | Defendants: 1 hr | The County Equity Oversight Panel ("CEOP") hearing on the Huntsman and Lim POE complaints against Plaintiff; the CEOP's recommendations regarding the Huntsman and Lim POE complaints against Plaintiff. | |
| 17 | Kopperud, Ron (In Person) | Plaintiff: 1 hr | Defendants: 1 hr | Investigations into the Huntsman and Lim POE complaints against Plaintiff; the Los Angeles County Sheriff's Department's (the "Department") concurrence in the CEOP's recommendations regarding the Huntsman and Lim POE complaints against Plaintiff. | |

|   | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 18 | Lecrivain, Laura (In Person) | Plaintiff: 2 hrs | Defendants: 1 hr | Investigations into the Huntsman and Lim POE complaints against Plaintiff; the CEOP hearing on the Huntsman and Lim POE complaints against Plaintiff; the Department's concurrence in the CEOP's recommendations regarding the Huntsman and Lim POE complaints against Plaintiff. | |
| 19 | Lested, Jonathan (In Person) | Defendants: 1 hr | Plaintiff: 0.5 hr | Assessment of the Huntsman and Lim POE complaints against Plaintiff by the Department Intake Specialist Unit. | |
| 20 | Lim, Esther (In Person) | Plaintiff: 3 hrs | Defendants: 3 hrs | POE complaint filed by Lim against Plaintiff; Investigation into Lim's POE complaint. | |
| 21 | Lillienfeld, Mark (In Person) | Plaintiff: 0.5 hr | Defendants: 1 hr | Investigation into Max Huntsman. | |
| 22 | Lopez, Maria E. (In Person) | Plaintiff: 1 hr | Defendants: 1 hr | Plaintiff's alleged emotional distress. | |

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 23 | Luna, Robert (In Person)[6] | Plaintiff: 4 hrs | Defendants: 1 hr | Investigations into the Huntsman and Lim POE complaints against Plaintiff. | |
| 24 | Mintz, Eric (In Person) | Plaintiff: 1 hr | Defendants: 1 hr | Investigations into the Huntsman and Lim POE complaints against Plaintiff. | |
| 25 | Mitchell, Holly (In Person)[7] | Plaintiff: 2 hrs | Defendants: 1 hr | Plaintiff's alleged protected speech and The "Do Not Rehire" notation given to Plaintiff. | |
| 26 | Murakami, Timothy (In Person) | Plaintiff: 1 hr | Defendants: 1 hr | Alleged retaliation against the Justice Deputies by Plaintiff. | |

---

[6] Defendants object to Plaintiff calling Sheriff Luna to testify at trial. He is an APEX witness and Plaintiff cannot make the showing to justify calling him at trial. Defendants have filed a motion to quash Plaintiff's trial subpoena to Sheriff Luna. (Dkt No. 133-1.)

[7] Defendants object to Plaintiff calling Supervisor Mitchell to testify at trial. She is an APEX witness and Plaintiff cannot make the showing to justify calling her at trial. Defendants have filed a motion to quash Plaintiff's trial subpoena to Supervisor Mitchell. (Dkt No. 133-1.)

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 27 | Pawlowski, Veronica (In Person) | Plaintiff: 2 hrs | Defendants: 2 hrs | POE complaints filed by Huntsman and Lim against Plaintiff; Investigations into Huntsman's Lim's POE complaint. | |
| 28 | Perri, Laurren (In Person) | Plaintiff: 1 hr | Defendants: 1 hr | Plaintiff's alleged emotional distress. | |
| 29 | Rowe, Jessica (In Person) | Plaintiff: 1.5 hrs | Defendants: 1 hr | Plaintiff's alleged emotional distress. | |
| 30 | Satterfield, John (In Person) | Plaintiff: 1.5 hrs | Defendants: 1.5 hrs | Investigations into the Huntsman and Lim POE complaints against Plaintiff; Plaintiff's public statements about Huntsman. | |
| 31 | Solis, Hilda (In Person)[8] | Plaintiff: 1 hr | Defendants: 1 hr | Plaintiff's alleged protected speech and The "Do Not Rehire" notation given to Plaintiff. | |

---

[8] Defendants object to Plaintiff calling Supervisor Solis to testify at trial. She is an APEX witness and Plaintiff cannot make the showing to justify calling her at trial. Defendants have filed a motion to quash Plaintiff's trial subpoena to Supervisor Solis. (Dkt No. 133-1.)

| | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 32 | Thomas, Shawn (In Person) | Plaintiff: 1 hr | Defendants: 1 hr | Investigations into the Huntsman and Lim POE complaints against Plaintiff. | |
| 33 | Thomas, Vida L. (In Person)[9] | Defendants: 2 hrs | Plaintiff: 1 hr | Investigations into the Huntsman and Lim POE complaints against Plaintiff. | |
| 34 | Udell, Rebecca (In Person) | Plaintiff: 1.5 hrs | Defendants: 1 hr | Plaintiff's alleged emotional distress. | |
| 35 | Villanueva, Alex (In Person) | Plaintiff: 4 hrs | Defendants: 3 hrs | Allegations made in Plaintiff's First Amended Complaint ("FAC"). | |
| 36 | Villanueva, Jared (In Person) | Plaintiff: 0.5 hr | Defendants: 0.5 hr | Plaintiff's alleged emotional distress. | |
| 37 | Villanueva, Vivian (In Person)[10] | Plaintiff: 1.5 hrs | Defendants: 1 hr | Plaintiff's alleged emotional distress. | |

---

[9] Plaintiff has filed a *Daubert* challenge to Ms. Thomas. (Dkt No. 99)

[10] Defendants object to Plaintiff calling Ms. Villanueva to testify at trial on Plaintiff's alleged emotional distress for the reasons set forth in Defendants' Motion *In Limine* No. 4. (Dkt No. 103)

|    | WITNESS NAME | PARTY CALLING WITNESS AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|----|---|---|---|---|---|
| 38 | White, Sandra (In Person)[11] | Plaintiff: 1 hr | Defendants: 1 hr | Plaintiff's alleged economic damages. | |
| 39 | Wilson, Nick (In Person) | Plaintiff: 0.5 hr | Defendants: 1 hr | Plaintiff's alleged emotional distress. | |
| 40 | Yang, Roberta (In Person) | Plaintiff: 1 hr | Defendants: 1 hr | The CEOP hearing on the Huntsman and Lim POE complaints against Plaintiff; the CEOP's recommendations regarding the Huntsman and Lim POE complaints against Plaintiff. | |

---

[11] Defendants object to Plaintiff calling Ms. White to testify as an expert witness at trial on Plaintiff's alleged economic damages for the reasons set forth in Defendants' Motion *In Limine* No. 2. (Dkt No. 101.)

DATED: March 15, 2025                SHEGERIAN & ASSOCIATES, INC.


By: _____/s / Alex DiBona_____
    ALEX DiBONA
    Attorneys for Plaintiff,
    ALEX VILLANUEVA


DATED: March 15, 2025                MILLER BARONDESS, LLP


By: _____
    JASON H. TOKORO
    Attorneys for Defendants

## SIGNATURE ATTESTATION

The other signatories listed, and on those behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 15, 2025        MILLER BARONDESS, LLP

By: _____
JASON H. TOKORO
Attorneys for Defendants