LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
STEVEN G. WILLIAMSON (State Bar No. 343842)
swilliamson@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

Attorneys for Defendants

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

ALEX VILLANUEVA,

Plaintiff,

v.

COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,

Defendants.

**CASE NO. 2:24-cv-04979 SVW (JCx)**

**DECLARATION OF JASON H. TOKORO IN SUPPORT OF DEFENDANTS' MOTION FOR FEES, COSTS, AND SANCTIONS AGAINST PLAINTIFF AND HIS COUNSEL**

*Filed Concurrently with Notice of Motion; Memorandum of Points and Authorities; and [Proposed] Order*

Date: June 30, 2025
Time: 1:30 p.m.
Crtrm.: 10A

Assigned to the Hon. Stephen V. Wilson, Crtrm. 10A and Magistrate Judge Jacqueline Chooljian, Crtrm. 750

# DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Miller Barondess, LLP, counsel of record for Defendants in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of Defendants' Motion for Fees and Costs.

**Plaintiff's Vexatious Multiplication of Depositions**

2. On December 17, 2024, counsel for the parties held an initial meet and confer regarding the case.

3. At that meeting, the parties agreed this case was not complex, and the parties discussed the depositions they thought would be required: Mr. Huntsman, Ms. Lim, Plaintiff, and Christine Diaz-Herrera (the independent investigator).

4. Plaintiff's counsel stated he also may seek to depose the other individuals that Ms. Diaz-Herrera interviewed: Ms. Coates and Ms. Pawlowski. Plaintiff's counsel then stated that a 30(b)(6) witness for the County would suffice and would be most efficient.

5. No other potential witness depositions were discussed.

6. Consistent with the parties' understanding, on December 23, 2024, Plaintiff's counsel e-mailed Defendants' counsel a list of 30(b)(6) topics. A true and correct copy that e-mail is attached hereto as **Exhibit A**.

7. On January 6, 2025, Plaintiff served deposition notices for Ms. Diaz-Herrera, Ms. Lim, Mr. Huntsman, and a 30(b)(6) witness.

8. On January 13, 2025, Plaintiff reversed course and served eight additional deposition notices, including for Board Supervisors Hilda Solis and Janice Hahn and Sheriff Robert Luna. By serving these notices, Plaintiff exceeded Federal Rule of Civil Procedure 30's maximum of 10 depositions, but had not sought or received leave of Court to do so.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

9. Plaintiff would go on to take 13 fact witness depositions, the majority of which were cumulative, unnecessary, harassing and could have been resolved by a simple 30(b)(6) as originally agreed. For example, Plaintiff's counsel deposed each of the three members of the County Equity Oversight Panel that reviewed the complaints and investigations against Plaintiff and asked them the same questions.

**Plaintiff Counsel's Improper Discovery Tactics**

**Gil Carrillo Deposition**

10. On February 12, 2025, Plaintiff served his First Amended Rule 26 disclosures, wherein he listed "Gil Carillo" as a witness who could support Plaintiff's $25 million emotional distress claim. A true and correct copy of those disclosures is attached hereto as **Exhibit B**.

11. Defendants deposed Mr. Carrillo on March 11, 2025.

12. It became eminently clear that Mr. Carrillo had none of the knowledge ascribed to him in Plaintiff's First Amended Disclosures. Mr. Carrillo repeatedly testified that he never talked to Plaintiff about emotional distress, had not observed any emotional distress, and had no idea whether Plaintiff was even bothered by his receipt of a "Do Not Rehire" notation on his file. A true and correct copy of excerpts from Mr. Carrillo's deposition are attached hereto as **Exhibit C**.

**Plaintiff's Depositions**

13. Plaintiff was first deposed on February 28, 2025.

14. At the deposition, Plaintiff's counsel repeatedly instructed Plaintiff not to answer basic questions, such as the identity of individuals present at meetings, the nature of the allegations in Plaintiff's complaints, or whether Plaintiff's discovery responses were accurate. Plaintiff's counsel asserted that this information was shielded by the attorney-client privilege and work-product doctrine.

15. Defendants' counsel advised that such objections were improper, but Plaintiff's counsel was not dissuaded.

16. Defendants were forced to file a motion to compel further responses

Miller Barondess, LLP
Attorneys at Law
2121 Avenue of the Stars, Suite 2600 Los Angeles, California 90067
Tel: (310) 552-4400 Fax: (310) 552-8400

which, although Magistrate Judge Chooljian granted, came at the cost of valuable time and money. (*See* Dkt. Nos. 76–77, 86.)

17. As explained in Defendants' Motion, this was just one of the four discovery motions that Defendants were forced to brief based on Plaintiff's obstructionist discovery tactics. Plaintiff separately forced Defendants to file a motion to obtain Plaintiff's medical records, only for Defendants to later discover that Plaintiff had gathered and sent medical records to Plaintiff's expert without providing them to Defendants. (*See* Dkt. Nos. 68, 70, 72–73, 74–75, 76–77.)

**Plaintiff's Repeated Alteration of Text Messages**

18. Prior to the deposition of Mr. Carrillo, Plaintiff produced a handful of text messages—ostensibly between himself and Mr. Carrillo—that were clearly altered to delete messages from Plaintiff.

19. At Mr. Carrillo's deposition, Mr. Carrillo was asked about these text messages and expressed confusion regarding the altered nature of the messages produced by Plaintiff. (*See* **Ex. C** at 43:15–47:21, 48:2–22.)

20. During a break, Mr. Carrillo pulled the full conversation from his phone, which confirmed that the version of the text messages provided to Defendants was altered prior to being produced. (*See id.* at 73:21–75:23.)

21. Defendants' counsel asked Plaintiff's counsel to explain this issue on the record but he refused. (*See id.* at 89:23–91:18.)

22. After the deposition, Plaintiff's counsel claimed that a "software" issue had somehow caused only texts from Plaintiff to be deleted and assured Defendants' counsel that the issue had been resolved. A true and correct copy of Plaintiff's counsel's e-mail is attached hereto as **Exhibit D**.

23. This was not the last time this happened.

24. Shortly before the deposition of Maria Lopez, Plaintiff produced a series of texts between himself and Ms. Lopez that were again altered. Like before, the texts produced by Plaintiff deleted texts he had sent to Ms. Lopez.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

25. Defendants' counsel again caught the alteration and put Plaintiff's counsel on notice. Shortly thereafter, Plaintiff produced a new version of the texts with the full conversation. A true and correct copy of relevant excerpts from the deposition of Ms. Lopez is attached hereto as **Exhibit E**.

26. Immediately after Ms. Lopez's deposition, Defendants' counsel again reached out to Plaintiff's counsel, asking why they again produced altered messages. A true and correct copy of that e-mail exchange is attached hereto as **Exhibit F.**

27. Plaintiff's counsel ignored Defendants for three days. (*See id.*)

28. After Defendants followed up again, Plaintiff's counsel claimed that the "wrong version" of the text messages was produced. (*See id.*)

29. This issue came up again at the deposition of Vivian Villanueva where Plaintiff produced a series of text messages with inexplicable gaps that even Ms. Villanueva could not explain. A true and correct copy of relevant excerpts of Ms. Villanueva's deposition is attached hereto as **Exhibit G**.

**<u>Plaintiff's Repeated Misstatements of Law</u>**

30. As noted above, due to Plaintiff's obstructionist discovery tactics, the parties repeatedly appeared before Magistrate Judge Chooljian on various issues and, each time, completed a Rule 37 Joint Stipulation that laid out the parties' respective positions.

31. One of those stipulations concerned Plaintiff's Motion to Quash Defendants' subpoena to LACERA, which sought to obtain Plaintiff's pension records. (*See* Dkt. Nos. 68, 70.) These records were sought by Defendants to challenge Plaintiff's claims of economic harm and to show that Plaintiff would lose his pension payments if he returned to work for the County.

32. In the course of preparing the parties' Rule 37 Joint Stipulation on the LACERA issue, Defendants noted that Plaintiff's portion of the brief relied on incorrect authority, or otherwise misquoted or misstated the holdings of those cases.

33. Defendants provided their draft insert to Plaintiff before filing.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

Meaning that even if Plaintiff's misstatements were inadvertent error, Plaintiff and his counsel had the opportunity to address and change the arguments before presenting them to the Court. They did not do so.

34. Later, in advance of the parties' meet and confer on Defendants' summary judgment motion, Defendants provided Plaintiff a letter that explained the applicable standard for First Amendment claims brought by elected officials. Specifically, Defendants pointed out that elected officials need to meet a higher standard to prove First Amendment retaliation and that elected officials do not possess the same rights as private citizens. A true and correct copy of that letter is attached hereto as **Exhibit H**.

35. On April 10, 2025, Defendants explained the applicable standard to Plaintiff's counsel during the course of the meet and confer itself, and extensively cited to it in their summary judgment motion. Despite being on ample notice, Plaintiff attempted to mislead the Court by arguing that a lower standard applied to Plaintiff (i.e., the standard for public employees).

**<u>Plaintiff Counsel's Refusal to Meet and Confer in Good Faith</u>**

**<u>Summary Judgment</u>**

36. On April 10, 2025, the parties met and conferred about Defendants' intended motion for summary judgement. During the meeting, I repeatedly asked Plaintiff's counsel to identify even one genuinely disputed material fact that could support opposing summary judgment. Plaintiff's counsel refused to engage and did not provide any examples.

37. Plaintiff's counsel repeatedly stated he disagreed with Defendants' position, but when I asked him to explain his position, he refused to do so.

38. Plaintiff's counsel then stated that he "did not care" about the meet and confer process.

**<u>Motions *in Limine*</u>**

39. On April 18, 2025, Defendants and Plaintiff met and conferred

Miller Barondess, LLP
Attorneys at Law
2121 Avenue of the Stars, Suite 2600 Los Angeles, California 90067
Tel: (310) 552-4400 Fax: (310) 552-8400

regarding their proposed motions *in limine*.

40. Although the parties disagreed on various issues, they were able to reach agreement on certain issues. This included reaching a stipulation on Plaintiff's intended motion *in limine* to exclude introduction of evidence related to "deputy gangs."

41. I asked Plaintiff's counsel to send us a stipulation to memorialize the parties' agreement.

42. On April 21, 2025, Plaintiff's counsel sent us a draft stipulation, which I revised and sent back to him for filing. Plaintiff's counsel agreed to the revisions made by me and filed the stipulation. (*See* Dkt. No. 92.)

43. Despite this agreement and stipulation, on April 28, 2025, Plaintiff's counsel still filed a motion *in limine* to exclude introduction of "gang evidence." (*See* Dkt. No. 97.)

44. That same day, I immediately e-mailed Plaintiff's counsel and asked him to withdraw the motion in light of the stipulation. A true and correct copy of that e-mail exchange is attached hereto as **Exhibit I.**

45. Plaintiff's counsel refused, thereby requiring Defendants to research and brief an entirely unnecessary motion. (*See id.*)

**The Attorneys' Fees Incurred by the County in Defending this Action**

46. Our firm's lawyers, paralegals, and support staff worked to represent Defendants in litigating this matter. Attached hereto as **Exhibit J** are true and correct copies of Miller Barondess' monthly fee invoices in this matter spanning from May 2024 through April 2025.

47. Certain billing entries have been redacted pursuant to the attorney-client privilege and/or work product doctrine. Defendants are willing to submit unredacted versions of the invoices for *in camera* review if the Court feels it necessary to decide this Motion.

48. In addition, we have redacted entries in their entirety for tasks that

Miller Barondess, LLP
Attorneys at Law
2121 Avenue of the Stars, Suite 2600 Los Angeles, California 90067
Tel: (310) 552-4400 Fax: (310) 552-8400

Defendants are not seeking to recover by this Motion. Meaning, those entries have been excluded from the fee request entirely.

49. Between May 1 and May 16, 2025—when summary judgment was granted by the Court—Defendants incurred an estimated $143,599.50 in attorneys' fees. Defendants have incurred and will incur attorneys' fees from May 17 until this Motion is heard, including fees in connection with the reply brief. Defendants will submit a fee invoice for May and June 2025 with their reply.

50. The standard hourly rates for lawyers at Miller Barondess range between $595 and $2,000 per hour.

51. Miller Barondess charges a reduced, blended hourly rate of $550 per hour for the County due to it being a public government entity. Meaning, the hourly rate for the County is the same no matter what lawyer works on the matter and no matter how senior that lawyer. The firm also charges a reduced hourly rate of $165 per hour for paralegals and support staff. These reduced rates are intended to benefit the public and the use of public funds.

52. I reviewed all of the billing records generated by our firm to ensure that our hours were appropriate. Based on my experience, I believe the number of hours spent, the tasks performed, and the staffing we used were reasonable and necessary, particularly in light of the hard-fought nature of this dispute, Plaintiff's obstructionist and unreasonable discovery tactics, and the seriousness of the claims asserted against Defendants.

**Miller Barondess, LLP**

53. Our firm does high-end trial work. We are a 48-lawyer firm in Los Angeles specializing in high-stakes litigation, trial and appellate work in California and across the country. We represent clients in a wide range of sectors including technology, real estate, healthcare, entertainment, sports, insurance, financial services and mergers and acquisitions.

54. Our firm has received many accolades. We have achieved Top Verdict

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

recognition on both the plaintiff and defense sides. Our firm has been recognized by the *Los Angeles Business Journal* as among the "Most Admired Law Firms To Work For"; and by the *Los Angeles Times B2B Publishing* as among the "Top 100 Law Firms in Los Angeles" and "Top 25 in Litigation." We have also been featured multiple times among the "Top Litigation Boutiques" by the *Los Angeles Daily Journal*. A link to our firm's awards and accolades, some of which are as recent as May 27, 2025, can be found here: https://millerbarondess.com/awards.

55. We attract top talent and we regularly take on prestigious big firms, including, but not limited to, Gibson Dunn, Latham & Watkins, and Quinn Emanuel. The majority of our attorneys come from big law firms, including O'Melveny, Skadden, Gibson Dunn, Latham & Watkins, Jones Day, Quinn Emanuel, Cooley, Dechert, Foley & Lardner, Cahill, Simpson Thacher, McDermott, Sullivan & Cromwell, and Irell & Manella.

**Miller Barondess' Billing Rates**

56. Miller Barondess charges rates that are comparable to the rates charged by other law firms handling high-end, complex litigation in Los Angeles. I am familiar with the rates that other firms charge because of my experience being a litigator in this market since 2007; through my communications with friends and colleagues who are partners at other top firms; and because it is part of my responsibilities at the firm to make sure that our rates are competitive with the rates charged by our competitor firms.

57. We routinely adjust our lawyer and staff billing rates at the middle and/or end of the year to stay competitive in the market.

58. Importantly, courts have ruled that Miller Barondess' regular hourly rates are reasonable and justified. In *Mednick v. Virtual Sonics*, C.D. Cal. case number 2:21-cv-03755-MRW, the U.S. District Court for the Central District of California, Hon. Michael R. Wilner, awarded Miller Barondess' client, Defendant Virtual Sonics, fees based on Miller Barondess' regular hourly rates. In fact, the

Court found that Miller Barondess' billing rates were on the low side given the high quality of the firm's representation and other market factors:

> On the rate side, Virtual Sonics adequately supported the validity of the rates that the Miller Barondess firm charged in defense of the action. Frankly, given the state of the Los Angeles legal world, the general inflation in our national economy in recent years, and the experience that I have with lawyer bills that I regularly see in all sorts of cases, the rates for Messrs. Frid ($950-1,100) and Wilson ($695-795) were below what I expected to see in a case of this nature. . . . Lawyers with the education and experience of the Miller Barondess team typically and reasonably charge these fees.

A true and correct copy of the Court's March 21, 2023 Order (Dkt. 171) is attached as **Exhibit K**.

59. As explain therein, Judge Wilner authorized fees based on my partner Sasha Frid's regular billing rate, which ranged from $950 to $1,100 per hour from 2021–22. It is now 2025, and the cost of legal services has increased, and continues to increase, both in Los Angeles County and nationwide.

60. Of note, the above rates that were found to be reasonable by Judge Wilner are significantly higher than the discounted rates used in this case.

61. And earlier this month, on May 9, 2025, the Superior Court of California for Orange County awarded Miller Barondess attorneys' fees, and found that its requested rates of $750 to $795 per hour for associates, $1,200 to $1,400 per hour for partners, and $395 per hour for paralegals was reasonable. Attached hereto as **Exhibit L** is a true and correct copy of the minute order discussing the fee award.

**Our Primary Case Team**

62. We used a primary case team in this matter to keep the staffing lean and efficient. The team consisted of me, Steven Williamson, Brian Neach, and Scarlet Speakmoore. The billing rates and qualifications of our team are below:

a. Jason H. Tokoro. I am a partner at Miller Barondess and have been practicing law for over 16 years. I have litigated cases in California, New

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

York, Delaware, Washington D.C., Nevada, Washington, and Florida. My billing rate in this matter was $550 per hour in 2024 and in 2025. My standard billing rate was $1,300 in 2024 and $1,400 in 2025. I received my Juris Doctorate from the University of California at Berkeley School of Law in 2007. Before joining Miller Barondess, I worked practiced law at O'Melveny & Myers. I specialize in complex commercial litigation and have significant experience litigating cases involving real estate, intellectual property, entertainment, and employment. Attached as **Exhibit M** is a true and correct copy of my firm biography.

b. Steven G. Williamson. Mr. Williamson is a Counsel for Miller Barondess and has been in private practice since 2016. Prior to that, he clerked for Judge Rhesa Hawkins Barksdale on the United States Court of Appeals for the Fifth Circuit, and Judge Brian S. Miller on the United States District Court for the Eastern District of Arkansas. Before joining Miller Barondess, he worked at Perkins Coie. He received his Juris Doctorate *magna cum laude* in 2013 from Rutgers University School of Law, Camden, where he served as Editor-in-Chief of the school's law review. He specializes in complex commercial litigation, with expertise in cases involving mass tort, product liability, environmental, and construction. Mr. Williamson's billing rate in this matter was $550 per hour in 2024 and 2025. Mr. Williamson's standard billing rate was $995 in 2024 and $1,100 in 2025. Attached as **Exhibit N** is a true and correct copy of Mr. Williamson's firm biography.

c. Brian Neach. Mr. Neach is a Counsel for Miller Barondess who has practiced law for more than 24 years. Mr. Neach has extensive experience litigating and trying cases in large, complex cases to successful verdict. Prior to joining Miller Barondess, Mr. Neach was Counsel at O'Melveny & Myers and also ran his own law firm. He received his Juris Doctorate *magna cum laude* in 2001 from the University of Notre Dame Law School. Mr. Neach's billing rate in this matter was $550 per hour in 2025. This is significantly less than his standard billing rate, which is $1,300 in 2025. Attached as **Exhibit O** is a true and correct copy of

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

Mr. Neach's firm biography.

d. Scarlet Speakmoore. Ms. Speakmoore was the primary paralegal who worked on this matter. She has worked as a paralegal since 2009. She has handled multiple trials, and has experience in all tasks needed to support a complex litigation case such as this one. Prior to joining Miller Barondess, Ms. Speakmoore was a paralegal at Blau Keane Law Group, P.C. Ms. Speakmoore's billing rate in this matter was $165 per hour in both 2024 and 2025. This is significantly less than her standard billing rate, which was $395 per hour in both 2024 and 2025.

63. The below chart summarizes the hours and rates charged by the above timekeepers from May 2024 through May 16, 2025:

| Timekeeper | Role | Hours | Rate ($/hr.) | Billed Amount |
|---|---|---|---|---|
| Jason H. Tokoro | Partner | 537.4 | $550 | $295,570.00 |
| Steven G. Williamson | Counsel | 679.1 | $550 | $373,505.00 |
| Brian Neach | Counsel | 206 | $550 | $113,300.00 |
| Scarlet G. Speakmoore | Paralegal | 257.5 | $165 | $42,487.50 |
| | **Totals** | **1,680** | | **$824,862.50** |

**Other Miller Barondess Timekeepers**

64. Miller Barondess has used other timekeepers for targeted assistance on this matter. The qualifications for the other timekeepers are below:

a. Eleanor S. Ruth. Ms. Ruth is an appellate specialist and counsel at Miller Barondess, who was utilized to provide appellate insight on Defendants' motion for summary judgment. Ms. Ruth has been practicing law since 2009 and received her Juris Doctorate from the University of Houston Law Center. She also currently serves as an adjunct professor at Loyola Law School, supervising law students in *pro bono* appellate clinics before the United States Court of Appeals for the Ninth Circuit, and was previously a law clerk at the California Court of Appeal.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

Mr. Ruth's billing rate in this matter was $550 per hour in 2025. This is significantly less than her standard billing rate, which is $1,200 per hour. Attached as **Exhibit P** is a true and correct copy of Ms. Ruth's firm Biography.

b. Other Timekeepers. Carole Conklin and Melissa Iverson are Law Clerks who performed cite-checking, proofreading and other related tasks. We also used Cindy Lumia and Clement Leung (both paralegals), and Nicole Kim, an e-Discovery specialist, to assist with discrete trial preparation tasks in this matter. The billing rate for each of these five individuals was $165 for this matter.

c. The chart below summarizes the hours and rates charged by the above additional timekeepers through May 16, 2025.

| Timekeeper | Role | Hours | Rate ($/hr.) | Billed Amount |
|---|---|---|---|---|
| Eleanor S. Ruth | Counsel | 26.3 | $550 | $14,465.00 |
| Carole Conklin | Law Clerk | 24 | $165 | $3,960.00 |
| Melissa Iverson | Law Clerk | 42.7 | $165 | $7,045.50 |
| Clement Leung | Paralegal | 27.8 | $165 | $4,587.00 |
| Nicole Kim | E-Discovery | 72.2 | $165 | $11,913.00 |
| Cindy Lumia | Paralegal | 103.8 | $165 | $17,127.00 |
| | **Totals** | **296.8** | | **$59,097.50** |

65. In total, across all Miller Barondess timekeepers, Defendants seek **$883,960** in attorneys' fees, for 1,976.8 hours of work through May 16, 2025.

**Time Spent on Specific Major Tasks**

66. For the ease of the Court, we are also providing breakdowns for time spent on certain tasks that would have been avoided but for Plaintiff's misconduct.

67. Motions to Dismiss. The evidence adduced in discovery conclusively established that Plaintiff's allegations were categorically false. These include, but are not limited to: Plaintiff's allegations that investigations into his misconduct were

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

closed, placed into a "suspense file," then reopened; and Plaintiff's conspiracy theories about the Board of Supervisors and Sheriff Luna. These sham allegations forced Defendants to file two Motions to Dismiss. The two charts below represent the time spent researching, drafting, filing, and other tasks related to those motions. Supporting billing entries for the first chart may be found in pages 112–16, 120–23, 126–28, and 132 of **Exhibit J**, and supporting entries for the second chart may be found in pages 136–38 and 142–43 of **Exhibit J**.

*Defendants' First Motion to Dismiss and Reply Brief*

| Timekeeper | Role | Hours | Rate ($/hr.) | Billed Amount |
|---|---|---|---|---|
| Jason H. Tokoro | Partner | 38.9 | $550 | $21,395.00 |
| Steven G. Williamson | Counsel | 76.7 | $550 | $42,185.00 |
| Scarlet G. Speakmoore | Paralegal | 1.3 | $165 | $214.50 |
| Melissa Iverson | Law Clerk | 13.3 | $165 | $2,194.50 |
| Cindy Lumia | Paralegal | 1.1 | $165 | $181.5 |
| | **Totals** | **131.3** | | **$66,170.50** |

*Defendants' Second Motion to Dismiss and Reply Brief*

| Timekeeper | Role | Hours | Rate ($/hr.) | Billed Amount |
|---|---|---|---|---|
| Jason H. Tokoro | Partner | 10.6 | $550 | $5,830.00 |
| Steven G. Williamson | Counsel | 35.2 | $550 | $19,360.00 |
| Scarlet G. Speakmoore | Paralegal | 1.9 | $165 | $313.50 |
| Melissa Iverson | Law Clerk | 4.3 | $165 | $709.50 |
| | **Totals** | **52.0** | | **$26,213.00** |

Miller Barondess, LLP
Attorneys at Law
2121 Avenue of the Stars, Suite 2600 Los Angeles, California 90067
Tel: (310) 552-4400 Fax: (310) 552-8400

68. Unnecessary Discovery Motions. Plaintiff's obstructionist tactics forced Defendants to repeatedly seek relief from Magistrate Judge Chooljian on routine discovery issues, as set forth in the Motion. (*See* Dkt. Nos. 68, 70, 72–73, 74–75, 76–77.) The chart below represents the time spent researching, drafting, filing, and other tasks related to those motions. Supporting billing entries for this chart may be found in pages 160–74, 178–95, and 199–208 of **Exhibit J**.

| Timekeeper | Role | Hours | Rate ($/hr.) | Billed Amount |
|---|---|---|---|---|
| Jason H. Tokoro | Partner | 35.3 | $550 | $19,415.00 |
| Steven G. Williamson | Counsel | 53.8 | $550 | $29,590.00 |
| Scarlet G. Speakmoore | Paralegal | 12.2 | $165 | $2,013.00 |
| Melissa Iverson | Law Clerk | 8.7 | $165 | $1,435.50 |
| | **Totals** | **110.0** | | **$52,453.50** |

69. Depositions. As noted above, Plaintiff erroneously identified Mr. Carrillo as an individual who had knowledge related to Plaintiff's $25 million emotional distress claim. Plaintiff also improperly designated three experts to testify about his alleged emotional distress. This needlessly forced Defendants to depose all three experts, who had all reached the same conclusion about Plaintiff based on the same record. The chart below represents the time spent taking and preparing for these depositions. Supporting billing entries for this chart may be found in and pages 178–95 and 199–220 of **Exhibit J**.

/ / /

/ / /

/ / /

/ / /

/ / /

Miller Barondess, LLP
Attorneys at Law
2121 Avenue of the Stars, Suite 2600 Los Angeles, California 90067
Tel: (310) 552-4400 Fax: (310) 552-8400

| Timekeeper | Role | Hours | Rate ($/hr.) | Billed Amount |
|---|---|---|---|---|
| Jason H. Tokoro | Partner | 9.6 | $550 | $5,280.00 |
| Steven G. Williamson | Counsel | 15.1 | $550 | $8,305.00 |
| Brian Neach | Counsel | 28.8 | $550 | $15,840.00 |
| Scarlet G. Speakmoore | Paralegal | 6.5 | $165 | $1,072.50 |
| | **Totals** | **60.0** | | **$30,497.50** |

70. Motion for Summary Judgment. As set forth in the Motion, by the close of discovery it was clear that no evidence supported Plaintiff's First Amendment retaliation claim. Yet, Plaintiff refused to dismiss his claims and, instead, forced Defendants to move for summary judgment, which the Court granted. The attorneys' fee incurred to research and draft the motion, supporting declarations, statement of facts, and reply, as well as related tasks, are reflected in the below chart. Supporting billing entries for this chart may be found in pages 178–95 and 199–220 of **Exhibit J.**

| Timekeeper | Role | Hours | Rate ($/hr.) | Billed Amount |
|---|---|---|---|---|
| Jason H. Tokoro | Partner | 74.4 | $550 | $40,920.00 |
| Steven G. Williamson | Counsel | 161.2 | $550 | $88,660.00 |
| Eleanor S. Ruth | Counsel | 26.3 | $550 | $14,465.00 |
| Scarlet G. Speakmoore | Paralegal | 44.7 | $165 | $7,375.50 |
| Carole Conklin | Law Clerk | 3.5 | $165 | $577.50 |
| Melissa Iverson | Law Clerk | 5.5 | $165 | $907.50 |
| | **Totals** | **315.6** | | **$152,905.50** |

Miller Barondess, LLP
Attorneys at Law
2121 Avenue of the Stars, Suite 2600 Los Angeles, California 90067
Tel: (310) 552-4400 Fax: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

71. Unnecessary Motions *in Limine*. Defendants should not have been forced to brief any motions *in limine* because Plaintiff's decision to pursue his case following the close of fact discovery was reckless and frivolous. Be that as it may, the topics on which Defendants were forced to file motions *in limine* were also a product of Plaintiff's vexatious litigation tactics, as set forth above. The chart below represents the time spent researching and drafting the motions. Supporting billing entries for this chart may be found in pages 199–220 of **Exhibit J**.

| Timekeeper | Role | Hours | Rate ($/hr.) | Billed Amount |
|---|---|---|---|---|
| Jason H. Tokoro | Partner | 45.3 | $550 | $24,915.00 |
| Steven G. Williamson | Counsel | 27.9 | $550 | $15,345.00 |
| Brian Neach | Counsel | 71.1 | $550 | $39,105.00 |
| Scarlet G. Speakmoore | Paralegal | 25.7 | $165 | $4,240.50 |
| Carole Conklin | Law Clerk | 15 | $165 | $2,475.00 |
| **Totals** | | **185.0** | | **$86,080.50** |

**The Matter Required Defendants to Retain Three Experts**

**Economic Damages**

72. Plaintiff demanded economic damages of more than $1 million and emotional distress damages of more than $25 million.

73. As part of his Rule 26 expert disclosures, Plaintiff designated an economist named Sandra White to testify about his economic damages.

74. Defendants were required to obtain their own rebuttal expert, Jennifer McNulty, to respond to Ms. White and provide her opinion that Plaintiff had not suffered any economic harm.

75. Ms. McNulty is a highly qualified CPA who has provided expert testimony in over 100 cases. Attached hereto as **Exhibit Q** is a true and correct copy of Ms. McNulty's CV.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

**Emotional Distress Damages**

76. To address Plaintiff's alleged emotional distress, Defendants retained Dr. Marc Cohen, M.D., M.S. to perform an independent medical examination ("IME") of Plaintiff and testify about Plaintiff's claims.

77. Dr. Cohen is a physician licensed to practice in California and Washington, who received his M.D. from the Keck School of Medicine at the University of Southern California. He is board certified in psychiatry and forensic psychiatry by the American Board of Psychiatry and Neurology, and currently serves as an Assistant Dean and Associate Clinical Professor at the UCLA School Medicine. He has performed more than 400 IME's, and has provided expert testimony in more than 100 cases. Attached hereto as **Exhibit R** is a true and correct copy of Dr. Cohen's CV.

78. Plaintiff designated three experts to testify about his alleged emotional distress: Dr. Nigel Kennedy, Dr. Rebecca Udell, and Dr. Jessica Rowe.

79. As a result, Defendants had Dr. Cohen review the expert reports of Drs. Kennedy, Udell, and Rowe, and attend their depositions, so that he could provide his feedback in real-time. This resulted in additional costs incurred by Defendants.

**Workplace Investigations**

80. Plaintiff focused his discovery efforts and motion practice on his incorrect assertion that the two personnel investigations conducted by Sanders Roberts into his misconduct were deficient and part of a conspiracy orchestrated by the Board of Supervisors.

81. To rebut this assertion, Defendants retained a workplace investigations expert, Vida Thomas, to review the Sanders Roberts' investigations and testify about whether they were conducted pursuant to industry standard.

82. Ms. Thomas is a former attorney and is a workplace investigations expert who has conducted more than 200 workplace investigations. She is a Director and founding member of the Association of Workplace Investigators, an

international organization that is a leader in setting the standards for workplace investigations. Ms. Thomas has testified in numerous cases as an expert on this topic. Attached hereto as **Exhibit S** is a true and correct copy of Ms. Thomas' CV.

**<u>The Law Firm Representing Plaintiff Is Skilled</u>**

83. Plaintiff was represented by a skilled law firm that claims to have a "98% success rate" for jury trials. Attached hereto as **Exhibit T** is a true and correct copy of certain pages from the website of the law firm of Shegarian & Associates.

84. The lead trial attorney for this matter is Carney Shegarian. Attached hereto as **Exhibit U** is a true and correct copy of Mr. Shergarian's firm biography.

85. A second attorney handling this matter is Alex DiBona. Attached hereto as **Exhibit V** is a true and correct copy of Mr. DiBona's firm biography.

86. A third attorney handling this matter is Mahru Madjidi. Attached hereto as **Exhibit W** is a true and correct copy of Ms. Madjidi's firm biography.

**<u>Defendants' Costs</u>**

87. Defendants also incurred significant costs in this dispute, which were also unnecessarily increased by Plaintiff's litigation tactics.

88. Concurrently with its Motion, Defendants are filing an Application to Tax Costs with the Court Clerk, pursuant to Local Rule 54-8, which will include true and correct copies of invoices and supporting documentation for those costs that are taxable pursuant to the Local Rules. Defendants believe they are entitled to the full amount of costs sought in their Application.

89. Defendants are also entitled to recover costs under 42 U.S.C. § 1988, and in the form of sanctions under 28 U.S.C. § 1927, Local Rules 83-7 and 11-9, or this Court's inherent power. Consequently, for the reasons set forth above and in Defendants' Motion, Defendants seek full recovery of all costs. In the event the Clerk awards some portion of the taxable costs sought via Defendants' Application, Defendants will promptly notify the Court in order to avoid a double-recovery. The below chart summarizes all costs incurred by Defendants in this case to date:

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

| Cost Type | Total ($) |
|---|---|
| Courier Fees for Chambers Copies | $181.76 |
| Deposition Videography Fees | $21,550.00 |
| Deposition Reporter and Transcript Fees | $58,968.95 |
| Deposition Transcript Expediting Fees | $14,408.70 |
| Document Retrieval Fees (Research Regarding Experts) | $119.80 |
| Electronic Discovery Services | $24,133.23 |
| Expert Fees | $100,849.75 |
| Translator Fees | $695.00 |
| Subpoena Fees | $2,203.82 |
| Trial Graphics | $2,512.50 |
| Witness Fees (Plaintiff's Experts) | $4,315.00 |
| **TOTAL** | **$229,938.51** |

90. Attached as **Exhibit X** are true and correct copies of the invoices and supporting documentation for the costs reflected in the chart above.

**Meet and Confer**

91. Pursuant to Local Rule 7-3, on May 21, 2025, I held a telephonic meet and confer with Plaintiff's counsel Alex DiBona and advised him that we would be seeking the relief described above and in Defendants' Motion. The parties could not reach an agreement, thereby necessitating the filing of this Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of May, 2025, at Los Angeles, California.

/s/ *Jason H. Tokoro*
Jason H. Tokoro

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

**INDEX OF EXHIBITS TO THE DECLARATION OF JASON H. TOKORO**

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| A. | December 23, 2024 email exchange between Alex DiBona and Jason H. Tokoro | 23-27 |
| B. | February 12, 2025 Plaintiff's Further Continuing Rule 26 Disclosures | 28-34 |
| C. | Relevant excerpts of March 11, 2025 Gilbert Carrillo deposition transcript | 35-60 |
| D. | March 12, 2025 email exchange between Steven Williamson and Alex DiBona | 61-63 |
| E. | Relevant excerpts of March 28, 2025 Maria Lopez deposition transcript | 64-78 |
| F. | March 31, 2025 email exchange between Steven Williamson and Alex DiBona | 79-82 |
| G. | Relevant excerpts of April 23, 2025 Vivian Villanueva deposition transcript | 83-94 |
| H. | April 9, 2025 letter from Jason H. Tokoro to Alex DiBona | 95-99 |
| I. | April 29, 2025 email exchange between Jason H. Tokoro and Alex DiBona | 100-105 |
| J. | Miller Barondess Invoices from May 2024 through April 2025 | 106-223 |
| K. | March 21, 2023 Court Order, *Mednick v. Virtual Sonics* (USDC Case No. 2:21-cv-03755) | 224-232 |
| L. | May 9, 2025 Minute Order, *Hogan v. Miller Barondess, LLP* (OCSC Case No. 30-2021-01224818-CU-PN-WJC) | 233-253 |
| M. | Jason H. Tokoro Firm Biography | 254-257 |
| N. | Steven Williamson Firm Biography | 258-260 |
| O. | Brian Neach Firm Biography | 261-263 |
| P. | Ellie Ruth Firm Biography | 264-267 |
| Q. | Jennifer McNulty CV | 268-269 |
| R. | Dr. Marc Cohen CV | 270-294 |

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| S. | Vida Thomas CV | 295-300 |
| T. | Pages from the website of the law firm of Shegerian & Associates | 301-320 |
| U. | Carney Shegarian Firm Biography | 321-331 |
| V. | Alex DiBona Firm Biography | 332-336 |
| W. | Mahru Madjidi Biography | 337-342 |
| X. | Costs Documentation | 343-453 |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

# EXHIBIT A

**From:** Alex DiBona
**To:** Jason H. Tokoro; Alexandria Alamango; Carney Shegerian
**Cc:** Steven Williamson; Mahru Madjidi
**Subject:** RE: Alex Villanueva v. County of Los Angeles, et al. (USDC Case No. 2:24-cv-04979)
**Date:** Monday, December 23, 2024 10:04:10 AM
**Attachments:** image001.png
image791302.png

---

Counsel, Plaintiff plans to notice the following witnesses under FRCP 30(b)(6) (Person Most Knowledgeable) regarding the following categories:

The Decision to Place Plaintiff on the "Do Not Rehire" List

All reasons Plaintiff was placed on the "Do Not Rehire List"

Each and every person with knowledge of the reasons Plaintiff was placed on the "Do Not Rehire" list

The investigation Defendant County of Los Angeles conducted with respect to the allegations of Max Huntsman and Ester Lim

Each and Every Communication the Board of Supervisors had with Plaintiff regarding his position on Ballot Measure J.

Each and Every Communication the Board of Supervisors had with Plaintiff regarding his position on Ballot Measure R.

Each and Every Communication the Board of Supervisors had with Plaintiff regarding his position on Ballot Measure A.

Each and Every Communication the Board of Supervisors had with Plaintiff regarding the enforcement of vaccine mandate in the sheriff's department

Each and Every Communication the Board of Supervisors had with Plaintiff regarding his public statements regarding Fulgent

Please respond to this email within two weeks with dates for these categories or we will have no choice but to unilaterally notice them.

Alex DiBona | Associate Attorney
Shegerian & Associates
11520 San Vicente Boulevard | Los Angeles, CA 90049
Office: (310) 860-0770 | Facsimile: (310) 860-0771
adibona@shegerianlaw.com | shegerianlaw.com
Please do not print this e-mail unless absolutely necessary. CONFIDENTIALITY NOTICE: This communication and any accompanying

document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Shegerian Law client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at privacy@shegerianlaw.com or by telephone at (310) 860-0770. Thank you.

**From:** Alex DiBona
**Sent:** Friday, December 20, 2024 1:47 PM
**To:** Jason H. Tokoro <jtokoro@Millerbarondess.com>; Alexandria Alamango <aalamango@millerbarondess.com>; Carney Shegerian <cshegerian@shegerianlaw.com>
**Cc:** Steven Williamson <swilliamson@millerbarondess.com>; Mahru Madjidi <mmadjidi@shegerianlaw.com>
**Subject:** RE: Alex Villanueva v. County of Los Angeles, et al. (USDC Case No. 2:24-cv-04979)

Counsel, please find attached Plaintiff's proposed Rule 26(f) report with accompanying scheduling exhibit. Please make any changes in redline.

**From:** Jason H. Tokoro <jtokoro@Millerbarondess.com>
**Sent:** Tuesday, December 10, 2024 9:59 AM
**To:** Alex DiBona <adibona@shegerianlaw.com>; Alexandria Alamango <aalamango@millerbarondess.com>; Carney Shegerian <cshegerian@shegerianlaw.com>
**Cc:** Steven Williamson <swilliamson@millerbarondess.com>; Mahru Madjidi <mmadjidi@shegerianlaw.com>
**Subject:** RE: Alex Villanueva v. County of Los Angeles, et al. (USDC Case No. 2:24-cv-04979)

I am tied up next week Tuesday at 11 am. How about noon?

**Jason H. Tokoro**
MILLER | BARONDESS LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-5226
Fax: 310-552-8400
jtokoro@millerbarondess.com
www.millerbarondess.com
Biography

Please consider the environment – do you really need to print this email?

**From:** Alex DiBona <adibona@shegerianlaw.com>
**Sent:** Monday, December 09, 2024 5:27 PM
**To:** Alexandria Alamango <aalamango@millerbarondess.com>; Carney Shegerian <cshegerian@shegerianlaw.com>
**Cc:** Jason H. Tokoro <jtokoro@Millerbarondess.com>; Steven Williamson

<swilliamson@millerbarondess.com>; Mahru Madjidi <mmadjidi@shegerianlaw.com>
**Subject:** RE: Alex Villanueva v. County of Los Angeles, et al. (USDC Case No. 2:24-cv-04979)

Counsel, I understand you will be out of the office until next week, please let me know what day works best for you next week for our Rule 26 conference. I propose Tuesday at 11:00 a.m.

Alex DiBona | Associate Attorney
Shegerian & Associates
11520 San Vicente Boulevard | Los Angeles, CA 90049
Office: (310) 860-0770 | Facsimile: (310) 860-0771
adibona@shegerianlaw.com | shegerianlaw.com

Please do not print this e-mail unless absolutely necessary. CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Shegerian Law client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at privacy@shegerianlaw.com or by telephone at (310) 860-0770. Thank you.

**From:** Alexandria Alamango <aalamango@millerbarondess.com>
**Sent:** Friday, October 4, 2024 11:13 AM
**To:** Carney Shegerian <cshegerian@shegerianlaw.com>
**Cc:** Jason H. Tokoro <jtokoro@Millerbarondess.com>; Steven Williamson <swilliamson@millerbarondess.com>; Mahru Madjidi <mmadjidi@shegerianlaw.com>; John David <jdavid@shegerianlaw.com>; Yesenia Cardoza <ycardoza@shegerianlaw.onmicrosoft.com>; Alex DiBona <adibona@shegerianlaw.com>
**Subject:** RE: Alex Villanueva v. County of Los Angeles, et al. (USDC Case No. 2:24-cv-04979)

Mr. Shegerian:

Attached please find meet and confer correspondence from Mr. Tokoro in connection with the above-referenced matter.

Regards,

**Alexandria Alamango**
**Legal Administrative Assistant**
MILLER | BARONDESS LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Main: 310-552-4400
Fax: 310-552-8400
aalamango@millerbarondess.com
www.millerbarondess.com

Please consider the environment – do you really need to print this email?

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

# EXHIBIT B

Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
Alex Di Bona, Esq., State Bar No. 265744
ADiBona@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone Number: (310) 860 0770
Facsimile Number: (310) 860 0771

Attorneys for Plaintiff,
ALEX VILLANUEVA

**THE UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

ALEX VILLANUEVA

Plaintiff,

vs.

COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,

Defendants.

Case No.: 2:24-cv-04979-SVW-JC

**[Assigned to Hon. Stephen V. Wilson, and Magistrate Judge Jacqueline Chooljian]**

**PLAINTIFF ALEX VILLANUEVA'S FURTHER CONTINUING RULE 26 DISCLOSURES**

Trial Date: June 3, 2025
Action Filed: June 13, 2024

Plaintiff Alex Villanueva ("Disclosing party" or "Plaintiff") hereby submits the following disclosures in accordance with Fed. R. Civ. P. 26 ("Rule 26")

**A. Persons with Knowledge**

Alvarez, Eddie A., whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Defendant County of Los Angeles Investigation into Plaintiff.

Barger, Kathryn, whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's placement on the "Do No Rehire List."

Blakinger, Keri, whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, has knowledge of Plaintiff's placement on the "Do Not Rehire List."

Cruz, Mercedes, whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's placement on the "Do No Rehire List."

Diaz Herrera, Christina, whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's placement on the "Do No Rehire List."

Escobedo, Sergio, whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's placement on the "Do No Rehire List."

Hahn, Janice, whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's

placement on the "Do No Rehire List."

Horvath, Lindsey, whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's placement on the "Do No Rehire List."

Huntsman, Max, whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's placement on the "Do No Rehire List."

Komoroski, Constance, whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's placement on the "Do No Rehire List."

Kopperud, Ron, whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's placement on the "Do No Rehire List."

Lecrivain, Laura, whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's placement on the "Do No Rehire List."

Lim, Ester, whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's placement on the "Do No Rehire List."

Lopez, Maria E., who may be contacted through Plaintiff's counsel of record. Believed to have knowledge of Plaintiff's emotional distress damages.

Luna, Robert, whose contact information is not currently known to Plaintiff but is

believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's placement on the "Do No Rehire List."

Mitchell, Holly J., whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's placement on the "Do No Rehire List."

Satterfield, John, Plaintiff will meet and confer with counsel of record on providing contact information. Believed to have knowledge of Defendant County of Los Angeles Investigation into Plaintiff as well as Plaintiff's First Amendment Activity.

Solis, Hilda, whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's placement on the "Do No Rehire List."

Villanueva, Alex, who may be contacted through his counsel of record, all claims and damages.

Villanueva, Vivian, who may be contacted through Plaintiff's counsel of record. Believed to have knowledge of Plaintiff's emotional distress damages.

Yang, Robert, whose contact information is not currently known to Plaintiff but is believed to be known to Defendant, is believed to have knowledge of Plaintiff's First Amended Activity and has knowledge of Defendant's stated reason for Plaintiff's placement on the "Do No Rehire List.".

Gil Carillo, who may be contacted through Plaintiff's counsel of record. Believed to have knowledge of Plaintiff's emotional distress damages.

Nick Wilson, who may be contacted through Plaintiff's counsel of record. Believed to have knowledge of Plaintiff's emotional distress damages.

Laureen Perri, who may be contacted through Plaintiff's counsel of record. Believed to have knowledge of Plaintiff's emotional distress damages.

**B. Documents**

Pursuant to Rule 26(a)(1)(A)(ii), Plaintiff will be producing a copy of these documents, currently in his care, custody, possession or control.

**C. Damages**

Economic Damages of Past and Future Loss of Earnings. Plaintiff is unable to give a precise calculation of these damages without expert testimony but it would be the amount Plaintiff would have earned should he be able to return to work for Defendant absent their unlawful acts. Economic damages are believed to be well more than $1,000,000.00

Economic Damages of Past and Future Loss Emotional Distress. Plaintiff is unable to give a precise calculation of these damages without expert testimony and there is no fixed or precise calculation for these damages. Non-Economic damages are believed to be at least $25,000,000.00.

Plaintiff will seek all attorney fees, costs, and interest and injunctive relief as the prevailing party. Plaintiff is seeking the injunctive relief of being removed from the Do Not Rehire List.

**D. Insurance**

Plaintiff is unaware of any insurance.

**E. Reservation of Rights**

Plaintiff reserves the right to modify, supplement and amend these disclosures as discovery is continuing.

Dated: February 12, 2025

SHEGERIAN & ASSOCIATES, INC.

By: *Alex DiBona*
Alex DiBona, Esq.

Attorneys for Plaintiff
ALEX VILLANUEVA

## PROOF OF SERVICE

## UNITED STATES DISTRICT COURT,

## CENTRAL DISTRICT OF CALIFORNIA

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard Los Angeles, California 90049.

On February 12, 2025, I served the foregoing document, described as **"PLAINTIFF ALEX VILLANUEVA'S FURTHER CONTINUING RULE 26 DISCLOSURES"** on all interested parties in this action as follows:

**Louis R. Miller, Esq.**
**Jason H. Tokoro, Esq,**
**Steven G. Williamson, Esq.**
**Miller Barondess, LLP**
**2121 Avenue of the Stars, Suite 2600**
**Los Angeles, CA 90067**
**smiller@millerbarondess.com**
**jtokoro@millerbarondess.com**
**swilliamson@millerbarondess.com**

☒ **BY ELECTRONIC MAIL:** I sent these document(s) to the address above and did not receive a bounce back or undeliverable message.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 12, 2025, at Los Angeles, California

[signature]
Amelia Sanchez

# EXHIBIT C

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ALEX VILLANUEVA, No. 2:24-CV-04979 SVW (JCx)

Plaintiff,

vs.

COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERT A. YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,

Defendants.

---

VIDEOTAPED DEPOSITION of GILBERT CARRILLO
LOS ANGELES, CALIFORNIA
TUESDAY, MARCH 11, 2025
VOLUME 1

Reported by
Daryl Baucum, RPR, CRR, RMR, CSR No. 10356

Job No. 7219336, PAGES 1 - 190

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ALEX VILLANUEVA, No. 2:24-CV-04979 SVW (JCx)

Plaintiff,

vs.

COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERT A. YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,

Defendants.

---

VIDEOTAPED DEPOSITION of GILBERT CARRILLO, at Miller, Barondess, 2121 Avenue of the Stars, Suite 2600, Los Angeles, California, beginning at 10:00 a.m., and ending at 2:39 p.m., on Tuesday, March 11, 2025, before Daryl Baucum, RPR, CRR, RMR, CSR No. 10356.

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFF:

SHEGERIAN & ASSOCIATES
BY: ALEX DI BONA, ATTORNEY AT LAW
11520 San Vicente Boulevard
Los Angeles, California 90049
310.860.0770
ADiBona@ShegerianLaw.com

FOR THE DEFENDANTS:

MILLER, BARONDESS
BY: STEVEN G. WILLIAMSON, ATTORNEY AT LAW
JASON H. TOKORO, ATTORNEY AT LAW
2121 Avenue of the Stars
Suite 2600
Los Angeles, California 90067
310.552.4400
JTokoro@MillerBarondess.com
SWilliamson@MillerBarondess.com

APPEARANCES OF COUNSEL (CONTINUED):

ALSO PRESENT:

TRISTAN KNUDSON, Videographer

yourself and Mr. Villanueva?
A I don't believe I deleted any social media message. I don't take the time to delete much.
Q And at any point, has anyone ever asked you to delete any text messages between yourself and Plaintiff?
A No, sir.
Q And has anyone ever asked you to delete any social media messages between yourself and Plaintiff?
A No, sir.
(Deposition Exhibit 2 was marked for identification by the court reporter and is attached hereto.)
BY MR. WILLIAMSON:
Q I apologize in advance for the small print on what I just handed you which is Exhibit Number 2.
Mr. Carrillo, have you seen this document before?
A The document you just handed me, first time I have ever seen this marked Exhibit 2.
I do see it's marked messages from -- it appears to be message from myself and communication between myself and Mr. Villanueva.
Q And we see on this Exhibit 2, which is

printed in color, there are two bubbles. On the left side, there are bubbles that are gray and on the right side there is a bubble that is blue.

Do you see that?

A Yes, sir.

Q And is it your understanding that the gray bubbles are your text messages to Mr. Villanueva?

A I can't -- in looking at it, first gray bubble that reads "Got it, I will advise them, thanks," I don't know who that is from, whether it's from me or just -- that is it.

The second bubble to the right, the blue one says,

"Morning Gil. If you haven't been contacted yet, Alex DiBona from Carney's office will be calling you about deposition" -- for your information -- "fyi."

And on the 16th at 11:48, it says -- the gray bubble reads,

"Okay. I haven't been contacted regarding a deposition yet but when they do no problem at all."

And then there is one more later on that day that says,

"Oh no thank you for having the trust in me."

Q Now, is it your understanding that blue bubble that we looked at on Exhibit Number 2, is that Plaintiff sending you a text message?

A I really can't tell if that is from the plaintiff or one of Plaintiff's counsel -- co-counsel with Mr. DiBona.

Q And, you know, we were -- we were provided this document by Plaintiff last night.

My understanding is that this is text messages between the two of you but I am not sure if these look familiar to you at all.

A Well, I can -- I can remember answering but I just don't remember who they're to. I can remember these responses on my part but I don't know if I am responding to the other counsel representing the plaintiff or if I am responding to Mr. Villanueva.

Q Do you recall having any text message conversations with either Mr. Shegerian or Mr. DiBona?

A I don't remember having text messages between them, no.

Q Now, if we look -- if we look here, we

see -- first, we read this one, the blue bubble at February 16, 2025, 11:47 in the morning.

It says,

"Morning Gil. If you haven't been contacted yet, Alex DiBona from Carney's office will be calling you about deposition, fyi."

Do you see that?

A Yes, sir.

Q And then roughly a minute later at 11:48 a.m., you write back and it says,

"Okay. I haven't been contacted regarding a deposition yet but when they do no problem at all."

Do you see that?

A Yes, sir.

Q And then there is a gap.

And you see from 11:48 to 8:52, it doesn't appear that there are any text messages in this chain.

Do you see that?

A Yes, sir.

Q And then it says -- and again, I believe this is from you.

It says,

"Oh no thank you for having the trust in me."

Do you see that?

A Yes, sir.

Q What was the statement "Oh, no, thank you for having the trust in me" responding to?

A He had made a comment at some point in time thanking me for doing this.

And my response was oh, no, thank you for having the confidence in me to ask.

Q And when you say he made a comment, did he make a comment to you via text message?

A I can't recall. I don't see it.

Q Do you have on your phone a copy of this conversation?

A I don't know. I haven't looked at my phone to see if it's there.

Q When we take a break next, do you have any objections to looking at your phone and seeing if this conversation is there?

A I have no objections.

Q Other than this text message exchange that we have looked at here, do you recall having any other text message exchanges with Plaintiff regarding this case?

A No, sir. I don't recall.
Q And if we look here, back at Exhibit 2, the very first text message which says "Got it, I will advise them, thanks," above that there is a date of January 13, 2024, correct? It's very small print.
A Yes, sir.
Q And then the next text message which we already read is not until February 16, 2025, correct?
A Yes, sir.
Q And so to the best of your recollection, did you and Mr. Villanueva exchange any text messages at all between January 13, 2024, and February 16, 2025?
A I don't -- I don't recall and I don't know. I don't understand the year gap between there.
Q But perhaps, you know, when we go on break, maybe we can see if there is anything that fills in that -- that year gap.
A Certainly.
Q All right.
Now, you mentioned at the beginning of our deposition, Mr. Carrillo, that you have

confidence in, was not thin-skinned, and was not afraid to tell the Sheriff the truth.

MR. WILLIAMSON: Got it.

I think you guys need to change the tape.

THE VIDEOGRAPHER: Maybe a break for the court reporter.

MR. WILLIAMSON: That is perfect.

Let's go off the record at 11:15.

THE VIDEOGRAPHER: This marks the end of media one.

The time is 11:14.

We are off the record.

(Off the record.)

THE VIDEOGRAPHER: This marks the beginning of media number two.

The time is 11:51 a.m.

We're on the record.

(Deposition Exhibit 3 was marked for identification by the court reporter and is attached hereto.)

BY MR. WILLIAMSON:

Q Mr. Carrillo, thank you very much.

During your break, we were able to print off some text messages and Emails that I will just mark and go through very quickly.

I'm handing you what has been marked as Exhibit Number 3.

Do you see Exhibit 3?

A Yes, sir.

Q And is this a forwarded copy of the Email from Mr. DiBona to you on March 4, 2025?

A Yes.

Q And I didn't print out the attachment because we have seen it already as Exhibit 1, but it's your understanding that attached to the Email from Mr. DiBona was that subpoena that we looked at earlier?

A Yes, sir.

Q And this -- this exhibit obviously has my letterhead on the top because it was forwarded to me but I was not part of this chain until today. This is merely just for printing, correct?

A That is correct. I was a little confused when I was looking at it. I said that is todays's date.

Yes, I understand.

Q And so if you look down, does this refresh your memory -- was this March 4 date the first time that you saw the subpoena in this case?

A Yes, sir.

I have -- you asked me to look for Instagram. I found nothing --

Q Okay.

A -- on Instagram directly from me to him or him to myself.

Q Sure. I was -- I was going to ask you that later but thank you for -- sorry -- thanks for letting me know that. It makes fewer things to print. So save some trees.

(Deposition Exhibit 4 was marked for identification by the court reporter and is attached hereto.)

BY MR. WILLIAMSON:

Q So what I have just handed to you, Mr. Carrillo, has been marked as Exhibit Number 4.

And I will state that during our break, we asked you to go into your phone and print -- or give us text messages going back between you and the plaintiff between 2022 and today.

So these are -- we can go through them but I will represent that these are the text messages. We have now printed them out.

A I trust you, Counsel.

Q So this -- this first message here, from you to Mr. Villanueva was in 2022, and this would

Q Do you know what equity oversight is?
A It's an Oversight Commission that overlooks the equity of the Department, I would imagine.
Q And do you know what -- or rather whom Mr. Villanueva was referring to when he said the word "hack"?
A No. As I just indicated, I have no idea who or what.
Q And do you have a kind of commonplace understanding of what the word "hack" means?
A Yes, sir.
Q And what is your understanding of what the word "hack" means?
A People that are doing the wrong thing or don't know what they are talking about.
Q And it looks like you responded with a thumbs up to Mr. Villanueva's message, correct?
A Yes, sir.
Q And that, I believe, is the last message we have in this chain, correct?
A Yes, sir.
MR. WILLIAMSON: Mr. DiBona, do you know why all of these messages were not present on what was produced yesterday?

MR. DI BONA: I have nothing -- I do not know and I have nothing to say on the record. We can meet and confer about it.

MR. WILLIAMSON: We don't need to meet and confer. It's a simple question. I mean it looks like things have been deleted from here.

Do you know if they were deleted or just omitted and submitted?

MR. DI BONA: I have nothing to say on the record. I am not being deposed. I am happy to meet and confer as necessary.

MR. WILLIAMSON: I was just wondering did Mr. Villanueva prepare this or did your office prepare this?

MR. DI BONA: I have nothing to say on the record. I am happy to meet and confer as necessary.

MR. WILLIAMSON: I'm not really sure what there is to meet and confer about. It's either altered or it's not. You would agree?

MR. DI BONA: I'm just going to keep saying it.

I have nothing to say on the record about it, happy to meet and confer if necessary, but I don't have anything to say about it on the record.

MR. WILLIAMSON: We got lots of tape time.

Is there a reason you don't have anything to say about it on the record?

MR. DI BONA: Again, Counsel, nothing to say about it on the record, happy to meet and confer about any issue, but I am not being -- the reason is I am not being deposed and I am not under any obligation to answer your questions and I am not going to.

MR. WILLIAMSON: Okay.

If we go off the record and meet and confer will you have a response to this -- to my questions?

MR. DI BONA: I do not know, but I am happy to meet and confer with you -- but I don't have to answer your questions but I am happy to meet and confer with you and to listen to what you say and to provide a response to any meet and confer that you have if that's what you are asking.

BY MR. WILLIAMSON:

Q Mr. Carrillo, when you worked in the Los Angeles Sheriff's Department, did you ever have any responsibility for the collection of evidence?

A Yes and no.

Q Right. Not for every case, correct?

A Yes, sir.

Complaint."

Do you see that?

A Yes, sir.

Q And then we turn -- then Mr. Villanueva responds.

And then if we turn to the next page, please, which is page 45, starting at line 4, it says,

"Subject to and without waiving these objections, Responding party has experienced the following emotional reactions to the adverse employment actions at issue: shock, disbelief, embarrassment, distress, hurt, dejection, depression, stress, diminished confidence, anxiety, anger, fear, isolation, insomnia, fatigue, rejection, bleakness, lack of joy, grief, emotional blocking, disappointment, sadness, despair, isolation, numbness, and insomnia."

Do you see that?

A Yes, sir.

Q Have you talked to Mr. Villanueva about

any of these symptoms that I just listed?
A No, sir.
MR. DI BONA: Objection; form.
BY MR. WILLIAMSON:
Q In your interactions with Mr. Villanueva in the past year, have you seen him exhibit any of these symptoms I listed two questions ago?
A I wouldn't be able to detect any -- any of these symptoms and where they came from or where they were generated from. I am not around him enough.
Q I'm sorry. Just I missed the last part.
Because are not around him enough, you said?
A I am not around him enough to notice different -- what mood he is in and he's never brought it to my attention.
Q And has Mr. Villanueva ever spoken to you about seeing a therapist?
A No, sir.
Q Or any sort of mental health professional?
A No, sir.
Q Or seeking guidance from a spiritual leader like a pastor?
A No, sir.

and Mr. Villanueva have done together.

Did you ever just go out and get a beer?

A No, sir.

Q Has Plaintiff Villanueva since the do-not-rehire notation was placed on his file ever mentioned any physical health problems that he's suffered?

A No, sir.

Q And when you have been around Plaintiff since the do-not-rehire notation was placed on his file, have you observed him suffering from any physical health ailments?

A I wouldn't recognize if he was physical.

The only health ailment I do recognize, he was limping with a very profound limp. He had knee problems and he had surgery since then. So that has changed, but I am not aware of any other medical issues he's had.

Q And it almost seems like a silly question but I will ask it anyway.

Mr. Villanueva never said to you that my knee is giving out because I got a do-not-rehire notation placed on my personnel file, correct?

A No, sir. I believe the knee was fixed before the no-retire thing was issued.

Q To your knowledge, sitting here today has Mr. Villanueva avoided doing anything as a result of -- any activities as a result of the do-not-hire notation being placed on his file?
A I have no idea.
Q Thank you.
And before I turn you over, do you believe that to the best of your recollection that all the answers you have given me here today are truthful and accurate?
A Absolutely true.
MR. WILLIAMSON: Subject to any questions I might have following Mr. DiBona's questions, I will turn you over to him.
Thank you very much.
THE WITNESS: Thank you.

EXAMINATION

BY MR. DI BONA:
Q Just a couple of you -- just a couple of follow-up questions but before I ask starting out, at the beginning, opposing counsel gave you what is called admonitions.
You understand those are still in effect even though I am asking the questions now?

A Yes, sir.

Q Did you -- I believe you testified a while ago that you became aware of a do-not-rehire notation placed in Sheriff Villanueva's file through the media.

Is that what -- your recollection?

A Yes, and I am -- I am not aware that it was in his file. I am aware that there was something as to a no rehire or hire.

Q Did Sheriff Villanueva ever tell you how he was feeling when that was in the media?

A No, sir.

Q Did Sheriff Villanueva ever say to you he was upset by any action taken by the County?

A No, sir.

Q Did Sheriff Villanueva ever tell you he was upset about a do not rehire?

A No, sir.

Q Did Sheriff Villanueva ever say anything to the effect of someone on the County is trying to hurt him?

MR. WILLIAMSON: Object to form but you can answer.

THE WITNESS: No, sir.

BY MR. DI BONA:

Q Did Sheriff Villanueva ever say anyone in the Sheriff's Department is trying to hurt him?

A No, sir.

Q Do you know one way or the other if the do-not-rehire notation that -- however Sheriff Villanueva got it -- if that has bothered him at all?

A I have no idea, sir.

MR. DI BONA: I don't have any further questions.

MR. WILLIAMSON: And neither do I.

Thank you very much, Mr. Carrillo.

We can go off record.

THE VIDEOGRAPHER: This marks the end of media number four and concludes today's testimony of Mr. Carrillo.

We are off the record at 2:39 p.m.

(The deposition was concluded at 2:39 p.m.)

STATE OF ______________________________)

) Ss.

COUNTY OF _____________________________)

I, DARYL BAUCUM, a Certified Shorthand Reporter of the State of California, do hereby certify;

That the foregoing proceedings were taken before me at the time and place herein set forth, at which time the witness named in the foregoing proceeding was placed under oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

I further certify that I am neither financially interested in the outcome nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have subscribed my name this 27th day of March 2025.

______________________________

DARYL BAUCUM, CSR No. 10356

ALEX DI BONA

ADiBona@ShegerianLaw.com

March 28, 2025

RE: Villanueva, Alex v. County Of Los Angeles, Et Al.

3/11/2025, Gilbert Carrillo, (#7219336).

The above-referenced transcript has been completed by Veritext Legal Solutions and review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext to schedule a time to review the original transcript at a Veritext office.

_XX_ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Code of Civil Procedure. Contact Veritext when the sealed original is required.

__ Waiving the CA Code of Civil Procedure per Stipulation of Counsel - Original transcript to be released for signature as determined at the deposition.

__ Signature Waived - Reading & Signature was waived at the time of the deposition.

__ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Federal Rules.

__ Federal R&S Not Requested - Reading & Signature was not requested before the completion of the deposition.

# EXHIBIT D

**From:** Alex DiBona
**To:** Steven Williamson
**Cc:** Jason H. Tokoro
**Subject:** RE: Meet and Confer Regarding Text Messages (Villanueva v COLA)
**Date:** Wednesday, March 12, 2025 11:40:43 AM
**Attachments:** image256543.png

---

Steven, upon further review, our office used software to pull the text message from Plaintiff's phone, apparently the software was running an older version and for whatever reason, did not pull the text message accurately (it could have been the lack of an update or a settings issue), nonetheless, , I myself have ensured we have updated our software and settings and our office is taking steps to pull the text exchange from Plaintiff's phone and can confirm no texts have been altered or deleted and they remain on Plaintiff's phone. Plaintiff will be producing the text exchange from his phone to your office shortly.

Alex DiBona | Trial Attorney
Shegerian & Associates
320 N Larchmont Boulevard | Los Angeles, CA 90004
Office: (310) 860-0770 | Facsimile: (310) 860-0771
adibona@shegerianlaw.com | shegerianlaw.com

Please do not print this e-mail unless absolutely necessary. CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Shegerian Law client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at privacy@shegerianlaw.com or by telephone at (310) 860-0770. Thank you.

**From:** Steven Williamson <swilliamson@millerbarondess.com>
**Sent:** Tuesday, March 11, 2025 3:28 PM
**To:** Alex DiBona <adibona@shegerianlaw.com>
**Cc:** Jason H. Tokoro <jtokoro@Millerbarondess.com>
**Subject:** Meet and Confer Regarding Text Messages

Alex,

This e-mail memorializes our meet and confer regarding the altered text messages that Plaintiff produced in this case.

Plaintiff provided us with the attached document on the evening prior to Gil Carrillo's deposition. *See* AV009876. From the face of the document, it was immediately clear to us that there were "gaps" in the messages, both in time and content. (For example, Mr. Carrillo responds "Oh no thank you for having trust in me" despite nothing having been said to him.)

At the deposition, Mr. Carrillo provided the full conversation between himself and Plaintiff, and it is clear that information was altered, omitted, or deleted before the texts were provided to us. *See attached.*

At our meet and confer, you stated you did not know how this occurred. We expressed our concern that someone, we do not know who, has either improperly collected or altered these messages. Or, more troublingly, that certain parts of conversations have been selectively deleted.

You stated you would look into it and get back to us; you said one possibility was that the software your firm used may have omitted certain things. We advised that we want to avoid this situation in the future.

Please provide us with an explanation for this issue, and please confirm your firm has taken steps to ensure that this does not happen again. **Please produce the full text message conversation from Plaintiff's phone, in the manner that matches the above conversation provided to us by Mr. Carrillo, so we can confirm that Plaintiff did not delete any texts.**

Please let us know if you have any questions.

Thanks,
Steve

**Steven Williamson**
MILLER | BARONDESS LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-5253
Fax: 310-552-8400
Mobile: 732-589-8187
swilliamson@millerbarondess.com
www.millerbarondess.com
Biography

Please consider the environment – do you really need to print this email?

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

# EXHIBIT E

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ALEX VILLANUEVA, Case No. 2:24-CV-04979-SVW (JCx)

Plaintiff,

vs.

COUNTY OF LOS ANGELES;
COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT,
et al.,

Defendants.

_______________________/

REMOTE VIDEOTAPED DEPOSITION OF MARIA LOPEZ

MARCH 28, 2025

Stenographically reported by:
Kimberley Richardson, RPR, CCRR, AA
California CSR No. 5915
Job No. 7219473

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ALEX VILLANUEVA, Case No. 2:24-CV-04979-SVW (JCx)

Plaintiff,

vs.

COUNTY OF LOS ANGELES;
COUNTY OF LOS ANGELES
SHERIFF'S DEPARTMENT,
et al.,

Defendants.

________________________/

BE IT REMEMBERED, that pursuant to Notice, and on the 28th day of March 2025, commencing at the hour of 10:05 a.m., before me, KIMBERLEY RICHARDSON, a Certified Shorthand Reporter, remotely appeared MARIA LOPEZ, produced as a witness in said action, and being by me first duly sworn, was thereupon examined as a witness in said cause.

APPEARANCES:

For the Plaintiff:
BRYAN KIRSH
Shegerian & Associates, Inc.
11520 San Vicente Boulevard
Los Angeles, California 90049
310-860-0770
bkirsh@shegerianlaw.com

For the Defendants:
STEVEN WILLIAMSON
Miller Barondess, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
310-552-4400
swilliamson@millerbarondess.com

ALSO PRESENT: JoANN YAGER, Videographer

ANA GUILLEN AHUMADA, Spanish interpreter

questions about that, but that question may not be best suited for you, Ms. Lopez.

One question I had, Ms. Lopez, looking here on these pages, these seem to all be text messages from you to Mr. Villanueva; is that correct? 11:30AM

A. Yes. Well, the letter is very small.

Q. Yes. We can zoom in and go through.

A. That's fine right there.

Q. One question I had, Ms. Lopez, is I don't see any text messages in here from Mr. Villanueva to you. Do you? 11:31AM

MR. KIRSH: Just for the record, you're on page 2 of this exhibit.

MR. WILLIAMSON: Let me be more clear, Mr. Kirsh. 11:31AM

BY MR. WILLIAMSON:

Q. Ms. Lopez, I don't see any text messages in this entire production from Mr. Villanueva -- from Mr. Villanueva to you, and we can go through all four pages. 11:31AM

Do you see any text messages in here from Mr. Villanueva?

A. Can you make the letters bigger because they're small again. 11:32AM

Q. Sure.
A. Yes, I can see the messages.
Q. Do you see any messages here from Mr. Villanueva to you?
A. No, I don't see it, but he probably answered. I didn't say that he would send me. I said that he would answer what I sent. 11:33AM
Q. And when you say Mr. Villanueva would answer what you sent, what do you mean by that?
A. Because I don't see here his answers. That's why you say that he was not sending me messages. 11:33AM
Q. Well, I don't know if Mr. Villanueva was sending you messages. That is what I'm asking.
Let's look -- let me -- you can translate that first. 11:34AM
Looking at this message here, this is from August 29, 2021.
Do you see that?
A. Yes. 11:34AM
Q. And then if we scroll all the way down to the very last message -- or the most recent message I should say, that is from Mr. Villanueva's birthday on February the 25th of 2025. 11:34AM

Do you see that?

A. Yes.

Q. So from August 29, 2021, to February the 25, 2025, that is roughly three-and-a-half years' worth of time; correct? 11:35AM

A. Yes.

Q. Do you recall if at any time within the last three-and-a-half years whether Mr. Villanueva has sent you a text message?

A. I don't remember. 11:36AM

Q. When you send Mr. Villanueva a text message wishing him happy birthday, does he ever send you a message thanking him for your well wishes?

THE INTERPRETER: You said thanking him? 11:36AM Counsel?

MR. WILLIAMSON: I'm sorry. Let me rephrase.

BY MR. WILLIAMSON:

Q. When you send Mr. Villanueva a text 11:36AM wishing him happy birthday, does he ever respond to you and thank you for the well wishes that you sent him?

A. Yes.

Q. So you do recall, then, that Mr. 11:37AM

Villanueva has sent you a message at least at some point even if it is as simple as his birthday?

A. That's what I said from the start. I sent him a message. He answers.

Q. Yes, just to be clear, when we're talking about answers, the matter of that Mr. Villanueva answers is also via a text message; correct? 11:37AM

A. Yes.

Q. So going back to Exhibit No. 1, sitting here today, I assume you cannot explain why Mr. Villanueva has not provided us with any of his text messages to you; correct? 11:38AM

MR. KIRSH: Lacks foundation. Calls for speculation.

MR. WILLIAMSON: You can answer. 11:38AM

THE WITNESS: I did not understand the question.

BY MR. WILLIAMSON:

Q. You don't have any knowledge of why there are only texts in this document that are from you and why there are no texts from Mr. Villanueva; correct? 11:39AM

A. No.

MR. WILLIAMSON: I'm going to mark Exhibit No. 2 which I am now putting up on the screen. 11:39AM

Procedure which more legal stuff, but it's documents that we have asked for, yes.

I'm going to assume, but please correct me if I'm wrong, that because you have not seen either of these documents before you have not 12:01PM searched for any documents that would be responsive to these requests; is that right?

MR. KIRSH: One sec. Compound. Vague and ambiguous. Unintelligible. Argumentative. Confusing. Calls for speculation. 12:01PM

MR. WILLIAMSON: You can answer.

THE WITNESS: Yes, I haven't seen it, but I also don't understand a lot about what you're saying.

BY MR. WILLIAMSON: 12:02PM

Q. What is it that you don't understand about what I'm saying that I could help?

A. What kind of documents I needed to present.

Q. We can -- how about we go through these, 12:02PM and we can talk about each category.

A. Okay.

Q. So the first request here, and we're looking at Exhibit 2, the request for production number 1, 12:03PM

"All communications with plaintiff since January 2022."

So text messages, emails, anything written between you and Mr. Villanueva since January of 2022. 12:03PM

A. Those are the ones that he presented; right?

Q. Well, I don't know, Ms. Lopez, because what he has presented are communications that you might have sent him, but you agreed with me 12:04PM earlier that we don't have any communications from Mr. Villanueva; correct?

A. I am seeing the documents that I would send him, and I told you guys that, yes, he would respond every message. 12:05PM

Q. I think that's all I need to know. Thank you, Ms. Lopez.

MR. KIRSH: And real quick, sorry to interject, Mr. Williamson, I have the text messages that have emails both ways. I'm emailing 12:05PM it to you right now.

MR. WILLIAMSON: Okay, well, then let's talk about that.

This is the second time in this case that information -- now, look, I'm not going to give 12:05PM

you the third degree because I assume you're pitch-hitting here today for Alex and are not actually on this case.

But for the record, this is the second time that Mr. Shegerian's office has produced incomplete text messages that were only revealed in deposition one-sided where Mr. Villanueva for whatever reason does not want to give us his own texts. We have a motion pending on one of them. We can add this to that. 12:05PM 12:06PM

MR. KIRSH: You know, Mr. Williamson. I'm just filling in today. You asked some questions about text messages going one way. I alerted it to the appropriate attorney. I got the text messages going both ways. I've communicated to you. Any further issues on this, Mr. DiBona is going to be the best person to direct it to. If there is anything else that comes up throughout today that I can assist in, I will attempt to do that. 12:06PM 12:06PM

MR. WILLIAMSON: I appreciate you working on this for me. I appreciate your professionalism, and just for the record we need to use this. It's not the first time it's happened. I'm not saying it's your fault. In 12:06PM

fact, I know it's not your fault. So I appreciate you sending this over.

MR. KIRSH: No worries. Understood you're just making the record clear for your position.

MR. WILLIAMSON: Okay. Let's do this. I am going to share my screen again. 12:07PM

Ms. Lopez, I am now marking as Exhibit No. 4 which I think fills in some of the confusion that we had earlier on.

(Defendants' Exhibit No. 4 marked for Identification.) 12:07PM

THE WITNESS: That's what I was telling you guys from the start.

THE VIDEOGRAPHER: Counsel, would you like to go off the record? 12:08PM

MR. WILLIAMSON: Yes.

THE VIDEOGRAPHER: Going off the record. The time is 12:08 p.m.

(Brief recess taken.)

THE VIDEOGRAPHER: Back on the record. 12:10PM The time is 12:11 p.m.

BY MR. WILLIAMSON:

Q. Okay, Ms. Lopez, at the last time we went off the record, I think your computer might have crashed again. We just put up Exhibit No. 4 which 12:11PM

STATE OF CALIFORNIA )
) ss.
COUNTY OF ALAMEDA )

I, KIMBERLEY RICHARDSON, a Shorthand Reporter, State of California, do hereby certify:

That MARIA LOPEZ, in the foregoing deposition named, was present and by me sworn as a witness in the above-entitled action at the time and place therein specified;

That said deposition was taken before me at said time and place, and was taken down in shorthand by me, a Certified Shorthand Reporter of the State of California, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings that took place;

That before completion of the proceedings, review of the transcript was not requested.

IN WITNESS WHEREOF, I have hereunder subscribed my hand this 15th day of April 2024.

Kimberley Richardson

KIMBERLEY RICHARDSON, CSR NO. 5915
State of California

STEVEN WILLIAMSON, ESQ.

swilliamson@millerbarondess.com

April 15, 2025

RE: Villanueva, Alex v. County Of Los Angeles, Et Al.

3/28/2025, Maria Lopez, (#7219473).

The above-referenced transcript has been completed by Veritext Legal Solutions and review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext to schedule a time to review the original transcript at a Veritext office.

__ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Code of Civil Procedure. Contact Veritext when the sealed original is required.

__ Waiving the CA Code of Civil Procedure per Stipulation of Counsel - Original transcript to be released for signature as determined at the deposition.

__ Signature Waived - Reading & Signature was waived at the time of the deposition.

__ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Federal Rules.

_X_Federal R&S Not Requested - Reading & Signature was not requested before the completion of the deposition.

# EXHIBIT F

**From:** Alex DiBona
**To:** Steven Williamson
**Cc:** Jason H. Tokoro
**Subject:** Re: Villanueva v. COLA--More Missing Text Messages
**Date:** Monday, March 31, 2025 8:48:24 PM
**Attachments:** image130914.png

---

Steven, the texts from Plaintiff's phone with Ms Lopez were pulled and the wrong version of the pulled texts was inadvertently served, when this was noticed at the deposition, the correct version was served. We are endeavoring to get you Vivian Villanueva's production this week along with a privilege log, as necessary.

Get Outlook for iOS

Alex DiBona | Trial Attorney
Shegerian & Associates
320 N Larchmont Boulevard | Los Angeles, CA 90004
Office: (310) 860-0770 | Facsimile: (310) 860-0771
adibona@shegerianlaw.com | shegerianlaw.com

Please do not print this e-mail unless absolutely necessary. CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Shegerian Law client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at privacy@shegerianlaw.com or by telephone at (310) 860-0770. Thank you.

---

**From:** Steven Williamson <swilliamson@millerbarondess.com>
**Sent:** Monday, March 31, 2025 8:08:38 PM
**To:** Alex DiBona <adibona@shegerianlaw.com>
**Cc:** Jason H. Tokoro <jtokoro@Millerbarondess.com>
**Subject:** Re: Villanueva v. COLA--More Missing Text Messages

Alex,

You have not responded to the below. Please provide us a response to these important issues.

Thanks.

> On Mar 28, 2025, at 4:03 PM, Steven Williamson <swilliamson@millerbarondess.com> wrote:
>
> Alex,
>
> As you'll recall, at Gil Carrillo's March 11, 2025 deposition, we discovered that Plaintiff produced incomplete text messages where certain texts from Plaintiff were omitted, and the conversation was cut off after only several weeks. On a break, Mr. Carrillo kindly provided us with the full exchange from his phone, and we compared the two

strings side by side. Had Mr. Carrillo not done so, we would have had no idea that we were not receiving complete information.

Following that comparison, I asked you on the record why Plaintiff's texts were altered or otherwise incomplete. You refused to answer on the record. After the deposition, off the record, you informed Jason and myself that you did not know how this disparity occurred, but that you suspected there may be some issue with the software your firm used. That conversation was memorialized in the attached e-mail exchange.

Following that conversation, you wrote that "the software was running an older version and for whatever reason, did not pull the text message accurately" but that "I myself have ensured we have updated our software and settings and our office is taking steps to pull the text exchange from Plaintiff's phone and can confirm no texts have been altered or deleted."

We hoped this would be the end of the matter.

Recently, your office produced text messages related to Maria Lopez. *See* Ex. 1. Two things were immediately noticeable from these texts. First, a watermark at the bottom right of each page indicated that we received only Pages 9–12 out of 12. It does not explain what happened to the other eight pages. Second, and more glaringly, the texts provided were ***only*** from Ms. Lopez. None of Mr. Villanueva's texts were captured.

At the deposition today, both Ms. Lopez and I were confused as to why this had occurred. She was adamant that Mr. Villanueva always responded to her texts. Suddenly, during the deposition, your office produced a new version of the texts (*see* Ex. 4) that contained the full conversation.

There is obviously a problem here but, given that we are not in possession of Mr. Villanueva's phone, we have limited visibility. Either there is another "software" issue (which there should not be, given your personal attestation that the issue was fixed), or there was a decision made not to release the full conversation. Or perhaps it is something else.

Please explain to us how this latest issue occurred.

Also, please let us know when we will be receiving the texts between Mr. Villanueva and Vivian Villanueva. We need a ***complete***, ***unaltered*** set prior to her deposition. Please also provide us dates for her deposition, per our prior two requests.

Thanks.

**Steven Williamson**

LLP

MILLER | BARONDESS
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-5253
Fax: 310-552-8400
Mobile: 732-589-8187
swilliamson@millerbarondess.com
www.millerbarondess.com
Biography

Please consider the environment – do you really need to print this email?
<mime-attachment>
<Ex. 1 AV010764-AV010767.pdf>
<Ex. 4 AV001764-1767.pdf>

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

# EXHIBIT G

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04979 SVW (JCx) |

VIDEOTAPED DEPOSITION OF VIVIAN VILLANUEVA
Los Angeles, California
Wednesday, April 23, 2025
Volume I

Reported by:
NADIA NEWHART
CSR No. 8714
Job No. 7301582
PAGES 1 - 166

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ALEX VILLANUEVA,

Plaintiff,

vs.

COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,

Defendants.

Case No. 2:24-cv-04979 SVW (JCx)

Videotaped deposition of VIVIAN VILLANUEVA, Volume I, taken on behalf of Defendants, at 2121 Avenue of the Stars, Suite 2600, Los Angeles, California, beginning at 10:23 a.m. and ending at 2:50 p.m. on Wednesday, April 23, 2025, before NADIA NEWHART, Certified Shorthand Reporter No. 8714.

APPEARANCES:

For Plaintiff:

SHEGERIAN & ASSOCIATES
BY: ALEX DiBONA, ESQ. (10:23-12:09 p.m.)
BY: BRYAN KIRSH, ESQ. (12:46-2:50 p.m.)
11520 San Vicente Boulevard
Los Angeles, California 90049
310-860-0770
shegerianlaw.com

For Defendants:

MILLER BARONDESS, LLP
BY: STEVEN G. WILLIAMSON, ESQ.
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
310-552-5253
swilliamson@millerbarondess.com

Also Present:

JULIO PENA, videographer

apart from this set of document requests that we just saw, has anyone ever asked you to gather and provide any of your text messages for use in this case?

A No. 11:08:57

(Exhibit 2 was marked for identification and is attached hereto.)

BY MR. WILLIAMSON:

Q Okay. Ms. Villanueva, I am handing you what's been marked as Exhibit Number 2. And I will 11:09:32 represent to you that these are a series of text messages that we received in this case. But I'm a little unclear as to who they are between, so I wanted to ask you about these.

Do any of these texts look familiar to you? 11:09:55

A Not the first page. I don't -- this last -- this last one on -- is it page 2?

Q Yeah.

A I believe that was -- I don't remember his name, but he has a little girl that skateboards. 11:10:37 And he's the one that his wife filed a lawsuit with the Metro, the MTA. I forget his name, but I think that's what that is.

Q Do you know if these are text messages between you and Mr. Villanueva? 11:10:56

A No, I -- I don't know. This one it looks like it could have been a direct message from the skater dad. I don't -- I don't know. Or it could be -- it says, from the skater's dad so --

Q Right. So let -- let's take a look at that one. This is a text message on Bates stamped page AV 010782 on the bottom. It's from April 27th, 2022 at 10:17 in the morning, and it says in a gray text bubble (as read): 11:11:18

"From the skaters dad. Vivian last year Huntsman tried on several occasions to subpoena me to testify against Alex. I have all the emails of huntsman's private defaming Alex both to me personally and to my news blog. I had to file all sorts of paperwork and motion in court to quash the subpoena which in was successful. I also have tons of texts back and forth with Alene showing that she was cherry picking stories to create a false story Line against Alex. Alex and I text back and forth on his county cell does he have a personal cell that I can text 11:11:38 11:11:48 11:11:59 11:12:11

contact for someone named Levi Bellville.
Do you see that?
A Yes.
Q And do you know who Levi Bellville?
A Yes. 11:14:01
Q Who is Levi Bellville?
A He's -- I believe he's a sergeant or lieutenant in the sheriff's department.
Q And my understanding, I believe, is that these texts came from Mr. Villanueva's phone. 11:14:16
Do you know if that's correct?
A I have no idea.
Q Okay. If these are from Mr. Villanueva's phone, then because this message is in blue, that would be a text message that -- that he sent, 11:14:30 correct?
A Yes.
Q And then after -- below the -- below the Levi Bellville contact, there's another contact that was sent to Mr. Villanueva from -- for someone named 11:14:45 Mike Bornman, B-o-o -- B-o-r-n-m-a-n.
Do you see that?
A Yes.
Q And who's Mike Bornman?
A He's a retired captain. I believe he retired 11:14:59

apologize.

So on the first page, the earliest text in the string at the very top is from April the 29th, 2024.

Do you see that? 11:22:56

A Yes.

Q Okay. And the last text in time on that first page is May the 3rd, 2024.

Do you see that?

A Yes. 11:23:06

Q Okay. Then if we go to the next page, the very first text on that page is from April the 26th, 2022.

Do you see that?

A Yes. 11:23:20

Q Okay. And then it goes on, and then there are some -- some texts all the way until -- the last page of July 11th, 2022 is the last text we have.

Do you see that?

A The last page? 11:23:38

Q Yes, the last text of the last page.

A Yes.

Q Okay. So we have a period of texts from, on the first page, April to May of 2024, and then on the remaining pages, from April to July of 2022. 11:23:49

Do you see that?
A Yes.
Q Okay. So there's no texts in here, for example, from 2023 that we've seen?
A I'm not -- I don't see any. 11:24:06
Q And we also haven't seen any texts in here from 2025, right?
A I don't see any.
Q And if these are, you know, based on -- well, if these are indeed texts between you and 11:24:20 Mr. Villanueva, you would agree with me that these certainly don't represent every text message that you and your husband have exchanged from 2022 to now, right?
A Right. 11:24:35
MR. WILLIAMSON: Okay. We're about an hour in. Do you guys want to take a quick five-minute break and then come back?
MR. DiBONA: Yeah, that's fine by me.
MR. WILLIAMSON: Let's go off the record. 11:24:49
THE VIDEOGRAPHER: The time is 11:24, and we're going off the record.
(Recess.)
THE VIDEOGRAPHER: The time is 11:35, and we're back on the record. 11:35:18

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [X] was [ ] was not requested.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: 4/25/25

Nadia Newhart

NADIA NEWHART

CSR NO. 8714

VIVIAN VILLANUEVA
vivielal@aol.com

April 25, 2025

RE: Villanueva, Alex v. County Of Los Angeles, Et Al.
4/23/2025, Vivian Villanueva, Volume I, (#7301582).

The above-referenced transcript has been completed by Veritext Legal Solutions and review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext to schedule a time to review the original transcript at a Veritext office.

__ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Code of Civil Procedure. Contact Veritext when the sealed original is required.

__ Waiving the CA Code of Civil Procedure per Stipulation of Counsel - Original transcript to be released for signature as determined at the deposition.

__ Signature Waived - Reading & Signature was waived at the time of the deposition.

_X_Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Federal Rules.

__ Federal R&S Not Requested - Reading & Signature was not requested before the completion of the deposition.

# EXHIBIT H

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS
26TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400
FAX: (310) 552-8400
WWW.MILLERBARONDESS.COM

April 9, 2025

JASON H. TOKORO
DIRECT DIAL: (310) 552-5226
JTOKORO@MILLERBARONDESS.COM

*VIA ELECTRONIC MAIL ONLY*

Alex DiBona
SHEGERIAN & ASSOCIATES, INC.
11520 San Vicente Boulevard
Los Angeles, CA 90049
Email: ADiBona@shegerianlaw.com

Re: *Alex Villanueva v. County of Los Angeles, et al.*
USDC Case No. 2:24-cv-04979
**Meet-and-Confer Re: Defendants' Motion to Dismiss Complaint**

Dear Mr. DiBona:

The letter is sent as a precursor to our April 10, 2025 meet and confer about the County's forthcoming Motion for Summary Judgment regarding Plaintiff's First Amendment claim. As you are aware, the Court bifurcated this case, such that only Plaintiff's First Amendment claim is currently at issue. The County reserves the right to move for summary judgment on Plaintiff's other claims at the appropriate time, if necessary. A summary of our positions is below.

**There is No Genuine Dispute of Material Fact That Neither the Board of Supervisors Nor Sheriff Luna Were Involved**

In his First Amended Complaint ("FAC") and throughout this case, Plaintiff has been adamant that the County Board of Supervisors and Sheriff Luna were involved in the complaints made against him, the investigation into those complaints, and the resulting receipt of a "Do Not Rehire" notation. Plaintiff has conducted 15 fact witness depositions and propounded written discovery and document requests. It has been made abundantly clear that none of the Board of Supervisors or Sheriff Luna had any knowledge of, or any involvement with, the Lim or Huntsman complaints. There is no genuine dispute of material fact to the contrary. Plaintiff cannot rely on his mere allegations at the summary-judgment stage.

**Plaintiff's FAC is Factually Unsupported**

It is Plaintiff's burden to establish a *prima facie* First Amendment case. *Boquist v. Courtney*, 32 F.4th 764, 775 (9th Cir. 2022). He cannot meet his burden. There is no genuine

MILLER BARONDESS, LLP



dispute of material fact that the investigations into Plaintiff's misconduct had nothing to do with his claimed protected speech (i.e. his opposition to Ballot Measures A, J, and R, COVID-19 vaccine mandates, and Fulgent). None of the investigation materials reference those topics, and every single person who was deposed stated that those topics had nothing to do whatsoever with the investigations or their outcome.

Plaintiff cannot point to anything showing, or even suggesting, that his protected speech was the reason for the "Do Not Rehire" notation. And even if he could, any alleged retaliatory animus was not the but-for cause of the notation. Each of the members of the County Equity Oversight Panel testified that their recommendation that Plaintiff receive the notation was based on Plaintiff's harassing and discriminatory statements, which Plaintiff does not deny making. There is simply no genuine dispute of material fact to the contrary.

**Plaintiff's Claim Against the Governmental Entities Fails Under *Monell***

Governmental entities such as the County and its subdivisions cannot be held liable for the acts of their employees based on *respondeat superior*. *Monell v. Dep't of Soc. Servs. of City of N.Y.*, 436 U.S. 658, 694 (1978). Liability can only attach where a constitutional violation was caused by an official County policy, custom or practice. *See id.*

There is no genuine dispute of material fact that no County policy, practice, or custom caused the harm Plaintiff claims. To the contrary, Plaintiff alleges that he was specifically targeted by the County and treated differently as a part of a smear campaign—the polar opposite of a *Monell* claim. (*See* FAC at 6:20–24.) And Plaintiff himself testified that he was being singled out and harmed in a manner that had not been used against any other Sheriff. Plaintiff's § 1983 claims necessarily fail.

**The Individual Defendants Are Protected by Qualified Immunity**

"The doctrine of qualified immunity protects government officials from liability for civil damages insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known." *Longoria v. Pinal Cnty.*, 873 F.3d 699, 704 (9th Cir. 2017) (citation omitted). Qualified immunity applies for several reasons. First, there is no clearly-established constitutional right to be free from receiving a ministerial "Do Not Rehire" stamp on a personnel file. Second, all of the actions taken by any individual defendants in this case were reasonable and in good faith.

Plaintiff cannot point to a single genuine issue of material fact to show that any of the individual defendants were acting in bad faith, unreasonably, or in a manner intended to violate Plaintiff's constitutional rights. This is a textbook qualified immunity case.

**Plaintiff Lacks Standing**

It is undisputed that Plaintiff has never applied to be rehired by the County. Nor has he sought to become a "consultant" with the Department. There is nothing stopping Plaintiff from applying for any of these positions. In short, Plaintiff cannot continue to maintain that a "Do Not Rehire" notation has prevented him from obtaining County employment without ever having sought such employment in the first place. This is especially true where there is no genuine dispute of material fact that the "Do Not Rehire" notation does not prevent a candidate from being employed, but is merely an administrative flag on a file.

**The County is the Only Proper Defendant**

As discussed previously, Plaintiff is suing the County and 14 other defendants for the same conduct. He does not attempt to separate out any of his allegations among the different defendants. This is improper.

There is no genuine dispute of material fact that all of actions taken in this case by the individual defendants were acting in their official capacity. It is well settled that official capacity claims can only be brought against a governmental entity. *Pierce v. San Mateo Cnty. Sheriff's Dep't*, 232 Cal. App. 4th 995, 1018 (2014); *Kentucky v. Graham*, 473 U.S. 159, 166 (1985) ("an official-capacity suit is, in all respects other than name, to be treated as a suit against the entity").

The same is true for the County subdivision defendants. Such subdivisions should be dismissed where, as here, a party asserts claims that are identical to those asserted against the entity. *See, e.g., Garcia v. Cnty. of Riverside*, No. EDCV 13–00616–JGB (SPX), 2013 WL 12167913, at *8 (C.D. Cal. Aug. 1, 2013). Furthermore, "[a] subsidiary of a public entity is not a proper defendant on a § 1983 claim." *Gordon v. County of Orange*, No. SACV 14-01050-CJC(DFM), 2019 WL 4279036, at *8 (C.D. Cal. Aug. 5, 2019), *aff'd in part, rev'd in part and remanded*, 6 F.4th 961 (9th Cir. 2021); *see also Solesbee v. County of Inyo*, No. 1:13-CV-1548 AWI JLT, 2014 WL 3890680, at *2 (E.D. Cal. Aug. 7, 2014) ("When a subdivision of a county is sued, the suit is construed as being against the county; the subdivision is not a proper party defendant.").

Plaintiff's insistence to keep needless defendants in the case without any factual support is unreasonably vexatious and is done for no other purpose than to harass and multiply proceedings. As we have advised you previously, if the County prevails, it intends to seek fees and costs pursuant to 28 U.S.C. § 1927, and under whatever avenues to which it may be entitled.

We look forward to discussing these issues, and reserve the right to make additional arguments in support of our Motion as necessary.

Sincerely,

Jason H. Tokoro

JHT

# EXHIBIT I

| | |
|---|---|
| **From:** | Jason H. Tokoro |
| **To:** | Alex DiBona |
| **Cc:** | Steven Williamson; Brian Neach |
| **Subject:** | RE: Activity in Case 2:24-cv-04979-SVW-JC Alex Villanueva v. County of Los Angeles et al Motion in Limine to Exclude |
| **Date:** | Tuesday, April 29, 2025 3:34:13 PM |
| **Attachments:** | image001.png |

That is not how the meet and confer went. That is exactly why I always have Steven or Brian on meet and confers with your office. This is not the first time you have tried to misrepresent our conversations. We will oppose your motion and will seek sanctions for having to do so.

**Jason H. Tokoro**
MILLER | BARONDESS LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-5226
Fax: 310-552-8400
jtokoro@millerbarondess.com
www.millerbarondess.com
Biography

Please consider the environment – do you really need to print this email?

**From:** Alex DiBona <adibona@shegerianlaw.com>
**Sent:** Tuesday, April 29, 2025 3:33 PM
**To:** Jason H. Tokoro <jtokoro@Millerbarondess.com>
**Cc:** Steven Williamson <swilliamson@millerbarondess.com>; Brian Neach <bneach@millerbarondess.com>
**Subject:** RE: Activity in Case 2:24-cv-04979-SVW-JC Alex Villanueva v. County of Los Angeles et al Motion in Limine to Exclude

Jason, our meet and confer on this had two aspects, 1) the reports by the OIG produced in discovery, which you agreed to exclude and we stipulated as to that 2) references to so called deputy gangs more broadly, you did not stipulate to that and our stipulation does not reflect that, if you are changing your position and wish to stipulate, that is of course acceptable and we will withdraw our motion if we can agree on the form of the stipulation, otherwise, the motion was entirely proper.

Alex DiBona | Trial Attorney
Shegerian & Associates
320 N Larchmont Boulevard | Los Angeles, CA 90004
Office: (310) 860-0770 | Facsimile: (310) 860-0771
adibona@shegerianlaw.com | shegerianlaw.com

Please do not print this e-mail unless absolutely necessary. CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Shegerian Law client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at privacy@shegerianlaw.com or by telephone at (310) 860-0770. Thank you.

**From:** Jason H. Tokoro <jtokoro@Millerbarondess.com>
**Sent:** Tuesday, April 29, 2025 12:08 PM
**To:** Alex DiBona <adibona@shegerianlaw.com>
**Cc:** Steven Williamson <swilliamson@millerbarondess.com>; Brian Neach <bneach@millerbarondess.com>
**Subject:** RE: Activity in Case 2:24-cv-04979-SVW-JC Alex Villanueva v. County of Los Angeles et al Motion in Limine to Exclude
**Importance:** High

Alex – Following up on this since I have not received a response from you. We expect you to file a notice of withdrawal today. We stipulated to the relief you requested during the meet and confer. You agreed to the stipulation. You filed the stipulation. If you don't take care of this, we will oppose your motion and seek sanctions.

**Jason H. Tokoro**
MILLER | BARONDESS LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-5226
Fax: 310-552-8400
jtokoro@millerbarondess.com
www.millerbarondess.com
Biography

Please consider the environment – do you really need to print this email?

**From:** Jason H. Tokoro
**Sent:** Monday, April 28, 2025 5:12 PM
**To:** Alex DiBona <adibona@shegerianlaw.com>
**Cc:** Steven Williamson <swilliamson@millerbarondess.com>; Brian Neach <bneach@millerbarondess.com>
**Subject:** FW: Activity in Case 2:24-cv-04979-SVW-JC Alex Villanueva v. County of Los Angeles et al Motion in Limine to Exclude
**Importance:** High

Alex – We stipulated to the request you made regarding deputy gangs during the meet and confer (see attached). Please confirm that you will file a notice of withdrawal of your motion.

**Jason H. Tokoro**
MILLER | BARONDESS LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
Main: 310-552-4400
Direct: 310-552-5226
Fax: 310-552-8400
jtokoro@millerbarondess.com
www.millerbarondess.com
Biography

Please consider the environment – do you really need to print this email?

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Monday, April 28, 2025 5:03 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:24-cv-04979-SVW-JC Alex Villanueva v. County of Los Angeles et al Motion in Limine to Exclude

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered by DiBona, Alex on 4/28/2025 at 5:03 PM PDT and filed on 4/28/2025

| | |
|---|---|
| **Case Name:** | Alex Villanueva v. County of Los Angeles et al |
| **Case Number:** | 2:24-cv-04979-SVW-JC |
| **Filer:** | Alex Villanueva |

**Document Number:** 97

**Docket Text:**
**NOTICE OF MOTION AND MOTION IN LIMINE (4) to Exclude EVIDENCE, INNUENDO, OR ARGUMENT REFERENCING DEPUTY GANGS; MEMORANDUM OF POINTS AND AUTHORITIES filed by Plaintiff Alex Villanueva. Motion set for hearing on 5/26/2025 at 01:30 PM before Magistrate Judge Jacqueline Chooljian. (Attachments: # (1) Declaration, # (2) Proposed Order)(DiBona, Alex)**

**2:24-cv-04979-SVW-JC Notice has been electronically mailed to:**

Alex Karl DiBona adibona@shegerianlaw.com, alex.dibona@gmail.com

Carney R Shegerian cshegerian@shegerianlaw.com, aescalante@shegerianlaw.com, dgarcia@shegerianlaw.com, edossantos@shegerianlaw.com, mlevy@shegerianlaw.com, ngilanians@shegerianlaw.com, NTaleb@shegerianlaw.com, rmurillo@shegerianlaw.com, service@shegerianlaw.com, tcole@shegerianlaw.com

Jason H. Tokoro jtokoro@millerbarondess.com, aalamango@millerbarondess.com, briding@millerbarondess.com

John Michael David jdavid@shegerianlaw.com

Mahru Madjidi mmadjidi@shegerianlaw.com

Steven G Williamson swilliamson@millerbarondess.com

Yesenia Cardoza ycardoza@shegerianlaw.com

**2:24-cv-04979-SVW-JC Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\MIL 4 - DEPUTY GANGS (VILLANUEVA).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/28/2025] [FileNumber=40006005-0
] [5954130b0d16870aaa55f813dc813b0c23c5230ff571a34d94f1649dac3ea6256f4
44d2ab462bc63d0df9c479389f4631dd08e4bf4420a3ffc25ad4d0f924f16]]

**Document description:**Declaration

**Original filename:**C:\fakepath\DECLARATION ATTORNEY MIL VILLANUEVA).pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=4/28/2025] [FileNumber=40006005-1
] [c56a11fe89b6c69ecc70bfbcd459192dac615ed4efad46877b047cc04f7e71659e3
2d09d885d9d805476a0b454d33f032a2fe3b0cd80438ed06f77eccf3856fb]]

**Document description:**Proposed Order

**Original filename:**C:\fakepath\Proposed Order.pdf

**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=4/28/2025] [FileNumber=40006005-2
] [b27577d4a50924cf1e87c31a8d6dbf758884bafef7ca7495cf3e1fa6db107f5d72c
d3afac1ee140a0a0374062883ba1809d6b1b1e65d17418983f5dbe167a7a4]]

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

# EXHIBIT J

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO [redacted]

Statement as of May 31, 2024
Statement No. 32138

Office of the Los Angeles County Counsel
[redacted]
Los Angeles, California 90012

| Matter | Current Billing | Previous Balance |
|---|---|---|
| [redacted]<br>Villanueva v. County of Los Angeles, et al.<br><br>CRM No.:[redacted]<br>Miller Barondess, LLP Tax ID[redacted] | 3,025.00 | 0.00 |
| | 3,025.00 | 0 00 |
| Total Now Due: | | 3,025.00 |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS

[redacted]

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO [redacted]

Statement as of May 31, 2024
Statement No. 32138

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

[redacted]: Villanueva v. County of Los Angeles, et al.

| Professional Fees | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5/22/2024 | JHT | A104 | L210 | Review and analyze Villanueva tort claim. | 0.60 | 550.00 | 330.00 |
| 5/22/2024 | JHT | A104 | L110 | Review and analyze IAB 2558101 investigation file. | 1.50 | 550.00 | 825.00 |
| 5/22/2024 | JHT | A104 | L110 | Review and analyze IAB 2558097 investigation file (Huntsman). | 1.40 | 550.00 | 770.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | | | | | Sub-total Fees: | | 3,025.00 |

Rate Summary

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| Jason H. Tokoro | 3.50 hours at $ 550.00/hr | 1,925.00 |
| Total hours: | 5.50 | |

| | |
|---|---|
| Current Billing: | 3,025.00 |
| Previous Balance: | 0.00 |
| Payments: | 0.00 |
| **Total Due Upon Receipt:** | 3,025.00 |

For billing questions, please contact:

[redacted]
(310)552-4400

**REMITTANCE COPY**
**Return with Payment**

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

Statement Number: 32138
Statement Date: 5/31/2024
Matter ID: [redacted]

**Amount Due: 3,025.00**

**PLEASE REMIT TO:**

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO [redacted]

Statement as of June 30, 2024
Statement No. 32371

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

| Matter | Current Billing | Previous Balance |
|---|---|---|
| [redacted]<br>Villanueva v. County of Los Angeles, et al.<br><br>CRM No.: [redacted]<br>Miller Barondess, LLP Tax ID: [redacted] | 29,853.00 | 3,025.00 |
| | 29,853.00 | 3,025.00 |
| | Total Now Due: | 32,878.00 |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

[redacted]

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. [redacted]

Statement as of June 30, 2024
Statement No. 32371

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

[redacted]: Villanueva v. County of Los Angeles, et al.

| Professional Fees | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6/4/2024 | JHT | A104 | L120 | Prepare for and participate in meeting with Commander Escobedo re [redacted] | 0.80 | 550.00 | 440.00 |
| 6/4/2024 | JHT | A106 | L110 | Communications with LASD personnel re [redacted] | 0.30 | 550.00 | 165.00 |
| 6/7/2024 | JHT | A104 | L120 | Participate in client meeting with [redacted] | 0.70 | 550.00 | 385.00 |
| 6/7/2024 | SGW | A104 | L110 | Analysis of potential scope of claims and measures taken to provide notice and opportunity for disciplinary hearing. | 1.30 | 550.00 | 715.00 |
| 6/9/2024 | JHT | A104 | L120 | Review and analyze LASD Policy and Equity manual of policies and procedures. | 0.80 | 550.00 | 440.00 |
| 6/10/2024 | JHT | A106 | L110 | Communications re IAB investigation. | 0.50 | 550.00 | 275.00 |
| 6/10/2024 | JHT | A104 | L110 | Review and analyze IAB IV2558907 file (Huntsman). | 0.70 | 550.00 | 385.00 |
| 6/10/2024 | JHT | A104 | L110 | Review and analyze IAB IV2558101 file (Lim). | 0.80 | 550.00 | 440.00 |
| 6/10/2024 | JHT | A104 | L110 | Review and analyze PRA requests and County responses and production. | 0.60 | 550.00 | 330.00 |
| 6/10/2024 | JHT | A104 | L110 | Review and analyze Sanders Roberts' legal memos re IAB investigations into Villanueva. | 0.70 | 550.00 | 385.00 |
| 6/10/2024 | SGW | A104 | L120 | Analysis regarding lack of notice to A. Villanueva of outcome of disciplinary proceedings. | 0.50 | 550.00 | 275.00 |
| 6/11/2024 | JHT | A104 | L120 | Prepare for and participate in strategy call with A/C Gipson re [redacted] | 0.80 | 550.00 | 440.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | [redacted] | | | |
| 6/11/2024 | JHT | A106 | L110 | Communications with client re [redacted] | 0.40 | 550.00 | 220.00 |
| 6/11/2024 | JHT | A102 | L120 | Research and analysis of POBR rights for former LASD employees. | 0.80 | 550.00 | 440.00 |
| 6/11/2024 | SGW | A108 | L110 | Telephone conference with K. Gibson regarding [redacted]. | 0.50 | 550.00 | 275.00 |
| 6/12/2024 | JHT | A102 | L120 | Research, analysis and strategy re County "do not hire" list and ability for former employee to appeal/grieve decision. | 0.40 | 550.00 | 220.00 |
| [redacted] | [redacted] | [redacted] | [redacted]0 | [redacted] | [redacted] | [redacted] | [redacted] |
| 6/13/2024 | JHT | A104 | L210 | Review and analyze complaint and exhibits. | 2.10 | 550.00 | 1,155.00 |
| 6/13/2024 | JHT | A106 | L120 | Communications with client re [redacted]. | 0.30 | 550.00 | 165.00 |
| 6/13/2024 | JHT | A108 | L210 | Communications with opposing counsel re complaint and service. | 0.20 | 550.00 | 110.00 |
| 6/13/2024 | JHT | A104 | L240 | Analysis and strategy re County motion to dismiss complaint. | 0.50 | 550.00 | 275.00 |
| 6/13/2024 | JHT | A104 | L210 | Review press coverage re complaint. | 0.30 | 550.00 | 165.00 |
| 6/13/2024 | SGS | A104 | L110 | Research and analysis of motions filed re improper defendants named in case in support of preparation motion to dismiss. | 0.40 | 165.00 | 66.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 6/14/2024 | JHT | A106 | L210 | Communications re Villanueva complaint and IAB investigations. | 0.20 | 550.00 | 110.00 |
| 6/14/2024 | JHT | A106 | L210 | Teleconference with Chief Alvarez re [redacted]. | 1.00 | 550.00 | 550.00 |
| 6/17/2024 | JHT | A104 | L120 | Prepare for and meet with C. Diaz-Herrera [redacted] | 1.40 | 550.00 | 770.00 |
| 6/17/2024 | JHT | A104 | L390 | Review and analyze LAT PRA requests and County responses. | 0.40 | 550.00 | 220.00 |
| 6/17/2024 | JHT | A104 | L110 | Review and analyze corrected CEOP hearing memos for May 28, 2024 re Villanueva IAB File No. IV 2545545 (R. Gonzalez). | 0.40 | 550.00 | 220.00 |
| 6/17/2024 | JHT | A106 | L110 | Teleconference with Commander | 0.30 | 550.00 | 165.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Escobedo re [redacted] | | | |
| 6/17/2024 | JHT | A104 | L120 | Review and analyze legal research re IAB procedures and due process concerns. | 1.00 | 550.00 | 550.00 |
| 6/17/2024 | JHT | A106 | L120 | Communications with client re [redacted]. | 0.40 | 550.00 | 220.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted]. | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted]. | [redacted] | [redacted] | [redacted] |
| 6/18/2024 | JHT | A106 | L210 | Communications with client re [redacted]. | 0.30 | 550.00 | 165.00 |
| 6/18/2024 | JHT | A102 | L240 | Research and analyze CCEOP procedures for County motion to dismiss and due process issues. | 0.50 | 550.00 | 275.00 |
| 6/18/2024 | JHT | A106 | L120 | Communications with client re [redacted] | 0.30 | 550.00 | 165.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted]. | [redacted] | [redacted] | [redacted] |
| 6/19/2024 | JHT | A106 | L110 | Communications with LASD re [redacted] | 0.20 | 550.00 | 110.00 |
| 6/19/2024 | JHT | A106 | L120 | Communications with client re [redacted] | 0.20 | 550.00 | 110.00 |
| 6/19/2024 | JHT | A106 | L110 | Teleconference with E. Mintz (Sanders Roberts) re [redacted] | 0.40 | 550.00 | 220.00 |
| 6/19/2024 | SGW | A102 | L120 | Research regarding due process notice rights, right to participation in internal investigation process, and legal grounds to support dismissal of federal complaint. | 2.10 | 550.00 | 1,155.00 |
| 6/20/2024 | JHT | A106 | L110 | Communications with LASD personnel re [redacted]. | 0.20 | 550.00 | 110.00 |
| 6/20/2024 | JHT | A102 | L240 | Research, analysis and strategy re County motion to dismiss and SLAPP motion. | 1.50 | 550.00 | 825.00 |
| 6/20/2024 | JHT | A102 | L120 | Research [redacted] | 0.50 | 550.00 | 275.00 |
| 6/20/2024 | SGS | A104 | L110 | Research and analysis [redacted] | 1.30 | 165.00 | 214.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/20/2024 | SGS | A104 | L110 | Analysis of relevant documents in support of special motion to strike complaint. | 0.50 | 165.00 | 82.50 |
| 6/20/2024 | SGW | A102 | L120 | Research regarding due process rights and potential arguments to defeat motion to dismiss. | 2.40 | 550.00 | 1,320.00 |
| 6/20/2024 | SGW | A104 | L120 | Analyze and develop arguments for motion to dismiss and anti-SLAPP motion. | 1.40 | 550.00 | 770.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted]. | [redacted] | [redacted] | [redacted] |
| 6/21/2024 | JHT | A109 | L210 | Prepare for and meet with E. Lim re [redacted] | 1.00 | 550.00 | 550.00 |
| 6/21/2024 | SGW | A104 | L120 | Draft outline of motion to dismiss and anti-SLAPP. | 1.20 | 550.00 | 660.00 |
| 6/21/2024 | SGW | A104 | L120 | Review prior pleadings for arguments in support of immunity, anti-SLAPP, defamation, and emotional distress. | 1.00 | 550.00 | 550.00 |
| 6/21/2024 | SGW | A102 | L120 | Research regarding impact of notice of acknowledgement on deadline to file anti-SLAPP. | 0.70 | 550.00 | 385.00 |
| 6/21/2024 | SGW | A108 | L110 | Telephone conference with E. Lim [redacted] | 0.60 | 550.00 | 330.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted]. | [redacted] | [redacted] | [redacted] |
| 6/22/2024 | JHT | A103 | L240 | Revise outline and strategy for County motion to dismiss and SLAPP motion. | 0.40 | 550.00 | 220.00 |
| 6/22/2024 | JHT | A108 | L210 | Communications with opposing counsel re Villanueva complaint and service. | 0.30 | 550.00 | 165.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted]. | [redacted] | [redacted] | [redacted] |
| 6/26/2024 | JHT | A106 | L110 | Teleconference with client (E. Montelongo) re [redacted] | 0.40 | 550.00 | 220.00 |
| 6/26/2024 | SGW | A106 | L110 | Telephone conference with E. Montelongo regarding [redacted] | 0.20 | 550.00 | 110.00 |

[redacted]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/27/2024 | JHT | A104 | L120 | Communications with E. Mintz re [redacted] | 0.40 | 550.00 | 220.00 |
| 6/27/2024 | JHT | A104 | L110 | Review and analyze [redacted] | 0.30 | 550.00 | 165.00 |
| 6/27/2024 | JHT | A104 | L120 | Review and analyze requirements in Judge Wilson new case order. | 0.40 | 550.00 | 220.00 |
| 6/27/2024 | SGW | A104 | L110 | Review County correspondence with A. Villanueva. | 0.20 | 550.00 | 110.00 |
| 6/28/2024 | SGW | A103 | L250 | Draft meet and confer letter regarding motion to dismiss and anti-SLAPP. | 0.40 | 550.00 | 220.00 |
| | | | | | | Sub-total Fees: | 29,788.00 |

**Rate Summary**

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| Scarlet G. Speakmoore | 2.20 hours at $ 165.00/hr | 363.00 |
| Jason H. Tokoro | 24.10 hours at $ 550.00/hr | 13,255.00 |
| Steven G. Williamson | 12.50 hours at $ 550.00/hr | 6,875.00 |
| Total hours: | 55.70 | |

**Costs**

| | | |
|---|---|---|
| 6/25/2024 | Document Retrieval Fee. | 65.00 |
| | Sub-total Expenses: | 65.00 |

**Miller Barondess**, LLP
Matter ID [redacted]

Page: 6
Stmt No: 32371
June 30, 2024

| | |
|---|---|
| Current Billing: | 29,853.00 |
| Previous Balance: | 3,025.00 |
| Payments: | 0.00 |
| **Total Due Upon Receipt:** | 32,878.00 |

For billing questions, please contact:

[redacted]
(310) 552-4400

**REMITTANCE COPY**
**Return with Payment**

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

Statement Number: 32371
Statement Date: 6/30/2024
Matter ID: [redacted]

**Amount Due:** 32,878.00

**PLEASE REMIT TO:**

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. [redacted]

Statement as of July 31, 2024
Statement No. 32637

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

| Matter | Current Billing | Previous Balance |
|---|---|---|
| [redacted] Villanueva v. County of Los Angeles, et al. | 41,921.00 | 32,878.00 |
| CRM No. [redacted] Miller Barondess, LLP Tax ID: [redacted] | | |
| | 41,921.00 | 32,878.00 |
| Total Now Due: | | 74,799.00 |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

[redacted]

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO [redacted]

Statement as of July 31, 2024
Statement No. 32637

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

[redacted]: Villanueva v. County of Los Angeles, et al.

**Professional Fees**

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7/1/2024 | JHT | A103 | L240 | Revise meet and confer letter re County motion to dismiss. | 0.70 | 550.00 | 385.00 |
| 7/1/2024 | SGW | A103 | L250 | Draft meet and confer letter to opposing counsel regarding motion to dismiss and anti-SLAPP. | 2.60 | 550.00 | 1,430.00 |
| 7/2/2024 | JHT | A106 | L240 | Communications with client re [redacted] | 0.40 | 550.00 | 220.00 |
| 7/2/2024 | SGW | A103 | L250 | Revise meet and confer letter to opposing counsel to include additional facts and argument regarding negligent hiring duties. | 1.60 | 550.00 | 880.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 7/9/2024 | JHT | A108 | L110 | Communications with client re [redacted] | 0.20 | 550.00 | 110.00 |
| 7/10/2024 | SGW | A104 | L120 | Analysis regarding additional arguments of exhaustion and ripeness for demand letter. | 0.80 | 550.00 | 440.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 7/12/2024 | SGW | A102 | L120 | Research regarding actual malice, First Amendment retaliation standard, and arguments in support of dismissal of negligent hiring claim. | 1.20 | 550.00 | 660.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/12/2024 | SGW | A103 | L250 | Revise meet and confer letter to include additional constitutional and state law tort arguments. | 0.90 | 550.00 | 495.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 7/13/2024 | JHT | A103 | L240 | Further revise meet and confer letter re County motion to dismiss and SLAPP motion. | 0.30 | 550.00 | 165.00 |
| 7/15/2024 | SGW | A103 | L250 | Revise and finalize meet and confer letter to opposing counsel regarding dismissal of all claims. | 0.40 | 550.00 | 220.00 |
| 7/16/2024 | SGW | A104 | L250 | Review and finalize notice of acceptance of service for fourteen County defendants. | 0.50 | 550.00 | 275.00 |
| 7/16/2024 | SGW | A104 | L120 | Analyze and develop legal strategy for discovery, fact investigation, and early dispositive motion practice. | 1.90 | 550.00 | 1,045.00 |
| 7/17/2024 | SGW | A107 | L250 | Correspond with plaintiff's counsel regarding service. | 0.20 | 550.00 | 110.00 |
| 7/17/2024 | SGW | A103 | L240 | Draft fact section for motion to dismiss. | 0.70 | 550.00 | 385.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 7/18/2024 | SGW | A103 | L240 | Draft additional facts regarding procedural history and investigations for motion to dismiss. | 1.60 | 550.00 | 880.00 |
| 7/19/2024 | SGW | A103 | L240 | Draft constitutional and standing arguments for motion to dismiss. | 3.20 | 550.00 | 1,760.00 |
| 7/22/2024 | SGW | A103 | L240 | Draft constitutional and state law arguments for motion to dismiss. | 4.70 | 550.00 | 2,585.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted]. | [redacted] | [redacted] | [redacted] |
| 7/23/2024 | SGW | A103 | L240 | Draft additional facts and defamation arguments for motion to dismiss. | 5.40 | 550.00 | 2,970.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 7/24/2024 | SGW | A103 | L240 | Revise motion to dismiss to include additional arguments regarding defamation, privilege, and statute of limitations. | 1.80 | 550.00 | 990.00 |
| 7/24/2024 | SGW | A103 | L240 | Draft additional California law and introduction for motion to dismiss. | 4.90 | 550.00 | 2,695.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted]s. | [redacted] | [redacted] | [redacted] |

Miller Barondess, LLP
Matter ID [redacted]

Page: 3
Stmt No: 32637
July 31, 2024

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/25/2024 | SGW | A104 | L120 | Analysis of court procedures in conjunction with motions. | 0.40 | 550.00 | 220.00 |
| 7/25/2024 | SGW | A104 | L240 | Analysis regarding anti-SLAPP and motion to dismiss arguments for defamation. | 0.70 | 550.00 | 385.00 |
| 7/25/2024 | SGW | A103 | L240 | Draft anti-SLAPP motion to strike defamation claim. | 5.20 | 550.00 | 2,860.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted]. | [redacted] | [redacted] | [redacted] |
| 7/26/2024 | SGW | A103 | L240 | Draft and revise anti-SLAPP motion to strike defamation claim. | 6.30 | 550.00 | 3,465.00 |
| 7/27/2024 | JHT | A103 | L240 | Revise County motion to dismiss. | 2.80 | 550.00 | 1,540.00 |
| 7/27/2024 | JHT | A106 | L240 | Communications re County motion to dismiss. | 0.20 | 550.00 | 110.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted]. | [redacted] | [redacted] | [redacted] |
| 7/28/2024 | JHT | A103 | L240 | Revise County SLAPP motion. | 1.40 | 550.00 | 770.00 |
| 7/29/2024 | JHT | A103 | L240 | Further revise County SLAPP motion. | 1.20 | 550.00 | 660.00 |
| 7/29/2024 | JHT | A108 | L240 | Meet and confer with opposing counsel re County motion to dismiss and SLAPP motion. | 0.80 | 550.00 | 440.00 |
| 7/29/2024 | JHT | A104 | L120 | Communications with Roberts Sanders re [redacted]. | 0.30 | 550.00 | 165.00 |
| 7/29/2024 | SGW | A108 | L240 | Attend meet and confer conference with opposing counsel. | 0.80 | 550.00 | 440.00 |
| 7/29/2024 | SGW | A101 | L240 | Review legal arguments in advance of meet and confer and analysis re next steps. | 0.70 | 550.00 | 385.00 |
| 7/29/2024 | SGW | A103 | L240 | Draft and revise motion to dismiss. | 0.60 | 550.00 | 330.00 |
| 7/29/2024 | SGW | A102 | L240 | Research regarding private and liberty interests for due process argument and elected official free speech standard. | 1.10 | 550.00 | 605.00 |
| 7/29/2024 | SGW | A103 | L210 | Further revise anti-SLAPP motion to address meet and confer. | 1.20 | 550.00 | 660.00 |
| 7/30/2024 | JHT | A103 | L250 | Revise joint response to order to show cause re lack of prosecution. | 0.30 | 550.00 | 165.00 |
| 7/30/2024 | JHT | A104 | L110 | Review LAT PRA request and LASD response. | 0.60 | 550.00 | 330.00 |
| 7/30/2024 | MMI | A104 | L210 | Cite check, proofread and mark authorities in motion to dismiss complaint. | 5.50 | 165.00 | 907.50 |
| 7/30/2024 | SGW | A102 | L240 | Research applicability of anti-SLAPP | 0.80 | 550.00 | 440.00 |

**Miller Barondess, LLP**
Matter ID [redacted]

Page: 4
Stmt No: 32637
July 31, 2024

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | motion to IIED claim. | | | |
| 7/31/2024 | MMI | A104 | L210 | Cite check, proofread and mark authorities in special motion to strike portions of complaint. | 3.90 | 165.00 | 643.50 |

Sub-total Fees: 41,921.00

**Rate Summary**

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| Melissa M. Iverson | 9.40 hours at $ 165.00/hr | 1,551.00 |
| [redacted] | [redacted] | [redacted] |
| Jason H. Tokoro | 9.20 hours at $ 550.00/hr | 5,060.00 |
| Steven G. Williamson | 50.20 hours at $ 550.00/hr | 27,610.00 |
| Total hours: | 82.80 | |

| | |
|---|---|
| Current Billing: | 41,921.00 |
| Previous Balance: | 32,878.00 |
| Payments: | 0.00 |
| **Total Due Upon Receipt:** | **74,799.00** |

For billing questions, please contact:

[redacted]
(310)552-4400

**REMITTANCE COPY**
Return with Payment

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

Statement Number: 32637
Statement Date: 7/31/2024
Matter ID: [redacted]

**Amount Due:** 74,799.00

**PLEASE REMIT TO:**

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO [redacted]

Statement as of August 31, 2024
Statement No. 32917

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

| Matter | Current Billing | Previous Balance |
|---|---|---|
| [redacted]<br>Villanueva v. County of Los Angeles, et al.<br><br>CRM No.: [redacted]<br>Miller Barondess, LLP Tax ID: [redacted] | 27,758.50 | 74,799.00 |
| | 27,758.50 | 74,799.00 |
| Total Now Due: | | 102,557.50 |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS

[redacted]

[redacted] [redacted] [redacted] [redacted]P

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO [redacted]

Statement as of August 31, 2024
Statement No. 32917

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

[redacted]: Villanueva v. County of Los Angeles, et al.

| Professional Fees | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 8/1/2024 | JHT | A103 | L240 | Revise SLAPP declarations. | 0.40 | 550.00 | 220.00 |
| 8/1/2024 | SGW | A103 | L240 | Draft supporting declarations for anti-SLAPP motion. | 0.80 | 550.00 | 440.00 |
| 8/2/2024 | JHT | A103 | L240 | Further revise County motion to dismiss and SLAPP motion and supporting declarations. | 0.70 | 550.00 | 385.00 |
| 8/2/2024 | CBL | A104 | L240 | Review, analyze, and cite-check special motion to strike portions of Plaintiff's complaint in preparation for filing same. | 2.80 | 165.00 | 462.00 |
| 8/2/2024 | CBL | A104 | L240 | Review, analyze, and cite-check motion to dismiss Plaintiff's complaint in preparation for filing same. | 1.10 | 165.00 | 181.50 |
| 8/5/2024 | JHT | A103 | L240 | Finalize County motion to dismiss and supporting declaration and request for judicial notice. | 1.00 | 550.00 | 550.00 |
| 8/5/2024 | JHT | A103 | L240 | Finalize County SLAPP motion and supporting declaration and request for judicial notice. | 1.00 | 550.00 | 550.00 |
| 8/5/2024 | SGS | A104 | L110 | Prepare index of exhibits to request for judicial notice in support of motion to dismiss complaint. | 0.20 | 165.00 | 33.00 |
| 8/5/2024 | SGS | A104 | L110 | Prepare index of exhibits to request for judicial notice in support of motion to strike portions of the complaint. | 0.20 | 165.00 | 33.00 |
| 8/5/2024 | SGS | A104 | L110 | Prepare index of exhibits to J. Tokoro declaration in support of motion to dismiss complaint. | 0.20 | 165.00 | 33.00 |
| 8/5/2024 | SGS | A104 | L110 | Prepare index of exhibits to J. Tokoro declaration in support of motion to strike portion of the complaint. | 0.20 | 165.00 | 33.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/5/2024 | SGS | A104 | L110 | Compile exhibits to request for judicial notice in support of motion to dismiss complaint. | 0.20 | 165.00 | 33.00 |
| 8/5/2024 | SGS | A104 | L110 | Compile exhibits to request for judicial notice in support of motion to strike portions of the complaint. | 0.20 | 165.00 | 33.00 |
| 8/5/2024 | SGS | A104 | L110 | Compile exhibits to J. Tokoro declaration in support of motion to dismiss complaint. | 0.30 | 165.00 | 49.50 |
| 8/5/2024 | SGS | A104 | L110 | Compile exhibits to J. Tokoro declaration in support of motion to strike portions of the complaint. | 0.30 | 165.00 | 49.50 |
| 8/5/2024 | SGW | A103 | L240 | Draft declaration of J. Tokoro in support of dispositive motions. | 0.70 | 550.00 | 385.00 |
| 8/5/2024 | SGW | A103 | L240 | Revise special motion to strike on grounds of anti-SLAPP. | 1.90 | 550.00 | 1,045.00 |
| 8/5/2024 | SGW | A103 | L240 | Revise motion to dismiss complaint. | 2.30 | 550.00 | 1,265.00 |
| 8/5/2024 | SGW | A103 | L240 | Draft proposed orders granting dispositive motions. | 0.40 | 550.00 | 220.00 |
| 8/5/2024 | SGW | A103 | L240 | Revise requests for judicial notice in support of dispositive motions. | 0.70 | 550.00 | 385.00 |
| 8/13/2024 | JHT | A107 | L210 | Communications with D. Nixon re [redacted] | 0.50 | 550.00 | 275.00 |
| 8/13/2024 | JHT | A106 | L210 | Communications with client re [redacted] | 0.30 | 550.00 | 165.00 |
| 8/16/2024 | JHT | A106 | L210 | Communications with client re [redacted] | 0.20 | 550.00 | 110.00 |
| 8/20/2024 | JHT | A104 | L240 | Analysis and strategy re County replies. | 1.00 | 550.00 | 550.00 |
| 8/20/2024 | SGW | A104 | L120 | Review and analysis of opposition to County's motion to dismiss. | 1.40 | 550.00 | 770.00 |
| 8/20/2024 | SGW | A104 | L120 | Review and analysis of opposition to County motion to strike. | 0.80 | 550.00 | 440.00 |
| 8/20/2024 | SGW | A106 | L240 | Correspond with M. Huntsman regarding [redacted]. | 0.20 | 550.00 | 110.00 |
| 8/21/2024 | SGW | A102 | L120 | Research arguments regarding privilege exceptions to support reply brief to motion to strike. | 1.40 | 550.00 | 770.00 |
| 8/21/2024 | SGW | A103 | L240 | Draft reply in support of motion to strike. | 4.20 | 550.00 | 2,310.00 |
| 8/22/2024 | JHT | A103 | L250 | Revise reply in support of County SLAPP motion. | 1.40 | 550.00 | 770.00 |
| 8/22/2024 | SGW | A103 | L240 | Revise reply in support of motion to strike to include additional arguments | 3.90 | 550.00 | 2,145.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | regarding privilege, waiver, and factual narrative. | | | |
| 8/22/2024 | SGW | A103 | L240 | Draft reply in support of motion to dismiss. | 5.40 | 550.00 | 2,970.00 |
| 8/22/2024 | SGW | A102 | L240 | Research plaintiff's opposition arguments regarding official capacity suits, duty, and defamation. | 1.70 | 550.00 | 935.00 |
| 8/23/2024 | SGW | A103 | L240 | Draft reply in support of motion to dismiss sections regarding constitutional claims and state-law tort claims. | 5.90 | 550.00 | 3,245.00 |
| 8/24/2024 | MMI | A104 | L210 | Cite check, proofread and mark authorities in reply in support of special motion to strike. | 3.30 | 165.00 | 544.50 |
| 8/24/2024 | JHT | A103 | L240 | Revise County motion to dismiss reply. | 2.80 | 550.00 | 1,540.00 |
| 8/24/2024 | SGW | A103 | L240 | Revise reply in support of motion to dismiss to include additional discussion of plaintiff's case law. | 1.00 | 550.00 | 550.00 |
| 8/25/2024 | MMI | A104 | L210 | Cite check, proofread and mark authorities in reply in support of motion to dismiss complaint. | 3.90 | 165.00 | 643.50 |
| 8/26/2024 | SGW | A103 | L240 | Finalize reply in support of motion to dismiss. | 1.60 | 550.00 | 880.00 |
| 8/26/2024 | SGW | A103 | L240 | Finalize reply in support of motion to strike. | 1.10 | 550.00 | 605.00 |
| 8/29/2024 | SGW | A101 | L530 | Prepare outline and arguments for upcoming hearing on motion to dismiss plaintiff's complaint. | 1.90 | 550.00 | 1,045.00 |
| | | | | | | Sub-total Fees: | 27,758.50 |

**Rate Summary**

| | | |
|---|---|---|
| Melissa M. Iverson | 7.20 hours at $ 165.00/hr | 1,188.00 |
| Cindy B. Lumia | 3.90 hours at $ 165.00/hr | 643.50 |
| Scarlet G. Speakmoore | 1.80 hours at $ 165.00/hr | 297.00 |
| Jason H. Tokoro | 9.30 hours at $ 550.00/hr | 5,115.00 |
| Steven G. Williamson | 37.30 hours at $ 550.00/hr | 20,515.00 |
| Total hours: | 59.50 | |

Miller Barondess, LLP

Matter ID [redacted]

Page: 4
Stmt No: 32917
August 31, 2024

| | |
|---|---|
| Current Billing: | 27,758.50 |
| Previous Balance: | 74,799.00 |
| Payments. | 0.00 |
| Total Due Upon Receipt: | 102,557.50 |

For billing questions, please contact:

[redacted]
(310) 552-4400

**REMITTANCE COPY**
**Return with Payment**

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

Statement Number: 32917
Statement Date: 8/31/2024
Matter ID: [redacted]

**Amount Due: 102,557.50**

**PLEASE REMIT TO:**

MILLER BARONDESS, LLP

2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. [redacted]

Statement as of September 30, 2024
Statement No. 33213

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

| Matter | Current Billing | Previous Balance |
|---|---|---|
| [redacted]<br>Villanueva v. County of Los Angeles, et al. | 7,150.00 | 27,758.50 |
| CRM No.: [redacted]<br>Miller Barondess, LLP Tax ID: [redacted] | | |
| | 7,150.00 | 27,758.50 |
| Total Now Due: | | 34,908.50 |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

[redacted]

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. [redacted]

Statement as of September 30, 2024
Statement No. 33213

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

[redacted]: Villanueva v. County of Los Angeles, et al.

| Professional Fees | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 9/5/2024 | SGW | A103 | L240 | Draft oral argument outline for anti-SLAPP motion. | 3.40 | 550.00 | 1,870.00 |
| 9/6/2024 | SGW | A103 | L240 | Draft oral argument outline in support of motion to dismiss. | 4.00 | 550.00 | 2,200.00 |
| 9/8/2024 | JHT | A104 | L240 | Review and analyze briefing and case law for County motion to dismiss and SLAPP motion to prepare for hearing. | 1.60 | 550.00 | 880.00 |
| 9/9/2024 | JHT | A101 | L240 | Further prepare for hearing on County Motion to Dismiss and SLAPP motion and revise argument outline. | 1.00 | 550.00 | 550.00 |
| 9/20/2024 | SGW | A104 | L210 | Analysis of court's order granting County's motion to dismiss and next steps. | 1.20 | 550.00 | 660.00 |
| 9/21/2024 | JHT | A104 | L240 | Review and analyze order granting County motion to dismiss. | 0.40 | 550.00 | 220.00 |
| 9/21/2024 | JHT | A106 | L240 | Communications re ruling on County motion to dismiss. | 0.30 | 550.00 | 165.00 |
| 9/21/2024 | JHT | A104 | L120 | Communications [redacted]. | 0.40 | 550.00 | 220.00 |
| 9/22/2024 | JHT | A104 | L120 | Communications re [redacted] | 0.20 | 550.00 | 110.00 |
| 9/30/2024 | SGW | A104 | L210 | Analysis of newly-filed First Amended Complaint. | 0.50 | 550.00 | 275.00 |
| | | | | | Sub-total Fees: | | 7,150.00 |

**Rate Summary**

| | | |
|---|---|---|
| Jason H. Tokoro | 3.90 hours at $ 550.00/hr | 2,145.00 |
| Steven G. Williamson | 9.10 hours at $ 550.00/hr | 5,005.00 |
| Total hours: | 13.00 | |

**Miller Barondess, LLP**
Matter ID [redacted]

Page: 2
Stmt No: 33213
September 30, 2024

**Payments**

| | | | |
|---|---|---|---|
| 9/11/2024 | Payment | Thank You | 3,025.00 |
| 9/23/2024 | Payment | Thank You | 58,322.00 |
| [redacted] | [redacted]f | [redacted] | [redacted] |
| | | Sub-total Payments: | 74,799.00 |

| | |
|---|---|
| Current Billing: | 7,150.00 |
| Previous Balance: | 102,557.50 |
| Payments: | 74,799.00 |
| **Total Due Upon Receipt:** | **34,908.50** |

For billing questions, please contact:

[redacted]
(310)552-4400

**REMITTANCE COPY**
Return with Payment

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

Statement Number: 33213
Statement Date: 9/30/2024
Matter ID: [redacted]

**Amount Due:** 34,908.50

**PLEASE REMIT TO:**

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. [redacted]

Statement as of October 31, 2024
Statement No. 33474

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

| Matter | Current Billing | Previous Balance |
|---|---|---|
| [redacted] Villanueva v. County of Los Angeles, et al. | 26,111.75 | 7,150.00 |
| CRM No.: [redacted] Miller Barondess, LLP Tax ID: [redacted] | | |
| | 26,111.75 | 7,150.00 |
| Total Now Due: | | 33,261.75 |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

[redacted]

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. [redacted]

Statement as of October 31, 2024
Statement No. 33474

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

[redacted]: Villanueva v. County of Los Angeles, et al.

| Professional Fees | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 10/1/2024 | SGW | A104 | L120 | Analysis of First Amended Complaint. | 1.00 | 550.00 | 550.00 |
| 10/1/2024 | SGW | A106 | L120 | Draft summary to client regarding [redacted] | 0.40 | 550.00 | 220.00 |
| 10/3/2024 | SGW | A103 | L250 | Draft meet and confer letter to opposing counsel regarding motion to dismiss and anti-SLAPP. | 2.90 | 550.00 | 1,595.00 |
| 10/7/2024 | SGW | A108 | L240 | Meet and confer with opposing counsel regarding anti-SLAPP and motion to dismiss. | 0.70 | 550.00 | 385.00 |
| 10/8/2024 | JHT | A102 | L240 | Research and analysis re Plaintiff's amended defamation claims. | 1.10 | 550.00 | 605.00 |
| 10/8/2024 | JHT | A104 | L210 | Review and analyze First Amended Complaint. | 0.80 | 550.00 | 440.00 |
| 10/8/2024 | SGW | A104 | L240 | Analysis and outline potential arguments for dispositive motions. | 1.80 | 550.00 | 990.00 |
| 10/9/2024 | SGW | A102 | L240 | Research regarding sham pleading doctrine. | 0.80 | 550.00 | 440.00 |
| 10/10/2024 | SGW | A103 | L240 | Draft motion to dismiss First Amended Complaint. | 1.70 | 550.00 | 935.00 |
| 10/10/2024 | SGW | A104 | L240 | Draft anti-SLAPP motion. | 1.00 | 550.00 | 550.00 |
| 10/11/2024 | SGW | A103 | L240 | Revise motion to dismiss first amended complaint. | 3.60 | 550.00 | 1,980.00 |
| 10/11/2024 | SGW | A103 | L240 | Revise anti-SLAPP motion. | 1.90 | 550.00 | 1,045.00 |
| 10/11/2024 | SGW | A102 | L240 | Research regarding standing, First Amendment retaliation, and grounds for Rule 8 dismissal. | 2.20 | 550.00 | 1,210.00 |
| 10/13/2024 | JHT | A103 | L240 | Revise County SLAPP motion re First Amended Complaint. | 1.30 | 550.00 | 715.00 |
| 10/13/2024 | JHT | A103 | L240 | Revise County motion to dismiss | 2.30 | 550.00 | 1,265.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | First Amended Complaint. | | | |
| 10/14/2024 | SGS | A104 | L110 | Begin preparing factual cites to motion to dismiss first amended complaint. | 0.70 | 165.00 | 115.50 |
| 10/14/2024 | MMI | A104 | L210 | Cite check, proofread and mark authorities in special motion to strike. | 2.20 | 165.00 | 363.00 |
| 10/14/2024 | SGW | A103 | L240 | Further revise motion to dismiss First Amended Complaint. | 1.30 | 550.00 | 715.00 |
| 10/14/2024 | SGW | A103 | L240 | Further revise anti-SLAPP motion. | 0.70 | 550.00 | 385.00 |
| 10/15/2024 | SGS | A104 | L110 | Prepare J. Tokoro declaration in support of motion to dismiss First Amended Complaint. | 0.40 | 165.00 | 66.00 |
| 10/15/2024 | SGS | A104 | L110 | Compile exhibits to J. Tokoro motion to dismiss First Amended Complaint. | 0.30 | 165.00 | 49.50 |
| 10/15/2024 | SGS | A104 | L110 | Continue inserting factual record cites to motion to dismiss First Amended Complaint. | 0.50 | 165.00 | 82.50 |
| 10/15/2024 | SGS | A104 | L110 | Prepare factual record cites to motion to strike First Amended Complaint. | 0.50 | 165.00 | 82.50 |
| 10/15/2024 | SGS | A104 | L110 | Prepare J. Tokoro declaration in support of motion to strike First Amended Complaint. | 0.40 | 165.00 | 66.00 |
| 10/15/2024 | SGS | A104 | L110 | Compile exhibits to J. Tokoro motion to strike First Amended Complaint. | 0.40 | 165.00 | 66.00 |
| 10/15/2024 | JHT | A103 | L240 | Make final revisions to County motion to dismiss and SLAPP motion. | 1.50 | 550.00 | 825.00 |
| 10/15/2024 | MMI | A104 | L210 | Cite check, proofread and mark authorities in motion to dismiss. | 4.30 | 165.00 | 709.50 |
| 10/15/2024 | SGW | A103 | L240 | Revise declarations of J. Tokoro in support of dispositive motions. | 0.60 | 550.00 | 330.00 |
| 10/15/2024 | SGW | A103 | L240 | Draft proposed orders. | 0.30 | 550.00 | 165.00 |
| 10/15/2024 | SGW | A103 | L240 | Revise introduction to motion to dismiss and add arguments regarding exhaustion and sham pleading. | 1.40 | 550.00 | 770.00 |
| 10/15/2024 | SGW | A104 | L240 | Finalize motion to dismiss and supporting documents. | 1.30 | 550.00 | 715.00 |
| 10/15/2024 | SGW | A104 | L240 | Finalize anti-SLAPP motion and supporting documents. | 0.70 | 550.00 | 385.00 |
| 10/28/2024 | SGW | A104 | L240 | Review oppositions to County's dismissal motions. | 0.50 | 550.00 | 275.00 |
| 10/29/2024 | JHT | A104 | L240 | Review and analyze opposition to County Motion to Dismiss. | 1.00 | 550.00 | 550.00 |
| 10/29/2024 | JHT | A106 | L240 | Communications with client re | 0.30 | 550.00 | 165.00 |

Miller Barondess, LLP
Matter ID [redacted]

Page: 3
Stmt No: 33474
October 31, 2024

[redacted]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/29/2024 | JHT | A104 | L240 | Review and analyze Villanueva opposition to SLAPP motion. | 1.00 | 550.00 | 550.00 |
| 10/30/2024 | JHT | A102 | L240 | Research, analysis and strategy re replies in support of County Motion to Dismiss and SLAPP motion. | 1.40 | 550.00 | 770.00 |
| 10/30/2024 | SGW | A104 | L240 | Analysis regarding responsive arguments to plaintiff's opposition to motion to dismiss. | 0.60 | 550.00 | 330.00 |
| 10/31/2024 | SGW | A103 | L240 | Draft reply in support of motion to dismiss. | 4.30 | 550.00 | 2,365.00 |
| 10/31/2024 | SGW | A103 | L240 | Draft reply in support of anti-SLAPP motion. | 3.20 | 550.00 | 1,760.00 |
| | | | | | | Sub-total Fees: | 25,580.50 |

**Rate Summary**

| | | |
|---|---|---|
| Melissa M. Iverson | 6.50 hours at $ 165.00/hr | 1,072.50 |
| Scarlet G. Speakmoore | 3.20 hours at $ 165.00/hr | 528.00 |
| Jason H. Tokoro | 10.70 hours at $ 550.00/hr | 5,885.00 |
| Steven G. Williamson | 32.90 hours at $ 550.00/hr | 18,095.00 |
| Total hours: | 53.30 | |

**Costs**

| | | |
|---|---|---|
| 10/25/2024 | Expert Fees. | 531.25 |
| | Sub-total Expenses: | 531.25 |

**Payments**

| | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| 10/25/2024 | Payment | Thank You | 26,842.75 |
| | | Sub-total Payments: | 27,758.50 |

**Miller Barondess, LLP**

Matter ID [redacted]

Page: 4
Stmt No: 33474
October 31, 2024

| | |
|---|---|
| Current Billing: | 26,111.75 |
| Previous Balance: | 34,908.50 |
| Payments: | 27,758.50 |
| **Total Due Upon Receipt:** | 33,261.75 |

For billing questions, please contact:

[redacted]
(310) 552-4400

**REMITTANCE COPY**
Return with Payment

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

Statement Number: 33474
Statement Date: 10/31/2024
Matter ID: [redacted]

**Amount Due:** 33,261.75

**PLEASE REMIT TO:**

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO [redacted]

Statement as of November 30, 2024
Statement No. 33726

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

| Matter | Current Billing | Previous Balance |
|---|---|---|
| [redacted]<br>Villanueva v. County of Los Angeles, et al.<br><br>CRM No.: [redacted] 1<br>Miller Barondess, LLP Tax ID: [redacted] | 15,702.50 | 26,111.75 |
| | 15,702.50 | 26,111.75 |
| Total Now Due: | | 41,814.25 |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

[redacted]

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO [redacted]

Statement as of November 30, 2024
Statement No. 33726

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

[redacted]: Villanueva v. County of Los Angeles, et al.

| Professional Fees | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11/1/2024 | SGW | A103 | L240 | Draft reply in support of motion to strike. | 4.00 | 550.00 | 2,200.00 |
| 11/1/2024 | SGW | A103 | L240 | Draft reply in support of motion to dismiss. | 2.30 | 550.00 | 1,265.00 |
| 11/2/2024 | SGW | A103 | L240 | Draft additional arguments regarding merits of defamation for reply in support of motion to strike. | 3.30 | 550.00 | 1,815.00 |
| 11/3/2024 | JHT | A103 | L240 | Revise reply in support of County SLAPP motion. | 2.00 | 550.00 | 1,100.00 |
| 11/3/2024 | SGW | A103 | L240 | Draft additional arguments for First Amendment retaliation and standing for reply in support of motion to dismiss. | 3.70 | 550.00 | 2,035.00 |
| 11/4/2024 | JHT | A103 | L240 | Revise reply in support of County motion to dismiss. | 1.50 | 550.00 | 825.00 |
| 11/4/2024 | JHT | A106 | L240 | Communications with client re [redacted]. | 0.20 | 550.00 | 110.00 |
| 11/4/2024 | JHT | A103 | L240 | Make final revisions to County SLAPP reply for filing. | 1.40 | 550.00 | 770.00 |
| 11/4/2024 | JHT | A103 | L240 | Revise response to Plaintiff's evidentiary objections. | 0.80 | 550.00 | 440.00 |
| 11/4/2024 | SGW | A103 | L240 | Draft response to evidentiary objections in support of motion to strike. | 1.80 | 550.00 | 990.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

**Miller Barondess, LLP**
Matter ID [redacted]

Page: 2
Stmt No: 33726
November 30, 2024

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/4/2024 | SGW | A103 | L250 | Revise and finalize reply in support of motion to dismiss. | 2.00 | 550.00 | 1,100.00 |
| 11/4/2024 | SGW | A103 | L250 | Revise and finalize reply in support of motion to strike. | 1.80 | 550.00 | 990.00 |
| 11/4/2024 | SGS | A104 | L110 | Review and analysis of record cites in SLAPP reply. | 0.70 | 165.00 | 115.50 |
| 11/4/2024 | CBC | A103 | L240 | Cite-check, review, edit, mark authorities re Reply in Support of Defendants' Special Motion to Strike Portions of Plaintiff Alex Villanueva's First Amended Complaint for Damages and Injunctive Relief. | 2.50 | 165.00 | 412.50 |
| 11/27/2024 | JHT | A104 | L240 | Review order denying County MTD. | 0.50 | 550.00 | 275.00 |
| 11/27/2024 | SGW | A104 | L120 | Review and analysis of court's order denying motion to dismiss and next steps. | 1.30 | 550.00 | 715.00 |

Sub-total Fees: 15,702.50

Rate Summary

| | | |
|---|---|---|
| Carole B. Conklin | 2.50 hours at $ 165.00/hr | 412.50 |
| [redacted] | [redacted] | [redacted]0 |
| Scarlet G. Speakmoore | 0.70 hours at $ 165.00/hr | 115.50 |
| Jason H. Tokoro | 6.40 hours at $ 550.00/hr | 3,520.00 |
| Steven G. Williamson | 20.20 hours at $ 550.00/hr | 11,110.00 |
| Total hours: | 33.10 | |

**Payments**

| | | | |
|---|---|---|---|
| 11/26/2024 | Payment | Thank You | 6,930.00 |
| [redacted] | [redacted] | [redacted] | [redacted] |

Sub-total Payments: 7,150.00

**Miller Barondess, LLP**
Matter ID [redacted]

Page: 3
Stmt No: 33726
November 30, 2024

| | |
|---|---|
| Current Billing: | 15,702.50 |
| Previous Balance: | 33,261.75 |
| Payments: | 7,150.00 |
| **Total Due Upon Receipt:** | 41,814.25 |

For billing questions, please contact:

[redacted]
(310)552-4400

**REMITTANCE COPY**
**Return with Payment**

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

Statement Number: 33726
Statement Date: 11/30/2024
Matter ID: [redacted]

**Amount Due: 41,814.25**

**PLEASE REMIT TO:**

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. [redacted]

Statement as of December 31, 2024
Statement No. 34004

Office of the Los Angeles County Counsel
[redacted]
Los Angeles, California 90012

| Matter | Current Billing | Previous Balance |
|---|---|---|
| [redacted]<br>Villanueva v. County of Los Angeles, et al.<br><br>CRM No.: [redacted]<br>Miller Barondess, LLP Tax ID: [redacted] | 15,735.50 | 41,814.25 |
| | 15,735.50 | 41,814.25 |
| | Total Now Due: | 57,549.75 |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

[redacted]

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. [redacted]

Statement as of December 31, 2024
Statement No. 34004

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

[redacted]: Villanueva v. County of Los Angeles, et al.

| Professional Fees | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 12/2/2024 | JHT | A102 | L120 | Research, analysis and strategy re response to first amended complaint, depositions and discovery. | 1.40 | 550.00 | 770.00 |
| 12/2/2024 | SGW | A104 | L120 | Analysis of court order and develop offensive strategy in anticipation of Rule 26 conference. | 1.50 | 550.00 | 825.00 |
| 12/4/2024 | JHT | A103 | L210 | Revise County answer to first amended complaint. | 0.40 | 550.00 | 220.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 12/5/2024 | JHT | A104 | L330 | Analysis and strategy re depositions and discovery. | 0.80 | 550.00 | 440.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted]. | [redacted] | [redacted] | [redacted] |
| 12/9/2024 | JHT | A109 | L230 | Prepare for and attend status conference with Judge Wilson. | 3.90 | 550.00 | 2,145.00 |
| 12/10/2024 | JHT | A106 | L440 | Communications with client re [redacted] | 0.60 | 550.00 | 330.00 |
| 12/10/2024 | SGW | A103 | L250 | Revise and finalize answer to include additional affirmative defenses. | 0.50 | 550.00 | 275.00 |
| 12/16/2024 | JHT | A101 | L230 | Prepare for Rule 26 conference. | 0.40 | 550.00 | 220.00 |
| 12/16/2024 | SGW | A104 | L120 | Strategize regarding case timeline and key deadlines and depositions. | 0.60 | 550.00 | 330.00 |
| 12/17/2024 | JHT | A108 | L230 | Meet and confer with opposing counsel re Rule 26 report. | 0.40 | 550.00 | 220.00 |
| 12/17/2024 | JHT | A106 | L120 | Strategy call with P. Bavafa re [redacted] | 0.40 | 550.00 | 220.00 |
| 12/17/2024 | SGW | A108 | L190 | Telephone conference with plaintiff's counsel regarding Rule 26 obligations and report. | 0.40 | 550.00 | 220.00 |
| 12/17/2024 | SGW | A106 | L190 | Telephone conference with P. Bavfava | 0.40 | 550.00 | 220.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | [redacted] | | | |
| 12/18/2024 | JHT | A104 | L120 | Teleconference with J. Sanders re [redacted] | 0.20 | 550.00 | 110.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 12/20/2024 | SGW | A104 | L110 | Review investigative reports from Sanders Roberts for M. Huntsman and E. Lim. | 1.10 | 550.00 | 605.00 |
| 12/23/2024 | JHT | A104 | L310 | Review and analyze Villanueva discovery requests. | 0.70 | 550.00 | 385.00 |
| 12/23/2024 | SGW | A104 | L310 | Review and analysis of plaintiff's first sets of discovery to defendants. | 1.40 | 550.00 | 770.00 |
| 12/26/2024 | JHT | A106 | L110 | Teleconference with former Chief Alvarez re [redacted] | 0.40 | 550.00 | 220.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 12/28/2024 | SGW | A106 | L120 | Draft correspondence to clients regarding [redacted] | 0.40 | 550.00 | 220.00 |
| 12/30/2024 | JHT | A106 | L310 | Communications with M. Huntsman re [redacted] | 1.00 | 550.00 | 550.00 |
| 12/30/2024 | JHT | A104 | L310 | Analysis and strategy re document collection, review, and production. | 0.70 | 550.00 | 385.00 |
| 12/30/2024 | SGW | A106 | L110 | Telephone conference with M. Huntsman regarding [redacted] | 1.00 | 550.00 | 550.00 |
| 12/30/2024 | SGW | A104 | L120 | Develop case strategy for discovery, dispositive motions, and fact investigations. | 1.60 | 550.00 | 880.00 |
| 12/31/2024 | NK | A104 | L310 | Analyze documents for data ingestion. | 0.70 | 165.00 | 115.50 |
| 12/31/2024 | SGW | A104 | L310 | Develop initial disclosures and offensive discovery requests. | 2.70 | 550.00 | 1,485.00 |
| | | | | | | Sub-total Fees: | 15,735.50 |

**Rate Summary**

| | | |
|---|---|---|
| Nicole Kim | 0.70 hours at $ 165.00/hr | 115.50 |
| [redacted] | [redacted] | [redacted] |
| Jason H. Tokoro | 11.30 hours at $ 550.00/hr | 6,215.00 |
| Steven G. Williamson | 11.60 hours at $ 550.00/hr | 6,380.00 |
| Total hours: | 29.10 | |

**Miller Barondess, LLP**
Matter ID [redacted]

Page: 3
Stmt No: 34004
December 31, 2024

| | |
|---|---|
| Current Billing: | 15,735.50 |
| Previous Balance: | 41,814.25 |
| Payments: | 0.00 |
| **Total Due Upon Receipt:** | 57,549.75 |

For billing questions, please contact:

[redacted]
(310) 552-4400

**REMITTANCE COPY**
**Return with Payment**

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

Statement Number: 34004
Statement Date: 12/31/2024
Matter ID: [redacted]

**Amount Due: 57,549.75**

**PLEASE REMIT TO:**

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400

Miller Barondess, LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067
(310) 552-4400
Tax Identification No: [redacted]

Statement as of January 31, 2025
Statement No. 34516

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

| Matter | Current Billing | Previous Balance |
|---|---|---|
| [redacted]<br>Villanueva v. County of Los Angeles, et al.<br><br>CRM No.: [redacted]<br>Miller Barondess, LLP Tax ID: [redacted] | 30,012.80 | 0.00 |
| | 30,012.80 | 0.00 |
| | Total Now Due: | 30,012.80 |

Remittance of payment can be made by wire transfer to our account as follows:

[redacted]

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. [redacted]

Statement as of January 31, 2025
Statement No. 34516

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

[redacted]: Villanueva v. County of Los Angeles, et al.

| Professional Fees | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1/2/2025 | JHT | A106 | L310 | Teleconference with E. Lim re [redacted]. | 0.50 | 550.00 | 275.00 |
| 1/2/2025 | JHT | A106 | L310 | Teleconference with P. Bavafa re [redacted] | 0.50 | 550.00 | 275.00 |
| 1/2/2025 | JHT | A103 | L250 | Revise draft joint Rule 26 report. | 0.50 | 550.00 | 275.00 |
| 1/2/2025 | JHT | A103 | L310 | Revise Defendants' initial disclosures. | 0.40 | 550.00 | 220.00 |
| 1/2/2025 | JHT | A104 | L310 | Analysis and strategy re County document collection, review, and production. | 0.50 | 550.00 | 275.00 |
| 1/2/2025 | SGW | A106 | L110 | Telephone conference with E. Lim regarding [redacted]. | 0.50 | 550.00 | 275.00 |
| 1/2/2025 | SGW | A106 | L120 | Telephone conference with P. Bafava regarding [redacted] | 0.50 | 550.00 | 275.00 |
| 1/2/2025 | SGW | A103 | L250 | Draft initial disclosures. | 1.30 | 550.00 | 715.00 |
| 1/2/2025 | SGW | A103 | L250 | Review and revise plaintiff's draft of Rule 26 report. | 0.50 | 550.00 | 275.00 |
| 1/3/2025 | JHT | A104 | L120 | Meet with Lieutenant Valdes re [redacted]. | 0.70 | 550.00 | 385.00 |
| 1/3/2025 | JHT | A103 | L310 | Revise written discovery requests to Sheriff Villanueva. | 0.50 | 550.00 | 275.00 |
| 1/3/2025 | SGW | A103 | L310 | Draft and revise requests for admission, interrogatories, and document requests. | 3.70 | 550.00 | 2,035.00 |
| 1/7/2025 | JHT | A106 | L310 | Communications with client re [redacted] | 0.30 | 550.00 | 165.00 |
| 1/7/2025 | SGS | A104 | L110 | Research and analysis of articles, social media, and public platforms relating to Sheriff Villanueva and M. | 1.20 | 165.00 | 198.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Huntsman in support of responding to plaintiff's requests for production of documents. | | | |
| 1/7/2025 | SGS | A104 | L110 | Review and analysis of documents received from Roberts and Sanders relating to POE 22-085 and POE 22-090 in support of producing responsive documents to document requests propounded by plaintiff. | 1.00 | 165.00 | 165.00 |
| 1/7/2025 | SGS | A104 | L110 | Compile video footage of Sheriff Villanueva interview with Los Angeles Times in support of producing responsive videos. | 0.70 | 165.00 | 115.50 |
| 1/7/2025 | JHT | A104 | L310 | Retrieve publicly-available County documents for production. | 0.60 | 550.00 | 330.00 |
| 1/7/2025 | NK | A104 | L310 | Analyze documents for metadata and data ingestion. | 0.80 | 165.00 | 132.00 |
| 1/7/2025 | SGW | A103 | L250 | Finalize initial disclosures. | 0.40 | 550.00 | 220.00 |
| 1/8/2025 | NK | A104 | L310 | Review and finalize documents for production. | 2.00 | 165.00 | 330.00 |
| 1/8/2025 | SGW | A106 | L110 | Telephone conference with P. Bafava regarding [redacted]. | 0.40 | 550.00 | 220.00 |
| 1/8/2025 | SGW | A104 | L310 | Review gathered documents from S. Roberts and other custodians. | 2.70 | 550.00 | 1,485.00 |
| 1/8/2025 | SGW | A104 | L120 | Correspond with client regarding [redacted]. | 0.40 | 550.00 | 220.00 |
| 1/9/2025 | NK | A104 | L310 | Prepare COLA000001 - COLA000064. | 2.00 | 165.00 | 330.00 |
| 1/9/2025 | NK | A104 | L310 | Analyze documents and ingestions for review stages. | 0.80 | 165.00 | 132.00 |
| 1/10/2025 | JHT | A104 | L310 | Review OIG documents for production. | 0.70 | 550.00 | 385.00 |
| 1/10/2025 | SGS | A104 | L110 | Research and analysis re registered agent of LACERA in support of issuing subpoena. | 0.40 | 165.00 | 66.00 |
| 1/10/2025 | SGS | A104 | L110 | Prepare federal subpoena for production of documents to LACERA. | 0.40 | 165.00 | 66.00 |
| 1/10/2025 | SGS | A104 | L110 | Prepare attachment A to LACERA subpoena. | 0.20 | 165.00 | 33.00 |
| 1/10/2025 | SGS | A104 | L110 | Prepare written discovery responses chart in preparation of upcoming document productions and depositions. | 1.00 | 165.00 | 165.00 |
| 1/10/2025 | NK | A104 | L310 | Prepare COLA000001 - COLA000064 production. | 1.20 | 165.00 | 198.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/13/2025 | JHT | A108 | L310 | Communications with opposing counsel re discovery. | 0.30 | 550.00 | 165.00 |
| 1/13/2025 | JHT | A108 | L390 | Teleconference with Dr. Cohen re [redacted] | 0.70 | 550.00 | 385.00 |
| 1/13/2025 | JHT | A104 | L330 | Review and analyze Plaintiff deposition notices. | 0.30 | 550.00 | 165.00 |
| 1/14/2025 | JHT | A106 | L120 | Meet with A/C Valdes re [redacted] | 0.40 | 550.00 | 220.00 |
| 1/14/2025 | JHT | A106 | L210 | Communications with client re pleadings. | 0.20 | 550.00 | 110.00 |
| 1/14/2025 | NK | A104 | L310 | Analyze documents and metadata for custodial overlay. | 1.00 | 165.00 | 165.00 |
| 1/14/2025 | NK | A104 | L310 | Analyze documents re M. Huntsman. | 1.00 | 165.00 | 165.00 |
| 1/14/2025 | SGW | A104 | L310 | Develop discovery strategy including arrangement of interviews and gathering from key custodians. | 1.00 | 550.00 | 550.00 |
| 1/16/2025 | JHT | A104 | L330 | Review and analyze Plaintiff's additional deposition notices and requests for production. | 0.60 | 550.00 | 330.00 |
| 1/16/2025 | NK | A104 | L310 | Analyze documents and custodian metadata for data ingestion. | 0.80 | 165.00 | 132.00 |
| 1/16/2025 | SGW | A106 | L110 | Correspond with CEOP regarding [redacted] | 0.30 | 550.00 | 165.00 |
| 1/17/2025 | JHT | A108 | L330 | Meet and confer with opposing counsel re depositions and discovery. | 0.50 | 550.00 | 275.00 |
| 1/17/2025 | SGW | A104 | L120 | Confer with plaintiff's counsel regarding scope of discovery and depositions. | 0.50 | 550.00 | 275.00 |
| 1/17/2025 | SGW | A101 | L330 | Develop strategy for response to 30(b)(6) and other depositions. | 0.50 | 550.00 | 275.00 |
| 1/21/2025 | JHT | A103 | L310 | Revise responses to first set of Villanueva written discovery. | 1.60 | 550.00 | 880.00 |
| 1/21/2025 | SGW | A103 | L310 | Draft objections and responses to plaintiff's first sets of discovery to County defendants. | 4.70 | 550.00 | 2,585.00 |
| 1/22/2025 | JHT | A106 | L210 | Communications with Deputy Lopez re [redacted] | 0.40 | 550.00 | 220.00 |
| 1/22/2025 | NK | A104 | L310 | Analyze E. Lim PST for data ingestion. | 1.00 | 165.00 | 165.00 |
| 1/22/2025 | SGW | A103 | L310 | Revise and finalize written discovery responses for County defendants. | 1.50 | 550.00 | 825.00 |
| 1/23/2025 | SGW | A103 | L190 | Revise Rule 26 report. | 0.40 | 550.00 | 220.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/24/2025 | JHT | A104 | L390 | Analysis and strategy re depositions and discovery, including collection of Villanueva social media accounts for IME. | 0.60 | 550.00 | 330.00 |
| 1/24/2025 | SGW | A108 | L330 | Correspond with opposing counsel regarding notices of deposition. | 0.20 | 550.00 | 110.00 |
| 1/24/2025 | SGW | A104 | L330 | Analysis of objections and responses to plaintiff's notices of deposition. | 0.60 | 550.00 | 330.00 |
| 1/24/2025 | SGW | A104 | L120 | Confer with plaintiff's counsel regarding Rule 26 report. | 0.20 | 550.00 | 110.00 |
| 1/27/2025 | SGS | A104 | L110 | Research and analysis of social media collection of plaintiff, including reliable vendors for authentication of same. | 0.50 | 165.00 | 82.50 |
| 1/27/2025 | SGW | A104 | L120 | Draft [redacted] | 0.90 | 550.00 | 495.00 |
| 1/28/2025 | SGS | A104 | L110 | Research and analysis re discovery vendor to preserve social media platforms and videos of plaintiff for in preparation of upcoming trial. | 0.60 | 165.00 | 99.00 |
| 1/28/2025 | SGS | A104 | L110 | Prepare notice of subpoena to LACERA. | 0.20 | 165.00 | 33.00 |
| 1/28/2025 | SGW | A103 | L310 | Revise and finalize LACERA subpoena regarding plaintiff's benefits records. | 0.40 | 550.00 | 220.00 |
| 1/28/2025 | SGW | A104 | L310 | Analysis of first interrogatories to M. Huntsman. | 0.30 | 550.00 | 165.00 |
| 1/29/2025 | JHT | A104 | L120 | Participate in meeting with CEOP members re [redacted] | 0.70 | 550.00 | 385.00 |
| 1/29/2025 | JHT | A108 | L350 | Communications with opposing counsel re discovery meet and confer. | 0.20 | 550.00 | 110.00 |
| 1/29/2025 | JHT | A104 | L310 | Review and analysis special interrogatories served on Huntsman. | 0.20 | 550.00 | 110.00 |
| 1/29/2025 | SGS | A104 | L110 | Research and analysis re social media of plaintiff. | 0.50 | 165.00 | 82.50 |
| 1/29/2025 | SGS | A104 | L110 | Call with SMI vendor re preservation and authentication of social media videos and metadata of plaintiff in support of upcoming depositions. | 0.30 | 165.00 | 49.50 |
| 1/29/2025 | SGS | A104 | L110 | Prepare notice of deposition subpoena for records of LACERA. | 0.20 | 165.00 | 33.00 |
| 1/29/2025 | SGS | A104 | L110 | Update deposition subpoena and related documents to LACERA. | 0.20 | 165.00 | 33.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/29/2025 | SGS | A104 | L110 | Receive and prepare [redacted] | 0.10 | 165.00 | 16.50 |
| 1/29/2025 | CCL | A103 | L310 | Compile County of Los Angeles' responses to A. Villanueva's A. Villanueva's first sets of special interrogatories and requests for admission for review. | 1.00 | 165.00 | 165.00 |
| 1/29/2025 | SGW | A106 | L110 | Attend meeting with CEOP regarding [redacted] | 0.70 | 550.00 | 385.00 |
| 1/30/2025 | JHT | A106 | L110 | Communications with client re [redacted] | 0.20 | 550.00 | 110.00 |
| 1/30/2025 | CCL | A103 | L310 | Compile County of Los Angeles' responses to A. Villanueva's first set of Requests of Production for review. | 1.00 | 165.00 | 165.00 |
| 1/31/2025 | CCL | A103 | L310 | Compile M. Huntsman's responses to A. Villanueva's first set of requests for production. | 0.90 | 165.00 | 148.50 |
| 1/31/2025 | CCL | A103 | L310 | Compile E. Lim's responses to A. Villanueva's first set of requests for production. | 0.60 | 165.00 | 99.00 |
| 1/31/2025 | CCL | A103 | L310 | Compile R. Luna's responses to A. Villanueva's first set of requests for production. | 0.60 | 165.00 | 99.00 |
| 1/31/2025 | SGW | A104 | L120 | Develop strategy for collection of social media accounts for plaintiff. | 0.20 | 550.00 | 110.00 |

Sub-total Fees: 22,858.00

Rate Summary

| | | |
|---|---|---|
| Nicole Kim | 10.60 hours at $ 165.00/hr | 1,749.00 |
| Clement C. Leung | 4.10 hours at $ 165.00/hr | 676.50 |
| Scarlet G. Speakmoore | 7.50 hours at $ 165.00/hr | 1,237.50 |
| Jason H. Tokoro | 12.10 hours at $ 550.00/hr | 6,655.00 |
| Steven G. Williamson | 22.80 hours at $ 550.00/hr | 12,540.00 |
| Total hours: | 57.10 | |

Costs

| | | |
|---|---|---|
| 1/18/2025 | Expert Fees. | 7,000.00 |
| 1/25/2025 | Electronic Discovery Services. | 154.80 |

Sub-total Expenses: 7,154.80

Payments

[redacted] [redacted] [redacted] [redacted]

| | | | |
|---|---|---|---|
| 1/17/2025 | Payment | Thank You | 39,828.75 |
| [redacted] | [redacted] | [redacted] | [redacted] |
| 2/10/2025 | Payment | Thank You | 14,795.00 |
| | | Sub-total Payments: | 57,549.75 |

| | |
|---|---|
| Current Billing: | 30,012.80 |
| Previous Balance: | 57,549.75 |
| Payments: | 57,549.75 |
| **Total Due Upon Receipt:** | 30,012.80 |

For billing questions, please contact:

[redacted]
(310)552-4400

**REMITTANCE COPY**
**Return with Payment**

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

Statement Number: 34516
Statement Date: 1/31/2025
Matter ID: [redacted]

**Amount Due:** **30,012.80**

**PLEASE REMIT TO:**

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO [redacted]

Statement as of February 28, 2025
Statement No. 34563

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

| Matter | Current Billing | Previous Balance |
|---|---|---|
| [redacted]<br>Villanueva v. County of Los Angeles, et al. | 123,674.56 | 30,012.80 |
| CRM No.: [redacted]<br>Miller Barondess, LLP Tax ID: [redacted] | | |
| | 123,674.56 | 30,012.80 |
| Total Now Due: | | 153,687.36 |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

[redacted]

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO. [redacted]

Statement as of February 28, 2025
Statement No. 34563

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

[redacted]: Villanueva v. County of Los Angeles, et al.

| Professional Fees | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 2/3/2025 | JHT | A108 | L310 | Meet and confer with opposing counsel re depositions and discovery. | 0.50 | 550.00 | 275.00 |
| 2/3/2025 | SGS | A104 | L110 | Research and analysis of discovery deadlines and objections to deposition notices. | 1.10 | 165.00 | 181.50 |
| 2/3/2025 | SGS | A104 | L110 | Telephone call with SMI vendor re collection and preservation of Villanueva social media and videos. | 0.30 | 165.00 | 49.50 |
| 2/3/2025 | SGW | A104 | L310 | Review newly served objections and responses. | 0.20 | 550.00 | 110.00 |
| 2/4/2025 | SGW | A103 | L330 | Draft and revise responses and objections to notices of deposition for defendants and non-party C. Diaz-Herrera. | 3.50 | 550.00 | 1,925.00 |
| 2/4/2025 | SGW | A102 | L330 | Strategize regarding responses to deposition notices for apex witnesses. | 0.60 | 550.00 | 330.00 |
| 2/4/2025 | SGW | A106 | L110 | Correspond with client regarding [redacted] | 0.40 | 550.00 | 220.00 |
| 2/4/2025 | SGS | A104 | L110 | Correspondence with SMI re collection and preservation of Villaneuva social media and videos in support of upcoming depositions. | 0.30 | 165.00 | 49.50 |
| 2/4/2025 | SGS | A104 | L110 | Analysis and strategize re upcoming depositions, objections to subpoenas, and upcoming deposition schedule. | 0.50 | 165.00 | 82.50 |
| 2/4/2025 | SGS | A104 | L110 | Begin drafting objections to notice of deposition to J. Hahn. | 0.40 | 165.00 | 66.00 |
| 2/5/2025 | JHT | A104 | L120 | Prepare for and meet with C. Diaz-Herrera re [redacted]. | 1.10 | 550.00 | 605.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/5/2025 | JHT | A108 | L310 | Communications with M. Herrera re [redacted]. | 0.30 | 550.00 | 165.00 |
| 2/5/2025 | JHT | A108 | L350 | Meet and confer with opposing counsel re Plaintiff's motion for protective order re LACERA subpoena. | 0.50 | 550.00 | 275.00 |
| 2/5/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and discovery. | 0.20 | 550.00 | 110.00 |
| 2/5/2025 | JHT | A106 | L330 | Communications with client re [redacted] | 0.40 | 550.00 | 220.00 |
| 2/5/2025 | JHT | A106 | L330 | Communications with M. Huntsman re [redacted]. | 0.30 | 550.00 | 165.00 |
| 2/5/2025 | JHT | A103 | L330 | Revise County discovery responses to deposition notices and requests for production. | 0.90 | 550.00 | 495.00 |
| 2/5/2025 | JHT | A104 | L350 | Analysis and strategy re County motion for protective order re APEX witnesses. | 0.40 | 550.00 | 220.00 |
| 2/5/2025 | JHT | A103 | L330 | Draft meet and confer letter re Luna, Solis, and Hahn depositions. | 0.70 | 550.00 | 385.00 |
| 2/5/2025 | JHT | A108 | L390 | Teleconference with Dr. Cohen re [redacted] | 0.20 | 550.00 | 110.00 |
| 2/5/2025 | JHT | A103 | L350 | Begin drafting County motion for protective order re APEX depositions. | 1.20 | 550.00 | 660.00 |
| 2/5/2025 | SGW | A108 | L110 | Telephone conference with C. Diaz-Herrera regarding [redacted] | 1.10 | 550.00 | 605.00 |
| 2/5/2025 | SGW | A108 | L330 | Meet and confer with opposing counsel regarding depositions and discovery issues. | 0.50 | 550.00 | 275.00 |
| 2/5/2025 | SGW | A103 | L330 | Finalize objections to deposition notices for C. Diaz-Herrera, E. Lim, M. Huntsman, and County corporate representatives. | 0.50 | 550.00 | 275.00 |
| 2/5/2025 | SGW | A104 | L110 | Develop strategy for depositions and fact investigation, document production, and discovery disputes. | 2.80 | 550.00 | 1,540.00 |
| 2/5/2025 | SGW | A103 | L250 | Finalize Rule 26 report. | 0.20 | 550.00 | 110.00 |
| 2/5/2025 | SGW | A103 | L330 | Revise apex objections to deposition notice of J. Hahn. | 0.40 | 550.00 | 220.00 |
| 2/5/2025 | SGW | A102 | L120 | Research regarding motion practice and local rules for discovery conferences. | 0.70 | 550.00 | 385.00 |
| 2/5/2025 | SGS | A104 | L110 | Begin drafting objections to C | 0.70 | 165.00 | 115.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Komoroski notice of deposition. | | | |
| 2/6/2025 | JHT | A103 | L310 | Revise requests for production responses for Solis, Hahn, Luna et al. | 1.50 | 550.00 | 825.00 |
| 2/6/2025 | JHT | A104 | L120 | Meet with CEOP members re [redacted] | 1.30 | 550.00 | 715.00 |
| 2/6/2025 | JHT | A106 | L310 | Communications with client re [redacted] | 0.40 | 550.00 | 220.00 |
| 2/6/2025 | SGS | A104 | L110 | Continue drafting objections to deposition notices propounded by plaintiff to H. Solis, J. Hahn, L. Lecrivain, S. Escobedo, C. Komoroski, M. Kruz, R. Yang, and R. Luna. | 3.10 | 165.00 | 511.50 |
| 2/6/2025 | JHT | A103 | L310 | Revise requests for production responses for CEOP members. | 1.00 | 550.00 | 550.00 |
| 2/6/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and discovery. | 0.40 | 550.00 | 220.00 |
| 2/6/2025 | NK | A104 | L310 | Analyze PST files of E. Lim, C. Diaz-Herrera, M. Huntsman. | 1.20 | 165.00 | 198.00 |
| 2/6/2025 | NK | A104 | L310 | Prepare search term reports. | 0.80 | 165.00 | 132.00 |
| 2/6/2025 | NK | A104 | L310 | Analyze emails and documents for review stages. | 0.70 | 165.00 | 115.50 |
| 2/6/2025 | SGW | A108 | L310 | Correspond with opposing counsel regarding discovery meet and confer efforts and protective order. | 0.50 | 550.00 | 275.00 |
| 2/6/2025 | SGW | A106 | L110 | Video conference [redacted] regarding [redacted]. | 1.30 | 550.00 | 715.00 |
| 2/6/2025 | SGW | A104 | L310 | Review [redacted]. | 1.00 | 550.00 | 550.00 |
| 2/6/2025 | SGW | A104 | L330 | Review revisions to notices of deposition for apex witnesses and CEOP members. | 0.40 | 550.00 | 220.00 |
| 2/7/2025 | SGS | A104 | L110 | Receive and review Twitter account of Plaintiff for further preservation of same in support of upcoming motion for summary judgment and deposition. | 0.60 | 165.00 | 99.00 |
| 2/7/2025 | NK | A104 | L310 | Analyze [redacted] | 0.80 | 165.00 | 132.00 |
| 2/7/2025 | JHT | A104 | L120 | Meet with V. Pawlowski re [redacted]. | 0.70 | 550.00 | 385.00 |
| 2/7/2025 | SGS | A104 | L110 | Receive and review Facebook account profile of plaintiff in support of upcoming motion for summary | 0.40 | 165.00 | 66.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | judgment and deposition. | | | |
| 2/7/2025 | SGS | A104 | L110 | Update discovery tracker to reflect plaintiff's responses to requests for production of documents, requests for admissions, and interrogatories. | 0.80 | 165.00 | 132.00 |
| 2/7/2025 | SGW | A104 | L310 | Review plaintiff's discovery responses and objections. | 0.70 | 550.00 | 385.00 |
| 2/7/2025 | SGW | A103 | L310 | Draft and revise discovery deficiency letter regarding plaintiff's discovery responses. | 2.30 | 550.00 | 1,265.00 |
| 2/7/2025 | SGW | A104 | L310 | Develop strategy and parameters for review of documents. | 0.40 | 550.00 | 220.00 |
| 2/7/2025 | SGW | A106 | L110 | Attend [redacted] | 0.70 | 550.00 | 385.00 |
| 2/7/2025 | NK | A104 | L310 | Analyze review stages. | 0.50 | 165.00 | 82.50 |
| 2/8/2025 | JHT | A106 | L330 | Communications with Lecrivain, Devane, and Kopperud re depositions. | 0.20 | 550.00 | 110.00 |
| 2/8/2025 | JHT | A104 | L310 | Review and analyze Villanueva discovery responses. | 0.50 | 550.00 | 275.00 |
| 2/8/2025 | JHT | A106 | L310 | Communications with client re [redacted] | 0.20 | 550.00 | 110.00 |
| 2/8/2025 | JHT | A106 | L330 | Communications with CEOP members re [redacted] | 0.30 | 550.00 | 165.00 |
| 2/8/2025 | JHT | A103 | L350 | Revise meet and confer letter re Villanueva discovery. | 0.40 | 550.00 | 220.00 |
| 2/9/2025 | JHT | A106 | L330 | Communications with R. Yang (CEOP) re [redacted] | 0.30 | 550.00 | 165.00 |
| 2/10/2025 | SGS | A104 | L110 | Receive and organize files from R. Yang for production of same in response to discovery requests. | 0.40 | 165.00 | 66.00 |
| 2/10/2025 | JHT | A106 | L330 | Communications with Commander Kopperud re deposition. | 0.20 | 550.00 | 110.00 |
| 2/10/2025 | JHT | A104 | L310 | Review CEOP documents for production. | 0.60 | 550.00 | 330.00 |
| 2/10/2025 | SGS | A104 | L110 | Strategize and analysis of upcoming depositions, document review, and objections to depositions to third-parties. | 0.50 | 165.00 | 82.50 |
| 2/10/2025 | JHT | A109 | L350 | Prepare for and attend in-person meet and confer with A. DiBona re discovery motions. | 0.80 | 550.00 | 440.00 |
| 2/10/2025 | JHT | A103 | L310 | Draft responses and objections to | 0.80 | 550.00 | 440.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | deposition notices to Pawlowski, Devane, and Coates. | | | |
| 2/10/2025 | JHT | A106 | L330 | Communications with A. Devane re deposition. | 0.20 | 550.00 | 110.00 |
| 2/10/2025 | JHT | A104 | L330 | Analysis and strategy re depositions and discovery. | 0.20 | 550.00 | 110.00 |
| 2/10/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and discovery. | 0.30 | 550.00 | 165.00 |
| 2/10/2025 | JHT | A108 | L390 | Communications with Dr. Cohen re [redacted] | 0.20 | 550.00 | 110.00 |
| 2/10/2025 | JHT | A106 | L330 | Communications with CEOP members re depositions. | 0.20 | 550.00 | 110.00 |
| 2/10/2025 | JHT | A104 | L120 | Prepare for and meet with Commander Escobedo re [redacted]. | 1.40 | 550.00 | 770.00 |
| 2/10/2025 | JHT | A106 | L330 | Communications with K. Coates re deposition. | 0.20 | 550.00 | 110.00 |
| 2/10/2025 | NK | A104 | L310 | Analyze documents re R. Yang. | 0.50 | 165.00 | 82.50 |
| 2/10/2025 | SGW | A104 | L120 | Develop strategy regarding depositions, discovery and document production, and timing of IME. | 1.00 | 550.00 | 550.00 |
| 2/10/2025 | SGW | A108 | L310 | Meet and confer with opposing counsel regarding protective order and discovery disputes. | 0.80 | 550.00 | 440.00 |
| 2/10/2025 | SGW | A106 | L110 | Telephone conference with S. Escobedo regarding [redacted] | 1.00 | 550.00 | 550.00 |
| 2/10/2025 | NK | A104 | L310 | Review and analyze documents for privilege. | 1.00 | 165.00 | 165.00 |
| 2/11/2025 | SGS | A104 | L110 | Receive and organize files from client for further production queue. | 0.10 | 165.00 | 16.50 |
| 2/11/2025 | SGS | A104 | L110 | Revise objections to deposition notices and request for production of documents to K. Coates, V. Pawlowski, and A. Devane. | 0.40 | 165.00 | 66.00 |
| 2/11/2025 | JHT | A104 | L120 | Prepare for and meet with Chief Lecrivain re [redacted]. | 0.90 | 550.00 | 495.00 |
| 2/11/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions, discovery, and IME. | 0.30 | 550.00 | 165.00 |
| 2/11/2025 | SGW | A106 | L120 | Fact interview with L. Lecrivain regarding [redacted]. | 0.90 | 550.00 | 495.00 |
| 2/11/2025 | JHT | A109 | L390 | Meet with Dr. Cohen re IME | 0.80 | 550.00 | 440.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | stipulation and scheduling. | | | |
| 2/11/2025 | SGW | A108 | L130 | Telephone conference with M. Cohen regarding IME and stipulation. | 0.80 | 550.00 | 440.00 |
| 2/11/2025 | JHT | A103 | L390 | Revise IME stipulation [redacted] | 0.40 | 550.00 | 220.00 |
| 2/11/2025 | JHT | A106 | L330 | Communications with client and deponents re [redacted] | 0.40 | 550.00 | 220.00 |
| 2/11/2025 | JHT | A104 | L120 | Prepare for and meet with Commander Kopperud re [redacted] | 0.80 | 550.00 | 440.00 |
| 2/11/2025 | JHT | A104 | L310 | Analyze Villanueva discovery responses for motion to compel. | 0.70 | 550.00 | 385.00 |
| 2/11/2025 | SGW | A106 | L110 | Video conference with R. Kopperud regarding [redacted] | 0.80 | 550.00 | 440.00 |
| 2/11/2025 | JHT | A106 | L310 | Communications with M. Cruz re discovery responses and objections. | 0.50 | 550.00 | 275.00 |
| 2/11/2025 | SGW | A104 | L310 | Review documents for first production. | 0.60 | 550.00 | 330.00 |
| 2/11/2025 | NK | A104 | L310 | Review and analyze documents for data ingestion and redactions. | 1.80 | 165.00 | 297.00 |
| 2/12/2025 | SGS | A104 | L110 | Correspondence with SMI Aware re preservation of Instagram media of plaintiff. | 0.30 | 165.00 | 49.50 |
| 2/12/2025 | JHT | A104 | L120 | Prepare for and meet with Lieutenant Devane re [redacted]. | 0.90 | 550.00 | 495.00 |
| 2/12/2025 | JHT | A103 | L310 | Revise [redacted] | 1.60 | 550.00 | 880.00 |
| 2/12/2025 | JHT | A103 | L310 | Finalize objections and responses to deposition notices and requests for production to LASD personnel and Board supervisors. | 1.00 | 550.00 | 550.00 |
| 2/12/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions, discovery and IME. | 0.50 | 550.00 | 275.00 |
| 2/12/2025 | JHT | A103 | L390 | Further revise IME stipulation to address Plaintiff's revisions. | 0.20 | 550.00 | 110.00 |
| 2/12/2025 | JHT | A106 | L330 | Communications with LASD personnel re [redacted] | 0.50 | 550.00 | 275.00 |
| 2/12/2025 | JHT | A104 | L310 | Review and analyze Plaintiff's amended Rule 26 disclosures. | 0.30 | 550.00 | 165.00 |
| 2/12/2025 | SGW | A106 | L110 | Video conference with Lt. A. Devane | 0.90 | 550.00 | 495.00 |

Miller Barondess, LLP
Matter ID [redacted]

Page: 7
Stmt No: 34563
February 28, 2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | regarding [redacted] | | | |
| 2/12/2025 | SGW | A104 | L310 | Review and tag documents for first production and finalize protocols for same. | 2.30 | 550.00 | 1,265.00 |
| 2/12/2025 | SGW | A104 | L120 | Develop strategy for motions for protection and depositions. | 0.30 | 550.00 | 165.00 |
| 2/12/2025 | NK | A104 | L310 | Analyze files re A. Devane. | 0.80 | 165.00 | 132.00 |
| 2/12/2025 | NK | A104 | L310 | Review stipulated protective order. | 0.50 | 165.00 | 82.50 |
| 2/13/2025 | JHT | A104 | L120 | Prepare for and meet with K. Coates re [redacted] | 0.90 | 550.00 | 495.00 |
| 2/13/2025 | JHT | A104 | L250 | Review and analyze proposed protective order sent by opposing counsel. | 0.40 | 550.00 | 220.00 |
| 2/13/2025 | SGW | A106 | L110 | Video conference with K. Coates regarding [redacted] | 0.90 | 550.00 | 495.00 |
| 2/13/2025 | SGW | A103 | L250 | Draft protective order governing confidential documents. | 1.30 | 550.00 | 715.00 |
| 2/13/2025 | SGW | A102 | L120 | Research and analysis regarding case law cited by plaintiff in support of motion to quash subpoena for pension benefits. | 1.60 | 550.00 | 880.00 |
| 2/13/2025 | SGW | A102 | L120 | Research regarding collateral source rule for retirement payments. | 0.70 | 550.00 | 385.00 |
| 2/13/2025 | JHT | A103 | L250 | Revise draft protective order. | 0.40 | 550.00 | 220.00 |
| 2/13/2025 | JHT | A106 | L330 | Coordinate County witness depositions and deposition preparation meetings. | 0.90 | 550.00 | 495.00 |
| 2/13/2025 | JHT | A104 | L310 | Review and analyze CEOP documents for production. | 0.50 | 550.00 | 275.00 |
| 2/13/2025 | SGW | A104 | L310 | Review and finalize [redacted] | 0.40 | 550.00 | 220.00 |
| 2/13/2025 | NK | A104 | L310 | Finalize review of documents for privilege and confidentiality issues. | 1.80 | 165.00 | 297.00 |
| 2/13/2025 | NK | A104 | L310 | Prepare COLA000001 - COLA001762 production. | 2.30 | 165.00 | 379.50 |
| 2/14/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions. | 0.30 | 550.00 | 165.00 |
| 2/14/2025 | SGW | A104 | L310 | Review and finalize first document production for transmission to opposing counsel. | 0.50 | 550.00 | 275.00 |
| 2/14/2025 | NK | A104 | L310 | Analyze custodian field for overlay. | 0.50 | 165.00 | 82.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/14/2025 | JHT | A104 | L310 | Review and analyze LASD documents for production. | 0.30 | 550.00 | 165.00 |
| 2/14/2025 | SGW | A104 | L310 | Review documents for inclusion in second batched production. | 1.80 | 550.00 | 990.00 |
| 2/14/2025 | SGW | A104 | L120 | Analysis of [redacted]. | 0.80 | 550.00 | 440.00 |
| 2/14/2025 | JHT | A106 | L310 | Communications with Lecrivain, Escobedo, and Stormer re [redacted]. | 0.30 | 550.00 | 165.00 |
| 2/14/2025 | NK | A104 | L310 | Review and analyze documents for COLA000001 - COLA001762 production. | 2.00 | 165.00 | 330.00 |
| 2/15/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions. | 0.30 | 550.00 | 165.00 |
| 2/15/2025 | JHT | A106 | L330 | Communications with client and LASD personnel re depositions. | 0.40 | 550.00 | 220.00 |
| 2/16/2025 | JHT | A108 | L310 | Communications with Dr. Cohen re IME materials. | 0.50 | 550.00 | 275.00 |
| 2/16/2025 | JHT | A103 | L310 | Draft and revise Huntsman responses to special interrogatories. | 0.90 | 550.00 | 495.00 |
| 2/16/2025 | JHT | A106 | L310 | Communications re [redacted] | 0.20 | 550.00 | 110.00 |
| 2/17/2025 | JHT | A103 | L310 | Draft County response and objections to second set of special interrogatories. | 0.60 | 550.00 | 330.00 |
| 2/17/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions. | 0.20 | 550.00 | 110.00 |
| 2/17/2025 | JHT | A104 | L310 | Review and analyze Villanueva's supplemental responses to requests for production and special interrogatories. | 0.80 | 550.00 | 440.00 |
| 2/17/2025 | SGS | A104 | L110 | Begin research and analysis of board of supervisor transcripts highlighting plaintiff's responses to interrogatories. | 3.40 | 165.00 | 561.00 |
| 2/17/2025 | SGW | A104 | L120 | Outline responsive arguments for joint stipulation regarding LACERA. | 0.80 | 550.00 | 440.00 |
| 2/18/2025 | JHT | A106 | L330 | Communications with LASD personnel re depositions. | 0.50 | 550.00 | 275.00 |
| 2/18/2025 | JHT | A106 | L310 | Meeting with IG Huntsman re [redacted]. | 0.50 | 550.00 | 275.00 |
| 2/18/2025 | JHT | A103 | L310 | Further revise Huntsman responses to special interrogatories. | 0.40 | 550.00 | 220.00 |
| 2/18/2025 | JHT | A101 | L330 | Prepare for and strategize re | 0.60 | 550.00 | 330.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | depositions. | | | |
| 2/18/2025 | SGS | A104 | L110 | Complete research and analysis of board of supervisor transcripts highlighting plaintiff's responses to interrogatories. | 2.20 | 165.00 | 363.00 |
| 2/18/2025 | JHT | A108 | L330 | Communications with opposing counsel re IME, depositions, and discovery. | 0.40 | 550.00 | 220.00 |
| 2/18/2025 | JHT | A103 | L330 | Draft requests for production of documents to Plaintiff witnesses re emotional distress. | 0.30 | 550.00 | 165.00 |
| 2/18/2025 | JHT | A103 | L330 | Draft requests for production of documents for deposition subpoenas to Plaintiff's treating physicians. | 0.30 | 550.00 | 165.00 |
| 2/18/2025 | SGW | A104 | L120 | Develop strategy regarding depositions, separate statement, document production, and motions for protection. | 0.70 | 550.00 | 385.00 |
| 2/19/2025 | JHT | A104 | L350 | Review and analyze Plaintiff's motion for protective order re LACERA pensions records subpoena. | 0.60 | 550.00 | 330.00 |
| 2/19/2025 | JHT | A106 | L110 | Participate in meeting with B. Stormer and V. Bane re [redacted] | 0.60 | 550.00 | 330.00 |
| 2/19/2025 | JHT | A104 | L350 | Review and analyze case law cited in Plaintiff's motion for protective order re LACERA subpoena. | 0.70 | 550.00 | 385.00 |
| 2/19/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions. | 0.30 | 550.00 | 165.00 |
| 2/19/2025 | JHT | A103 | L350 | Revise opposition to Plaintiff's motion for protective order re LACERA subpoena. | 1.70 | 550.00 | 935.00 |
| 2/19/2025 | SGW | A102 | L350 | Additional research regarding collateral source rule under federal law and cases involving evidence of public benefit payments. | 1.70 | 550.00 | 935.00 |
| 2/19/2025 | SGW | A104 | L120 | Analysis of additional arguments in opposition to motion to quash. | 0.90 | 550.00 | 495.00 |
| 2/19/2025 | SGW | A103 | L350 | Draft and revise portions of Rule 37 stipulation for motion to quash. | 3.60 | 550.00 | 1,980.00 |
| 2/19/2025 | SGS | A104 | L110 | Prepare subpoenas for production of documents, including attachment A and notice to plaintiff's medical doctors. | 0.90 | 165.00 | 148.50 |
| 2/19/2025 | SGS | A104 | L110 | Prepare subpoenas for production of | 1.20 | 165.00 | 198.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | documents, including attachment A and notice to plaintiff's emotional distress witnesses. | | | |
| 2/19/2025 | SGS | A104 | L110 | Organize Plaintiff document production for further review in support of upcoming depositions. | 2.20 | 165.00 | 363.00 |
| 2/20/2025 | JHT | A103 | L310 | Revise document subpoenas and notices to Villanueva treating physicians. | 0.60 | 550.00 | 330.00 |
| 2/20/2025 | JHT | A108 | L310 | Communications with opposing counsel re depositions and discovery. | 0.20 | 550.00 | 110.00 |
| 2/20/2025 | SGS | A104 | L110 | Update subpoenas to plaintiff's medical doctors. | 0.40 | 165.00 | 66.00 |
| 2/20/2025 | JHT | A103 | L350 | Make final edits to County opposition to Plaintiff motion for protective order re LACERA subpoena. | 0.80 | 550.00 | 440.00 |
| 2/20/2025 | JHT | A103 | L330 | Revise deposition subpoenas and requests for production to Plaintiff's emotional distress witnesses. | 0.70 | 550.00 | 385.00 |
| 2/20/2025 | JHT | A106 | L330 | Communications with County deponents re [redacted] | 0.30 | 550.00 | 165.00 |
| 2/20/2025 | JHT | A104 | L310 | Review and analyze Villanueva document production. | 1.10 | 550.00 | 605.00 |
| 2/20/2025 | JHT | A103 | L350 | Draft meet and confer letter re Plaintiff's deficient document production. | 0.70 | 550.00 | 385.00 |
| 2/20/2025 | JHT | A104 | L350 | Review Plaintiff's counsel's notice and declaration in support of protective order motion re LACERA subpoena. | 0.20 | 550.00 | 110.00 |
| 2/20/2025 | SGS | A104 | L110 | Prepare medical authorization forms for plaintiff's medical doctors in support of subpoena requesting production of documents. | 0.80 | 165.00 | 132.00 |
| 2/20/2025 | SGS | A104 | L110 | Update subpoena tracker to reflect subpoenas served on plaintiff's medical doctors and emotional distress witnesses. | 0.20 | 165.00 | 33.00 |
| 2/20/2025 | SGS | A104 | L110 | Update subpoenas to plaintiff's emotional distress witnesses. | 0.40 | 165.00 | 66.00 |
| 2/20/2025 | SGW | A104 | L120 | Review production in light of meet and confer demand by Plaintiff. | 0.30 | 550.00 | 165.00 |
| 2/20/2025 | SGW | A103 | L250 | Finalize draft protective order and cover motion for same. | 0.40 | 550.00 | 220.00 |
| 2/20/2025 | SGW | A104 | L250 | Review draft declaration and notice of | 0.30 | 550.00 | 165.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | motion to quash. | | | |
| 2/20/2025 | SGW | A103 | L330 | Review documents and prepare outline for deposition of A. Villanueva. | 4.30 | 550.00 | 2,365.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted]. | [redacted] | [redacted] | [redacted] |
| 2/20/2025 | NK | A104 | L310 | Analyze COLA000001 - COLA001762 production. | 0.50 | 165.00 | 82.50 |
| 2/21/2025 | JHT | A106 | L110 | Communications with S. Huff (BOS HR) re [redacted] | 0.70 | 550.00 | 385.00 |
| 2/21/2025 | JHT | A106 | L110 | Communications with B. Stormer and V. Bane re [redacted] | 0.60 | 550.00 | 330.00 |
| 2/21/2025 | JHT | A106 | L310 | Communications with client re [redacted]. | 0.20 | 550.00 | 110.00 |
| 2/21/2025 | JHT | A106 | L330 | Communications with CEOP members re depositions. | 0.40 | 550.00 | 220.00 |
| 2/21/2025 | JHT | A106 | L310 | Communications with Chief Lecrivain re [redacted]. | 0.30 | 550.00 | 165.00 |
| 2/21/2025 | JHT | A103 | L310 | Revise medical records consent forms for Plaintiff. | 0.30 | 550.00 | 165.00 |
| 2/21/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and Plaintiff's motion for protective order. | 0.30 | 550.00 | 165.00 |
| 2/21/2025 | JHT | A106 | L110 | Communications with L. Hernandez (BOS/CEO) re [redacted] | 0.20 | 550.00 | 110.00 |
| 2/21/2025 | SGW | A103 | L250 | Revise and finalize Rule 37 statement and Tokoro declaration in support of same. | 1.00 | 550.00 | 550.00 |
| 2/21/2025 | SGW | A104 | L310 | Strategize regarding additional document gathering and production and depositions. | 0.80 | 550.00 | 440.00 |
| 2/21/2025 | SGW | A103 | L330 | Review documents and prepare deposition outline and exhibits for A. Villanueva deposition. | 3.90 | 550.00 | 2,145.00 |
| 2/21/2025 | JHT | A104 | L350 | Review final version of Rule 37 joint stipulation for Plaintiff's motion for protective order and confirm approval for filing. | 0.50 | 550.00 | 275.00 |
| 2/21/2025 | SGS | A104 | L110 | Revise medical authorization forms for plaintiff's medical doctors in support of receiving medical records | 0.80 | 165.00 | 132.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | in response to subpoenas. | | | |
| 2/21/2025 | NK | A104 | L310 | Analyze LASD documents for data ingestion and review. | 0.50 | 165.00 | 82.50 |
| 2/22/2025 | SGW | A104 | L110 | Read and annotate A. Villanueva autobiography for use at next week's deposition. | 4.80 | 550.00 | 2,640.00 |
| 2/23/2025 | JHT | A104 | L310 | Review and analyze Plaintiff's second document production. | 0.40 | 550.00 | 220.00 |
| 2/23/2025 | JHT | A104 | L210 | Review and analyze pleadings in preparation for Plaintiff deposition. | 1.00 | 550.00 | 550.00 |
| 2/23/2025 | JHT | A104 | L330 | Review Lim IAB investigation file to prepare for Plaintiff deposition. | 1.10 | 550.00 | 605.00 |
| 2/23/2025 | JHT | A104 | L330 | Review Huntsman IAB investigation file to prepare for Plaintiff deposition. | 1.10 | 550.00 | 605.00 |
| 2/23/2025 | SGW | A101 | L330 | Review documents and prepare outline for A. Villanueva deposition. | 3.60 | 550.00 | 1,980.00 |
| 2/24/2025 | JHT | A109 | L330 | Meet with C. Komoroski [redacted]. | 1.60 | 550.00 | 880.00 |
| 2/24/2025 | JHT | A109 | L330 | Meet with V. Pawlowski [redacted]. | 2.60 | 550.00 | 1,430.00 |
| 2/24/2025 | SGS | A104 | L110 | Receive and organize Villanueva production. | 0.40 | 165.00 | 66.00 |
| 2/24/2025 | SGS | A104 | L110 | Compile exhibits to Villanueva deposition. | 1.00 | 165.00 | 165.00 |
| 2/24/2025 | SGW | A106 | L330 | Meet with V. Pawlowski [redacted]. | 2.60 | 550.00 | 1,430.00 |
| 2/24/2025 | JHT | A104 | L310 | Review County documents for production. | 0.90 | 550.00 | 495.00 |
| 2/24/2025 | JHT | A106 | L330 | Teleconference with B. Stormer and V. Bane re [redacted] | 0.20 | 550.00 | 110.00 |
| 2/24/2025 | JHT | A106 | L330 | Communications with LASD witnesses re depositions. | 0.40 | 550.00 | 220.00 |
| 2/24/2025 | SGW | A104 | L120 | Develop strategy [redacted] | 2.30 | 550.00 | 1,265.00 |
| 2/24/2025 | SGW | A106 | L330 | [redacted] C. Komoroski. | 1.60 | 550.00 | 880.00 |
| 2/24/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and County verifications. | 0.40 | 550.00 | 220.00 |
| 2/24/2025 | JHT | A104 | L110 | Review and analyze Board and LASD Intake and Assessment Forms for Huntsman and Lim. | 1.00 | 550.00 | 550.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/24/2025 | SGW | A104 | L330 | Review Plaintiff's social media posts and videos for material to use at deposition. | 0.60 | 550.00 | 330.00 |
| 2/24/2025 | SGS | A104 | L110 | Begin review and analysis of plaintiff's Facebook Live videos in support of upcoming deposition. | 1.90 | 165.00 | 313.50 |
| 2/24/2025 | NK | A104 | L310 | Analyze AV009807-9840 production from A. Villanueva. | 0.90 | 165.00 | 148.50 |
| 2/24/2025 | NK | A104 | L310 | Analyze [redacted] i. | 0.80 | 165.00 | 132.00 |
| 2/25/2025 | JHT | A106 | L110 | Communications with IAB re [redacted] | 0.20 | 550.00 | 110.00 |
| 2/25/2025 | JHT | A106 | L330 | Communications with CEOP members re depositions. | 0.40 | 550.00 | 220.00 |
| 2/25/2025 | JHT | A108 | L310 | Communications with opposing counsel re Plaintiff's document production and IME. | 0.30 | 550.00 | 165.00 |
| 2/25/2025 | JHT | A103 | L310 | Make final edits to County responses to second set of special interrogatories. | 0.50 | 550.00 | 275.00 |
| 2/25/2025 | JHT | A103 | L310 | Make final edits to objections to Coates, Pawlowski, and Devane deposition notices and requests for production. | 0.20 | 550.00 | 110.00 |
| 2/25/2025 | JHT | A106 | L330 | Communications with County witnesses re depositions. | 0.30 | 550.00 | 165.00 |
| 2/25/2025 | JHT | A101 | L330 | Prepare for Plaintiff deposition and draft cross-examination modules re public statements. | 2.70 | 550.00 | 1,485.00 |
| 2/25/2025 | JHT | A103 | L310 | Draft Defendants' amended Rule 26 initial disclosures. | 0.70 | 550.00 | 385.00 |
| 2/25/2025 | JHT | A108 | L310 | Communications with Dr. Cohen re IME and expert report. | 0.20 | 550.00 | 110.00 |
| 2/25/2025 | SGS | A104 | L110 | Review and analysis of 19 Facebook Live videos of plaintiff in preparation of upcoming deposition. | 7.80 | 165.00 | 1,287.00 |
| 2/25/2025 | SGS | A104 | L110 | Prepare chart of all relevant sound bites from Facebook Live videos in preparation of deposition. | 2.50 | 165.00 | 412.50 |
| 2/25/2025 | SGW | A104 | L310 | Develop strategy regarding document production and review and finalize second production. | 1.30 | 550.00 | 715.00 |
| 2/25/2025 | SGW | A101 | L330 | Review documents and prepare deposition outline for A. Villanueva | 3.40 | 550.00 | 1,870.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | deposition. | | | |
| 2/25/2025 | SGW | A104 | L130 | Analysis related to potential employment and investigations expert. | 0.70 | 550.00 | 385.00 |
| 2/25/2025 | NK | A104 | L310 | Prepare COLA001763 - COLA002372 production. | 1.50 | 165.00 | 247.50 |
| 2/26/2025 | JHT | A108 | L350 | Meet and confer communications with opposing counsel re Plaintiff's discovery responses and objections. | 0.50 | 550.00 | 275.00 |
| 2/26/2025 | JHT | A109 | L330 | Meet with C. Diaz-Herrera to [redacted] | 1.30 | 550.00 | 715.00 |
| 2/26/2025 | JHT | A109 | L330 | Meet with Lt. Devane [redacted]. | 1.90 | 550.00 | 1,045.00 |
| 2/26/2025 | JHT | A106 | L330 | Communications with LASD personnel and client re depositions. | 0.30 | 550.00 | 165.00 |
| 2/26/2025 | JHT | A106 | L330 | Communications with CEOP members re depositions. | 0.30 | 550.00 | 165.00 |
| 2/26/2025 | JHT | A106 | L120 | Communications with C. Keosian re [redacted] | 0.20 | 550.00 | 110.00 |
| 2/26/2025 | SGW | A108 | L330 | [redacted] C. Diaz-Herrera. | 1.30 | 550.00 | 715.00 |
| 2/26/2025 | JHT | A103 | L350 | Prepare initial draft of County's motion to compel Plaintiff's independent medical examination. | 1.50 | 550.00 | 825.00 |
| 2/26/2025 | JHT | A103 | L350 | Prepare initial draft of County's motion to compel Plaintiff's medical records. | 1.40 | 550.00 | 770.00 |
| 2/26/2025 | SGS | A104 | L110 | Review and analysis of plaintiff's Instagram videos and posts in support of upcoming deposition. | 2.00 | 165.00 | 330.00 |
| 2/26/2025 | SGS | A104 | L110 | Update chart of sound bites of plaintiff's Facebook Live videos in preparation of upcoming deposition. | 0.70 | 165.00 | 115.50 |
| 2/26/2025 | NK | A104 | L310 | Analyze logs and articles for data ingestion. | 0.50 | 165.00 | 82.50 |
| 2/26/2025 | NK | A104 | L310 | Analyze AV009841-9870 production from A. Villanueva. | 1.00 | 165.00 | 165.00 |
| 2/26/2025 | NK | A104 | L310 | Analyze AV FBL 1-115 production from A. Villanueva. | 0.50 | 165.00 | 82.50 |
| 2/26/2025 | SGW | A104 | L310 | Review Villanueva and COLA documents in preparation for Friday deposition. | 4.40 | 550.00 | 2,420.00 |
| 2/27/2025 | JHT | A109 | L330 | Defend C. Komoroski (CEOP) deposition. | 5.60 | 550.00 | 3,080.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/27/2025 | JHT | A108 | L310 | Meet with potential expert (V. Thomas) re IAB investigations. | 0.50 | 550.00 | 275.00 |
| 2/27/2025 | JHT | A101 | L330 | Prepare for Plaintiff deposition and revise outline. | 2.80 | 550.00 | 1,540.00 |
| 2/27/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and discovery. | 0.30 | 550.00 | 165.00 |
| 2/27/2025 | JHT | A108 | L160 | Communications re [redacted] | 0.20 | 550.00 | 110.00 |
| 2/27/2025 | JHT | A106 | L310 | Communications with client re [redacted] | 0.30 | 550.00 | 165.00 |
| 2/27/2025 | SGW | A108 | L130 | Interview expert V. Thomas. | 0.50 | 550.00 | 275.00 |
| 2/27/2025 | SGW | A104 | L330 | Review Plaintiff's production, social media, and County documents in preparation for tomorrow's deposition. | 3.90 | 550.00 | 2,145.00 |
| 2/27/2025 | SGW | A103 | L330 | Revise and finalize deposition outline and proposed exhibits. | 4.80 | 550.00 | 2,640.00 |
| 2/27/2025 | SGW | A104 | L330 | Develop strategy regarding depositions and additional expert work. | 2.40 | 550.00 | 1,320.00 |
| 2/28/2025 | JHT | A101 | L330 | Further prepare for Plaintiff deposition and revise outline. | 2.10 | 550.00 | 1,155.00 |
| 2/28/2025 | JHT | A109 | L330 | Take Plaintiff's deposition. | 7.30 | 550.00 | 4,015.00 |
| 2/28/2025 | JHT | A106 | L330 | Communications with client re [redacted]. | 0.40 | 550.00 | 220.00 |
| 2/28/2025 | NK | A104 | L310 | Analyze AV009871-AV009879 production from A. Villanueva. | 0.50 | 165.00 | 82.50 |
| 2/28/2025 | JHT | A108 | L350 | Meet and confer with opposing counsel re County discovery motions. | 1.00 | 550.00 | 550.00 |
| 2/28/2025 | SGS | A104 | L110 | Update discovery tracker to reflect supplemental responses to special interrogatories by plaintiff. | 0.40 | 165.00 | 66.00 |
| 2/28/2025 | SGS | A104 | L110 | Research and analysis of plaintiff's social media concerning comments regarding deposition and lawsuit. | 0.80 | 165.00 | 132.00 |
| 2/28/2025 | SGW | A109 | L330 | Attend deposition of A. Villanueva. | 7.30 | 550.00 | 4,015.00 |
| 2/28/2025 | SGW | A107 | L350 | Meet and confer with Plaintiff's counsel regarding additional discovery issues. | 1.00 | 550.00 | 550.00 |
| 2/28/2025 | SGW | A106 | L330 | Review [redacted] | 0.70 | 550.00 | 385.00 |

Sub-total Fees: 118,910.00

**Rate Summary**

| | | |
|---|---|---|
| Nicole Kim | 21.90 hours at $ 165.00/hr | 3,613.50 |

| | | |
|---|---|---|
| Scarlet G. Speakmoore | 39.90 hours at $ 165.00/hr | 6,583.50 |
| [redacted] | [redacted] | [redacted] |
| Jason H. Tokoro | 95.80 hours at $ 550.00/hr | 52,690.00 |
| Steven G. Williamson | 101.50 hours at $ 550.00/hr | 55,825.00 |
| Total hours: | 260.30 | |

**Costs**

| | | |
|---|---|---|
| 2/25/2025 | Courier/Court/Filing Fees. | 237.89 |
| 2/25/2025 | Electronic Discovery Services. | 3,930.17 |
| 2/25/2025 | Courier/Court/Filing Fees. | 199.20 |
| 2/25/2025 | Courier/Court/Filing Fees. | 237.89 |
| 2/25/2025 | Courier/Court/Filing Fees. | 159.41 |
| | Sub-total Expenses: | 4,764.56 |

| | |
|---|---|
| Current Billing: | 123,674.56 |
| Previous Balance: | 30,012.80 |
| Payments: | 0.00 |
| **Total Due Upon Receipt:** | 153,687.36 |

For billing questions, please contact:

[redacted]
(310)552-4400

**REMITTANCE COPY**
**Return with Payment**

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

Statement Number: 34563
Statement Date: 2/28/2025
Matter ID: [redacted]

**Amount Due:** 153,687.36

**PLEASE REMIT TO:**

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO [redacted]

Statement as of March 31, 2025
Statement No. 34907

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

| Matter | Current Billing | Previous Balance |
|---|---|---|
| [redacted] Villanueva v. County of Los Angeles, et al. | 264,603.53 | 123,674.56 |
| CRM No.: [redacted] 1<br>Miller Barondess, LLP Tax ID: [redacted] | | |
| | 264,603.53 | 123,674.56 |
| | Total Now Due: | 388,278.09 |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS

[redacted]

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO 20-4939800

Statement as of March 31, 2025
Statement No. 34907

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

[redacted]: Villanueva v. County of Los Angeles, et al.

| Professional Fees | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 3/3/2025 | JHT | A109 | L330 | Meet with IG Huntsman [redacted] | 2.00 | 550.00 | 1,100.00 |
| 3/3/2025 | JHT | A106 | L330 | Communications re [redacted]. | 0.30 | 550.00 | 165.00 |
| 3/3/2025 | JHT | A104 | L120 | Research M. Lillienfeld and collect relevant documents for production. | 1.00 | 550.00 | 550.00 |
| 3/3/2025 | JHT | A109 | L330 | Meet with R. Yang (CEOP) [redacted]. | 1.20 | 550.00 | 660.00 |
| 3/3/2025 | NK | A104 | L310 | Analyze articles and video file for review and production. | 0.40 | 165.00 | 66.00 |
| 3/3/2025 | SGW | A106 | L330 | Meet with M. Huntsman [redacted]. | 2.00 | 550.00 | 1,100.00 |
| 3/3/2025 | SGW | A106 | L330 | Meet with R. Yang [redacted] | 1.20 | 550.00 | 660.00 |
| 3/4/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and County discovery motions. | 0.30 | 550.00 | 165.00 |
| 3/4/2025 | JHT | A109 | L330 | Defend V. Pawlowski (Justice Deputy) deposition. | 5.80 | 550.00 | 3,190.00 |
| 3/4/2025 | JHT | A104 | L310 | Further review County documents for fourth production of documents. | 0.50 | 550.00 | 275.00 |
| 3/4/2025 | JHT | A106 | L330 | Communications with client and LASD personnel re depositions. | 0.80 | 550.00 | 440.00 |
| 3/4/2025 | SGW | A104 | L310 | Review documents and finalize third document production. | 2.50 | 550.00 | 1,375.00 |
| 3/4/2025 | SGW | A104 | L330 | Develop strategy regarding deposition defense, document production, and motions for protection. | 1.00 | 550.00 | 550.00 |
| 3/4/2025 | SGW | A103 | L350 | Draft Rule 37 statement regarding apex depositions. | 1.30 | 550.00 | 715.00 |

**Miller Barondess, LLP**
Matter ID [redacted]

Page: 2
Stmt No: 34907
March 31, 2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/4/2025 | NK | A104 | L310 | Finalize and prepare COLA002373 - COLA002611. | 2.50 | 165.00 | 412.50 |
| 3/4/2025 | NK | A104 | L310 | Review and analyze documents for privilege. | 0.50 | 165.00 | 82.50 |
| 3/5/2025 | JHT | A109 | L330 | Defend C. Diaz-Herrera (independent investigator) deposition. | 6.40 | 550.00 | 3,520.00 |
| 3/5/2025 | SGW | A103 | L350 | Draft and revise apex deposition motion and supporting declarations. | 5.10 | 550.00 | 2,805.00 |
| 3/5/2025 | SGW | A104 | L120 | Analysis [redacted]. [redacted] | 0.30 | 550.00 | 165.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 3/6/2025 | JHT | A103 | L350 | Revise County motion for protective order re Apex depositions (Luna, Solis, Hahn). | 1.70 | 550.00 | 935.00 |
| 3/6/2025 | JHT | A109 | L330 | Defend deposition of Lieutenant Devane. | 6.50 | 550.00 | 3,575.00 |
| 3/6/2025 | SGW | A103 | L350 | Revise and finalize Rule 37 statement regarding apex depositions and supporting pleadings for same. | 2.50 | 550.00 | 1,375.00 |
| 3/6/2025 | SGW | A104 | L120 | Develop strategy regarding upcoming depositions, motions in limine, and motion for summary judgment. | 0.50 | 550.00 | 275.00 |
| 3/6/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and demand for Plaintiff's physical examination. | 0.30 | 550.00 | 165.00 |
| 3/6/2025 | JHT | A106 | L330 | Communications with client and LASD personnel re depositions. | 0.40 | 550.00 | 220.00 |
| 3/6/2025 | SGS | A104 | L110 | Review and analysis of Facebook Video Live of plaintiff in connection with lawsuit. | 1.00 | 165.00 | 165.00 |
| 3/6/2025 | SGS | A104 | L110 | Compile exhibits to declaration of J. Tokoro in support of motion for protective order. | 0.70 | 165.00 | 115.50 |
| 3/6/2025 | SGS | A104 | L120 | Prepare factual cites to motion for protective order. | 0.50 | 165.00 | 82.50 |
| 3/6/2025 | MMI | A104 | L210 | Cite check and proofread joint stipulation re apex depositions. | 2.70 | 165.00 | 445.50 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 3/7/2025 | MMI | A104 | L210 | Cite check and proofread joint stipulation re medical records. | 1.10 | 165.00 | 181.50 |
| 3/7/2025 | JHT | A109 | L330 | Defend deposition of Inspector General Huntsman. | 5.70 | 550.00 | 3,135.00 |
| 3/7/2025 | JHT | A103 | L350 | Revise County motion to compel Plaintiff's medical records. | 1.00 | 550.00 | 550.00 |
| 3/7/2025 | JHT | A103 | L350 | Revise meet and confer letter re County motion to compel Villanueva's deposition answers. | 0.30 | 550.00 | 165.00 |
| 3/7/2025 | JHT | A106 | L330 | Communications with client and LASD personnel re deposition. | 0.40 | 550.00 | 220.00 |
| 3/7/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and discovery. | 0.20 | 550.00 | 110.00 |
| 3/7/2025 | SGW | A104 | L120 | Develop strategy regarding [redacted] | 1.90 | 550.00 | 1,045.00 |
| 3/7/2025 | SGW | A103 | L350 | Draft and revise Rule 37 letter to opposing counsel regarding deposition objections and failure to produce responsive documents. | 1.30 | 550.00 | 715.00 |
| 3/7/2025 | SGW | A101 | L330 | Research G. Carrillo and prepare G. Carrillo outline for upcoming third-party witness deposition. | 3.80 | 550.00 | 2,090.00 |
| 3/7/2025 | SGS | A104 | L110 | Compile exhibits to motion to compel plaintiff's medical records. | 1.20 | 165.00 | 198.00 |
| 3/7/2025 | SGS | A104 | L110 | Revise record cites and hyperlinks to motion to compel medical records. | 0.40 | 165.00 | 66.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 3/7/2025 | BN | A103 | L330 | Review A. Villanueva deposition transcript and excerpt same for deposition outlines. | 1.40 | 550.00 | 770.00 |
| 3/8/2025 | JHT | A103 | L330 | Revise Carillo deposition outline. | 1.00 | 550.00 | 550.00 |
| 3/8/2025 | JHT | A104 | L310 | Review and analyze Villanueva second set of discovery requests. | 0.40 | 550.00 | 220.00 |
| 3/9/2025 | SGW | A103 | L350 | Draft Rule 37 joint stipulation, supporting declaration, and related pleadings regarding forthcoming motion to compel discovery responses from Plaintiff. | 4.60 | 550.00 | 2,530.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/10/2025 | JHT | A109 | L330 | Defend deposition of R. Yang (CEOP). | 5.60 | 550.00 | 3,080.00 |
| 3/10/2025 | SGW | A104 | L330 | Analysis [redacted]. | 1.40 | 550.00 | 770.00 |
| 3/10/2025 | JHT | A103 | L350 | Revise County motion to compel Plaintiff's deposition testimony and documents over counsel's privilege objections. | 1.60 | 550.00 | 880.00 |
| 3/10/2025 | SGW | A101 | L330 | Review outline and exhibits in preparation of deposition of G. Carrillo. | 1.60 | 550.00 | 880.00 |
| 3/10/2025 | JHT | A106 | L330 | Communications with client and LASD re depositions. | 0.50 | 550.00 | 275.00 |
| 3/10/2025 | SGW | A103 | L350 | Revise and finalize motion to compel joint stipulation and supporting documents. | 1.50 | 550.00 | 825.00 |
| 3/10/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and County discovery motions. | 0.40 | 550.00 | 220.00 |
| 3/10/2025 | SGS | A104 | L110 | Compile exhibits to motion to compel further discovery responses. | 1.00 | 165.00 | 165.00 |
| 3/10/2025 | SGS | A104 | L110 | Revise record cites to motion to compel further discovery. | 0.80 | 165.00 | 132.00 |
| 3/10/2025 | JHT | A103 | L310 | Draft initial County responses to Plaintiff's second round of written discovery requests. | 1.00 | 550.00 | 550.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 3/10/2025 | BN | A104 | L330 | Review multiple depositions and related exhibits for preparation of witness outlines. | 2.10 | 550.00 | 1,155.00 |
| 3/10/2025 | BN | A103 | L440 | Revise memorandum of contentions of fact and law for this case and research authorities. | 0.80 | 550.00 | 440.00 |
| 3/11/2025 | JHT | A106 | L330 | Communications with client and LASD personnel re depositions and discovery. | 0.30 | 550.00 | 165.00 |
| 3/11/2025 | JHT | A108 | L350 | Meet and confer with opposing counsel re County discovery motions. | 0.40 | 550.00 | 220.00 |
| 3/11/2025 | JHT | A109 | L330 | Attend G. Carillo deposition (emotional distress). | 2.80 | 550.00 | 1,540.00 |
| 3/11/2025 | JHT | A104 | L330 | Review and analyze Plaintiff's | 0.40 | 550.00 | 220.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | objections to deposition subpoenas to emotional distress witnesses. | | | |
| 3/11/2025 | JHT | A107 | L310 | Communications with Sanders Roberts re [redacted] | 0.20 | 550.00 | 110.00 |
| 3/11/2025 | JHT | A108 | L310 | Teleconference with Dr. Cohen re IME. | 0.40 | 550.00 | 220.00 |
| 3/11/2025 | JHT | A103 | L330 | Make final edits to deposition subpoenas to Satterfield, Lillienfeld, and Murakami. | 0.80 | 550.00 | 440.00 |
| 3/11/2025 | JHT | A109 | L330 | Meet with Commander Escobedo [redacted] | 1.80 | 550.00 | 990.00 |
| 3/11/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and County discovery motions. | 0.20 | 550.00 | 110.00 |
| 3/11/2025 | JHT | A104 | L330 | Review [redacted] | 0.30 | 550.00 | 165.00 |
| 3/11/2025 | SGW | A109 | L330 | Take deposition of G. Carrillo. | 5.10 | 550.00 | 2,805.00 |
| 3/11/2025 | SGW | A108 | L350 | Meet and confer with opposing counsel regarding IME and tampered discovery. | 0.40 | 550.00 | 220.00 |
| 3/11/2025 | SGW | A108 | L350 | Draft meet and confer correspondence to opposing counsel regarding document tampering. | 0.30 | 550.00 | 165.00 |
| 3/11/2025 | SGW | A101 | L330 | Review additionally produced documents and subpoena objections for G. Carrillo deposition and develop additional questions. | 2.00 | 550.00 | 1,100.00 |
| 3/11/2025 | SGW | A108 | L310 | Expert kickoff meeting with V. Thomas. | 0.50 | 550.00 | 275.00 |
| 3/11/2025 | JHT | A108 | L310 | Meet with V. Thomas re expert work on workplace investigation. | 0.50 | 550.00 | 275.00 |
| 3/11/2025 | JHT | A103 | L440 | Draft trial witness chart and topics. | 1.50 | 550.00 | 825.00 |
| 3/11/2025 | SGS | A104 | L110 | Update subpoena tracker to reflect status of outgoing subpoenas. | 0.50 | 165.00 | 82.50 |
| 3/11/2025 | SGS | A104 | L110 | Analysis of upcoming depositions and pre-trial documents. | 0.50 | 165.00 | 82.50 |
| 3/11/2025 | SGW | A104 | L120 | Develop strategy regarding upcoming depositions and trial outlines. | 0.50 | 550.00 | 275.00 |
| 3/11/2025 | NK | A104 | L310 | Analyze AV productions for metadata overlay. | 2.00 | 165.00 | 330.00 |
| 3/11/2025 | BN | A104 | L330 | Review deposition transcripts and exhibits for preparation of witness outlines. | 3.00 | 550.00 | 1,650.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/11/2025 | BN | A103 | L130 | Review expert witness retention letters and begin drafting disclosure. | 0.50 | 550.00 | 275.00 |
| 3/11/2025 | BN | A103 | L130 | Continue drafting expert disclosure and review underlying expert materials. | 0.70 | 550.00 | 385.00 |
| 3/12/2025 | SGS | A104 | L110 | Compile key documents in support of preparation pre-trial briefing. | 0.50 | 165.00 | 82.50 |
| 3/12/2025 | JHT | A108 | L330 | Communications with T. Murakami re deposition. | 0.30 | 550.00 | 165.00 |
| 3/12/2025 | JHT | A106 | L330 | Communications with CEOP and LASD personnel re depositions. | 0.20 | 550.00 | 110.00 |
| 3/12/2025 | JHT | A103 | L430 | Analyze, strategize, and draft joint trial filings per Judge Wilson's standing order. | 2.20 | 550.00 | 1,210.00 |
| 3/12/2025 | JHT | A103 | L240 | Draft E. Alvarez declaration in support of County's summary judgment motion. | 0.60 | 550.00 | 330.00 |
| 3/12/2025 | JHT | A104 | L310 | Review text messages produced by Plaintiff. | 0.40 | 550.00 | 220.00 |
| 3/12/2025 | JHT | A106 | L240 | Communications with E. Alvarez re [redacted] | 0.70 | 550.00 | 385.00 |
| 3/12/2025 | SGW | A104 | L330 | Develop strategy regarding L. Perri deposition and summary judgment. | 0.60 | 550.00 | 330.00 |
| 3/12/2025 | SGW | A104 | L420 | [redacted] by expert V. Thomas. | 0.70 | 550.00 | 385.00 |
| 3/12/2025 | SGW | A103 | L330 | Draft deposition outline for L. Perri. | 0.90 | 550.00 | 495.00 |
| 3/12/2025 | SGW | A104 | L330 | Review L. Perri social media posts and communications in advance of deposition. | 2.30 | 550.00 | 1,265.00 |
| 3/12/2025 | SGW | A101 | L330 | Review outline, proposed exhibits, and deposition questions for L. Perri. | 2.50 | 550.00 | 1,375.00 |
| 3/12/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions. | 0.30 | 550.00 | 165.00 |
| 3/12/2025 | NK | A104 | L310 | Analyze AV FBL production re Bates number metadata. | 1.20 | 165.00 | 198.00 |
| 3/12/2025 | CCL | A103 | L330 | Summarize deposition of C. Komoroski on February 27, 2025. | 1.30 | 165.00 | 214.50 |
| 3/12/2025 | BN | A104 | L330 | Review document productions for multiple deposition outlines, including Lillienfeld, Satterfield, and Murakami. | 4.20 | 550.00 | 2,310.00 |
| 3/13/2025 | SGS | A104 | L110 | Review and analysis of Villanueva Facebook live video. | 1.00 | 165.00 | 165.00 |
| 3/13/2025 | JHT | A108 | L350 | Communications with opposing | 0.30 | 550.00 | 165.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | counsel re discovery motions. | | | | |
| 3/13/2025 | JHT | A104 | L350 | Review and analyze Plaintiff's opposition to County's motion to compel medical records. | 0.70 | 550.00 | 385.00 | |
| 3/13/2025 | JHT | A103 | L310 | Draft objections and responses to Sanders Roberts document subpoena. | 0.40 | 550.00 | 220.00 | |
| 3/13/2025 | JHT | A103 | L310 | Revise County expert disclosures. | 0.20 | 550.00 | 110.00 | |
| 3/13/2025 | MMI | A104 | L210 | Mark authorities in joint stipulation re medical records. | 0.40 | 165.00 | 66.00 | |
| 3/13/2025 | SGW | A109 | L330 | Take deposition of L. Perri. | 5.00 | 550.00 | 2,750.00 | |
| 3/13/2025 | SGW | A101 | L330 | Review additional potential exhibits and prepare for deposition of L. Perri. | 1.10 | 550.00 | 605.00 | |
| 3/13/2025 | JHT | A108 | L330 | Communications with M. Lillienfeld re deposition. | 0.50 | 550.00 | 275.00 | |
| 3/13/2025 | JHT | A107 | L310 | Communications with Sanders Roberts re [redacted] | 0.20 | 550.00 | 110.00 | |
| 3/13/2025 | JHT | A103 | L330 | Revise amended deposition subpoenas and notices. | 0.40 | 550.00 | 220.00 | |
| 3/13/2025 | CCL | A103 | L330 | Summarize deposition of C. Komoroski on February 27, 2025. | 1.50 | 165.00 | 247.50 | |
| 3/13/2025 | SGS | A104 | L110 | Prepare case authority hyperlink of Motion to compel medical records. | 0.40 | 165.00 | 66.00 | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 3/14/2025 | JHT | A103 | L350 | Finalize and file County motion to compel Plaintiff's medical records. | 1.00 | 550.00 | 550.00 | |
| 3/14/2025 | JHT | A109 | L330 | Defend deposition of Commander Escobedo. | 5.20 | 550.00 | 2,860.00 | |
| 3/14/2025 | MMI | A104 | L210 | Edit and mark authorities in joint stipulation re apex depositions. | 1.30 | 165.00 | 214.50 | |
| 3/14/2025 | JHT | A108 | L350 | Communications with opposing counsel re County discovery motions. | 0.30 | 550.00 | 165.00 | |
| 3/14/2025 | JHT | A106 | L330 | Communications with LASD personnel re depositions. | 0.30 | 550.00 | 165.00 | |
| 3/14/2025 | SGW | A104 | L120 | Develop strategy regarding [redacted]. | 1.80 | 550.00 | 990.00 | |
| 3/14/2025 | SGW | A103 | L350 | Revise and finalize motion for protection regarding apex witnesses. | 2.70 | 550.00 | 1,485.00 | |
| 3/14/2025 | SGW | A101 | L330 | Research and identify potential exhibits and questions for upcoming | 3.90 | 550.00 | 2,145.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | deposition of N. Wilson. | | | |
| 3/14/2025 | CCL | A103 | L330 | Summarize deposition of C. Komoroski on February 27, 2025. | 3.00 | 165.00 | 495.00 |
| 3/14/2025 | SGS | A104 | L110 | Update subpoena tracker to reflect status of outgoing deposition subpoenas. | 0.20 | 165.00 | 33.00 |
| 3/14/2025 | SGS | A104 | L110 | Prepare hyperlinks to joint stipulation of motion to compel medical records. | 0.80 | 165.00 | 132.00 |
| 3/14/2025 | SGS | A104 | L110 | Receive and organize client documents for responsiveness and privilege. | 0.20 | 165.00 | 33.00 |
| 3/14/2025 | NK | A104 | L310 | Analyze cell data collection of E. Lim. | 3.00 | 165.00 | 495.00 |
| 3/15/2025 | JHT | A106 | L310 | Communications with E. Lim re [redacted]. | 0.60 | 550.00 | 330.00 |
| 3/15/2025 | JHT | A106 | L310 | Communications with M. Huntsman re [redacted]. | 0.40 | 550.00 | 220.00 |
| 3/15/2025 | JHT | A104 | L310 | Review Plaintiff's special interrogatories set four. | 0.20 | 550.00 | 110.00 |
| 3/15/2025 | JHT | A104 | L310 | Coordinate [redacted]. | 0.60 | 550.00 | 330.00 |
| 3/15/2025 | JHT | A106 | L330 | Communications with client re depositions and discovery. | 0.40 | 550.00 | 220.00 |
| 3/16/2025 | SGS | A104 | L110 | Prepare link of key documents to expert. | 0.50 | 165.00 | 82.50 |
| 3/17/2025 | SGS | A104 | L110 | Analysis of deposition transcript summaries in support of motion for summary judgment. | 0.50 | 165.00 | 82.50 |
| 3/17/2025 | JHT | A109 | L330 | Meet with E. Lim [redacted] | 1.80 | 550.00 | 990.00 |
| 3/17/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and discovery. | 0.30 | 550.00 | 165.00 |
| 3/17/2025 | JHT | A106 | L330 | Communications with client re depositions and discovery. | 0.40 | 550.00 | 220.00 |
| 3/17/2025 | JHT | A103 | L240 | Draft summary judgment declarations for County witnesses. | 1.60 | 550.00 | 880.00 |
| 3/17/2025 | JHT | A106 | L330 | Communications with deponents re deposition transcripts and errata. | 0.30 | 550.00 | 165.00 |
| 3/17/2025 | JHT | A104 | L310 | Review and analyze [redacted]. | 0.70 | 550.00 | 385.00 |
| 3/17/2025 | JHT | A103 | L310 | Draft County objections and responses to Plaintiff's special interrogatories set four. | 0.50 | 550.00 | 275.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/17/2025 | JHT | A106 | L310 | Communications with IG Huntsman re [redacted] | 0.50 | 550.00 | 275.00 |
| 3/17/2025 | JHT | A106 | L310 | Teleconference with P. Bavafa re [redacted]. | 0.30 | 550.00 | 165.00 |
| 3/17/2025 | SGS | A104 | L110 | Analysis re upcoming pre-trial documents, including exhibit list and witness list. | 0.40 | 165.00 | 66.00 |
| 3/17/2025 | SGS | A104 | L110 | Receive and organize plaintiff production for further intake and review of same. | 1.10 | 165.00 | 181.50 |
| 3/17/2025 | SGS | A104 | L110 | Begin compiling joint trial exhibits, including all IAB documentation in support of upcoming trial. | 4.10 | 165.00 | 676.50 |
| 3/17/2025 | SGW | A104 | L310 | Review new documents produced by plaintiff in advance of deposition. | 1.00 | 550.00 | 550.00 |
| 3/17/2025 | SGW | A102 | L330 | Perform additional research regarding N. Wilson and develop additional exhibits for deposition. | 3.80 | 550.00 | 2,090.00 |
| 3/17/2025 | SGW | A103 | L330 | Revise and finalize outline for N. Wilson deposition. | 1.20 | 550.00 | 660.00 |
| 3/17/2025 | SGW | A106 | L330 | Attend [redacted] | 1.70 | 550.00 | 935.00 |
| 3/17/2025 | BN | A103 | L330 | Review A Villanueva deposition exhibits for deposition outline preparation. | 1.00 | 550.00 | 550.00 |
| 3/18/2025 | JHT | A103 | L350 | Finalize and file County motion to compel Villanueva deposition answers and documents. | 0.80 | 550.00 | 440.00 |
| 3/18/2025 | JHT | A106 | L110 | Communications with P. Bavafa re [redacted]. | 0.40 | 550.00 | 220.00 |
| 3/18/2025 | JHT | A106 | L110 | Meet with E. Montelongo re [redacted]. | 0.50 | 550.00 | 275.00 |
| 3/18/2025 | JHT | A103 | L310 | Further revise County objections and responses to Plaintiff's special interrogatories set four. | 0.60 | 550.00 | 330.00 |
| 3/18/2025 | JHT | A106 | L110 | Communications with L. LaGuire re [redacted] | 0.40 | 550.00 | 220.00 |
| 3/18/2025 | JHT | A104 | L110 | Review [redacted]. | 0.20 | 550.00 | 110.00 |
| 3/18/2025 | JHT | A109 | L330 | Attend N. Wilson deposition (Plaintiff's emotional distress). | 3.20 | 550.00 | 1,760.00 |
| 3/18/2025 | JHT | A104 | L310 | Review [redacted]. | 0.40 | 550.00 | 220.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/18/2025 | SGW | A103 | L330 | Take deposition of N. Wilson. | 7.00 | 550.00 | 3,850.00 |
| 3/18/2025 | SGW | A101 | L330 | Review notes and additional potential exhibits for N. Wilson deposition. | 1.10 | 550.00 | 605.00 |
| 3/18/2025 | SGS | A104 | L110 | Continue review and analysis of key documents and productions in support of updating joint trial list. | 2.70 | 165.00 | 445.50 |
| 3/18/2025 | SGS | A104 | L110 | Revise exhibits in support of Tokoro declaration in support of motion to compel further discovery responses from Villanueva. | 0.30 | 165.00 | 49.50 |
| 3/18/2025 | SGS | A104 | L110 | Prepare hyperlinks to motion to compel further discovery responses from Villanueva. | 0.40 | 165.00 | 66.00 |
| 3/18/2025 | MMI | A104 | L210 | Mark authorities in joint stipulation re discovery responses. | 0.80 | 165.00 | 132.00 |
| 3/18/2025 | NK | A104 | L310 | Analyze metadata of cell phone data. | 2.30 | 165.00 | 379.50 |
| 3/18/2025 | NK | A104 | L310 | Prepare search term reports. | 1.20 | 165.00 | 198.00 |
| 3/18/2025 | SGW | A104 | L310 | Develop [redacted] | 0.40 | 550.00 | 220.00 |
| 3/18/2025 | SGW | A104 | L310 | Review Sanders Roberts and E. Lim e-mail and texts for potential production. | 1.70 | 550.00 | 935.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 3/18/2025 | NK | A104 | L310 | Analyze client files re [redacted]. | 0.70 | 165.00 | 115.50 |
| 3/18/2025 | BN | A104 | L330 | Review discovery responses for deposition outlines. | 0.50 | 550.00 | 275.00 |
| 3/19/2025 | JHT | A104 | L120 | Meet with Deputy Lested re [redacted] | 0.90 | 550.00 | 495.00 |
| 3/19/2025 | JHT | A106 | L310 | Communications with client re [redacted] | 0.50 | 550.00 | 275.00 |
| 3/19/2025 | JHT | A104 | L310 | Finalize Huntsman text messages for production. | 0.50 | 550.00 | 275.00 |
| 3/19/2025 | SGW | A104 | L310 | Review E. Lim e-mails and text messages for potential production. | 4.20 | 550.00 | 2,310.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 3/19/2025 | NK | A104 | L310 | Analyze [redacted] | 0.80 | 165.00 | 132.00 |
| 3/20/2025 | JHT | A109 | L330 | Meet with Chief Lecrivain [redacted]. | 1.60 | 550.00 | 880.00 |
| 3/20/2025 | JHT | A104 | L330 | Review and analyze [redacted] | 0.70 | 550.00 | 385.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | [redacted]. | | | |
| 3/20/2025 | JHT | A106 | L110 | Meet with V. Bane and B. Stormer to [redacted]. | 0.70 | 550.00 | 385.00 |
| 3/20/2025 | JHT | A106 | L310 | Communications with clients re document collection and production. | 0.30 | 550.00 | 165.00 |
| 3/20/2025 | JHT | A104 | L310 | Review [redacted]. | 3.10 | 550.00 | 1,705.00 |
| 3/20/2025 | JHT | A106 | L330 | Communications with County [redacted] re depositions and transcripts. | 0.20 | 550.00 | 110.00 |
| 3/20/2025 | SGW | A104 | L310 | Review and finalize documents for fourth official production. | 5.60 | 550.00 | 3,080.00 |
| 3/20/2025 | SGW | A103 | L310 | Draft expert disclosure for V. Thomas. | 0.50 | 550.00 | 275.00 |
| 3/20/2025 | SGW | A101 | L330 | Attend [redacted]. | 1.40 | 550.00 | 770.00 |
| 3/20/2025 | SGW | A104 | L120 | Develop [redacted]. | 0.60 | 550.00 | 330.00 |
| 3/20/2025 | SGW | A104 | L120 | Review and analysis of new production of documents from plaintiff. | 1.30 | 550.00 | 715.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 3/20/2025 | SGS | A104 | L110 | Prepare subpoena documents for personal appearance and production of documents to J. Villanueva. | 0.40 | 165.00 | 66.00 |
| 3/20/2025 | SGS | A104 | L110 | Continue preparing joint exhibit list. | 2.20 | 165.00 | 363.00 |
| 3/20/2025 | SGS | A104 | L110 | Compile documents and videos for production of same. | 0.80 | 165.00 | 132.00 |
| 3/20/2025 | NK | A104 | L310 | Prepare COLA002612 - COLA002797 production. | 1.80 | 165.00 | 297.00 |
| 3/20/2025 | BN | A104 | L330 | Search for and review documents for T. Murakami deposition. | 3.30 | 550.00 | 1,815.00 |
| 3/21/2025 | SGS | A104 | L110 | Receive and organize Villanueva production for review and analysis of same. | 1.30 | 165.00 | 214.50 |
| 3/21/2025 | JHT | A109 | L330 | Defend deposition of E. Lim. | 8.40 | 550.00 | 4,620.00 |
| 3/21/2025 | CCL | A103 | L330 | Summarize 1 to 40 of the deposition of A. Devane on March 6, 2025. | 2.50 | 165.00 | 412.50 |
| 3/21/2025 | SGW | A104 | L120 | Develop [redacted]. | 1.60 | 550.00 | 880.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/21/2025 | SGW | A103 | L310 | Finalize expert disclosures. | 0.50 | 550.00 | 275.00 |
| 3/21/2025 | SGW | A103 | L350 | Draft supplemental briefing in support of apex motion. | 2.40 | 550.00 | 1,320.00 |
| 3/21/2025 | SGW | A104 | L120 | Research and analysis of arguments rebutting plaintiff's opposition to motion for protection. | 1.70 | 550.00 | 935.00 |
| 3/21/2025 | MMI | A104 | L210 | Cite check, proofread and mark authorities in supplemental brief in support of motion to compel medical records. | 1.20 | 165.00 | 198.00 |
| 3/21/2025 | SGS | A104 | L110 | Prepare joint jury instructions. | 3.90 | 165.00 | 643.50 |
| 3/21/2025 | BN | A104 | L330 | Search for and review documents for deposition witnesses. | 1.10 | 550.00 | 605.00 |
| 3/22/2025 | JHT | A104 | L110 | Review CISU recorded interviews for Huntsman and Lim. | 1.20 | 550.00 | 660.00 |
| 3/22/2025 | JHT | A103 | L350 | Revise supplemental brief in support of County motion to compel Plaintiff's medical records. | 1.30 | 550.00 | 715.00 |
| 3/22/2025 | JHT | A104 | L310 | Further review County Comms summaries for document production. | 1.20 | 550.00 | 660.00 |
| 3/23/2025 | JHT | A106 | L330 | Communications with client re [redacted]. | 0.50 | 550.00 | 275.00 |
| 3/23/2025 | JHT | A104 | L310 | Review and analyze Plaintiff's Rule 26 expert disclosure and reports. | 1.60 | 550.00 | 880.00 |
| 3/23/2025 | JHT | A108 | L310 | Communications with Dr. Cohen and J. McNulty re [redacted] | 0.30 | 550.00 | 165.00 |
| 3/23/2025 | JHT | A104 | L310 | Analysis and strategy re responding to Plaintiff's Rule 26 expert disclosures. | 0.80 | 550.00 | 440.00 |
| 3/23/2025 | SGW | A104 | L310 | Review and analysis of plaintiff's expert reports and associated materials. | 2.60 | 550.00 | 1,430.00 |
| 3/23/2025 | SGW | A104 | L310 | Analysis regarding plaintiff's deposition and meet and confer correspondence, and plaintiff's failure to produce medical records. | 0.60 | 550.00 | 330.00 |
| 3/24/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and discovery motions. | 0.30 | 550.00 | 165.00 |
| 3/24/2025 | JHT | A109 | L310 | Meet with J. McNulty re potential damages expert. | 0.40 | 550.00 | 220.00 |
| 3/24/2025 | JHT | A109 | L330 | Meet with K. Coates [redacted] | 2.20 | 550.00 | 1,210.00 |

[redacted]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/24/2025 | JHT | A103 | L350 | Further revise supplemental brief in support of County motion to compel Plaintiff's medical records. | 1.50 | 550.00 | 825.00 |
| 3/24/2025 | JHT | A103 | L350 | Revise supplemental brief in support of County motion for protective order re APEX witnesses. | 0.80 | 550.00 | 440.00 |
| 3/24/2025 | JHT | A103 | L310 | Revise deposition notices and requests for production to Plaintiff's expert witnesses. | 0.50 | 550.00 | 275.00 |
| 3/24/2025 | JHT | A103 | L350 | Revise supplemental brief in support of County motion to compel Plaintiff's discovery responses. | 1.10 | 550.00 | 605.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 3/24/2025 | SGS | A104 | L110 | Finalize deposition subpoena and notice for J. Villanueva. | 0.20 | 165.00 | 33.00 |
| 3/24/2025 | SGS | A104 | L110 | Receive and organize Villanueva productions. | 1.00 | 165.00 | 165.00 |
| 3/24/2025 | SGS | A104 | L110 | Research and analysis of Villanueva Rule 26 witness experts in support of preparing subpoenas and requests for production of documents to same. | 2.40 | 165.00 | 396.00 |
| 3/24/2025 | SGS | A104 | L110 | Prepare E. Alvarez deposition subpoena documents and notice of same. | 0.80 | 165.00 | 132.00 |
| 3/24/2025 | CCL | A103 | L330 | Summarize deposition of A. Devane on March 6, 2025. | 3.40 | 165.00 | 561.00 |
| 3/24/2025 | NK | A104 | L310 | Analyze social media files for confidentiality and production. | 2.00 | 165.00 | 330.00 |
| 3/24/2025 | BN | A103 | L130 | Research issues related to multiple expert witnesses on a single issue and draft email regarding same. | 1.20 | 550.00 | 660.00 |
| 3/24/2025 | BN | A104 | L130 | Confer with expert witness J. McNulty and [redacted]. | 0.40 | 550.00 | 220.00 |
| 3/24/2025 | BN | A105 | L330 | Multiple telephone calls to address depositions and deposition scheduling. | 0.50 | 550.00 | 275.00 |
| 3/24/2025 | BN | A104 | L330 | Review exhibits, newspaper articles and other documents for J. Satterfield deposition. | 2.40 | 550.00 | 1,320.00 |
| 3/24/2025 | SGW | A103 | L350 | Draft and revise supplemental briefing on motion for protection of apex depositions. | 4.80 | 550.00 | 2,640.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/24/2025 | SGW | A103 | L350 | Draft and revise supplemental briefing on motion to compel further discovery responses. | 3.20 | 550.00 | 1,760.00 |
| 3/24/2025 | SGW | A104 | L120 | Analysis regarding action items including supplemental filings, expert reports, and depositions. | 0.50 | 550.00 | 275.00 |
| 3/25/2025 | JHT | A108 | L350 | Meet and confer with Plaintiff's counsel re discovery issues. | 2.00 | 550.00 | 1,100.00 |
| 3/25/2025 | JHT | A109 | L330 | Defend deposition of Chief Lecrivain. | 5.40 | 550.00 | 2,970.00 |
| 3/25/2025 | SGS | A104 | L110 | Finalize E. Alvarez deposition subpoena documents for personal service. | 0.20 | 165.00 | 33.00 |
| 3/25/2025 | SGS | A104 | L110 | Revise supplemental J. Tokoro declaration, including compiling exhibits to same. | 0.90 | 165.00 | 148.50 |
| 3/25/2025 | SGS | A104 | L110 | Prepare factual cites to supplemental motion to compel Villanueva medical records. | 0.40 | 165.00 | 66.00 |
| 3/25/2025 | MMI | A104 | L210 | Proofread supplemental briefs and supplemental declaration of J. Tokoro. | 1.60 | 165.00 | 264.00 |
| 3/25/2025 | JHT | A106 | L330 | Communications with M. Cruz re deposition. | 0.50 | 550.00 | 275.00 |
| 3/25/2025 | JHT | A103 | L430 | Revise draft joint trial exhibit list. | 0.60 | 550.00 | 330.00 |
| 3/25/2025 | JHT | A103 | L430 | Revise draft joint jury instructions. | 0.70 | 550.00 | 385.00 |
| 3/25/2025 | SGS | A104 | L110 | Begin summarizing A. Villanueva deposition transcript in support compiling evidence for motion for summary judgment. | 5.40 | 165.00 | 891.00 |
| 3/25/2025 | CCL | A103 | L330 | Summarize deposition of A. Devane on March 6, 2025. | 3.00 | 165.00 | 495.00 |
| 3/25/2025 | BN | A104 | L210 | Review requirements for motions in limine and scheduling issues. | 0.20 | 550.00 | 110.00 |
| 3/25/2025 | SGW | A103 | L350 | Revise and finalize supplemental statements in support of motions opposing apex deposition and to compel discovery. | 1.30 | 550.00 | 715.00 |
| 3/25/2025 | SGW | A104 | L120 | Develop strategy regarding [redacted]. | 0.30 | 550.00 | 165.00 |
| 3/26/2025 | JHT | A104 | L350 | Review DiBona supplemental declarations in opposition to County discovery motions. | 0.20 | 550.00 | 110.00 |
| 3/26/2025 | JHT | A109 | L330 | Defend deposition of K. Coates. | 4.50 | 550.00 | 2,475.00 |
| 3/26/2025 | JHT | A104 | L120 | Meet with N. Gevorki re [redacted] | 0.40 | 550.00 | 220.00 |

[redacted]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/26/2025 | JHT | A106 | L330 | Communications with client and LASD personnel re depositions. | 0.40 | 550.00 | 220.00 |
| 3/26/2025 | JHT | A108 | L330 | Teleconference with T. Yu re E. Alvarez deposition. | 0.50 | 550.00 | 275.00 |
| 3/26/2025 | JHT | A109 | L330 | Meet with Commander Escobedo re [redacted]. | 0.30 | 550.00 | 165.00 |
| 3/26/2025 | JHT | A108 | L330 | Teleconference with M. Lillienfeld re deposition. | 0.40 | 550.00 | 220.00 |
| 3/26/2025 | NK | A104 | L310 | Overlay Bates metadata for Villanueva's productions. | 2.00 | 165.00 | 330.00 |
| 3/26/2025 | NK | A104 | L310 | Analyze audio files for data ingestion. | 0.50 | 165.00 | 82.50 |
| 3/26/2025 | JHT | A103 | L310 | Further revise County responses to Plaintiff's third set of written discovery. | 1.40 | 550.00 | 770.00 |
| 3/26/2025 | SGS | A104 | L110 | Update joint trial exhibit list. | 2.70 | 165.00 | 445.50 |
| 3/26/2025 | SGS | A104 | L110 | Compile deposition exhibit videos for V. Villanueva deposition. | 0.80 | 165.00 | 132.00 |
| 3/26/2025 | SGS | A104 | L110 | Correspondence with First Legal re translation of M. Lopez text messages in preparation of upcoming deposition. | 0.40 | 165.00 | 66.00 |
| 3/26/2025 | SGS | A104 | L110 | Compile [redacted] M. Cohen in [redacted] report. | 1.10 | 165.00 | 181.50 |
| 3/26/2025 | SGS | A104 | L110 | Research and analysis of Courtroom rules, local rules, and Federal civil procedure re joint witness list. | 1.00 | 165.00 | 165.00 |
| 3/26/2025 | SGS | A104 | L110 | Begin preparing joint witness list. | 1.20 | 165.00 | 198.00 |
| 3/26/2025 | SGS | A104 | L110 | Research and analysis of production and key documents in support of updating joint trial exhibit list. | 0.70 | 165.00 | 115.50 |
| 3/26/2025 | BN | A103 | L330 | Search for and review documents for drafting of multiple deposition outlines. | 3.00 | 550.00 | 1,650.00 |
| 3/26/2025 | BN | A102 | L440 | Research authorities for memorandum of contentions of fact and law. | 2.00 | 550.00 | 1,100.00 |
| 3/26/2025 | SGW | A104 | L330 | Research and create exhibits and questions for V. Villanueva deposition. | 5.30 | 550.00 | 2,915.00 |
| 3/26/2025 | SGW | A103 | L330 | Draft deposition outline for V. Villanueva. | 0.80 | 550.00 | 440.00 |
| 3/26/2025 | SGW | A103 | L310 | Prepare [redacted] | 0.70 | 550.00 | 385.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | [redacted] V. Thomas. | | | |
| 3/26/2025 | SGW | A103 | L310 | Prepare [redacted] expert M. Cohen. | 0.20 | 550.00 | 110.00 |
| 3/26/2025 | SGW | A104 | L120 | Research [redacted]. | 0.30 | 550.00 | 165.00 |
| 3/27/2025 | SGS | A104 | L110 | Continue preparing joint witness list. | 1.20 | 165.00 | 198.00 |
| 3/27/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and experts. | 0.30 | 550.00 | 165.00 |
| 3/27/2025 | JHT | A109 | L330 | Meet with Mercedes Cruz [redacted]. | 2.50 | 550.00 | 1,375.00 |
| 3/27/2025 | JHT | A103 | L240 | Draft [redacted]. | 1.20 | 550.00 | 660.00 |
| 3/27/2025 | JHT | A108 | L310 | Teleconference with Dr. Cohen re Plaintiff IME. | 1.00 | 550.00 | 550.00 |
| 3/27/2025 | JHT | A103 | L310 | Revise [redacted]. | 0.80 | 550.00 | 440.00 |
| 3/27/2025 | JHT | A103 | L430 | Revise propose joint witness list and time estimate. | 0.70 | 550.00 | 385.00 |
| 3/27/2025 | SGS | A104 | L110 | Continue preparing summary to A. Villanueva deposition transcript. | 5.80 | 165.00 | 957.00 |
| 3/27/2025 | JHT | A104 | L310 | Review and analyze research re Plaintiff's expert witnesses. | 0.60 | 550.00 | 330.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted]. | [redacted] | [redacted] | [redacted] |
| 3/27/2025 | SGW | A103 | L310 | Review [redacted] | 1.40 | 550.00 | 770.00 |
| 3/27/2025 | SGW | A103 | L330 | Prepare outline for deposition of M. Lopez. | 0.50 | 550.00 | 275.00 |
| 3/27/2025 | SGW | A102 | L330 | Research regarding potential exhibits and questions for M. Lopez deposition. | 1.00 | 550.00 | 550.00 |
| 3/27/2025 | SGW | A104 | L310 | Review [redacted] | 1.70 | 550.00 | 935.00 |
| 3/28/2025 | JHT | A109 | L330 | Defend deposition of M. Cruz (CEOP). | 6.00 | 550.00 | 3,300.00 |
| 3/28/2025 | JHT | A104 | L310 | Review and analyze County documents for potential withholding and privilege log. | 1.50 | 550.00 | 825.00 |
| 3/28/2025 | SGW | A104 | L310 | Review documents for privilege log. | 1.60 | 550.00 | 880.00 |
| 3/28/2025 | SGW | A104 | L330 | Develop [redacted] | 0.90 | 550.00 | 495.00 |
| 3/28/2025 | SGW | A108 | L310 | Video conference with [redacted] | 0.50 | 550.00 | 275.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | regarding [redacted] | | | |
| 3/28/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions and experts. | 0.20 | 550.00 | 110.00 |
| 3/28/2025 | CCL | A103 | L330 | Summarize deposition of C. Diaz-Herrera on March 5, 2025. | 3.00 | 165.00 | 495.00 |
| 3/28/2025 | BN | A104 | L330 | Review transcripts related to T. Murakami for deposition outline. | 1.30 | 550.00 | 715.00 |
| 3/28/2025 | SGW | A109 | L330 | Take deposition of M. Lopez. | 3.80 | 550.00 | 2,090.00 |
| 3/28/2025 | SGW | A104 | L330 | Review outline and exhibits in advance of M. Lopez deposition. | 0.70 | 550.00 | 385.00 |
| 3/28/2025 | SGW | A108 | L310 | Draft correspondence to plaintiff's counsel regarding deficient document production. | 0.30 | 550.00 | 165.00 |
| 3/28/2025 | SGW | A103 | L310 | Finalize [redacted]. | 0.50 | 550.00 | 275.00 |
| 3/29/2025 | JHT | A101 | L330 | Prepare for E. Alvarez deposition and draft examination outline. | 2.20 | 550.00 | 1,210.00 |
| 3/30/2025 | JHT | A103 | L310 | Further revise County responses to Plaintiff's special interrogatories, set four per client edits. | 0.40 | 550.00 | 220.00 |
| 3/30/2025 | JHT | A106 | L330 | Communications with client and M. Cruz re deposition. | 0.40 | 550.00 | 220.00 |
| 3/30/2025 | BN | A104 | L330 | Review documents for J. Satterfield deposition. | 1.10 | 550.00 | 605.00 |
| 3/31/2025 | JHT | A108 | L330 | Communications re E. Alvarez deposition. | 0.30 | 550.00 | 165.00 |
| 3/31/2025 | JHT | A103 | L240 | Further revise County summary judgment declarations. | 1.70 | 550.00 | 935.00 |
| 3/31/2025 | JHT | A106 | L310 | Communications with E. Montelongo [redacted] | 0.20 | 550.00 | 110.00 |
| 3/31/2025 | JHT | A106 | L330 | Communications with LASD personnel re deposition transcripts and errata. | 0.40 | 550.00 | 220.00 |
| 3/31/2025 | JHT | A104 | L310 | Review [redacted]. | 0.50 | 550.00 | 275.00 |
| 3/31/2025 | JHT | A103 | L240 | Draft Lt. Devane summary judgment declaration. | 1.20 | 550.00 | 660.00 |
| 3/31/2025 | JHT | A103 | L240 | Draft Huntsman and Lim summary judgment declarations. | 1.60 | 550.00 | 880.00 |
| 3/31/2025 | JHT | A108 | L310 | Communications with opposing counsel re expert depositions. | 0.20 | 550.00 | 110.00 |
| 3/31/2025 | SGS | A104 | L110 | Prepare second amended deposition | 0.30 | 165.00 | 49.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | subpoena for personal appearance and request for production of documents, including notice of same, to V. Villanueva. | | | |
| 3/31/2025 | NK | A104 | L310 | Analyze emails re [redacted] | 1.50 | 165.00 | 247.50 |
| 3/31/2025 | BN | A104 | L330 | Review texts, emails, news articles and other exhibits for preparation of J. Satterfield deposition outline. | 3.60 | 550.00 | 1,980.00 |
| 3/31/2025 | BN | A103 | L330 | Draft outline for deposition of J. Satterfield. | 2.60 | 550.00 | 1,430.00 |

Sub-total Fees: 219,725.00

Rate Summary

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| Melissa M. Iverson | 9.10 hours at $ 165.00/hr | 1,501.50 |
| Nicole Kim | 22.40 hours at $ 165.00/hr | 3,696.00 |
| Clement C. Leung | 17.70 hours at $ 165.00/hr | 2,920.50 |
| [redacted] | [redacted] | [redacted] |
| Brian Neach | 36.90 hours at $ 550.00/hr | 20,295.00 |
| Scarlet G. Speakmoore | 54.80 hours at $ 165.00/hr | 9,042.00 |
| Jason H. Tokoro | 156.00 hours at $ 550.00/hr | 85,800.00 |
| Steven G. Williamson | 134.00 hours at $ 550.00/hr | 73,700.00 |
| Total hours: | 472.30 | |

Costs

| | | |
|---|---|---|
| 3/7/2025 | Expert Fees | 7,500.00 |
| 3/25/2025 | Translator Fees. | 125.00 |
| 3/25/2025 | Deposition Fees. | 2,057.20 |
| 3/25/2025 | Courier/Court/Filing Fees. | 347.02 |
| 3/25/2025 | Deposition Fees. | 2,182.15 |
| 3/25/2025 | Electronic Discovery Services. | 1,564.26 |
| 3/25/2025 | Deposition Fees. | 6,160.50 |
| 3/25/2025 | Courier/Court/Filing Fees. | 80.93 |
| 3/25/2025 | Deposition Fees. | 1,982.45 |
| 3/25/2025 | Videography Services. | 2,137.50 |
| 3/25/2025 | Electronic Discovery Services. | 3,850.00 |
| 3/25/2025 | Deposition Fees. | 2,117.45 |
| 3/25/2025 | Courier/Court/Filing Fees. | 455.82 |
| 3/25/2025 | Deposition Fees. | 1,587.65 |
| 3/25/2025 | Deposition Fees. | 1,614.60 |
| 3/31/2025 | Expert Fees. | 11,116.00 |

| | |
|---|---|
| Sub-total Expenses: | 44,878.53 |

**Payments**

| | | | |
|---|---|---|---|
| 3/21/2025 | Payment | Thank You | 30,012.80 |
| | | Sub-total Payments: | 30,012.80 |

| | |
|---|---|
| Current Billing: | 264,603.53 |
| Previous Balance: | 153,687.36 |
| Payments: | 30,012.80 |
| **Total Due Upon Receipt:** | 388,278.09 |

For billing questions, please contact:

[redacted]
(310)552-4400

**REMITTANCE COPY**
**Return with Payment**

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

Statement Number: 34907
Statement Date: 3/31/2025
Matter ID: [redacted]

**Amount Due:** 388,278.09

**PLEASE REMIT TO:**

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO [redacted]

Statement as of April 30, 2025
Statement No. 35182

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

| Matter | Current Billing | Previous Balance |
|---|---|---|
| [redacted]<br>Villanueva v. County of Los Angeles, et al.<br><br>CRM No.: [redacted]<br>Miller Barondess, LLP Tax ID: [redacted] | 384,653.00 | 388,278.09 |
| | 384,653.00 | 388,278.09 |
| | Total Now Due: | 772,931.09 |

REMITTANCE OF PAYMENT CAN BE MADE BY WIRE TRANSFER TO OUR ACCOUNT AS FOLLOWS:

[redacted]

MILLER BARONDESS, LLP
2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400
TAX IDENTIFICATION NO [redacted]

Statement as of April 30, 2025
Statement No. 35182

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

[redacted]: Villanueva v. County of Los Angeles, et al.

| Professional Fees | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 4/1/2025 | JHT | A108 | L310 | Communications with opposing counsel re expert depositions. | 0.20 | 550.00 | 110.00 |
| 4/1/2025 | JHT | A106 | L330 | Teleconference with Deputy Lested re [redacted]. | 0.40 | 550.00 | 220.00 |
| 4/1/2025 | JHT | A106 | L330 | Teleconference with N. Gevorki re [redacted] | 0.30 | 550.00 | 165.00 |
| 4/1/2025 | JHT | A106 | L330 | Communications with C. Deacon and P. Bavafa re depositions. | 0.20 | 550.00 | 110.00 |
| 4/1/2025 | JHT | A103 | L310 | Further revise County interrogatory responses. | 0.40 | 550.00 | 220.00 |
| 4/1/2025 | JHT | A103 | L250 | Revise draft stipulation to amended scheduling order re Daubert motion deadline. | 0.30 | 550.00 | 165.00 |
| 4/1/2025 | JHT | A107 | L330 | Communications with Sanders Roberts re [redacted] | 0.50 | 550.00 | 275.00 |
| 4/1/2025 | JHT | A103 | L330 | Draft objections and responses to deposition notices and requests for production to Thomas, Mintz, Lested, and Gevorki. | 1.00 | 550.00 | 550.00 |
| 4/1/2025 | JHT | A106 | L330 | Communications with County deponents re deposition transcripts and errata. | 0.40 | 550.00 | 220.00 |
| 4/1/2025 | SGS | A104 | L110 | Correspondence with First Legal re certified translation of M. Lopez text messages. | 0.20 | 165.00 | 33.00 |
| 4/1/2025 | SGS | A104 | L110 | Begin research and analysis of live stream notes in support of County's third supplemental responses to special interrogatories, including all instances of Villanueva commenting on gender of BOS and lack of | 3.80 | 165.00 | 627.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | qualifications. | | | |
| 4/1/2025 | CBL | A103 | L330 | Begin drafting deposition transcript summary of Roberta Yang (03-10-2025). | 2.00 | 165.00 | 330.00 |
| 4/1/2025 | BN | A109 | L330 | Take deposition of J. Satterfield. | 4.10 | 550.00 | 2,255.00 |
| 4/1/2025 | SGW | A108 | L330 | Correspond with opposing counsel regarding scheduling of V. Villanueva deposition. | 0.30 | 550.00 | 165.00 |
| 4/1/2025 | SGW | A104 | L240 | Review productions and deposition transcripts for use in summary judgment motion. | 7.30 | 550.00 | 4,015.00 |
| 4/1/2025 | SGW | A103 | L240 | Draft background section of summary judgment motion. | 2.60 | 550.00 | 1,430.00 |
| 4/2/2025 | JHT | A109 | L330 | Meet with Deputy Lested [redacted] | 2.00 | 550.00 | 1,100.00 |
| 4/2/2025 | JHT | A106 | L330 | Communications with County deponents re deposition transcripts. | 0.30 | 550.00 | 165.00 |
| 4/2/2025 | JHT | A108 | L310 | Communications with opposing counsel re expert depositions and stipulation to amend scheduling order. | 0.20 | 550.00 | 110.00 |
| 4/2/2025 | JHT | A109 | L310 | Meet with J. McNulty re [redacted] | 0.70 | 550.00 | 385.00 |
| 4/2/2025 | JHT | A103 | L310 | Revise County objections and responses to special interrogatories set three. | 1.00 | 550.00 | 550.00 |
| 4/2/2025 | JHT | A108 | L330 | Teleconference with M. Lillienfeld re deposition. | 0.20 | 550.00 | 110.00 |
| 4/2/2025 | JHT | A106 | L310 | Communications with Chief Lecrivain re [redacted]. | 0.20 | 550.00 | 110.00 |
| 4/2/2025 | SGS | A104 | L110 | Prepare deposition transcript and summary chart in support of upcoming trial and motion for summary judgment. | 0.90 | 165.00 | 148.50 |
| 4/2/2025 | SGS | A104 | L110 | Update trial witness outline chart in preparation of upcoming trial. | 0.40 | 165.00 | 66.00 |
| 4/2/2025 | SGS | A104 | L110 | Research and analysis of motions in limine relating to testimony by S. White in support of upcoming trial. | 0.80 | 165.00 | 132.00 |
| 4/2/2025 | CBL | A103 | L330 | Finish drafting deposition transcript summary of R. Yang (03-10-2025). | 4.50 | 165.00 | 742.50 |
| 4/2/2025 | BN | A103 | L310 | Review multiple emails regarding expert and witness depositions and draft responses to same. | 0.50 | 550.00 | 275.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/2/2025 | BN | A108 | L130 | Attend zoom call with expert witness J. McNulty [redacted]. | 0.50 | 550.00 | 275.00 |
| 4/2/2025 | BN | A104 | L330 | Review transcripts, exhibits and production documents for preparation of depositions of M. Lillienfeld and T. Murakami. | 4.20 | 550.00 | 2,310.00 |
| 4/2/2025 | NK | A104 | L310 | Analyze incoming and outgoing productions. | 0.70 | 165.00 | 115.50 |
| 4/2/2025 | SGW | A101 | L330 | Draft outline and prepare exhibits for J. Villanueva deposition. | 1.90 | 550.00 | 1,045.00 |
| 4/3/2025 | JHT | A108 | L310 | Communications with opposing counsel re expert depositions and stipulation to amend scheduling order. | 0.20 | 550.00 | 110.00 |
| 4/3/2025 | JHT | A103 | L250 | Finalize stipulation and proposed order to amend scheduling order re Daubert motions. | 0.30 | 550.00 | 165.00 |
| 4/3/2025 | JHT | A106 | L330 | Communications with client and County witnesses re depositions and trial. | 0.30 | 550.00 | 165.00 |
| 4/3/2025 | JHT | A104 | L310 | Review text messages with J. Villanueva produced by Plaintiff. | 0.50 | 550.00 | 275.00 |
| 4/3/2025 | JHT | A104 | L110 | Review summary of April 2, 2025 Villanueva Facebook Live sessions. | 0.40 | 550.00 | 220.00 |
| 4/3/2025 | JHT | A103 | L310 | Revise amended deposition notices and requests for production to Plaintiff's experts. | 0.40 | 550.00 | 220.00 |
| 4/3/2025 | JHT | A102 | L310 | Research and strategy re [redacted] | 0.60 | 550.00 | 330.00 |
| 4/3/2025 | SGS | A104 | L110 | Continue research and analysis of Villanueva's designated experts, including potential litigation and motions in limine rulings for S. White, J. Rowe, N. Kennedy, and R. Udell. | 4.10 | 165.00 | 676.50 |
| 4/3/2025 | SGS | A104 | L110 | Revise joint witness list. | 0.80 | 165.00 | 132.00 |
| 4/3/2025 | CCL | A103 | L330 | Draft summary of the deposition of C. Diaz-Herrera on March 5, 2025. | 3.00 | 165.00 | 495.00 |
| 4/3/2025 | BN | A103 | L130 | Address issues related to [redacted] | 0.50 | 550.00 | 275.00 |
| 4/3/2025 | BN | A108 | L130 | Attend Zoom call with expert witness J. McNulty [redacted] | 0.40 | 550.00 | 220.00 |
| 4/3/2025 | BN | A104 | L130 | Review [redacted]. | 0.30 | 550.00 | 165.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/3/2025 | SGW | A101 | L330 | Prepare for and take deposition of J. Villanueva. | 5.00 | 550.00 | 2,750.00 |
| 4/3/2025 | SGW | A103 | L240 | Revise background section of summary judgment motion. | 3.00 | 550.00 | 1,650.00 |
| 4/3/2025 | SGW | A104 | L330 | Review CEOP and Huntsman and Lim depositions for inclusion in briefing. | 2.20 | 550.00 | 1,210.00 |
| 4/4/2025 | JHT | A109 | L330 | Defend further deposition of V. Pawlowski. | 2.70 | 550.00 | 1,485.00 |
| 4/4/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions. | 0.20 | 550.00 | 110.00 |
| 4/4/2025 | JHT | A104 | L310 | Review, analyze and revise [redacted] | 0.50 | 550.00 | 275.00 |
| 4/4/2025 | JHT | A102 | L310 | Review and analyze research re Plaintiff's experts. | 0.60 | 550.00 | 330.00 |
| 4/4/2025 | JHT | A106 | L330 | Communications with County witnesses re depositions and summary judgment. | 0.30 | 550.00 | 165.00 |
| 4/4/2025 | JHT | A103 | L310 | Draft objections and responses to Plaintiff's deposition notices to Defendants' expert witnesses. | 0.80 | 550.00 | 440.00 |
| 4/4/2025 | SGS | A104 | L110 | Prepare deposition transcript summary of M. Huntsman. | 6.70 | 165.00 | 1,105.50 |
| 4/4/2025 | SGS | A104 | L110 | Revise [redacted] | 0.40 | 165.00 | 66.00 |
| 4/4/2025 | CCL | A103 | L330 | Finish drafting summary of the deposition of C. Diaz-Herrera on March 5, 2025. | 3.00 | 165.00 | 495.00 |
| 4/4/2025 | BN | A104 | L330 | Review prior trial testimony of T. Murakami for deposition preparation. | 2.00 | 550.00 | 1,100.00 |
| 4/4/2025 | BN | A104 | L330 | Review exhibits and transcripts to prepare for T. Murakamin deposition. | 1.30 | 550.00 | 715.00 |
| 4/4/2025 | BN | A103 | L130 | Revise [redacted]. | 0.50 | 550.00 | 275.00 |
| 4/4/2025 | BN | A104 | L130 | Review [redacted]. | 0.90 | 550.00 | 495.00 |
| 4/4/2025 | SGW | A102 | L240 | Research regarding 1983 and First Amendment retaliation case law for elected officials. | 4.60 | 550.00 | 2,530.00 |
| 4/4/2025 | SGW | A103 | L240 | Draft summary judgment argument sections regarding First Amendment retaliation. | 5.80 | 550.00 | 3,190.00 |
| 4/5/2025 | JHT | A108 | L310 | Communications with Dr. Cohen re [redacted] | 0.20 | 550.00 | 110.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/5/2025 | JHT | A108 | L310 | Communications with J. McNulty re [redacted]. | 0.20 | 550.00 | 110.00 |
| 4/6/2025 | BN | A104 | L330 | Review exhibits, transcripts and newspaper articles regarding T. Murakami for deposition preparation. | 1.30 | 550.00 | 715.00 |
| 4/6/2025 | JHT | A108 | L310 | Communications with Dr. Cohen re [redacted] | 0.80 | 550.00 | 440.00 |
| 4/6/2025 | SGS | A104 | L110 | Compile [redacted] | 0.80 | 165.00 | 132.00 |
| 4/6/2025 | BN | A103 | L330 | Draft and revise T. Murakami deposition outline. | 1.00 | 550.00 | 550.00 |
| 4/7/2025 | JHT | A103 | L310 | Finalize and serve County objections and responses to Plaintiffs requests for production, special interrogatories, and requests for admission. | 0.50 | 550.00 | 275.00 |
| 4/7/2025 | JHT | A108 | L310 | Communications with Dr. Cohen re [redacted] | 0.40 | 550.00 | 220.00 |
| 4/7/2025 | JHT | A108 | L310 | Communications with opposing counsel re expert depositions and reports. | 0.30 | 550.00 | 165.00 |
| 4/7/2025 | JHT | A106 | L310 | Communications with client re [redacted] | 0.40 | 550.00 | 220.00 |
| 4/7/2025 | SGS | A104 | L110 | Complete summary of M. Huntsman deposition transcript summary. | 2.30 | 165.00 | 379.50 |
| 4/7/2025 | SGS | A104 | L110 | Begin drafting summary of E. Lim deposition transcript. | 0.70 | 165.00 | 115.50 |
| 4/7/2025 | BN | A109 | L330 | Take deposition of T. Murakami. | 2.00 | 550.00 | 1,100.00 |
| 4/7/2025 | BN | A103 | L330 | Draft multiple emails regarding fact and expert witness depositions. | 0.20 | 550.00 | 110.00 |
| 4/7/2025 | NK | A104 | L310 | Analyze production re J. Satterfield. | 0.80 | 165.00 | 132.00 |
| 4/7/2025 | SGW | A108 | L350 | Correspond with plaintiff's counsel regarding potential spoliation. | 0.20 | 550.00 | 110.00 |
| 4/7/2025 | SGW | A103 | L240 | Draft and revise summary judgment legal arguments regarding speech, 1983 liability, and immunity. | 7.30 | 550.00 | 4,015.00 |
| 4/7/2025 | SGW | A102 | L240 | Research regarding applicability of qualified immunity and state tort law immunity. | 2.90 | 550.00 | 1,595.00 |
| 4/8/2025 | JHT | A109 | L330 | Meet with N. Gevorki (CISU) [redacted]. | 1.70 | 550.00 | 935.00 |
| 4/8/2025 | JHT | A104 | L310 | Analysis and strategy re expert | 0.50 | 550.00 | 275.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | depositions and discovery. | | | |
| 4/8/2025 | JHT | A108 | L440 | Communications with S. Thompson re trial. | 0.20 | 550.00 | 110.00 |
| 4/8/2025 | JHT | A103 | L310 | Finalize [redacted]. | 1.80 | 550.00 | 990.00 |
| 4/8/2025 | SGS | A104 | L110 | Correspondence with First Legal re translation services for M. Lopez deposition. | 0.20 | 165.00 | 33.00 |
| 4/8/2025 | SGS | A104 | L110 | Receive [redacted] | 1.80 | 165.00 | 297.00 |
| 4/8/2025 | CBL | A103 | L330 | Begin drafting deposition transcript summary for G. Carrillo. | 2.00 | 165.00 | 330.00 |
| 4/8/2025 | BN | A102 | L210 | Research potential bases for motions in limine. | 0.50 | 550.00 | 275.00 |
| 4/8/2025 | SGW | A104 | L120 | Develop strategy regarding summary judgment arguments. | 1.40 | 550.00 | 770.00 |
| 4/8/2025 | SGW | A103 | L240 | Finish first draft of summary judgment briefing and revise same to comport with word limits. | 8.80 | 550.00 | 4,840.00 |
| 4/9/2025 | JHT | A103 | L240 | Research and revise Defendants' motion for summary judgment. | 4.80 | 550.00 | 2,640.00 |
| 4/9/2025 | JHT | A103 | L240 | Revise meet and confer letter re Defendants' summary judgment motion. | 0.30 | 550.00 | 165.00 |
| 4/9/2025 | ESR | A104 | L240 | Develop legal arguments re [redacted] | 0.50 | 550.00 | 275.00 |
| 4/9/2025 | SGW | A103 | L430 | Draft meet and confer letter to plaintiff's counsel regarding summary judgment. | 1.70 | 550.00 | 935.00 |
| 4/9/2025 | SGW | A104 | L120 | Strategize regarding additional First Amendment retaliation arguments related to elected officials and adverse effects. | 2.00 | 550.00 | 1,100.00 |
| 4/9/2025 | SGW | A103 | L240 | Draft and compile statement of undisputed material facts and supporting declarations. | 6.80 | 550.00 | 3,740.00 |
| 4/10/2025 | JHT | A102 | L240 | Research and analysis re [redacted]. | 2.70 | 550.00 | 1,485.00 |
| 4/10/2025 | JHT | A103 | L240 | Further revise summary judgment declarations. | 2.40 | 550.00 | 1,320.00 |
| 4/10/2025 | JHT | A108 | L240 | Meet and confer with opposing counsel re Defendants' summary judgment motion. | 0.80 | 550.00 | 440.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/10/2025 | JHT | A106 | L240 | Communications with client re [redacted]. | 0.20 | 550.00 | 110.00 |
| 4/10/2025 | SGS | A104 | L110 | Prepare rough transcript of 4/9/2025 Facebook Live video of A. Villanueva. | 0.50 | 165.00 | 82.50 |
| 4/10/2025 | JHT | A102 | L240 | Research and analysis re causation for First Amendment claims against elected officials. | 1.70 | 550.00 | 935.00 |
| 4/10/2025 | JHT | A103 | L330 | Finalize objections and responses to deposition notices for Lested, Gevorki, Mintz, and Thomas. | 0.50 | 550.00 | 275.00 |
| 4/10/2025 | JHT | A108 | L310 | Communications with opposing counsel re expert depositions and document productions. | 0.50 | 550.00 | 275.00 |
| 4/10/2025 | JHT | A108 | L310 | Teleconference with Dr. Cohen re [redacted]. | 0.50 | 550.00 | 275.00 |
| 4/10/2025 | ESR | A104 | L240 | Analyze first Amendment retaliation claims, governing legal standards. | 0.50 | 550.00 | 275.00 |
| 4/10/2025 | ESR | A104 | L240 | Review, analyze draft motion for summary judgment and relevant case authority for retaliation claims. | 0.60 | 550.00 | 330.00 |
| 4/10/2025 | CBL | A103 | L330 | Complete drafting of deposition transcript summary for G. Carillo. | 3.30 | 165.00 | 544.50 |
| 4/10/2025 | SGW | A108 | L240 | Meet and confer with opposing counsel regarding forthcoming summary judgment motion. | 0.90 | 550.00 | 495.00 |
| 4/10/2025 | SGW | A103 | L240 | Revise CEOP declarations in support of summary judgment motion. | 1.20 | 550.00 | 660.00 |
| 4/10/2025 | SGW | A103 | L240 | Draft statement of undisputed material facts and identify supporting evidence for same. | 7.70 | 550.00 | 4,235.00 |
| 4/11/2025 | JHT | A104 | L350 | Review discovery order from Magistrate Judge re County motions. | 0.40 | 550.00 | 220.00 |
| 4/11/2025 | JHT | A108 | L310 | Communications with opposing counsel re expert depositions and discovery motion ruling. | 0.30 | 550.00 | 165.00 |
| 4/11/2025 | JHT | A103 | L310 | Draft objections and responses to notice of deposition of J. McNulty (damages expert). | 0.40 | 550.00 | 220.00 |
| 4/11/2025 | SGS | A104 | L110 | Prepare amended subpoena and notice of subpoena to E. Alvarez. | 0.30 | 165.00 | 49.50 |
| 4/11/2025 | SGS | A104 | L110 | Continue compiling exhibits in support of motion for summary judgment. | 1.10 | 165.00 | 181.50 |
| 4/11/2025 | SGS | A104 | L110 | Prepare J. Tokoro declaration in | 1.10 | 165.00 | 181.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | support of motion for summary judgment. | | | |
| 4/11/2025 | JHT | A104 | L310 | Review County production for privilege issues. | 0.70 | 550.00 | 385.00 |
| 4/11/2025 | JHT | A106 | L330 | Communications with client re [redacted] | 0.20 | 550.00 | 110.00 |
| 4/11/2025 | JHT | A103 | L240 | Revise Gevorki summary judgment declaration [redacted] | 0.30 | 550.00 | 165.00 |
| 4/11/2025 | JHT | A103 | L240 | Make further revisions to Diaz-Herrera, Huntsman, and Lim summary judgment declarations. | 1.60 | 550.00 | 880.00 |
| 4/11/2025 | SGS | A104 | L110 | Receive and organize document production from J. Rowe in preparation of upcoming deposition. | 0.30 | 165.00 | 49.50 |
| 4/11/2025 | CBL | A103 | L330 | Draft deposition transcript summary for L. Perri. | 5.20 | 165.00 | 858.00 |
| 4/11/2025 | BN | A103 | L310 | Draft outline for deposition of expert witness Dr Rowe. | 0.50 | 550.00 | 275.00 |
| 4/11/2025 | BN | A103 | L330 | Draft multiple emails regarding depositions and deposition scheduling. | 0.20 | 550.00 | 110.00 |
| 4/11/2025 | BN | A104 | L310 | Review expert reports and prepare for deposition of expert Dr Rowe. | 2.90 | 550.00 | 1,595.00 |
| 4/11/2025 | BN | A103 | L310 | Revise objections to subpoena to J. McNulty. | 0.30 | 550.00 | 165.00 |
| 4/11/2025 | BN | A103 | L310 | Review IME transcript of A. Villanueva and draft excerpts for expert depositions. | 2.00 | 550.00 | 1,100.00 |
| 4/11/2025 | BN | A104 | L310 | Review documents produced by expert witness Dr Rowe. | 0.40 | 550.00 | 220.00 |
| 4/11/2025 | NK | A104 | L310 | Review and analyze documents for privilege and issues. | 1.50 | 165.00 | 247.50 |
| 4/11/2025 | NK | A104 | L310 | Prepare COLA002798 - COLA003377 production. | 2.00 | 165.00 | 330.00 |
| 4/11/2025 | SGW | A104 | L310 | Review and QC outgoing supplemental document production. | 2.20 | 550.00 | 1,210.00 |
| 4/11/2025 | SGW | A103 | L240 | Revise summary judgment brief to incorporate additional arguments related to First Amendment standard. | 4.20 | 550.00 | 2,310.00 |
| 4/12/2025 | JHT | A103 | L240 | Further research and revise summary judgment motion. | 2.80 | 550.00 | 1,540.00 |
| 4/12/2025 | BN | A103 | L310 | Review transcript of IME of A. Villanueva and draft excerpts for expert witness depositions. | 0.80 | 550.00 | 440.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/12/2025 | BN | A103 | L310 | Revise outline for deposition of expert witness Dr. Rowe. | 2.60 | 550.00 | 1,430.00 |
| 4/12/2025 | BN | A109 | L310 | Take deposition of expert witness Dr. Rowe. | 4.60 | 550.00 | 2,530.00 |
| 4/12/2025 | ESR | A104 | L240 | Review, analyze legal authorities re elected official First Amendment retaliation claim for motion for summary judgment. | 0.50 | 550.00 | 275.00 |
| 4/12/2025 | ESR | A103 | L240 | Review, edit motion for summary judgment. | 1.90 | 550.00 | 1,045.00 |
| 4/13/2025 | JHT | A106 | L240 | Communications with client re [redacted]. | 0.40 | 550.00 | 220.00 |
| 4/13/2025 | JHT | A103 | L240 | Further revise summary judgment motion [redacted] | 3.70 | 550.00 | 2,035.00 |
| 4/13/2025 | JHT | A106 | L240 | Teleconference with R. Yang re [redacted] | 0.60 | 550.00 | 330.00 |
| 4/13/2025 | JHT | A108 | L310 | Communications with Dr. Cohen re [redacted] | 0.40 | 550.00 | 220.00 |
| 4/13/2025 | BN | A103 | L330 | Draft outline and review documents for M. Lillienfeld deposition. | 1.10 | 550.00 | 605.00 |
| 4/13/2025 | ESR | A103 | L240 | Edit motion for summary judgment. | 2.10 | 550.00 | 1,155.00 |
| 4/14/2025 | JHT | A104 | L310 | Review [redacted]. | 0.70 | 550.00 | 385.00 |
| 4/14/2025 | JHT | A106 | L240 | Communications with client re [redacted] | 0.50 | 550.00 | 275.00 |
| 4/14/2025 | JHT | A108 | L310 | Communications with opposing counsel re expert depositions and discovery orders. | 0.30 | 550.00 | 165.00 |
| 4/14/2025 | JHT | A109 | L330 | Defend deposition of Deputy Lested. | 2.80 | 550.00 | 1,540.00 |
| 4/14/2025 | SGS | A104 | L110 | Receive [redacted] | 0.60 | 165.00 | 99.00 |
| 4/14/2025 | SGS | A104 | L110 | Research and analysis [redacted]. | 0.30 | 165.00 | 49.50 |
| 4/14/2025 | JHT | A102 | L240 | Research and analysis re evidentiary record for summary judgment motion. | 3.20 | 550.00 | 1,760.00 |
| 4/14/2025 | JHT | A106 | L240 | Teleconference with E. Lim re [redacted] | 0.30 | 550.00 | 165.00 |
| 4/14/2025 | JHT | A103 | L240 | Revise Tokoro summary judgment declaration to incorporate evidence of | 2.80 | 550.00 | 1,540.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Plaintiff's continued speech. | | | |
| 4/14/2025 | JHT | A104 | L350 | Review Magistrate judge's ruling on Plaintiff's motion to quash subpoena for documents to LACERA. | 0.20 | 550.00 | 110.00 |
| 4/14/2025 | JHT | A108 | L350 | Communications re Magistrate ruling on Plaintiff's motion to quash LACERA document subpoena. | 0.20 | 550.00 | 110.00 |
| 4/14/2025 | SGS | A104 | L110 | Analysis and strategize re evidence relating to motion for summary judgment. | 0.40 | 165.00 | 66.00 |
| 4/14/2025 | SGS | A104 | L110 | Receive and organize Villanueva's expert document production in support of depositions. | 0.50 | 165.00 | 82.50 |
| 4/14/2025 | NK | A104 | L310 | Analyze documents re [redacted] | 0.80 | 165.00 | 132.00 |
| 4/14/2025 | NK | A104 | L310 | Prepare COHEN000001 - COHEN012234 production. | 2.30 | 165.00 | 379.50 |
| 4/14/2025 | BN | A103 | L330 | Revise outline of deposition of M. Lilienfeld and review related documents. | 1.70 | 550.00 | 935.00 |
| 4/14/2025 | BN | A109 | L330 | Take the deposition of M. Lilienfeld. | 1.60 | 550.00 | 880.00 |
| 4/14/2025 | BN | A104 | L310 | Review N. Kennedy expert report regarding emotional distress. | 0.50 | 550.00 | 275.00 |
| 4/14/2025 | BN | A103 | L310 | Draft and revise outline for deposition of expert witness N. Kennedy and review documents. | 5.10 | 550.00 | 2,805.00 |
| 4/14/2025 | ESR | A104 | L240 | Review, analyze additional legal authorities re First Amendment retaliation claim - motion for summary judgment. | 2.30 | 550.00 | 1,265.00 |
| 4/14/2025 | CBL | A103 | L330 | Begin drafting N. Wilson deposition transcript summary. | 2.00 | 165.00 | 330.00 |
| 4/14/2025 | SGW | A104 | L120 | Review and analysis of court rulings on discovery motions. | 0.30 | 550.00 | 165.00 |
| 4/14/2025 | SGW | A104 | L120 | Review and flag key Villanueva Facebook Live sessions for use in motions. | 0.80 | 550.00 | 440.00 |
| 4/15/2025 | JHT | A108 | L330 | Communications with opposing counsel re depositions. | 0.30 | 550.00 | 165.00 |
| 4/15/2025 | JHT | A108 | L330 | Communications with T. Yu re E. Alvarez deposition. | 0.20 | 550.00 | 110.00 |
| 4/15/2025 | JHT | A109 | L330 | Defend deposition of N. Gevorki (CISU). | 2.80 | 550.00 | 1,540.00 |
| 4/15/2025 | JHT | A103 | L240 | Further research and revise summary judgment motion [redacted] | 1.70 | 550.00 | 935.00 |

[redacted]

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/15/2025 | JHT | A103 | L240 | Revise Huntsman summary judgment declaration [redacted] | 1.00 | 550.00 | 550.00 |
| 4/15/2025 | SGS | A104 | L110 | Update deposition transcript and summary tracker. | 0.50 | 165.00 | 82.50 |
| 4/15/2025 | SGS | A104 | L110 | Research and analysis of social media relating to public statements by Villanueva after filing of complaints by Huntsman and Lim. | 2.40 | 165.00 | 396.00 |
| 4/15/2025 | JHT | A103 | L240 | Revise Lim summary judgment declaration and [redacted] | 0.80 | 550.00 | 440.00 |
| 4/15/2025 | JHT | A103 | L240 | Revise Diaz-Herrerra summary judgment declaration. | 1.00 | 550.00 | 550.00 |
| 4/15/2025 | JHT | A103 | L240 | Revise Pawlowski and Coates summary judgment declarations re Board justice deputies. | 0.70 | 550.00 | 385.00 |
| 4/15/2025 | BN | A103 | L310 | Revise outline for N. Kennedy expert witness deposition. | 1.00 | 550.00 | 550.00 |
| 4/15/2025 | BN | A109 | L310 | Take deposition of expert witness Dr. Kennedy. | 3.00 | 550.00 | 1,650.00 |
| 4/15/2025 | BN | A102 | L210 | Research motion in limine for excluding S. White as damages expert for plaintiff. | 1.10 | 550.00 | 605.00 |
| 4/15/2025 | BN | A103 | L310 | Draft and revise outline for deposition of expert S. White and review reports and related documents. | 4.50 | 550.00 | 2,475.00 |
| 4/15/2025 | ESR | A103 | L240 | Revise motion for summary judgment. | 3.30 | 550.00 | 1,815.00 |
| 4/15/2025 | CBL | A103 | L330 | Continue drafting N. Wilson deposition transcript summary. | 2.50 | 165.00 | 412.50 |
| 4/15/2025 | SGW | A108 | L130 | Telephone conferences with V. Thomas regarding [redacted]. | 0.70 | 550.00 | 385.00 |
| 4/15/2025 | SGW | A109 | L310 | Defend expert deposition of V. Thomas. | 1.30 | 550.00 | 715.00 |
| 4/15/2025 | SGW | A103 | L240 | Draft supporting Huntsman, Lim, Coates, Diaz-Herrera, Pawlowski declarations in support of motion for summary judgment. | 3.80 | 550.00 | 2,090.00 |
| 4/15/2025 | SGW | A103 | L240 | Draft and revise statement of undisputed material facts and conclusions of law and compile evidence for same. | 2.70 | 550.00 | 1,485.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/16/2025 | JHT | A109 | L330 | Prepare for and take deposition of E. Alvarez. | 2.60 | 550.00 | 1,430.00 |
| 4/16/2025 | JHT | A106 | L240 | Communications with clients re summary judgment and declarations. | 0.50 | 550.00 | 275.00 |
| 4/16/2025 | JHT | A103 | L240 | Make [redacted] | 1.40 | 550.00 | 770.00 |
| 4/16/2025 | JHT | A106 | L330 | Communications with M. Huntsman re [redacted]. | 0.20 | 550.00 | 110.00 |
| 4/16/2025 | JHT | A104 | L240 | Analysis and strategy re evidentiary record for summary judgment motion. | 3.00 | 550.00 | 1,650.00 |
| 4/16/2025 | JHT | A104 | L310 | Review County responses to LAT and Villanueva PRA requests and production of PRA records. | 0.60 | 550.00 | 330.00 |
| 4/16/2025 | JHT | A103 | L430 | Revise meet and confer letter re County motions in limine. | 0.50 | 550.00 | 275.00 |
| 4/16/2025 | BN | A103 | L310 | Revise outline for deposition of expert witness S. White. | 0.60 | 550.00 | 330.00 |
| 4/16/2025 | BN | A102 | L210 | Research cases addressing multiple experts on single topic for potential motion in limine. | 0.70 | 550.00 | 385.00 |
| 4/16/2025 | BN | A109 | L310 | Take deposition of expert witness S. White. | 1.40 | 550.00 | 770.00 |
| 4/16/2025 | BN | A103 | L310 | Draft outline and review documents to prepare for deposition of expert witness Dr. Udell. | 1.20 | 550.00 | 660.00 |
| 4/16/2025 | BN | A103 | L210 | Draft letter for meet and confer regarding motions in limine and review documents and relevant authorities. | 1.80 | 550.00 | 990.00 |
| 4/16/2025 | SGS | A104 | L110 | Compile all executed declarations in support of motion for summary judgment. | 0.50 | 165.00 | 82.50 |
| 4/16/2025 | SGS | A104 | L110 | Continue research and analysis of public statements by Villanueva relating to the County, lawsuits, and Board of Supervisors. | 2.60 | 165.00 | 429.00 |
| 4/16/2025 | SGS | A104 | L110 | Compile Lim and Huntsman IAB files and native documents in support of motion for summary judgment. | 1.40 | 165.00 | 231.00 |
| 4/16/2025 | SGS | A104 | L110 | Continue updating J. Tokoro declaration to include all evidence in support of motion for summary judgment. | 1.80 | 165.00 | 297.00 |
| 4/16/2025 | NK | A104 | L310 | Prepare MCNULTY000001 - MCNULTY002522 production. | 1.50 | 165.00 | 247.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/16/2025 | NK | A104 | L310 | Analyze documents re [redacted]. | 0.50 | 165.00 | 82.50 |
| 4/16/2025 | ESR | A103 | L240 | Revise argument sections and introduction to motion for summary judgment. | 5.00 | 550.00 | 2,750.00 |
| 4/16/2025 | CBL | A103 | L330 | Complete N. Wilson deposition transcript summary. | 3.00 | 165.00 | 495.00 |
| 4/16/2025 | SGW | A104 | L310 | Review productions for records related to PRA request to County. | 0.90 | 550.00 | 495.00 |
| 4/16/2025 | SGW | A103 | L240 | Draft and revise supporting declarations for J. Lested and N. Gevorki. | 1.10 | 550.00 | 605.00 |
| 4/16/2025 | SGW | A103 | L240 | Revise and finalize first draft of statement of undisputed facts and supporting evidence. | 5.60 | 550.00 | 3,080.00 |
| 4/17/2025 | JHT | A103 | L240 | Make further edits to the summary judgment motion to reflect additional research [redacted]. | 1.70 | 550.00 | 935.00 |
| 4/17/2025 | JHT | A109 | L310 | Prepare for and defend deposition of Dr. Cohen (emotional distress expert). | 4.20 | 550.00 | 2,310.00 |
| 4/17/2025 | JHT | A106 | L240 | Communications with County clients re [redacted] | 0.40 | 550.00 | 220.00 |
| 4/17/2025 | JHT | A103 | L240 | Revised statement of undisputed material fact. | 2.60 | 550.00 | 1,430.00 |
| 4/17/2025 | SGS | A104 | L110 | Receive and organize Villanueva production for review and analysis in support of motion for summary judgment. | 0.30 | 165.00 | 49.50 |
| 4/17/2025 | BN | A103 | L310 | Draft outline for Dr. Udell deposition and review documents. | 1.10 | 550.00 | 605.00 |
| 4/17/2025 | ESR | A103 | L240 | Edit motion for summary judgment, including argument and background/facts sections. | 2.10 | 550.00 | 1,155.00 |
| 4/17/2025 | BN | A109 | L310 | Take deposition of plaintiff's expert witness Dr. Udell. | 1.70 | 550.00 | 935.00 |
| 4/17/2025 | BN | A104 | L310 | Review deposition transcripts of Plaintiff's experts for potential motions in limine. | 1.30 | 550.00 | 715.00 |
| 4/17/2025 | BN | A104 | L440 | Review draft jury instructions for potential additions. | 0.50 | 550.00 | 275.00 |
| 4/17/2025 | BN | A104 | L210 | Review plaintiff's proposed motions in limine and send email regarding defendants' proposed motions in limine. | 0.30 | 550.00 | 165.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/17/2025 | CBL | A103 | L330 | Begin drafting K. Coates deposition transcript summary. | 4.30 | 165.00 | 709.50 |
| 4/17/2025 | SGW | A103 | L240 | Revise statement of undisputed material facts and add additional deposition and declaration cites in support of same. | 4.10 | 550.00 | 2,255.00 |
| 4/17/2025 | SGW | A103 | L240 | Review and revise Tokoro declaration and compile evidence in support of same. | 1.60 | 550.00 | 880.00 |
| 4/17/2025 | SGW | A104 | L120 | Review Plaintiff Facebook Live sessions for examples of non-chilled speech. | 2.00 | 550.00 | 1,100.00 |
| 4/18/2025 | JHT | A104 | L310 | Review and analyze V. Villanueva texts and privilege log. | 0.60 | 550.00 | 330.00 |
| 4/18/2025 | JHT | A103 | L240 | Make further edits to County separate statement of undisputed material facts. | 1.00 | 550.00 | 550.00 |
| 4/18/2025 | JHT | A108 | L430 | Meet and confer with opposing counsel re motions in limine. | 0.60 | 550.00 | 330.00 |
| 4/18/2025 | JHT | A103 | L240 | Make further edits to Tokoro summary judgment declaration. | 2.30 | 550.00 | 1,265.00 |
| 4/18/2025 | NK | A104 | L310 | Analyze documents re [redacted] | 0.50 | 165.00 | 82.50 |
| 4/18/2025 | NK | A104 | L310 | Prepare COLA003378 - COLA003642 production. | 2.50 | 165.00 | 412.50 |
| 4/18/2025 | NK | A104 | L310 | Analyze incoming productions of Kennedy, Udell, White, and Rowe for metadata overlay. | 2.00 | 165.00 | 330.00 |
| 4/18/2025 | SGS | A104 | L110 | Continue gathering exhibits to motion for summary judgment. | 0.80 | 165.00 | 132.00 |
| 4/18/2025 | SGS | A104 | L110 | Analysis and strategize re expert document productions and management of same. | 0.80 | 165.00 | 132.00 |
| 4/18/2025 | SGS | A104 | L110 | Prepare Facebook Live exhibits to motion for summary judgment. | 0.90 | 165.00 | 148.50 |
| 4/18/2025 | SGS | A104 | L110 | Continue compiling exhibits in support of compendium of exhibits to the motion for summary judgment. | 3.80 | 165.00 | 627.00 |
| 4/18/2025 | CBL | A103 | L330 | Complete draft of K. Coates deposition transcript summary. | 2.50 | 165.00 | 412.50 |
| 4/18/2025 | CBL | A103 | L330 | Begin drafting M. Cruz deposition transcript summary. | 3.20 | 165.00 | 528.00 |
| 4/18/2025 | BN | A108 | L210 | Attend meet and confer meeting regarding motions in limine. | 0.30 | 550.00 | 165.00 |
| 4/18/2025 | BN | A103 | L210 | Research motion in limine issues and | 3.20 | 550.00 | 1,760.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | begin drafting of motions in limine nos. 1-3. | | | |
| 4/18/2025 | SGW | A104 | L310 | Review supplemental production related to PRA requests and finalize same. | 1.00 | 550.00 | 550.00 |
| 4/18/2025 | SGW | A103 | L240 | Revise statement of material facts to include additional evidence. | 4.30 | 550.00 | 2,365.00 |
| 4/18/2025 | SGW | A103 | L240 | Revise Tokoro declaration to include additional citations and supporting exhibits. | 2.30 | 550.00 | 1,265.00 |
| 4/19/2025 | JHT | A103 | L240 | Make further edits to Tokoro declaration to incorporate Plaintiff Facebook Live sessions. | 1.40 | 550.00 | 770.00 |
| 4/19/2025 | JHT | A104 | L240 | Review Plaintiff's April 16, 2025 Facebook Live video for summary judgment motion. | 1.10 | 550.00 | 605.00 |
| 4/19/2025 | JHT | A103 | L240 | Revise summary judgement notice of lodging and compendium of evidence. | 0.50 | 550.00 | 275.00 |
| 4/19/2025 | JHT | A103 | L240 | Revise exhibits to summary judgment compendium of evidence. | 0.80 | 550.00 | 440.00 |
| 4/19/2025 | SGS | A104 | L110 | Prepare various declarations in support of motion for summary judgment. | 1.30 | 165.00 | 214.50 |
| 4/19/2025 | SGS | A104 | L110 | Continue preparation of Facebook Live and Rumble audio exhibits to motion for summary judgment. | 1.00 | 165.00 | 165.00 |
| 4/19/2025 | SGS | A104 | L110 | Prepare notice of lodging of electronic evidence in support of motion for summary judgment. | 0.50 | 165.00 | 82.50 |
| 4/19/2025 | SGS | A104 | L110 | Begin excerpting deposition transcripts in support of motion for summary judgment. | 0.80 | 165.00 | 132.00 |
| 4/19/2025 | SGW | A104 | L120 | Identify deposition testimony for additional support to statement of undisputed facts. | 3.40 | 550.00 | 1,870.00 |
| 4/20/2025 | JHT | A103 | L240 | Revise summary judgment declarations, exhibits, and supporting filings. | 1.90 | 550.00 | 1,045.00 |
| 4/20/2025 | MMI | A104 | L210 | Cite check, proofread and mark authorities in motion for summary judgment. | 5.50 | 165.00 | 907.50 |
| 4/20/2025 | SGS | A104 | L110 | Continue excerpting deposition transcripts in support of motion for summary judgment. | 2.50 | 165.00 | 412.50 |
| 4/21/2025 | JHT | A103 | L240 | Make final revisions to summary | 3.70 | 550.00 | 2,035.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | judgment motion and supporting filings. | | | |
| 4/21/2025 | JHT | A108 | L330 | Communications with counsel re depositions. | 0.30 | 550.00 | 165.00 |
| 4/21/2025 | JHT | A103 | L430 | Revise stipulation re motions in limine. | 0.30 | 550.00 | 165.00 |
| 4/21/2025 | SGS | A104 | L110 | Continue excerpting deposition transcript cites to 14 transcripts in support of motion for summary judgment. | 4.60 | 165.00 | 759.00 |
| 4/21/2025 | SGS | A104 | L110 | Continue preparing factual cites to separate statement in support of motion for summary judgment. | 4.30 | 165.00 | 709.50 |
| 4/21/2025 | SGS | A104 | L110 | Compile and finalize exhibits to motion for summary judgment. | 3.20 | 165.00 | 528.00 |
| 4/21/2025 | SGS | A104 | L110 | Revise notice of lodging electronic documents in support of motion for summary judgment. | 0.30 | 165.00 | 49.50 |
| 4/21/2025 | BN | A109 | L310 | Attend meeting with expert witness J. McNulty [redacted] | 1.20 | 550.00 | 660.00 |
| 4/21/2025 | BN | A109 | L310 | Attend and defend deposition of expert witness J. McNulty. | 1.40 | 550.00 | 770.00 |
| 4/21/2025 | BN | A103 | L210 | Draft motion in limine no. 1 regarding expert witnesses and research cases. | 1.60 | 550.00 | 880.00 |
| 4/21/2025 | SGW | A104 | L310 | Review documents related to Villanueva LA Metro application. | 0.40 | 550.00 | 220.00 |
| 4/21/2025 | SGW | A101 | L330 | Prepare outline and exhibits for second deposition of A. Villanueva. | 1.80 | 550.00 | 990.00 |
| 4/21/2025 | SGW | A103 | L240 | Revise and finalize summary judgment motion, statement of undisputed facts, declarations, and supporting papers. | 8.70 | 550.00 | 4,785.00 |
| 4/22/2025 | SGS | A104 | L110 | Prepare second amended subpoena and notice re E. Alvarez deposition for personal appearance and production of documents. | 0.20 | 165.00 | 33.00 |
| 4/22/2025 | JHT | A106 | L240 | Communications with clients re [redacted] | 0.40 | 550.00 | 220.00 |
| 4/22/2025 | JHT | A108 | L310 | Communications with LACERA re document production. | 0.20 | 550.00 | 110.00 |
| 4/22/2025 | JHT | A104 | L310 | Review and analyze LACERA document production. | 0.60 | 550.00 | 330.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/22/2025 | BN | A103 | L210 | Research motion in limine issues, review exhibits and draft and revise motions in limine one through three. | 3.80 | 550.00 | 2,090.00 |
| 4/23/2025 | JHT | A103 | L430 | Revise County motion in limine to exclude Plaintiff's multiple emotional distress experts. | 1.00 | 550.00 | 550.00 |
| 4/23/2025 | JHT | A103 | L430 | Revise County motion in limine to exclude Plaintiff's expert White re economic damages. | 1.00 | 550.00 | 550.00 |
| 4/23/2025 | JHT | A103 | L430 | Revise joint trial exhibit list. | 0.80 | 550.00 | 440.00 |
| 4/23/2025 | SGS | A104 | L110 | Compile all deposition transcripts and exhibits in support of organizing and producing documents to trial tech. | 0.80 | 165.00 | 132.00 |
| 4/23/2025 | SGS | A104 | L110 | Continue revising joint trial exhibit list. | 1.80 | 165.00 | 297.00 |
| 4/23/2025 | BN | A103 | L210 | Draft and revise motions in limine nos. 1-2 and review related exhibits. | 4.20 | 550.00 | 2,310.00 |
| 4/23/2025 | BN | A103 | L210 | Further revise motion in limine no. 2 and review exhibits. | 2.00 | 550.00 | 1,100.00 |
| 4/23/2025 | BN | A103 | L210 | Draft and revise motion in limine no. 3 and review exhibits. | 1.50 | 550.00 | 825.00 |
| 4/23/2025 | SGW | A109 | L330 | Take deposition of V. Villanueva. | 5.40 | 550.00 | 2,970.00 |
| 4/24/2025 | SGS | A104 | L110 | Update joint trial exhibit list to include Facebook live recordings and IAB file documentation. | 2.60 | 165.00 | 429.00 |
| 4/24/2025 | SGS | A104 | L110 | Prepare J. Tokoro declaration in support of motion in limine no. 1. | 0.60 | 165.00 | 99.00 |
| 4/24/2025 | SGS | A104 | L110 | Compile exhibits to motion in limine no. 1. | 0.70 | 165.00 | 115.50 |
| 4/24/2025 | SGS | A104 | L110 | Prepare J. Tokoro declaration in support of motion in limine no. 2. | 0.60 | 165.00 | 99.00 |
| 4/24/2025 | SGS | A104 | L110 | Compile exhibits to motion in limine no. 2. | 0.70 | 165.00 | 115.50 |
| 4/24/2025 | BN | A103 | L210 | Review exhibits and further draft and revise motion in limine no. 3 regarding hearsay statements. | 4.30 | 550.00 | 2,365.00 |
| 4/24/2025 | BN | A103 | L210 | Draft proposed orders for motions in limine nos. 1-3. | 0.80 | 550.00 | 440.00 |
| 4/24/2025 | NK | A104 | L310 | Analyze UDELL000012-90 production. | 0.80 | 165.00 | 132.00 |
| 4/24/2025 | NK | A104 | L310 | Prepare Bates and metadata overlay for UDELL production. | 0.70 | 165.00 | 115.50 |
| 4/24/2025 | SGW | A103 | L430 | Draft meet and confer correspondence to plaintiff's counsel | 0.30 | 550.00 | 165.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | regarding motions in limine. | | | |
| 4/24/2025 | SGW | A104 | L120 | Develop strategy and arguments regarding draft motions in limine. | 1.30 | 550.00 | 715.00 |
| 4/25/2025 | JHT | A103 | L430 | Revise County motion in limine to exclude hearsay conversations. | 4.20 | 550.00 | 2,310.00 |
| 4/25/2025 | SGS | A104 | L110 | Prepare J. Tokoro declaration in support of motion in limine no. 3. | 0.50 | 165.00 | 82.50 |
| 4/25/2025 | SGS | A104 | L110 | Compile exhibits to motion in limine no. 3. | 0.70 | 165.00 | 115.50 |
| 4/25/2025 | SGS | A104 | L110 | Update J. Tokoro declaration and exhibits in support of motion in limine no. 1. | 0.40 | 165.00 | 66.00 |
| 4/25/2025 | SGS | A104 | L110 | Update J. Tokoro declaration and exhibits in support of motion in limine no. 2. | 0.40 | 165.00 | 66.00 |
| 4/25/2025 | JHT | A108 | L430 | Communications with opposing counsel re motions in limine. | 0.30 | 550.00 | 165.00 |
| 4/25/2025 | SGS | A104 | L110 | Prepare third amended notice of deposition and notice to opposing counsel for E. Alvarez. | 0.20 | 165.00 | 33.00 |
| 4/25/2025 | SGS | A104 | L110 | Continue revising joint exhibit list to include Facebook Live recordings. | 1.70 | 165.00 | 280.50 |
| 4/25/2025 | SGW | A103 | L430 | Draft motions in limine regarding POST and exclusion of V. Villanueva testimony. | 4.90 | 550.00 | 2,695.00 |
| 4/26/2025 | JHT | A103 | L430 | Revise County motion in limine no. 4 to exclude V. Villanueva from testifying at trial. | 1.50 | 550.00 | 825.00 |
| 4/26/2025 | SGS | A104 | L110 | Begin drafting omnibus Tokoro declaration in support of motions in limine nos. 1-5. | 0.40 | 165.00 | 66.00 |
| 4/26/2025 | BN | A103 | L210 | Further draft and revise motion in limine no. 3 re hearsay statements. | 2.70 | 550.00 | 1,485.00 |
| 4/26/2025 | SGW | A103 | L430 | Draft motion in limine regarding exclusion of V. Villanueva testimony and prepare exhibits related to same. | 3.50 | 550.00 | 1,925.00 |
| 4/27/2025 | JHT | A103 | L430 | Make final edits to County motions in limine and supporting documents. | 2.10 | 550.00 | 1,155.00 |
| 4/27/2025 | SGS | A104 | L110 | Continue preparing factual cites to motion in limine nos. 1-5. | 2.20 | 165.00 | 363.00 |
| 4/27/2025 | SGS | A104 | L110 | Prepare excerpts in support of motion in limine nos. 1-5. | 1.40 | 165.00 | 231.00 |
| 4/27/2025 | BN | A103 | L210 | Review summary judgment motion evidence and revise motion in limine | 2.20 | 550.00 | 1,210.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | no. 3 based on same. | | | |
| 4/27/2025 | CBC | A103 | L440 | Cite-check, review, edit, and mark authorities re Defendants' Memorandum of Points and Authorities in Support of Motion in Limine No. 2 to Exclude Plaintiff's Damages Expert Sandra White. | 1.00 | 165.00 | 165.00 |
| 4/27/2025 | CBC | A103 | L440 | Cite-check, review, edit, and mark authorities re Defendants' Memorandum of Points and Authorities in Support of Motion in Limine No. 1 to Exclude Multiple Expert Witnesses re Emotional Distress. | 1.00 | 165.00 | 165.00 |
| 4/27/2025 | CBC | A103 | L440 | Cite-check, review, edit, and mark authorities re Defendants' Memorandum of Points and Authorities in Support of Motion in Limine No. 3 to Exclude Hearsay Statements. | 2.00 | 165.00 | 330.00 |
| 4/27/2025 | SGW | A103 | L250 | Draft and revise motions in limine and proposed orders regarding POST and testimony of V. Villanueva. | 1.80 | 550.00 | 990.00 |
| 4/28/2025 | SGS | A104 | L110 | Analysis and strategize re upcoming pre-trial deadlines. | 0.40 | 165.00 | 66.00 |
| 4/28/2025 | SGS | A104 | L110 | Continue excerpting transcript cites in support of motion in limine nos. 1-5. | 1.90 | 165.00 | 313.50 |
| 4/28/2025 | SGS | A104 | L110 | Continue compiling Facebook Video Live recordings in support of joint exhibit list. | 1.10 | 165.00 | 181.50 |
| 4/28/2025 | JHT | A106 | L430 | Communications with client re [redacted] | 0.30 | 550.00 | 165.00 |
| 4/28/2025 | JHT | A108 | L430 | Communications with opposing counsel re motions in limine. | 0.20 | 550.00 | 110.00 |
| 4/28/2025 | SGS | A104 | L110 | Finish compiling all exhibits to omnibus declaration of J. Tokoro in support of motions in limine nos. 1-5. | 2.10 | 165.00 | 346.50 |
| 4/28/2025 | SGS | A104 | L110 | Prepare hyperlinks to motions in limine nos. 1-5. | 0.60 | 165.00 | 99.00 |
| 4/28/2025 | JHT | A104 | L430 | Review and analyze Plaintiff's motions in limine. | 1.80 | 550.00 | 990.00 |
| 4/28/2025 | BN | A103 | L210 | Review and revise motions in limine nos. 1-3 and related documents. | 1.50 | 550.00 | 825.00 |
| 4/28/2025 | BN | A104 | L210 | Review plaintiff's motions in limine to prepare oppositions. | 2.60 | 550.00 | 1,430.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/28/2025 | CBC | A103 | L440 | Cite-check, review, edit, and mark authorities re Defendants' Motion in Limine No. 5 to Exclude Evidence Related to POST. | 1.00 | 165.00 | 165.00 |
| 4/28/2025 | CBC | A103 | L440 | Cite-check, review, edit, and mark authorities re Defendants' Motion in Limine No. 4 to Exclude V. Villanueva from Testifying at Trial. | 2.00 | 165.00 | 330.00 |
| 4/28/2025 | SGW | A104 | L430 | Review and analysis of plaintiff's opposition to summary judgment. | 1.50 | 550.00 | 825.00 |
| 4/28/2025 | SGW | A103 | L250 | Revise and finalize motions in limine and supporting omnibus declaration and related pleadings. | 3.80 | 550.00 | 2,090.00 |
| 4/29/2025 | JHT | A108 | L430 | Communications with opposing counsel re joint pretrial filings. | 0.20 | 550.00 | 110.00 |
| 4/29/2025 | JHT | A104 | L240 | Review and analyze Plaintiff's summary judgment opposition and supporting documents. | 1.60 | 550.00 | 880.00 |
| 4/29/2025 | JHT | A108 | L310 | Communications with experts re [redacted] | 0.20 | 550.00 | 110.00 |
| 4/29/2025 | JHT | A106 | L240 | Communications with client re [redacted]. | 0.40 | 550.00 | 220.00 |
| 4/29/2025 | JHT | A104 | L240 | Analysis and strategy re oppositions to Plaintiff's motions in limine. | 0.70 | 550.00 | 385.00 |
| 4/29/2025 | JHT | A104 | L240 | Analyze evidentiary objections to DiBona summary judgment declaration and exhibits. | 0.70 | 550.00 | 385.00 |
| 4/29/2025 | JHT | A104 | L240 | Analyze evidentiary objections to Villanueva summary judgment declaration. | 1.20 | 550.00 | 660.00 |
| 4/29/2025 | SGS | A104 | L110 | Continue updating joint trial exhibit list. | 2.20 | 165.00 | 363.00 |
| 4/29/2025 | SGS | A104 | L110 | Continue compiling radio show recordings of Plaintiff in support of upcoming trial. | 1.60 | 165.00 | 264.00 |
| 4/29/2025 | BN | A103 | L440 | Draft and revise proposed joint pre-trial conference order. | 1.00 | 550.00 | 550.00 |
| 4/29/2025 | JHT | A102 | L240 | Research and analysis re summary judgment reply. | 0.30 | 550.00 | 165.00 |
| 4/29/2025 | ESR | A104 | L240 | Review, analyze opposition to motion for summary judgment and provide input for reply brief re same. | 1.60 | 550.00 | 880.00 |
| 4/29/2025 | SGS | A104 | L110 | Prepare evidentiary objections to plaintiff's declaration in support of opposition to motion for summary | 0.60 | 165.00 | 99.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | judgment. | | | |
| 4/29/2025 | SGS | A104 | L110 | Receive and organize deposition transcripts in support of upcoming trial. | 0.40 | 165.00 | 66.00 |
| 4/29/2025 | BN | A103 | L440 | Further draft and revise pre-trial conference order and research affirmative defenses. | 1.10 | 550.00 | 605.00 |
| 4/29/2025 | SGW | A104 | L430 | Review documents and potential exhibits for trial exhibit list. | 1.30 | 550.00 | 715.00 |
| 4/29/2025 | SGW | A104 | L120 | Develop strategy regarding summary judgment reply. | 1.00 | 550.00 | 550.00 |
| 4/29/2025 | SGW | A104 | L120 | Review and analysis of plaintiff's opposition to summary judgment and supporting evidence. | 2.80 | 550.00 | 1,540.00 |
| 4/29/2025 | SGW | A103 | L240 | Begin draft reply in support of motion for summary judgment. | 4.40 | 550.00 | 2,420.00 |
| 4/30/2025 | JHT | A103 | L430 | Revise proposed joint pretrial conference order. | 0.80 | 550.00 | 440.00 |
| 4/30/2025 | JHT | A103 | L240 | Revise evidentiary objections to Villanueva summary judgment declaration. | 0.60 | 550.00 | 330.00 |
| 4/30/2025 | JHT | A108 | L430 | Communications with opposing counsel re joint pretrial filings. | 0.20 | 550.00 | 110.00 |
| 4/30/2025 | JHT | A108 | L430 | Communications with M. Cohen and V. Thomas re [redacted] | 0.40 | 550.00 | 220.00 |
| 4/30/2025 | JHT | A102 | L430 | Research and analysis re oppositions to Plaintiff's motions in limine. | 1.00 | 550.00 | 550.00 |
| 4/30/2025 | CBL | A103 | L330 | Draft M. Cruz deposition transcript summary. | 2.90 | 165.00 | 478.50 |
| 4/30/2025 | SGS | A104 | L110 | Continue preparing evidentiary objections to plaintiff's declaration in support of opposition to motion for summary judgment. | 2.10 | 165.00 | 346.50 |
| 4/30/2025 | SGS | A104 | L110 | Prepare reply separate statement, including response to plaintiff's additional material facts in support of motion for summary judgment. | 3.90 | 165.00 | 643.50 |
| 4/30/2025 | BN | A103 | L440 | Further revise pre-trial conference order and research affirmative defenses. | 0.80 | 550.00 | 440.00 |
| 4/30/2025 | BN | A103 | L440 | Draft and revise jury instructions and research appropriate First Amendment instructions. | 2.30 | 550.00 | 1,265.00 |
| 4/30/2025 | SGW | A103 | L250 | Draft and revise reply in support of | 6.30 | 550.00 | 3,465.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | motion for summary judgment. | | | |
| 4/30/2025 | SGW | A102 | L240 | Research in support of 1983 policymaker liability. | 2.30 | 550.00 | 1,265.00 |
| 4/30/2025 | SGW | A104 | L120 | Analysis of Plaintiff's statement of facts and supporting evidence. | 1.70 | 550.00 | 935.00 |

Sub-total Fees: 256,839.00

Rate Summary

| | | |
|---|---|---|
| Carole B. Conklin | 7.00 hours at $ 165.00/hr | 1,155.00 |
| Melissa M. Iverson | 5.50 hours at $ 165.00/hr | 907.50 |
| Nicole Kim | 16.60 hours at $ 165.00/hr | 2,739.00 |
| Clement C. Leung | 6.00 hours at $ 165.00/hr | 990.00 |
| Cindy B. Lumia | 37.40 hours at $ 165.00/hr | 6,171.00 |
| Brian Neach | 103.20 hours at $ 550.00/hr | 56,760.00 |
| Ellie S. Ruth | 20.40 hours at $ 550.00/hr | 11,220.00 |
| Scarlet G. Speakmoore | 96.10 hours at $ 165.00/hr | 15,856.50 |
| Jason H. Tokoro | 123.70 hours at $ 550.00/hr | 68,035.00 |
| Steven G. Williamson | 169.10 hours at $ 550.00/hr | 93,005.00 |
| Total hours: | 585.00 | |

Costs

| | | |
|---|---|---|
| 4/1/2025 | Expert Fees. | 9,125.00 |
| 4/1/2025 | Electronic Discovery Services. | 4,403.82 |
| 4/7/2025 | Expert Fees. | 8,073.00 |
| 4/16/2025 | Expert Fees. | 3,600.00 |
| 4/16/2025 | Expert Fees. | 718.75 |
| 4/25/2025 | Videography Services. | 1,103.50 |
| 4/25/2025 | Deposition Fees. | 4,456.20 |
| 4/25/2025 | Deposition Fees. | 2,701.42 |
| 4/25/2025 | Deposition Fees. | 2,303.00 |
| 4/25/2025 | Deposition Fees. | 3,496.15 |
| 4/25/2025 | Deposition Fees. | 3,827.50 |
| 4/25/2025 | Courier/Court/Filing Fees. | 46.60 |
| 4/25/2025 | Deposition Fees. | 870.00 |
| 4/25/2025 | Deposition Fees. | 2,139.80 |
| 4/25/2025 | Videography Services. | 1,929.50 |
| 4/25/2025 | Deposition Fees. | 1,540.05 |
| 4/25/2025 | Document Retrieval Fee. | 13.40 |
| 4/25/2025 | Translator Fees. | 570.00 |
| 4/25/2025 | Deposition Fees. | 1,886.00 |
| 4/25/2025 | Deposition Fees. | 1,533.90 |

| | | |
|---|---|---|
| 4/25/2025 | Document Retrieval Fee. | 5.40 |
| 4/25/2025 | Deposition Fees. | 3,337.55 |
| 4/25/2025 | Deposition Fees. | 2,497.85 |
| 4/25/2025 | Deposition Fees. | 1,434.20 |
| 4/25/2025 | Deposition Fees. | 1,766.60 |
| 4/25/2025 | Deposition Fees. | 3,274.50 |
| 4/25/2025 | Deposition Fees. | 1,146.20 |
| 4/25/2025 | Courier/Court/Filing Fees. | 78.00 |
| 4/25/2025 | Deposition Fees. | 1,895.78 |
| 4/25/2025 | Document Retrieval Fee. | 21.00 |
| 4/25/2025 | Document Retrieval Fee. | 15.00 |
| 4/25/2025 | Courier/Court/Filing Fees. | 54.23 |
| 4/25/2025 | Videography Services. | 1,535.50 |
| 4/25/2025 | Deposition Fees. | 1,276.10 |
| 4/25/2025 | Deposition Fees. | 1,391.00 |
| 4/25/2025 | Deposition Fees. | 3,021.20 |
| 4/25/2025 | Deposition Fees. | 1,474.65 |
| 4/25/2025 | Deposition Fees. | 1,659.05 |
| 4/25/2025 | Deposition Fees. | 2,388.50 |
| 4/25/2025 | Videography Services. | 1,535.50 |
| 4/30/2025 | Expert Fees. | 1,050.00 |
| 4/30/2025 | Expert Fees. | 42,618.60 |
| | Sub-total Expenses: | 127,814.00 |

**Miller Barondess, LLP**

Matter ID [redacted]



Stmt No: 35182

April 30, 2025

| | |
|---|---|
| Current Billing: | 384,653.00 |
| Previous Balance: | 388,278.09 |
| Payments: | 0.00 |
| **Total Due Upon Receipt:** | 772,931.09 |

For billing questions, please contact:

[redacted]

(310)552-4400

**REMITTANCE COPY**
**Return with Payment**

Office of the Los Angeles County Counsel
[redacted]
500 West Temple Street
Los Angeles, California 90012

Statement Number: 35182
Statement Date: 4/30/2025
Matter ID: [redacted]

**Amount Due:** 772,931.09

**PLEASE REMIT TO:**

MILLER BARONDESS, LLP

2121 AVENUE OF THE STARS, 26TH FLOOR
LOS ANGELES, CA 90067
(310) 552-4400

# EXHIBIT K

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-3755 MRW | Date | March 21, 2023 |
| Title | Mednick v. Virtual Sonics | | |

Present: Hon. Michael R. Wilner, U.S. Magistrate Judge

| | |
|---|---|
| James Muñoz | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff: | Attorneys for Defendant: |
| n/a | n/a |

**Proceedings:** ORDER RE: FEE MOTION

1. Following its trial victory, Defendant Virtual Sonics moves for fees and costs pursuant to a written agreement between the company and Plaintiffs. (Docket # 161.) The defense request approaches $1.5 million. The motion is granted, although the requested amount will be reduced slightly as explained below.[1]

**Relevant Facts and Law**

2. A detailed recitation of the facts is unnecessary here. Plaintiffs and Defendant Virtual Sonics terminated their business relationship in 2019. The parties' termination agreement (entitled the "Stock Purchase Agreement") discussed the terms of the Mednicks' departure.

3. Of significance, the agreement: (a) set forth in detail how the Mednicks would be paid for the sale of their stock in the company; (b) did not mention anything about employee compensation or deferred salary terms; (c) mutually released all releasable claims between the parties; and (d) provided that the prevailing party in subsequent litigation "relating to, or arising out of," the agreement would be entitled to payment of reasonable fees and costs. (Trial Ex. 42.) The recital to the SPA made clear that the parties intended to "terminate any and all of [the Mednicks'] relationships with" Virtual Sonics. (SPA at 1.) The SPA also had an integration clause that superseded the parties' previous agreements. (Id. at 14.)

4. Two years later, the Mednicks commenced this lawsuit. The literal claims were for wage-and-hour violations under the California Labor Code. (The complaint also

[1] Oral argument on the fee issue is not necessary given the Court's familiarity with the action and the clarity of the parties' briefing. L.R. 7-15.

asserted an ancillary claim for injunctive relief under a different provision of state law.) However, based on the testimony elicited at trial, the real basis for the action was the Mednicks' dissatisfaction with the federal income tax treatment of the money they received from the sale of their stock under the SPA. When the Mednicks learned that most of that payment would be taxed as ordinary income (rather than at a somewhat more favorable 20% capital gains rate for high-earners), the Mednicks sued the company for additional compensation that they described as unpaid deferred salary.

5. After a weeklong trial in which the Mednicks and the principals of Virtual Sonics testified, the jury returned a verdict in favor of the company.

* * *

6. California law generally permits a court to enforce an agreement to shift lawyers' fees and litigation costs. Cal. C.C.P. §§ 1021, 1032(b).

7. Even so, the state Labor Code includes a clear provision that generally precludes the award of fees in favor of an employer in "any action brought for nonpayment of wages." Cal. Labor C. § 218.5(a). This portion of the statute reflects "a considered legislative judgment that prevailing [employer] defendants should not receive fees." Dane-Elec Corp. USA v. Bodokh, 35 Cal. App. 5th 761, 773 (2019) (quotation omitted). The statutory limitation applies "even where an employer seeks to recoup the money it paid its attorneys via a claim to recover attorneys' fees under a contract." Alvarez v. XPO Logistics Cartage, LLC, No. CV 18-3736 RGK (Ex), 2021 WL 5238582 at *4 (C.D. Cal. 2021) (citing Dane-Elec).

8. The limiting statute contains a crucial caveat. Fees must be awarded in favor of a victorious employer and against an employee "if the court finds that the employee brought the court action in bad faith." Cal. Labor C. § 218.5(a). According to the legislative history of this provision (the legislature amended the statute in 2013 to add this language), it was intended to allow employers "to recover fees when they defeat 'frivolous claims.'" Arave v. Merrill Lynch, Pierce, Fenner & Smith, 18 Cal. App. 5th 525, 545 (2018).

9. In evaluating whether an employee brough an action in bad faith, a court may consider the employee's statements and actions during the litigation. Irish v. Magnussen Home Furnishings, No. CV 17-515 PSG (KSx), 2018 WL 6074528 at *3 (C.D. Cal. 2018). Further, the statutory predicate for overriding the fee-shift preclusion

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-3755 MRW | Date | March 21, 2023 |
| Title | Mednick v. Virtual Sonics | | |

emphasizes consideration of whether the employee "brought the action in bad faith"; the court's inquiry is on whether the employee had "a bad faith motive for bringing the action." Edwards v. Lynx Grills, Inc., No. CV 13-5102 DMG (MRWx), 2014 WL 12967411 at *2 (C.D. Cal. 2014) (emphasis in original). Notably, in Edwards, the court conducted that analysis after noting that the action "survived [a] summary judgment motion" and an evaluation of the evidence where the judge "presided over the trial" in the action. Id.

* * *

10. The Court concludes that Plaintiffs brought this wage-and-hour claim in bad faith, and that the defense is entitled to enforcement of its contractual right under the SPA to recover fees and costs. It bears noting that this was not a typical worker-boss dispute. Rather, the trial testimony elaborately established that Scott Mednick is a sophisticated, assertive, high-level financier with an immense amount of business experience. He and his somewhat less-accomplished (yet quite professional and savvy) son were angel investors – not nine-to-five workers – who primarily held executive and advisory roles during their involvement with Virtual Sonics.

11. There's agreement among the parties that the Mednicks (and, to be fair, the Soules) hoped to derive some sort of regular salary from the company at some point of viability. But the hope for "deferred compensation" was surely the tail of the stock ownership dog. When the parties proposed that the Mednicks sell their stock in Virtual Sonics to facilitate the planned Roland transaction, the parties pointedly did not dwell on any purported claim from the Mednicks regarding lost or unpaid salary.[2] Rather, the sum and substance of the parties' breakup related to the resolution of the stock transaction.

12. The testimony at trial confirmed that. Jeremy Soule testified in moving detail about his discussions with Scott Mednick regarding the parties' "divorce" agreement. In what he described as a phone call that he took near the Beverly Hills Hotel, Mr. Soule stated that Mr. Mednick agreed that (a) he and his son would be satisfied with a payment for the sale of their stock, and (b) this would serve as a complete buyout to "take care of" any backpay. Mr. Mednick's failure to recall that discussion – and his assertion that he and his son simply forgot to raise the issue of salary compensation at any

[2] Neither did the high-level lawyers that the Mednicks and the Soules hired to represent them in negotiating the SPA.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-3755 MRW | Date | March 21, 2023 |
| Title | Mednick v. Virtual Sonics | | |

point in the termination transaction – were not credible coming from such a polished and experienced business person.

13. Tellingly, as recounted in the briefing (Docket # 170 at 10-12), the Mednicks then took no action to enforce any supposed claim to unpaid wages for years. That changed only when they learned that they were hit with a less favorable tax treatment on their stock payment than they anticipated. The litigation was clearly motivated by the Mednicks' unhappiness with their delayed tax bill, not by any delayed recognition that they were owed wages from their employer. There was no evidence presented at trial that the Mednicks pursued this lawsuit based on any legitimate belief that their employer improperly withheld their salaries at the end of their relationship.

14. The jury clearly agreed. By my reckoning, they returned a defense verdict in about an hour, and without any notes or questions for the Court. The verdict form set forth the jury's unanimous conclusion that the company owed no wages to the Mednicks. On that basis, the jury didn't need to reach the question of whether the wage claim had been released; they concluded that there was no claim.

15. The speed and certainty of the jury's verdict combined with my own conclusions about the parties' testimony convince me that the Mednicks were not motivated to bring this action in good faith to recover their lost wages. Rather, the timing and substance of their claim factually supports the conclusion that they brought the frivolous action in bad faith.[3] Cal. Labor C. § 218.5(a); Dane-Elec, 35 Cal. App. 5th at 773; Edwards, 2014 WL 12967411 at *2.

16. Plaintiffs' remaining arguments (including the applicability of Washington law or whether the SPA overrode the parties' compensation agreement) are unconvincing

---

[3] I conclude that my previous rulings at the Rule 12 and 56 stages of this action are no bar to a bad faith finding. At both points, the Court was required to take as true the Mednicks' perspective of the adequacy of the pleadings or the state of the evidence. Their subjective motivation in bringing the case was not at issue in those motions.

Moreover, the litigants will recall that I was pretty dubious about the merits of Plaintiffs' claim at the summary judgment phase. (Docket # 89 at 8 n.9.) Hearing the testimony of both sides in full at trial and without any rule-related thumb-on-the-scale analysis supports my previous observation that it was "a bit implausible" that the Mednicks had a bona fide claim for wages all along. (Id.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-3755 MRW | Date | March 21, 2023 |
| Title | Mednick v. Virtual Sonics | | |

and cannot vitiate the parties' written agreement. Virtual Sonics is entitled to recover its fees in defending the action.

* * *

17. Turning to the fee application itself, the Mednicks challenge both the rate and time components of the lodestar calculation. Neither challenge is particularly persuasive.

18. In determining the actual amount of fees to be awarded, the party seeking compensation "bears the burden of documenting the hours expended in the litigation and must submit evidence supporting those hours and the rates claimed." Welch v. Metropolitan Life Insurance Co., 480 F.3d 942, 945-46 (9th Cir. 2007). A court's review of a fee application is "tedious business." Moreno v. City of Sacramento, 534 F.3d 1106, 1116 (9th Cir. 2008). A district court's fee award is reviewed on appeal "for abuse of discretion." Dunlap v. Liberty Natural Products, Inc., 878 F.3d 794, 797 (9th Cir. 2017) (citation omitted).

19. On the rate side, Virtual Sonics adequately supported the validity of the rates that the Miller Barondess firm charged in defense of the action. Frankly, given the state of the Los Angeles legal world, the general inflation in our national economy in recent years, and the experience that I have with lawyer bills that I regularly see in all sorts of cases, the rates for Messrs. Frid ($950-1,100) and Wilson ($695-795) were below what I expected to see in a case of this nature.[4]

20. Overall, to defend a high-profile case brought by top-drawer lawyers on Plaintiffs' side, Virtual Sonics was entitled to hire comparable (and in all likelihood, comparably-priced) lawyers.[5] To that end, I conclude that the rates charged by these

[4] Anecdotally, I recently reviewed a fee request from a comparable practitioner who, in the defense of an employment action involving a different tech firm, swore under oath that his rack rate was twice that of Mr. Frid's. (After a client-agreed accommodation, that rate was reduced, but only to a level considerably above that sought here.)

[5] To be clear, I don't have access to the Shepard Mullin bills; they're not at issue here. But a decade-plus on the federal bench in Los Angeles leads me to conclude that the Miller Barondess firm's rates are not significantly out of line with the LA- and NYC-based lawyers who handled the case for the Mednicks.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-3755 MRW | Date | March 21, 2023 |
| Title | Mednick v. Virtual Sonics | | |

defense lawyers were sufficiently supported by the declarations and other evidentiary material submitted with the fee application. Lawyers with the education and experience of the Miller Barondess team typically and reasonably charge these fees.

21. I find the Mednicks' reliance on rates charged in other wage cases to be unhelpful. Those are rates assessed after-the-fact on the plaintiff's side in what are typically contingency-type agreements. (Docket # 169 at 21-22.) That's not really helpful in evaluating the reasonableness of rates charged in an arms-length transaction between an employer and a defense-side firm.[6]

22. Additionally, the Court sought and received a clear statement from Virtual Sonics that it actually agreed to pay the Miller Barondess firm's hourly rates. (Docket # 162, 165.) That's a strong indicator of the reasonableness of those charges – the client really was on the hook to pay them. The company certainly had a unique incentive to shop this work to other firms or negotiate a cheaper rate. The decision to hire the firm (and, when times got tough, to essentially mortgage itself to maintain the defense of the case (Docket # 165 at 3-4)) convincingly demonstrates the reasonableness of the rates here. I find no evidentiary support for Plaintiffs' speculative challenges to the note / lien itself. (Docket # 169 at 27-28.)

23. Plaintiffs fare little better on the hourly expenditure side. I closely reviewed Plaintiffs' contentions that the Miller Barondess firm "block-billed" for its time, which the Mednicks claim made it "impossible to determine the reasonableness of each individual task" performed. (Docket # 169 at 24.) To that end, I reviewed the highlighted bills attached to the declaration of counsel in the "tedious" detail required. (Docket # 169-1 at 8 et seq.)

24. Overall, there are a modest number of time-sheet entries in which it's difficult to tell whether a lawyer worked on one litigation task or another. (Docket # 169-1 at 43 (entry regarding motions, Plaintiffs' discovery, and defense discovery issues).) However, an entry that Mr. Wilson spent a work day to "prepare deposition questions and exhibits for Mednicks' depositions" (Id. at 56) isn't the type of confusing or unfair entry

I take no evidentiary value, though, from the various changes to the legal staffing on Plaintiffs' side. That has no relevance to the reasonableness of the defense bills.

6 I'm also unmoved by Plaintiffs' reference to historic rates in the Los Angeles market in decisions issued in 2011 or 2013. (Docket # 169 at 21-22.)

that prevents analysis of the bill. It just describes a crushing day. The block-billing argument is overstated.

25. So too are Plaintiffs' arguments about time spent on unsuccessful motion practice. The question for the Court is whether the defense incurred costs on matters in a reasonable fashion.[7] The dismissal and summary judgment motions referenced in the brief were well-taken, more than colorable, and led to a profitable advancement of the issues in the litigation. (Docket # 169 at 24-25.) The lawyers did not act unreasonably – or unfairly bill their clients – by spending time on those actions.

26. Plaintiffs' broad challenges to the bill do not identify specific areas or tasks where they believe the defense lawyers spent too much time. Rather, they contend that the alleged block-billing and time spent on motion practice should be excised in whole. (Docket # 169-1 at 4, 99-168.) Those challenges – particularly in light of the fact that the client had an incentive to monitor and nibble at the bill that exceeds the Mednicks in the post-trial context – do not convince me to slash the bill as requested.

* * *

27. In an express exercise of discretion, a modest 5% discount of the Miller Barondess bill appropriately addresses Plaintiffs' concern regarding the clarity of some of the billing entries. That results in a reduction of attorneys' fees in the amount of $62,262. I'm also prepared to deduct $5,500 from the bill because I set no hearing in the matter. (Docket # 161-1 at 17.)

28. The Court sua sponte declines to award paralegal costs against the Mednicks. Items that are "clerical in nature" should be "subsumed in firm overhead rather than billed" at paralegal or legal assistant rates. Nadarajah v. Holder, 569 F.3d 906, 921 (9th Cir. 2009); Hernandez v. Spring Charter, Inc., 2020 WL 1171121 at *7 (N.D. Cal. 2020) (same; "Tasks such as preparing proofs of service, processing records" and preparing court

[7] Plaintiffs' sole citation on this point was to a decision by District Judge Anderson in Arroyo v. Raspados Xpress, 2020 WL 6106314 (C.D. Cal.). At issue in Arroyo was the propriety of fees charged in a routine ADA access case. Fee abuse in those actions is a major concern, particularly where, as Judge Anderson noted, the lawyers involved presented a "boilerplate" motion that it performed in "identical fashion in the thousands of cases the firm has filed." Id. at *6. No such concerns remotely exist in the current case. For that reason, Plaintiffs' out-of-context reference to this decision was singularly unhelpful, and verged on misleading the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 21-3755 MRW | Date | March 21, 2023 |
| Title | Mednick v. Virtual Sonics | | |

documents for filing "have been found to be purely clerical tasks for which fees are not recoverable.").

29. Based on my review of the billing records, the paralegal and staff charges generally resonate as clerical or administrative overhead; that's built into the healthy rate for the lawyers. The time associated with Ms. Yang, Ms. Conklin, Mr. Tellez, Ms. Clark, and Ms. Speakmoore is deducted from the overall bill. That reduces the award by an additional $151,161. (I appreciate the clarification that the additional legal work of Ms. Kim and Mr. Mackey that appeared on the invoices and in the electronic spreadsheet is not part of the fee request. (Docket # 161-1 at 10 n.2.))

30. Plaintiffs offered no challenge to the request for fees for Mr. Isaacson's work. (Docket # 161-1 at 16.) Additionally, although the better procedure would likely have been to present the litigation expenses to the Clerk as part of a bill of costs under Local Rule 54-2, Plaintiffs do not appear to challenge the request as part of the motion. (Id. at 16-17.)

31. Therefore, I conclude that the final fee and cost award in favor of the defense and against the Mednicks is $1,264,687. That's comprised of reported billing for Messrs. Frid and Wilson ($1,245,255) less the block-billing adjustment (-$62,262) and the unnecessary hearing expense (-$5,500) plus the Isaacson bill ($8,618) and costs ($78,577).

32. The defense may present the Court with a proposed judgment reflecting the outcome of the trial and this fee litigation. Please submit that within two weeks.

# EXHIBIT L

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>West Justice Center<br>8141 13th Street<br>Westminster, CA 92683 | |
| **SHORT TITLE:** Hogan vs. Miller Barondess, LLP | |
| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER:<br>**30-2021-01224818-CU-PN-WJC** |

I certify that I am not a party to this cause. I certify that that the following document(s), Minute Order dated 05/09/25, Minute Order dated 05/08/25, was transmitted electronically by an Orange County Superior Court email server on May 12, 2025, at 3:23:01 PM PDT. The business mailing address is Orange County Superior Court, 700 Civic Center Dr. W, Santa Ana, California 92701. Pursuant to Code of Civil Procedure section 1013b, I electronically served the document(s) on the persons identified at the email addresses listed below:

HERZOG, YUHAS, EHRLICH & ARDELL, APC
JE@AVLAW.INFO

KLEIN & WILSON
BKELLY@KLEINANDWILSON.COM

KLEIN & WILSON
WILSON@KLEINANDWILSON.COM

LLOYDWINTER, P.C.
JWINTER@LLOYDWINTERLAW.COM

MILLER BARONDESS, LLP
DMILLER@MILLERBARONDESS.COM

MILLER BARONDESS, LLP
JEHRLICH@MILLERBARONDESS.COM

MILLER BARONDESS, LLP
JWHITE@MILLERBARONDESS.COM

Clerk of the Court, by: J/Barrera, Deputy

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
WEST JUSTICE CENTER**

**MINUTE ORDER**

DATE: 05/09/2025 TIME: 03:15:00 PM DEPT: W15

JUDICIAL OFFICER PRESIDING: Richard Lee
CLERK: J. Barrera
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: None

CASE NO: **30-2021-01224818-CU-PN-WJC** CASE INIT.DATE: 10/05/2021
CASE TITLE: **Hogan vs. Miller Barondess, LLP**
CASE CATEGORY: Civil - Unlimited CASE TYPE: Professional Negligence

EVENT ID/DOCUMENT ID: 74562414
**EVENT TYPE:** Under Submission Ruling

**APPEARANCES**

There are no appearances by any party.

The Court, having taken the motions in the above-entitled matter under submission on 05/08/2025, and having fully considered the arguments of all parties, both written and oral, as well as the evidence presented, now rules as follows:

**The Tentative Ruling becomes the final order of the Court.**

Court orders clerk to give notice.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
**WEST JUSTICE CENTER**

**MINUTE ORDER**

DATE: 05/08/2025 TIME: 01:30:00 PM DEPT: W15

JUDICIAL OFFICER PRESIDING: Richard Lee
CLERK: J. Barrera
REPORTER/ERM: Arlene Marie Ferraro CSR# 12035
BAILIFF/COURT ATTENDANT: A. Hurtado

CASE NO: **30-2021-01224818-CU-PN-WJC** CASE INIT.DATE: 10/05/2021
CASE TITLE: **Hogan vs. Miller Barondess, LLP**
CASE CATEGORY: Civil - Unlimited CASE TYPE: Professional Negligence

---

EVENT ID/DOCUMENT ID: 74453121

**EVENT TYPE:** Motion - Other
MOVING PARTY: R&C Motor Corporation, Roger P. Hogan, Hogan SRK, Inc., Roger T. Hogan, HFP, Ltd., Cathie Hogan, Stephen Hogan, Kyle R. Hogan
CAUSAL DOCUMENT/DATE FILED: Motion - Other To Reduce Amount of Appellate Bond, 12/20/2024

---

EVENT ID/DOCUMENT ID: 74493502

**EVENT TYPE:** Motion - Other
MOVING PARTY: Miller Barondess, LLP, Louis R. Skip Miller, Amnon Z. Siegel, Casey B. Sypek
CAUSAL DOCUMENT/DATE FILED: Motion for Attorney Fees, 09/20/2024

---

EVENT ID/DOCUMENT ID: 74493435

**EVENT TYPE:** Motion to Seal
MOVING PARTY: R&C Motor Corporation, Hogan SRK, Inc., Roger T. Hogan, HFP, Ltd.
CAUSAL DOCUMENT/DATE FILED: Motion to Seal, 03/07/2025

---

**APPEARANCES**
Sean Fredin, from LloydWinter, P.C., present for Appellant,Plaintiff(s) remotely.
Jeffery B. White and Dan S. Miller, from Miller Barondess, LLP, present for Defendant(s).

Justin Ehrlich, from Miller Barondess, LLP, present for Defendant(s) remotely.

Hearing held, participants appearing remotely and in person.

The Tentative Ruling was issued and posted on the internet as follows: The Tentative Ruling is attached hereto and incorporated herein by reference.

The Court hears oral argument and takes the matters under submission.

TENTATIVE RULING
Hogan vs. Miller Barondess, LLP
30-2021-01224818

DEFENDANTS' MOTION FOR ENTRY OF AMENDED JUDGMENT
Defendants, Miller Barondess, LLP ("Miller Barondess"), Louis R. ("Skip") Miller, Amnon Z. Siegel, and Casey Sypek (collectively, "MB") move for entry of an amended judgment that awards MB additional attorneys' fees in the amount of $1,045,905, costs in the amount of $43,180.48, and post-judgment interest in the amount of $738,147.55.

Per the reply, the amount has increased attorneys' fees in the amount of $1,493,852.50, and post judgment interest in the amount of $1,057,100.20. The costs remain the same.

Initially, the Court notes that Plaintiffs, Roger T. Hogan, Hogan SRK, Inc., R&C Motor Corporation, and HFP Ltd. ("Plaintiffs" or "Hogan") filed and served the Amended Declaration of Mark B. Wilson ("Amended Wilson Decl.") on 3/12/25. Pursuant to the Court's Minute Order dated 2/19/25, Plaintiffs' opposition to the instant motion was due no later than 3/7/25. (See ROA 769.) However, MB does not argue that said declaration is late or object to the declaration on this basis such that, and addresses the substantive merits of the declaration in its reply. Therefore, the Amended Wilson Declaration shall not be disregarded on this basis.

MB contends that Arbitrator Viggo Boserup has already held there are broad and enforceable "prevailing party" attorneys' fee and cost provisions in the fee agreements that Hogan executed with MB in 2017 and 2018, and that MB is the prevailing party as its Petition to Confirm Final Arbitration Award was granted such that it is entitled to recover its attorneys' fees of $1,045,905.00, pursuant to Code of Civil Procedure section 1021, Civil Code section 1717, and paragraph 11 of the parties' fee agreements, for work performed since January 30, 2024. MB asserts that it is entitled to recover its attorneys' fees as to the time expended to confirm the Final Arbitration Award ("Final Award") into a judgment which was necessary and reasonable, and that MB has provided detailed, contemporaneous time records that validate the fees it seeks here for work performed since January 30, 2024, and that MB's billing rates are appropriate, reasonable, and justified. MB provides that it will submit billing entries for time incurred after today's date with its reply papers.

MB also contends that it is entitled to recover its costs in the amount of $43,180.48 pursuant to paragraph 11 of the parties' fee agreement

Lastly, MB asserts it is entitled to mandatory post-judgment interest through **March 28, 2025**, in the amount of $1,057,100,20, pursuant to Code of Civil Procedure section 685.010

Plaintiffs argue that they dispute the enforceability of the fee agreement and its arbitration clause based on MB failing to obtain informed consent in violation of the California Rules of Professional Conduct, on MB failing to disclose conflicts between Plaintiffs, on MB improperly using of Plaintiffs' confidential information to file a Class Action against Toyota, on diverting expert testimony, failing to pursue key claims for Plaintiffs, and leveraging Plaintiffs' confidential information without consent, on MB

unlawfully aggregating settlement with Toyota without obtaining each plaintiff's informed written consent, on misleading Plaintiffs about the Toyota Settlement terms, on MB illegally engaging in client solicitation by using Plaintiffs to identify Toyota customers for the Class Action, and on MB obtaining Plaintiffs' consent to the AFA through fraudulent misrepresentations about damages and undue pressure. Plaintiffs argue that in the interest of justice, they should have the opportunity to make additional arguments that the fee agreement is void to avoid additional attorneys' fees pursuant to the attorneys' fees clause in the disputed fee agreement, and that the Court should find that the OFA and AFA are void and decline to award Defendant attorneys' fees, costs, and prejudgment interest.

Plaintiffs alternatively argue that attorneys' fees award should be denied in whole or substantially reduced because the request for fees is excessive due to inflated time entries, defendants engaging in inefficient work, and charging unreasonable hourly rates. Plaintiffs argue that $133,160 of the requested fees are based on redacted billing entries, making it impossible to determine their reasonableness, such that they should not be awarded. Plaintiffs assert that if the court awards Defendants anything, it should award MB no more than $257,751.73 in fees, and that since Miller, Siegal, and Sypek are not parties to the AFA, the Court should not award them any fees.

As to costs, Plaintiffs argue that MB waived its right to claim $43,180.48 in costs by failing to file a timely memorandum of costs, making any award improper. Lastly, Plaintiffs contend that the Court should not consider the evidence MB indicates that it will file in reply as it is new evidence.

*Effect of Appeal*
MB correctly contends that this Court does not have jurisdiction to entertain Hogan's arguments as to the enforceability of the fee agreements and the arbitration clause as these are issues that are currently pending appeal.

Code of Civil Procedure section 916(a) states, "Except as provided in Sections 917.1 and 917.9, inclusive, and in Section 116.810, the perfecting of an appeal stays proceedings in the trial court upon the judgment or order appealed from or upon the matters embraced therein or affected thereby, including enforcement of the judgment or order, but the trial court may proceed upon any other matter embraced in the action and not affected by the judgment or order."

"[A] perfected appeal divests jurisdiction from the trial court over portions of the action related to the judgment or order on appeal, and vests jurisdiction in the appellate court to review the judgment or order at issue. [Citation.]" (*Garg v. Garg* (2022) 82 Cal.App.5th 1036, 1046.) "As a general rule (the automatic stay rule), the perfecting of an appeal automatically stays proceedings in the trial court both upon the judgment or order appealed from, and upon the matters embraced therein or affected thereby, including enforcement of the judgment or order. [Citation.]" (*Dowling v. Zimmerman* (2001) 85 Cal.App.4th 1400, 1427-1428.)

"In determining whether a proceeding is embraced in or affected by the appeal, we must consider the appeal and its possible outcomes in relation to the proceeding and its possible results. '[W]hether a matter is "embraced" in or "affected" by a judgment [or order] within the meaning of [section 916] depends on whether postjudgment [or

postorder] proceedings on the matter would have any effect on the "effectiveness" of the appeal.' [Citation.] 'If so, the proceedings are stayed; if not, the proceedings are permitted.' [Citation.]" (*Varian Medical Systems, Inc. v. Delfino* (2005) 35 Cal.4th 180, 189-190 ("*Varian*").)

"[T]he trial court proceeding must directly or indirectly seek to 'enforce, vacate or modify [the] appealed judgment or order.' [Citation.] Or the proceeding must substantially interfere with the appellate court's ability to conduct the appeal. [Citation.] [¶] A trial court proceeding also affects the effectiveness of an appeal if the possible outcomes on appeal and the actual or possible results of the proceeding are irreconcilable." (*Varian, supra*, 35 Cal.4th at pp. 189-190.) "[A]n appeal does not stay proceedings on 'ancillary or collateral matters which do not affect the judgment [or order] on appeal' even though the proceedings may render the appeal moot. [Citation.]" (Id. at p. 191.) "A postjudgment or postorder proceeding is also ancillary or collateral to the appeal despite its potential effect on the appeal, if the proceeding could or would have occurred regardless of the outcome of the appeal." (*Ibid.* [an appeal from the denial of a preliminary injunction, or an order denying a motion to disqualify does not stay further trial court proceedings on the merits.])

Here, Judgment was entered on 9/17/24, in conformity with the Final Award and pursuant to the terms of a valid contractual agreement to arbitrate. (ROA 533, 534, 546; ROA 558, Declaration of Justin P. Ehrlich ("Ehrlich Decl."), ¶ 27, Ex. P.) The instant motion for entry of amended judgment to add attorneys' fees, costs, and post-judgment interest was filed on 9/20/24. (ROA 582.) On 11/12/24, Plaintiffs filed a Notice to Appeal as to the Judgment entered on 9/17/24. (ROA 610.)

Plaintiffs' arguments in opposition that the AFA is void and unenforceable, and that new facts and arguments have emerged such that this Court should reconsider the arbitration order issued by another judge are attempts to vacate and/or modify the appealed Judgment such that they are matters that are embraced in or affected by the Judgment. In turn, this Court has no jurisdiction over such matters.

*Entitlement to Attorneys' Fees*
Civil Code section 1717, subdivision (a) provides, "In any action on a contract, where the contract specifically provides that attorney's fees and costs, which are incurred to enforce that contract, shall be awarded either to one of the parties or to the prevailing party, then the party who is determined to be the party prevailing on the contract, whether he or she is the party specified in the contract or not, shall be entitled to reasonable attorney's fees in addition to other costs." (Civil Code § 1717(a).)

Plaintiffs do not dispute that the fee agreements contain a provision for attorneys' fees for the prevailing party, which is applicable here. Nor do Plaintiffs argue that the attorneys' fees provision is independently unenforceable.

The fee agreements state, "In the event of any dispute hereunder, the prevailing party in any arbitration or litigation will be entitled to recover all attorneys' fees (including, if the firm is the prevailing party, the value of the time of all professionals in our firm who perform legal services in connection with the dispute, computed at their normal billing rates), and all costs that may be incurred in obtaining or collecting any judgment and/or

arbitration award." (Exs. A and B to Ehrlich Decl., 2017 and 2018 Fee Agreements at p. 4, ¶ 11.)

In light of the Final Award finding that Claimant Miller Barondess is the prevailing party and awarding Miller Barondess a Final Award in the total amount of $15,718.210.20, and Judgment in favor of MB in conformity with the Final Award, Miller Barondess is prevailing party under the attorneys' fees provision contained within the fee agreements. (See Ex. I to Ehrlich Decl., Final Award at pp. 23-27, Ex. P, Judgment.)

*Reasonableness of Attorneys' Fees*
The determination of what constitutes reasonable attorney fees ordinarily begins with ascertainment of the "lodestar," i.e., the number of hours reasonably expended multiplied by the reasonable hourly rate. (*EnPalm, LLC v. Teitler Family Trust* (2008) 162 Cal.App.4th 770, 774; *see Mountjoy v. Bank of America, N.A.* (2016) 245 Cal.App.4th 266, 271-282 [discussing general principles governing attorney fee awards].)
The initial lodestar figure may be augmented or diminished by taking various relevant factors into account, including the nature of the litigation, its difficulty, the amount involved, the skill required in its handling, the skill employed, the attention given, the success or failure, and other circumstances in the case (*PLCM Group v. Drexler* (2000) 22 Cal.4th 1084, 1096 [award governed by equitable principles].) " '[T]he [party] . . . seeking fees and costs " 'bear[s] the burden of establishing entitlement to an award and documenting the appropriate hours expended and hourly rates.' [Citation.]" ' (*Christian Research Institute v. Alnor* (2008) 165 Cal.App.4th 1315, 1320, 81 Cal.Rptr.3d 866.)
Reasonableness of Hours Expended
"California law does not require detailed billing records to support a fee award; '[a]n attorney's testimony as to the number of hours worked is sufficient evidence to support an award of attorney fees, even in the absence of detailed time records.' [Citation.]" (*Rancho Mirage Country Club Homeowners Assn. v. Hazelbaker* (2016) 2 Cal.App.5th 252, 263-264.) "Furthermore, '[a]n award for attorney fees may be made in some instances solely on the basis of the experience and knowledge of the trial judge without the need to consider any evidence.' [Citation.]" (*Id.* at p. 264.) A trial court is not required to issue any explanation of its decision with regard to a fee award. (*Ibid.*)

Here, MB has attached its monthly fee invoices from January 30, 2024, through September 20, 2024, which it provides "all post-date the last time entries submitted to the Arbitrator assuring that there will be no double recovery of time." (Ehrlich Decl., ¶ 29, Ex. Q.) MB provides that it made minor redactions to the fees invoices to protect attorney-client privileged information, and that MB timekeepers record their time in contemporaneous time entries that are recorded in increments of tenths of an hour, and that the time entries are task-based, rather than block-billed, showing the exact time spent on task. (Ehrlich Decl., ¶¶ 29-30.) Attorney Ehrlich also provides that he reviewed all of the billing records generated by the firm to ensure that the hours were appropriate. (Ehrlich Decl., ¶ 31.)

MB additionally provides that it did significant work in the post-arbitration proceedings in this Court, and that Hogan drove up fees by its various filings including a motion to strike and filing of a reply brief which included new evidence, as well as Hogan's refusal to file a joint motion to seal. (See Ehrlich Decl., ¶¶ 22-25.)

MB provides that from January 30, 2024, through September 20, 2024, MB billed 1033.5 hours across nine (9) timekeepers, totaling $1,045,905, which does not include any work done by Skip Miller, Amnon Siegel or Casey Sypek. (Ehrlich Decl., ¶¶ 41, 43.)

The Court exercises its discretion to consider the additional evidence submitted in reply as to the actual additional attorneys' fees incurred. MB provides it has no objection to Hogan filing a sur-reply which addresses the evidence submitted with the reply brief. "The general rule of motion practice...is that new evidence is not permitted with reply papers...'[T]he inclusion of additional evidentiary matter with the reply should only be allowed in the exceptional case ...' and if permitted, the other party should be given the opportunity to respond." (*Jay v. Mahaffey* (2013) 218 Cal.App.4th 1522, 1537-1538.)

In the reply, MB further provides that it performed significant additional work on this matter since filing the moving papers on September 20, 2024, and that MB incurred an additional $447,947.50 in fees for work since September 21, 2024. (ROA 834, Reply Ehrlich Decl., ¶¶ 6-11, Ex. FF.) Thus, MB seeks additional attorneys' fees in the total amount to $1,493,852.50 for work done from January 30, 2024, through May 8, 2025.

While MB seeks additional attorney's fees from January 30, 2024, to **March 28, 2025**, the Final Award was dated February 16, 2024 (Ex. I to Ehrlich Decl.), and the Judgment states, in relevant part: "After this Judgment is entered, MB will be filing a Motion for Attorneys' Fees, Costs and Post-Judgment Interest, in which MB will seek (i) attorneys' fees and costs for its work on this matter since February 17, 2024, and (ii) post-judgment interest. MB will seek to amend this Judgment to include the additional attorneys' fees, costs and post-judgment it is adjudged to be entitled to." (Ex. P to Ehrlich Decl., 2:5-9.)

The Court notes that the instant motion seeking additional attorneys' fees starting from January 30, 2024, which Attorney Ehrlich provides post-date the last time entries submitted to the Arbitrator is not consistent with the Judgment, and it is not clear that Miller Barondess would be entitled to fees from January 30, 2024, through February 16, 2024. It appears that Miller Barondess would only be entitled to fees from February 17, 2024, through May 8, 2025. The Final Award provides, "when also including Claimant's submission incurred up through the entirety of the post-hearing disputes, Claimant is entitled to $7,466,575.50 in attorney's fees. (Ex. I to Ehrlich Decl., Final Award at p. 27.) Based on the foregoing, the Court is inclined to deduct fees sought from January 30, 2024, through February 16, 2024.

Thus, the Court deducts the requested attorneys' fees from January 30, 2024, through February 16, 2024, which totals 123.6 hours (including deduction of 0.2 hours for an entry on 2/6/24 that was not charged), and amounts to $119,597. The total amount of hours from February 17, 2024, through September 20, 2024, is 909.9 hours (1033.5-123.6) amounting to $926,300 ($1,045,905 - $119,597).

Citing to the Declaration of Mark B. Wilson, Plaintiffs argue that attorneys' fees award should be denied in whole or substantially reduced because the request for fees is excessive due to inflated time entries, defendants engaging in inefficient work, and charging unreasonable hourly rates. Plaintiffs also argue that $133,160 of the requested fees are based on redacted billing entries, making it impossible to determine their reasonableness, such that they should not be awarded, and that if the court awards Defendants anything, it should award MB no more than $257,751.73 in fees. Plaintiffs

additionally argue that since Louis R. Miller, Amnon Siegal, and Casey Sypek are not parties to the AFA, the Court should not award them any fees.

To oppose a showing of a fee request supported by declarations describing the efforts taken with billing records to establish the hours of work, a party may "attack the itemized billings with evidence that the fees claimed were not appropriate, or obtain the declaration of an attorney with expertise in the procedural and substantive law to demonstrate that the fees claimed were unreasonable." (*Premier Med. Mgmt. Sys. v. Cal. Ins. Guarantee Assoc.* (2008) 163 Cal.App.4th 550, 563-564.) "General arguments that fees claimed are excessive, duplicative, or unrelated do not suffice." (*Id.* at p. 564.) "When confronted with hundreds of pages of legal bills, trial courts are not required to identify each charge they find to be reasonable or unreasonable, necessary or unnecessary." (*Gorman v. Tassajara Development Corp.* (2009) 178 Cal.App.4th 44, 101.)

Plaintiffs submit only the declaration of a partner of their former counsel, Mark B. Wilson of Klein & Wilson LLP, in opposition to the reasonableness of the fees requested. Attorney Wilson provides that MB consistently had three partners billing to confirm the arbitration award, and that "MB made this case more costly than necessary." (ROA 804, Declaration of Mark B. Wilson ("Wilson Decl."), ¶¶ 13-14.) Attorney Wilson also states that 681.8 of the 1033.5 hours claimed are partner hours to confirm an arbitration award, and that counsel "strongly disagree[s] and conclude that MB recorded an unreasonable amount of time on this project." (Wilson Decl., ¶¶ 17, 19.) Attorney Wilson additionally attaches a spreadsheet prepared by his law firm that shows all of the time entries and fees and costs in the invoices MB submitted as part of its motion, and Attorney Wilson's opinions. (Wilson Decl., ¶¶ 23-25, Ex. 1.) Attorney Wilson created a code system covering the reasons for which a time entry should be reduced or deducted, and concludes that most codes and combinations of codes were accompanied by between a 10% to 30% reduction in fees that addresses over-billing, incorrect capture of time, or work done by inappropriate firm members with the exception of double billing, duplicative entries, redacted entries, and unnecessary work for which there should be a 100% reduction. (Wilson Decl., ¶¶ 34-36.) Attorney Wilson further opines that "MB grossly over-staffed this matter with partners, where associates could have performed the work at a lower rate," that a 25% reduction of all fees incurred by partners is reasonable given the insufficient staffing, and that the total fees recoverable by MB should not exceed $257,751.73. (Wilson Decl., ¶¶ 38-41.)

Although Attorney Wilson characterizes the work done by MB as simply to confirm the arbitration award, post-arbitration work also included a preparing and filing motion to seal, preparing and filing a combined reply to the petition to confirm the arbitration award and opposition to Plaintiffs' petition to vacate the final arbitration award, responding to Plaintiffs' motion to strike the combined brief, and reviewing Plaintiffs' voluminous filings. (Ehrlich Decl., ¶¶ 22-25.) Additionally, there was a core trial team consisting of three lawyers, Justin Ehrlich, Dan Miller, Jeff White, and one paralegal, Justin Stinar, used throughout this litigation, and this same core team was used in the post-arbitration proceedings to maximize efficiency. (Ehrlich Decl., ¶ 39.) Further, the partial redactions to protect attorney-client privileged information do not make it such that it is impossible to challenge or determine their reasonableness, and were entries for time actually incurred in post-arbitration proceedings.

The Court notes that the Arbitrator found that Miller Barondess "adequately set forth the actual time incurred by outside counsel and its own members/staff," that "Respondents

turned this case from a simple fee dispute into a complex case of legal malpractice based upon representation in an extraordinarily complex underlying action," that "given that Respondents sought such significant financial relief that Claimant's existence as a law firm would be jeopardized, it is reasonable that Claimant litigated so aggressively in this proceeding," and that "Respondents' actions expanded the scope and complexity of the case, necessitating the much more vigorous and all-encompassing effort on Claimant's part." (Ex. I to Ehrlich Decl., Final Award at p. 26.) These observations hold true in the post-arbitration proceedings. MB's petition to confirm the arbitration award was not a generic one, and in conjunction with Plaintiffs' motion to vacate the arbitration award, was essentially a re-litigation of the arbitration proceedings. The dueling petitions to confirm/vacate arbitration award were vigorously litigated, and Plaintiffs' conduct and filings increased fees as it required MB to expend additional attorney time to review and comprehensively respond to Plaintiffs' filings. Additionally, Plaintiffs' needlessly filed a separate motion to seal the Final Award, necessitating additional attorney time spent by MB. Further, given the stakes in this complex litigation, the work done by partners and the effort expended by MB is reasonable.

Based on the foregoing, while the numbers of hours expended from February 17, 2024, through September 20, 2024, are significant, (909.9 hours) and the Court finds that the hours incurred to be reasonable under the circumstances of this case.

With regards to the hours expended from September 21, 2024 through the **Reply papers** on this motion, **March 28, 2025**, which total 379.9 (386.4 hours - 6.5 hours not charged), the invoices from September 2024 through March 2025 reflect that the hours incurred include time spent relating to a State Bar complaint. (Ex. FF to Reply Ehrlich Decl.) The Court finds that Miller Barondess is not entitled attorneys' fees for such matters by way of this motion. Thus, such hours incurred relating to the State Bar complaint shall be deducted. A review of the invoices indicates that time spent relating to the State Bar complaint total of 32.4 hours, totaling $39,826, with work primarily done by Attorney Miller and paralegal Stinar. (See Ex. FF to Reply Ehrlich Decl.)

However, all other hours actually expended from September 21, 2024, to **March 28, 2025**, appear reasonable. Attorney Ehrlich provides that MB performed significant additional work on this matter since filing the moving papers on September 20, 2024, which largely consisted of responses to filings by Plaintiffs, including Plaintiffs' motion to reduce amount of appellate bond and ex parte applications. (Reply Ehrlich Decl., ¶¶ 6-8.) Attorney Ehrlich also provides that in February 2024, Plaintiffs filed their initial opposition to the instant motion which was "beyond voluminous," including roughly 12,000 pages of material, that MB needed to review these document and draft its reply, and that the Court set an Order to Show Cause and allowing Plaintiffs an opportunity to submit new opposition and motion seal papers of which MB had to review and prepare a new reply (Reply Ehrlich Decl., ¶¶ 8-11.)

In sum, the Court finds that 347.5 hours incurred since September 21, 2024, through May 8, 2025, totaling $408,121.50 ($447,947.50 - $39,826) to be reasonable.

*Reasonableness of Billing Rates*
In determining a reasonable rate for the attorney's services, courts usually consider: (1) the prevailing rate charged by attorneys of similar skill and experience for comparable

legal services in the community; (2) the nature of the work performed; and (3) the attorney's customary billing rates. (*See Serrano v. Unruh* (1982) 32 Cal.3d 621, 643.)

MB asserts that its billing rates are appropriate, reasonable, and justified, that the rates are comparable to, if not less than, what other similarly-skilled lawyers and paralegals charge in the Los Angeles market according to fee arbitrator and legal industry expert, John Steele, and that the Arbitrator held counsel's rates to be reasonable.

Plaintiffs merely argues in conclusory fashion that MB's attorneys charged unreasonable hourly rates. Attorney Wilson provides that partner rates at $1,200 and $1,300 per hour are "substantially higher than the rates of most lawyers with similar experience" and opines they are not reasonable. (Wilson Decl., ¶ 14.) Attorney Wilson also states, "Hourly rates that MB charged itself are not reasonable given the market rates of comparable attorneys with similar experience in Southern California. Moreover, since MB was in pro per, it did not have an incentive to record its time honestly or to staff the matter efficiently." (Wilson Decl., ¶ 26.) These opinions are conclusory and unfounded. Nor does Attorney Wilson provide what reasonable rates should be.

Here, the hourly rates range from $395 to $1,300 per hour, with partners billing at $1,200 (Jeff White) and $1,300 (Justin Ehrlich, Dan Miller, Nadia Sarkis) per hour; associates billing at $750 (Marisa Kovacs) and at $795 (Janelle Li-A-Ping) per hour; paralegals billing at $395 per hour (Justin Stinar, Leslie Emge and Richard Reis). (Ehrlich Decl., ¶¶ 39-41.)

The Court notes that beginning in January 2025, the billing rates for Attorneys Miller, Sarkis, and Ehrlich, increased to $1,400 per hour, and the billing rate for Attorney White increased to $1,350. (See FF to Reply Ehrlich Decl.)

As set forth above, Hogan agreed that "if the firm is the prevailing party, the value of the time of all professionals in our firm who perform legal services in connection with the dispute, computed at their normal billing rates" will be entitled to be recovered. (Exs. A and B to Ehrlich Decl., 2017 and 2018 Fee Agreements at p. 4, ¶ 11.)

In addition, Attorney Ehrlich provides that Miller Barondess is a 45-lawyer firm in Los Angeles specializing in high stakes litigation, trial, and appellate work in California, and that it regularly takes on prestigious big firms. (Ehrlich Decl., ¶¶ 32, 34.) Attorney Ehrlich also provides that MB charges rates that are comparable to the rates charged by other law firms handling high-end, complex litigation in Los Angeles, and that he is familiar with the rates that other firms charge because of his experience being a litigator in this market for over 20 years. (Ehrlich Decl., ¶ 35.) Additionally, Attorney Ehrlich states that from his experience, "the billing rates of the MB timekeepers in this case are appropriate given their qualifications and ability, and they are proportional to what [their] competitors charge." (Ehrlich Decl., ¶ 36.)

Further, in the Final Award, the Arbitrator found that "counsel's experience and billing rates are reasonable in the community and as applied to this matter." (Ex. I to Ehrlich Decl., Final Award at p. 26.) MB's legal fee expert, John Steele, submitted a declaration dated October 27, 2023, in support of the motion for attorneys' fees, costs, and prejudgment interest before the Arbitrator which opined that the hourly fees at large, sophisticated law firms doing high-end litigation often reach $1,800 or more, that the rates charged by the lawyers and other timekeepers representing MB were significantly

less than $1,800 per hour although the lawyers have significant experience and excellent credentials, that Mr. Ehrlich's billing rate of $1,250 per hour was reasonable, Mr. Miller's billing rate which ranged from $895 per hour to $1,250 per hour was reasonable, and that the rates from $295 per hour for paralegals up to $975 per hour for more senior attorneys were reasonable. (Ex. X to Ehrlich Decl., Declaration of John Steele, ¶¶ 38-44.) Mr. Steele's review also included a rate of $1,250 for Nadia Sarkis, and a rate ranging from $295-$365 for Justin Stinar and other paralegals, which Mr. Steele opined were reasonable and justified. (Id., at ¶¶ 44, 46.)

Based on the foregoing, the Court finds that the billing rates sought for MB's timekeepers to be reasonable and commensurate with the prevailing rates charged by attorneys of similar experience and skill specializing in high-end complex litigation within the Los Angeles and Orange County community. Los Angeles rates are comparable to rates in Orange County.

Based on the requested billing rates, the Court GRANTS additional attorneys' fees in the total amount of $1,334,422 for hours incurred from February 17, 2024, through **March 28, 2025.**

*Costs*
MB contends it is entitled to recover its costs in the amount of $43,180.48 pursuant to paragraph 11 of the parties' fee agreement, that the broad cost-shifting language allows MB to recover costs beyond those authorized under Code of Civil Procedure section 1033.5, and that MB is seeking costs through this motion rather than through a Memorandum of Costs form because a motion is required where a moving party seeks costs that go beyond those that can be awarded under Section 1033.5. MB provides that the costs are tabulated by category in the Ehrlich Declaration at paragraph 46 and are supported by Exhibit Y, that the bulk of the costs are for the payment of the final deposit invoices from JAMS, MB provides that the costs claimed are reasonable and that Hogan agreed to pay these types of costs per the fee agreements.

Plaintiffs argue that MB waived its right to claim $43,180.48 in costs by failing to file a timely memorandum of costs, making any award improper.

"A party's right to recover costs is governed entirely by statute. [Citation.]" (*Boonyarit v. Payless Shoesource, Inc.* (2006) 145 Cal.App.4th 1188, 1192.) "To obtain costs, a party must comply with the applicable rules of court. [Citation.]" (*Ibid.*)

"A prevailing party who claims costs must serve and file a memorandum of costs within 15 days after the date of service of the notice of entry of judgment or dismissal by the clerk under Code of Civil Procedure section 664.5 or the date of service of written notice of entry of judgment or dismissal, or within 180 days after entry of judgment, whichever is first. The memorandum of costs must be verified by a statement of the party, attorney, or agent that to the best of his or her knowledge the items of cost are correct and were necessarily incurred in the case." (California Rules of Court, rule 3.1700(a)(1).)

"[I]f a claimant fails to present a cost bill, a waiver of the right to costs results. The time provisions relating to the filing of a memorandum of costs, while not jurisdictional, are mandatory. [Citation.]" (*Hydratec, Inc. v. Sun Valley 260 Orchard & Vineyard Co.* (1990) 223 Cal.App.3d 924, 929.) The trial court has discretionary power to grant relief under

CCP § 473(b) upon a proper showing of mistake, inadvertence, surprise or excusable neglect. (*Jones v. John Crane, Inc.* (2005) 132 Cal.App.4th 990, 1012; *Russell v. Trans Pacific Group* (1993) 19 Cal.App.4th 1717, 1728-1729.)

Here, there is no dispute that Miller Barondess is entitled to costs under the fee agreements, and that Miller Barondess did not file a Memorandum of Costs.

MB cites to *Anthony v. City of Los Angeles* (2008) 166 Cal.App.4th 1011 for the proposition that it can seek all costs through this motion rather than a Memorandum of Costs because a motion is required where the moving party seeks costs that go beyond those that can be awarded under Code of Civil Procedure section 1033.5. However, Anthony only involved the issues of expert witness fees, and stated: "It appears to us that rule 3.1700 applies only to the items 'allowable as costs' that are listed in subdivision (a) of [CCP] section 1033.5—that is, those cost items to which a party is entitled 'as a matter of right.' [Citation.]. (*Anthony v. City of Los Angeles* (2008) 166 Cal.App.4th 1011, 1015.)

Allowable costs under Section 1033.5(a) include, as relevant here, filing and motion fees, court reporter fees as established by statute, and fees for the electronic filing or service of documents through an electronic filing service provider if a court requires or orders electronic filing or service of documents. (Code Civ. Proc. § 1033.5 (a)(1), (11), (14).)

Here, MB seeks costs in the total about of $43,180.48 for arbitration ($19,461.82), photocopying/printing costs ($4,971.95), electronic discovery hosting costs ($560.40), filing and motion costs ($240.00), electronic filing costs ($200.37), courtesy copy courier costs ($768.36), court reporter costs ($1,627.44), parking for court ($3.00), mileage for court ($44.96), investigative services ($11,801.80), legal research ($2,849.70), and staff overtime ($650.68). (Ehrlich Decl., ¶¶ 46-47, Ex. Y.) As such the Court is faced with a situation where a party is seeking all costs, both those allowable under Section 1033(a) and those for which a court determination is required, by way of a motion.

The Court finds costs for filing and motion costs ($240.00), electronic filing costs ($200.37), and court reporter costs ($1,627.44) are costs allowable under Code of Civil Procedure section 1033.5(a), for which a Memorandum of Costs must be filed. As one was not filed, these costs have been waived. Thus, these costs totaling $2,067.81 are DENIED.

However, costs for arbitration ($19,461.82), photocopying/printing costs ($4,971.95), electronic discovery hosting costs ($560.40), courtesy copy courier costs ($768.36), parking for court ($3.00), mileage for court ($44.96), investigative services ($11,801.80), legal research ($2,849.70), and staff overtime ($650.68) do not appear to be costs that are allowable under Section 1033.5(a). Therefore, a motion is appropriate for these costs which require a court determination and which may not be immediately entered by the clerk.

Items not mentioned in Code of Civil Procedure section 1033.5 may be allowed or denied in the court's discretion. (Code Civ. Proc. § 1033.5(c)(4).) "An item not specifically allowable as costs under Code of Civil Procedure section 1033.5, subdivision (a), and not specifically prohibited under subdivision (b), may be allowed as costs at the discretion of the trial court if reasonably necessary to the conduct of the litigation. [Citation.]"

(*Landwatch San Luis Obispo County v. Cambria Community Services District* (2018) 25 Cal.App.5th 638, 645-646.)

"[A]ny award of costs – whether categorically recoverable under section 1033.5, subdivision (a) or allowable in the court's discretion under section 1033.5(c)(4) – must meet the requirements of subdivision (c)(2) and (3)." (*Segal v. Asics Am. Corp.* (2022) 12 Cal.5th 651, 667.) Costs are allowable if incurred, whether or not paid, and allowable costs shall be reasonable in amount and "reasonably necessary to the conduct of the litigation rather than merely convenient or beneficial to its preparation." (Code Civ. Proc. § 1033.5(c)(1)-(3).)

The costs for arbitration ($19,461.82), photocopying/printing costs ($4,971.95), electronic discovery hosting costs ($560.40), courtesy copy courier costs ($768.36), parking for court ($3.00), mileage for court ($44.96), investigative services ($11,801.80), legal research ($2,849.70), and staff overtime ($650.68) appear to be reasonable in amount and reasonably necessary to the conduct of the litigation. Plaintiff does not argue otherwise, and thus, implicitly concedes the same. The Court GRANTS additional costs in the amount of $41,112.67.

*Post-Judgment Interest*
MB contends it is entitled to post-interest judgment pursuant to Code of Civil Procedure section 685.010. MB has calculated that post-judgment interest of $1,057,100.20 will accrue on the Judgment from September 18, 2024 (the day after judgment was entered) until the date of the **Reply papers, March 28, 2025.** Interest will continue to accrue at 10 percent per annum (or $4,556.47 per day) for each day thereafter. MB requests that interest be calculated and included up through the date on which the Amended Judgment is entered.

Plaintiffs do not address or dispute MB's argument as to entitlement to post-judgment interest and therefore concedes the same. It is axiomatic the failure to challenge a contention in a brief result in the concession of that argument. (*DuPont Merck Pharmaceutical Co. v. Sup. Ct.* (2000) 78 Cal.App.4th 562, 566 ["By failing to argue the contrary, plaintiffs concede this issue"]; *Westside Center Associates v. Safeway Stores 23, Inc.* (1996) 42 Cal.App.4th 507, 529 ["failure to address the threshold question ... effectively concedes that issue and renders its remaining arguments moot"]; *Glendale Redevelopment Agency v. Parks* (1993) 18 Cal.App.4th 1409, 1424 [issue is impliedly conceded by failing to address it].)

Code of Civil Procedure section 685.010(a)(1) provides that "interest accrues at the rate of 10 percent per annum on the principal amount of a money judgment remaining unsatisfied." " 'It was not then nor has it ever been necessary for the judgment to contain a direction for payment of interest; the obligation follows automatically. (Citations.)' [Citation.]" Interest commences to accrue on a money judgment on the date of entry of the judgment, unless a money judgment is payable in installments. (Code Civ. Proc. § 685.010(a)-(b).)

MB has calculated that the Judgment is accruing interest at the rate of $4,556.47 per day. (Ehrlich Decl., ¶ 28; Reply Ehrlich Decl., ¶ 13.) MB also provides that the post-judgment interest has increased from what was requested in the moving papers because the hearing date on the motion was continued. (Reply Ehrlich Decl., ¶ 13.) The Court GRANTS post-

judgment interest in the amount of $1,057,100.20 consisting of interest from September 18, 2024 through **March 28, 2025**, accruing daily at the rate of $4,556.47 per day.

*Plaintiffs' Request for Judicial Notice*
Plaintiffs request that the Court take judicial notice of 13 documents. Nine of the documents consists of filings in this action related to the Petition to Compel Arbitration and Petition to Confirm and/or Petition to Vacate Arbitration Award. The Court DENIES the request to judicially notice the first nine documents as they are not relevant to the determination of the issues on the instant motion for entry of amended judgment. (*State Compensation Ins. Fund v. ReadyLink Healthcare, Inc.* (2020) 50 Cal.App.5th 422, 442-443.)

The remaining four documents are court records filed in other actions in the Superior Court of California, County of Orange, and in the United States District Court, Central District of California. The Court DENIES the request to judicially notice these documents as they also are not relevant to the determination of the issues on the instant motion, and Plaintiffs did not provide the Court with a copy of these court records as requiring by California Rules of Court, rule 3.1306(c).

PLAINTIFFS' MOTION TO SEAL
Plaintiffs, Roger T. Hogan, Hogan SRK, Inc., R&C Motor Corporation, and HFP Ltd. ("Plaintiffs") move for an order to seal the unredacted Joint Declaration of Kyle R. Hogan and Roger T. Hogan in support of Plaintiffs' Opposition to Defendants' Motion for Entry of Amended Judgment to Add Attorneys' Fees, Costs, and Post-Judgment Interest and exhibits thereto.

Plaintiffs contend that sealing of the Declaration is required to ensure Plaintiffs do not violate their obligation of confidentiality and non-disparagement owed to a third party based on a confidential Memorandum of Understanding and Confidential Settlement Agreement, and that the Declaration contains information that relates to a final arbitration award and related settlement agreement such that there exists an overriding interest that supports sealing the Declaration. Plaintiffs also contend that the they will be prejudiced if the Declaration is admitted to the public record unredacted/unsealed as they will be exposed to liability from a third party, and that the proposed sealing is narrowly tailored as the documents lodged for seal are now restricted to the relevant portions of the Declaration needed to convey Plaintiffs' evidence in support of Opposition to Defendants' Motion for Entry of Amended Judgment.

No opposition has been filed.

Plaintiffs have submitted a motion to seal with a memorandum and declaration containing facts sufficient to justify the sealing as required by California Rules of Court, rule 2.551(b)(1). Plaintiffs have also properly lodged the unredacted documents, and properly filed redacted versions of the documents, as well as served the motion on all parties as required by California Rules of Court, rule 2.551(b)(2), and (b)(4).

To grant a motion to seal, the court must expressly find that:
a. an overriding interest exists that overcomes the right of public access to the record;
b. the overriding interest supports sealing the records;

c. a substantial probability exists that the overriding interest will be prejudiced if the record is not sealed;
d. the proposed sealing is narrowly tailored; and
e. no less restrictive means exist to achieve the overriding interest.

(California Rules of Court, rule 2.550(d); *McGuan v. Endovascular Technologies, Inc.* (2010) 182 Cal.App.4th 974, 988.) These findings embody constitutional requirements for a request to seal court records, protecting the First Amendment right of public access to civil trials. (*See NBC Subsidiary (KNBC–TV), Inc. v. Super. Ct.* (1999) 20 Cal.4th 1178, 1217–18; *Huffy Corp. v. Super. Ct.* (2003) 112 Cal.App.4th 97, 104; *People v. Jackson* (2005) 128 Cal.App.4th 1009, 1026–27 [finding that in determining whether to seal records, courts must weigh constitutional requirements for disclosure against such factors as privacy rights].)

The burden of presenting information sufficient for the court to come to a reasoned decision about sealing or unsealing records by identifying the specific information claimed to be entitled to sealing and identifying the nature of the harm threatened by the disclosure is on the party seeking the sealing of documents. (*H.B. Fuller Co. v. Doe* (2007) 151 Cal.App.4th 879, 894.) At minimum, the party seeking to seal documents must come forward with a specific enumeration of the facts to be withheld and specific reasons for withholding them. (*Ibid.*)

An order sealing the record must specifically state the facts that support the findings; and direct the sealing of only those documents and pages, or portions of those documents and pages, that contain the material that needs to be placed under seal. (California Rules of Court, rule 2.550(e)(1).)

Here, Plaintiff, Roger T. Hogan, submits a declaration stating that Plaintiffs were represented by Defendants in a lawsuit against Toyota Motor Sales, U.S.A., Inc. for which a confidential settlement agreement was entered into between Plaintiffs and Toyota, and that the agreement required confidentiality and non-disparagement with the terms to of the resolution to be kept confidential. (Declaration of Roger T. Hogan, ¶¶ 2-3.) Roger Hogan also provides that they could be sued by Toyota if the terms of the settlement are not kept confidential and that Toyota could sue for breaching the confidential settlement agreement. (Id., ¶ 4.)

The foregoing shows that an overriding interest exists to maintain confidentiality and enforce binding contractual obligations not to disclose. (*See NBC Subsidiary (KNBC-TV), Inv. V. Superior Court* (1999) 20 Cal.4th 1178, 1222, fn. 46.) A binding contractual agreement not to disclose can constitute an overriding interest (*Universal City Studios, Inc. v. Superior Court* (2003) 110 Cal.App.4th 1273, 1283 [finding a binding contractual agreement not to disclose can constitute an overriding interest].) Additionally, a substantial probability exists that the overriding interest will be prejudiced if the information is not sealed or redacted, and the proposed sealing is narrowly tailored as the Declaration and exhibits redacts the terms of the settlement agreement which is to remain confidential and redacts information pursuant to the non-disparagement clause.

Based on the foregoing, the Court GRANTS the motion to seal, in accordance with the redacted version of the Declaration and exhibits, except that the Court finds the motion to seal redacted portions of the Arbitrator's Final Award dated February 16, 2024 (Ex. 57) to

be moot. The Court already ruled on the sealing of the Final Award in its Minute Order dated August 22, 2024, which became the Court's final ruling in its Minute Order dated August 27, 2024.

PLAINTIFFS' MOTION TO REDUCE APPELLATE BOND
Plaintiffs Roger T. Hogan, Hogan SRK, Inc., R&C Motor Corporation, HFP, Ltd. (the "Hogan Parties"), Cathie Hogan, Stephen Hogan, Kyle R. Hogan, and Roger P. Hogan (collectively, "Plaintiffs") move for an order to reduce the amount of the appellate bond from $24,946,653.41 to $16,862,767.52, or in the alternative, for an order indicating that Toyota Motor Sales, U.S.A., Inc. ("Toyota" or "TMS") should release $5,389,257.26 to Plaintiffs.

Plaintiffs contend that they posted an appellate bond of 150% of the judgment amount, i.e., $24,946,653.41, and assert that this amount is excessive because Toyota entered into an agreement with Plaintiffs and Defendant Miller Barondess, LLP ("Miller Barondess") whereby Toyota is holding $5,389,257.26 for the party that prevails in this case (the "Holdback Agreement") such that a bond in the full amount of the judgment is excessive because Plaintiffs will have locked up $30,335,910.67 to secure a $16,631,402.27 judgment which is well in excess of the 150% bond amount required. Plaintiffs contends that the Court should exercise its discretion under Code of Civil Procedure section 996.030 and reduce the bond amount from $24,946,653.41 to $16,862,767.52. Alternatively, Plaintiffs contend that if the bond is not reduced, the Court should issue an order indicating that Toyota should release the $5,389,257.26 to Plaintiffs.

Defendants, Miller Barondess, LLP, Louis R. "Skip" Miller, Amnon Z. Siegel, and Casey B. Sypek (collectively, "MB") contend that granting the request would leave MB under-secured in this action because since the Judgment was entered in September 2024, the Hogan Parties' liability to MB has increased substantially such that their current liability, including attorneys' fees, costs, and mandatory post-judgment interest to MB exceeds $19.2 million. MB contends that these sums will only continue to increase, and that when the appeal is finally over, MB anticipates that Hogan's liability will be about $22.4 million. MB also asserts that the request flies in the face of the Holdback Agreement as nothing in the agreement allows the money being held by Toyota to reduce or offset the bond requirement, and the Court cannot rewrite the agreement to add this term. Additionally, MB contends that Plaintiffs' alternative request to have the funds being held back by Toyota to be disbursed to Plaintiffs is absurd as the only grounds to disburse the money in the Holdback Agreement are (a) a "final, non-appealable order" or (b) "written joint instructions" from the parties, and neither has occurred here.

The perfecting of an appeal shall not stay enforcement of a money judgment in the trial court unless an undertaking is given. (Code Civ. Proc. § 917.1(a)(1).) "The undertaking shall be for double the amount of the judgment or order unless given by an admitted surety insurer in which event it shall be for one and one-half times the amount of the judgment or order." (Code Civ. Proc. § 917.1(b).)

"An appropriate undertaking would amount to at least one and one-half times the judgment. [Citation.]" (*Quiles v. Parent* (2017) 10 Cal.App.5th 130, 137.) "And the undertaking would be calculated based on the entire judgment . . . , not just the damages award. [Citations.]" (*Ibid.*)

The purpose of Code of Civil Procedure section 917.1 is to "protect the judgment won in the trial court from becoming uncollectible while the judgment is subjected to appellate review. [Citation.] A successful litigant will have an assured source of funds to meet the amount of the money judgment, costs and postjudgment interest after postponing enjoyment of a trial court victory." (*Grant v. Superior Court* (1990) 225 Cal.App.3d 929, 934.)

Code of Civil Procedure section 996.030(a) provides that if a bond is given, the court "may determine that the amount to the bond is excessive and order the amount reduced to an amount that in the discretion of the court or officer appears proper under the circumstances." (Code Civ. Proc. § 996.030(a).) "The order is subject to any limitations in the statute providing for the bond."

"The determination shall be made upon motion or affidavit of the principal in the same manner as a motion or affidavit for a determination under this article that a bond is insufficient. The notice of motion or the order to show cause made pursuant to affidavit shall be served on the beneficiary. The determination shall be made in the same manner and pursuant to the same procedures as a determination under this article that the bond is insufficient." (Code Civ. Proc. § 996.030(b).)

In ruling on motion to determine that a bond has become insufficient under Code of Civil Procedure section 996.010, the amounts of post judgment interest and costs are proper factors for the trial court to consider. (*Grant v. Superior Court* (1990) 225 Cal.App.3d 929, 938.) "[S]ection 996.010 reflects a commonsense view that the sufficiency of the undertaking should be assessed in light of those sums which it may be required to satisfy, not in light of the formula for initially setting the amount of the undertaking. To do otherwise ultimately would impair the ability of a successful respondent from recovering the full amount of the judgment to which it is entitled simply by virtue of the passage of time until remittitur issues. (*Ibid.*) "The purpose behind section 996.010 is to guard against a bond or undertaking filing to serve its original purpose." (*Ibid.*) In this context, "challenging an undertaking given pursuant to section 917.1, a movant must demonstrate a real, substantial possibility, not just speculation, that the current bond 'is or has from any cause become insufficient because the sureties were insufficient or because the amount of the bond is insufficient.' [Citation.]" (*Ibid.*)

Here, there is no dispute that Plaintiffs, Miller Barondess, and Toyota entered into an agreement whereby Toyota held back $5,389,257.26 until it received a final, non-appealable order indicating that the held back funds should be disbursed to Plaintiffs or Miller Barondess. (ROA 636, Declaration of Roger T. Hogan ("Hogan Decl."), ¶ 3, Ex. 2.) The Holdback Agreement states, "the Hogan Parties and MB desire for TMS to hold back the Disputed Amount from TMS' payment of the Guaranteed Payment and disburse the Disputed amount only in accordance with the terms and provisions of this Agreement." (Ex. 2 to Hogan Decl., Holdback Agreement, ¶ 1.) The Holdback Agreement also provides, "[w]ithin five (5) business days after TMS' receipt of a copy of a final, non-appealable order or judgment of a court of competent jurisdiction . . . directing TMS' disbursement of the Disputed Amount or any portion thereof . . . , TMS shall disburse the Disputed Amount to the Party(ies) pursuant to the Court Order; provided that any such Court Order is also accompanied by an express certification of a Party to the effect that such Court Order is final, non-appealable and from a court of competent jurisdiction . . . ." (Id., ¶ 3(a).) It additionally states: "Notwithstanding anything to the contrary in this Agreement, if at any

time TMS receives any written joint instructions from or on behalf of the Hogan Parties and MB as to the disbursement of all or a portion of the Disputed Amount, TMS shall disburse the Disputed Amount pursuant to such instructions, which shall be commercially reasonable and impose no additional costs on TMS, within seven (7) business days after TMS' receipt of such written joint instructions; . . . ." (Id., ¶3(b).) The Holdback Agreement further provides, "[t]his Agreement shall not be amended except by written instrument executed by all of the undersigned parties." (Id., ¶ 9.)

Plaintiffs seek to reduce the appellate bond in the amount of $24,946,653.41 to $16,862,767.52, thereby reducing the appellate bond by $8,315,251.14 based upon the funds being held back by Toyota.

MB provides that since the entry of Judgment, MB has filed a motion for entry of amended judgment to add attorneys' fees, costs, and post-judgment interest wherein MB calculates that it has incurred additional attorneys' fees in the amount of $1,493,850.50, costs in the amount of $43,180.48, and post-judgment interest in the amount of $1,057,100.20 through the May 8, 2025 hearing date on the amount such that MB requests an amended judgment be entered in the sum of $19,225,235.45. (ROA 838, Declaration of Justin P. Ehrlich, ¶¶ 2-3.) MB also provides that post-judgment interest from May 9, 2025, through June 23, 2026, would amount to $2,162,838.99, assuming an amended judgment issues on May 8, 2025 for the sum of $19,225,535.45. (Id., ¶ 4.)

Given the increased amount of the judgment based on the Court's concurrent ruling on MB's motion for entry of amended judgment, and considering the estimated post-judgment interest, the Court finds that amount of bond based on the Judgment entered in September 2024 in the amount of $16,631,402.27 is not excessive. Under these circumstances, leaving the amount of the appellate bond, as is, would serve the purpose of Code of Civil Procedure section 917.1 to protect the judgment won in the trial court from becoming uncollectible while the judgment is subjected to appellate review such that a successful litigant will have an assured source of funds to meet the amount of the money judgment, costs and post-judgment interest after an appeal.

Based on the foregoing, the Court finds that the amount of bond is not excessive, and a reduction of over $8 million dollars does not appear proper. Plaintiffs' motion to reduce the appellate bond is DENIED.

As to Plaintiffs' alternative request that the Court issue an order indicating that Toyota should release the $5,389,257.26 to Plaintiffs, there is no support for such an order. Plaintiffs cite to no authority supporting that the Court could make such an order.

Additionally, Plaintiffs' assertion that the Holdback Agreement "indicates that TMS will release the held back amount (i.e., $5,389,257.26) once it receives a court order 'directing TMS' disbursement of the Disputed Amount[.]' " is incomplete. (Memorandum of Points and Authorities, 4:11-13.) Significantly, Plaintiffs omit pertinent language qualifying such order as "a final, non-appealable order or judgment of a court of competent jurisdiction . . . directing TMS' disbursement of the Disputed Amount." Plaintiffs fail to establish that the Court's order on Plaintiffs' alternative request would constitute a final, non-appealable order, nor would it.

Further, the Holdback Agreement only provides for disbursement as set forth above, or by written joint instructions. Again, Plaintiffs fail to show that either has occurred.

Based on the foregoing, Plaintiffs' alternative request for the Court to issue an order indicating that the held back funds should be disbursed to Plaintiffs is DENIED.

Plaintiffs' Request for Judicial Notice
Plaintiffs request for the Court to judicially notice a copy of the Notice of Entry of Judgment and Judgment filed on September 20, 2024 in this case, and of the Notice of Appeal filed on November 12, 2024 is GRANTED pursuant to Evidence Code section 452(d).

*MB to give notice as to all three motions.*

# EXHIBIT M

MILLER | BARONDESS LLP

# Jason H. Tokoro

## Partner



jtokoro@millerbarondess.com
310.552.5226

**Education**

J.D., Order of the Coif, University of California, Berkeley, School of Law

B.A., Phi Beta Kappa, University of Hawai'i at Manoa

**Externship**

Honorable Dean D. Pregerson, U.S. District Court, Central District of California

**Admissions**

California

**Biography**

Jason is a complex commercial litigator with extensive experience in the entertainment, professional sports, real estate, and financial industries. He has represented a multitude of movie studios, one of the leading home builders in the nation, and a variety of pro-sports companies.

Jason received his Juris Doctor from the University of California, Berkeley School of Law in 2007, Order of the Coif. During law school, he was a Supervising Editor of the Berkeley Business Law Journal. Jason graduated Phi Beta Kappa from the University of Hawai'i at Manoa, receiving a Bachelor's Degree in English and Political Science.

Prior to joining Miller Barondess, Jason was litigation counsel at a large international firm in its Business Trial and Litigation practice group. He also served as a judicial extern for the Honorable Dean D. Pregerson of the United States District Court for the Central District of California.

**Notable Representations**

- Represented the County of Los Angeles, Los Angeles County Sheriff's Department, and Los Angeles County Fire Department in an 11-day federal jury trial involving photographs taken by County personnel following the tragic helicopter crash that killed nine individuals, including Kobe Bryant and his daughter.

- Defended the County of Los Angeles and the Los Angeles County Sheriff's Department in several lawsuits relating to claims of retaliation, discrimination, and hostile work environment caused by deputy "subgroups," including the Banditos.
- Defended the County of Los Angeles and its Board of Supervisors against numerous lawsuits challenging the County's enforcement of Governor Newsom's emergency health orders amid the COVID-19 global pandemic, including contact-tracing, stay-at-home orders, and orders restricting indoor and outdoor activities.
- Represented the founder of the Ace brand of boutique hotels in a 5-day jury trial against his former attorney for legal malpractice relating to the negotiation and drafting of an investor deal.
- Obtained a jury verdict for $3.4 million for California Bank & Trust and defeated cross-claims seeking over $35 million in damages for breach of contract, fraud, and negligence.
- Secured a blockbuster ruling for Warner Bros. and DC Comics in a complex intellectual property and contract action involving the rights to Superman, allowing the studio to continue using the comic book character going forward.
- Represented Lennar Corporation, a Fortune 500 land development company, in multiple matters including:
  - Secured a $54 million judgment for Lennar—the defendant—after a 13-month trial and defeated the plaintiffs' mismanagement claims totaling more than $200 million;
  - Obtained a jury verdict of more than $1 billion in a securities fraud and market manipulation lawsuit on behalf of Lennar;
  - Secured a dramatic dismissal of a lawsuit involving a claimed partnership interest on the eve of trial based on admissions by the plaintiff at deposition; and
  - Successfully prosecuted malpractice/breach of fiduciary duty lawsuit against Lennar's prior attorneys.
- Obtained favorable settlement for Toll Brothers, a Fortune 500 land development company, in land dispute over alleged easement on property being developed in Porter Ranch, California.
- Represented Sony Pictures Entertainment in asserted class action in California state court involving breach of contract and other claims relating to home video distribution of motion pictures.
- Secured dismissal on behalf of Anschutz Entertainment Group (AEG), a leading sports and entertainment company, of copyright infringement claims relating to the soundtrack for the motion picture "This Is It," starring entertainer Michael Jackson.
- Obtained favorable settlement for the Brees Dream Foundation, a non-profit charity founded by NFL quarterback Drew Brees and his wife, in the prosecution of a breach of contract and fiduciary duties lawsuit concerning the Foundation's annual charity golf tournament in San Diego, CA.
- Successfully represented boxing promoter Top Rank, boxer Manny Pacquiao, and former welterweight champion Antonio Margarito in various matters, including breach of contract, defamation, and matters before the New York and Nevada State Athletic Commissions.

- Obtained favorable settlement for client in elder abuse case involving claims of financial and emotional abuse by client's step-daughter.
- Prevailed in cases before the Department of Justice and Board of Immigration Appeals where clients were facing deportation.
- Provided assistance in the research and drafting of the 2008 Report to the National War Powers Commission co-chaired by former Secretaries of States Warren Christopher and James A. Baker.

### Honors and Awards

- Best Lawyers in America®
  Recognized in Commercial Litigation (2024)
- Los Angeles Business Journal
  Leaders of Influence: Minority Attorneys (2020-2024)
  Leaders of Influence: Litigators and Trial Attorneys (2022)
  Leaders of Influence: Thriving in Their 40's (2021)
- Southern California Super Lawyers® (2023-2025); Rising Stars® (2017-2019)

### Professional Activities

- Board Member, Century City Bar Association
- Board Member, Los Angeles Intellectual Property Law Association
- Board Member, Alzheimer's Association's Young Professionals Committee,
- Board Member, Young Professionals Council for Make-a-Wish, Greater Los Angeles
- Member, Asian Pacific American Bar Association
- Member, California Minority Counsel Program, a non-profit mutual benefit corporation dedicated to promoting diversity in the legal profession by providing attorneys of color with access and opportunity for business and professional development.
- Co-authored a two-part series of articles published in the *Daily Journal* addressing how today's work-from-home world has changed how data is created, where it is located, how it is preserved and collected, and the impacts on data privacy and security.
- Volunteer, numerous Los Angeles-based charities, including After-School All-Stars Los Angeles, Big Sunday, Reading to Kids, and Midnight Mission.

# EXHIBIT N

MILLER | BARONDESS LLP

# Steven G. Williamson
## Counsel



swilliamson@millerbarondess.com
310.552.5253

**Education**

J.D., *magna cum laude*, Rutgers University School of Law

B.A., Rutgers University

**Clerkship**

Honorable Brian S. Miller, U.S. District Court, Eastern District of Arkansas; Honorable Rhesa H. Barksdale, U.S. Court of Appeals, Fifth Circuit

**Admissions**

California

Texas

**Biography**

Steven is a complex commercial litigator with experience in trial and appellate courts at the state and federal levels. A skilled writer and strategist, his combination of experience enables him to take a wide view of disputes, with an eye toward winning results in the trial court and defending them on appeal. For defendants, Steven has prevailed at every stage of litigation, including complex dispositive motions, motions to compel arbitration, and on appeal. For plaintiffs, he has obtained injunctive relief and helped secure a high eight-figure settlement even before a lawsuit was filed.

Steven's clients have included technology and energy companies, leading international retailers, private equity firms, construction owners and contractors, and National Football League entities. He has experience in complex business disputes, mass torts, trade secrets and non-compete, environmental, product liability, regulatory, and construction matters.

A New Jersey native, Steven received his Juris Doctorate from Rutgers University School of Law—Camden, where he graduated *magna cum laude* and was Editor in Chief of the school's law review. He also received his Bachelor's Degree from Rutgers University. Following law school, he clerked for the Honorable Brian S. Miller, U.S. District Court for the Eastern District of Arkansas, and the Honorable Rhesa H. Barksdale, U.S. Court of Appeals for the Fifth Circuit.

Before joining Miller Barondess, LLP, Steven was a counsel and a senior associate at two large international law firms. He is licensed to practice in California and Texas.

## Notable Representations

- Represented international cyber-retailer in more than a dozen product liability lawsuits nationwide, including high-profile matters with allegations of serious injury or death.
- Represented technology company in nationwide tort actions involving death and other serious injury, and helped secure numerous victories in both trial courts and courts of appeal, as well as motions to compel arbitration.
- Represented international retailer in Texas mass tort action arising from third-party mass shooting at retailer's store.
- Represented various energy companies in California and Louisiana matters concerning alleged environmental contamination due to historic oil and gas activities.
- Represented ownership group in construction dispute over NFL stadium that experienced massive schedule delays and cost overruns, and helped secure high eight-figure settlement even before a lawsuit was filed.
- Advised steel fabricator in purchase of construction company that performed work on multiple NFL stadiums.
- Represented energy company against the United States Department of Interior and ONRR in lawsuit relating to federal royalties and regulations.
- Represented engineering contractor in construction dispute over first-of-its-kind pipeline project in Louisiana.
- Represented petrochemical company in numerous Texas mass tort cases alleging flooding related to Hurricane Harvey.
- Represented numerous employers on both sides of trade secret and non-compete disputes, successfully obtaining injunctive relief and defending against anti-competitive business practices.
- Represented energy company in complex action over pipeline tariffs and rate disputes.
- Represented airplane manufacturer in foreign litigation related to overseas aviation accidents.

## Honors and Awards

- *Best Lawyers: Ones to Watch® in America*
  Recognized in Product Liability Litigation – Defendants and Product Liability Litigation – Plaintiffs (2024-2025)

# EXHIBIT O

MILLER | BARONDESS LLP

# Brian Neach

## Counsel



bneach@millerbarondess.com
424.653.5836

**Education**

J.D., *magna cum laude*, University of Notre Dame Law School

B.A., University of California, Santa Barbara

**Admissions**

California

District of Columbia

**Biography**

Brian is a business litigator admitted to practice in California and the District of Columbia. He represents clients in state and federal courts in a broad range of matters, including contract, fraud, employment, Section 1983, and merger and acquisition litigation.

Before attending law school, Brian was a practicing Certified Public Accountant in California. He is the treasurer and board member for the Orange County Constitutional Rights Foundation, a non-profit, non-partisan education organization dedicated to empowering Orange County youth to be active, responsible citizens through legal and other education.

Brian received a Bachelor's Degree in Business Economics (accounting concentration) from the University of California, Santa Barbara, and his Juris Doctor from the University of Notre Dame School of Law.

Before joining Miller Barondess, Brian practiced in a large international firm's Newport Beach office and was a shareholder in an Orange County firm specializing in business litigation.

**Representative Matters**

*General Litigation*

- Obtained summary judgment for Chinese citizens accused of defrauding a publicly-traded education corporation based on California Code of Civil Procedure 361 (statute of limitations).
- Obtained summary judgment for aquaculture company on claims asserted by former employee for receipt of "change-in-control" payments.
- Obtained dismissal of complaint filed in OC Superior Court against owner of safe distribution business based on California's litigation privilege.
- Represented hard-drive manufacturer in dispute regarding $40 million working capital adjustments arising from asset purchase.

*Trial Experience*

- Represented school district in trial involving complex construction disputes and delay claims.
- Obtained post-trial dismissal of fraudulent transfer claims against a large sporting goods retailer that acquired the assets of another chain.
- Represented national homebuilder in a year-long bench trial involving accounting and mismanagement claims seeking hundreds of millions of dollars in damages; instead, secured a $54 million judgment, including attorneys' fees, against the plaintiff.
- Represented a global leader in the development of innovative pharmaceutical and medical device products in a three-week bench trial involving misappropriation of trade secrets against a major competitor and obtained broad, permanent injunctive relief.
- Represented a large law firm in obtaining a complete defense verdict in a jury trial involving allegations of legal malpractice.

# EXHIBIT P

MILLER BARONDESS LLP

# Ellie S. Ruth

## Counsel



eruth@millerbarondess.com
310.552.7570

**Education**

J.D., University of Houston Law Center

B.A., *magna cum laude*, Emory University

**Clerkship**

Honorable Brian M. Hoffstadt, California Court of Appeal, Second District

**Admissions**

California

Texas

**Biography**

Ellie is an appellate attorney admitted to practice in California and Texas. Her practice focuses on appeals, writs, and dispositive pre- and post-trial motions on a broad range of legal issues, including premises liability, attorneys fees, contracts, family law/complex divorces, evidence, insurance (bad faith, *Cumis* counsel), product liability, employment, and civil procedure.

Ellie has published and presented on a variety of issues, including evidence, expert witnesses, and annual updates on developments in the United States Supreme Court and California law (state and federal) covering all areas of civil litigation. She is active on LACBA's State Appellate Judicial Evaluation Committee–evaluating judicial appellate court nominees and preparing reports and recommendations to the Governor's Office. She is also an Adjunct Professor for LMU Loyola Law School's Ninth Circuit Appellate Advocacy Clinic—supervising students' representation of pro bono clients in the Ninth Circuit Court of Appeals.

Prior to joining Miller Barondess, Ellie was an appellate attorney at a boutique appellate firm in Los Angeles and a research attorney at the California Court of Appeal. She started her career in appellate law following a clerkship for the Honorable Brian M. Hoffstadt of the California Court of Appeal, Second District. Before moving to California, Ellie had a criminal defense practice in central Texas. Prior to law school, Ellie was an Account Executive at an international public relations company in New York, New York, developing and implementing media relations campaigns for large nonprofit and institutional clients.

Ellie received her undergraduate degree *magna cum laude* from Emory University and her law degree from the University of Houston Law Center.

## Notable Representations

- Won complete reversal of intentional infliction of emotional distress judgment, punitive damages, and private attorney general (PAGA) fees, and a near-total reversal of a compensatory damages award for a large hotel client facing an adverse jury verdict and sizeable damages and fee awards for negligence and intentional infliction claims.
- Successfully defended defense judgment on appeal for trucking company client on an issue of first impression involving the interplay between California's Code of Civil Procedure section 998 (governing pretrial offers to settle) and California's workers' compensation statutes. The case resulted in a precedent-setting published decision by the California Court of Appeal in favor of Ellie's client.
- Won reversal of attorney's fees award for large California University.
- Successfully defended dismissal of a declaratory judgment lawsuit against a large insurance carrier on appeal. The case involved a carrier's potential obligation to provide independent " *Cumis*" counsel to its insured in an underlying wrongful death lawsuit. The California Court of Appeal resolved the case in favor of Ellie's client in a published decision that included a concurring opinion on an unresolved issue of civil procedure–when and how a deficient declaratory relief claim can be dismissed.
- Successfully represented insurance carrier client on complex pre- and post-judgment interest issues following reversal of judgment on appeal, resulting in over a million dollars in interest for the carrier.
- Successfully defended summary judgment on appeal for a large Southern California public utility company facing negligence and premises liability claims.
- Successfully defended summary judgment on appeal for a large real estate broker facing breach of fiduciary duty and unlawful practice of law claims.
- Successfully defended a defense verdict on appeal for a large pet store facing negligence and products liability claims stemming from the sale of a pet rat.

## Lectures

- The Impossible Bind: Unintended Consequences of Consent Decrees and Injunctions in Public Impact Litigation; International Municipal Lawyers Association Mid-Year Seminar (2024)
- The Battle Over Bus Ads: The First Amendment, Public Transit, and Best Practices; International Municipal Lawyers Association Annual Conference (2023)

## Honors and Awards

- *The Best Lawyers in America®* – Recognized in Appellate Practice (2023-2025)

**Professional Activities**

- Member, Association of Business Trial Lawyers (ABTL), Los Angeles Chapter

# EXHIBIT Q

JS|HELD

**Jennie McNulty, CPA, MBA**
**Executive Vice President**

**Education**

Master of Business Administration Degree, Concentration in Taxation, Accelerated Program, Cum Laude, The University of Notre Dame, Graduate School of Business, 1995

Bachelor of Science Degree, Accounting, University of Southern California, 1991

**Professional Certifications, Registrations & Licenses**

Certified Public Accountant - 1993

**Professional Memberships**

American Academy of Economic & Financial Experts
California Society of Certified Public Accountants
National Association of Forensic Economics
USC Alumni Association
Notre Dame Alumni Association

**Work Experience**

J.S. Held, LLC – Economic Damages & Valuations
Executive Vice President
June 2020 to Present

VWM Analytics, LLC – Economic Analysis | Forensic Accounting | Business Valuation
Vavoulis, Weiner, & McNulty, LLC
Vavoulis & Weiner, LLC
Principal, 2007 – June 2020
Senior Economist, 2004 - 2007

Vavoulis & Associates, Inc.
Senior Economist
2000 - 2004

Sony Pictures
Director of Finance
1995 – 2001

Coopers & Lybrand (Price Waterhouse Coopers)
Senior Associate Auditor
1991 – 1994

Shearson Lehman Hutton (Morgan Stanley)
Financial Consultant
1988 – 1990

J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

# EXHIBIT R

# MARC A. COHEN, M.D., M.S.

FORENSIC CONSULTANT IN PSYCHIATRY AND BEHAVIORAL SCIENCES

**PERSONAL INFORMATION**

Office Address: 333 S. Beverly Drive, Suite 200
Beverly Hills, California 90212

Telephone: (310) 724-5500

Facsimile: (310) 836-3002

Academic E-mail: macohen@mednet.ucla.edu

Non-Academic E-mail: mcmd@mac.com

Summary of Background: https://medschool.ucla.edu/people/marc-cohen-md-ms

**EDUCATION**

Undergraduate Education
University of California at Los Angeles
Major: History; 09/91 – 06/96
B.A., 06/96

Graduate Education
University of California at Los Angeles
Major: Physiological Science; 09/97 – 06/99
M.S., 06/99

Medical Education
University of Southern California School of Medicine
08/99 – 05/03
M.D., 05/03

Graduate Medical Education
UCLA/San Fernando Valley Psychiatry Residency Program
Internship: 06/03 – 05/04
Residency: 06/04 – 06/07
Chief Resident: 06/06 – 06/07

UCLA Forensic Psychiatry Fellowship Program
06/07 – 06/08

**LICENSURE AND BOARD CERTIFICATION**

- California Medical License No.: A91103; Expiration Date: 11/30/26
- Washington Medical License No.: 60859244; Expiration Date: 11/26/26
- DEA Registration No.: FC2868478; Expiration Date: 08/31/26

LICENSURE AND BOARD CERTIFICATION, CONT.

- American Board of Psychiatry and Neurology, Psychiatry (Certificate No.: 59207)
- American Board of Psychiatry and Neurology, Forensic Psychiatry (Certificate No.: 1714)

PROFESSIONAL EXPERIENCE

- Assistant Dean for Student Professionalism and Performance, UCLA David Geffen School of Medicine; 7/1/24 – Present
- Special Advisor to the Faculty Executive Committee, UCLA David Geffen School of Medicine; 7/1/24 – Present
- Senior Advisor to the Faculty Executive Committee, Vice Dean for Education, and Chief Medical Education Officer, UCLA David Geffen School of Medicine; 9/1/20 – 6/30/24
- Associate Clinical Professor, UCLA David Geffen School of Medicine, Department of Psychiatry & Biobehavioral Sciences; 7/1/17 - Present
- Staff Psychiatrist, Screening Mental Health Clinic, OIF/OEF Veterans, Greater Los Angeles Healthcare System, Department of Veterans Affairs; 01/12 – 07/14
- Assistant Clinical Professor, UCLA David Geffen School of Medicine, Department of Psychiatry & Biobehavioral Sciences; 08/10 – 06/17
- Staff Psychiatrist, Olive View-UCLA Medical Center; 07/10 – Present
- Psychiatry Expert, Mental Health Court, Superior Criminal Court, Los Angeles County; 07/10 – Present
- Director, Partial Hospitalization Program, Sepulveda Ambulatory Care Center, Department of Veterans Affairs; 09/09 – 07/10
- Psychiatry Expert, Superior Criminal Court Panel, Los Angeles County; 03/09 – Present
- Clinical Instructor, UCLA David Geffen School of Medicine, Department of Psychiatry & Biobehavioral Sciences; 07/08 – 07/10
- Compensation and Disability Evaluator, Greater Los Angeles Veterans Administration, Department of Veterans Affairs; 07/08 – 07/10
- Staff Psychiatrist, Twin Towers Correctional Facility; 03/08 – 06/08

PROFESSIONAL EXPERIENCE, CONT.

- Staff Psychiatrist, Greater Los Angeles Healthcare System, Department of Veterans Affairs; 02/08 – 07/10
- Psychiatry Expert, Mental Health Court, Superior Criminal Court, Los Angeles County; 01/08 – 06/08
- Staff Psychiatrist, Metropolitan State Hospital, Forensic Admission Unit; 06/07 – 12/07
- Teaching Associate, University of California at Los Angeles; 06/00 – 07/00
- Graduate Research Assistant, University of California at Los Angeles; 06/98 – 02/99
- Teaching Assistant, University of California at Los Angeles; 09/97 – 06/99

PROFESSIONAL ACTIVITIES

Academic Appointments

- Ex-Officio Member, Medical Education Committee, UCLA David Geffen School of Medicine; 09/23 – Present
- Member, Student Conduct Committee, UCLA Office of the Dean of Students; 02/21 – Present
- Mentor, Longitudinal Mentorship Program, UCLA David Geffen School of Medicine; 01/21 – 02/23
- Chair, Committee on Academic Standing, Progress, and Promotion (CASPP), Faculty Executive Subcommittee, UCLA David Geffen School of Medicine; 09/20 – Present
- Chair, Ad Hoc Committee, UCLA Department of Psychiatry & Biobehavioral Sciences; 09/19 – 09/20; 10/21 – 1/23; 3/9/23 – 6/30/24
- Member, Ad Hoc Committee, UCLA Department of Psychiatry & Biobehavioral Sciences; 07/18 – 07/19
- Member, Committee on Academic Standing, Progress, and Promotion (CASPP), Faculty Executive Subcommittee, UCLA David Geffen School of Medicine; 06/14 – 06/20
- Founding Chair, Committee on Academic Standing, Progress, and Promotion (CASPP), Faculty Executive Subcommittee, UCLA David Geffen School of Medicine; 06/12 – 06/14

PROFESSIONAL ACTIVITIES, CONT.

- Faculty Mentor, Medical Student Well-Being Program, UCLA David Geffen School of Medicine; 01/13 – 01/16
- Member, Medical Student Education Evaluation Subcommittee, UCLA David Geffen School of Medicine; 01/13 – 01/16

Professional Appointments

- Editor, Journal of Forensic Sciences; 02/22 – Present
- Peer Reviewer, Journal of Forensic Sciences; 01/19 – 02/22
- San Fernando Valley Councilor, SCPS; 05/17 – 05/20
- Member, Criminal Behavior Committee, AAPL; 01/14 – Present
- Member, Suicidology Committee, AAPL; 01/14 – Present
- Member, Trauma and Stress Committee, AAPL; 10/12 – Present
- Member, Lawyer Assistance Program, California State Bar; 12/11 – 01/15

HONORS AND SPECIAL AWARDS

Phi Beta Kappa
Magna Cum Laude
Golden Key Honor Society
Pi Gamma Mu International Honor Society
Phi Alpha Theta History Honor Society
Outstanding Graduating Resident Award
Fellow, American Psychiatric Association
Fellow, American Academy of Forensic Sciences

ORGANIZATIONAL MEMBERSHIPS AND AFFILIATIONS

American Academy of Psychiatry and the Law (AAPL)
American Academy of Forensic Sciences (AAFS)
American Psychiatric Association (APA)
Southern California Psychiatric Society (SCPS)
American Medical Association (AMA)

SELECTED LECTURES AND PRESENTATIONS

- *Forensic Psychiatry: The Quest for Excellence,* Olive View-UCLA Medical Center Psychiatry Grand Rounds; September 2023
- *Response to Trauma,* National District Attorney's Association; November 2018

SELECTED LECTURES AND PRESENTATIONS, CONT.

- *Unusual Mental Health Defenses*, National District Attorney's Association; November 2018
- *Contemporary Forensic Evaluation of Posttraumatic Stress Disorder*, American Academy of Psychiatry and the Law; October 2018
- *Preventing and Responding to Violence in the Workplace*, Employment Law Institute; October 2017
- *Resiliency and Trauma*, American Academy of Forensic Sciences; February 2017
- *Mass Murder: How Worried Should The Masses Be*, American Academy of Psychiatry and the Law; October 2016
- *Paranoia and Violence*, UCLA/SFV Psychiatry Residency Training Program; September 2016
- *Psychiatric and Psychological Exams of Employees*, Practising Law Institute, Psychological Issues in Employment Law Seminar; March 2015
- *Combat-PTSD and Violence*, American Academy of Forensic Sciences; February 2014
- *Problem-based Learning Instructor*, MS 2 Medical Neurosciences, UCLA David Geffen School of Medicine; January – February 2014
- *PTSD in DSM 5: More Plaintiffs? More Defenses? More Awards?*, American Academy of Psychiatry and the Law; October 2013
- *The Uses and Abuses of Psychopharmacology in Conjunction with Psychotherapy*, The Los Angeles Society of Clinical Psychologists; August 2012
- *Combat-related Posttraumatic Stress Disorder*, C.G. Psychoanalytic Institute of Los Angeles; December 2011
- *Combat-related Posttraumatic Stress Disorder*, Los Angeles Chapter of Marriage & Family Therapists; April 2011
- *The Relationship between Combat-related PTSD and Violence*, Mental Health Court, Superior Court of California, Los Angeles County; April 2009
- *MS 3 Psychiatry Clerkship Course: Introduction to the Psychiatric Evaluation*, UCLA David Geffen School of Medicine; November 2008 – Present

ABSTRACTS AND PUBLICATIONS

- PTSD in DSM 5: More Plaintiffs? More Defenses? More Awards?; presented at American Academy of Psychiatry and the Law Annual Conference, San Diego, California; October 26, 2013
- Combat-related Posttraumatic Stress Disorder and Violence; presented at American Academy of Forensic Sciences Annual Conference, Seattle, WA; February 20, 2014
- Psychiatric and Psychological Exams of Employees; presented at Psychological Issues in Employment Law Seminar, Practising Law Institute, New York City, NY; March 16, 2015
- Resiliency and Trauma: An Interdisciplinary Team Approach to the Evaluation of Individuals in Mass Tort Cases; presented at American Academy of Forensic Sciences Annual Conference, New Orleans, LA; February 17, 2017
- Preventing and Responding to Violence in the Workplace; presented at Psychological Issues in Employment Law Seminar, Practising Law Institute, New York City, NY; October 13, 2017
- Contemporary Forensic Evaluation of Posttraumatic Stress Disorder; presented at American Academy of Psychiatry and the Law Annual Conference, Austin, TX; October, 27, 2018

ACADEMIC POLICIES

- Policy on Medical Student Professionalism, DGSOM
- Policy on Medical Student Academic Professional Standing at DGSOM
- Policy and Guidelines on Progress & Promotion of Medical Students at DGSOM
- Attendance Policy, Absences, Time-off, and Approved Leave of Absence for DGSOM Medical Students
- Bylaws, Committee on Academic Standing, Progress, and Promotion, DGSOM

EXPERT TESTIMONY[1]

- State of California v. Simeon Wichmann
  (Case No. ZM014967)
  Testified at trial, 3/15/10, Los Angeles County, California

- State of California v. Deonte Lee
  (Case No. ZM010543)
  Testified at trial, 5/4/10, Los Angeles County, California

- State of California v. Theodore Burley
  (Case No. ZM010622)
  Testified at trial, 7/7/10, Los Angeles County, California

- Ashley Fair v. State of California
  (Case No. 30-2008 00109795)
  Testified at deposition, 10/13/10, Los Angeles County, California

- State of California v. Robert Perez
  (Case No. ZM012906)
  Testified at trial, 11/9/10, Los Angeles County, California

- State of California v. Larry Jessie
  (Case No. ZM005300)
  Testified at trial, 11/22/10, Los Angeles County, California

- State of California v. James Hubbard
  (Case No. ZM013438)
  Testified at trial, 12/1/10, Los Angeles County, California

- State of California v. Lael Battle
  (Case No. ZM013315)
  Testified at trial, 1/27/11, Los Angeles County, California

- State of California v. Sean Hinman
  (Case No. ZM010340)
  Testified at trial, 2/9/11, Los Angeles County, California

- State of California v. Darrell Rideaux
  (Case No. ZM013902)
  Testified at trial, 3/14/11, Los Angeles County, California

---

[1] Dr. Cohen testified in matters involving dangerousness, the presence and/or absence of mental illness, mental health treatment, the effects of mental illness on daily function, and the need for LPS conservatorship, at the Los Angeles Superior Mental Heath Courthouse, and the Los Angeles Superior Court at the Clara Shortridge Foltz Criminal Justice Center from 3/1/10 to 6/15/11. Testimony was given in additional cases in 2009, but had no records allowing reconstruction of the specifics of these cases when first asked to prepare such a list in May 2011.

EXPERT TESTIMONY, CONT.

- State of California v. Scott Clay
  (Case No. ZM013515)
  Testified at trial, 4/6/11, Los Angeles County, California

- State of California v. Micah Pendleton
  (Case No. ZM016443)
  Testified at trial, 4/27/11, Los Angeles County, California

- State of California v. Bertram Dominguez
  (Case No. ZM007339)
  Testified at trial, 6/2/11, Los Angeles County, California

- State of California v. John Lowe
  (Case No. ZM016637)
  Testified at trial, 6/14/11, Los Angeles County, California

- Reuben and Mayumi Ishii v. Sears Corporation
  (Case No. SACV 10-00832-JVS) Testified at deposition, 7/6/11, United States District Court, Central District of California

- United States v. Larry Lujan
  (Case No. CR 05-924 RB)
  Testified at trial, 8/4/11, United States District Court, District of New Mexico

- State of California v. Mario Grimaldi
  (Case No. ZM017063)
  Testified at trial, 9/20/11, Los Angeles County, California

- United States v. Larry Lujan
  (Case No. CR 05-924 RB)
  Testified at penalty phase, 10/3/11, United States District Court, District of New Mexico

- State of California v. Cecilia Trujillo
  (Case No. ZM004255)
  Testified at trial, 10/13/11, Los Angeles County, California

- State of California v. James Hubbard
  (Case No. ZM013438)
  Testified at trial, 11/14/11, Los Angeles County, California

- State of California v. Lael Battle
  (Case No. ZM013315)
  Testified at trial, 11/28/11, Los Angeles County, California

EXPERT TESTIMONY, CONT.

- State of California v. Marbel Galvez
  (Case No. PJ46936)
  Testified at evidentiary hearing, 1/5/12, Los Angeles County, California

- State of California v. John Doe
  (Case No. ZM021938)
  Testified at trial, 1/17/12, Los Angeles County, California

- State of California v. Sean Hinman
  (Case No. ZM010340)
  Testified at trial, 1/18/12, Los Angeles County, California

- State of California v. Rodney Ward
  (Case No. ZM014708)
  Testified at trial, 1/27/12, Los Angeles County, California

- State of California v. Phillip Despain
  (Case No. ZM013903)
  Testified at trial, 7/18/12, Los Angeles County, California

- State of California v. Reginald Domingo
  (Case No. SA073207)
  Testified at evidentiary hearing, 8/9/12, Los Angeles County, California

- James and Kathleen Ruigomez v. PG&E, a Corporation
  (Case No. 499864)
  Testified at deposition, 9/13/12, San Mateo County, California

- Gregory, Mary, Adam, and Alexa Tafralis v. PG&E, a Corporation
  (Case No. 499864)
  Testified at deposition, 10/18/12, San Mateo County, California

- Watthika and Panaka Chea v. PG&E, a Corporation
  (Case No. 499864)
  Testified at deposition, 11/6/12, San Mateo County, California

- State of California v. Jewel Stuart
  (Case No. ZM018010)
  Testified at trial, 1/16/13, Los Angeles County, California

- State of California v. Dmitry Sheyko
  (Case No. BA383606)
  Testified at trial, 2/27/13, Los Angeles County, California

- State of California v. Barbara Grady
  (Case No. PA067902)
  Testified at trial, 4/24/13, Los Angeles County, California

EXPERT TESTIMONY, CONT.

- State of California v. John Bloodworth
(Case No. YA079410-01)
Testified at evidentiary hearing, 6/4/13, Los Angeles County, California

- State of California v. Jeffrey Stewart
(Case No. ZM008685)
Testified at trial, 10/16/13, Los Angeles County, California

- State of California v. Manuel Suarez
(Case No. ZM017750)
Testified at trial, 12/3/13, Los Angeles County, California

- State of California v. James Hubbard
(Case No. ZM013438)
Testified at trial, 12/5/13, Los Angeles County, California

- Kimberly Arnold v. Pfizer, Inc.
(Case No. 3:10-CV-01025-CV)
Testified at deposition, 1/29/14, United States District Court, District of Oregon

- State of California v. Shakir Azeem
(Case No. ZM013234)
Testified at trial, 1/30/14, Los Angeles County, California

- United States v. David Kalai
(Case No. CR 11-930(A) TJH)
Testified at competency hearing, 2/24/14, United States District Court, Central District of California

- State of California v. Fernando Gonzalez
(Case No. ZM011953)
Testified at trial, 4/1/14, Los Angeles County, California

- William Michael Dennis v. Kevin Chappell
(Case No. C 98-21027 JF)
Testified at deposition, 4/9/14, United States District Court, Northern District of California

- State of California v. Frank Palisi
(Case No. ZM021930)
Testified at trial, 5/7/14, Los Angeles County, California

- State of California v. Frank Palisi
(Case No. ZM021930)
Testified at trial, 5/7/14, Los Angeles County, California

EXPERT TESTIMONY, CONT.

- State of California v. Eduardo Vasquez
  (Case No. ZM021646)
  Testified at trial, 5/29/14, Los Angeles County, California

- Kimberly Arnold v. Pfizer, Inc.
  (Case No. Case No. 10-CV-1025-AC)
  Testified at trial, 6/11/14, United States District Court, District of Oregon, Portland Division

- Cindi Bright v. Russell Investments and Brian Golob
  (Case No. 12-2-37570-4)
  Testified at deposition, 6/18/14, King County, WA

- Cindi Bright v. Russell Investments
  (Case No. 12-2-37570-4)
  Testified at trial, 7/29/14, King County, WA

- State of California v. Jeffrey Stewart
  (Case No. ZM008685)
  Testified at trial, 10/7/14, Los Angeles County, California

- United States v. Daniel Christian Stanley Powell
  (Case No. 13-CR-98-JLS)
  Testified at trial, 11/4-11/5/14, United States District Court, Central District of California

- Tyler Remsen v. Norco Industries Inc. and Top-Line Industrial Products, Inc.
  (Case No. RIC 1216135)
  Testified at deposition, 11/20/14, Riverside County, California

- State of California v. Shakir Azeem
  (Case No. ZM013234)
  Testified at trial, 1/15/15, Los Angeles County, California

- Carrie Moss v. Knowledge Universe Education, LLC; KinderCare Learning Centers
  (Case No. 2:14-CV-03846)
  Testified at deposition, 1/19/15, United States District Court, Central District of California

- Joseph Juraszek v. University Behavioral Health of Denton and Asad Islam, M.D.
  (Case No. 2012-71249-431)
  Testified at trial, 2/5/15, 431st Judicial District Court, Denton County, Texas

- State of California v. Richard Lucero
  (Case No. ZM021419)
  Testified at trial, 2/10/15, Los Angeles County, California

EXPERT TESTIMONY, CONT.

- Carrie Moss v. Knowledge Universe Education, LLC; KinderCare Learning Centers
(Case No. 2:14-CV-03846)
Testified at trial, 3/13/15, United States District Court, Central District of California

- State of California v. Afano Segi
(Case No. ZM011363)
Testified at trial, 4/6/15, Los Angeles County, California

- Robert Wascher v. Southern California Permanente Medical Group
(Case No. 30-2011-00523323-CU-WT-CJC)
Testified at trial, 6/4/15, Orange County, California

- Christine Ross v. San Diego Gas & Electric
(Case No. 2008-00093080A)
Testified at deposition, 7/8/15, San Diego County, California

- Frederick Ronald Thomas, Jr. v. City of Fullerton, et al.
(Case No. 30-2012-00581299 CU-PO-CJC)
Testified at deposition, 8/31/15, Orange County, California

- State of California v. Troy Pines
(Case No. ZM026037)
Testified at trial, 9/22/15, Los Angeles County, California

- Lorena Guia v. Smart & Final Stores, LLC.
(Case No. BC554278)
Testified at deposition, 3/17/16, Los Angeles County, California

- RSCR Inland, Inc. v. State of California Department of Public Health
(Case No. RIC1407237)
Testified at deposition, 4/28/16, Riverside County, California

- RSCR Inland, Inc. v. State of California Department of Public Health
(Case No. RIC1407237)
Testified at trial, 6/22-6/23/16, Riverside County, California

- Ronald Karsin v. Sheppard, Mullin, Richter & Hampton, LLP
(Case No. 1220050157)
Testified at deposition, 7/6/16, Los Angeles, California, Arbitration

- United States v. Julien Jitt Noel
(Case No. CR 15-173-2 GHK)
Testified at evidentiary hearing, 8/10/16, United States District Court, Central District of California

EXPERT TESTIMONY, CONT.

- Ronald Karsin v. Sheppard, Mullin, Richter & Hampton, LLP
  (Case No. 1220050157)
  Testified at arbitration hearing, 8/16/16, Los Angeles, California

- United States v. Robert Jackson, et al.
  (Case No. CR 13-6743-CaliforniaS)
  Testified at trial, 8/18/16, United States District Court, Central District of California

- Talbert Mitchell v. SEIU Local 721, et al.
  (Case No. BC575572)
  Testified at deposition, 12/29/16, Los Angeles County, California

- Kim Meline v. State of Washington Department of Social and Health Services
  (Case No. 13-2-13022-5)
  Testified at deposition, 1/23/17, Pierce County, Washington

- Hannah Rubenstein v. The Residences at Royal Bellingham, Inc.
  (Case No. EC064881)
  Testified at deposition, 2/28/17, Los Angeles County, California

- State of California v. John Bloodworth
  (Case No. YA079410-01)
  Testified at trial, 5/4/17, Los Angeles County, California

- State of California v. Alexander Sirlo
  (Case No. ZM023903)
  Testified at trial, 5/8/15, Los Angeles County, California

- Kim Meline v. State of Washington Department of Social and Health Services
  (Case No. 13-2-13022-5)
  Testified at trial, 6/12/17, Pierce County, Washington

- Laurie Carranza v. California Department of Corrections and Rehabilitation
  (Case No. CIVRS1201373)
  Testified at deposition, 8/14/17, San Bernardino County, California

- State of California v. Brent Bateman
  (Case No. LA073310)
  Testified at evidentiary hearing, 9/13/17, Los Angeles County, California

- Tyler Shane v. KB Recovery, Inc. DBA KB Recovery Addiction Treatment Center
  (Case No. BC577278)
  Testified at deposition, 9/25/17, Los Angeles County, California

EXPERT TESTIMONY, CONT.

- Talbert Mitchell v. SEIU Local 721, et al.
  (Case No. BC575572)
  Testified at trial, 10/31/17-11/1/17, Los Angeles County, California

- Marylin Castillo et al. v. King Taco Restaurant, Inc., et al.
  (Case No. BC560096)
  Testified at deposition, 12/11/17, Los Angeles County, California

- Dominic Archibald v. County of San Bernardino, Kyle Woods, William Kelsey
  (Case No. 5:16-cv-01128)
  Testified at deposition, 2/9/18, United States District Court, Central District of California

- Marylin Castillo et al. v. King Taco Restaurant, Inc., et al.
  (Case No. BC560096)
  Testified at trial, 2/13/18, Los Angeles County, California

- Eliana Alvarez v. King Baby Studio, Inc., et al.
  (Case No. BC639674)
  Testified at deposition, 5/14/18, Los Angeles County, California

- SG Homecare, Inc. v. Verio Healthcare, Inc., et al.
  (Case No. 30-2015-00819810-CU-CO-CJC)
  Testified at deposition, 11/1/18, Orange County, California

- Jason Migas v. State of California
  (Case No. CIVDS1608477)
  Testified at deposition, 1/7/19, San Bernardino County, California

- Alfredo Zamudio v. CEC Entertainment, Inc.
  (Case No. BC671188)
  Testified at deposition, 6/28/19, Los Angeles County, California

- Mara Pelsman v. Gateways Hospital and Mental Health Center, et al.
  (Case No. BC699392)
  Testified at deposition, 7/18/19, Los Angeles County, California

- Serena Yang v. Colony American Finance, et al.
  (Case No. 18-2344-MCS)
  Testified at deposition, 7/25/19, Los Angeles, California, Arbitration

- Serena Yang v. Colony American Finance, et al.
  (Case No. 18-2344-MCS)
  Testified at arbitration hearing, 7/31/19, Los Angeles, California

EXPERT TESTIMONY, CONT.

- State of California v. Patrick Lee Barris
  (Case No. 8CJ02744)
  Testified at evidentiary hearing, 11/5/19, Los Angeles County, California

- Rafaela Velasquez v. Legal Aid Foundation of Los Angeles
  (Case No. BC693192)
  Testified at deposition, 11/11/19, Los Angeles County, California

- Lisette Higareda v. Honda North America, Inc. et al.
  (Case No. BC583268; BC587056)
  Testified at deposition, 12/12/19, Los Angeles County, California

- Marzieh Salehi v. Cedars-Sinai Medical Center
  (Case No. 1220062143)
  Testified at deposition, 1/21/20, Los Angeles, California, Arbitration

- Secretary of Labor, U.S. Dept. of Labor v. UHS of Denver, Inc.
  (OSHRC Docket No. 19-0550)
  Testified at deposition, 10/21/20, remotely from Beverly Hills, California

- Darren Gales v. California Department of Corrections and Rehabilitation-Ventura Youth Correctional Facility
  (Case No. 2:19-cv-05025)
  Testified at deposition, 11/16/20-11/17/20, Solano County, California

- Jefferey Lurner v. American Golf and Country Clubs
  (Case No. 30-2018-00992342-CU-CR-CJC)
  Testified at deposition, 11/18/20, Orange County, California

- Kris Doe and Nate Doe v. Bridges to Recovery, LLC, et al.
  (Case No. 2:20-cv-00348-SVW-SK)
  Testified at deposition, 12/14/20, remotely from Beverly Hills, California

- Malcom J. Robbins v. Robert L. Ayers
  (Case No. CV 91-04768-TJH)
  United States District Court, Northern District of California, Western Division;
  Testified at deposition, 3/30/21, remotely from Beverly Hills, California

- Cynthia Moroyoqui v. Solstice Senior Living, LLC, et al.
  (Case No. 20-2185-MCS)
  Testified at deposition, 5/5/21, remotely from Beverly Hills, California

- State of California v. Brent Bateman
  (Case No. LA073310)
  Testified at trial, 5/13/21, Los Angeles County, California

EXPERT TESTIMONY, CONT.

- Cynthia Moroyoqui v. Solstice Senior Living, LLC, et al.
(Case No. 20-2185-MCS)
Testified at arbitration hearing, 5/14/21, remotely from Beverly Hills, California

- Destiny Ortiz and Sabrina Morgan v. Cedar Fair L.P., et al.
(Case No. 30-2019-01098356-CU-OE-CJC)
Testified at deposition, 5/24/21, remotely from Beverly Hills, California

- Secretary of Labor, U.S. Department of Labor v. UHS of Denver, Inc.
(OSHRC Docket No. 19-0550)
Testified at trial, 6/17/21 and 6/21/21, Denver, Colorado

- Secretary of Labor, U.S. Department of Labor v. UHS of Fuller, Inc., et al.
(OSHRC Docket No. 20-0032)
Testified at trial, 8/9/21-8/10/21, Boston, Massachusetts

- Secretary of Labor, U.S. Dept. of Labor v. UHS of Centennial Peaks, LLC.
(OSHRC Docket No. 19-1579)
Testified at deposition, 8/17/21, remotely from Beverly Hills, California

- David J. John v. L.S. McEwen, Warden
(Case No. 2:12-CV-05174-DMG-PLA)
Testified at evidentiary hearing, 8/18/21, United States District Court, Central District of California

- Secretary of Labor, U.S. Dept. of Labor v. UHS of Centennial Peaks, LLC.
(OSHRC Docket No. 19-1579)
Testified at trial, 9/21/21, Denver, Colorado

- John RF Doe and John RR Doe v. The Roman Catholic Archbishop of Los Angeles
(Case No. BC695758)
Testified at deposition, 10/8/21, remotely from Beverly Hills, California

- Glenda Rodger v. Los Angeles County
(Case No. BC697083)
Testified at deposition, 10/14/21, remotely from Beverly Hills, California

- Jefferey Lurner v. American Golf and Country Clubs
(Case No. 30-2018-00992342-CU-CR-CJC)
Testified at trial, 10/20/21-10/21/21, Orange County, California

- Pratiksha Patel v. Tungsten Network, Inc.
(Case No. 2:20-cv-07603-RGK-JEM)
Testified at deposition, 10/22/21 and 10/26/21, remotely from Beverly Hills, California

EXPERT TESTIMONY, CONT.

- Glenda Rodger v. Los Angeles County
  (Case No. BC697083)
  Testified at trial, 11/3/21, Los Angeles, California

- United States v. Donna Givens, et al.
  (Case No. EDCR20-0075-JAK)
  Testified at evidentiary hearing, 11/4/21, Los Angeles, California

- Monica Barnett v. Costco Wholesale Corporation
  (Case No. 2:20-cv-4896)
  Testified at deposition, 11/23/21, remotely from Beverly Hills, California

- Margarita Ramirez v. World Oil Corp.
  (Case No. 20STCV22351)
  Testified at deposition, 1/21/22, remotely from Beverly Hills, California

- Martha Chavez v. El Pollo Loco
  (Case No. 20STCV27473)
  Testified at deposition, 2/3/22, remotely from Beverly Hills, California

- John CM Doe, a minor, by and through his Guardian ad Litem, Jane LM Doe v. Norwalk Unified School District, et al.
  (Case No. 19STCV10390)
  Testified at deposition, 2/25/22, remotely from Beverly Hills, California

- Los Angeles Thoracic and Cardiovascular Association v. Merrill Lynch, et al.
  (Case No. 18-0109)
  Testified at arbitration hearing, 3/3/22, 3/4/22, 3/10/22, 3/11/22 remotely from Beverly Hills, California

- Margarita Ramirez v. World Oil Corp.
  (Case No. 20STCV22351)
  Testified at trial, 4/19/22, Los Angeles, California

- Alexander Cordova v. Silver Lake Medical Center, et al.
  (Case No. BC668462)
  Testified at deposition, 4/21/22, remotely from Beverly Hills, California

- John CM Doe, a minor, by and through his Guardian ad Litem, Jane LM Doe v. Norwalk Unified School District, et al.
  (Case No. 19STCV10390)
  Testified at trial, 5/3/22-5/4/22, Norwalk, California

- United States v. Cau Hong, et al.
  (Case No. 2:20-cr-00110-GW)
  Testified at evidentiary hearing, 5/19/22, Santa Ana, California

EXPERT TESTIMONY, CONT.

- Victoria DeLara and Lydia DeLara v. Motel 6, et al.
  (Case No. PSC1901273)
  Testified at deposition, 6/2/22 and 6/9/22, remotely from Beverly Hills, California

- United States v. Cau Hong, et al.
  (Case No. 2:20-cr-00110-GW)
  Testified at evidentiary hearing, 6/22/22, Santa Ana, California

- Elisa Scalari v. Edoardo Baldi, et al.
  (Case No. YRBXS)
  Testified at deposition, 7/7/22, remotely from Las Vegas, Nevada

- Elisa Scalari v. Edoardo Baldi, et al.
  (Case No. YRBXS)
  Testified at arbitration hearing, 7/14/22, Los Angeles, California

- Vanessa Bryant et al. v. County of Los Angeles
  (Case No. 2:20-cv-09582-JFW-E)
  Testified at deposition, 8/2/22, remotely from Beverly Hills, California

- John Sylvester Penny v. City of Los Angeles, et al.
  (Case No. 2:20-cv-07211 DMG)
  Testified at deposition, 8/9/22, remotely from Beverly Hills, California

- Ernesto Rodriguez v. BNSF Railway Company
  (Case No. 18CECG00679)
  Testified at deposition, 8/24/22, remotely from Beverly Hills, California

- Efrain Ramirez v. Owens Premier, Inc.
  (Case No. 20STCV40357)
  Testified at deposition, 9/28/22, remotely from Beverly Hills, California

- Osama Assaad-Nasr v. State of California Department of Transportation
  (Case No. BC698405)
  Testified at deposition, 10/15/22, remotely from Beverly Hills, California

- Ashanty Gilewski v. San Diego County Credit Union
  (JAMS Ref. No.: 1240024663)
  Testified at deposition, 12/14/22, remotely from Beverly Hills, California

- Estate of Oral Nunis, Sr., By and Through Roxie A. Nunis, As Successor In Interest to the Estate, et al. v. City of Chula Vista, et al.
  (Case No. 21-CV-1627-AJB-DEB)
  Testified at deposition, 1/3/23, remotely from Beverly Hills, California

EXPERT TESTIMONY, CONT.

- Ashanty Gilewski v. San Diego County Credit Union
  (JAMS Ref. No.: 1240024663)
  Testified at deposition, 1/4/23, remotely from Beverly Hills, California

- Ashanty Gilewski v. San Diego County Credit Union
  (JAMS Ref. No.: 1240024663)
  Testified at arbitration hearing, 1/31/23, San Diego, California

- Joanna Poppink v. Sally Assin, et al.
  (Case No. BC709341)
  Testified at deposition, 2/2/23, remotely from Beverly Hills, California

- Mary Gordon v. County of Orange, et al.
  (Case No. SACV14-01050 CJC (DFMx))
  Testified at deposition, 2/9/23, remotely from Beverly Hills, California

- Rick Espindola v. Wismettac Asian Foods, Inc.
  (Case No. 2:20-cv-03702-PA-E)
  Testified at trial, 2/13/23, Santa Ana, California

- Jane LT Doe, et al. v. Doe 1, et al.
  (Case No. 30-201901095453-CU-03-NJC)
  Testified at trial, 2/14/23, 2/16/23, 2/21/23, Fullerton, California

- Joanna Poppink v. Sally Assin, et al.
  (Case No. BC709341)
  Testified at trial, 2/24/23, Van Nuys, California

- Gayl Abbey v. The Milken Family Foundation, et al.
  (Case No. 21STCV37404)
  Testified at deposition, 3/15/23, remotely from Beverly Hills, California

- Julia Rosner v. Shayke, Inc., et al.
  (Case No. 20STCV06098)
  Testified at deposition, 4/3/23, remotely from Beverly Hills, California

- Maritza Garcia v. Trinet HR II Holdings, Inc.
  (JAMS Ref. No.: 1240024328)
  Testified at arbitration hearing, 4/6/23 and 6/30/23, Los Angeles, California

- Cassidy Vogel v. Uber Technologies, Inc.
  (Case No. 30-2020-01148139-CU-PA-CJC)
  Testified at deposition, 4/13/23, remotely from Beverly Hills, California

- In re LPS Conservatorship of Emily J. Hoxie
  (Case No. 23NWMH00075)
  Testified at trial, 4/18/23, Norwalk, California

EXPERT TESTIMONY, CONT.

- Crystal Carver v. JFK Memorial Hospital, et al.
  (Case No. PSC1803426)
  Testified at deposition, 4/19/23, remotely from Beverly Hills, California

- Julia Rosner v. Shayke, Inc., et al.
  (Case No. 20STCV06098)
  Testified at trial, 4/26/23, Van Nuys, California

- Osama Assaad-Nasr v. State of California Department of Transportation
  (Case No. BC698405)
  Testified at trial, 4/28/23, Los Angeles, California

- Ramiro Huerta v. County of Tulare, et al.
  (Case No. 1:17-cv-01446- DAD-EPG)
  Testified at deposition, 5/22/23, remotely from Beverly Hills, California

- Dawn Barr and Brian Barr v. Jade Valerie Iverson and Nicole Connors
  (Case No. PSC2003735)
  Testified at deposition, 5/26/23, remotely from Beverly Hills, California

- Joaquin Galdamez v. Primary Color Systems Corporation
  (Case No. 30-2021-01182553-CU-WT-CJC)
  Testified at deposition, 6/19/23, remotely from Beverly Hills, California

- Petar Marovic and Rosy Marovic v. Joseph Florentine and Robin Florentine
  (Case No. 30-2018-010050830CU-UD-CJC)
  Testified at deposition, 6/22/23, remotely from Beverly Hills, California

- Richard Pastore v. AutoZone West, Inc., et al.
  (Case No. 21STCV01261)
  Testified at deposition, 7/24/23, remotely from Beverly Hills, California

- Angel Lujan v. Dover Pump Solutions Group, et al.
  (Case No. 20STCV09522)
  Testified at deposition, 8/2/23, remotely from Beverly Hills, California

- Arlyne Magallanez v. Maximus Human Services, Inc., et al.
  (Case No. 30-2019-01097593-CU-WT-NJC)
  Testified at deposition, 8/7/23, remotely from Beverly Hills, California

- Sonia Ortega v. Frontier Communications Corporation, et al.
  (Case No. 19STCV31223)
  Testified at deposition, 8/18/23, remotely from Beverly Hills, California

- Maurilio Wilcox v. Molina Healthcare, Inc., et al.
  (Case No. 21STCV07894)
  Testified at deposition, 8/24/23, remotely from Beverly Hills, California

EXPERT TESTIMONY, CONT.

- Art Hernandez, et al. v. County of Los Angeles
  (Case No. 19stCV33158)
  Testified at deposition, 9/5/23, remotely from Beverly Hills, California

- Jose Vigil v. Consolidated Precision Products, et al.
  (Case No. 21STCV21320)
  Testified at deposition, 9/6/23, remotely from Beverly Hills, California

- Scott McLaughlin v. Holland L.P.
  (Case No. 37-2021-00022311- CU-BT-NC)
  Testified at trial, 9/12/23, San Diego, California

- Maurilio Wilcox v. Molina Healthcare, Inc., et al.
  (Case No. 21STCV07894)
  Testified at trial, 9/12/23 and 9/13/21, Los Angeles, California

- Dylan Blaze Huerta v. Monika Arakse Mkhitaryan, et al.
  (Case No. 21STCV44417)
  Testified at deposition, 9/22/23, remotely from Beverly Hills, California

- Jane Roe v. Costco Warehouse Corp.
  (Case No. 30-2018-01037436-CU-OE-CJC)
  Testified at deposition, 9/24/23, remotely from Beverly Hills, California

- E.T. v. Orange County Social Services Agency, et al.
  (Case No. 30-2022-01242907-CU-PO-CJC)
  Testified at deposition, 10/13/23, remotely from Beverly Hills, California

- E.A. v. Orange County Social Services Agency, et al.
  (Case No. 30-2022-01242907-CU-PO-CJC)
  Testified at deposition, 10/13/23, remotely from Beverly Hills, California

- Richard Pastore v. AutoZone West, Inc., et al.
  (Case No. 21STCV01261)
  Testified at trial, 10/26/23, Los Angeles, California

- Joseph Gerardi v. Ken Grody Redlands, LLC.
  (Case No. CIVDS2019997)
  Testified at deposition, 11/7/23, remotely from Beverly Hills, California

- Aaron Nguyen, et al. v. City of Garden Grove, et al.
  (Case No. 8:210cv-01775)
  Testified at deposition, 12/4/23, remotely from Beverly Hills, California

- Crystal Carver v. JFK Memorial Hospital, et al.
  (Case No. PSC1803426)
  Testified at trial, 12/19-12/20/23, Palm Springs, California

EXPERT TESTIMONY, CONT.

- Yael Rios v. National Railroad Passenger Corporation
  (Case No. 34-2020-00288579)
  Testified at deposition, 12/27/23, remotely from Beverly Hills, California

- Griselda Garcia v. Perfect 10 Antenna Company
  (Case No. 5:23-cv-00318 GW(KKx))
  Testified at deposition, 2/1/24, remotely from Beverly Hills, California

- John Doe v. County of Orange, et al.
  (Case No. 30-2022-01286908 CU-NP-CJC))
  Testified at trial, 2/14/24, Santa Ana, California

- Martha Chavez v. El Pollo Loco
  (Case No. 20STCV27473)
  Testified at trial, 2/15/24, Los Angeles, California

- Justin Smith v. City of La Verne, et al.
  (Case No. 2:23-cv-00644)
  Testified at deposition, 3/21/24 and 4/11/24, remotely from Beverly Hills, California

- Estate of Oral Nunis, Sr., By and Through Roxie A. Nunis, As Successor In Interest to the Estate, et al. v. City of Chula Vista, et al.
  (Case No. 21-CV-1627-AJB-DEB)
  Testified at trial, 4/25/24, San Diego, California

- Estate of Samuel Herrera, Jr., et al. v. County of Los Angeles, et al.
  (Case No. 21STCV36013)
  Testified at deposition, 5/13/24, remotely from Beverly Hills, California

- Justin Smith v. City of La Verne, et al.
  (Case No. 2:23-cv-00644)
  Testified at trial, 5/14/24, Riverside, California

- Andrew Risk v. United Airlines, et al.
  (Case No. 22STCV37268)
  Testified at deposition, 5/20/24, remotely from Beverly Hills, California

- Sajith Weerasinghe v. Cedars-Sinai Medical Center
  (Case No. 22STCV35760)
  Testified at deposition, 5/24/24, remotely from Beverly Hills, California

- Sajith Weerasinghe v. Cedars-Sinai Medical Center
  (Case No. 22STCV35760)
  Testified at trial, 6/14/24, Los Angeles, California

EXPERT TESTIMONY, CONT.

- Sebastian Forbes, et al. v. City of Pasadena
  (Case No. 22STCV30042)
  Testified at deposition, 7/11/24, remotely from Beverly Hills, California

- David Argueta v. The Amaad Institute, et al.
  (Case No. 23STCV09780)
  Testified at deposition, 8/7/24, remotely from Beverly Hills, California

- Robert Coyle v. County of Los Angeles, et al.
  (Case No. 21STCV27463)
  Testified at deposition, 9/19/24, remotely from Beverly Hills, California

- Jane Roe v. Costco Warehouse Corp.
  (Case No. 30-2018-01037436-CU-OE-CJC)
  Testified at trial, 11/18/24, Orange, California

- Gustavo Munoz v. Walmart, Inc.
  (Case No. 5:23-cv-01154)
  Testified at deposition, 11/26/24, remotely from Beverly Hills, California

- In re Justin James Merriman, On Habeas Corpus
  (Capital Case No. S097363)
  Testified at evidentiary hearing, 12/11/24, Ventura, California

- Jennifer Brear Brinker v. AXOS Bank and John Tolla
  (Case No. 3:22-cv-00386-MMA-DDL)
  Testified at deposition, 12/19/24 and 1/9/25 remotely from Beverly Hills, California

- John Doe v. Dye Precision, Inc.
  (Case No. 37-2022-00047300-CU-OE-CTL)
  Testified at deposition, 1/7/25 and 1/16/25, remotely from Beverly Hills, California

- Roberto Garcia v. Pipeline Carriers, Inc.
  (Case No. CIVDS2018643)
  Testified at deposition, 1/7/25, remotely from Beverly Hills, California

- Jane FSC Doe v. Franklin-McKinley School, et al.
  (Case No. 22CV398130)
  Testified at deposition, 2/11/25, remotely from Beverly Hills, California

- Leslie Guy v. Trinity Youth Services
  (JAMS Case No. 5220000572)
  Testified at deposition, 3/7/25, remotely from Beverly Hills, California

EXPERT TESTIMONY, CONT.

- Leslie Guy v. Trinity Youth Services
  (JAMS Case No. 5220000572)
  Testified at arbitration, 3/13/25, Los Angeles, California

- Kandi Arnhold v. United States
  (Case No. 19-1407)
  Testified at deposition, 3/14/25, remotely from Beverly Hills, California

# EXHIBIT S

# VIDA L. THOMAS

1811 10th Avenue, Sacramento, California 95818

(916) 306-8371 vida@oiglaw.com

**LEGAL EMPLOYMENT**

**Oppenheimer Investigations Group** ♦ Berkeley, CA
January 2020 – Present

Managing Partner and Co-Owner
Conduct independent workplace investigation for public and private employers. Supervise attorney investigators. Conduct employee training regarding harassment, discrimination and retaliation prevention, diversity and inclusion, and how to conduct workplace investigations. Served as legal counsel to public agency discipline appeal boards during employee discipline appeal hearings. Served as hearing officer in public agency discipline appeal hearings. Served as expert witness in state and federal employment lawsuits.

**Stoel Rives, LLP** ♦ Sacramento, CA
March 2018 – January 2020

Of Counsel and Head of California Employment Unit
Conducted outside workplace investigations for public and private employers. Conducted Title IX and Title 5 investigations for public and private colleges and universities, community colleges, and K-12 school districts. As the head of the firm's California employment practice unit, provided employment advice and counseling for private sector employers concerning compliance with federal and California employment and wage and hour laws. Conducted employee training on topics including sexual harassment, discrimination and retaliation prevention, how to conduct workplace investigations, and diversity and inclusion. Served as legal counsel to public agency discipline appeal boards during employee discipline appeal hearings. Served as hearing officer in public agency discipline appeal hearings.

**Weintraub Tobin Chediak Coleman Grodin** ♦ Sacramento, CA
November 2014 – February 2018

Of Counsel and Head of Investigations Unit
Conducted workplace investigations for public and private employers. Provided employment advice and counseling for private sector employers concerning compliance with federal and state employment and wage and hour laws.

**Carlsen Thomas, LLP** ♦ Sacramento, CA
January 2000 – April 2013

Co-owner of a boutique employment law firm providing employment advice, independent work place investigations and employee training.

**Kronick, Moskovitz, Tiedemann &** Girard ♦ Sacramento, CA
June 1993 – December 1999

Associate and Senior Associate
Worked in the Employment and Labor Litigation section handling all phases of litigation in discrimination, harassment, retaliation and wrongful termination lawsuits filed against public and private employers in state and federal courts, conducting workplace investigations, and employee training.

**PRIOR NON-LEGAL EMPLOYMENT**

**Sacramento First National Bank** ♦Sacramento, CA
Construction Loan Processor ♦ September 1987 – March 1991
Maintained portfolio of residential loans from loan origination to completion of construction.

**The Golden 1 Credit Union** ♦ Sacramento, CA
Mortgage Loan Processor ♦ September 1986 – September 1987
Handled home loans from application through submission to escrow.

**EDUCATION**

University of the Pacific, McGeorge School of Law
*Juris Doctor, 1993*
California State University, Sacramento
*B.S. Degree in Business Administration, 1990*

**PROFESSIONAL & COMMUNITY ACTIVITIES**

- Pacific McGeorge School of Law Diversity & Inclusion Advisory Committee, 2019 to Present
- San Joaquin SHRM, Board Member, 2015 to Present
- Association of Workplace Investigators Teaching Faculty, 2016 to Present
- AWI Board Member, 2011-2012, 2023-present
- AWI Best Practices Committee Chair, 2011-2012
- Sacramento Employer Advisory Council, Board Chair, 2007-2008
- Pacific McGeorge School of Law Alumni Board Member, 2006-2008
- Wiley Manual Bar Association of Sacramento, Treasurer, 2007
- Anthony M. Kennedy Inn of Court, Associate Member, 2000 and 2001
- Sacramento County Bar Association Minority Hiring and Retention Committee, Chair - 1998/99, Co-Chair – 1999/2000
- California State Bar Ethnic Minority Relations Committee, 1997/1998
- Chemical Dependency Center for Women, Board Chair, 1999 and 2000

**HONORS & AWARDS**

♦ Best of the Bar – Sacramento Business Journal – 2017
♦ Women Who Men Business – Sacramento Business Journal – 2023
♦ Champions for DEI Award – Sacramento Business Journal – 2024
♦ Top Women Lawyers – California Daily Journal – 2024

**PUBLISHED ARTICLES**

- Comstock's – *Migroaggression or Dog Whistle? What They are and How to Tell the Difference*, November 2021
- SHRM – *Viewpoint: Tips for Creating Virtual Anti-Harassment Training During the Pandemic* with Christina Ro-Connolly, August 25, 2020
- Bloomberg Law – *"INSIGHT: Conducting Effective Workplace Investigations Without The Workplace,"* with Alezah Trigueros,, Issue date: August 13, 2020

**QUOTED COMMENTS**

- *KRON 4 News – "Colleague of San Jose VTA shooter feared he might 'go postal."* Air date: June 10, 2021
- *Daily Journal* – *"Remote working hasn't lessened worker disputes, lawyers say."* Issue date: November 13, 2020

**TRAININGS**

- Unconscious Bias in a Law School Environment for McGeorge School of Law 1L Students – August 2022 and August 2023
- One-Day Investigations Training – University of Cape Town, South African – May 2022 & October 2023
- Diversity & Inclusion Training for Wescom Credit Union – February 27, 2020
- Diversity & Inclusion Training for Diamond Pet Foods – September 2019
- Two-Day Workshop on Advanced Workplace Investigation Technique, for the County of San Luis Obispo – July 2018
- One-Day Workshop on Advanced Workplace Investigation Techniques, for California Employment Development Department – March 2018
- One-Day Workshop on Conducting Effective Workplace Investigations, for California Employment Development Department – January 2016
- One-Day Workshop on Conducting Effective Workplace Investigations, for various Weintraub Tobin Clients – March 3, 2016
- Two-Day Workshop on Conducting Effective Workplace Investigations, for the Santa Clara Valley Transit Agency – July 23-24, 2015
- One-Day Workshop on Conducting Effective Workplace Investigations, for the California Employment Development Department – January 2015
- One-Day Workshop: Mastering the Art of Employment Investigations, for the Labor and Employment Section of the Bar Association of San Francisco and the California Association of Workplace Investigators – June 1 and 3, 2010
- Half-Day Pre-Conference Training Program: How to Conduct Employment Investigations, for the State Bar of California Labor and mployment Law Section Annual Meeting – October 22, 2009

**SPEAKING ENGAGEMENTS**

- ELearn Webinar: Workplace Investigations – CA Public Employers Labor Relations Association
  September 2022

September 2023

- ***Microaggression or Dog Whistle? How to Differentiate and Investigate"*** *for Fresno SHRM – March 30, 2022*
- ***"Microaggression or Dog Whistle? How to Differentiate and Investigate"*** for CALPELRA Annual Conference with Christina Ro-Connolly – November 17, 2021
- ***"Microaggression or Dog Whistle? How to Differentiate and Investigate"*** for the AWI Annual Conference, with Christina Ro-Connolly – October 14, 2021
- ***"Understanding and Reducing Unconscious Bias*** for the CalSHRM's 2021 Califronnia State HR Advocacy & Legislative Conference – April 16, 2021
- ***"The Latest Developments in Title IX Investigations, Including Navigating the Intersection of Race & Gender"*** for the Berkeley Center for Comparative Equality and Anti-Discrimination Law 2021 Conference on Sexual Harassment in Education, with Natasha Baker and Nyoki Sacramento – January 29, 2021
- ***"Dynamex and AB 5: What Do They Mean for the Arts?"*** for the Wedding Planners International Association – February 20, 2020
- ***"Developments in Sexual Harassment Law"*** for the Berkeley Center for Comparative Equality and Anti-Discrimination Law – February 7, 2020
- ***"Dynamex and AB 5: What Do They Mean for the Arts?"*** for the Capitol Film Arts Alliance – January 21, 2020
- ***"Why I Learned to Love AB 5"*** for the Sacramento County Bar Association Board & Leadership Retreat – January 11, 2020
- ***"The Calm After the Storm? Post-Investigation Issues"*** for the San Joaquin SHRM Annual Conference – January 8, 2020
- ***"Do Generous Leave Policies Contribute to Pay Disparities?"*** for Northstate SHRM Annual Conference – October 9, 2019
- ***"Dynamex and AB 5: What Do They Mean for the Arts?"*** for the California Arts Coalition – December 2019
- ***"Removing Inherent Bias from Employment Decisions"*** for San Joaquin SHRM – August 14, 2019
- ***"Independent Contractor Status and the Arts"*** for California Lawyers for the Arts – June 2019
- ***"Do Generous Leave Policies Contribute to Pay Disparities?"*** for Central California SHRM Annual Conference – March 12, 2019
- ***"Managing the Underperformer: Discipline and Termination"*** February 28, 2019
- ***"Supervisors: Train Them or . . . They'll Cost You"*** for the Northstate SHRM Annual Conference – October 2018
- ***"Supervisors: Train Them or . . . They'll Cost You"*** for the CalSHRM Legislative Conference – April 2018
- ***"Workplace Investigations Basics"*** with Terri Abad Levenfeld, for the Association of Workplace Investigators – April 11, 2018
- ***"Beyond the Basics: Advanced Workplace Investigations Techniques"*** for Central California SHRM Annual Conference – March 8, 2018
- ***"Internal Investigations and Attorney-Client Privilege: How it is Preserved or Refuted",*** for NBI, Inc. – January 2018

- ***"Tough, Tougher, Toughest: Navigating Difficult Situations in Interviews"*** with Amy Oppenheimer and Alezah Trigueros, CALPELRA Annual Conference – April 2017
- ***"The Immigration Landscape for the California Employer"*** for the San Joaquin SHRM – February 22, 2017
- ***"Behind the Doors of the HR Office,"*** for the Greater Stockton Employer Advisor Council – September 18, 2015
- ***"Improve Your Workplace Investigations"*** for Women in Winesense – September 16, 2015
- ***"Conducting Better Workplace Investigations"*** for the Central Valley SHRM – August 19, 2015
- ***"It Was Colonel Mustard in the Library: Workplace Investigations"*** for CalSHRM Annual Conference – June 19, 2015
- ***"The Basics of Investigating Workplace Complaints of Harassment, Discrimination and Retaliation"*** for the California State Bar Cyber Institute – January 6, 2011
- ***"How to Conduct an Effective Workplace Investigation"*** for the California Employers Association – August 11, 2010
- ***"Workplace Investigations: How to Make Them Legal and Fair"*** for the Sacramento Employer Advisory Council - March 3, 2009
- **"Workplace Investigations: How to Make Them Legal and Fair"** for the California Association of Equal Rights Professionals' Annual Conference – June 6, 2008
- ***"Sending the Right Message: Investigating Workplace Discrimination and Harassment"*** for the Pacific McGeorge School of Law Alumni Association MCLE Program – January 12 and 26, 2008

# EXHIBIT T

Shegerian & Associates ≡



# BILLIONS RECOVERED

FOR OUR CLIENTS

## Los Angeles California Employment Lawyer

98% Success Rate & Record Employment Verdicts

## No Fees Unless WE WIN

We work on a contingency basis, so we will not charge you a penny unless we take your case and win a settlement or a verdict, so that legal representation is affordable for everyone.

GET YOURS BEFORE IT'S TOO LATE!

### FREE EVALUATION

First Name * Last Name *

Phone *

Email *

Location *

Type of Case *

Message *

☐ By checking this box, you agree to receive text messages from Shegerian & Associates and agree to our Privacy Policy and Terms of Use.

Submit

*THE NATION'S MOST SUCCESSFUL*

# EMPLOYMENT LAW FIRM

# RECORD BREAKING VERDICTS AND SETTLEMENTS

**$155.4 MILLION**
Employment Verdict

In December 2021, Carney R. Shegerian and Shegerian & Associates obtained a record-breaking $155,400,000 verdict after just 30 minutes of deliberation by the jury on behalf of our client Andrew Rudnicki. This verdict is among the largest of its kind in Los Angeles and California history. After 37 years of devoted and decorated service, Andrew Rudnicki was inexplicably fired within months of his anticipated testimony in a FEHA case (Coates v. Farmers). The Jury agreed and awarded $5.4M in compensatory damages and a staggering punitive damages award of $150M against Farmers Insurance Exchange and Farmers Group Inc.

**$33.5**
MILLION
Court of Appeal Judgment for Retaliation Case
LEARN MORE

**$31.1**
MILLION
Verdict in Age Discrimination Case
LEARN MORE

**$26.1**
MILLION
Verdict in Age Discrimination Case
LEARN MORE

**$21.7**
MILLION
Verdict in Disability Discrimination Case
LEARN MORE

**$16.6**
MILLION
Verdict in Wrongful Termination Case
LEARN MORE

**$15.4**
MILLION
Verdict in Disability and Age Discrimination Case
LEARN MORE

**$14**
MILLION
Verdict in Gender Discrimination Case
LEARN MORE

**$14**
MILLION
Verdict in Gender Discrimination Case
LEARN MORE

**$13.6**
MILLION
Confidential Settlement
LEARN MORE

**$13.1**
MILLION
Confidential Settlement
LEARN MORE

★★★★★
February 18, 2024
I was referred to Shegerian & Associates by a Partner at another firm that represents corporate interests in employment law. I was told that if I wanted the best legal representation ...
Read More
**Don Knox**

★★★★★
February 14, 2024
Shegerian & Associates, particularly Rosie Zilifyan, provided exceptional professional, supportive, and understanding service during my case. Rosie was with me every step of the way, offering top-notch representation. Thank you, Rosie, ...
Read More
**Casey Anderson**

★★★★★
February 12, 2024
Rosie Zilifyan is an exceptional attorney. She looked deeply into my case, demonstrating a profound understanding of its complexities. Her support and expertise guided me through each stage, providing clarity ...
Read More
**Felicia June**

★★★★★
October 7, 2023
Great customer service for employment plantiffs firm. Great settlement secured. Would highly recommend to family and friends and everyone else!
**Keu Q Silani**

# LOCAL POPULAR LAW PRACTICES

**California has several employment rules that differentiate it from other states.**

**Wrongful termination in Los Angeles**

- **The average wrongful termination settlement in California is around $40,000.**

  Lawyers calculate settlements based on many possible factors, including lost wages and benefits, out-of-pocket expenses, emotional distress from a hostile work environment, and the wage disparity between the lost position and a new position.

- **The statute of limitations for wrongful termination in California depends on the type of claim you are making.**

You do not need to file for wrongful termination immediately after getting fired. You generally have two years under the California Code of Civil Procedure. However, cases invoking other laws or codes may have different statutes of limitations ranging from six months to three years.

### Workplace discrimination in California

- **In 2020, the California Civil Rights Department (then called the Department of Fair Employment and Housing) received over 18,000 reports of employee discrimination.**

  These filings include 27 different types of complaints, all of which are protected under the California Fair Employment and Housing Act. Workers in California generally enjoy more protection from discrimination than in other states.

- **Disability discrimination is the most reported type in California, making up 15% of reports in 2020.**

  Gender discrimination is second, making up over 10% of the claims. Other common reports are racial discrimination and age discrimination.

### Retaliation in the Workplace

- **24% of all employment complaints to the California Civil Rights Department were about retaliation due to resisting discrimination or requesting reasonable accommodations.**

  California law protects you from retaliation for protected actions, including observing religious practices, requesting accommodations for your disability or health condition, and whistle-blowing, or reporting other types of harassment.

- **A complaint with the Labor Commissioner's Office must be filed within one year of the adverse action, barring some exceptions.**

  Exceptions include retaliation against minors, which has a 90-day limit. Since the time limit is so fast, it's best to hire an employment lawyer to prepare your case as soon as possible.

Founded in 2001 by Carney R. Shegerian, Shegerian & Associates has offices throughout the United States that successfully defends our rights against large corporations through upholding employment law.

# BILLIONS RECOVERED

## FOR OUR CLIENTS

**"Mr. Shegerian is known as one of the top two or three plaintiffs-side trial attorneys."**

*— LA Superior Court Judge*



Our founder, Carney Shegerian is considered one of the country's top trial attorneys and is nationally recognized for achieving some of the largest verdicts and settlements in history. He is a recipient of numerous awards, including the highly distinguished CAALA Trial Lawyer of the Year award.

# IN THE MEDIA



Former Rite Aid Manager Gets Nearly $9M In Settlement



ABC7 TJ Simers Speaks After 7 Million Verdict With LA Times



Carney Shegerian On Bikram Choudhury



2013 Trial Lawyer Of The Year



CBS LA Former Teacher Alleges She Was Forced Out

HBO Forbes Los Angeles Times People The New York Times USA TODAY Discovery Channel

# WHY YOU SHOULD CHOOSE US

## No Fee Guarantee

We work on a contingency basis - there are no fees unless we win your case!

Learn More

## 98% Success Rate

Shegerian & Associates delivers strong and positive results for our clients.

Learn More

## Results That Matter

We'll fight to stand up for your rights and hold companies accountable.

Learn More




**At Shegerian & Associates, we have a highly experienced and compassionate team of employment law attorneys and support staff.**

Shegerian & Associates, employment law attorneys, delivers strong and positive results for our clients.

Our track record speaks for itself: We deliver strong and positive results and have received favorable judgments in over 98% of our cases, including many multi-million dollar employment law verdicts.

We work on a contingency basis, so we will not charge you a penny unless we take your case and win a settlement or a verdict. This is designed so that legal representation is affordable for everyone.

# FREQUENTLY ASKED QUESTIONS

What is an employment law attorney? +

- What does employment law cover? +
- Do I need an attorney for my employment law claim? +
- What are my rights as an employee in California? +
- What counts as wrongful termination in California? +
- How much does an employment lawyer cost in California? +
- How do I choose the right attorney for my employment law claim? +

# TESTIMONIALS

**Here's what people say about Shegerian & Associates, employment lawyers**



Jeff Storm V. Rite Aid. Wrongful Termination



Kandi Dudley V. Hathaway Sycamore. Wrongful Termination



Nimet Behar V. Union Bank. Age Discrimination



Robert Leggins V. Rite Aid. Disability Discrimination



Maria Martinez V. Rite Aid. Wrongful Termination



**No matter your age, religion, gender, sexual orientation, disability, family status or income, everyone is entitled to be treated fairly and equally at work.**

No one deserves to be discriminated against, harassed, threatened, or retaliated against.

There is no employer too big, nor position too small, for us to represent you. We have successfully fought some of the world's largest corporations, securing over $1 BILLION in results for our clients.

This is why our founder Carney Shegerian has made it his life mission to seek justice for those who have been wronged in the work place.

*Our Employment Law*

# PRACTICES

Whether you have been unfairly laid off, discriminated against, harasssed or wronged in the workplace. Our list of labor law attorneys can help you.

- Disability Discrimination
- Gender Discrimination
- Hostile Workplace
- Pregnancy Discrimination
- Religious Discrimination
- Racial Discrimination
- Sexual Harassment
- Tip Pooling
- Whistle Blowing
- Wrongful Termination
- Birth Injuries
- Car Accidents
- Medical Errors
- Medication Errors
- Nursing Home Abuse
- Nursing Home Deaths
- Product Liability
- Slip, Trip & Fall Accidents
- Wrongful Death
- Sexual Abuse

View all practice areas

**Main Office**

11520 San Vicente Boulevard

Los Angeles, CA 90049

9:00 AM – 6:00 PM

Tel: (213) 687-2483

E-mail: cshegerian@shegerianlaw.com

Our Los Angeles location is on San Vicente Boulevard and here you will be met with hard-working, eager attorneys who are prepared to serve you with your potential case.




Contact Us

Telephone: (213) 687-2483
Facsimile: (310) 860-0771

Visit Us

**Main Office**
11520 San Vicente Boulevard
Los Angeles, California 90049
Tel: **(213) 687-2483**
**Map It!**

6205 Lusk Boulevard, Suite 200
San Diego, California 92121
Tel: **(619) 880-1000**
**Map It!**

650 California Street, #4-137
San Francisco, California 94108
**Map It!**

320 N. Larchmont Blvd.
Los Angeles, California 90004
Tel: **(213) 687-2483**
**Map It!**

3764 Elizabeth Street
Riverside, California 92506
Tel: **(951) 888-8881**
**Map It!**

90 Broad Street, Suite 804
New York, New York 10004
Tel: **(212) 257-8883**
**Map It!**

Shegerian & Associates

Connect with us

© Shegerian & Associates. All Rights Reserved. Privacy Policy

Shegerian & Associates ≡

# RESULTS

*98% Success Rate*

Carney Shegerian is an experienced trial lawyer and well respected in the employment discrimination industry. Carney has won over 80 jury verdicts, 38 of which were 7-figures or more, and has an over 98% success rate. Shegerian & Associates has a history of strong, positive results for our clients. The following is a selection of a few examples of our many successful jury verdicts achieved over the past few years. These are just a few examples of the types of cases Shegerian & Associates have performed for its clients.

**Let us know if you feel you too have been wronged by your employer!**

See Testimonials

*Some Successful*

## JURY VERDICTS

**$155.4**
MILLION
Verdict in Public Policy & Retaliation Case

Details

**$33.5**
MILLION
Court of Appeal Judgment for Retaliation Case

Details

**$31.1**
MILLION
Verdict in Age Discrimination Case

Details

**$26.1**
MILLION
Verdict in Age Discrimination Case

Details

**$21.7**
MILLION
Verdict in Disability Discrimination Case

**$16.6**
MILLION
Verdict in Wrongful Termination Case

Details

Details

**$15.4**
MILLION
Verdict in Disability and Age Discrimination Case

Details

**$14**
MILLION
Verdict in Gender Discrimination

Details

**$14**
MILLION
Verdict in Gender Discrimination Case

Details

**$13.3**
MILLION
Award Disability Discrimination & Wrongful Termination

Details

**$13**
MILLION
Verdict in Gender Discrimination Case

Details

**$9.5**
MILLION
Award Disability Discrimination & Failure to Accommodate

Details

**$9.1**
MILLION
Verdict in Whistleblower Case

Details

**$8.8**
MILLION
Verdict in Disability Discrimination Case

Details

**$8.5**
MILLION
Verdict in Pregnancy Discrimination Case

**$8.5**
MILLION
Verdict in Disability Discrimination Case

Details

Details

**$8.4**
MILLION
Verdict in Disability Discrimination Case

Details

**$8.2**
MILLION
Verdict in Wrongful Termination Case

Details

**$8**
MILLION
Settlement in Wrongful Termination Case

Details

**$7.8**
MILLION
Award Disability Discrimination

Details

**$7.6**
MILLION
Verdict in Disability Discrimination Case

Details

**$7.45**
MILLION
Verdict in Disability Discrimination & Wrongful Termination Case

Details

**$7.4**
MILLION
Verdict in Disability Discrimination & Wrongful Termination Case

Details

**$7.3**
MILLION
Verdict in Wrongful Termination Case

Details

**$7.1**
MILLION

**$7**
MILLION

Verdict in Wrongful Termination Case

Details

Verdict in Gender Discrimination Case

Details

**$6.3**
MILLION
Verdict in Age Discrimination Case

Details

**$6.1**
MILLION
Verdict in Disability Discrimination

Details

**$6**
MILLION
Verdict in Wrongful Termination Case

Details

**$5.9**
MILLION
Award

Details

**$5.9**
MILLION
Verdict in Disability Discrimination Case

Details

**$5.4**
MILLION
Verdict in Whistleblower Retaliation Case

Details

**$4.5**
MILLION
Verdict in Disability Discrimination Case

Details

**$4.1**
MILLION
Verdict in Disability Discrimination Case

Details

**$3.7**
MILLION

**$3.5**
MILLION
Verdict in Fraud Case

Verdict in Wrongful Termination Case

Details

Details

**$3.5**
MILLION
Verdict in Disability Discrimination Case

Details

**$3.2**
MILLION
Verdict in Disability Discrimination Case

Details

**$3.2**
MILLION
Verdict in Wrongful Termination Case

Details

**$2.9**
MILLION
Verdict in Disability Discrimination Case

Details

**$2.8**
MILLION
Verdict in Pregnancy Discrimination Case

Details

**$2.7**
MILLION
Verdict in Disability Discrimination Case

Details

**$2.5**
MILLION
Verdict in Age Discrimination Case

Details

**$2.2**
MILLION
Verdict in Discrimination Case

Details

**$2.1**
MILLION

**$1.9**
MILLION

Verdict in Disability Discrimination Case

Details

Verdict in Wrongful Termination Case

Details

**$1.8**
MILLION
Verdict in Whistleblower Case

Details

**$1.6**
MILLION
Verdict in Age Discrimination Case

Details

**$1.5**
MILLION
Verdict in Workplace Harassment Case

Details

**$1.3**
MILLION
Verdict in Age Wrongful Termination Case

Details

**$1.2**
MILLION
Verdict in Age Discrimination Case

Details

**$1.2**
MILLION
Verdict in Sexual Orientation Case

Details

**$1.1**
MILLION
Verdict in Breach of Contract Case

Details

**$1.07**
MILLION
Verdict in Wage Complaint Case

Details

**$1.05**
MILLION

**$1**
MILLION
Verdict in Retaliation Case

Verdict in Sexual Harassment Case

Details

Details

## $1 MILLION

Verdict in Disability Discrimination

Details

*Awards &*

## RECOGNITIONS

### Contact Us

Telephone: (213) 687-2483
Facsimile: (310) 860-0771

### Visit Us

**Main Office**
11520 San Vicente Boulevard
Los Angeles, California 90049
Tel: **(213) 687-2483**
**Map It!**

6205 Lusk Boulevard, Suite 200
San Diego, California 92121
Tel: **(619) 880-1000**
**Map It!**

650 California Street, #4-137
San Francisco, California 94108
**Map It!**

320 N. Larchmont Blvd.
Los Angeles, California 90004
Tel: **(213) 687-2483**
**Map It!**

3764 Elizabeth Street
Riverside, California 92506
Tel: **(951) 888-8881**
**Map It!**

90 Broad Street, Suite 804
New York, New York 10004
Tel: **(212) 257-8883**
**Map It!**

Shegerian & Associates

Connect with us

© Shegerian & Associates. All Rights Reserved. Privacy Policy

# EXHIBIT U

Shegerian & Associates

*Who We Are*

# *Carney* R. Shegerian

Since launching Shegerian & Associates over 2 decades ago, Carney R. Shegerian has developed a reputation as "The People's Attorney" – fighting passionately for the rights of his employee clients and guiding them through their legal journeys with empathy and clarity.

Email Carney  Contact Information (vCard)



**As an accomplished trial attorney, Mr. Shegerian has an extensive track record of successfully litigating numerous jury trials to verdict in both state and federal courts, always representing individuals that have suffered financial or emotional losses and have fallen victim to injustices perpetrated by employers, including major corporations.**

Winner of the 2013 Trial Lawyer of the Year Award for his remarkable performance in handling a number of significant cases, Mr. Shegerian has consistently been recognized for his exceptional legal prowess. He was not only nominated but also emerged as a finalist for the award in 2006, 2009, 2010, 2011, 2012, 2014, 2015, 2017, 2018, and 2022. His expertise has also earned him a spot in the Daily Journal's Top Labor and Employment Lawyers, where he stands among the top 75 attorneys in the field. Recently, Mr. Shegerian was honored as the Employment Attorney of the Year (2023) by Best Lawyers, along with being distinguished as a 2023 Southern California Super Lawyer. His record of success for his clients - whether via substantial settlements or in a trial jury scenario, is unparalleled.

He has made it his life's mission to help those who have been wronged in the workplace. Mr. Shegerian is licensed to practice in all California courts, local federal courts, and the United States Supreme Court.

- $155.4 Million - Public Policy & Retaliation Jury Verdict in *Rudnicki v Farmers*
- $31.1 Million - Age Discrimination Jury Verdict in *Rael v. Sybron-Axis*
- $26.1 Million - Age Discrimination Jury Verdict in *Nickel v. Staples*
- $21.7 Million - Disability Discrimination Jury Verdict in *Rodriguez v Valley Vista Services*
- $16.6 Million - Wrongful Termination Jury Verdict in *Moland v. McWane*
- $14 Million - Gender Discrimination Jury Verdict in *Sosa v. Comerica Bank*
- $14 Million - Gender Discrimination Jury Verdict in *Pinter-Brown v. UC Regents*
- $7.45 Million - Disability Discrimination & Wrongful Termination Jury Verdict in *Martinez v. Pharmavite LLC*
- $5.4 Million - Whistleblower Retaliation Jury Verdict in *Galvan v. UPS*
- $3.5 Million - Verdict in Fraud Case Jury Verdict in *Incalza v. Porsche*
- $3 Million - Age Discrimination Award

## Education

J.D., Loyola Law School in Los Angeles, California
B.B.A., Hofstra University, Hempstead, New York

## Other Legal Memberships and Affiliations

Consumer Attorneys Association of Los Angeles
Consumer Attorneys of California
California Employment Lawyers Association
Million Dollar Advocates Forum
Member, State Bar of California
Member, Santa Monica Bar Association
Member, Los Angeles Bar Association
Member, National Employment Lawyers Association (NELA)
Armenian Bar Association
Litigation Counsel of America Fellow
Fellows American Bar Foundation

## Bar Admissions

State Bar of California
United States District Court for Central District of California
Ninth Circuit Court of Appeal

## Awards



*Awards &*

## RECOGNITIONS

# THE TEAM

Being a defender of employee rights on a day to day basis, Carney Shegerian understands the importance of gathering a strong team and creating a positive environment in which to work. Each of the experienced attorneys and carefully trained staff members at Shegerian & Associates believes in the mission of fighting for employee rights.

**Attorneys** Legal Staff



**Carney R. Shegerian**

FOUNDER



**Donald Conway**

COUNSEL



**James Urbanic**

COUNSEL



**Jill McDonell**

COUNSEL



**Anthony Nguyen**
SHAREHOLDER



**Mahru Madjidi**
SHAREHOLDER



**Mark Lim**
SHAREHOLDER



**Will Reed**
SHAREHOLDER



**Steve Halteman**
TRIAL STRATEGIST



**Aaron Gbewonyo**
MANAGING TRIAL ATTORNEY



**Bryan Kirsh**
MANAGING TRIAL ATTORNEY



**John David**
MANAGING TRIAL ATTORNEY



**Rosie Zilifyan**

MANAGING TRIAL ATTORNEY



**Aaron Shahmaram**

ASSOCIATE ATTORNEY



**Adriana Burga**

TRIAL ATTORNEY



**Aleen Sorejian**

ASSOCIATE ATTORNEY



**Alex DiBona**

SENIOR ASSOCIATE ATTORNEY



**Anna Khachatryan**

ASSOCIATE ATTORNEY



**Anna Olevsky**

TRIAL ATTORNEY



**Anthony Gavrilchenko**

ASSOCIATE ATTORNEY



**Anthony Pirro**

ASSOCIATE ATTORNEY



**Ariella Mehrzadi**

ASSOCIATE ATTORNEY



**Beheshta Kakar**

ASSOCIATE ATTORNEY



**David Galloway**

ASSOCIATE ATTORNEY



**Deepika Chandrashekar**

ASSOCIATE ATTORNEY



**Diego Mulato Castillo**

ASSOCIATE ATTORNEY



**Erik Dos Santos**

ASSOCIATE ATTORNEY



**Gabriel Rishwain**

ASSOCIATE ATTORNEY



**Gevik Yenoki**

TRIAL ATTORNEY



**Iman Alamdari**

ASSOCIATE ATTORNEY



**Isabelle Chau**

ASSOCIATE ATTORNEY



**Jacob A. Sanandaji**

ASSOCIATE ATTORNEY



**Jason Baker**

TRIAL ATTORNEY



**Julian Samaan**

ASSOCIATE ATTORNEY



**Justin Shegerian**

TRIAL ATTORNEY



**Kate Willis**

ASSOCIATE ATTORNEY



**Kiersten Yamamoto**
ASSOCIATE ATTORNEY



**Kristen Varda**
ASSOCIATE ATTORNEY



**Matthew Lavi**
ASSOCIATE ATTORNEY



**Max Levy**
TRIAL ATTORNEY



**Melineh Jingozian**
ASSOCIATE ATTORNEY



**Nare Davtyan**
ASSOCIATE ATTORNEY



**Nathanelle Anavim**
ASSOCIATE ATTORNEY



**Neil Nabavi**
ASSOCIATE ATTORNEY



**Nicole Gilanians**

ASSOCIATE ATTORNEY



**Olivia Clancy**

ASSOCIATE ATTORNEY



**Rebecca Gonzalez**

ASSOCIATE ATTORNEY



**Sara Salinas**

ASSOCIATE ATTORNEY



**Sasha Dismuke**

ASSOCIATE ATTORNEY



**Seoyoung Mia Ahn**

ASSOCIATE ATTORNEY



**William Goldstone**

ASSOCIATE ATTORNEY

## Contact Us

Telephone: (213) 816-5214
Facsimile: (310) 860-0771

## Visit Us

**Main Office**
11520 San Vicente Boulevard
Los Angeles, California 90049
Tel: (213) 816-5214
**Map It!**

6205 Lusk Boulevard, Suite 200
San Diego, California 92121
Tel: (619) 880-1000
**Map It!**

650 California Street, #4-137
San Francisco, California 94108
**Map It!**

320 N. Larchmont Blvd.
Los Angeles, California 90004
Tel: (213) 816-5214
**Map It!**

3764 Elizabeth Street
Riverside, California 92506
Tel: (951) 888-8881
**Map It!**

90 Broad Street, Suite 804
New York, New York 10004
Tel: (212) 257-8883
**Map It!**

Shegerian & Associates

Connect with us

© Shegerian & Associates. All Rights Reserved. Privacy Policy

# EXHIBIT V

Shegerian & Associates



# Alex DiBona

SENIOR ASSOCIATE ATTORNEY

**Alex DiBona is a Senior Associate Attorney at Shegerian and Associates, Inc. Upon earning his Juris Doctor, DiBona embarked on his legal career with a clear vision: to be a voice for those who struggled to be heard. He quickly gravitated towards plaintiff's law, a field that allowed him to directly impact the lives of individuals facing injustice. DiBona honed his skills in various areas of civil litigation, with a particular focus on employment law, including disability discrimination, whistleblower cases, and defamation.**

Throughout his career, DiBona has been involved in several high-profile cases that underscore his expertise and dedication. A highlight of his career was his role as the second chair in a groundbreaking trial involving disability discrimination and defamation. In this complex case, DiBona's secured a verdict in the plaintiff's favor for a staggering $15.4 million, including an award of punitive damages.

Another notable achievement was his involvement in a whistleblowing case, where he once again served as the second chair. Demonstrating his adept understanding of whistleblower laws and his ability to navigate the intricacies of such

cases, DiBona helped secure a verdict of $15.1 million in favor of the plaintiff. These victories not only underscored DiBona's legal acumen but also reinforced his reputation as a formidable advocate for those wronged by powerful entities.

Alex DiBona's journey as a plaintiff's attorney is a narrative of resilience, expertise, and unwavering dedication to justice. His remarkable achievements in the courtroom have not only brought relief and closure to his clients but have also contributed significantly to the field of employment law. With each case he undertakes, DiBona continues to demonstrate his exceptional ability to navigate complex legal challenges and his commitment to upholding the rights of those he represents.

For those seeking a knowledgeable, compassionate, and formidable legal advocate, Alex DiBona stands as an exemplary choice. His dedication to collaborating with clients to help them vindicate their rights is not just a professional commitment; it reflects his core values and his enduring pledge to the pursuit of justice.

## Education

J.D., Southwestern Law School
B.A., University California Riverside

## Bar Admissions

State Bar of California
United States District Court for Central District of California
United States District Court for Eastern District of California

Email Alex   Contact Information (vCard)

# OTHER ATTORNEYS



**Aaron Gbewonyo**

MANAGING TRIAL ATTORNEY



**David Galloway**

ASSOCIATE ATTORNEY



**Jacob A. Sanandaji**

ASSOCIATE ATTORNEY



**Kiersten Yamamoto**

ASSOCIATE ATTORNEY

## Contact Us

Telephone: (213) 816-5214
Facsimile: (310) 860-0771

## Visit Us

**Main Office**
11520 San Vicente Boulevard
Los Angeles, California 90049
Tel: **(213) 816-5214**
**Map It!**

6205 Lusk Boulevard, Suite 200
San Diego, California 92121
Tel: **(619) 880-1000**
**Map It!**

650 California Street, #4-137
San Francisco, California 94108
**Map It!**

320 N. Larchmont Blvd.
Los Angeles, California 90004
Tel: **(213) 816-5214**
**Map It!**

3764 Elizabeth Street
Riverside, California 92506
Tel: **(951) 888-8881**
**Map It!**

90 Broad Street, Suite 804
New York, New York 10004
Tel: **(212) 257-8883**
**Map It!**

Shegerian & Associates

Connect with us

© Shegerian & Associates. All Rights Reserved. Privacy Policy

# EXHIBIT W

Shegerian & Associates



# Mahru Madjidi

SHAREHOLDER

**Mahru Madjidi is an accomplished Shareholder at Shegerian & Associates, with extensive experience in employment law. She adeptly handles all aspects of case management, from pre-litigation to trial, and even at the appellate level. Throughout her career, Ms. Madjidi has successfully litigated cases across the United States, in both State and Federal courts. She has a wealth of experience in discrimination, harassment, whistleblower retaliation, and wrongful termination matters, making her a highly sought-after legal professional. Her exceptional skills and broad expertise in employment law make her a valuable asset to our team at Shegerian & Associates.**

Ms. Madjidi has secured record breaking settlements and has received Super Lawyers "Rising Star" honors for many consecutive years. She was also a CAALA Rising Star Finalist in 2023. As trial counsel, she has secured several verdicts, including:

- $155.4 Million – Public Policy & Retaliation Jury Verdict in *Rudnicki v. Farmers*
- $14 Million – Gender Discrimination Jury Verdict in *Pinter-Brown v. UC Regents*

- $6.3 Million – Age Discrimination & Retaliation Jury Verdict in *Contreras v. Kelly Pipe*
- $5.4 Million – Whistleblower Retaliation Jury Verdict in *Galvan v. UPS*
- $3.5 Million – Fraud Jury Verdict in *Incalza v. Porsche*
- $3 Million – Age Discrimination Award
- $2.9 Million – Failure to Accommodate Disability Jury Verdict in *Shirvanyan v. Los Angeles Community College District*

## Education

J.D., Pepperdine University
B.A., Pepperdine University

## Bar Admissions

State Bar of California
United States District Court for Central District of California

## Languages

Farsi

## Other Legal Memberships and Affiliations

Member, Los Angeles Lawyers Philharmonic

## Awards

Los Angeles Business Journal – 2024 Women of Influence Nominee
Super Lawyers Rising Star 2024 – 2020
Daily Journal – 2023 Top 40 Under 40
Los Angeles Business Journal – 2023 Women of Influence: Attorneys
LA Times – 2023 Leading Consumer Attorneys

TOPVERDICT.COM
Number 1
JURY VERDICT
AGE DISCRIMINATION
Shegerian & Associates
Los Angeles
2023

TOPVERDICT.COM
Number 1
JURY VERDICT
PREGNANCY DISCRIMINATION
Shegerian & Associates
Los Angeles
2023

RATED BY
Super Lawyers
Mahru Madjidi
SuperLawyers.com

RATED BY
Super Lawyers
Rising Stars
Mahru Madjidi
SuperLawyers.com

---

Email Mahru    Contact Information (vCard)

# OTHER ATTORNEYS



**Will Reed**

SHAREHOLDER



**Julian Samaan**

ASSOCIATE ATTORNEY



**Melineh Jingozian**

ASSOCIATE ATTORNEY



**Sara Salinas**

ASSOCIATE ATTORNEY

## Contact Us

Telephone: (213) 816-5214
Facsimile: (310) 860-0771

## Visit Us

**Main Office**
11520 San Vicente Boulevard
Los Angeles, California 90049
Tel: **(213) 816-5214**
**Map It!**

6205 Lusk Boulevard, Suite 200
San Diego, California 92121
Tel: **(619) 880-1000**
**Map It!**

650 California Street, #4-137
San Francisco, California 94108
**Map It!**

320 N. Larchmont Blvd.
Los Angeles, California 90004
Tel: **(213) 816-5214**
**Map It!**

3764 Elizabeth Street
Riverside, California 92506
Tel: **(951) 888-8881**
**Map It!**

90 Broad Street, Suite 804
New York, New York 10004
Tel: **(212) 257-8883**
**Map It!**

Shegerian & Associates

Connect with us

© Shegerian & Associates. All Rights Reserved. Privacy Policy

# EXHIBIT X

**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

TAX ID# [redacted]

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10989413 | 81029 |
| **Invoice Date** | **Total Due** |
| 3/23/25 | 2,873.55 |

Miller Barondess LLP
ATTN: DEDE DRENNING, HR
2121 AVENUE OF THE STARS,26FL
LOS ANGELES, CA 90067

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81029 | 10989413 | 3/23/25 | 2,873.55 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/20/25<br>DELIVERY-RUSH VEHICLE | 17161761 | RSH | Deacon<br>4900 S. Eastern Ave #120<br>CITY OF COMMERCE CA 90040<br>Caller: Cristian Lopez<br>Please pick up thumb<br>Signed: Ashley Parado- clerk | Miller Barondess LLP<br>2121 AVENUE OF THE STARS<br>LOS ANGELES CA 90067<br><br>drive for Jason Tok<br>Ref: [redacted] | Base Chg : 74.25<br>Fuel Chg : 6.68 | 80.93 |

**INVOICE PAYMENT DUE UPON RECEIPT**

**First Legal Network**
**P.O. Box 745087**
**Los Angeles, CA 90074-5087**

TAX ID# [redacted]

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10994508 | 81029 |
| **Invoice Date** | **Total Due** |
| 3/31/25 | 1,672.97 |

Miller Barondess LLP
ATTN: DEDE DRENNING, HR
2121 AVENUE OF THE STARS,26FL
LOS ANGELES, CA 90067

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81029 | 10994508 | 3/31/25 | 1,672.97 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/26/25<br>ADDITIONAL | 17169666<br>BILLING | BIL | Miller Barondess LLP<br>2121 AVENUE OF THE STARS<br>LOS ANGELES CA 90067<br>Caller: Brenda Riding<br>Case No.: 2:24-CV-04979 SVW (J<br>witness fee billing<br>Signed: w/f billing | Mark Lillienfeld<br>4269 Country Club Drive<br>LONG BEACH CA 90807<br>Comment: * NO BASE CHARGE *<br>Case Title: ALEX VILLANUEVA v. COUNTY OF LOS ANGELES, ET AL.<br>for ctl # 17146478<br>Ref: [redacted] | Adv/Wit Ck: 78.00 | 78.00 |
| 3/27/25<br>DELIVERY-ASAP VEHICLE | 17171460 | ASP | Miller Barondess LLP<br>2121 AVENUE OF THE STARS<br>LOS ANGELES CA 90067<br>Caller: Brenda Riding<br><br>Please deliver chamb<br>Signed: judges box | USDC-LOS ANGELES<br>255 EAST TEMPLE STREET<br>LOS ANGELES CA 90012<br><br>Case Title: Villanueva v. County<br>er copies to Judge J<br>Ref: [redacted] | Base Chg : 42.75<br>Fuel Chg : 3.85 | 46.60 |

**INVOICE PAYMENT DUE UPON RECEIPT**

**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

TAX ID# [redacted]

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 11014368 | 81029 |
| **Invoice Date** | **Total Due** |
| 4/23/25 | 2,258.10 |

Miller Barondess LLP
ATTN: DEDE DRENNING, HR
2121 AVENUE OF THE STARS,26FL
LOS ANGELES, CA 90067

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81029 | 11014368 | 4/23/25 | 2,258.10 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/22/25<br>FILING-ASAP | 17208591<br>VEHICLE | ASF | Miller Barondess LLP<br>2121 AVENUE OF THE STARS<br>LOS ANGELES CA 90067<br>Caller: Ashley Parada<br>Case No.: NA<br>Please lodge documen<br>Signed: judges box | UNITED STATES DISTRICT COURT<br>350 WEST 1ST ST<br>LOS ANGELES CA 90012<br><br>Case Title: NA<br>ts with Courtroom 10<br>Ref: [redacted] | Base Chg : 49.75<br>Fuel Chg : 4.48 | 54.23 |

**INVOICE PAYMENT DUE UPON RECEIPT**

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8150369
**Invoice Date:** 3/12/2025
**Balance Due:** $2,137.50

**Case: Villanueva, Alex v. County Of Los Angeles (2:24cv04979SVW(JCx))** **Proceeding Type: Depositions**

Job #: 7184228 | Job Date: 2/28/2025 | Delivery: Normal Client Matter #: [redacted]

Location: Los Angeles, CA
Billing Atty: Jason H. Tokoro
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Alex Villanueva | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 7.00 | $185.00 | $1,295.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Video - Electronic Access | 1.00 | $55.00 | $55.00 |
| Video - Media and Cloud Services | 6.00 | $15.00 | $90.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,137.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,137.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 8150369
**Invoice Date:** 3/12/2025
**Balance Due:** $2,137.50

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
1999 Avenue of the Stars
Suite 1000
Los Angeles, CA, 90067

| | |
|---|---|
| **Invoice #:** | **8210569** |
| **Invoice Date:** | **4/2/2025** |
| **Balance Due:** | **$1,535.50** |

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7219336 | Job Date: 3/11/2025 | Delivery: Normal — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]

Billing Atty: Jason H. Tokoro

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Gilbert Carrillo | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 4.00 | $185.00 | $740.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Media and Cloud Services | 4.00 | $12.00 | $48.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,535.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,535.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8210569**
**Invoice Date: 4/2/2025**
**Balance Due: $1,535.50**

44426

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8223724
**Invoice Date:** 4/8/2025
**Balance Due:** $1,535.50

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7219392 | Job Date: 3/13/2025 | Delivery: Normal — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]
Billing Atty: Jason H. Tokoro
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Laureen Perri | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 4.00 | $185.00 | $740.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Media and Cloud Services | 4.00 | $12.00 | $48.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,535.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,535.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8223724**
**Invoice Date: 4/8/2025**
**Balance Due: $1,535.50**

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8236018
**Invoice Date:** 4/17/2025
**Balance Due:** $1,929.50

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** **Proceeding Type: Depositions**

Job #: 7219416 | Job Date: 3/18/2025 | Delivery: Normal — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]

Billing Atty: Jason H. Tokoro

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Nick Wilson | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 6.00 | $185.00 | $1,110.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Media and Cloud Services | 6.00 | $12.00 | $72.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,929.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,929.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 8236018
**Invoice Date:** 4/17/2025
**Balance Due:** $1,929.50

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

| | |
|---|---|
| **Invoice #:** | **8266283** |
| **Invoice Date:** | **4/24/2025** |
| **Balance Due:** | **$1,103.50** |

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** **Proceeding Type: Depositions**

Job #: 7246468 | Job Date: 4/1/2025 | Delivery: Normal

Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA

Client Matter #: [redacted]

Billing Atty: Jason H. Tokoro

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: John Satterfield | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 3.00 | $185.00 | $555.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Media and Cloud Services | 3.00 | $12.00 | $36.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,103.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,103.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8266283**
**Invoice Date: 4/24/2025**
**Balance Due: $1,103.50**

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8276222
**Invoice Date:** 4/28/2025
**Balance Due:** $1,103.50

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7219473 | Job Date: 3/28/2025 | Delivery: Normal — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]

Billing Atty: Jason H. Tokoro

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Maria Lopez | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 3.00 | $185.00 | $555.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Media and Cloud Services | 3.00 | $12.00 | $36.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,103.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,103.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **8276222**
**Invoice Date:** **4/28/2025**
**Balance Due:** **$1,103.50**

44426

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Steven Williamson
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8279262
**Invoice Date:** 5/7/2025
**Balance Due:** $1,552.50

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7284165 | Job Date: 4/3/2025 | Delivery: Normal — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]

Billing Atty: Steven Williamson

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Johannes Jared Villanueva | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 4.00 | $185.00 | $740.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Video - Electronic Access | 1.00 | $55.00 | $55.00 |
| Video - Media and Cloud Services | 4.00 | $15.00 | $60.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,552.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,552.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 8279262
**Invoice Date:** 5/7/2025
**Balance Due:** $1,552.50

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

| | |
|---|---|
| **Invoice #:** | **8281435** |
| **Invoice Date:** | **4/29/2025** |
| **Balance Due:** | **$721.50** |

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7246481 | Job Date: 4/7/2025 | Delivery: Normal — Third Party:

Location: Los Angeles, CA
Billing Atty: Jason H. Tokoro
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Timothy Murakami | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 1.00 | $185.00 | $185.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Media and Cloud Services | 2.00 | $12.00 | $24.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$721.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$721.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8281435**
**Invoice Date: 4/29/2025**
**Balance Due: $721.50**

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

| | |
|---|---|
| **Invoice #:** | **8293419** |
| **Invoice Date:** | **5/12/2025** |
| **Balance Due:** | **$967.50** |

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** **Proceeding Type: Depositions**

Job #: 7246491 | Job Date: 4/14/2025 | Delivery: Normal Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA Client Matter #: [redacted]

Billing Atty: Jason H. Tokoro

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Mark Lillienfeld | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 1.00 | $185.00 | $185.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Video - Electronic Access | 1.00 | $55.00 | $55.00 |
| Video - Media and Cloud Services | 2.00 | $15.00 | $30.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$967.50** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$967.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8293419**
**Invoice Date: 5/12/2025**
**Balance Due: $967.50**

44426

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8293554
**Invoice Date:** 5/6/2025
**Balance Due:** $1,152.50

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** **Proceeding Type: Depositions**

Job #: 7298357 | Job Date: 4/15/2025 | Delivery: Normal Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA Client Matter #: [redacted]

Billing Atty: Jason H. Tokoro

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Nigel Kennedy MD PhD | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 2.00 | $185.00 | $370.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Video - Electronic Access | 1.00 | $55.00 | $55.00 |
| Video - Media and Cloud Services | 2.00 | $15.00 | $30.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,152.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,152.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 8293554
**Invoice Date:** 5/6/2025
**Balance Due:** $1,152.50

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Brian Neach
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8294949
**Invoice Date:** 5/5/2025
**Balance Due:** $2,277.50

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7298356 | Job Date: 4/12/2025 | Delivery: Normal — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]
Billing Atty: Brian Neach
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: PIP Dr. Jessica Rowe | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 4.00 | $185.00 | $740.00 |
| Video - Extended Hours | 4.00 | $92.50 | $370.00 |
| Exhibit Capture Service | 2.00 | $295.00 | $590.00 |
| Video - Electronic Access | 1.00 | $55.00 | $55.00 |
| Video - Media and Cloud Services | 4.00 | $15.00 | $60.00 |

Notes: * Saturday

| | |
|---|---|
| **Invoice Total:** | **$2,277.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,277.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8294949**
**Invoice Date: 5/5/2025**
**Balance Due: $2,277.50**

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8298174
**Invoice Date:** 5/6/2025
**Balance Due:** $709.50

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7312384 | Job Date: 4/16/2025 | Delivery: Normal — Case No: 2:24cv04979SVW(JCx

Location: Los Angeles, CA — Client Matter #: [redacted]
Billing Atty: Jason H. Tokoro
Scheduling Atty: Steven Williamson | Miller Barondess LLP

| Witness: Edwin E Alvarez | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 1.00 | $185.00 | $185.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Media and Cloud Services | 1.00 | $12.00 | $12.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$709.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$709.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 8298174
**Invoice Date:** 5/6/2025
**Balance Due:** $709.50

44426

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

Bill To: Jason H. Tokoro
Miller Barondess LLP
1999 Avenue of the Stars
Suite 1000
Los Angeles, CA, 90067

**Invoice #:** 8298886
**Invoice Date:** 5/6/2025
**Balance Due:** $956.50

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** **Proceeding Type: Depositions**

Job #: 7298348 | Job Date: 4/16/2025 | Delivery: Normal

Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA

Client Matter #: [redacted]

Billing Atty: Jason H. Tokoro

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Sandra White | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 1.00 | $185.00 | $185.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Media and Cloud Services | 2.00 | $12.00 | $24.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$956.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$956.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 8298886
**Invoice Date:** 5/6/2025
**Balance Due:** $956.50

44426

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8302786
**Invoice Date:** 5/7/2025
**Balance Due:** $967.50

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** **Proceeding Type: Depositions**

Job #: 7298349 | Job Date: 4/17/2025 | Delivery: Normal

Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA

Client Matter #: [redacted]

Billing Atty: Jason H. Tokoro

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Rebecca Udell | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 1.00 | $185.00 | $185.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Video - Electronic Access | 1.00 | $55.00 | $55.00 |
| Video - Media and Cloud Services | 2.00 | $15.00 | $30.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$967.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$967.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 8302786
**Invoice Date:** 5/7/2025
**Balance Due:** $967.50

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

| | |
|---|---|
| **Invoice #:** | **8321220** |
| **Invoice Date:** | **5/14/2025** |
| **Balance Due:** | **$1,552.50** |

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** | **Proceeding Type: Depositions**

Job #: 7301582 | Job Date: 4/23/2025 | Delivery: Normal | Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA | Client Matter #: [redacted]

Billing Atty: Jason H. Tokoro

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Vivian Villanueva, Volume I | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 4.00 | $185.00 | $740.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Video - Electronic Access | 1.00 | $55.00 | $55.00 |
| Video - Media and Cloud Services | 4.00 | $15.00 | $60.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,552.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,552.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8321220**
**Invoice Date: 5/14/2025**
**Balance Due: $1,552.50**

44426

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8311848
**Invoice Date:** 5/15/2025
**Balance Due:** $952.50

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7333573 | Job Date: 4/22/2025 | Delivery: Normal — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]

Billing Atty: Jason H. Tokoro

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Alex Villanueva , Vol 2 | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $462.50 | $462.50 |
| Video - Additional Hours | 1.00 | $185.00 | $185.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Video - Electronic Access | 1.00 | $55.00 | $55.00 |
| Video - Media and Cloud Services | 1.00 | $15.00 | $15.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$952.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$952.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 8311848
**Invoice Date:** 5/15/2025
**Balance Due:** $952.50

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

| | |
|---|---|
| **Invoice #:** | **8313132** |
| **Invoice Date:** | **5/15/2025** |
| **Balance Due:** | **$395.00** |

**Case: Villanueva, Alex v. County Of Los Angeles, et al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7337309 | Job Date: 5/8/2025 | Delivery: Appearance Only — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]
Billing Atty: Jason H. Tokoro
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| **Witness: Edwin E. Alvarez** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Video - Cancellation | 1.00 | $395.00 | $395.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$395.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$395.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8313132**
**Invoice Date: 5/15/2025**
**Balance Due: $395.00**

44426

**Express Deposition Services**
ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6662 | 3/11/2025 | 6455 |
| **Job Date** | **Case No.** | |
| 2/27/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

1 COPY OF TRANSCRIPT OF:
Constance Marie Komoroski, Esq.* 1,614.60

**TOTAL DUE >>> $1,614.60**

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 6662
Invoice Date : 3/11/2025
**Total Due : $1,614.60**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 6455
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

Express Deposition Services
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6754 | 3/18/2025 | 6946 |
| **Job Date** | **Case No.** | |
| 3/10/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Roberta Yang* | 162.00 | Pages | @ | 6.300 | 1,020.60 |
| Exhibits/Digital | 205.00 | Pages | @ | 0.750 | 153.75 |
| Videoconference Surcharge | 1.00 | Pages | @ | 0.650 | 105.30 |
| Zoom - Participant | 1.00 | | @ | 75.000 | 75.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| **TOTAL DUE >>>** | | | | | **$1,587.65** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 6754
Invoice Date : 3/18/2025
**Total Due : $1,587.65**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 6946
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

# INVOICE



Express Deposition Services
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6758 | 3/17/2025 | 6895 |
| **Job Date** | **Case No.** | |
| 3/6/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

| | | | | | |
|---|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Anne Devane* | 226.00 | Pages | @ | 6.300 | 1,423.80 |
| Exhibits/Digital | 238.00 | Pages | @ | 0.750 | 178.50 |
| Videoconference Surcharge | 1.00 | Pages | @ | 0.650 | 146.90 |
| Zoom - Participant | 1.00 | | @ | 75.000 | 75.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| | **TOTAL DUE >>>** | | | | **$2,057.20** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 6758
Invoice Date : 3/17/2025
**Total Due : $2,057.20**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 6895
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

# INVOICE



Express Deposition Services
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6771 | 3/17/2025 | 6383 |
| **Job Date** | **Case No.** | |
| 3/7/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

| | | | | | |
|---|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Max Huntsman* | 231.00 | Pages | @ | 6.300 | 1,455.30 |
| Exhibits/Digital | 92.00 | Pages | @ | 0.750 | 69.00 |
| Videoconference Surcharge | 1.00 | Pages | @ | 0.650 | 150.15 |
| Zoom - Participant | 1.00 | | @ | 75.000 | 75.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| **TOTAL DUE >>>** | | | | | **$1,982.45** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 6771
Invoice Date : 3/17/2025
**Total Due : $1,982.45**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 6383
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

# INVOICE



Express Deposition Services
an ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6773 | 3/17/2025 | 6477 |
| **Job Date** | **Case No.** | |
| 3/4/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

| | | | | | |
|---|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Veronica Pawlowski* | 237.00 | Pages | @ | 6.300 | 1,493.10 |
| Medical/Technical/Expert | 1.00 | Pages | @ | 0.650 | 154.05 |
| Exhibits/Digital | 11.00 | Pages | @ | 0.750 | 8.25 |
| Videoconference Surcharge | 1.00 | Pages | @ | 0.650 | 154.05 |
| Zoom - Participant | 1.00 | | @ | 75.000 | 75.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| **TOTAL DUE >>>** | | | | | **$2,117.45** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 6773
Invoice Date : 3/17/2025
**Total Due : $2,117.45**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 6477
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

# INVOICE



Express Deposition Services
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6854 | 3/20/2025 | 6456 |
| Job Date | Case No. | |
| 3/5/2025 | 2:24-CV-04979 SVW (JCX) | |
| Case Name | | |
| Alex Villanueva v. County of Los Angeles | | |
| Payment Terms | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

| | | | | | |
|---|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Christina Diaz Herrera* | 247.00 | Pages | @ | 6.300 | 1,556.10 |
| Exhibits/Digital | 210.00 | Pages | @ | 0.750 | 157.50 |
| Videoconference Surcharge | 1.00 | Pages | @ | 0.650 | 160.55 |
| Zoom - Participant | 1.00 | | @ | 75.000 | 75.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| | **TOTAL DUE >>>** | | | | **$2,182.15** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 6854
Invoice Date : 3/20/2025
**Total Due : $2,182.15**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 6456
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

| | |
|---|---|
| **Invoice #:** | **8132541** |
| **Invoice Date:** | **3/6/2025** |
| **Balance Due:** | **$6,160.50** |

**Case: Villanueva, Alex v. County Of Los Angeles (2:24cv04979SVW(JCx))** **Proceeding Type: Depositions**

Job #: 7184228 | Job Date: 2/28/2025 | Delivery: Expedited Client Matter #: [redacted]

Location: Los Angeles, CA
Billing Atty: Jason H. Tokoro
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Alex Villanueva | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 420.00 | $5.75 | $2,415.00 |
| Transcript Services - Priority Request | 420.00 | $5.75 | $2,415.00 |
| Transcript - Supplemental Surcharges* | 420.00 | $0.50 | $210.00 |
| Attendance - Full Day | 1.00 | $250.00 | $250.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 987.00 | $0.50 | $493.50 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Expenses (Out of Pocket) | 1.00 | $42.00 | $42.00 |

Notes: *Supplemental Surcharges Include: Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$6,160.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$6,160.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8132541**
**Invoice Date: 3/6/2025**
**Balance Due: $6,160.50**

44426

# INVOICE



Express Deposition Services
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7032 | 3/31/2025 | 6901 |
| **Job Date** | **Case No.** | |
| 3/25/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Laura Lecrivain* | 170.00 | Pages | @ | 6.300 | 1,071.00 |
| Expedited O&1 | 1.00 | Pages | @ | 5.080 | 863.60 |
| Exhibits/Digital | 193.00 | Pages | @ | 0.750 | 144.75 |
| Videoconference Surcharge | 1.00 | Pages | @ | 0.650 | 110.50 |
| Zoom - Participant | 1.00 | | @ | 75.000 | 75.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| **TOTAL DUE >>>** | | | | | **$2,497.85** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 7032
Invoice Date : 3/31/2025
**Total Due : $2,497.85**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 6901
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

# INVOICE



**Express Deposition Services**
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7035 | 3/31/2025 | 7028 |
| **Job Date** | **Case No.** | |
| 3/14/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Sergio V. Escobedo* | 174.00 | Pages | @ | 6.300 | 1,096.20 |
| Exhibits/Digital | 189.00 | Pages | @ | 0.750 | 141.75 |
| Videoconference Surcharge | 1.00 | Pages | @ | 0.650 | 113.10 |
| Zoom - Participant | 1.00 | | @ | 75.000 | 75.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| **TOTAL DUE >>>** | | | | | **$1,659.05** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 7035
Invoice Date : 3/31/2025
**Total Due : $1,659.05**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 7028
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

# INVOICE



Express Deposition Services
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7057 | 4/1/2025 | 6902 |
| **Job Date** | **Case No.** | |
| 3/26/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

| | | | | | |
|---|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Kyla Coates* | 126.00 | Pages | @ | 6.300 | 793.80 |
| 3-Day Expedite | | | | | 640.08 |
| Exhibits/Digital | 96.00 | Pages | @ | 0.750 | 72.00 |
| Videoconference Surcharge | 1.00 | Pages | @ | 0.650 | 81.90 |
| Zoom - Participant | 1.00 | | @ | 75.000 | 75.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| | **TOTAL DUE >>>** | | | | **$1,895.78** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 7057
Invoice Date : 4/1/2025
**Total Due : $1,895.78**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 6902
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

# INVOICE



Express Deposition Services
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7081 | 4/2/2025 | 6454 |
| **Job Date** | **Case No.** | |
| 3/21/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Esther Lim* | 304.00 | Pages | @ | 6.300 | 1,915.20 |
| Next Day Expedite | | | | | 1,930.40 |
| Exhibits/Digital | 140.00 | Pages | @ | 0.750 | 105.00 |
| Videoconference Surcharge | 1.00 | Pages | @ | 0.650 | 197.60 |
| Zoom - Participant | 1.00 | | @ | 75.000 | 75.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| **TOTAL DUE >>>** | | | | | **$4,456.20** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 7081
Invoice Date : 4/2/2025
**Total Due : $4,456.20**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 6454
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

# INVOICE

1 of 1

Express Deposition Services
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7085 | 4/2/2025 | 6522 |
| **Job Date** | **Case No.** | |
| 3/28/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Mercedes Cruz* | 176.00 | Pages | @ | 6.300 | 1,108.80 |
| 2-Day Expedite | | | | | 1,006.72 |
| Exhibits/Digital | 218.00 | Pages | @ | 0.750 | 163.50 |
| Videoconference Surcharge | 1.00 | Pages | @ | 0.650 | 114.40 |
| Zoom - Participant | 1.00 | | @ | 75.000 | 75.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| **TOTAL DUE >>>** | | | | | **$2,701.42** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 7085
Invoice Date : 4/2/2025
**Total Due : $2,701.42**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 6522
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

Express Deposition Services
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7315 | 4/16/2025 | 7555 |
| **Job Date** | **Case No.** | |
| 4/15/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

| | | | | | |
|---|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Nairi Gevorki* | 66.00 | Pages | @ | 6.300 | 415.80 |
| Next Day Expedite | | | | | 419.10 |
| Medical/Technical/Expert | 1.00 | Pages | @ | 0.650 | 42.90 |
| Next Day Expedite | | | | | 42.90 |
| Exhibits/Digital | 6.00 | Pages | @ | 0.750 | 4.50 |
| Videoconference Surcharge | 1.00 | Pages | @ | 0.650 | 42.90 |
| Zoom - Participant | 1.00 | | @ | 75.000 | 75.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| | **TOTAL DUE >>>** | | | | **$1,276.10** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 7315
Invoice Date : 4/16/2025
**Total Due : $1,276.10**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 7555
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

# INVOICE

1 of 1

Express Deposition Services
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7344 | 4/17/2025 | 7156 |
| **Job Date** | **Case No.** | |
| 4/4/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

| | | | | | |
|---|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Veronica Pawlowski, volume II* | 111.00 | Pages | @ | 6.300 | 699.30 |
| Exhibits/Digital | 89.00 | Pages | @ | 0.750 | 66.75 |
| Videoconference Surcharge | 1.00 | Pages | @ | 0.650 | 72.15 |
| Zoom - Participant | 1.00 | | @ | 75.000 | 75.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| **TOTAL DUE >>>** | | | | | **$1,146.20** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 7344
Invoice Date : 4/17/2025
**Total Due : $1,146.20**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 7156
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

# INVOICE



Express Deposition Services
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7349 | 4/17/2025 | 7522 |
| **Job Date** | **Case No.** | |
| 4/14/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

| | | | | | |
|---|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | | | |
| Jonathan Lested* | 91.00 | Pages | @ | 6.300 | 573.30 |
| Expedited O&1 | 1.00 | Pages | @ | 6.350 | 577.85 |
| Exhibits/Digital | 29.00 | Pages | @ | 0.750 | 21.75 |
| Videoconference Surcharge | 1.00 | Pages | @ | 0.650 | 59.15 |
| Zoom - Participant | 1.00 | | @ | 75.000 | 75.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| | **TOTAL DUE >>>** | | | | **$1,540.05** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 7349
Invoice Date : 4/17/2025
**Total Due : $1,540.05**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 7522
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Steven Williamson
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8196358
**Invoice Date:** 3/28/2025
**Balance Due:** $2,303.00

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** **Proceeding Type: Depositions**

Job #: 7219336 | Job Date: 3/11/2025 | Delivery: Normal
Case No: 2:24cv04979SVW(JCx)
Location: Los Angeles, CA
Client Matter #: [redacted]
Billing Atty: Steven Williamson
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Gilbert Carrillo | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 242.00 | $5.75 | $1,391.50 |
| Transcript - Supplemental Surcharges* | 242.00 | $0.50 | $121.00 |
| Attendance - Full Day | 1.00 | $250.00 | $250.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 331.00 | $0.50 | $165.50 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes: *Supplemental Surcharges Include: Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$2,303.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,303.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 8196358
**Invoice Date:** 3/28/2025
**Balance Due:** $2,303.00

44426

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8197960
**Invoice Date:** 3/28/2025
**Balance Due:** $870.00

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7219440 | Job Date: 3/27/2025 | Delivery: Normal — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]

Billing Atty: Jason H. Tokoro

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Vivian Villanueva - CNA | Quantity | Price | Amount |
|---|---|---|---|
| Statement on Record/Cert of Non-Appearance (CNA) | 1.00 | $425.00 | $425.00 |
| Attendance - Half Day | 1.00 | $125.00 | $125.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $35.00 | $35.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$870.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$870.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 8197960
**Invoice Date:** 3/28/2025
**Balance Due:** $870.00

44426

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
1999 Avenue of the Stars
Suite 1000
Los Angeles, CA, 90067

**Invoice #:** 8202629
**Invoice Date:** 3/31/2025
**Balance Due:** $3,274.50

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** **Proceeding Type: Depositions**

Job #: 7219392 | Job Date: 3/13/2025 | Delivery: Normal — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]
Billing Atty: Jason H. Tokoro
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Laureen Perri | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 303.00 | $5.75 | $1,742.25 |
| Transcript - Supplemental Surcharges* | 303.00 | $0.50 | $151.50 |
| Realtime Services | 303.00 | $1.75 | $530.25 |
| Attendance - Full Day | 1.00 | $250.00 | $250.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 361.00 | $0.50 | $180.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes: *Supplemental Surcharges Include: Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$3,274.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$3,274.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8202629**
**Invoice Date: 3/31/2025**
**Balance Due: $3,274.50**

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

| | |
|---|---|
| **Invoice #:** | **8209940** |
| **Invoice Date:** | **4/2/2025** |
| **Balance Due:** | **$3,827.50** |

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** **Proceeding Type: Depositions**

Job #: 7219416 | Job Date: 3/18/2025 | Delivery: Normal Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA Client Matter #: [redacted]

Billing Atty: Jason H. Tokoro

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Nick Wilson | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 365.00 | $5.75 | $2,098.75 |
| Transcript - Supplemental Surcharges* | 365.00 | $0.50 | $182.50 |
| Realtime Services | 365.00 | $1.75 | $638.75 |
| Attendance - Full Day | 1.00 | $250.00 | $250.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 465.00 | $0.50 | $232.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $95.00 | $95.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes: *Supplemental Surcharges Include: Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$3,827.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$3,827.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8209940**
**Invoice Date: 4/2/2025**
**Balance Due: $3,827.50**

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

Bill To: Brian Neach
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8217703
**Invoice Date:** 4/9/2025
**Balance Due:** $2,388.50

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7246468 | Job Date: 4/1/2025 | Delivery: Expedited — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]
Billing Atty: Brian Neach
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: John Satterfield | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 155.00 | $5.35 | $829.25 |
| Transcript Services - Priority Request | 155.00 | $4.85 | $751.75 |
| Transcript - Supplemental Surcharges* | 155.00 | $0.50 | $77.50 |
| Attendance - Full Day | 1.00 | $250.00 | $250.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

Notes: *Supplemental Surcharges Include: Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$2,388.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,388.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **8217703**
**Invoice Date:** **4/9/2025**
**Balance Due:** **$2,388.50**

44426

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Steven Williamson
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8221176
**Invoice Date:** 4/7/2025
**Balance Due:** $3,337.55

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** **Proceeding Type: Depositions**

Job #: 7284165 | Job Date: 4/3/2025 | Delivery: Expedited
Case No: 2:24cv04979SVW(JCx)
Location: Los Angeles, CA
Client Matter #: [redacted]
Billing Atty: Steven Williamson
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Johannes Jared Villanueva, Volume 1 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 247.00 | $5.35 | $1,321.45 |
| Transcript Services - Priority Request | 247.00 | $4.30 | $1,062.10 |
| Transcript - Supplemental Surcharges* | 247.00 | $0.50 | $123.50 |
| Attendance - Full Day | 1.00 | $250.00 | $250.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 321.00 | $0.50 | $160.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes: *Supplemental Surcharges Include: Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$3,337.55** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$3,337.55** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **8221176**
**Invoice Date:** **4/7/2025**
**Balance Due:** **$3,337.55**

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Brian Neach
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8227254
**Invoice Date:** 4/10/2025
**Balance Due:** $1,766.60

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7246481 | Job Date: 4/7/2025 | Delivery: Expedited — Third Party:

Location: Los Angeles, CA
Billing Atty: Brian Neach
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Timothy Murakami | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 114.00 | $5.35 | $609.90 |
| Transcript Services - Priority Request | 114.00 | $4.30 | $490.20 |
| Transcript - Supplemental Surcharges* | 114.00 | $0.50 | $57.00 |
| Attendance - Half Day | 1.00 | $125.00 | $125.00 |
| Exhibits | 9.00 | $0.50 | $4.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

Notes: *Supplemental Surcharges Include: Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$1,766.60** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,766.60** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 8227254
**Invoice Date:** 4/10/2025
**Balance Due:** $1,766.60

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Brian Neach
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8242369
**Invoice Date:** 4/15/2025
**Balance Due:** $3,496.15

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** **Proceeding Type: Depositions**

Job #: 7298356 | Job Date: 4/12/2025 | Delivery: Expedited

Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA

Client Matter #: [redacted]

Billing Atty: Brian Neach

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Dr. Jessica Rowe | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 201.00 | $5.35 | $1,075.35 |
| Transcript Services - Priority Request | 201.00 | $4.30 | $864.30 |
| Transcript - Supplemental Surcharges* | 201.00 | $1.00 | $201.00 |
| Attendance - Wknd/Holiday Surcharge (3 Hour Min) | 1.00 | $800.00 | $800.00 |
| Exhibits | 151.00 | $0.50 | $75.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

Notes: *Supplemental Surcharges Include: Expert/Medical/Technical, Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$3,496.15** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$3,496.15** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8242369**
**Invoice Date: 4/15/2025**
**Balance Due: $3,496.15**

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8243483
**Invoice Date:** 4/17/2025
**Balance Due:** $1,434.20

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7219473 | Job Date: 3/28/2025 | Delivery: Normal — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]
Billing Atty: Jason H. Tokoro
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Maria Lopez | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 92.00 | $5.35 | $492.20 |
| Transcript - Supplemental Surcharges* | 92.00 | $75.50 | $196.00 |
| Attendance - Full Day | 1.00 | $250.00 | $250.00 |
| Exhibits | 32.00 | $0.50 | $16.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

Notes: *Supplemental Surcharges Include: Interpreted Proceeding, Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$1,434.20** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,434.20** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** **8243483**
**Invoice Date:** **4/17/2025**
**Balance Due:** **$1,434.20**

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Brian Neach
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

| | |
|---|---|
| **Invoice #:** | **8250400** |
| **Invoice Date:** | **4/17/2025** |
| **Balance Due:** | **$1,533.90** |

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7246491 | Job Date: 4/14/2025 | Delivery: Expedited — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]

Billing Atty: Brian Neach

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Mark Lillienfeld | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 96.00 | $5.35 | $513.60 |
| Transcript Services - Priority Request | 96.00 | $4.30 | $412.80 |
| Transcript - Supplemental Surcharges* | 96.00 | $0.50 | $48.00 |
| Attendance - Half Day | 1.00 | $125.00 | $125.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 29.00 | $0.50 | $14.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes: *Supplemental Surcharges Include: Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$1,533.90** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,533.90** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8250400**
**Invoice Date: 4/17/2025**
**Balance Due: $1,533.90**

44426

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Brian Neach
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8250920
**Invoice Date:** 4/18/2025
**Balance Due:** $2,139.80

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7298357 | Job Date: 4/15/2025 | Delivery: Expedited — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]

Billing Atty: Brian Neach

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Nigel Kennedy, M.D., Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 136.00 | $5.35 | $727.60 |
| Transcript Services - Priority Request | 136.00 | $4.70 | $639.20 |
| Transcript - Supplemental Surcharges* | 136.00 | $1.50 | $204.00 |
| Attendance - Half Day | 1.00 | $125.00 | $125.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 48.00 | $0.50 | $24.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes: *Supplemental Surcharges Include: Expert/Medical/Technical, Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$2,139.80** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,139.80** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8250920**
**Invoice Date: 4/18/2025**
**Balance Due: $2,139.80**

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8256451
**Invoice Date:** 4/22/2025
**Balance Due:** $1,474.65

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7298348 | Job Date: 4/16/2025 | Delivery: Expedited — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]
Billing Atty: Jason H. Tokoro
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Sandra White | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 83.00 | $5.35 | $444.05 |
| Transcript Services - Priority Request | 83.00 | $4.70 | $390.10 |
| Transcript - Supplemental Surcharges* | 83.00 | $1.00 | $83.00 |
| Attendance - Half Day | 1.00 | $125.00 | $125.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 25.00 | $0.50 | $12.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes: *Supplemental Surcharges Include: Expert/Medical/Technical, Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$1,474.65** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,474.65** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8256451**
**Invoice Date: 4/22/2025**
**Balance Due: $1,474.65**

44426

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8256626
**Invoice Date:** 4/22/2025
**Balance Due:** $1,886.00

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7298349 | Job Date: 4/17/2025 | Delivery: Expedited — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]
Billing Atty: Jason H. Tokoro
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Rebecca Udell | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 120.00 | $5.35 | $642.00 |
| Transcript Services - Priority Request | 120.00 | $4.70 | $564.00 |
| Transcript - Supplemental Surcharges* | 120.00 | $1.00 | $120.00 |
| Attendance - Half Day | 1.00 | $125.00 | $125.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 30.00 | $0.50 | $15.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Expenses (Out of Pocket) | 1.00 | $40.00 | $40.00 |

Notes: *Supplemental Surcharges Include: Expert/Medical/Technical, Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$1,886.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,886.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #:** 8256626
**Invoice Date:** 4/22/2025
**Balance Due:** $1,886.00

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Steven Williamson
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8263692
**Invoice Date:** 4/23/2025
**Balance Due:** $1,391.00

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** **Proceeding Type: Depositions**

Job #: 7333573 | Job Date: 4/22/2025 | Delivery: Expedited
Case No: 2:24cv04979SVW(JCx)
Location: Los Angeles, CA
Client Matter #: [redacted]
Billing Atty: Steven Williamson
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Alex Villanueva , Vol 2 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Priority Request | 65.00 | $4.85 | $315.25 |
| Minimum Charge for Transcript Services | 1.00 | $495.00 | $495.00 |
| Transcript - Supplemental Surcharges* | 65.00 | $0.50 | $32.50 |
| Attendance - Half Day | 1.00 | $125.00 | $125.00 |
| Waiting Time of Service Professional | 0.75 | $95.00 | $71.25 |
| Exhibits | 334.00 | $0.50 | $167.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |

Notes: *Supplemental Surcharges Include: Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$1,391.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,391.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8263692**
**Invoice Date: 4/23/2025**
**Balance Due: $1,391.00**

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Steven Williamson
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8272548
**Invoice Date:** 4/26/2025
**Balance Due:** $3,021.20

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7301582 | Job Date: 4/23/2025 | Delivery: Expedited — Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA — Client Matter #: [redacted]
Billing Atty: Steven Williamson
Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Vivian Villanueva, Volume I | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 211.00 | $5.35 | $1,128.85 |
| Transcript Services - Priority Request | 211.00 | $4.85 | $1,023.35 |
| Transcript - Supplemental Surcharges* | 211.00 | $0.50 | $105.50 |
| Attendance - Full Day | 1.00 | $250.00 | $250.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Exhibits | 177.00 | $0.50 | $88.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Expenses (Out of Pocket) | 1.00 | $45.00 | $45.00 |

Notes: *Supplemental Surcharges Include: Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$3,021.20** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$3,021.20** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8272548**
**Invoice Date: 4/26/2025**
**Balance Due: $3,021.20**

44426

# INVOICE



Express Deposition Services
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7549 | 4/30/2025 | 7394 |
| **Job Date** | **Case No.** | |
| 4/17/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Marc A. Cohen, M.D.* | 100.00 | Pages | @ | 6.300 | 630.00 |
| Medical/Technical/Expert | 1.00 | Pages | @ | 0.650 | 65.00 |
| Exhibits/Digital | 69.00 | Pages | @ | 0.750 | 51.75 |
| Videotape Surcharge | 1.00 | Pages | @ | 0.650 | 65.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| | **TOTAL DUE >>>** | | | | **$1,044.75** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 7549
Invoice Date : 4/30/2025
**Total Due : $1,044.75**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 7394
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

# INVOICE



**Express Deposition Services**
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7555 | 4/30/2025 | 7395 |
| **Job Date** | **Case No.** | |
| 4/15/2025 | 2:24-CV-04979 SVW (JCX) | |
| **Case Name** | | |
| Alex Villanueva v. County of Los Angeles | | |
| **Payment Terms** | | |
| Net 30, 10% Finance Charge | | |

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Vida L. Thomas* | 68.00 | Pages | @ | 6.300 | 428.40 |
| Medical/Technical/Expert | 1.00 | Pages | @ | 0.650 | 44.20 |
| Exhibits/Digital | 66.00 | Pages | @ | 0.750 | 49.50 |
| Videotape Surcharge | 1.00 | Pages | @ | 0.650 | 44.20 |
| Videoconference Surcharge | 1.00 | Pages | @ | 0.650 | 44.20 |
| Zoom - Participant | 1.00 | | @ | 75.000 | 75.00 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| **TOTAL DUE >>>** | | | | | **$918.50** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Jason Tokoro
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 7555
Invoice Date : 4/30/2025
**Total Due : $918.50**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 7395
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

# INVOICE

1 of 1

**Express Deposition Services**
by ExpressNetwork
Phone: 888.286.4226
Email: depobilling@expressdeposition.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 7560 | 4/30/2025 | 7621 |

| Job Date | Case No. |
|---|---|
| 4/21/2025 | 2:24-CV-04979 SVW (JCX) |

| Case Name |
|---|
| Alex Villanueva v. County of Los Angeles |

| Payment Terms |
|---|
| Net 30, 10% Finance Charge |

Brian Neach
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Jennie McNulty, CPA* | 62.00 | Pages | @ | 6.300 | 390.60 |
| Medical/Technical/Expert | 1.00 | Pages | @ | 0.650 | 40.30 |
| Exhibits/Digital | 46.00 | Pages | @ | 0.750 | 34.50 |
| Videotape Surcharge | 1.00 | Pages | @ | 0.650 | 40.30 |
| ETranscript Bundle | 1.00 | | @ | 65.000 | 65.00 |
| Transcript Summary | 1.00 | | @ | 75.000 | 75.00 |
| Transcript Prod. & Handling | 1.00 | | @ | 58.000 | 58.00 |
| Archiving | 1.00 | | @ | 35.000 | 35.00 |
| **TOTAL DUE >>>** | | | | | **$738.70** |

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Brian Neach
Miller Barondess
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

Invoice No. : 7560
Invoice Date : 4/30/2025
**Total Due : $738.70**

Remit To: **Express Deposition Services**
**P.O. BOX 861057**
**Los Angeles, CA 90086-1057**

Job No. : 7621
BU ID : LA
Case No. : 2:24-CV-04979 SVW (JCX)
Case Name : Alex Villanueva v. County of Los Angeles

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

**Invoice #:** 8279424
**Invoice Date:** 4/29/2025
**Balance Due:** $1,136.50

**Case: Villanueva, Alex v. County Of Los Angeles, Et Al. (2:24cv04979SVW (JCx))** — **Proceeding Type: Depositions**

Job #: 7312384 | Job Date: 4/16/2025 | Delivery: Normal — Case No: 2:24cv04979SVW(JCx

Location: Los Angeles, CA — Client Matter #: [redacted]
Billing Atty: Jason H. Tokoro
Scheduling Atty: Steven Williamson | Miller Barondess LLP

| Witness: Edwin E Alvarez | Quantity | Price | Amount |
|---|---|---|---|
| Minimum Charge for Transcript Services | 1.00 | $495.00 | $495.00 |
| Transcript - Supplemental Surcharges* | 62.00 | $0.50 | $31.00 |
| Attendance - Half Day | 1.00 | $125.00 | $125.00 |
| Exhibits | 11.00 | $0.50 | $5.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Logistics & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

Notes: *Supplemental Surcharges Include: Video Proceeding

| | |
|---|---|
| **Invoice Total:** | **$1,136.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$1,136.50** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8279424**
**Invoice Date: 4/29/2025**
**Balance Due: $1,136.50**

44426

**Veritext, LLC - California Region**
Tel. 877-955-3855 Email: calendar-la@veritext.com
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Jason H. Tokoro
Miller Barondess LLP
2121 Avenue of the Stars
Suite 2600
Los Angeles, CA, 90067

| | |
|---|---|
| **Invoice #:** | **8324230** |
| **Invoice Date:** | **5/15/2025** |
| **Balance Due:** | **$520.00** |

**Case: Villanueva, Alex v. County Of Los Angeles, et al. (2:24cv04979SVW (JCx))** **Proceeding Type: Depositions**

Job #: 7337309 | Job Date: 5/8/2025 | Delivery: Appearance Only

Case No: 2:24cv04979SVW(JCx)

Location: Los Angeles, CA

Client Matter #: [redacted]

Billing Atty: Jason H. Tokoro

Scheduling Atty: Jason H. Tokoro | Miller Barondess LLP

| Witness: Edwin E. Alvarez | Quantity | Price | Amount |
|---|---|---|---|
| Cancellation of Services | 1.00 | $395.00 | $395.00 |
| Veritext Virtual Cancellation | 1.00 | $125.00 | $125.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$520.00** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$520.00** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: [redacted]

**Pay By ACH (Include invoice numbers):**
[redacted]

Pay by Credit Card: www.veritext.com

**Invoice #: 8324230**
**Invoice Date: 5/15/2025**
**Balance Due: $520.00**

44426

**Kenneth S. McElvaney**

---

**From:** Daily Journal Corporation <receipts+acct_1BnyVMBbSppxdFnE@stripe.com>
**Sent:** Thursday, June 20, 2024 7:24 AM
**To:** Kenneth S. McElvaney
**Subject:** Your Daily Journal Corporation receipt [#1769-2024]

# Receipt from Daily Journal Corporation

Receipt #1769-2024

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $65.00 | Jun 20, 2024, 7:22:31 AM | [redacted] |

SUMMARY

| | |
|---|---|
| Judicial Profile For Stephen V. Wilson | $65.00 |
| **Amount charged** | **$65.00** |

If you have any questions, contact us at **subscribe@dailyjournal.com** or call us at **+1 866-531-1492**.

Something wrong with the email? View it in your browser.

**From:** Auto-Receipt <noreply@mail.authorize.net>
**Sent:** Wednesday, April 02, 2025 5:56 PM
**To:** Scarlet Speakmoore
**Subject:** Transaction Receipt from ECOURT PAID RECORDS WEB for $15.00 (USD)

**Order Information**

Description: DOCUMENT_DOWNLOAD
Invoice Number PR-CQQEEFIFS4XAS8SBC

**Billing Information**
Kenneth McElvaney
91311
sspeakmoore@millerbarondess.com

**Shipping Information**

**Total: $15.00 (USD)**

**Payment Information**

| | |
|---|---|
| Date/Time: | 2-Apr-2025 17:55:29 PDT |
| Transaction ID: | 80972057453 |
| Payment Method: | [redacted] |
| Transaction Type: | Purchase |
| Auth Code: | 04464D |

**Merchant Contact Information**

ECOURT PAID RECORDS WEB
OAKLAND, CA 94612
US
AskFinance@alameda.courts.ca.gov

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

# Payment Confirmation

**Please do not Reload or Refresh this window.**

Your receipt number is PA-2025-307531217.

A transaction report has been sent to info@millerbarondess.com for your charge of $5.40 to your Visa card [redacted]

Please click "Continue" to return to your application and complete your purchase.

Thank you for your patronage.

*your purchases*

| Item | Cost |
|---|---|
| [22STCV30740] Opposition : Opposition TO DEFENDANT THE REGENTS OF THE UNIVERSITY OF CALIFORNIAS MOTION IN LIMINE NO. 10 TO EXCLUDE OPINIONS OF NON-DESIGNATED OR NONRETAINED EXPERTS (Pages 1-6) | $5.40 |
| **Total** | **$5.40** |

Continue Print

© 2025 - Los Angeles Superior Court Shopping Cart

# Payment Confirmation

**Please do not Reload or Refresh this window.**

Your receipt number is PA-2025-307530846.

A transaction report has been sent to info@millerbarondess.com for your charge of $13.40 to your Visa card [redacted].

Please click "Continue" to return to your application and complete your purchase.

Thank you for your patronage.

*your purchases*

| Item | Cost |
|---|---|
| [22STCV30740] Motion in Limine : Motion in Limine NO. 10 TO EXCLUDE OPINIONS OF NON-DESIGNATED OR NONRETAINED EXPERTS (Pages 1-26) | $13.40 |
| **Total** | **$13.40** |

Continue Print

© 2025 - Los Angeles Superior Court Shopping Cart

**From:** Auto-Receipt <noreply@mail.authorize.net>
**Sent:** Thursday, April 03, 2025 12:59 PM
**To:** Scarlet Speakmoore
**Subject:** Transaction Receipt from ECOURT PAID RECORDS WEB for $21.00 (USD)

**Order Information**

Description: DOCUMENT_DOWNLOAD
Invoice Number PR-YSQTIVDOIYWMDDRS6

**Billing Information**
Kenneth McElvaney
91311
sspeakmoore@millerbarondess.com

**Shipping Information**

**Total: $21.00 (USD)**

**Payment Information**

| | |
|---|---|
| Date/Time: | 3-Apr-2025 12:58:54 PDT |
| Transaction ID: | 80973320396 |
| Payment Method: | [redacted] |
| Transaction Type: | Purchase |
| Auth Code: | 06948D |

**Merchant Contact Information**

ECOURT PAID RECORDS WEB
OAKLAND, CA 94612
US
AskFinance@alameda.courts.ca.gov

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

DISCO [redacted]

**Invoice #: 569917**
**Date: 01/01/2025**

**Bill To**
Miller Barondess LLP
2121 Avenue of the Stars
26th Floor
Los Angeles CA 90067
United States

**Ship To**
Miller Barondess LLP
2121 Avenue of the Stars
26th Floor
Los Angeles CA 90067
United States

Invoice Amount Due:
$154.80
Due Date: 01/31/2025

| Ediscovery ID | Review Database Name | Billing Code | PO Number |
|---|---|---|---|
| 57603f2d | Alex Villanueva vs. COLA | [redacted] | |

**DISCO Ediscovery**

| Start Date | End Date | Description | Size (GB) | Pro-Rated Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 12/31/2024 | 12/31/2024 | Review DB Monthly Minimum, prorated for 1 of 31 days in December | 1 | 0.03 | 150.00 | $4.80 |
| 12/31/2024 | 12/31/2024 | 3.42 GB Active True Up, prorated for 1 of 31 days in December | 3.42 | 1.00 | 0.00 | $0.00 |
| 01/01/2025 | 01/31/2025 | Review DB Monthly Minimum for January | 1 | 1.00 | 150.00 | $150.00 |
| 01/01/2025 | 01/31/2025 | 3.42 GB Active for January | 3.42 | 1.00 | 0.00 | $0.00 |
| **Subtotal** | | | | | | **$154.80** |

| | |
|---|---|
| Tax | $0.00 |
| Total | $154.80 |
| Amount Paid / Credits Applied | ($0.00) |
| AMOUNT DUE | $154.80 |

Payment can be made by credit card, ACH or check.
[redacted]

DISCO [redacted]

**Invoice #: 580835**
**Date: 02/01/2025**

Bill To

Miller Barondess LLP
2121 Avenue of the Stars
26th Floor
Los Angeles CA 90067
United States

Ship To

Miller Barondess LLP
2121 Avenue of the Stars
26th Floor
Los Angeles CA 90067
United States

Invoice Amount Due:

**$3,930.17**

Due Date: 03/03/2025

| Ediscovery ID | Review Database Name | Billing Code | PO Number |
|---|---|---|---|
| 57603f2d | Alex Villanueva vs. COLA | [redacted] | |

**DISCO Ediscovery**

| Start Date | End Date | Description | Size (GB) | Pro-Rated Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 01/17/2025 | 04/17/2025 | Data Ingest: 12.06 GB to ECA | 12.056 | 12.06 | 21.40 | $258.00 |
| 01/23/2025 | 04/23/2025 | Data Ingest: 70.01 GB to ECA | 70.006 | 70.01 | 21.40 | $1,498.13 |
| 01/24/2025 | 04/24/2025 | Data Ingest: 6.27 GB to ECA | 6.274 | 6.27 | 21.40 | $134.26 |
| 01/25/2025 | 04/25/2025 | Data Ingest: 4.70 GB to ECA | 4.7 | 1.00 | 77.28 | $77.28 |
| 01/07/2025 | 01/08/2025 | 0.32 GB Active True Up, prorated for 2 of 31 days in January | 0.321 | 1.00 | 0.00 | $0.00 |
| 01/09/2025 | 01/09/2025 | 0.32 GB Active True Up, prorated for 1 of 31 days in January | 0.323 | 1.00 | 0.00 | $0.00 |
| 01/10/2025 | 01/13/2025 | 0.35 GB Active True Up, prorated for 4 of 31 days in January | 0.349 | 1.00 | 0.00 | $0.00 |
| 01/14/2025 | 01/15/2025 | 0.39 GB Active True Up, prorated for 2 of 31 days in January | 0.394 | 1.00 | 0.00 | $0.00 |
| 01/16/2025 | 01/28/2025 | 0.82 GB Active True Up, prorated for 13 of 31 days in January | 0.824 | 1.00 | 0.00 | $0.00 |
| 01/29/2025 | 01/31/2025 | 0.83 GB Active True Up, prorated for 3 of 31 days in January | 0.825 | 1.00 | 0.00 | $0.00 |
| 02/01/2025 | 02/28/2025 | Review DB Monthly Minimum for February | 1 | 1.00 | 150.00 | $150.00 |
| 02/01/2025 | 02/28/2025 | 4.25 GB Active for February | 4.245 | 1.00 | 0.00 | $0.00 |
| 02/01/2025 | 02/28/2025 | 93.04 GB ECA Initial for February | 93.036 | 1.00 | 0.00 | $0.00 |
| **Subtotal** | | | | | | **$2,117.67** |

**DISCO Services**

| Date | Resource | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 01/25/2025 | Oscar Kham | 00467276: Finish remediation of ingest exceptions for ingest session 11 | 0.75 | 250.00 | $187.50 |
| 01/18/2025 | Vikash Kumar | 00465969: Review and Analysis of ingested data to ensure accuracy of a native file production. Data Staged, Data Extracted & investigation done for the zip production volume. | 0.25 | 250.00 | $62.50 |
| 01/24/2025 | Nikhil Sharma | 00467274: Remediated unsupported files and executed an [image and text] overlay for ingest session [10] and performed PST repair for multiple failed email containers. | 2.50 | 250.00 | $625.00 |
| 01/24/2025 | Anuj Jajoria | 00467257: Remediate unsupported files and partially failed container files and execute an image and text overlay for ingest session [12,9] | 2.50 | 250.00 | $625.00 |
| 01/24/2025 | Abhishek Sharma | 00467276: Remediate unsupported files and execute an image and exception metadata overlay for ingest session [11]; Downloaded and repaired partially processed pst files to recover data | 1.00 | 250.00 | $250.00 |
| 01/25/2025 | Abhishek Sharma | 00467276: Ran recovery script to recover data from partially processed pst | 0.25 | 250.00 | $62.50 |
| **Subtotal** | | | | | **$1,812.50** |

Payment can be made by credit card, ACH or check.

[redacted]

DISCO [redacted]

Invoice #: 580835
Date: 02/01/2025

| | |
|---|---|
| Tax | $0.00 |
| Total | $3,930.17 |
| Amount Paid / Credits Applied | ($0.00) |
| AMOUNT DUE | $3,930.17 |

Payment can be made by credit card, ACH or check.
[redacted]

Social Media Information, LLC d/b/a **SMI Aware**
700 River Avenue
Pittsburgh, PA 15212

[redacted]

smi aware

Invoice ID: **57312**
Date Sent: 3/3/2025
Date Due: 3/30/2025
Client Matter: [redacted]

| Date Submitted | Reference ID | Subject | Cost |
|---|---|---|---|
| 2/4/2025 | RB-19398 | Type: Research Bundle<br>Subject: Alex V a<br>Client Matter: [redacted]<br>Requested By: Speakmoore | $850.00 |
| 2/5/2025 | RX-17749 | Type: Export<br>URL: https://x.c Vilanueva33<br>Client Matter: [redacted]<br>Requested By: Speakmoore | $0.00 |
| 2/5/2025 | RX-17751 | Type: Export<br>URL: https://ww ook.com/sheriffvillanueva33<br>Client Matter: [redacted]<br>Requested By: Scarlet Speakmoore | $3,000.00 |
| 2/5/2025 | RX-17750 | Type: Export<br>URL: https://www.instagram.com/sheriffvillanueva33/<br>Client Matter: [redacted]<br>Requested By: Scarlet Speakmoore | $0.00 |

**Total Due:**
**$3,850.00**

Make a payment at https://www.smiaware.com/payments

If you have questions about this invoice, please contact SMI Aware at accounting@smiaware.com, or call 888-299-9921.

DISCO [redacted]

**Invoice #: 591640**
**Date: 03/01/2025**

**Bill To**
Miller Barondess LLP
2121 Avenue of the Stars
26th Floor
Los Angeles CA 90067
United States

**Ship To**
Miller Barondess LLP
2121 Avenue of the Stars
26th Floor
Los Angeles CA 90067
United States

Invoice Amount Due:

$1,564.26

Due Date: 03/31/2025

| Ediscovery ID | Review Database Name | Billing Code | PO Number |
|---|---|---|---|
| 57603f2d | Alex Villanueva vs. COLA | [redacted] | |

| DISCO Ediscovery Start Date | End Date | Description | Size (GB) | Pro-Rated Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 02/06/2025 | 05/07/2025 | Data Ingest: 0.07 GB to ECA | 0.069 | 1.00 | 0.00 | $0.00 |
| 02/07/2025 | 05/08/2025 | Data Ingest: 0.01 GB to ECA | 0.01 | 1.00 | 0.00 | $0.00 |
| 02/05/2025 | 02/05/2025 | 0.03 GB Active True Up, prorated for 1 of 28 days in February | 0.028 | 1.00 | 0.00 | $0.00 |
| 02/06/2025 | 02/06/2025 | 2.48 GB Active True Up, prorated for 1 of 28 days in February | 2.48 | 1.00 | 0.00 | $0.00 |
| 02/07/2025 | 02/09/2025 | 2.48 GB Active True Up, prorated for 3 of 28 days in February | 2.481 | 0.27 | 32.10 | $8.54 |
| 02/10/2025 | 02/10/2025 | 2.49 GB Active True Up, prorated for 1 of 28 days in February | 2.488 | 1.00 | 0.00 | $0.00 |
| 02/11/2025 | 02/11/2025 | 2.51 GB Active True Up, prorated for 1 of 28 days in February | 2.511 | 1.00 | 0.00 | $0.00 |
| 02/12/2025 | 02/13/2025 | 2.51 GB Active True Up, prorated for 2 of 28 days in February | 2.514 | 0.18 | 32.10 | $5.78 |
| 02/14/2025 | 02/19/2025 | 2.58 GB Active True Up, prorated for 6 of 28 days in February | 2.583 | 0.55 | 32.10 | $17.75 |
| 02/20/2025 | 02/20/2025 | 2.87 GB Active True Up, prorated for 1 of 28 days in February | 2.868 | 1.00 | 0.00 | $0.00 |
| 02/21/2025 | 02/23/2025 | 4.16 GB Active True Up, prorated for 3 of 28 days in February | 4.161 | 0.45 | 32.10 | $14.32 |
| 02/24/2025 | 02/24/2025 | 4.17 GB Active True Up, prorated for 1 of 28 days in February | 4.174 | 1.00 | 4.63 | $4.63 |
| 02/25/2025 | 02/25/2025 | 4.18 GB Active True Up, prorated for 1 of 28 days in February | 4.177 | 0.15 | 32.10 | $4.78 |
| 02/26/2025 | 02/26/2025 | 38.61 GB Active True Up, prorated for 1 of 28 days in February | 38.605 | 1.38 | 32.10 | $44.27 |
| 02/27/2025 | 02/27/2025 | 38.61 GB Active True Up, prorated for 1 of 28 days in February | 38.606 | 1.38 | 32.10 | $44.27 |
| 02/28/2025 | 02/28/2025 | 38.61 GB Active True Up, prorated for 1 of 28 days in February | 38.61 | 1.38 | 32.10 | $44.27 |
| 03/01/2025 | 03/31/2025 | 42.86 GB Active for March | 42.855 | 42.85 | 32.10 | $1,375.65 |
| 03/01/2025 | 03/31/2025 | 71.31 GB ECA Initial for March | 71.308 | 71.31 | 0.00 | $0.00 |
| **Subtotal** | | | | | | $1,564.26 |

| | |
|---|---|
| Tax | $0.00 |
| Total | $1,564.26 |
| Amount Paid / Credits Applied | ($0.00) |
| AMOUNT DUE | $1,564.26 |

Payment can be made by credit card, ACH or check.
[redacted]

DISCO [redacted]

Invoice #: 602538
Date: 04/01/2025

**Bill To**

Miller Barondess LLP
2121 Avenue of the Stars
26th Floor
Los Angeles CA 90067
United States

**Ship To**

Miller Barondess LLP
2121 Avenue of the Stars
26th Floor
Los Angeles CA 90067
United States

Invoice Amount Due:

$4,403.82

Due Date: 05/01/2025

| Ediscovery ID | Review Database Name | Billing Code | PO Number |
|---|---|---|---|
| 57603f2d | Alex Villanueva vs. COLA | [redacted] | |

**DISCO Ediscovery**

| Start Date | End Date | Description | Size (GB) | Pro-Rated Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 03/17/2025 | 06/15/2025 | Data Ingest: 0.36 GB to ECA | 0.355 | 0.35 | 21.40 | $7.60 |
| 03/18/2025 | 06/16/2025 | Data Ingest: 19.20 GB to ECA | 19.199 | 19.20 | 21.40 | $410.86 |
| 03/04/2025 | 03/10/2025 | 0.06 GB Active True Up, prorated for 7 of 31 days in March | 0.058 | 0.01 | 32.10 | $0.42 |
| 03/11/2025 | 03/12/2025 | 0.06 GB Active True Up, prorated for 2 of 31 days in March | 0.059 | 0.00 | 32.10 | $0.13 |
| 03/13/2025 | 03/13/2025 | 0.06 GB Active True Up, prorated for 1 of 31 days in March | 0.062 | 0.00 | 32.10 | $0.06 |
| 03/14/2025 | 03/16/2025 | 1.57 GB Active True Up, prorated for 3 of 31 days in March | 1.569 | 0.15 | 32.10 | $4.88 |
| 03/17/2025 | 03/17/2025 | 3.57 GB Active True Up, prorated for 1 of 31 days in March | 3.572 | 0.12 | 32.10 | $3.69 |
| 03/18/2025 | 03/18/2025 | 4.99 GB Active True Up, prorated for 1 of 31 days in March | 4.986 | 0.16 | 32.10 | $5.17 |
| 03/19/2025 | 03/19/2025 | 4.99 GB Active True Up, prorated for 1 of 31 days in March | 4.987 | 0.16 | 32.10 | $5.17 |
| 03/20/2025 | 03/20/2025 | 5.03 GB Active True Up, prorated for 1 of 31 days in March | 5.026 | 0.16 | 32.10 | $5.20 |
| 03/21/2025 | 03/23/2025 | 5.20 GB Active True Up, prorated for 3 of 31 days in March | 5.198 | 0.50 | 32.10 | $16.15 |
| 03/24/2025 | 03/25/2025 | 5.24 GB Active True Up, prorated for 2 of 31 days in March | 5.244 | 0.34 | 32.10 | $10.85 |
| 03/26/2025 | 03/31/2025 | 5.52 GB Active True Up, prorated for 6 of 31 days in March | 5.521 | 1.07 | 32.10 | $34.31 |
| 04/01/2025 | 04/30/2025 | 48.38 GB Active for April | 48.376 | 48.38 | 32.10 | $1,552.87 |
| 04/01/2025 | 04/30/2025 | 89.45 GB ECA Initial for April | 89.454 | 89.45 | 0.00 | $0.00 |
| **Subtotal** | | | | | | $2,057.36 |

**DISCO Services**

| Date | Resource | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 03/15/2025 | Roger Martin | Expedited [redacted]416: Forensics - Attempted remote collection of iCloud Backup of [redacted] | 2.00 | 350.00 | $700.00 |
| 03/15/2025 | Stacy Kazmir | Expedited Services Charge - Forensic Project Coordination - Scope [redacted] collection request w/ N. Kim via email correspondence; relay collection & processing instructions to examiner R. Martin for execution; send email w/ preparation instructions to custodian & coordinate collection call | 1.00 | 350.00 | $350.00 |
| 03/17/2025 | Roger Martin | Expedited Services Charge: 00481416: Forensics - Mobile report generation and staging to S3. | 1.00 | 700.00 | $700.00 |
| 03/17/2025 | Bryce Lachance | 00481416: MM - Prepared destination media for forensic collection. | 0.50 | 500.00 | $250.00 |
| 03/19/2025 | Jennifer Kovacs | 00481416: Expedited Services Charge for peer review of one (1) mobile device export. | 0.25 | 350.00 | $87.50 |
| 03/18/2025 | Amanda De Leon | 00481692: Reviewed client's "chat participant count field" question and provided confirming that the blank fields reflect in the UFDR report. Kick off ingest Session/51 for ingest. Monitored, quality checked, remediated reported Unsupported Files\Corrupt files \Partial Failures exceptions with an image/text overlay where applicable and released data for ingest IngestSessions/51 + /50. | 2.00 | 0.00 | $0.00 |

[redacted]

DISCO [redacted]

**Invoice #: 602538**
**Date: 04/01/2025**

**DISCO Services**

| Date | Resource | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 03/18/2025 | Nikhil Sharma | 00481692: Converted mobile device forensic report to load file ingests for an Iphone collection. | 1.00 | 0.00 | $0.00 |
| 03/27/2025 | Saurabh Dhir | 00484908: Update families as requested by N. Kim. | 0.25 | 250.00 | $62.50 |
| **Subtotal** | | | | | **$2,150.00** |

**Reimbursable Services & Other**

| Date | Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 03/17/2025 | External Hard Drive | External Hard Drive_In Lab Forensic Collection | 1.00 | 179.00 | $179.00 |
| **Subtotal** | | | | | **$179.00** |

| | |
|---|---|
| Tax | $17.46 |
| Total | $4,403.82 |
| Amount Paid / Credits Applied | ($0.00) |
| **AMOUNT DUE** | **$4,403.82** |

Payments can be made by ACH, check or credit card.

[redacted]

DISCO [redacted]

**Invoice #: 618741**
**Date: 05/01/2025**

**Bill To**

Miller Barondess LLP
2121 Avenue of the Stars
26th Floor
Los Angeles CA 90067
United States

**Ship To**

Miller Barondess LLP
2121 Avenue of the Stars
26th Floor
Los Angeles CA 90067
United States

**Invoice Amount Due:**

**$10,230.18**

Due Date: 05/31/2025

| Ediscovery ID | Review Database Name | Billing Code | PO Number |
|---|---|---|---|
| 57603f2d | Alex Villanueva vs. COLA | [redacted] | |

**DISCO Ediscovery**

| Start Date | End Date | Description | Size (GB) | Pro-Rated Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 04/02/2025 | 04/06/2025 | 0.007 GB Active True Up, prorated for 5 of 30 days in April | 0.007 | 0.00 | 32.10 | $0.03 |
| 04/07/2025 | 04/13/2025 | 1.45 GB Active True Up, prorated for 7 of 30 days in April | 1.452 | 0.34 | 32.10 | $10.88 |
| 04/14/2025 | 04/14/2025 | 61.16 GB Active True Up, prorated for 1 of 30 days in April | 61.16 | 2.04 | 32.10 | $65.45 |
| 04/15/2025 | 04/15/2025 | 109.23 GB Active True Up, prorated for 1 of 30 days in April | 109.232 | 3.64 | 32.10 | $116.88 |
| 04/16/2025 | 04/16/2025 | 114.46 GB Active True Up, prorated for 1 of 30 days in April | 114.458 | 3.81 | 32.10 | $122.46 |
| 04/17/2025 | 04/17/2025 | 162.52 GB Active True Up, prorated for 1 of 30 days in April | 162.52 | 5.42 | 32.10 | $173.89 |
| 04/18/2025 | 04/20/2025 | 162.57 GB Active True Up, prorated for 3 of 30 days in April | 162.566 | 16.26 | 32.10 | $521.85 |
| 04/21/2025 | 04/23/2025 | 162.48 GB Active True Up, prorated for 3 of 30 days in April | 162.48 | 16.25 | 32.10 | $521.56 |
| 04/24/2025 | 04/25/2025 | 162.49 GB Active True Up, prorated for 2 of 30 days in April | 162.492 | 10.83 | 32.10 | $347.74 |
| 04/26/2025 | 04/30/2025 | 162.32 GB Active True Up, prorated for 5 of 30 days in April | 162.32 | 27.05 | 32.10 | $868.40 |
| 04/24/2025 | 04/24/2025 | 60.50 GB ECA Monthly True Up, prorated for 1 of 30 days in April | 60.502 | 2.02 | 5.35 | $10.79 |
| 04/25/2025 | 04/25/2025 | 66.69 GB ECA Monthly True Up, prorated for 1 of 30 days in April | 66.691 | 2.22 | 5.35 | $11.89 |
| 04/26/2025 | 04/30/2025 | 71.30 GB ECA Monthly True Up, prorated for 5 of 30 days in April | 71.299 | 11.88 | 5.35 | $63.57 |
| 05/01/2025 | 05/31/2025 | 210.70 GB Active for May | 210.696 | 210.70 | 32.10 | $6,763.34 |
| 05/01/2025 | 05/31/2025 | 18.16 GB ECA Initial for May | 18.155 | 18.16 | 0.00 | $0.00 |
| 05/01/2025 | 05/31/2025 | 71.30 GB ECA Monthly for May | 71.299 | 71.30 | 5.35 | $381.45 |
| **Subtotal** | | | | | | **$9,980.18** |

**DISCO Services**

| Date | Resource | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 04/17/2025 | Greg Strong | 00490021, 00490027: Perform standard exception handling for ingest sessions 70 and 71; manually extract archives and ingest in new sessions; perform quality control | 0.75 | 250.00 | $187.50 |
| 04/07/2025 | Tylor Austad | 00487736: Perform standard exception remediation of ingest session 68 | 0.25 | 250.00 | $62.50 |
| **Subtotal** | | | | | **$250.00** |

[redacted]

DISCO [redacted]

Invoice #: 618741
Date: 05/01/2025

| | |
|---|---|
| Tax | $0.00 |
| Total | $10,230.18 |
| Amount Paid / Credits Applied | ($0.00) |
| AMOUNT DUE | $10,230.18 |

[redacted]

# MARC A. COHEN, M.D.

FORENSIC CONSULTANT IN PSYCHIATRY AND BEHAVIORAL SCIENCES

**MARC A. COHEN, M.D.**
**A PROFESSIONAL CORPORATION**

333 S. Beverly Drive
Suite 200
Beverly Hills, California 90212

Tel: (310) 724-5500
Fax: (310) 836-3002

Email:
MCMD@MAC.COM
MACOHEN@MEDNET.UCLA.EDU

January 17, 2025

Jason H. Tokoro, Esq.
Miller Barondess LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, California 90067

Re: Alex Villanueva v. County of Los Angeles, et al.
(Case No. 2:24-cv-04979-SVW-JC)

Dear Mr. Tokoro,

This letter is intended to confirm the fact that the law firm, Miller Barondess LLP, is engaging Marc A. Cohen, M.D., A Professional Corporation, to provide psychiatric-legal consultation in connection with the case captioned above. Any reports or data prepared by Dr. Cohen in connection with this engagement will be submitted solely to you and your firm and will not be furnished to any other person or party unless you or the court should so direct or require. A written report of Dr. Cohen's findings will be prepared only upon request from your law firm.

Services provided may vary with your needs but may include analysis of data provided by you, particularly the review of records you submit, and, subject to our mutual agreement, may also include psychiatric examination or testing; psychiatric autopsy; behavioral analysis; witness interviews; library research; preparation of reports; and provision of testimony by deposition and/or court appearance. Dr. Cohen's services will not include establishment of a doctor-patient relationship or any treatment.

Fees: The hourly fee for record review, consultation, examination, and report writing is $700 per hour. The minimum billing increment is 0.25 hours. At Dr. Cohen's discretion, very brief contacts may go unbilled or be aggregated into a single 0.25 hour charge.

Ethics: As a forensic psychiatrist, Dr. Cohen complies with the American Academy of Psychiatry and the Law (AAPL) Ethics Guidelines for the Practice of Forensic Psychiatry, the full text of which may be viewed at: https://aapl.org/ethics-guidelines

Travel: On days when Dr. Cohen travels more than 100 miles on your case, you will be billed a minimum of ten hours, unless the time actually spent traveling and otherwise on your case is less than one-half day (for example short range travel to a destination at the end of the day or home at the beginning of the day), in which case you will be billed a minimum of five hours. Dr. Cohen's billing rates do not include any out-of-pocket expenses, which are additional, itemized charges. Dr. Cohen travels via Business Class (where available) or First Class. Travel is billed from point of origin.

Testimony: There is a minimum charge of five hours for any day of trial, even when travel is not required. Fees for depositions, billed at $700 per hour, are to be paid in advance, but with advance arrangements may be paid on each day of deposition. You are responsible for payment if the invoice to opposing counsel remains unpaid for 30 days.

Accounts must be current prior to releasing any report or testifying at deposition or trial.

Invoicing detail: Unless otherwise agreed in writing, it is this office's practice to bill for record review without specifying each record that was reviewed during a particular billing period and to bill for telephone conferences and meetings without specifying the topics discussed.

Cancellation charges: Once an examination or deposition is scheduled, there will be a cancellation fee of five hours of Dr. Cohen's time if cancellation occurs within five business days of the scheduled event and the time cannot be otherwise filled. Once a case has been scheduled for trial and Dr. Cohen is required or requested to hold time during particular weeks to testify, there will be a cancellation fee of 10 hours of Dr. Cohen's time if Dr. Cohen is not called to testify for any reason (including settlement) other than Dr. Cohen's unavailability. This is to compensate Dr. Cohen for not being able to schedule other matters during the times being held.

Documents: The retaining attorney is expected to furnish all relevant documents and materials as they are obtained and to provide all requested documents, materials, and examinations as discovery rules permit. Dr. Cohen will be better able to serve you if documents are provided as they become available to you, rather than when a large volume has been accumulated. Dr. Cohen requests that documents for review be received at least 60 days in advance of any examination, deposition, or trial, whenever possible. If documents are delayed, Dr. Cohen may be unable to meet court-imposed deadlines and/or may require advance payment of the estimated fees to review those documents. In the unlikely event this

dilemma should arise, Dr. Cohen will attempt to offer you options to solve the problem.

Document Retention: At the conclusion of the engagement, all documents will be destroyed, unless otherwise requested.

Advance: Dr. Cohen requires a nonrefundable advance payment in the amount of $7,000 against which time will be applied, and may from time to time require that these funds be replenished before performing additional work. This advance is not intended to be an estimate of the total cost of the engagement, as, in situations of this nature, it is not possible to provide an accurate estimate of the total time or fees required to complete the tasks assigned. The fees ultimately charged depend on a variety of factors including, but not limited to, the volume and condition of the records provided. It is understood that the total fee will in many cases exceed the amount of the initial advance payment. Dr. Cohen reserves the right to require advance payment before performing any additional significant work or before delivering a report or providing deposition or other testimony.

Statements: Statements will be rendered on a monthly basis. The balance of Dr. Cohen's fee, should it exceed the advance payment, is due upon presentation. A late payment charge will be billed at the rate of 1-1/2% per month on any balance not paid within thirty (30) days of the invoice date. Dr. Cohen reserves the right to discontinue services if billings are not paid when due.

Payment for Dr. Cohen's services is a joint obligation of your firm and your client.

Governing Law; Venue: This Agreement is made and entered into in the State of California and shall in all respects be interpreted, enforced, and governed under the laws of said State. Should it become necessary for this office to enforce its rights hereunder and to collect its fees, you agree to pay all costs of collection and enforcement of this agreement, including reasonable attorneys' fees that may be incurred in connection therewith. The parties to this Agreement also hereby unconditionally and irrevocably waive any right which they may otherwise have to a jury trial in any dispute (whether based upon Agreement, tort, or otherwise) between or among parties to this Agreement, arising out of or in any way related to this Agreement.

Attorneys' Fees: In the event either Party hereto shall commence legal proceedings against the other to enforce the terms hereof, or to declare rights hereunder, as the result of the breach of any covenants or condition of this Agreement, the prevailing Party in any such proceeding shall be entitled to recover from the losing Party its costs of suit, including reasonable attorneys' fees.

Disclaimer of Guaranty: Nothing in this Agreement and nothing in Dr. Cohen's statements to you, your firm, or your client shall be construed as a promise or

guaranty about the outcome of your client's matter. Dr. Cohen makes no such promises or guaranties.

This Agreement shall be binding upon and inure to the benefit of the parties and their respective assigns and successors.

You and your firm will determine the scope of the work to be performed by Dr. Cohen and the need for any travel or appearances in court.

If the above accurately sets forth the terms of our firm's engagement by you in the above-described proceedings, please so indicate by your signature below.

I appreciate the opportunity to be of service to you in this matter and look forward to working with you. Please return a signed copy of this letter to this office as soon as it is convenient.

MARC A. COHEN, M.D., A PROFESSIONAL CORPORATION

By [signature] MD
Marc A. Cohen, M.D., M.S.

The above letter accurately sets forth the terms of your engagement in the subject proceedings.

______________________________
Jason H. Tokoro, Esq.
Miller Barondess LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, California 90067

______________________________
Date

Advance payable to: Marc A. Cohen, M.D., A.P.C. Tax ID# [redacted]

OPPENHEIMER INVESTIGATIONS GROUP LLP

INVESTIGATIONS | TRAININGS | MEDIATIONS

March 3, 2025

**VIA ELECTRONIC MAIL**
Jason Tokoro, Partner
Miller Barondess, LLP
jtokoro@millerbarondess.com

Re: *Alex Villanueva v County of Los Angeles, et. al.,*
United States District Court for the Central District of California,
Case No. 2:24-cv-04979-SVW-JC

Dear Mr. Tokoro,

This letter is to set out our agreement regarding Oppenheimer Investigations Group being retained as an expert in the above-referenced case by Miller Barondess on behalf of the County of Los Angeles (the "County"). I, Vida Thomas, am being retained as an expert in employment and human resource practices, policies, and procedures relating to acceptable employment practices, especially responding to, investigating, and preventing workplace harassment, discrimination, and retaliation.

My fee for consultation and preparation time is $750/hour. This includes reviewing depositions and documents, meetings and phone calls with you, preparation of a report, travel time, and any other time expended on the matter. My fee for testimony is $750/hour. If I use a personal vehicle to travel in order to conduct work for you in-person, you will also reimburse OIG for mileage at the standard Internal Revenue Service rate for business use in operation when the travel occurs. If you require me to conduct work in-person, you will also reimburse OIG for reasonable travel related expenses, including lodging and travel fare (such as plane tickets or rideshare charges). You agree to pay for expenses related to copying/printing documents (@ .25/page) and mailing. Legal intern time is billed at $150/hour. Writer-editor or paralegal time is billed at $225/hour. Associate time is billed at $400/hour.

The County will provide us with a retainer in the amount of $7,500.00, which will be nonrefundable. Payment of the retainer gives you the authority to disclose me as an expert. All outstanding invoices must be paid prior to my testifying at deposition and/or at mediation and/or at trial. If it is necessary for us to expend any time collecting the fees owed, time associated with such collection will also be billed at and payable at $750/hour. If legal action is necessary, the venue will be in Alameda County, California.

Warm regards,

Vida Thomas

Vida Thomas

I agree to the terms set forth above:

____________________ Date: 3-6-25
Jason Tokoro, Partner
Miller Barondess, LLP

721143.1

# INVOICE

**DATE: 03/31/25**

**INVOICE NO.: 0001-AV-COLA**

**BILL TO:**
Miller Barondess, LLP
ATTENTION: Jason H. Tokoro, Esq.
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067

**RE:** Alex Villanueva v. County of Los Angeles
(Case No.: **2:24-cv-04979-SVW-JC)**

**MARC A. COHEN, M.D.**
**A PROFESSIONAL CORPORATION**
333 S. Beverly Drive
Suite 200
Beverly Hills, California 90212

Tel. No. (310) 724-5500
Fax No. (310) 836-3002

**Executive Assistant**
Heidi Keyes
Tel. No. (310) 498-5997
E-mail: mcmd_office@icloud.com

**For Professional Services and Expenses:**

**TERMS:** Net 30

| Date | Item | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/11/25 | T/C | Telephonic Conference Call | 0.75 | 700.00 | 525.00 |
| 03/01/25 | RR | Record Review | 1 | 700.00 | 700.00 |
| 03/04/25 | RR | Record Review | 2 | 700.00 | 1,400.00 |
| 03/05/25 | RR | Record Review | 1.25 | 700.00 | 875.00 |
| 03/06/25 | RR | Record Review | 1.5 | 700.00 | 1,050.00 |
| 03/07/25 | RR | Record Review | 2.75 | 700.00 | 1,925.00 |
| 03/08/25 | RR | Record Review | 3.25 | 700.00 | 2,275.00 |
| 03/09/25 | RR | Record Review | 1.5 | 700.00 | 1,050.00 |
| 03/15/25 | RR | Record Review | 1.25 | 700.00 | 875.00 |
| 03/16/25 | RR | Record Review | 1.5 | 700.00 | 1,050.00 |
| 03/26/25 | Ex | Examination | 8.5 | 700.00 | 5,950.00 |
| | | Subtotal | | | 17,675.00 |
| | Expenses | | | | |
| 03/26/25 | ECR | Exam Conference Room | | 441.00 | 441.00 |
| | | Total Reimbursable Expenses | | | 441.00 |
| | Payments | | | | |
| 01/23/25 | AP | Advance Payment Received: Check No. 24809 | | -7,000.00 | -7,000.00 |
| | | Total Payments | | | -7,000.00 |

**Payable to: Marc A. Cohen, M.D., A.P.C.**
**Tax ID No.:**[redacted]

**TOTAL DUE: $11,116.00**

JS|HELD

**Invoice No:** INV-01US-0255549
**Date:** 4/7/2025
**Due date:** 4/7/2025
**Payment Terms:** Due Upon Receipt
**Bill Through Date:** 3/31/2025

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

# INVOICE FOR DISTRIBUTION ONLY TO

## Miller Barondess LLP

### This Invoice Represents Your 100% Share


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

JS|HELD

| | |
|---|---|
| **Invoice No:** | INV-01US-0255549 |
| **Date:** | 4/7/2025 |
| **Due date:** | 4/7/2025 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 3/31/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

| | | |
|---|---|---|
| Professional Services Rendered: | USD | $ 7,762.50 |
| Expenses: | USD | $ 310.50 |
| Invoice Total | USD | $ 8,073.00 |

Rounding differences may exist compared to the detail pages

TO ENSURE TIMELY PROCESSING PLEASE REMIT PAYMENT VIA ACH TO

[redacted]

If ACH payments are not an option for your company, please mail all checks to

*Mailing Address*
**J.S. Held US Lockbox**
P.O. Box 23368
New York, NY 10087-3368

*Overnight Mailing Address*
**JP Morgan Chase – Lockbox Processing**
Attn: J.S. Held US Lockbox #23368
4 Chase Metrotech Center, 7th Fl East
Brooklyn NY 11245

Please send your remittance statement at the time payment is processed to Payments@JSHeld.com

Payment via Credit Card: Please see below credit card link to process payment of your invoice. Please note that there will be a 4% processing fee added on to your charge for the process of the payment using this link.
Click here to make your payment

Please email CashApps@JSHeld.com with any questions you may have regarding invoice payments.


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

JS|HELD

| | |
|---|---|
| **Invoice No:** | INV-01US-0255549 |
| **Date:** | 4/7/2025 |
| **Due date:** | 4/7/2025 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 3/31/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED:**

| | Total Hours | Rate | Amount |
|---|---|---|---|
| **ECONOMIC DAMAGES & VALUATIONS** | | | |
| Document Review | 12.10 | 575.00 | 6,957.50 |
| Meeting | 0.40 | 575.00 | 230.00 |
| Research | 1.00 | 575.00 | 575.00 |
| **TOTAL ECONOMIC DAMAGES & VALUATIONS** | **13.50** | | **7,762.50** |
| **TOTAL PROFESSIONAL SERVICES RENDERED:** | **13.50** | | **$ 7,762.50 USD** |


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

JS|HELD

| | |
|---|---|
| Invoice No: | INV-01US-0255549 |
| Date: | 4/7/2025 |
| Due date: | 4/7/2025 |
| Payment Terms: | Due Upon Receipt |
| Bill Through Date: | 3/31/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

**PROFESSIONAL SERVICES RENDERED:**

| Date | Hours | Description |
|---|---|---|
| **Document Review** | | |
| 3/24/2025 | 1.50 | First Amended Complaint (9/30/24, 25 pgs) |
| 3/24/2025 | 1.50 | Sandra White's Economic Report (3/20/25, WHITE 000001-20) |
| 3/24/2025 | 1.00 | Dr. Jessica Rowe, Psy.D. Report (3/28/25, ROWE 00001-21) |
| 3/24/2025 | 0.50 | Dr. Rebecca Udell Report (3/21/25, UDELL 00001-21) |
| 3/24/2025 | 0.50 | Dr. Nigel Kennedy, MB, BS, PhD (3/20/25, KENNEDY 000001-18) |
| 3/28/2025 | 5.50 | Depo of Alex Villanueva (2/28/25, 336 pgs) |
| 3/31/2025 | 1.60 | Exhibits to Depo of Alex Villanueva (27 files) |
| **Meeting** | | |
| 3/24/2025 | 0.40 | Zoom meeting with Jason Tokoro and Brian Neach |
| **Research** | | |
| 3/31/2025 | 1.00 | CA Public Salary Research |
| **TOTAL HOURS:** | **13.50** | |


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

JS|HELD

| | |
|---|---|
| **Invoice No:** | INV-01US-0255549 |
| **Date:** | 4/7/2025 |
| **Due date:** | 4/7/2025 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 3/31/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

### EXPENSE DETAIL

| Date | Description | Amount |
|---|---|---|
| 4/4/2025 | File Administration | 310.50 |
| **TOTAL EXPENSES:** | | **310.50 USD** |


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

# INVOICE

Invoice # 7723
Date: 03/31/2025
Due On: 05/30/2025

## Oppenheimer Investigations Group LLP

1300 Clay Street, Suite 600
Oakland, California 94612
www.oiglaw.com

Miller Barondess LLP
2121 Avenue of the Stars, 26th Floor
Los Angeles, CA 90067

### Villanueva vs. Los Angeles, Case No.: 2:24-cv-04979-SVW-JC

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 03/11/2025 | Vida Thomas | Call with client; begin review of documents | 2.90 | $750.00 | $2,175.00 |
| 03/13/2025 | Garrett Smith | Prepared document key | 0.50 | $400.00 | $200.00 |
| 03/25/2025 | Vida Thomas | Call with client's attorney | 0.40 | $750.00 | $300.00 |
| 03/25/2025 | Vida Thomas | Review documents | 2.30 | $750.00 | $1,725.00 |
| 03/26/2025 | Vida Thomas | Review documents; draft expert opinion letter | 3.70 | $750.00 | $2,775.00 |
| 03/27/2025 | Vida Thomas | Finalize opinion letter | 2.60 | $750.00 | $1,950.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Garrett Smith | 0.5 | $400.00 | $200.00 |
| Vida Thomas | 11.9 | $750.00 | $8,925.00 |
| | | **Subtotal** | **$9,125.00** |
| | | **Total** | **$9,125.00** |

We accept payment by check made payable to Oppenheimer Investigations Group LLP. We will accept payment by electronic transfer (ACH) upon your request. We do not require that payment be made via wire transfer and any communications stating otherwise should be brought to our attention immediately. Any questions can be directed to Lily Tran, Administrative Lead, (lily@oiglaw.com; (510) 414-5522).

Please pay within 60 days.

# INVOICE

**Dr. Jessica Rowe**
750 Oak Avenue Pkwy
Ste 160
Folsom, CA 95630-6866

info@drjessmindcare.com
+1 (916) 500-4054
drjessmindcarecenter.com

**Bill to**
County of Los Angeles
c/o
MILLER BARONDESS, LLP

**Invoice details**
Invoice no.: 1320
Terms: Due on receipt
Invoice date: 04/14/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Deposition testimony** | 4/12/2025 - Deposition of Dr. Jessica Rowe | 4 | $900.00 | $3,600.00 |

**Total** **$3,600.00**

Note to customer

Villanueva v. County of Los Angeles
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
CASE NO. 2:24-cv-04979 SVW (JCx)

**Formuzis, Hunt & Lanning, Inc.**
1851 E First Street, Suite 1160
Santa Ana, CA 92705
+17145428853
caseadmin@fhleconomics com

FHL
ECONOMIC CONSULTANTS

BILL TO
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, CA 90067

INVOICE 3442
DATE 04/16/2025
DUE DATE 05/16/2025

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Deposition Fee | 1.25 | 575.00 | 718.75 |

In reference to:

BALANCE DUE **$718.75**

Deposition time of Sandra White for Villanueva, Alex v County of Los Angeles. County of Los Angeles Sheriff's Department, et al

All hours billed at $550/hr. prior to September 1, 2024, and $575/hr. thereafter.
Payment due within 30 days prior to deposition or trial testimony if sooner.

# INVOICE

**DATE:** **04/30/25**

**INVOICE NO.:** **0001d-AV-COLA**

**BILL TO:**
Shigerian & Associates
ATTENTION: Alex DiBona, Esq.
11520 San Vicente Blvd.
Los Angeles, CA 90049

**RE:** Alex Villanueva v. County of Los Angeles
(Case No.: **2:24-cv-04979-SVW-JC)**

**MARC A. COHEN, M.D.**
**A PROFESSIONAL CORPORATION**
333 S. Beverly Drive
Suite 200
Beverly Hills, California 90212

Tel. No. (310) 724-5500
Fax No. (310) 836-3002

**Executive Assistant**
Heidi Keyes
Tel. No. (310) 498-5997
E-mail: mcmd_office@icloud.com

**For Professional Services and Expenses:**

| Date | Item | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/17/25 | DT | Deposition Testimony | 1.5 | 700.00 | 1,050.00 |

**Payable to: Marc A. Cohen, M.D., A.P.C.**
**Tax ID No.:** [redacted]

**TOTAL DUE: $1,050.00**
**TERMS:** Net 30

# INVOICE

**DATE:** **04/30/25**

**INVOICE NO.:** **0002-AV-COLA**

**BILL TO:**
Miller Barondess, LLP
ATTENTION: Jason H. Tokoro, Esq.
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067

**RE:** Alex Villanueva v. County of Los Angeles
(Case No.: **2:24-cv-04979-SVW-JC)**

**MARC A. COHEN, M.D.**
**A PROFESSIONAL CORPORATION**
333 S. Beverly Drive
Suite 200
Beverly Hills, California 90212

Tel. No. (310) 724-5500
Fax No. (310) 836-3002

**Executive Assistant**
Heidi Keyes
Tel. No. (310) 498-5997
E-mail: mcmd_office@icloud.com

**For Professional Services and Expenses:**

| Date | Item | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/31/25 | RR | Record Review | 2 | 700.00 | 1,400.00 |
| 04/01/25 | RW | Report Writing | 2.75 | 700.00 | 1,925.00 |
| 04/01/25 | RR | Record Review | 2.5 | 700.00 | 1,750.00 |
| 04/02/25 | RW | Report Writing | 2.5 | 700.00 | 1,750.00 |
| 04/03/25 | RW | Report Writing | 3.25 | 700.00 | 2,275.00 |
| 04/03/25 | RR | Record Review | 2.75 | 700.00 | 1,925.00 |
| 04/04/25 | RW | Report Writing | 2.5 | 700.00 | 1,750.00 |
| 04/04/25 | RR | Record Review | 3.5 | 700.00 | 2,450.00 |
| 04/05/25 | RW | Report Writing | 1.25 | 700.00 | 875.00 |
| 04/05/25 | RR | Record Review | 1.75 | 700.00 | 1,225.00 |
| 04/06/25 | RW | Report Writing | 4 | 700.00 | 2,800.00 |
| 04/06/25 | RR | Record Review | 4.25 | 700.00 | 2,975.00 |
| 04/07/25 | RW | Report Writing | 5.75 | 700.00 | 4,025.00 |
| 04/08/25 | RW | Report Writing | 9.25 | 700.00 | 6,475.00 |
| 04/12/25 | OT | Observation of Testimony (Plaintiff's Expert: Jessica Rowe, Psy.D.) | 4 | 700.00 | 2,800.00 |
| 04/15/25 | OT | Observation of Testimony (Plaintiff's Expert: Nigel Kennedy, M.D., Ph.D.) | 3 | 700.00 | 2,100.00 |
| 04/17/25 | Tr | Travel re Deposition Testimony (To: Larchmont, CA; From: Los Angeles) | 0.5 | 700.00 | 350.00 |
| 04/17/25 | Tr | Travel re Deposition Testimony (To: Los Angeles, CA; From: Larchmont) | 0.5 | 700.00 | 350.00 |
| | | Subtotal | | | 39,200.00 |
| | Expenses | | | | |
| | TF | Transcription Fee re Exam (Alex Villanueva) | | 3,418.60 | 3,418.60 |
| | | Total Reimbursable Expenses | | | 3,418.60 |

**Payable to: Marc A. Cohen, M.D., A.P.C.**
**Tax ID No.:** [redacted]

**TOTAL DUE: $42,618.60**
**TERMS:** Net 30

JS | HELD

**Invoice No:** INV-01US-0263331
**Date:** 5/8/2025
**Due date:** 5/8/2025
**Payment Terms:** Due Upon Receipt
**Bill Through Date:** 4/23/2025

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

# INVOICE FOR DISTRIBUTION ONLY TO

## Miller Barondess LLP

### This Invoice Represents Your 100% Share


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

JS|HELD

| | |
|---|---|
| **Invoice No:** | INV-01US-0263331 |
| **Date:** | 5/8/2025 |
| **Due date:** | 5/8/2025 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 4/23/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

| | | |
|---|---|---|
| Professional Services Rendered: | USD | $ 8,797.50 |
| Expenses: | USD | $ 353.90 |
| **Invoice Total** | USD | $ 9,151.40 |

Rounding differences may exist compared to the detail pages

TO ENSURE TIMELY PROCESSING PLEASE REMIT PAYMENT VIA ACH TO

[redacted]

[redacted]

If ACH payments are not an option for your company, please mail all checks to

*Mailing Address*
**J.S. Held US Lockbox**
P.O. Box 23368
New York, NY 10087-3368

*Overnight Mailing Address*
**JP Morgan Chase – Lockbox Processing**
Attn: J.S. Held US Lockbox #23368
4 Chase Metrotech Center, 7th Fl East
Brooklyn NY 11245

Please send your remittance statement at the time payment is processed to Payments@JSHeld.com

Payment via Credit Card: Please see below credit card link to process payment of your invoice. Please note that there will be a 4% processing fee added on to your charge for the process of the payment using this link.
Click here to make your payment

Please email CashApps@JSHeld.com with any questions you may have regarding invoice payments.


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

JS|HELD

**Invoice No:** INV-01US-0263331
**Date:** 5/8/2025
**Due date:** 5/8/2025
**Payment Terms:** Due Upon Receipt
**Bill Through Date:** 4/23/2025

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

SUMMARY OF PROFESSIONAL SERVICES RENDERED:

| | Total Hours | Rate | Amount |
|---|---|---|---|
| **ECONOMIC DAMAGES & VALUATIONS** | | | |
| Calculation/Loss Analysis | 0.30 | 575.00 | 172.50 |
| Document Review | 1.00 | 575.00 | 575.00 |
| Meeting | 2.00 | 575.00 | 1,150.00 |
| Prepare Documents | 1.00 | 575.00 | 575.00 |
| Prepare for Deposition | 1.00 | 575.00 | 575.00 |
| Prepare Report | 4.00 | 575.00 | 2,300.00 |
| Research | 6.00 | 575.00 | 3,450.00 |
| **TOTAL ECONOMIC DAMAGES & VALUATIONS** | **15.30** | | **8,797.50** |
| TOTAL PROFESSIONAL SERVICES RENDERED: | 15.30 | | $ 8,797.50 USD |


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

JS|HELD

| | |
|---|---|
| **Invoice No:** | INV-01US-0263331 |
| **Date:** | 5/8/2025 |
| **Due date:** | 5/8/2025 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 4/23/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

**PROFESSIONAL SERVICES RENDERED:**

| Date | Hours | Description |
|---|---|---|
| **Calculation/Loss Analysis** | | |
| 4/4/2025 | 0.30 | Review and analysis of police chief data. |
| **Document Review** | | |
| 4/23/2025 | 1.00 | Depo of Sandra White (4/16/25, 58 pgs) |
| **Meeting** | | |
| 4/2/2025 | 0.60 | Teams meeting with Jason Tokoro and Brian Neach |
| 4/3/2025 | 0.40 | Teams meeting with Brian Neach |
| 4/4/2025 | 0.50 | Teams meeting with Brian Neach |
| 4/21/2025 | 0.50 | Pre-deposition meeting with Brian Neach |
| **Prepare Documents** | | |
| 4/16/2025 | 1.00 | Prepared case file to be sent to opposing side prior to deposition |
| **Prepare for Deposition** | | |
| 4/21/2025 | 1.00 | Review case notes, economic report, opposing economic report in preparation for depo |
| **Prepare Report** | | |
| 4/2/2025 | 2.00 | Reviewing notes, OE calculation and statistical data |
| 4/4/2025 | 2.00 | Prepared federal report dated 4/4/25 |
| **Research** | | |
| 4/3/2025 | 3.00 | Researching average retirement age for Police Chiefs and other related data |
| 4/3/2025 | 1.00 | Retirement ages of Police Chiefs in California |
| 4/4/2025 | 2.00 | Researching average retirement age for Police Chiefs and other related data |


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

JS|HELD

| | |
|---|---|
| **Invoice No:** | INV-01US-0263331 |
| **Date:** | 5/8/2025 |
| **Due date:** | 5/8/2025 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 4/23/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| **PROJECT NO.** | **PROJECT NAME** |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

| Date | Hours | Description |
|---|---|---|
| **TOTAL HOURS:** | **15.30** | |


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

JS|HELD

| | |
|---|---|
| **Invoice No:** | INV-01US-0263331 |
| **Date:** | 5/8/2025 |
| **Due date:** | 5/8/2025 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 4/23/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

**EXPENSE DETAIL**

| Date | Description | Amount |
|---|---|---|
| 4/21/2025 | Parking: Parking at P's counsel office for deposition. | 2.00 |
| 5/6/2025 | File Administration | 351.90 |
| TOTAL EXPENSES: | | 353.90 USD |


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

Missing Receipt Affidavit

Important: Please attach other proof of payment if available (e.g. credit card statement, credit card charge slip, canceled check, etc.)

Today's Date: **04/30/2025**

Date of Expenditure: **04/21/2025**

Amount: **$2.00**

Vendor: **LADOT METER PARKING**

Business Purpose: My deposition at the opposing counsel's office.

By my signature below, I hereby certify that I incurred the above expense for a legitimate business

purpose; the receipt has been lost or is not available; and no reimbursement of this expense has been or will be sought or accepted from another source.

Signature: ____________________

Date: 04/30/2025

Printed Name: Jennie McNulty

JS|HELD

| | |
|---|---|
| **Invoice No:** | INV-01US-0263331 |
| **Date:** | 5/8/2025 |
| **Due date:** | 5/8/2025 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 4/23/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

# INVOICE FOR DISTRIBUTION ONLY TO

## Miller Barondess LLP

### This Invoice Represents Your 100% Share


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

JS|HELD

| | |
|---|---|
| **Invoice No:** | INV-01US-0263331 |
| **Date:** | 5/8/2025 |
| **Due date:** | 5/8/2025 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 4/23/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

| | | |
|---|---|---|
| Professional Services Rendered: | USD | $ 8,797.50 |
| Expenses: | USD | $ 353.90 |
| **Invoice Total** | USD | $ 9,151.40 |

Rounding differences may exist compared to the detail pages

TO ENSURE TIMELY PROCESSING PLEASE REMIT PAYMENT VIA ACH TO

[redacted]

[redacted]

If ACH payments are not an option for your company, please mail all checks to

*Mailing Address*
**J.S. Held US Lockbox**
P.O. Box 23368
New York, NY 10087-3368

*Overnight Mailing Address*
**JP Morgan Chase – Lockbox Processing**
Attn: J.S. Held US Lockbox #23368
4 Chase Metrotech Center, 7th Fl East
Brooklyn NY 11245

Please send your remittance statement at the time payment is processed to Payments@JSHeld.com

Payment via Credit Card: Please see below credit card link to process payment of your invoice. Please note that there will be a 4% processing fee added on to your charge for the process of the payment using this link.
Click here to make your payment

Please email CashApps@JSHeld.com with any questions you may have regarding invoice payments.


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

JS|HELD

| | |
|---|---|
| **Invoice No:** | INV-01US-0263331 |
| **Date:** | 5/8/2025 |
| **Due date:** | 5/8/2025 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 4/23/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

**SUMMARY OF PROFESSIONAL SERVICES RENDERED:**

| | Total Hours | Rate | Amount |
|---|---|---|---|
| **ECONOMIC DAMAGES & VALUATIONS** | | | |
| Calculation/Loss Analysis | 0.30 | 575.00 | 172.50 |
| Document Review | 1.00 | 575.00 | 575.00 |
| Meeting | 2.00 | 575.00 | 1,150.00 |
| Prepare Documents | 1.00 | 575.00 | 575.00 |
| Prepare for Deposition | 1.00 | 575.00 | 575.00 |
| Prepare Report | 4.00 | 575.00 | 2,300.00 |
| Research | 6.00 | 575.00 | 3,450.00 |
| **TOTAL ECONOMIC DAMAGES & VALUATIONS** | **15.30** | | **8,797.50** |
| **TOTAL PROFESSIONAL SERVICES RENDERED:** | **15.30** | | **$ 8,797.50 USD** |


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

JS|HELD

| | |
|---|---|
| **Invoice No:** | INV-01US-0263331 |
| **Date:** | 5/8/2025 |
| **Due date:** | 5/8/2025 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 4/23/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

**PROFESSIONAL SERVICES RENDERED:**

| Date | Hours | Description |
|---|---|---|
| **Calculation/Loss Analysis** | | |
| 4/4/2025 | 0.30 | Review and analysis of police chief data. |
| **Document Review** | | |
| 4/23/2025 | 1.00 | Depo of Sandra White (4/16/25, 58 pgs) |
| **Meeting** | | |
| 4/2/2025 | 0.60 | Teams meeting with Jason Tokoro and Brian Neach |
| 4/3/2025 | 0.40 | Teams meeting with Brian Neach |
| 4/4/2025 | 0.50 | Teams meeting with Brian Neach |
| 4/21/2025 | 0.50 | Pre-deposition meeting with Brian Neach |
| **Prepare Documents** | | |
| 4/16/2025 | 1.00 | Prepared case file to be sent to opposing side prior to deposition |
| **Prepare for Deposition** | | |
| 4/21/2025 | 1.00 | Review case notes, economic report, opposing economic report in preparation for depo |
| **Prepare Report** | | |
| 4/2/2025 | 2.00 | Reviewing notes, DE calculation and statistical data |
| 4/4/2025 | 2.00 | Prepared federal report dated 4/4/25 |
| **Research** | | |
| 4/3/2025 | 3.00 | Researching average retirement age for Police Chiefs and other related data |
| 4/3/2025 | 1.00 | Retirement ages of Police Chiefs in California |
| 4/4/2025 | 2.00 | Researching average retirement age for Police Chiefs and other related data |


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

JS|HELD

| | |
|---|---|
| **Invoice No:** | INV-01US-0263331 |
| **Date:** | 5/8/2025 |
| **Due date:** | 5/8/2025 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 4/23/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

| Date | Hours | Description |
|---|---|---|
| **TOTAL HOURS:** | **15.30** | |


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

JS|HELD

| | |
|---|---|
| **Invoice No:** | INV-01US-0263331 |
| **Date:** | 5/8/2025 |
| **Due date:** | 5/8/2025 |
| **Payment Terms:** | Due Upon Receipt |
| **Bill Through Date:** | 4/23/2025 |

**J.S. Held LLC - US**
**50 Jericho Quadrangle**
**Ste 117**
**Jericho, NY 11753**
**United States**

Phone: 516.621.2900
Tax ID #: [redacted]

Jason Tokoro
Miller Barondess LLP
2121 Avenue Of The Stars FL 26
Los Angeles, CA 90067-5010
United States

## INVOICE

| PROJECT NO. | PROJECT NAME |
|---|---|
| 250301987 | Villanueva v County of Los Angeles et al |

EXPENSE DETAIL

| Date | Description | Amount |
|---|---|---|
| 4/21/2025 | Parking: Parking at P's counsel office for deposition. | 2.00 |
| 5/6/2025 | File Administration | 351.90 |
| **TOTAL EXPENSES:** | | 353.90 USD |


J.S. Held and its affiliates and subsidiaries are not a certified public accounting firm and do not provide audit, attest, or any other public accounting services. J.S. Held is not a law firm and does not provide legal advice. All rights reserved.

**From:** CONTINENTAL INTERPRETING <noreply@elavon.com>
**Sent:** Wednesday, March 26, 2025 4:42 PM
**To:** Scarlet Speakmoore
**Subject:** Continental Interpreting - Your Receipt

$125.00 USD

03/26/2025 04:41:30 PM

CONTINENTAL INTERPRETING

**Your payment has been approved**

| | |
|---|---|
| **Payment** | [redacted] |
| **Transaction ID** | 260325C1D-E9D2C7B7-38B2-4169-A9BB-8E2B38965F2B |
| **Approval Code** | 08839D |
| **ECI** | |

Thank you for your payment! If you have any questions, please reach out to our team.

Total $125.00 USD

**Bill To**

Kenneth McElvaney
21309 Blackhawk Street
Chatsworth CA 91311
[redacted]
sspeakmoore@millerbarondess.com

**CIS Invoice/Quote Number**

| | |
|---|---|
| Invoice/Quote Number | Q-009373-01 |
| Confirm CIS Invoice/Quote Number | |
| Confirm Invoice/Quote Number | Q-009373-01 |

CONTINENTAL INTERPRETING

3230 E Imperial Hwy Suite 203 Brea CA 92821 | 800-201-7121

The information contained in this e-mail and in any attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. This message has been scanned for known computer viruses.

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

CONTINENTAL INTERPRETING

3910 Prospect Avenue, Suite F
Yorba Linda, CA 92886

| | |
|---|---|
| INVOICE# | CIS 25335 |
| Invoice Date: | 04/03/2025 |
| Payment Due: | 05/03/2025 |
| Amount Due: | $ 570.00 |

BILL TO:
Jason Tokoro
Miller and Barondess
2121 Avenue of the Stars Suite 2600
Los Angeles, CA 90067

LEGAL SERVICES ORDERED BY DEFENSE COUNSEL
Jason Tokoro
Miller and Barondess
2121 Avenue of the Stars Suite 2600
Los Angeles, CA 90067

**CASE & CLAIM INFORMATION:**

**Case Name:** Alex Villanueva vs. County Of Los Angeles
**LEP/Patient Name:** Maria Lopez

**Claim Number:** n/a
**Date of Loss:** n/a

**Case Number:** 2:24CV04979SVW(JCX
**File Number:** 7219473
**Other:**

**LEGAL INTERPRETING SERVICE DETAILS:**

**Date of Service:** 03/28/25
**Language:** Spanish
**Assignment Type:** Spanish Legal :: Deposition

**Location:**
Los Angeles Virtual Proceeding
Interpreting Services
Los Angeles, CA 90001

| Interpreter's Name: | Cert #: | Time In: | Time out: |
|---|---|---|---|
| Ana Guillen Ahumada | 301861 | 10:00 am | 1:30 pm |

**Order** #419876

| ITEM DESCRIPTION | QUANTITY | PRICE | DISCOUNT | TOTAL |
|---|---|---|---|---|
| Interpreter fee (Spanish) | 6.00 | $ 100.00 | | $ 600.00 |
| Adjustment: one-time flat fee | | | | $ -30.00 |

**Billing Notes:**

Full day fee billed.

| | |
|---|---|
| Total Invoiced: | $ 570.00 |
| Payment received: | $ 0.00 |
| Amount Due: | $ 570.00 |

ATTN: LEGAL SERVICE ORDERED BY DEFENSE COUNSEL. NOT A MEDICAL SERVICE. DO NOT SEND TO BILL REVIEW.

**To make payment by Credit Card:**

Visit secure payment page at www.cis-inc.com/pay
or email Billing@cis-inc.com

**Please make checks payable to:**

Continental Interpreting Services, Inc.
3910 Prospect Avenue, Suite F
Yorba Linda, CA 92886

Tax ID: [redacted]

**For Direct Deposit/ACH payment:**

Email Billing@cis-inc.com for deposit information.

**Payment terms:**

Net 30 from date of invoice. A late fee of 10% annually will be added to all outstanding balances. Outstanding invoices over 120 days will be sent to collections.

FIRSTLEGAL RECORDS

# INVOICE

PO Box 745087
Los Angeles, CA 90074-5087
Tax ID: [redacted]
Billing Inquiries: (877) 350-8698

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 43121 | May 6, 2025 | 205945-01-01 |

**Professional Photocopier Registration #2025017914**
**County of Registration: Los Angeles**

Bill To:
**JASON H. TOKORO, ESQ.**
**Miller Barondess LLP**
**2121 Avenue of the Stars, 26TH FL**
**Los Angeles, CA 90067**

Ordered by:
**JASON H. TOKORO, ESQ.**
**Miller Barondess LLP**
**2121 Avenue of the Stars, 26TH FL**
**Los Angeles, CA 90067**

Claim No:
Case No: 2:24-CV-04979 SVW (JCx)
Court: UNITED STATES DISTRICT COURT
Plaintiff: ALEX VILLANUEVA
Defendant: COUNTY OF LOS ANGELES, ET AL.

File Ref:
Subject: ALEX VILLANUEVA
DOI:
Date Ordered: 1/29/2025

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Basic Fee | | | 52.00 |
| Deposition Officer Fee | | | 37.00 |
| Pages | 392.00 | .35 | 137.20 |
| Upload Records | | | 9.50 |
| Regarding: ALEX VILLANUEVA at LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION; C/O STEVEN RICE, GENERAL COUNSEL Pasadena | | SUB-TOTAL | 235.70 |
| | | SALES TAX | .00 |
| | | TOTAL DUE | $ 235.70 |

Thank you for choosing First Records Retrieval! For billing inquiries, please call (877) 350-8698.

**PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE**

FIRSTLEGAL RECORDS

1. Please include invoice number on payment
2. Invoice payment due upon receipt
3. Make check payable to First Records Retrieval

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| 43121 | May 6, 2025 | 205945-01-01 |

**TOTAL DUE:** **$ 235.70**

Mail Payment to:

**First Records Retrieval**
**PO Box 745087**
**Los Angeles, CA 90074-5087**

Bill To:
**JASON H. TOKORO, ESQ.**
**Miller Barondess LLP**
**2121 Avenue of the Stars, 26TH FL**
**Los Angeles, CA 90067**

Order#:205945-01-01/ARINV

**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

TAX ID# [redacted]

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10953434 | 81029 |
| **Invoice Date** | **Total Due** |
| 1/31/25 | 587.85 |

Miller Barondess LLP
ATTN: DEDE DRENNING, HR
2121 AVENUE OF THE STARS,26FL
LOS ANGELES, CA 90067

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81029 | 10953434 | 1/31/25 | 587.85 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/29/25<br>PROCESS-SAME DAY | 17085376 | SDP | Miller Barondess LLP<br>2121 AVENUE OF THE STARS<br>LOS ANGELES CA 90067<br>Caller: Alexandria A.<br>Case No.: 2:24-CV-04979 SVW (J<br>Please serve<br>Signed: Luis Alvarez, messenge | Los Angeles County Employees Retire<br>300 N. Lake Avenue<br>PASADENA CA 91101<br>Case Title: ALEX VILLANUEVA-v-COUNTY OF LOS ANGELES, ET AL<br>We are depo officer.<br>Ref: [redacted] | Base Chg : 146.25<br>Fuel Chg : 13.16 | 159.41 |

**INVOICE PAYMENT DUE UPON RECEIPT**

**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

TAX ID# [redacted]

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10969038 | 81029 |
| **Invoice Date** | **Total Due** |
| 2/23/25 | 2,044.26 |

Miller Barondess LLP
ATTN: DEDE DRENNING, HR
2121 AVENUE OF THE STARS,26FL
LOS ANGELES, CA 90067

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81029 | 10969038 | 2/23/25 | 2,044.26 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/20/25<br>PROCESS-IMMEDIATE | 17118608 | IMP | Miller Barondess LLP<br>2121 AVENUE OF THE STARS<br>LOS ANGELES CA 90067<br>Caller: Brenda Riding<br>Case No.: 2:24-CV-04979 SVW (J<br>Please serve today<br>Signed: L. Thompson, Medical r | Daniel Kharrazi, MD<br>6801 Park Terrace<br>WESTCHESTER CA 90045<br>Case Title: Villanueva v. County of Los Angeles<br>We are depo officer.<br>Ref: [redacted] | Base Chg : 182.75<br>Fuel Chg : 16.45 | 199.20 |
| 2/20/25<br>PROCESS-IMMEDIATE | 17118619 | IMP | Miller Barondess LLP<br>2121 AVENUE OF THE STARS<br>LOS ANGELES CA 90067<br>Caller: Brenda Riding<br>Case No.: 2:24-CV-04979 SVW (J<br>Please serve today<br>Signed: Antonio doe office sup | Mary Wahbah, MD<br>15725 Whittier Blvd.,<br>WHITTIER CA 90603<br>Case Title: Villanueva v. County of Los Angeles<br>We are depo officer.<br>Ref: [redacted] | Base Chg : 218.25<br>Fuel Chg : 19.64 | 237.89 |
| 2/20/25<br>PROCESS-IMMEDIATE | 17118623 | IMP | Miller Barondess LLP<br>2121 AVENUE OF THE STARS<br>LOS ANGELES CA 90067<br>Caller: Brenda Riding<br>Case No.: 2:24-CV-04979 SVW (J<br>Please serve today<br>Signed: Office manager Brett d | Lubomira Schershun, MD<br>12462 Putnam St<br>WHITTIER CA 90602<br>Case Title: Villanueva v. County of Los Angeles<br>We are depo officer.<br>Ref: [redacted] | Base Chg : 218.25<br>Fuel Chg : 19.64 | 237.89 |

**INVOICE PAYMENT DUE UPON RECEIPT**

**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

TAX ID# [redacted]

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10982550 | 81029 |
| **Invoice Date** | **Total Due** |
| 3/15/25 | 3,051.09 |

Miller Barondess LLP
ATTN: DEDE DRENNING, HR
2121 AVENUE OF THE STARS,26FL
LOS ANGELES, CA 90067

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81029 | 10982550 | 3/15/25 | 3,051.09 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/11/25<br>PROCESS-IMMEDIATE | 17146478 | IMP | Miller Barondess LLP<br>2121 AVENUE OF THE STARS<br>LOS ANGELES CA 90067<br>Caller: Brenda Riding<br>Case No.: 2:24-CV-04979 SVW (J<br>IMMEDIATE/SPECIAL<br>Signed: Mark Lillienfeld | Mark Lillienfeld<br>4269 Country Club Drive<br>LONG BEACH CA 90807<br>Comment: 2 attempts<br>Case Title: ALEX VILLANUEVA v. COUNTY OF LOS ANGELES, ET AL.<br>MUST BE SERVED TODAY<br>Ref: [redacted] | Base Chg : 218.25<br>Addt'lChgs: 109.13<br>Fuel Chg : 19.64 | 347.02 |
| 3/11/25<br>PROCESS-BRANCH IMMEDIATE | 17146495 | BIM | Miller Barondess LLP<br>2121 AVENUE OF THE STARS<br>LOS ANGELES CA 90067<br>Caller: Brenda Riding<br>Case No.: 2:24-CV-04979 SVW (J<br>IMMEDIATE/SPECIAL<br>Signed: Timothy Murakami | Timothy Murakami<br>3610 Valle Vista Drive<br>CHINO HILLS CA 91709<br>Comment: 2 attempts<br>Case Title: ALEX VILLANUEVA v. COUNTY OF LOS ANGELES, ET AL.<br>MUST BE SERVED TODAY<br>Ref: [redacted] | Base Chg : 218.75<br>Addt'lChgs: 109.38<br>Fuel Chg : 19.69<br>Adv/Wit Ck: 108.00 | 455.82 |

**INVOICE PAYMENT DUE UPON RECEIPT**

**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

TAX ID# [redacted]

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10994508 | 81029 |
| **Invoice Date** | **Total Due** |
| 3/31/25 | 1,672.97 |

Miller Barondess LLP
ATTN: DEDE DRENNING, HR
2121 AVENUE OF THE STARS,26FL
LOS ANGELES, CA 90067

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81029 | 10994508 | 3/31/25 | 1,672.97 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/26/25<br>ADDITIONAL BILLING | 17169666 | BIL | Miller Barondess LLP<br>2121 AVENUE OF THE STARS<br>LOS ANGELES CA 90067<br>Caller: Brenda Riding<br>Case No.: 2:24-CV-04979 SVW (J<br>witness fee billing<br>Signed: w/f billing | Mark Lillienfeld<br>4269 Country Club Drive<br>LONG BEACH CA 90807<br>Comment: * NO BASE CHARGE *<br>Case Title: ALEX VILLANUEVA v. COUNTY OF LOS ANGELES, ET AL.<br>for ctl # 17146478<br>Ref: [redacted] | Adv/Wit Ck: 78.00 | 78.00 |
| 3/27/25<br>DELIVERY-ASAP VEHICLE | 17171460 | ASP | Miller Barondess LLP<br>2121 AVENUE OF THE STARS<br>LOS ANGELES CA 90067<br>Caller: Brenda Riding<br><br>Please deliver chamb<br>Signed: judges box | USDC-LOS ANGELES<br>255 EAST TEMPLE STREET<br>LOS ANGELES CA 90012<br><br>Case Title: Villanueva v. County<br>er copies to Judge J<br>Ref: [redacted] | Base Chg : 42.75<br>Fuel Chg : 3.85 | 46.60 |

**INVOICE PAYMENT DUE UPON RECEIPT**

**First Legal Network**
**P.O. Box 745087**
**Los Angeles, CA 90074-5087**

TAX ID# [redacted]

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 11031670 | 81029 |
| **Invoice Date** | **Total Due** |
| 5/15/25 | 1,316.83 |

Miller Barondess LLP
ATTN: DEDE DRENNING, HR
2121 AVENUE OF THE STARS,26FL
LOS ANGELES, CA 90067

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81029 | 11031670 | 5/15/25 | 1,316.83 | 2 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 5/13/25<br>PROCESS-IMMEDIATE | 17241602 | IMP | Miller Barondess LLP<br>2121 AVENUE OF THE STARS<br>LOS ANGELES CA 90067<br>Caller: Brenda Riding<br>Case No.: 2:24-CV-04979 SVW (J<br>DILIVER A COPY OF<br>Signed: Danielle doe clerk<br><br>Mary Wahbah, MD<br>12401 Washington Boulevard<br>WHITTIER CA 90602<br>Case Title: ALEX VILLANUEVA v. COUNTY OF LOS ANGELES, ET AL<br>THE SUBPEONA &<br>Ref: [redacted] | Base Chg : 218.25<br>Fuel Chg : 19.64<br>Adv/Wit Ck: 15.00 | 252.89 |

**INVOICE PAYMENT DUE UPON RECEIPT**

**JurisTech Systems LLC**
515 Avenida Vaquero
Suite 341
San Clemente
Ca. 92672
MAIN (951) 295-3299

# Invoice

| Date | Invoice # |
|---|---|
| 5/20/2025 | 1319 |

**BILL TO:**

Miller | Barondess LLP
Jason H. Tokoro
2121 Avenue of the Stars
26th Floor
Los Angeles, CA. 90067

| CASE NAME | CASE # | Job # | REP |
|---|---|---|---|
| Villanueva v. COLA | Villanueva v. COLA | | |

| QUANTITY/HOURS | DESCRIPTION | PRICE/RATE | AMOUNT |
|---|---|---|---|
| 16.75 | Pre Trial Consulting Services (see attached) | 150.00 | 2,512.50 |

All work is complete!

**Total $2,512.50**

Received / Approved By:______________________ Date:________________

Federal Tax ID# [redacted]

| Date | Time | Who | What | Cost | Hourly |
|---|---|---|---|---|---|
| 4/23/2025 | 2.5 | Scott | Downloading/Orgnaizing Case Material | $375.00 | $150.00 |
| 4/24/2025 | 0.75 | Scott | Downloading/Orgnaizing Case Material | $112.50 | $150.00 |
| 4/28/2025 | 0.5 | Scott | Organize , Convert Synch Video | $75.00 | $150.00 |
| 4/29/2025 | 1 | Scott | Organize , Convert Synch Video | $150.00 | $150.00 |
| 4/30/2025 | 0.5 | Scott | Organize , Convert Synch Video | $75.00 | $150.00 |
| 5/1/2025 | 1.5 | Scott | Downloading/Orgnaizing Case | $225.00 | $150.00 |
| 5/5/2025 | 5 | Scott | Organize Depositions | $750.00 | $150.00 |
| 5/6/2025 | 2.25 | Scott | Organize , Convert Synch Video | $337.50 | $150.00 |
| 5/8/2025 | 0.75 | Scott | Download/Organize Synch Vid | $112.50 | $150.00 |
| 5/13/2025 | 1 | Scott | Download/Organize Synch Vid | $150.00 | $150.00 |
| 5/14/2025 | 1 | Scott | Download/Organize Synch Vid | $150.00 | $150.00 |
| | | | | | $150.00 |
| | 16.75 | | Total for Services | $2,512.50 | |

INVOICE

Rebecca M. Udell, PhD LMFT #53808
12401 Wilshire Blvd Suite 300
Los Angeles, CA 90025

04/17/2025

Law Offices of Shegerian and Associates
11520 San Vicente Ave
Los Angeles, CA 90049

OBO: Miller Barondess, LLP
2121 Ave. of The Stars Suite 2600
Los Angeles, CA 90067

Re: Client A.V.

| | |
|---|---|
| Travel to and from 2121 Ave of the Stars: 45 minutes total | $175.00 |
| Parking at 2121 Avenue of the Stars: | 40.00 |
| Deposition Arrival 8:45 AM | |
| Deposition Departure 10:45 AM @ rate of 400.00 per hour | 800.00 |
| Total due for services: | $1015.00 |

Thank you for allowing me to be of service.

Dr. Rebecca M. Udell

Rebecca M. Udell
Ph.D., LMFT, CSAT

**KENNEDY PSYCHIATRIC PC**
116 N Robertson Blvd Ste 908
Los Angeles, CA 90048 USA
nigel.kennedy@kennedypsychiatric.com
https //kennedypsychiatric com

# INVOICE

BILL TO
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600, Los Angeles, California 90067

| | |
|---|---|
| INVOICE | 1023 |
| DATE | 04/08/2025 |
| TERMS | Due on receipt |
| DUE DATE | 04/08/2025 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Deposition | | 3 | 1,100.00 | 3,300.00 |

ACH Payment Preferred:
[redacted]

| | |
|---|---|
| SUBTOTAL | 3,300.00 |
| TOTAL | 3,300.00 |
| BALANCE DUE | **$3,300.00** |