Carney R. Shegerian, Esq., State Bar No. 150461
CShegerian@Shegerianlaw.com
Mahru Madjidi, Esq., State Bar No. 297906
MMadjidi@Shegerianlaw.com
Alex Di Bona, Esq., State Bar No. 265744
ADiBona@Shegerianlaw.com
SHEGERIAN & ASSOCIATES, INC.
320 Larchmont Blvd.
Los Angeles, California 90004
Telephone Number:    (310) 860 0770
Facsimile Number:    (310) 860 0771

Attorneys for Plaintiff,
ALEX VILLANUEVA

# THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-04979-SVW-JC<br><br>**[Assigned to Hon. Stephen V. Wilson, and Magistrate Judge Jacqueline Chooljian]**<br><br>**JOINT STIPULATION TO STAY ENFORCEMENT OF COSTS PENDING APPEAL**<br><br>[Proposed] Order Filed Concurrently herewith<br><br><br>Trial Date: Vacated<br>Action Filed: June 13, 2024 |

Plaintiff and Defendants (collectively referred to herein as the "Parties") hereby stipulate as follows:

**WHEREAS**, this Court granted Defendant's Motion for Summary Judgment on May 15, 2025;

**WHEREAS**, Plaintiff filed his notice of appeal on May 27, 2025;

**WHEREAS**, the Clerk of the Court taxed costs in favor of Defendants and against Plaintiff in the amount of $57,787.73 on August 1, 2025;

**WHEREAS**, Plaintiff and Defendant have met and conferred under Local Rule 7-3 regarding Plaintiff's planned motion under Federal Rule of Appellate Procedure 8 and Federal Rule of Civil Procedure 62(b) and (d) to stay enforcement of the costs award during the pendency of the appeal filed by Plaintiff.

**WHEREAS**, Defendants have agreed to stay enforcement of the costs award during the pendency of the appeal filed by Plaintiff on condition that Plaintiff post a security for the costs award.

**WHEREAS**, the Parties respectfully request that the Court enter the order submitted concurrently with this stipulation.

**IT IS SO STIPULATED**

Dated: August 19, 2025         SHEGERIAN & ASSOCIATES, INC.

By: /s/ Alex DiBona
    Alex DiBona, Esq.

    Attorneys for Plaintiff
    ALEX VILLANUEVA

Dated: August 19, 2025         MILLER BARONDESS

By: /s/ Jason Tokoro
    Jason H. Tokoro, Esq.

    Attorneys for Defendants
    COUNTY OF LOS ANGELES

**VILLANUEVA V. COUNTY OF LOS ANGELES, et al.    USDC Case No. 2:24-cv-04979-SVW-JC**

# PROOF OF SERVICE

# UNITED STATES DISTRICT COURT,

# CENTRAL DISTRICT OF CALIFORNIA

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard, Los Angeles, California 90049.

On August 19, 2025, I served the foregoing document, described as "**JOINT STIPULATION TO STAY ENFORCEMENT OF COSTS PENDING APPEAL**" on all interested parties in this action as follows:

**Louis R. Miller, Esq.**
**smiller@millerbarondess.com**
**Jason H. Tokoro, Esq.**
**jtokoro@millerbarondess.com**
**Steven G. Williamson, Esq.**
**swilliamson@millerbarondess.com**
**MILLER BARONDESS, LLP**
**2121 Avenue of the Stars, Suite 2600**
**Los Angeles, California 90067**

☐   **(BY MAIL)** As follows:

☒   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒   **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 19, 2025, at Los Angeles, California.

_Amelia Sanchez_
Amelia Sanchez

717535.1