# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX VILLANUEVA,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY BOARD OF SUPERVISORS, COUNTY EQUITY OVERSIGHT PANEL, LOS ANGELES COUNTY OFFICE OF INSPECTOR GENERAL, CONSTANCE KOMOROSKI, MERCEDES CRUZ, ROBERTA YANG, LAURA LECRIVAIN, SERGIO V. ESCOBEDO, RON KOPPERUD, ROBERT G. LUNA, MAX-GUSTAF HUNTSMAN, ESTHER LIM, and DOES 1 to 100 inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-04979 SVW (JC)<br><br>**The Honorable Stephen V. Wilson and Magistrate Judge Jacqueline Chooljian**<br><br> **ORDER RE STAY OF ENFORCEMENT OF JUDGMENT**<br><br>Trial Date: Vacated<br><br>Action Filed: June 13, 2024 |

# ORDER

The Court, having reviewed the Joint Stipulation, rules as follows:

The order taxing costs in favor of Defendants and against Plaintiff is stayed pending the appeal of this matter.

Defendants shall not take any action to enforce the award for costs against Plaintiff during the pendency of the appeal.

By September 1, 2025, Plaintiff shall either (1) file proof of a bond obtained from a reputable financial institution for the full amount of $57,587.73, or (2) deposit the full amount of $57,587.73 with the clerk of the Court and file and serve notice of the same.

The award of costs shall continue to accrue post-judgment interest for the benefit of Defendants during the pendency of the appeal.

**IT IS SO ORDERED.**

Date: August 21, 2025

_____
Hon. Stephen V. Wilson
Judge of the District Court

**VILLANUEVA v. COUNTY OF LOS ANGELES, et al. USDC Case No. 2:24-cv-04979 SVW (JC)**

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT,

## CENTRAL DISTRICT OF CALIFORNIA

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard, Los Angeles, California 90049.

On August 21, 2025, I served the foregoing document, described as **"[PROPOSED] ORDER RE STAY OF ENFORCEMENT OF JUDGMENT,"** on all interested parties in this action as follows:

**LOUIS R. MILLER (State Bar No. 54141)**
**smiller@millerbarondess.com**
**JASON H. TOKORO (State Bar No. 252345)**
**jtokoro@millerbarondess.com**
**STEVEN G. WILLIAMSON (State Bar No. 343842)**
**swilliamson@millerbarondess.com**
**MILLER BARONDESS, LLP**
**2121 Avenue of the Stars, Suite 2600**
**Los Angeles, California 90067**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 21, 2025, at Los Angeles, California.

*Amelia Sanchez*
Amelia Sanchez